UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

|  |  |  |
|---|---|---|
| DAVID MUELLER, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. |
| TAYLOR SWIFT, FRANK BELL, SCOTT BORCHETTA, ANDREA SWIFT a/k/a ANDREA FINLAY, SCOTT SWIFT, and JOHN DOES 1-5, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Scott Borchetta removes to this Court the action known as *Mueller v. Swift, et al.,* Case No. 2015-CV-031933, previously filed in the District Court, City and County of Denver, Colorado. The grounds for removal are as follows:

1. Plaintiff filed his Amended Complaint in the District Court for the City and County of Denver on June 1, 2015. A true and correct copy of the Amended Complaint is attached as Exhibit 1, and a true and correct copy of the Summons is attached as Exhibit 2. Plaintiff arguably served Defendant Borchetta with the Amended Complaint on August 11, 2015. Plaintiff has not filed returns of service with respect to the other named defendants to this action.

2. Removal is proper pursuant to 28 U.S.C. § 1441 because the Federal Court has original diversity jurisdiction over the underlying dispute pursuant to 28 U.S.C. § 1332. First, the parties are residents of different states. According to Plaintiff's Amended Complaint, Plaintiff is a resident of Colorado, Defendants Scott Borchetta, Frank Bell, Andrea Swift and Scott Swift are citizens and residents of Tennessee, and Defendant Taylor Swift is a resident of New York. (Exhibit 1, ¶¶ 1-6.) Second, the amount in controversy exceeds $75,000. Specifically, Plaintiff requests lost income related to his employment contract, which he pleads was for a sum of $150,000 per year for two years. (Exhibit 1, ¶ 12; Exhibit 2, ¶ 3.)

3. Removal is timely pursuant to 28 U.S.C. § 1446(b). As noted, Plaintiff filed its Amended Complaint in state court on June 1, 2015 and served Defendant Borchetta on August 11, 2015. This Notice is being filed within 30 days of service of the first-served defendant.

4. Pursuant to 28 U.S.C. § 1446(a), a copy of all pleadings, process, and orders served on Defendant are attached as Exhibits 1 and 2.

5. Finally, pursuant to 28 U.S.C. § 1446(d), after filing this Notice of Removal, counsel for Defendant Borchetta shall promptly provide counsel for Plaintiff with a written Notice of Filing Notice of Removal, like that attached as Exhibit 3, which shall include this Notice of Removal. Defendant Borchetta shall file the Notice of Filing Notice of Removal in the District Court, City and County of Denver, Colorado.

WHEREFORE, Defendant Borchetta respectfully requests that this Court assume full jurisdiction over this proceeding to the exclusion of any further proceedings in state court.

Dated September 10, 2015.

2

Respectfully submitted,

    *s/ John R. Jacobson*
John R. Jacobson (Pending Admission)
Jenna L. Harris (Pending Admission)
Riley Warnock & Jacobson, LLC
1906 West End Avenue
Nashville, TN  37203
Telephone (615) 320-3700
JJacobson@rwjplc.com
JHarris@rwjplc.com


    *s/ Cara F. Thornton*
Cara F. Thornton
J. Lawrence Hamil
Hamil/Martin LLC
140 East 19th Avenue
Suite 600
Denver, CO  80203
Telephone (303) 830-1383
cthornton@hamilmartin.com
lhamil@hamilmartin.com

Counsel for Defendant Scott Borchetta

## Certificate of Service

I hereby certify that on September 10, 2015 I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

M. Gabriel McFarland, Esq.
Evans & McFarland, LLC
910 13th Street
Suite 200
Golden, CO 80401
gmcfarland@emlawyers.com


    *s/ Jude Capozelo*
Jude Capozelo, Legal Assistant

4