| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br>1437 Bannock Street, Room 256<br>Denver, Colorado 80202 | |
| **DAVID MUELLER**<br>**Plaintiff**<br>v.<br>**TAYLOR SWIFT; FRANK BELL; SCOTT BORCHETTA; ANDREA SWIFT a/k/a ANDREA FINLAY; SCOTT SWIFT; and JOHN DOES 1-5**<br>**Defendants** | ▲ **COURT USE ONLY**<br>Case No.: 2015CV031933<br>Division: 203 |
| Attorneys for Plaintiff:<br>M. Gabriel McFarland, No. 26167<br>EVANS & MCFARLAND, LLC<br>910 13th St., Suite 200<br>Golden, Colorado 80401<br>tel 303.279.8300<br>fax 303.277.1620<br>email: gmcfarland@emlawyers.com | |
| **SUMMONS** ||

**TO:** Scott Borchetta
Big Machine Label Group
1219 16th Avenue South
Nashville, TN 37212

You are hereby summoned and required to file with the clerk of this court an answer or other response to the attached Amended Complaint and Jury Demand within 35 days after such service upon you.

If you fail to file your answer or other response to the Amended Complaint and Jury Demand in writing within the applicable time period, judgment by default may be entered against you by the court for the relief demanded in the complaint, without any further notice.

The following documents are served with this Summons: Amended Complaint and Jury Demand, and Civil Cover Sheet.

Exhibit 2

DATED this 30th day of July, 2015.

                                                        **EVANS & MCFARLAND, LLC**

*The original signature is on file at Evans & McFarland, LLC*

By: /s/ M. Gabriel McFarland
     M. Gabriel McFarland

ATTORNEYS FOR PLAINTIFF

2

## AFFIDAVIT OF SERVICE

State of COLORADO     City and County of DENVER

DATE FILED: September 4, 2015 3:33 PM
FILING ID: 91B0EE6C58C5E
CASE NUMBER: 2015CV31933

Case Number: 2015CV031933   Court Date: _____
Petitioner /

DAVID MUELLER

vs.

Respondent / Defendants

TAYLOR SWIFT; FRANK BELL; SCOTT BORCHETTA; ANDREA SWIFT a/k/a ANDREA FINLAY; SCOTT SWIFT; and JOHN DOES 1-5
Attorneys For Plaintiff:

Received by electronic email on the 11th day of August, 2015 at 4:00 pm to be served on Scott Borchetta, located at Big Machine Label Group, 1219 16th Ave. South, Nashville, TN 37212
I, JAMES C. BELLI, PI, being duly sworn, depose and say that on the 14TH day of AUGUST, 2015 at 2:55 pm executed service by a true copy of the *SUMMONS, AMENDED COMPLAINT AND JURY DEMAND, and DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTER CLAIM, CROSS-CLAIM OR THIRD PART COMPLAINT* in accordance with the state statutes in the manner marked below:

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) CORPORATE SERVICE: By serving _____ as _____.

(X) OTHER SERVICE: As described in the Comments below by serving SCOTT BORCHETTA as an Individual who knowing he was being served Legal Process, evaded and refused service. The documents were posted at his place of business after Mr. Borchetta and his attorneys failed to comply with requests to accept service of process in the waiting area of Borchetta's place of employment. An assistant to Mr. Borchetta confirmed his presence, as well as his personal vehicle being identified and located parked in the front parking area of the business.

Subscribed and Sworn to before me on the 19th day of August, 2015 by the affiant who is personally know to me.

NOTARY PUBLIC

PROCESS SERVER
JAMES C. BELLI, PI TN LIC. #6848
PRINTED NAME