| | |
|---|---|
| DISTRICT COURT<br>CITY AND COUNTY OF DENVER, COLORADO<br><br>1437 Bannock Street<br>Denver, CO 80202<br><br>Plaintiff:<br><br>DAVID MUELLER<br><br>v.<br><br>TAYLOR SWIFT; FRANK BELL; SCOTT BORCHETTA; ANDREA SWIFT a/k/a ANDREA FINLAY; SCOTT SWIFT; and JOHN DOES 1-5<br><br>Defendants. | ▲ COURT USE ONLY ▲ |
| Cara F. Thornton - #34141<br>J. Lawrence Hamil - #4143<br>Hamil/Martin LLC<br>140 East 19th Avenue<br>Suite 600<br>Denver, CO 80203-1035<br>Telephone (303) 830-1383<br>Email cthornton@hamilmartin.com<br>Email lhamil@hamilmartin.com | Case Number:  15CV31933<br><br>Courtroom:  203 |
| **NOTICE OF FILING NOTICE OF REMOVAL** ||

**PLEASE TAKE NOTICE** that on September 10, 2015 Defendant Scott Borchetta filed in the United States District Court for the District of Colorado, a Notice of Removal of the above-captioned action. A copy of the Notice of Removal is attached as Exhibit A. Pursuant to 28 U.S.C. § 1446(d), Defendant requests that this action proceed no further in the District Court for the City and County of Denver, State of Colorado.

H:\1386001\Denver District Court\Notice Of Filing Notice Of Removal.Docx

Exhibit 3

Dated September 10, 2015.

Respectfully submitted,

HAMIL/MARTIN LLC

By *s/ Cara F. Thornton*
Cara F. Thornton
*Original Signature on File at Hamil/Martin LLC*

### Certificate of Service

I hereby certify that on September 10, 2015 I served the foregoing **NOTICE OF FILING NOTICE OF REMOVAL** via the ICCES filing system upon the following:

M. Gabriel McFarland, Esq.
Evans & McFarland, LLC
910 13th Street
Suite 200
Golden, CO 80401

And by other means to:

John R. Jacobson, Esq.
Jenna L. Harris, Esq.
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203

*s/ Jude Capozelo*
Jude Capozelo, Legal Assistant
*Original Signature on File at Hamil/Martin LLC*