Warning: This form is not supported with the current version of Acrobat or Adobe Reader.

Upgrade to the latest version for full support.