# Register of Actions and Party Information

## Register of Actions

| ☐ Filed by Plaintiff/Petitioner | Case Number: 2015CV031933 | Division: 203 |
|---|---|---|
| ☐ Filed by Defendant/Respondent | Case Type: Other | Judicial Officer: John William Madden IV |
| ☐ Filed by Court | Case Caption: Mueller, David v. Swift, Taylor et al | Court Location: Denver County - District |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 09/10/2015 2:27 PM | John William Madden IV | Denver District Court | N/A | Order (Related Document) | Order: MOTION FOR PERMISSION FOR SUBSTITUTE SERVICE PURSUANT TO C.R.C.P. 4(F) with attach | Public |
| CA72C6F324D20 | 09/08/2015 10:53 PM | M. Gabriel McFarland | Evans and McFarland LLC | David Mueller | Motion (Related Document) | MOTION FOR PERMISSION FOR SUBSTITUTE SERVICE PURSUANT TO C.R.C.P. 4(F) with attach | Public |
| | | | | | Exhibits Filed | Exhibits 1 | Public |
| | | | | | Exhibits Filed | Exhibits 2 | Public |
| | | | | | Exhibits Filed | Exhibits 3 | Public |
| | | | | | Exhibits Filed | Exhibits 4 | Public |
| | | | | | Proposed Order | Proposed ORDER GRANTING MOTION FOR PERMISSION FOR SUBSTITUTE SERVICE PURSUANT TO C.R.C.P. 4(F) | Public |
| 462139EB8E210 | 09/07/2015 9:18 PM | M. Gabriel McFarland | Evans and McFarland LLC | David Mueller | Response | Response to Show Cause Order with attach | Public |
| | | | | | Exhibits Filed | Exhibits 1 ]to Response to Show Cause Order] | Public |
| 91BDFF6C58C5E | 09/04/2015 3:33 PM | M. Gabriel McFarland | Evans and McFarland LLC | David Mueller | Return of Service | Affidavit of Service of Summons, Amended Complaint and Jury Demand, Cover Sheet on Defendant Scott Borchetta by refusal on 8/14/15 | Public |
| N/A (Details) | 08/24/2015 12:00 AM | John William Madden IV | Denver District Court | N/A | Order | Show Cause Order | Public |
| N/A (Details) | 08/09/2015 11:38 PM | John William Madden IV | Denver District Court | N/A | Order (Related Document) | Order: Plaintiff's Motion for Extension of Time to File Returns of Service | Public |
| 5836108113B40 | 07/30/2015 1:32 PM | M. Gabriel McFarland | Evans and McFarland LLC | David Mueller | Motion (Related Document) | Plaintiff's Motion for Extension of Time to File Returns of Service | Public |
| | | | | | Proposed Order | Proposed Order Granting Plaintiff's Motion for Extension of Time to File Returns of Service | Public |
| N/A (Details) | 06/08/2015 12:00 AM | John William Madden IV | Denver District Court | N/A | Order | DELAY REDUCTION ORDER | Public |
| 609875AECF1C0 | 06/01/2015 2:43 PM | M. Gabriel McFarland | Evans and McFarland LLC | David Mueller | Complaint - Amended | Amended Complaint and Jury Demand | Public |
| C8AE6E0BD4804 | 05/29/2015 1:01 PM | M. Gabriel McFarland | Evans and McFarland LLC | David Mueller | Complaint w/Jury Demand | Complaint and Jury Demand | Public |
| | | | | | Civil Case Cover Sheet | District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross- | Public |

| | | | Claim or Third Party Complaint | |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Andrea Finlay | AKA | Active | N/A |
| Andrea Swift | Defendant | Active | N/A |
| David Mueller | Plaintiff | Active | M. Gabriel McFarland (Evans and McFarland LLC) |
| Frank Bell | Defendant | Active | N/A |
| John Does 1-5 | Defendant | Active | N/A |
| Scott Borchetta | Defendant | Active | N/A |
| Scott Swift | Defendant | Active | N/A |
| Taylor Swift | Defendant | Active | N/A |