IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

DAVID MUELLER , )
 )
    Plaintiff, )
 )
v. ) Case No. 1:15-cv-01974-WJM
 )
TAYLOR SWIFT; FRANK BELL; )
SCOTT BORCHETTA; ANDREA )
SWIFT a/k/a ANDREA FINLAY; )
SCOTT SWIFT; and JOHN DOES 1-5 )

    Defendants.

## DEFENDANT SCOTT BORCHETTA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR RESPONSIVE PLEADING

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Scott Borchetta ("Borchetta") respectfully moves the Court to extend the time for him to file an answer or responsive pleading to Plaintiff's Amended Complaint (Doc. No. 2) by thirty (30) days, until and including October 15, 2015. In support of this Motion, Borchetta states as follows:

1. This is Borchetta's first request for an extension.

2. Counsel for Borchetta conferred with counsel for Plaintiff who agreed to the extension.

3. As the scheduling conference in this matter is not set to take place until December 21, 2015, Borchetta submits that the proposed extension will not adversely impact any current scheduling in this case.

4. Good cause for this Motion exists because several defendants remain to be served, and therefore no party will be prejudiced by the extension sought.

Included with this Motion is a Proposed Order granting the relief requested.

1

DATED this the 23rd day of September, 2015.

Respectfully submitted,

/s/ John R. Jacobson
John R. Jacobson
Jenna L. Harris
Riley Warnock & Jacobson, LLC
1906 West End Avenue
Nashville, TN 37203
Tel: 615-320-3700
Fax: 615-320-3737
jjacobson@rwjplc.com
jharris@rwjplc.com
*Attorneys for Defendant Scott Borchetta*

Cara Thornton
Larry Hamil
Hamil/Martin LLC
140 East 19th Avenue, Suite 600
Denver, CO 80203-1035
Tel: 303-830-1383
Fax: 303-830-1057
cthornton@hamilmartin.com
lhamil@hamilmartin.com
*Of Counsel for Defendant Scott Borchetta*

**CERTIFICATE OF SERVICE**

  The undersigned counsel hereby certifies that a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system and the same served via email upon the following:

  M. Gabriel McFarland
  Evans & McFarland, LLC
  910 13th St., Suite 200
  Golden, Colorado 80401
  Tel: 303-279-8300
  Fax: 303-277-1620
  gmcfarland@emlawyers.com

  *Counsel for Plaintiff*

             /s/ John R. Jacobson