IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| DAVID MUELLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:15-cv-01974-WJM |
| | ) |
| TAYLOR SWIFT; FRANK BELL; | ) |
| SCOTT BORCHETTA; ANDREA | ) |
| SWIFT a/k/a ANDREA FINLAY; | ) |
| SCOTT SWIFT; and JOHN DOES 1-5 | ) |
| | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING DEFENDANT SCOTT BORCHETTA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR RESPONSIVE PLEADING**

This matter, comes before the Court on Defendant Scott Borchetta's Unopposed Motion for Extension of Time to File Answer or Responsive Pleading. The Court, having considered the pleadings and being otherwise sufficiently advised, Orders as follows:

IT IS ORDERED that Defendant Borchetta's Unopposed Motion for Extension of Time to File Answer or Responsive Pleading is granted, the extension sought by Borchetta is for good cause and Defendant Borchetta shall have through and including October 15, 2015 to answer or otherwise respond to the Amended Complaint.

BY: _____
William J. Martinez
United States District Judge