# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| DAVID MUELLER )<br>)<br>Plaintiff, )<br>v. )<br>)<br>TAYLOR SWIFT; FRANK BELL )<br>SCOTT BORCHETTA; ANDREA )<br>SWIFT a/k/a ANDREA FINLAY; )<br>SCOTT SWIFT; and JOHN DOES 1-5 )<br>)<br>Defendants. )<br>_____ ) | Case No. 1:15-cv-01974-WJM |

## NOTICE OF REMOVAL

Pursuant to 28. U.S.C. §§ 1332, 1441, and 1446, Defendants Frank Bell, Scott Swift, Andrea Swift, and Taylor Swift, through undersigned counsel, hereby remove this action from the District Court, City and County of Denver Colorado, to the United States District Court for the District of Colorado. Plaintiff consents to removal of this action and to jurisdiction and venue in the United States District Court for the District of Colorado. In support of this Notice of Removal, the above-listed Defendants state as follows:

1.  On June 1, 2015, Plaintiff, David Mueller ("Plaintiff"), filed an Amended Complaint in connection with a civil action he commenced in the District Court for the City and County of Denver, Colorado, captioned *Mueller v. Swift, et al.*, Case No. 2015-CV-031933. A true and correct copy of the Amended Complaint is attached hereto with Exhibit A.

2.  The basis for removal and this Court's original jurisdiction is 28 U.S. C. § 1332(a) as the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different states. Removal is proper pursuant to 28 U.S.C. § 1441 because the

Federal Court has original diversity jurisdiction over the underlying dispute pursuant to 28 U.S.C. § 1332.

3. Plaintiff's Amended Complaint was filed in the District Court for the City and County of Denver, Colorado on June 1, 2015. *See* Ex. A. Defendant Scott Borchetta was served on August 11, 2015 and timely filed a Notice of Removal on September 10, 2015. (ECF No. 1). Although Defendants challenge the validity of service in the state court action, Defendant Scott Swift received a copy of the Amended Complaint and a Summons on September 4, 2015 when they were left (presumably by a process server) at the receptionist's desk at his place of his business. *See* Ex. C. Counsel for Frank Bell, Scott Swift, Andrea Swift, and Taylor Swift, accepted service on behalf of all four individuals on September 28, 2015. *See* Ex. E. Service was made by Plaintiff under the Federal Rules of Civil Procedure and under the United States District Court caption and case number.

4. This Notice of Removal, filed on behalf of defendants Frank Bell, Scott Swift, Andrea Swift, and Taylor Swift, is timely filed on October 2, 2015, and Plaintiff consents to removal. Thus, all properly joined and served defendants consent to this Notice of Removal pursuant to 28 U.S.C. § 1446(b).

5. The United States District Court for the District of Colorado embraces the locality in which the State Court Action is now pending, making this Court a proper forum pursuant to 28 U.S.C. § 1446(a).

6. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on Plaintiff, and a copy is being filed with the District Court, City and County of Denver Colorado.

7. This Notice of Removal is being signed pursuant to Federal Rule of Civil

Procedure 11.

8.   Plaintiff alleges that he is a resident, and therefore a citizen, of the State of Colorado.  Compl. ¶ 1.

9.   Defendants Frank Bell, Scott Swift, Andrea Swift, and Taylor Swift are residents, and therefore citizens, of the State of Tennessee.

10.   The amount in controversy exceeds $75,000 exclusive of interests and costs. Although Plaintiff's demand does not specify an amount sought, the jurisdictional minimum amount in controversy is facially apparent from the allegations in the Complaint.  Plaintiff alleges at least $150,000 in compensatory damages for the termination of his employment contract.

11.   Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, orders and other papers filed upon Defendants in the State Court Action are attached hereto as Exhibits A-E.

12.   A filing fee of $400.00 ($350.00 Docket fee and $50.00 Administrative fee paid together) has been tendered to the Clerk of the United States District Court for the District of Colorado.

13.   A copy of the Civil Cover Sheet is attached hereto.

14.   Although Plaintiff consents to jurisdiction and venue before this United States District Court, this Notice of Removal is filed in an abundance of caution given the September 4, 2015 attempted and disputed service on Defendant Scott Swift as alleged above.

WHEREFORE, Defendants Frank Bell, Scott Swift, Andrea Swift, and Taylor Swift respectfully remove this case to this Court and request that this Court assume jurisdiction over Plaintiff's claims against them.

Dated:  October 2, 2015　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/s/ J. Douglas Baldridge
　　　　　　　　　　　　　　　　　　　　J. Douglas Baldridge
　　　　　　　　　　　　　　　　　　　　Venable LLP
　　　　　　　　　　　　　　　　　　　　575 7th Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 344-4703
　　　　　　　　　　　　　　　　　　　　FAX: (202) 344-8300
　　　　　　　　　　　　　　　　　　　　E-mail: jbaldridge@venable.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants Frank Bell, Scott
　　　　　　　　　　　　　　　　　　　　Swift, Andrea Swift, and Taylor Swift*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2015 I electronically filed the foregoing NOTICE OF REMOVAL with the Clerk of the Court via the Court's CM/ECF system to the following:

M. Gabriel McFarland
Evans & McFarland, LLC
910 13th Street
Suite 200
Golden, CO 80401
gmcfarland@emlawyers.com


John R. Jacobson
Jenna L. Harris
Riley Warnock & Jacobson, LLC
1906 West End Avenue
Nashville, TN 37203
jjacobson@rwjplc.com
jharris@rwjplc.com

Cara Thornton
J. Lawrence Hamil
Hamil/Martin LLC
140 East 19th Avenue
Suite 600
Denver, CO 80203
cthornton@hamilmartin.com
jhamil@hamilmartin.com

/s/ J. Douglas Baldridge
J. Douglas Baldridge