# Exhibit B

Case No. 1:15-cv-1974-WJM-KLM

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br>1437 Bannock Street, Room 256<br>Denver, Colorado 80202 | |
| **DAVID MUELLER**<br>**Plaintiff**<br>v.<br>**TAYLOR SWIFT; FRANK BELL; SCOTT BORCHETTA; ANDREA SWIFT a/k/a ANDREA FINLAY; SCOTT SWIFT; and JOHN DOES 1-5**<br>**Defendants** | ▲ **COURT USE ONLY**<br>Case No.: 2015CV031933<br>Division: 203 |
| Attorneys for Plaintiff:<br>M. Gabriel McFarland, No. 26167<br>**EVANS & MCFARLAND, LLC**<br>910 13th St., Suite 200<br>Golden, Colorado 80401<br>tel 303.279.8300<br>fax 303.277.1620<br>email: gmcfarland@emlawyers.com | |
| **SUMMONS** ||

TO:   Taylor Swift

You are hereby summoned and required to file with the clerk of this court an answer or other response to the attached Amended Complaint and Jury Demand within 35 days after such service upon you.

If you fail to file your answer or other response to the Amended Complaint and Jury Demand in writing within the applicable time period, judgment by default may be entered against you by the court for the relief demanded in the complaint, without any further notice.

The following documents are served with this Summons: Amended Complaint and Jury Demand, and Civil Cover Sheet.

DATED this 4th day of September, 2015.

                                                  EVANS & McFARLAND, LLC

*The original signature is on file at Evans & McFarland, LLC*

By:  /s/ M. Gabriel McFarland
     M. Gabriel McFarland

ATTORNEYS FOR PLAINTIFF

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br>1437 Bannock Street, Room 256<br>Denver, Colorado 80202 | |
| **DAVID MUELLER**<br><br>**Plaintiff**<br><br>v.<br><br>**TAYLOR SWIFT; FRANK BELL; SCOTT BORCHETTA; ANDREA SWIFT a/k/a ANDREA FINLAY; SCOTT SWIFT; and JOHN DOES 1-5**<br><br>**Defendants** | ▲ **COURT USE ONLY**<br><br>Case No.: 2015CV031933<br><br>Division: 203 |
| Attorneys for Plaintiff:<br><br>M. Gabriel McFarland, No. 26167<br>EVANS & MCFARLAND, LLC<br>910 13th St., Suite 200<br>Golden, Colorado 80401<br>tel 303.279.8300<br>fax 303.277.1620<br>email: gmcfarland@emlawyers.com | |
| **SUMMONS** | |

**TO:** Frank Bell
13 Management
147 Maple Row Blvd.
Hendersonville, TN 37075

You are hereby summoned and required to file with the clerk of this court an answer or other response to the attached Amended Complaint and Jury Demand within 35 days after such service upon you.

If you fail to file your answer or other response to the Amended Complaint and Jury Demand in writing within the applicable time period, judgment by default may be entered against you by the court for the relief demanded in the complaint, without any further notice.

The following documents are served with this Summons: Amended Complaint and Jury Demand, and Civil Cover Sheet.

DATED this 30th day of July, 2015.

                                                      **EVANS & MCFARLAND, LLC**

*The original signature is on file at Evans & McFarland, LLC*

By: /s/ M. Gabriel McFarland
     M. Gabriel McFarland

ATTORNEYS FOR PLAINTIFF

2

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br>1437 Bannock Street, Room 256<br>Denver, Colorado 80202 | |
| **DAVID MUELLER**<br>**Plaintiff**<br>v.<br>**TAYLOR SWIFT; FRANK BELL; SCOTT BORCHETTA; ANDREA SWIFT a/k/a ANDREA FINLAY; SCOTT SWIFT; and JOHN DOES 1-5**<br>**Defendants** | ▲ **COURT USE ONLY**<br>Case No.: 2015CV031933<br>Division: 203 |
| Attorneys for Plaintiff:<br>M. Gabriel McFarland, No. 26167<br>EVANS & MCFARLAND, LLC<br>910 13th St., Suite 200<br>Golden, Colorado 80401<br>tel 303.279.8300<br>fax 303.277.1620<br>email: gmcfarland@emlawyers.com | |
| **SUMMONS** | |

**TO:** Andrea Swift a/k/a Andrea Finlay

You are hereby summoned and required to file with the clerk of this court an answer or other response to the attached Amended Complaint and Jury Demand within 35 days after such service upon you.

If you fail to file your answer or other response to the Amended Complaint and Jury Demand in writing within the applicable time period, judgment by default may be entered against you by the court for the relief demanded in the complaint, without any further notice.

The following documents are served with this Summons: Amended Complaint and Jury Demand, and Civil Cover Sheet.

DATED this 4th day of September, 2015.

                                              **EVANS & MCFARLAND, LLC**

*The original signature is on file at Evans & McFarland, LLC*

By: /s/ M. Gabriel McFarland
      M. Gabriel McFarland

ATTORNEYS FOR PLAINTIFF

2

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br>1437 Bannock Street, Room 256<br>Denver, Colorado 80202 | |
| **DAVID MUELLER**<br><br>**Plaintiff**<br><br>v.<br><br>**TAYLOR SWIFT; FRANK BELL; SCOTT BORCHETTA; ANDREA SWIFT a/k/a ANDREA FINLAY; SCOTT SWIFT; and JOHN DOES 1-5**<br><br>**Defendants** | ▲ **COURT USE ONLY**<br><br>Case No.: 2015CV031933<br><br>Division: 203 |
| Attorneys for Plaintiff:<br><br>M. Gabriel McFarland, No. 26167<br>**EVANS & MCFARLAND, LLC**<br>910 13th St., Suite 200<br>Golden, Colorado 80401<br>tel 303.279.8300<br>fax 303.277.1620<br>email: gmcfarland@emlawyers.com | |
| **SUMMONS** ||

**TO:   Scott Swift**

You are hereby summoned and required to file with the clerk of this court an answer or other response to the attached Amended Complaint and Jury Demand within 35 days after such service upon you.

If you fail to file your answer or other response to the Amended Complaint and Jury Demand in writing within the applicable time period, judgment by default may be entered against you by the court for the relief demanded in the complaint, without any further notice.

The following documents are served with this Summons: Amended Complaint and Jury Demand, and Civil Cover Sheet.

DATED this 4th day of September, 2015.

                                                               **EVANS & MCFARLAND, LLC**

*The original signature is on file at Evans & McFarland, LLC*

By: /s/ M. Gabriel McFarland
     M. Gabriel McFarland

ATTORNEYS FOR PLAINTIFF

2