# Exhibit C

## Case No. 1:15-cv-1974-WJM-KLM

15cv1974

# STATE OF COLORADO
## JURISDICTION OF: CITY & COUNTY OF DENVER – DISTRICT COURT

DAVID MUELLER ,
Plaintiff,

vs.

TAYLOR SWIFT; FRANK BELL; SCOTT BORCHETTA
ANDREA SWIFT; A/K/A ANDREA FINLAY; SCOTT
SWIFT AND JOHN DOES 1-5
Defendant/Respondent,

SERVICE TYPE: PERSONAL

NUMBER: 2015CV031933

### AFFIDAVIT OF SERVICE

**Personally appeared** before me, ROBERT SCOTT MEEK, PI, the undersigned officer duly authorized to administer oaths, first being duly sworn, on oath deposes and states that he/she is not related to any party, has no interest in the above styled case, is not a convicted felon, is a resident of Tennessee, and is a native born citizen of the United States of America.

Affiant further states that at 1:46 pm. on the 4TH day of SEPTEMBER, 2015,
He substitute served Scott Swift at: Merrill Lynch – Swift Group 150 4th Ave. N. Ste 1700 Nashville, TN

by: serving **Tyson Moore**, Branch Manager who stated he was authorized to accept service of process on behalf of Scott Swift. He stated that Swift was out of town.
and serving copies of the following documents as provided by the court:
1) SUMMONS
2) AMENDED COMPLAINT AND JURY DEMAND,
3) DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT
4) COUNTER CLAIM, CROSS-CLAIM OR THIRD PART COMPLAINT
Additional page of documents is / is not attached.
FURTHER, AFFIANT SAITH NOT.

Robert Scott MEEK

Private Process Server | Private Investigator
The Watchmen Group, Investigations Incorporated
P.O. Box 331556 Murfreesboro, TN 37133
TN PI License #0001650

STATE
OF
TENNESSEE
NOTARY
PUBLIC
DAVIDSON COUNTY

Sworn to and subscribed before me
on _September 8_, 2015
My Commission Expires: 3 / 10 / 2019

Public | Notary Signature / Seal