# Exhibit E

Case No. 1:15-cv-1974-WJM-KLM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01974-WJM

DAVID MUELLER

    Plaintiff

v.

TAYLOR SWIFT;
FRANK BELL;
SCOTT BORCHETTA;
ANDREA SWIFT a/k/a ANDREA FINLAY;
SCOTT SWIFT; and
JOHN DOES 1 - 5

    Defendants

---

### ACCEPTANCE AND WAIVER OF SERVICE FORM [TAYLOR SWIFT]

---

    I, J. Douglas Baldridge, of the law firm of Venable LLP, hereby acknowledge receipt of the Amended Complaint and Jury Demand filed in the above-captioned case and of a Summons to Taylor Swift.

    I hereby accept service of the same on behalf of Ms. Swift. I understand that Ms. Swift will keep all defenses or objections to this lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objection to further or other service of process.

    I also understand that Ms. Swift must file and serve an answer or a motion under Rule 12 within 60 days from the date this waiver form is executed. Ms. Swift will answer or otherwise respond to the Amended Complaint not later than _October 28_, 2015. If Ms. Swift fails to do so, a default judgment may be entered against her.

Dated this ____ day of September, 2015

    Respectfully submitted,

    VENABLE LLP

    By: _____
    J. Douglas Baldridge
    Venable LLP
    575 7th Street, NW
    Washington, DC 20004
    Telephone: 202.344.8300
    Email: jbaldridge@venable.com

    ATTORNEYS FOR DEFENDANT
    TAYLOR SWIFT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01974-WJM

DAVID MUELLER

    Plaintiff

v.

TAYLOR SWIFT;
FRANK BELL;
SCOTT BORCHETTA;
ANDREA SWIFT a/k/a ANDREA FINLAY;
SCOTT SWIFT; and
JOHN DOES 1 - 5

    Defendants

---

**ACCEPTANCE AND WAIVER OF SERVICE FORM [FRANK BELL]**

---

    I, J. Douglas Baldridge, of the law firm of Venable LLP, hereby acknowledge receipt of the Amended Complaint and Jury Demand filed in the above-captioned case and of a Summons to Frank Bell.

    I hereby accept service of the same on behalf of Mr. Bell. I understand that Mr. Bell will keep all defenses or objections to this lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objection to further or other service of process.

    I also understand that Mr. Bell must file and serve an answer or a motion under Rule 12 within 60 days from the date this waiver form is executed. Mr. Bell will answer or otherwise respond to the Amended Complaint not later than _October 28_, 2015. If Mr. Bell fails to do so, a default judgment may be entered against him.

Dated this 28th day of September, 2015

                              Respectfully submitted,

                              VENABLE LLP

By: /s/ J. Douglas Baldridge
                              J. Douglas Baldridge
                              Venable LLP
                              575 7th Street, NW
                              Washington, DC  20004
                              Telephone: 202.344.8300
                              Email: jbaldridge@venable.com

                              ATTORNEYS FOR DEFENDANT
                              FRANK BELL

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01974-WJM

DAVID MUELLER

    Plaintiff

v.

TAYLOR SWIFT;
FRANK BELL;
SCOTT BORCHETTA;
ANDREA SWIFT a/k/a ANDREA FINLAY;
SCOTT SWIFT; and
JOHN DOES 1 - 5

    Defendants

## ACCEPTANCE AND WAIVER OF SERVICE FORM [ANDREA SWIFT A/K/A ANDREA FINLAY]

I, J. Douglas Baldridge, of the law firm of Venable LLP, hereby acknowledge receipt of the Amended Complaint and Jury Demand filed in the above-captioned case and of a Summons to Andrea Swift a/k/a Andrea Finlay.

I hereby accept service of the same on behalf of Ms. Swift. I understand that Ms. Swift will keep all defenses or objections to this lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objection to further or other service of process.

I also understand that Ms. Swift must file and serve an answer or a motion under Rule 12 within 60 days from the date this waiver form is executed. Ms. Swift will answer or otherwise respond to the Amended Complaint not later than _October 28_, 2015. If Ms. Swift fails to do so, a default judgment may be entered against her.

Dated this 28th day of September, 2015

                                          Respectfully submitted,

                                          VENABLE LLP

                                          By: _____
                                          J. Douglas Baldridge
                                          Venable LLP
                                          575 7th Street, NW
                                          Washington, DC 20004
                                          Telephone: 202.344.8300
                                          Email: jbaldridge@venable.com

                                          ATTORNEYS FOR DEFENDANT
                                          ANDREA SWIFT A/K/A ANDREA
                                          FINLAY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01974-WJM

DAVID MUELLER

    Plaintiff

v.

TAYLOR SWIFT;
FRANK BELL;
SCOTT BORCHETTA;
ANDREA SWIFT a/k/a ANDREA FINLAY;
SCOTT SWIFT; and
JOHN DOES 1 - 5

    Defendants

---

### ACCEPTANCE AND WAIVER OF SERVICE FORM [SCOTT SWIFT]

---

I, J. Douglas Baldridge, of the law firm of Venable LLP, hereby acknowledge receipt of the Amended Complaint and Jury Demand filed in the above-captioned case and of a Summons to Scott Swift.

I hereby accept service of the same on behalf of Mr. Swift. I understand that Mr. Swift will keep all defenses or objections to this lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objection to further or other service of process.

I also understand that Mr. Swift must file and serve an answer or a motion under Rule 12 within 60 days from the date this waiver form is executed. Mr. Swift will answer or otherwise respond to the Amended Complaint not later than _October 28_, 2015. If Mr. Swift fails to do so, a default judgment may be entered against him.

Dated this 28th day of September, 2015

                Respectfully submitted,

                VENABLE LLP

                By: /s/ J. Douglas Baldridge
                J. Douglas Baldridge
                Venable LLP
                575 7th Street, NW
                Washington, DC 20004
                Telephone: 202.344.8300
                Email: jbaldridge@venable.com

                ATTORNEYS FOR DEFENDANT
                SCOTT SWIFT

2