## SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF REMOVAL

The removing party shall complete the SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF REMOVAL and follow D.C.COLO.LCivR 81.1. and 28 U.S.C. § 1446(a).

### Section A - Plaintiffs

Plaintiffs remaining in action at the time of filing the notice of removal.

| | |
|---|---|
| 1. | David Mueller |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

### Section B - Defendants

Defendants remaining in action at the time of filing the notice of removal.

| | |
|---|---|
| 1. | Taylor Swift |
| 2. | Frank Bell |
| 3. | Scott Borchetta |
| 4. | Andrea Swift |
| 5. | Scott Swift |
| 6. | John Does 1-5 |

### Section C - Pending State Court Motions As of Date of Removal

| | Title of State Court Motion | Date Motion Filed |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |

### Section D - Scheduled State Court Hearings As of Date of Removal

| | Title of State Court Scheduled Hearing | Date of Hearing | Time of Hearing | Assigned State Judge |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

Signature

J. Douglas Baldridge
Printed Name

Telephone Number 202-344-4703

Date Oct 2, 2015

State Court Case Number 2015-CV-031933

(Rev 11/08/2010)