# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01974-WJM

DAVID MUELLER

      Plaintiff

v.

TAYLOR SWIFT;
FRANK BELL;
SCOTT BORCHETTA;
ANDREA SWIFT a/k/a ANDREA FINLAY;
SCOTT SWIFT; and
JOHN DOES 1 - 5

      Defendants

---

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' COUNTERCLAIMS

---

Plaintiff David Mueller, through counsel, M. Gabriel McFarland of Evans & McFarland, LLC, respectfully requests an extension of time to reply to Defendants' Counterclaims:

### CERTIFICATION

Prior to filing this Motion, undersigned counsel conferred with Defendants' counsel, Courtney A. Sullivan. Defendants do not object to the granting of the requested extension.

### MOTION FOR EXTENSION

1. Frank Bell and the Swift Defendants ("Defendants") filed their Answer, Affirmative Defenses, and Counterclaims ("Counterclaims") on October 28, 2015.

Therefore, Plaintiff's reply to the Counterclaims is due on or before November 18, 2015.

2.  Defendant, however, requires a few additional days, to and until November 23, 2015, to submit his Reply to Defendants' Counterclaims. Among other things, the undersigned is out of town until late Thursday. Despite advanced planning, the undersigned's technology has failed and he is not able to access the firm's computer system and, thus, unable to properly finalize his reply to the Counterclaims.

3.  The requested extension has been discussed with Plaintiff, and a copy of this motion has been sent to Plaintiff.

4.  This extension is sought in good faith, and the granting of this Motion will not prejudice any party or delay these proceedings. The extension will serve the interests of justice and judicial economy.

WHEREFORE, Plaintiff requests a short extension of time to November 23, 2015, to Reply to Defendants' Counterclaims. For the Court's convenience, a proposed form of order is submitted with this Motion.

Dated this 17th day of November, 2015.

Respectfully submitted,

EVANS & MCFARLAND, LLC

By: s/ M. Gabriel McFarland
M. Gabriel McFarland
Evans & McFarland, LLC
910 13th St., #200
Golden, CO 80401
Telephone: 303.279.8300
Facsimile: 303.277.1620
Email: gmcfarland@emlawyers.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

   I hereby certify that on November 17, 2015, **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' COUNTERCLAIMS** was filed with the Clerk of Court using the CM/ECF system and the same served via e-mail upon the following:

  J. Douglas Baldridge
  Courtney A. Sullivan
  Katherine M. Wright
  Venable LLP
  jbaldridge@venable.com
  casullivan@venable.com
  kmwright@venable.com

  John R. Jacobson
  Jenna L. Harris
  jjacobson@rwjplc.com
  jharris@rwjplc.com

  John M. Palmeri
  Nicole C. Salamander Irby
  jpalmeri@gordonrees.com
  nsalamanderirby@gordonrees.com

                s/Gina Bowermaster
                Gina Bowermaster

00057448.DOC1