**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| DAVID MUELLER ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:15-cv-01974-WJM |
| ) | |
| TAYLOR SWIFT; FRANK BELL ) | |
| ANDREA SWIFT a/k/a ANDREA ) | |
| FINLAY; SCOTT SWIFT; ) | |
| and JOHN DOES 1-5 ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE PURSUANT TO COLORADO STATUTE § 13-21-102(1.5)(A)**

PLEASE TAKE NOTICE that pursuant to Colorado Revised Statutes Annotated, Section 13-21-102(1.5)(a), Counterclaimant Taylor Swift, in order to first routinely make out a prima facie entitlement to punitive damages currently set forth in her Counterclaim for Assault and Battery against Plaintiff/Counterclaim Defendant David Mueller, will temporarily withdraw without prejudice her request for punitive damages. After this routine procedural showing, and certain of her right to amend, Ms. Swift fully intends to amend her Counterclaim and seek punitive damages following initial disclosures. The facts alleged in the Counterclaim, and those to be laid out in the initial disclosures, fully support Ms. Swift's entitlement to punitive damages and her prima facie case thereto will be firmly established thereby.

Respectfully Submitted,

/s/ J. Douglas Baldridge
J. Douglas Baldridge
Courtney A. Sullivan
Katherine M. Wright
Venable LLP
575 7th Street, NW

1

Washington, D.C. 20004
Telephone: (202) 344-4703
FAX: (202) 344-8300
E-mail: jdbaldridge@venable.com
E-mail: casullivan@venable.com
E-mail: kmwright@venable.com

*Attorneys for Counterclaimant*
*Taylor Swift*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 23rd day of November, 2015, a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on all counsel of record.

                  /s/ *J. Douglas Baldridge*
                   J. Douglas Baldridge