**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:15-cv-01974-WJM-KLM

DAVID MUELLER

                Plaintiff,

v.

TAYLOR SWIFT; FRANK BELL;
ANDREA SWIFT a/k/a ANDREA FINLAY;
SCOTT SWIFT; and JOHN DOES 1-5

                Defendants.

---

**DEFENDANTS TAYLOR SWIFT, FRANK BELL, ANDREA SWIFT, AND SCOTT SWIFT, AND COUNTERCLAIMANT TAYLOR SWIFT'S UNOPPOSED MOTION TO APPEAR BY TELEPHONE AT SCHEDULING CONFERENCE**

---

Defendants Taylor Swift, Frank Bell, Andrea Swift, and Scott Swift, and Counterclaimant Taylor Swift (collectively "Defendants"), pursuant to the Court's September 14, 2015 Order Setting Scheduling/Planning Conference (ECF No. 10), respectfully request that the Court permit Counsel for Defendants to appear by telephone at the Scheduling/Planning Conference set by Magistrate Judge Mix for December 21, 2015, at 9:30 a.m. (ECF No. 10). Plaintiff's Counsel does not oppose this Motion. Counsel for Defendants submit this request in order to avoid conflicts with prior work and personal commitments; and, believe it is consistent with the efficient and cost effective management of this matter.

WHEREFORE, for the foregoing reasons, Defendants respectfully request the Court find good cause for a telephonic appearance and grant their request for permission for Defense Counsel to appear at the December 21, 2015, scheduling conference telephonically.

1

2

Dated: December 11, 2015.

Respectfully Submitted,

/s/ *J. Douglas Baldridge*
J. Douglas Baldridge
Courtney A. Sullivan
Katherine M. Wright
Venable LLP
575 7th Street, NW
Washington, D.C. 20004
Telephone: (202) 344-4703
FAX: (202) 344-8300
E-mail: jdbaldridge@venable.com
E-mail: casullivan@venable.com
E-mail: kmwright@venable.com

*Attorneys for Defendants Taylor Swift, Frank Bell, Andrea Swift, and Scott Swift, and Counterclaimant Taylor Swift*

## D.C.COLO.LCivR 7.1 CERTIFICATION

Pursuant to District of Colorado Local Rule 7.1, on December 10, 2015, Counsel for Defendants conferred with Plaintiff's Counsel, Gabriel McFarland, regarding this Motion. Plaintiff's counsel stated that he is unopposed to Defense Counsel's request to appear telephonically at the scheduled December 21, 2015, Scheduling/Planning Conference.

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on this 11th day of December, 2015 a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system and a copy was thereby served on all counsel of record including the following:

M. Gabriel McFarland
Evans & McFarland, LLC
910 13th Street
Suite 200
Golden, CO 80401
gmcfarland@emlawyers.com

/s/ *J. Douglas Baldridge*
J. Douglas Baldridge