# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01974-WJM-KLM

DAVID MUELLER,

    Plaintiff

v.

TAYLOR SWIFT;
FRANK BELL;
ANDREA SWIFT a/k/a ANDREA FINLAY;
SCOTT SWIFT; and
JOHN DOES 1 – 5,

    Defendants

---

## UNOPPOSED MOTION TO RESCHEDULE THE SCHEDULING CONFERENCE

---

Plaintiff David Mueller, through his counsel, M. Gabriel McFarland of Evans & McFarland, LLC, respectfully submits this Unopposed Motion to Reschedule the Scheduling Conference. As grounds therefor, Plaintiff states as follows:

### CERTIFICATION

The undersigned counsel for Plaintiff certifies that he conferred via telephone with Katherine M. Wright, counsel for Defendants, regarding the relief requested in this motion. Defendants do not oppose rescheduling the Scheduling Conference.

### MOTION TO RESCHEDULE

1. The Scheduling Conference in this case is currently set for Monday, December 21, 2015.

2. The week of December 21, however, is the only week the undersigned can get away with his family, given his schedule and the various commitments of his

family members.  Accordingly, the undersigned would very much appreciate resetting the Scheduling Conference.

3.	The undersigned and counsel for Defendants are available January 5, 2016; January 12, 2016; January 13, 2016; and January 14, 2016.

4.	A copy of this Motion has been sent to Plaintiff.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and reset the Scheduling Conference.  For the Court's convenience, an order in a form granting the requested relief is attached hereto.

Dated this 11th day of December, 2015.

        Respectfully submitted,

        EVANS & MCFARLAND, LLC

By: s/ M. Gabriel McFarland
    M. Gabriel McFarland
    Evans & McFarland, LLC
    910 13th St., #200
    Golden, CO 80401
    Telephone: 303.279.8300
    Facsimile: 303.277.1620
    Email: gmcfarland@emlawyers.com

    ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 11, 2015, the foregoing **UNOPPOSED MOTION TO RESCHEDULE THE SCHEDULING CONFERENCE** was filed with the Clerk of Court using the CM/ECF system and the same served via email upon at least the following:

      J. Douglas Baldridge (jbaldridge@venable.com)
      Courtney A. Sullivan (casullivan@venable.com)
      Katherine M. Wright (kmwright@venable.com)

                                        s/Gina Bowermaster
                                        Gina Bowermaster

00057818.DOC1