IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

---

| | |
|---|---|
| Courtroom Deputy: Laura Galera | FTR - Reporter Deck - Courtroom A-401 |
| Date: January 5, 2016 | Alfred A. Arraj United States Courthouse |

---

Civil Action No.  15-cv-01974-WJM-KLM

*Parties*:                                         *Counsel*:

DAVID MUELLER,                          M. Gabriel McFarland

     Plaintiff,

v.

TAYLOR SWIFT, ET AL.,                 James Baldridge (By telephone)
                                                      Katherine Wright (By telephone)
     Defendants.

---

### COURTROOM MINUTES

---

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:   9:31 a.m.**
Court calls case. Appearance of counsel.

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**
Deadline for Joinder of Parties/Amendment of Pleadings: **February 5, 2016.**

Discovery Cut-off: **July 21, 2016.**

Dispositive Motions Deadline: **September 2, 2016.**

Parties shall designate affirmative experts **on or before June 1, 2016.**

Parties shall designate rebuttal experts **on or before July 1, 2016.**

Each side shall be limited to **three (3)** expert witnesses, absent further leave of court.

Each side shall be limited to **ten (10)** depositions, absent further leave of court.

Each side shall be limited to **twenty-five (25)** interrogatories, **twenty-five (25)** requests

for production, and **twenty-five (25)** requests for admissions, absent further leave of Court.

**Counsel shall call the Court by joint conference call for hearings regarding unresolved discovery disputes prior to filing any discovery motions.**

No **STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by Minute Order. The parties may request a status conference by contacting Chambers (303) 335-2770, preferably as a joint conference call, and request that one be set.

**FINAL PRETRIAL CONFERENCE**  is set for **December 8, 2016 at 10:00 a.m.** before Magistrate Judge Kristen L. Mix. Final Pretrial Order is due **no later than seven (7) days** before the Final Pretrial Conference. (See the court's website **www.cod.uscourts.gov** for Instructions for Preparation and Submission).  In accordance with FED.R.Civ.P. 16(d), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel and the parties must notify chambers (303-335-2770) at least **3 business days in advance** of any hearing requiring presentation of documentary evidence, so that the courtroom can be equipped with the appropriate electronic technology.

Court reviews Judge Martinez's and Magistrate Judge Mix's practice standards.

**TRIAL**
The Honorable William J. Martinez will set a **Trial Preparation Conference** and **Trial** at a future date.

- Scheduling Order is signed and entered with interlineations on January 5, 2016.

HEARING CONCLUDED.
**Court in recess:     9:59 a.m.**
Total In-Court Time:     00:28


To order a transcript of this proceeding, contact Stevens-Koenig Reporting at  (303)988-8470.