**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-01974-WJM-KLM

DAVID MUELLER

    Plaintiff

v.

TAYLOR SWIFT;
FRANK BELL;
ANDREA SWIFT a/k/a ANDREA FINLAY;
SCOTT SWIFT; and
JOHN DOES 1 - 5

    Defendants

---

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

---

Plaintiff David Mueller, through his counsel, M. Gabriel McFarland of Evans & McFarland, LLC, respectfully submits this Motion to Amend Complaint. In support thereof, Plaintiff states as follows:

**CERTIFICATION**

The undersigned counsel certifies that prior to filing this Motion for Leave to Amend Complaint he conferred with counsel for Defendants regarding the requested relief. Defendants will object to the relief sought.

**MOTION TO AMEND**

1.    On May 29, 2015, Plaintiff initiated this litigation with the filing of a Complaint and Jury Demand against Defendant Taylor Swift in the state District Court for the City and County of Denver, asserting causes of action for intentional

interference with contractual obligations and tortious interference with prospective business relations.

2. On June 1, 2015, Plaintiff filed an Amended Complaint and Jury Demand in order to name additional defendants and to assert Defendant Taylor Swift's liability for those defendants' actions pursuant to the doctrine of *respondeat superior*. (Doc. 2).

3. On September 10, 2015, the case was removed to this Court by former Defendant Scott Borchetta.  (Doc. 1).[1]

4. The Defendants answered the Amended Complaint on October 28, 2015. (Doc. 36).  The Answer included an affirmative defense of "Truth," alleging that "no statements by Defendants were defamatory or otherwise tortious or wrongful."  The Answer also included a counterclaim by Defendant Taylor Swift against Plaintiff , asserting causes of action for assault and battery.

5. Plaintiff seeks to amend his complaint to include claims for defamation.

6. This Motion is brought in good faith, and is timely.  Pursuant to the Court's February 9, 2016 Order (Doc. 67), the deadline to amend pleadings is April 1, 2016.

7. The granting of this Motion will not unduly prejudice any party or delay these proceedings.

8. The granting of this Motion will serve the interests of justice and judicial economy by allowing the parties to resolve all issues among them.

---

[1] Mr. Borchetta was voluntarily dismissed as a defendant by Plaintiff on November 17, 2015.  (Doc. 37).

9. Pursuant to Rule 15, the Court should freely give leave when justice so requires. Fed. R. Civ. P. 15(a).

WHEREFORE, Plaintiff respectfully requests that the Court grant him leave to amend his complaint and accept as filed the Second Amended Complaint attached hereto as Exhibit 1. For the Court's convenience, a proposed form of order is submitted with this Motion.

Dated this 25th day of February, 2016.

Respectfully submitted,

EVANS & MCFARLAND, LLC

By: s/ M. Gabriel McFarland
M. Gabriel McFarland
Evans & McFarland, LLC
910 13th St., #200
Golden, CO 80401
Telephone: 303.279.8300
Facsimile: 303.277.1620
Email: gmcfarland@emlawyers.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2016, **PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT** was filed with the Clerk of Court using the CM/ECF system and the same served via e-mail upon at least the following:

J. Douglas Baldridge (jbaldridge@venable.com)
Courtney A. Sullivan (casullivan@venable.com)
Katherine M. Wright (kmwright@venable.com)

s/M. Gabriel McFarland
M. Gabriel McFarland

00058586.DOC;1