IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01974-WJM-KLM

DAVID MUELLER,

    Plaintiff,

v.

TAYLOR SWIFT,
FRANK BELL,
SCOTT BORCHETTA,
ANDREA SWIFT, also known as Andrea Finlay,
SCOTT SWIFT, and
JOHN DOES 1-5,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave to Amend Complaint** [#68] (the "Motion"). Given that Plaintiff has not amended his complaint since this lawsuit was removed to federal court, and given that the deadline for amendment of pleadings and joinder of parties has not yet passed, the Court finds that leave to amend should be granted pursuant to Fed. R. Civ. P. 15(a)(2). Accordingly,

    IT IS HEREBY **ORDERED** that the Motion to Amend [#68] is **GRANTED**. The Clerk of Court shall accept Plaintiff's Second Amended Complaint [#68-1] for filing as of the date of this Minute Order.

    Dated: February 25, 2016