**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:15-cv-01974-WJM-KLM

DAVID MUELLER

        Plaintiff,

v.

TAYLOR SWIFT; FRANK BELL;
ANDREA SWIFT a/k/a ANDREA FINLAY;
SCOTT SWIFT; and JOHN DOES 1-5

        Defendants.

**UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 26, Defendants Frank Bell, Scott Swift, Andrea Swift, and Taylor Swift, and Counterclaimant Taylor Swift (collectively "Defendants") move the Court for entry of a protective order. As grounds for the Motion, Defendants state as follows:

1. Defendants and Plaintiff / Counterclaim Defendant David Mueller ("Plaintiff") (collectively, "the Parties") anticipate that they may produce or divulge information in this action that one or both of the Parties deem to be confidential.

2. Counsel for the Parties conferred extensively as to the contents of a proposed protective order. The Parties agree that the proposed protective order provides adequate protection to preserve the confidential nature of the information at issue in this case while simultaneously allowing for efficient and fair discovery.

3. The Parties agreed to a proposed Protective Order, a copy of which is attached hereto as Exhibit 1.

2

## CERTIFICATION OF COMPLIANCE WITH D.C.COLO.LCivR 7.1(A)

Counsel for Defendants conferred with counsel for Plaintiff regarding this Motion. Plaintiff's counsel is unopposed to the relief requested herein.

WHEREFORE, Defendants request the Court grant Defendants' Unopposed Motion for Protective Order and enter the proposed protective order attached as Exhibit 1.

For the Court's convenience a proposed order granting this Motion is also attached.

Dated:  April 12, 2016                    Respectfully Submitted,

/s/ J. Douglas Baldridge
J. Douglas Baldridge
Courtney A. Sullivan
Katherine M. Wright
Venable LLP
575 7th Street, NW
Washington, D.C. 20004
Telephone: (202) 344-4703
FAX: (202) 344-8300
jbaldridge@venable.com
casullivan@venable.com
kmwright@venable.com

*Attorneys for Defendants Taylor Swift, Frank Bell, Scott Swift, Andrea Swift, and Counterclaimant Taylor Swift*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 12th day of April, 2016 a copy of the foregoing was filed with the Clerk of Court using the Court's CM/ECF system on all counsel of record.

/s/ J. Douglas Baldridge
J. Douglas Baldridge