IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01974-WJM-KLM

DAVID MUELLER,

    Plaintiff,

v.

TAYLOR SWIFT,
FRANK BELL,
ANDREA SWIFT, also known as Andrea Finlay,
SCOTT SWIFT, and
JOHN DOES 1-5,

    Defendants.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion for Entry of Protective Order [#77]** (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#77] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#77-2] supplied by the parties is **accepted** for filing and entered as an Order of the Court as of the date of this Minute Order.

    Dated: April 14, 2016