UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01974-WJM-KLM

DAVID MUELLER

    Plaintiff

v.

TAYLOR SWIFT;
FRANK BELL;
ANDREA SWIFT a/k/a ANDREA FINLAY;
SCOTT SWIFT; and
JOHN DOES 1 - 5

    Defendants

---

### REPLY TO DEFENDANT TAYLOR SWIFT'S COUNTERCLAIM
---

Plaintiff David Mueller ("Plaintiff"), through counsel, M. Gabriel McFarland of Evans & McFarland, LLC, respectfully submits this Reply to Defendant Taylor Swift's Counterclaim.

1. Plaintiff denies the allegations contained in Paragraph 1 of the Counterclaim.

2. Admit.

3. Admit.

4. Admit.

5. Admit.

6. Admit.

7. Admit.

8. Admit.

9. Plaintiff admits Ms. Swift held two, separate backstage events at her June 2, 2013 concert, but otherwise denies the allegations contained in Paragraph 9.

10. Admit.

11. Plaintiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 and, therefore, denies the same.

12. Plaintiff admits that he and Ms. Melcher entered an enclosed area to pose for a photograph with Ms. Swift. Plaintiff denies any remaining allegations contained in Paragraph 12.

13. Plaintiff denies the allegations contained in Paragraph 13.

14. Plaintiff denies the allegations contained in Paragraph 14.

15. Plaintiff denies inappropriately touching Ms. Swift in any manner and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 and, therefore, denies the same.

16. Plaintiff denies the allegations contained in Paragraph 16.

17. Plaintiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 and, therefore, denies the same.

18. Plaintiff denies the allegations contained in Paragraph 18.

19. Plaintiff denies the allegations contained in Paragraph 19.

20. Plaintiff denies the allegations contained in Paragraph 20.

21. In response to Paragraph 21 of the Counterclaim, Plaintiff incorporates his responses to paragraphs 1 – 20 above.

22. Plaintiff denies the allegations contained in Paragraph 22.

23. Plaintiff denies the allegations contained in Paragraph 23.

24. Plaintiff denies the allegations contained in Paragraph 24.

25. Plaintiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 and, therefore, denies the same.

26. In response to Paragraph 26 of the Counterclaim, Plaintiff incorporates his responses to paragraphs 1 – 25 above.

27. Plaintiff admits that his hand appropriately touched Ms. Swift's hand, and denies any inappropriate touching.

28. Plaintiff denies the allegations contained in Paragraph 28.

29. Plaintiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 and, therefore, denies the same.

**AFFIRMATIVE DEFENSES**

1. Defendant's Counterclaim fails to state a claim upon which relief can be granted.

WHEREFORE, Plaintiff respectfully requests this Court to enter judgment in his favor and against Defendant on her Counterclaim, award Plaintiff the costs of defense, and enter such other and further relief as the Court deems just.

Dated this 4th day of August, 2016.

Respectfully submitted,

EVANS & MCFARLAND, LLC

By: s/ M. Gabriel McFarland
M. Gabriel McFarland
Evans & McFarland, LLC
910 13th St., #200
Golden, CO 80401
Telephone: 303.279.8300
Facsimile: 303.277.1620
Email: gmcfarland@emlawyers.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 4, 2016, the foregoing **REPLY TO DEFENDANT TAYLOR SWIFT'S COUNTERCLAIM** was filed with the Clerk of Court using the CM/ECF system and the same served via e-mail upon at least the following:

  J. Douglas Baldridge (jbaldridge@venable.com)
  Courtney A. Sullivan (casullivan@venable.com)
  Katherine M. Wright (kmwright@venable.com)

              s/M. Gabriel McFarland
              M. Gabriel McFarland

00061190.DOC;1