IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:15-cv-01974-WJM-KLM

DAVID MUELLER

                    Plaintiff,                          **FILED AS**

v.                                            **RESTRICTED DOCUMENT**

TAYLOR SWIFT; FRANK BELL;
ANDREA SWIFT a/k/a ANDREA FINLAY;
and JOHN DOES 1-5

                    Defendants.

**DECLARATION OF KATHERINE WRIGHT IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Katherine Wright, hereby declare as follows:

1.      I am an attorney duly licensed by the District of Columbia and State of Maryland. I am an associate at the law firm of Venable LLP, and counsel of record for Defendants in the above-captioned case. I provide this Declaration in support of Movants' Statement of Material Facts in Defendants' Motion for Summary Judgment.

2.      I have personal knowledge of and am competent to testify to the facts set forth herein.

3.      Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's January 4, 2013 Employment Contract, SWIFT_0000003-18.

4.      Attached hereto as Exhibit 2 is a true and correct copy of the June 4, 2013 Termination Letter, SWIFT_0000029.

5.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the July 13, 2016 Deposition of David J. Mueller.

6.     Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the July 14, 2016 Deposition of Hershel Coomer P/K/A Eddie Haskell.

7.     Attached hereto as Exhibit 5 is a true and correct copy of the Investigation Notes of Bob Call, SWIFT_0000024-28.

8.     Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the July 14, 2016 Deposition of Bob Call.

9.     Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the July 26, 2016 Deposition of Ms. Swift.

10.    Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the June 28, 2016 Deposition of Stephanie Simbeck.

11.    Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the June 28, 2016 Deposition of Erica Worden.

12.    Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the July 28, 2016 Deposition of Gregory Dent.

13.    Attached hereto as Exhibit 11 is a true and correct copy of the July 20, 2016 Declaration of Gregory W. Dent.

14.    Attached hereto as Exhibit 12 is a true and correct copy of the September 29, 2016 Declaration of J. Douglas Baldridge, attaching at Exhibit A a true and correct copy of the March 2, 2016 Transcript of Recorded Conversations.

15.    Attached hereto as Exhibit 13 is a true and correct copy of excerpts of the August 30, 2016 Deposition of Shannon Melcher.

16.    Attached hereto as Exhibit 14 is a true and correct copy of a document produced at SWIFT_0000076.

17.     Attached hereto as Exhibit 15 is a true and correct copy of excerpts of the June 29, 2016 Deposition of Francis Bell.

18.     Attached hereto as Exhibit 16 is a true and correct copy of excerpts of the June 28, 2016 Deposition of Andrea Swift.

19.     Attached hereto as Exhibit 17 is a true and correct copy of the February 2015 Draft Complaint, SWIFT_0000112-118.

20.     Attached hereto as Exhibit 18 is a true and correct copy of the July 16, 2014 Draft Complaint, SWIFT_0000087-90.

21.     Attached hereto as Exhibit 19 is a true and correct copy of Plaintiff's May 29, 2013 Notes from Conference Call with Talent Agent.

22.     Attached hereto as Exhibit 20 is a true and correct copy of the May 29, 2015 Complaint, SWIFT_0000276-282.

23.     Attached hereto as Exhibit 21 is a true and correct copy of the June 1, 2015 Amended Complaint, SWIFT_0000121-128.

24.     Attached hereto as Exhibit 22 is a true and correct copy of the June 16, 2016 Plaintiff's Responses to Defendants' First Set of Interrogatories.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on September 30, 2016                          _____
                                                        Katherine Wright