# EXHIBIT 5

Notes from Jackson conversations:

Outside of txt and telephone back and forth with Eddie, Don Benson and John Dimick Sunday night June 2.

First conversation with Frank Bell of 13 Management Monday June 3 about 7:45am. He called me to convey the fact he was disappointed, Taylor's family was upset and they were looking to us to do the right thing. Asked me about Jackson's tenure here, I said about 4 months, prior to that he had or still has the prep service 9ball and last radio job at KDWB in Minneapolis back in the mid 2000's. Gave him some background on the show, ryno and Jackson. Indicated I would start investigation as soon as I got into work. He said he would send me an email of the picture, but indicated it was only for our investigation into the situation. He told me Taylors Mom and Dad were extremely upset, especially Mom who was at the show. I asked him if it was possible that his was a case of an accidental or unintended moment of physical contact within a photo shot and he said absolutely not. Taylor was specific that Jax hand had hiked up her skirt and he has grabbed or rubbed her backside. I told him that is not how we operate...we have high expectations regarding the conduct of our people and it will get my immediate attention. He indicated again how upset Taylor, her parents, security and tour people were and what might we do. I said Jax was being suspended from being on the air for that morning while we investigate. I said we have a further complication that his girlfriend is also an employee and we would probably need to meet with her as well as she was in the picture I had understood. He indicated the picture we be pretty damning, I would be able to see how Taylor was trying to get away from Jax and that his hand was in an inappropriate place. There was not much more to discuss, Frank reminded me of the fact he and I have known each other a long time, he would not be calling me if it were not extremely serious and that they are considering all their options. The relationship with KYGO is important and unless we act could be gravely impacted and that he had assured all of the Taylor team that I would handle it appropriately...LFM was a good company and KYGO a great station.

He said he was flying to Nashville and would be available later in the day, but picture was coming.

I received the picture via email sometime around 8:15am on my way to work and forward it to John Dimick.



Exhibit No.: 2
Deponent: mueller
Date/RPR: 7/13/16 JW
Hunter + Geist, Inc.

Confidential                                                                                                                       SWIFT_0000024

I talked to John after getting a call from Frank and indicated the picture would be damning....as Eddie Haskell who saw it briefly Sunday night said it would. John saw it and agreed. We indicated this needed to involve our corp legal people, HR, Eddie and me and setup a call to discuss and decide our next steps.

I got a call from Frank late morning Monday June 3 and discussed the situation further after a morning call at 10am that involved our attorney Phil Bonomo, John Dimick, Kercea Beckwith, Eddie Haskell and Maureen Marsh. Out of that call, I had some specific questions to ask Frank.

During the call with Frank, I asked who was in the photo room and he said, Taylor, Jax and Shannon, a photographer and a security person/body guard. Process was to bring a person in one at a time or couples, small short chat session, photo and then when they left, they get an autographed photo and instructions on how to get their photo with Taylor.

In the photo the indicate she is leaning into Shannon because of the inappropriate physical contact by Jax. She choose not to scream, say anything or even slap him because she knew he was in radio with KGYO and didn't want to make a huge scene so after he and Shannon left she told the security person. She said Jax had his hand UNDER her skirt and was squeezing her. I said it sure doesn't sound like accidental contact and he emphatically said No and Taylor had no question what it was. She takes many photo shots with listeners and radio people and something like this has never happened. After Shannon and Jax left the photo area, Taylor informed her bodyguard/security person who then told the head of security...someone named Craig...from Britain who then went to find Jax and Shannon. Jax did tell Craig that he didn't touch her and then changed his story after being shown a copy of the photo to something like..."If it happened it was an accident. While this was going on Frank relayed the comments that Shannon went "legal" on them firing questions at Craig that they had no right to throw them out of the Pepsi center and defended him.

Frank went on to say that she and her parents were even more upset as time went on and they were looking for specific action and suggested if we don' they WILL act. I told him we are investigating, please assure them of that and that we are sincerely sorry and apologize for this entire incident, but wanted to make sure we had Jacksons side of the story and possibly even Shannon's and that we would be meeting with them later in the afternoon on Monday. I also indicated I might be calling him with more questions later in the day and he was fine with that. He offered for me to talk with Craig the security guy. I opted not to talk with him as I didn't feel since he didn't see the situation, he could only comment of Jax and Shannon being escorted from the building.

Eddie Haskell, KYGO PD and I met with Jackson at 2pm Monday June3 in my office. Jackson told us that this is a big misunderstanding and once we get all the facts, it will become clear. He indicated he did not touch Taylor inappropriately...did not grab her or raise her skirt up in anyway and if he DID touch her at

all, it was accidental and incidental. He indicated the photo session seemed rushed and he was unclear as to whether he was in the right group as he was not with Eddie or Ryno, but when asking a security person where he and Shannon should go, he was told to just get in line. Once in the photo area, Shannon showed Taylor she was with the radio station, but Jackson is convinced Taylor did not know he was in radio. Taylor took to Shannon, discussing Shannon's belt buckle, put her arm quickly around Shannon and Jackson was left to hurriedly get into the photo, thus he is leaning in, had to pose quickly and that resulted in the whole situation and photo being awkward and weird. Jackson indicated that given this is a high security area, there would be other cameras on site and for us to just review these cameras recorded images and we would see that he never touched her or did what Taylor says he did. In our meeting with Jackson that lasted over half an hour, he repeatedly said Taylor did not know he was in radio...could not have known. He mentioned this repeatedly. When I asked him what impact this might have made, had she known, I never got a clear answer, but suspect he believes this wouldn't be happening. He was puzzled why she didn't say something at the time it happened. He said there was no reaction from Taylor. They were in the photo tent for about 40sec to a minute. I asked Jackson who else was in the tent and he said the photographer, maybe someone standing around the photographer possibly a security person, Shannon, Taylor and himself. After the photo session, Jackson said he took some stock celebrity photos out to his car after the photo was taken and was on his way back into the building with Shannon to take his seat when a Taylor security guy with a British or Australian accent pulled him aside. Showed him a cell phone photo of him, Shannon and Taylor. Asked Jackson if he was proud of himself and walked them both to the exit. Jackson indicated he had a drink in his hand at the time. He also indicated he wanted to have them call the police. He said this was all within about 15 min after taking the photo. Jackson said Taylor's story is absolutely inaccurate and IF it did occur was accidental and incidental. He told security he wanted to apologize to Taylor but they simply escorted them both to the exit. Jackson seemed upset through this process that security bullied him but another comment he said...they were not really rude, just doing their job. He saw the photo quickly. Jackson did ask me if I had seen the picture and I told him yes. Again, he was confident when all the security cameras that must be there are reviewed, he will be found innocent. When I asked him why Taylor would make such an accusation...he couldn't respond, just would respond with..."why would he do such a thing." Again, he was sure if Taylor had known he was in radio, this would not have happened. Jackson wanted to subpoena all the camera footage in the Pepsi center, was sure given her celebrity that there were more camera angles and once we saw these photo images, he would be declared innocent. Said the whole thing was weird, awkward and again stated this would not have happened it Taylor knew he was in radio. I asked him if Shannon showed Taylor she was with KYGO, why she wouldn't believe he was in radio....no answer. I told him that Taylor's people indicated she did not make any reaction to his touching her because she knew he was in radio and wanted to handle discretely. He just said she could not have known.

I concluded the meeting by telling him we would continue the investigation and I needed to call Taylors people again and for him to stay away from the building tomorrow and his suspension with pay would continue for one more day. He said he was being treated like a criminal...if they had known he was in

Confidential

SWIFT_0000026

radio, this would have been different. I told him we would be in touch with him by late morning tomorrow (June 4) I suggested we would meet in person and it would be before noon, but I wanted to continue this investigation.

About 4pm on Monday June 3 I called Frank Bell of 13Management again. Frank wanted to know what was going on and I told him Jackson was suspended for another day as our investigation continued. Frank told me that when I mentioned in the morning call that Jackson last worked at KDWB in Minneapolis, he has talked to "someone" and indicated that Jackson did not have a good history or background with the station. I indicated he left well back in 2004 or thereabouts and just moved to two questions. I asked Frank if there were other cameras in the tent where the photos were taken. Other possible angles or views to verify whether Jackson had touched her or just had his hand behind her and they said no other cameras were allowed...no security cameras were in the tent. Only camera was the one used for photo sessions. People getting their pictures taken could not even bring in cell phones or cameras...Taylors people control the photos being taken. I asked Frank if he thought alcohol was an issue and he said while he didn't think Jackson had excessively been drinking...he said basically alcohol is always a suspicion in situations like this. He did tell me that Taylors mother continue to be upset and very angry and frankly they were considering "all their options" if we didn't handle this. I asked if there was any chance Taylor could be mistaken or unsure about what happened and he said absolutely NO...Jackson touched her, grabbed her and put his hand under her skirt.

Tuesday June 4, about 10:35am, I called Jackson with Eddie and Maureen present. I told him given this situation; we were terminating him based on paragraph 16b of his contract with us. I told him we would *plus* courier over a letter to that effect later in the day, send a copy to his agent and a final check minus any last minute talent fees he had not submitted would be sent over as well. He was professional on the call and in my opinion may have been recording the call as it was extremely difficult to reach him when he knew we would be contacting him to meet and txt that he was around, but not in any hurry to talk on the phone. I didn't ask him if it was recorded. It occurred to me after the call and thinking through the difficulty of reaching him. Jackson did say he was disappointed we did not do a thorough investigation and get all the sides to this. I didn't respond.

Confidential

SWIFT_0000027

June 10, I received a call from Westword Newspaper Media Reporter Michael Roberts.

Michael had clearly heard about an incident with KYGO Morning personality Jackson and Taylor Swift. He wanted to know what happened at the Taylor Swift Show and why Jackson was no longer with KYGO.

I declined to comment about anything related to an employee or their relationship with the company.

He pressed a bit, baiting me with knowledge he had about a possible "touching" incident. I had no doubt he had information regarding the incident involving David Mueller.

To my knowledge, he never wrote a thing. It would have been very embarrassing for KYGO without question.

*[signature: Bob Call]*

SWIFT_0000028