# EXHIBIT 7

**In The Matter Of:**

*David Mueller v.*

*Taylor Swift; Frank Bell; Andrea Swift, et al.*

---

*Taylor Alison Swift*

*July 26, 2016*

---



cleeton davis
court reporters, LLC

*402 BNA Drive, Suite 108*
*Nashville, TN 37217*
*(615) 726-2737*
*cleetondavis.com*

*Min-U-Script®*

```
 1                    *   *   *   *   *

 2          DEPOSITION DESIGNATED CONFIDENTIAL

 3          PURSUANT TO THE PROTECTIVE ORDER

 4                    *   *   *   *   *

 5

 6        IN THE UNITED STATES DISTRICT COURT

 7           FOR THE DISTRICT OF COLORADO

 8

 9   DAVID MUELLER,                    )
                                       )
10             Plaintiff,             )
                                       )
11   vs.                              )NO. 1:15-cv-01974-
                                       )    WJM-KLM
12   TAYLOR SWIFT; FRANK BELL;        )
     ANDREA SWIFT a/k/a ANDREA        )
13   FINLAY; SCOTT SWIFT; and JOHN    )
     DOES 1 - 5,                      )
14                                     )
               Defendants.            )
15   ------------------------------   )

16

17         Videotaped deposition of:

18         TAYLOR ALISON SWIFT

19

20         Taken on behalf of the Plaintiff

21

22         July 26, 2016

23         Reported by:  Martha B. Davis, RMR, RDR, CRR
                           LCR, No. 152
24

25
```

Taylor Alison Swift - July 26, 2016

```
 1    APPEARANCES:

 2    For the Plaintiff:    M. Gabriel McFarland, Esq.
                            Evans & McFarland, LLC
 3                          910 13th Street
                            Suite 200
 4                          Golden, CO 80401
                            303-279-8300
 5                          gmcfarland@emlawyers.com

 6    For the Defendants:   J. Douglas Baldridge, Esq.
                            Venable, LLP
 7                          575 7th Street NW
                            Washington, D.C. 20004-1601
 8                          202-344-4703
                            jdbaldridge@venable.com
 9

10    Also Present:         David Mueller
                            Andrea Swift
11                          Jesse Schaudies, Esq.
                            Jeff Gebhardt
12                          Jesse Rutter
                            Jason Bertrand
13

14

15

16

17

18

19

20

21

22

23

24

25
```

Taylor Alison Swift - July 26, 2016

1                    I N D E X

2    Questions by Mr. McFarland                        6

3

4

5

6

7                  E X H I B I T S

8    No. 1:      Protective order signed by the
                 videographer                          4
9
     No. 2:      Protective order signed by the court
10               reporter                              4

11   No. 3:      Sketch prepared by Stephanie Simbeck  58

12   No. 4:      Photograph of Taylor Swift, Gary
                 Mueller and his girlfriend
13               (SWIFT 0000076)                       61

14   No. 5:      Color photograph of Taylor Swift and
                 Eddie Haskell
15               (SWIFT 000075)                        63

16

17

18

19

20

21

22

23

24

25

Taylor Alison Swift - July 26, 2016

1        The videotaped deposition of TAYLOR ALISON

2   SWIFT was taken by counsel for the Plaintiff, pursuant

3   to notice, at the offices of Broadcast Music, Inc., 10

4   Music Square East, Nashville, Tennessee, on July 26,

5   2016, for all purposes under the Federal Rules of Civil

6   Procedure.

7        The formalities as to notice, caption,

8   certificate, et cetera, are waived.  All objections,

9   except as to the form of the questions, are reserved to

10   the hearing.

11        It is agreed that Martha B. Davis, being a

12   licensed court reporter and notary public for the State

13   of Tennessee, may swear the witness, and that the

14   reading and signing of the completed deposition by the

15   witness are not waived.

16

17

18                    *  *  *

19

20

21        (Documents marked Exhibit Nos. 1 and 2.)

10:58:56 22        THE VIDEOGRAPHER:  This is the videotaped

10:59:18 23   deposition of Taylor Swift on July 26th, 2016, at the

10:59:22 24   time indicated on the video screen, which is 10:59 a.m.

25   Full introduction has been waived.  The court reporter

Taylor Alison Swift - July 26, 2016

| | | |
|---|---|---|
| 11:00:25 | 1 | today. |
| 11:00:27 | 2 | MR. MCFARLAND:  Great. |
| | 3 | EXAMINATION |
| | 4 | BY MR. MCFARLAND: |
| 11:00:27 | 5 | Q.     Ms. Swift, would you state your full name for |
| 11:00:30 | 6 | the record, please. |
| 11:00:31 | 7 | A.     Taylor Alison Swift. |
| 11:00:32 | 8 | Q.     And, Ms. Swift, I want to make sure I |
| 11:00:35 | 9 | understand your position with respect to certain facts |
| 11:00:38 | 10 | in this case.  You contend that Mr. Mueller |
| 11:00:44 | 11 | inappropriately touched you on one occasion? |
| 11:00:48 | 12 | MR. BALDRIDGE:  Objection.  Form. |
| 11:00:50 | 13 | THE WITNESS:  Yes. |
| | 14 | BY MR. MCFARLAND: |
| 11:00:51 | 15 | Q.     And that occurred on June 2nd, 2013? |
| 11:00:56 | 16 | A.     Yes. |
| 11:00:57 | 17 | Q.     And that was at -- or before your concert at |
| 11:01:02 | 18 | the Pepsi Center in Denver, Colorado? |
| 11:01:06 | 19 | A.     Yes. |
| 11:01:07 | 20 | Q.     And the alleged inappropriate touching took |
| 11:01:15 | 21 | place during what's been described to me as the second |
| 11:01:19 | 22 | meet-and-greet? |
| 11:01:20 | 23 | MR. BALDRIDGE:  Objection.  Form. |
| 11:01:24 | 24 | BY MR. MCFARLAND: |
| 11:01:24 | 25 | Q.     Is that right? |

| | | |
|---|---|---|
| 11:01:25 | 1 | MR. BALDRIDGE:  Same.  You can go ahead. |
| 11:01:26 | 2 | I'll tell you otherwise.  I'm preserving -- |
| | 3 | THE WITNESS:  Yes. |
| 11:01:29 | 4 | MR. BALDRIDGE:  -- the record for the |
| 11:01:30 | 5 | judge. |
| 11:01:30 | 6 | THE WITNESS:  And just for the record, it |
| 11:01:33 | 7 | was more of a grab than a touch. |
| 11:01:35 | 8 | BY MR. MCFARLAND: |
| 11:01:35 | 9 | Q.      Okay.  And your contention is that during the |
| 11:01:46 | 10 | second meet-and-greet, Mr. Mueller took his hand |
| 11:01:52 | 11 | underneath your skirt and grabbed your butt? |
| 11:01:56 | 12 | MR. BALDRIDGE:  Objection.  Form. |
| 11:01:57 | 13 | THE WITNESS:  Yes. |
| 11:02:00 | 14 | BY MR. MCFARLAND: |
| 11:02:02 | 15 | Q.      Did he ever grab your butt outside of your |
| 11:02:06 | 16 | clothing? |
| 11:02:08 | 17 | A.      No.  It was underneath my clothing. |
| 11:02:11 | 18 | Q.      Did he ever touch your butt outside of your |
| 11:02:15 | 19 | clothing? |
| 11:02:17 | 20 | A.      It was all underneath my clothing. |
| 11:02:21 | 21 | Q.      Do you contend that Mr. Mueller |
| 11:02:24 | 22 | inappropriately touched you in any other form or |
| 11:02:27 | 23 | fashion? |
| 11:02:28 | 24 | MR. BALDRIDGE:  Objection.  Form. |
| 11:02:29 | 25 | THE WITNESS:  He put his hand under my |

Taylor Alison Swift - July 26, 2016

| | | |
|---|---|---|
| 11:02:34 | 1 | dress and grabbed my bare ass. |
| 11:02:41 | 2 | BY MR. MCFARLAND: |
| 11:02:41 | 3 | Q.      Was there any other physical contact between |
| 11:02:45 | 4 | you and Mr. Mueller on June 2nd, 2013? |
| 11:02:49 | 5 | A.      Most likely a handshake.  I shake everyone's |
| 11:02:52 | 6 | hand when they walk in. |
| 11:02:54 | 7 | Q.      Do you contend that there was any other |
| 11:02:57 | 8 | inappropriate touching on June 2nd, 2013? |
| 11:03:00 | 9 | A.      That was the inappropriate touching, what I've |
| 11:03:02 | 10 | told you. |
| 11:03:03 | 11 | Q.      Just that one incident? |
| 11:03:06 | 12 | A.      Yes. |
| 11:03:16 | 13 | Q.      How long after the alleged touching or |
| 11:03:20 | 14 | grabbing did Mr. Mueller exit the photo booth area |
| 11:03:28 | 15 | where the alleged touching took place? |
| 11:03:30 | 16 | MR. BALDRIDGE:  Objection.  Form. |
| 11:03:31 | 17 | THE WITNESS:  As soon as he grabbed my |
| 11:03:35 | 18 | ass, I became shocked and withdrawn and was barely able |
| 11:03:42 | 19 | to say "Thanks for coming," which is what I say to |
| 11:03:46 | 20 | everybody.  I was barely able to get the words out, and |
| 11:03:49 | 21 | it was like somebody switched the lights off in my |
| 11:03:53 | 22 | personality.  So it was pretty quick that he was gone |
| 11:03:56 | 23 | after that. |
| 11:03:58 | 24 | BY MR. MCFARLAND: |
| 11:03:59 | 25 | Q.      Was he gone within 30 seconds? |

CLEETON DAVIS COURT REPORTERS, LLC
(615) 726-2737

8

Taylor Alison Swift - July 26, 2016

| | | |
|---|---|---|
| 11:13:08 | 1 | morning that day. |
| 11:13:10 | 2 | MR. BALDRIDGE:  Objection.  Form. |
| 11:13:12 | 3 | THE WITNESS:  I don't have many specific |
| 11:13:15 | 4 | memories of my morning. |
| 11:13:19 | 5 | BY MR. MCFARLAND: |
| 11:13:19 | 6 | Q.      Do you recall -- were you in Denver the |
| 11:13:22 | 7 | morning of June 2nd, 2013? |
| 11:13:26 | 8 | A.      I probably was, but then, again, you can |
| 11:13:29 | 9 | probably find that on record. |
| 11:13:31 | 10 | Q.      You're not sure whether you were in Denver the |
| 11:13:33 | 11 | morning of June 2nd, 2013? |
| 11:13:35 | 12 | A.      It makes sense that I would be, but I am not |
| 11:13:39 | 13 | going to say anything that I don't know to be true. |
| 11:13:45 | 14 | Q.      Do you recall what -- where the concert before |
| 11:13:51 | 15 | Denver took place? |
| 11:13:53 | 16 | A.      No, but that is easy to Google. |
| 11:13:57 | 17 | Q.      Do you remember your concert after Denver? |
| 11:14:03 | 18 | A.      No. |
| 11:14:07 | 19 | Q.      Do you recall what time you arrived at the |
| 11:14:10 | 20 | Pepsi Center on June 2nd -- well, do you recall that |
| 11:14:13 | 21 | your concert took place at the Pepsi Center in Denver |
| 11:14:16 | 22 | on June 2nd, 2013? |
| 11:14:19 | 23 | A.      Yes. |
| 11:14:19 | 24 | Q.      What time -- do you recall when you arrived at |
| 11:14:23 | 25 | the Pepsi Center on June 2nd, 2013? |

Taylor Alison Swift - July 26, 2016

| | | |
|---|---|---|
| 11:14:27 | 1 | A.        No. |
| 11:14:37 | 2 | Q.        Do you recall what you did -- well, were there |
| 11:14:40 | 3 | two meet-and-greets or three meet-and-greets on June |
| 11:14:44 | 4 | 2nd, 2013, at your concert? |
| 11:14:46 | 5 |          MR. BALDRIDGE:  Objection.  Form. |
| 11:14:50 | 6 |          THE WITNESS:  On that particular tour, I |
| 11:14:55 | 7 | know we had a VIP country radio meet-and-greet.  After |
| 11:15:02 | 8 | that we would have the general meet-and-greet.  And |
| 11:15:06 | 9 | depending on what sponsorship partners we had in town, |
| 11:15:11 | 10 | we may or may not have a contest winner meet-and-greet |
| 11:15:16 | 11 | after that, a sponsorship meet-and-greet or a pop radio |
| 11:15:20 | 12 | meet-and-greet after that because at that point I was |
| 11:15:24 | 13 | on country and pop radio and managing both of those |
| 11:15:28 | 14 | relationships, but I don't recall exactly which |
| 11:15:30 | 15 | meet-and-greets we had on that particular evening. |
| 11:15:33 | 16 | BY MR. MCFARLAND: |
| 11:15:33 | 17 | Q.        Do you recall at what meet-and-greet the |
| 11:15:37 | 18 | alleged inappropriate touching by Mr. Mueller took |
| 11:15:39 | 19 | place? |
| 11:15:39 | 20 | A.        That was the general meet-and-greet. |
| 11:15:47 | 21 | Q.        Do you know why Mr. Mueller was at the general |
| 11:15:50 | 22 | meet-and-greet as opposed to the meet-and-greet for |
| 11:15:53 | 23 | radio people? |
| 11:15:54 | 24 | A.        No. |
| 11:15:57 | 25 | Q.        Have you ever talked to anybody about that? |

Taylor Alison Swift - July 26, 2016

| | | |
|---|---|---|
| 11:17:23 | 1 | personnel at the country radio meet-and-greet? |
| 11:17:26 | 2 | A.    Yes. |
| 11:17:26 | 3 | Q.    Who did you meet? |
| 11:17:29 | 4 | A.    I met several of them. |
| 11:17:32 | 5 | Q.    Do you recall their names? |
| 11:17:33 | 6 | A.    One was Eddie Haskell, I believe Rhino, I |
| 11:17:43 | 7 | would have to imagine Joel, but I have met them so many |
| 11:17:46 | 8 | times now that if one of them wasn't there, I could be |
| 11:17:51 | 9 | thinking of other times that I have met them, but I |
| 11:17:53 | 10 | have been very close members with those staff members |
| 11:17:56 | 11 | for ten years. |
| 11:17:58 | 12 | Q.    You have known Eddie Haskell for ten years? |
| 11:18:01 | 13 | A.    Or more. |
| 11:18:06 | 14 | Q.    How many times do you think you have met |
| 11:18:08 | 15 | Mr. Haskell? |
| 11:18:09 | 16 | A.    At least once a year for -- every year since I |
| 11:18:16 | 17 | was 15. |
| 11:18:19 | 18 | Q.    Do you consider Mr. Haskell a friend? |
| 11:18:22 | 19 | A.    I consider him a really good partner in |
| 11:18:27 | 20 | business. |
| 11:18:30 | 21 | Q.    Does he have your cell phone number? |
| 11:18:32 | 22 | A.    No. |
| 11:18:34 | 23 | Q.    Did you communicate with Mr. Haskell in the |
| 11:18:41 | 24 | weeks leading up to your June 2nd, 2013, concert in |
| 11:18:52 | 25 | Denver? |

Taylor Alison Swift - July 26, 2016

| | | |
|---|---|---|
| 11:18:52 | 1 | A.      No. |
| 11:18:53 | 2 | Q.      Before Denver, do you recall the last -- |
| 11:18:54 | 3 | before Denver on June 2nd, 2013, do you recall the last |
| 11:18:57 | 4 | time you met Mr. Haskell? |
| 11:18:58 | 5 | A.      No. |
| 11:19:07 | 6 | Q.      Have you met with Mr. Haskell since June 2nd, |
| 11:19:11 | 7 | 2013? |
| 11:19:13 | 8 | A.      No. |
| 11:19:17 | 9 | Q.      Have you talked to Mr. Haskell since that |
| 11:19:19 | 10 | date? |
| 11:19:19 | 11 | A.      No. |
| 11:19:19 | 12 | Q.      Have you traded e-mails or text messages with |
| 11:19:22 | 13 | him? |
| 11:19:22 | 14 | A.      No. |
| 11:19:26 | 15 | Q.      Since June 2nd, 2013, have you communicated |
| 11:19:29 | 16 | with anyone directly with KYGO? |
| 11:19:34 | 17 | A.      No. |
| 11:19:44 | 18 | Q.      Since June 2nd, 2013, have you -- have you -- |
| 11:19:58 | 19 | and, again, I don't want to -- I'm not asking about |
| 11:19:59 | 20 | conversations with lawyers, but have you talked to |
| 11:20:01 | 21 | anybody other than lawyers about Mr. Mueller? |
| 11:20:05 | 22 | A.      Just my mom. |
| 11:20:08 | 23 | Q.      Nobody else? |
| 11:20:10 | 24 | A.      No. |
| 11:20:21 | 25 | Q.      How long have you known Rhino? |

Taylor Alison Swift - July 26, 2016

| | | |
|---|---|---|
| 11:20:26 | 1 | A.       I don't remember exactly how long. |
| 11:20:31 | 2 | Q.       Did you know him before -- well, had you met |
| 11:20:34 | 3 | him before June 2nd, 2013? |
| 11:20:36 | 4 | A.       Yes. |
| 11:20:36 | 5 | Q.       When did you learn that Rhino and Mr. Mueller |
| 11:20:49 | 6 | were partners on a morning show at KYGO? |
| 11:20:52 | 7 | A.       I did not know that until right now. |
| 11:21:00 | 8 | Q.       And you haven't talked to Rhino about the |
| 11:21:04 | 9 | alleged incident -- |
| | 10 | A.       No. |
| 11:21:05 | 11 | Q.       -- at any time? |
| 11:21:06 | 12 | A.       No. |
| 11:21:18 | 13 | Q.       Do you know how long Mr. Mueller had been |
| 11:21:21 | 14 | employed at KYGO prior to June 2nd, 2013? |
| 11:21:24 | 15 | A.       No. |
| 11:21:25 | 16 | Q.       As you sit here today, do you know |
| 11:21:36 | 17 | Mr. Mueller's history in the radio business? |
| 11:21:38 | 18 |            MR. BALDRIDGE:  Objection.  Form. |
| 11:21:39 | 19 |            THE WITNESS:  No. |
| 11:21:53 | 20 | BY MR. MCFARLAND: |
| 11:21:53 | 21 | Q.       Can you remember -- so at the country radio |
| 11:21:58 | 22 | meet-and-greet, you also indicated you met with Joel? |
| 11:22:03 | 23 |            MR. BALDRIDGE:  Objection. |
| 11:22:05 | 24 | Mischaracterizes her testimony. |
| 11:22:06 | 25 | BY MR. MCFARLAND: |

Taylor Alison Swift - July 26, 2016

| | | |
|---|---|---|
| 11:22:50 | 1 | individuals. |
| 11:23:05 | 2 | Q.        Do you recall your interactions with |
| 11:23:08 | 3 | Mr. Haskell at the June 2nd, 2013, country radio |
| 11:23:15 | 4 | meet-and-greet? |
| 11:23:16 | 5 |             MR. BALDRIDGE:  Objection.  Form. |
| 11:23:16 | 6 |             THE WITNESS:  No. |
| 11:23:17 | 7 | BY MR. MCFARLAND: |
| 11:23:17 | 8 | Q.        Do you remember whether -- did you give him a |
| 11:23:23 | 9 | hug? |
| 11:23:24 | 10 | A.        I don't remember. |
| 11:23:26 | 11 | Q.        Do you remember any conversation with him? |
| 11:23:31 | 12 | A.        No, but it would have been a friendly |
| 11:23:34 | 13 | conversation as always. |
| 11:23:39 | 14 | Q.        So you don't remember whether you had any |
| 11:23:41 | 15 | physical contact with Mr. Haskell? |
| 11:23:43 | 16 |             MR. BALDRIDGE:  Objection.  Form. |
| 11:23:45 | 17 |             THE WITNESS:  I don't remember. |
| 11:23:45 | 18 | BY MR. MCFARLAND: |
| 11:23:45 | 19 | Q.        Do you recall whether you had any physical |
| 11:23:47 | 20 | contact with Rhino? |
| 11:23:48 | 21 | A.        I don't remember. |
| 11:23:50 | 22 | Q.        How long did the country radio meet-and-greet |
| 11:23:54 | 23 | last? |
| 11:23:56 | 24 | A.        I don't remember. |
| 11:23:59 | 25 | Q.        And you don't recall how long after the end of |

**CLEETON DAVIS COURT REPORTERS, LLC**
**(615) 726-2737**

22

Taylor Alison Swift - July 26, 2016

| | | |
|---|---|---|
| 11:24:04 | 1 | the country radio meet-and-greet that the general |
| 11:24:08 | 2 | meet-and-greet started? |
| 11:24:09 | 3 | A.        Immediately after. |
| 11:24:10 | 4 | Q.        Do you remember how long the general |
| 11:24:12 | 5 | meet-and-greet lasted? |
| 11:24:13 | 6 | A.        No. |
| 11:24:15 | 7 | Q.        Do you remember how many people you met at the |
| 11:24:20 | 8 | general meet-and-greet? |
| 11:24:20 | 9 | A.        No. |
| 11:24:24 | 10 | Q.        Did every person that you met with at the |
| 11:24:27 | 11 | general meet-and-greet on June 2nd, 2013, have a |
| 11:24:30 | 12 | photograph taken with you? |
| 11:24:32 | 13 | MR. BALDRIDGE:  Objection.  Form. |
| 11:24:33 | 14 | THE WITNESS:  Everyone I met in the |
| 11:24:35 | 15 | general meet-and-greet? |
| 11:24:35 | 16 | BY MR. MCFARLAND: |
| 11:24:36 | 17 | Q.        Right. |
| 11:24:37 | 18 | A.        Yes. |
| 11:24:43 | 19 | Q.        Do you recall meeting Mr. Mueller? |
| 11:24:47 | 20 | A.        Yes. |
| 11:24:48 | 21 | Q.        Tell me -- tell me about that. |
| 11:24:53 | 22 | MR. BALDRIDGE:  Objection.  Form. |
| 11:24:56 | 23 | THE WITNESS:  Mr. Mueller and his friend, |
| 11:25:02 | 24 | girlfriend -- he and a woman walked in.  I said, "Hi, |
| 11:25:07 | 25 | thank you for coming to my show," introduced myself. |

Taylor Alison Swift - July 26, 2016

11:25:11  1      He was very adamant in letting me know

11:25:15  2  that he was with KYGO and that he was with radio.  And

11:25:21  3  I said, "Well, thank you so much for coming.  Thanks

11:25:24  4  for everything.  Would you guys like to get a photo?"

11:25:28  5      And so then we get in a photo formation

11:25:33  6  with me in the middle, and that's when right as the

11:25:38  7  moment came for us to pose for the photo, he took his

11:25:42  8  hand and put it up my dress and grabbed onto my ass

11:25:47  9  cheek, and no matter how much I scooted over it was

11:25:51 10  still there.  It was not an accident, it was completely

11:25:54 11  intentional, and I have never been so sure of anything

11:25:57 12  in my life.

11:25:58 13  BY MR. MCFARLAND:

11:25:59 14  Q.      How long was Mr. Mueller's hand on your ass?

11:26:04 15  A.      I would be estimating, and I don't think

11:26:07 16  that's a good thing to do.

11:26:12 17  Q.      Do you specifically recall how the photograph

11:26:15 18  was initiated?

11:26:17 19          MR. BALDRIDGE:  Objection.  Form.

11:26:18 20          THE WITNESS:  I would have said, "Do you

11:26:20 21  guys want to get a photo?"  That's usually how the

11:26:24 22  photos are initiated at a meet-and-greet.

11:26:28 23  BY MR. MCFARLAND:

11:26:29 24  Q.      Sitting aside sort of the normal process, do

11:26:33 25  you specifically recall how your photograph of

Taylor Alison Swift - July 26, 2016

| | | |
|---|---|---|
| 11:27:32 | 1 | speculation, form and asked and answered and |
| 11:27:34 | 2 | mischaracterizes her prior testimony. |
| 11:27:37 | 3 | THE WITNESS:  I don't remember that. |
| 11:27:42 | 4 | BY MR. MCFARLAND: |
| 11:27:42 | 5 | Q.      Do you remember, oh, kind of, you know, |
| 11:27:47 | 6 | jostling with Mr. Mueller's -- your hand and |
| 11:27:52 | 7 | Mr. Mueller's hand kind of jostling as you kind of got |
| 11:27:55 | 8 | into the photograph position? |
| 11:27:57 | 9 | MR. BALDRIDGE:  Objection.  Form. |
| 11:27:58 | 10 | THE WITNESS:  That's not what happened at |
| 11:28:00 | 11 | all. |
| 11:28:00 | 12 | BY MR. MCFARLAND: |
| 11:28:00 | 13 | Q.      Your hands never touched -- |
| 11:28:02 | 14 | MR. BALDRIDGE:  Objection.  Form. |
| 11:28:03 | 15 | BY MR. MCFARLAND: |
| 11:28:03 | 16 | Q.      -- as you were getting into position for the |
| 11:28:05 | 17 | photograph? |
| 11:28:05 | 18 | MR. BALDRIDGE:  Same. |
| 11:28:06 | 19 | THE WITNESS:  His hand grabbed my ass, |
| 11:28:09 | 20 | not my hand. |
| 11:28:12 | 21 | BY MR. MCFARLAND: |
| 11:28:13 | 22 | Q.      So your hands didn't touch at any point? |
| 11:28:18 | 23 | A.      I told you that I probably shook his hand when |
| 11:28:21 | 24 | he walked in. |
| 11:28:22 | 25 | Q.      When you were moving into position for the |

Taylor Alison Swift - July 26, 2016

| | | |
|---|---|---|
| 11:30:01 | 1 | that was not the only moment that he was grabbing my |
| 11:30:04 | 2 | ass. |
| 11:30:05 | 3 | BY MR. MCFARLAND: |
| 11:30:05 | 4 | Q.      You have seen the picture, right? |
| 11:30:07 | 5 | A.      Yes. |
| 11:30:09 | 6 | Q.      Is it your position that Mr. Mueller has his |
| 11:30:14 | 7 | hand underneath your skirt and on your ass in that |
| 11:30:19 | 8 | picture? |
| 11:30:20 | 9 | MR. BALDRIDGE:  Objection.  Form. |
| 11:30:23 | 10 | THE WITNESS:  In that photo he is in |
| 11:30:27 | 11 | progress of lifting my skirt in order to grab my ass |
| 11:30:31 | 12 | underneath it. |
| | 13 | BY MR. MCFARLAND: |
| 11:30:35 | 14 | Q.      He's not physically touching you in the |
| 11:30:38 | 15 | photograph? |
| 11:30:38 | 16 | MR. BALDRIDGE:  Objection.  Form. |
| 11:30:39 | 17 | THE WITNESS:  It's impossible for me to |
| 11:30:41 | 18 | look at a photo and know that, but I was there, so I |
| 11:30:44 | 19 | happened to have felt it as well. |
| 11:30:46 | 20 | BY MR. MCFARLAND: |
| 11:30:46 | 21 | Q.      But at the time that picture was taken, his |
| 11:30:50 | 22 | hand was not on your ass? |
| 11:30:52 | 23 | MR. BALDRIDGE:  Objection.  Asked and |
| 11:30:54 | 24 | answered multiple times. |
| 11:30:56 | 25 | THE WITNESS:  Like I said, when you look |

Taylor Alison Swift - July 26, 2016

11:30:57  1   at a photo, it's impossible to know if that was the

11:31:01  2   moment before the moment of him grabbing it or the

11:31:05  3   moment when he was latched on and wouldn't let go even

11:31:09  4   though I was squirming and obviously lurching to the

11:31:14  5   side towards his female companion because I was shocked

11:31:18  6   and scared and stunned.

11:31:19  7             It's impossible to know if that was in

11:31:21  8   the moment before or as he's grabbed on, but I was

11:31:25  9   there, so I felt it, so I didn't just see it in a photo

11:31:29 10   afterward.  I was also there.  I experienced it.  It

11:31:32 11   happened to me, so I'm positive that it did happen.

11:31:35 12   BY MR. MCFARLAND:

11:31:35 13   Q.       But when you look at the photo, you're not

11:31:38 14   sure whether his hand is physically touching your rear

11:31:43 15   at the exact second that photograph was taken?

11:31:46 16             MR. BALDRIDGE:  Objection.  Asked and

11:31:47 17   answered.  Do you want her to give you the -- read back

11:31:50 18   her prior answer, because that's the identical question

11:31:53 19   you already asked.

11:31:54 20             MR. MCFARLAND:  I'll just have her answer

11:31:56 21   that question.

11:31:56 22             MR. BALDRIDGE:  She doesn't need to ask

11:31:57 23   it again if you're going to keep asking the same

11:31:59 24   question.  She just answered it.

11:31:59 25             MR. MCFARLAND:  I don't think she did.

Taylor Alison Swift - July 26, 2016

11:32:00  1              MR. BALDRIDGE:  You don't?

11:32:01  2              MR. MCFARLAND:  No.

11:32:02  3              MR. BALDRIDGE:  When she said she

11:32:03  4    wouldn't know whether it was the precise moment, the

11:32:06  5    prior moment, so on and so forth, that wasn't an

11:32:07  6    answer?

11:32:08  7              MR. MCFARLAND:  Not to the question I was

11:32:09  8    asking.

11:32:09  9              MR. BALDRIDGE:  It seems like it's just

11:32:11  10   not the answer you want, I suppose.  Do you really want

11:32:13  11   to keep asking the same question, Gabe?

11:32:13  12             MR. MCFARLAND:  Yeah.  Would you read

11:32:14  13   that last question back?

11:32:26  14             THE COURT REPORTER:  "Question:  But at

         15   the time that picture was taken, his hand was not on

         16   your ass?"

11:32:26  17             MR. BALDRIDGE:  Objection.  Asked and

11:32:26  18   answered.

11:32:29  19             MR. MCFARLAND:  I don't think that was

11:32:30  20   the last question.

11:32:32  21             MR. BALDRIDGE:  It was.  That was the

11:32:35  22   last question.

11:32:38  23   BY MR. MCFARLAND:

11:32:38  24   Q.        When you looked at that photograph, you can't

11:32:41  25   tell whether Mr. Mueller's hand was on your ass at the

| | | |
|---|---|---|
| 11:32:47 | 1 | exact moment that photograph was taken? |
| 11:32:49 | 2 | MR. BALDRIDGE:  Objection.  Asked and |
| 11:32:50 | 3 | answered.  You may answer. |
| 11:32:56 | 4 | THE WITNESS:  Do I go through this again? |
| 11:32:57 | 5 | MR. BALDRIDGE:  Yeah, we're going to do |
| 11:32:58 | 6 | it one more time, I guess. |
| 11:32:59 | 7 | THE WITNESS:  In looking at a photo, it's |
| 11:33:02 | 8 | impossible for me to definitively answer whether the |
| 11:33:07 | 9 | moment captured on the photo is the moment directly |
| 11:33:10 | 10 | before he grabbed my ass, right when he grabbed onto my |
| 11:33:16 | 11 | ass cheek, or the moment when I was obviously squirming |
| 11:33:19 | 12 | to the side because I was uncomfortable because a |
| 11:33:22 | 13 | strange man's hand just lifted up my skirt and was |
| 11:33:26 | 14 | either nearing my ass cheek, freshly grabbed onto or |
| 11:33:32 | 15 | refusing to let go.  But I was there, I felt it, I know |
| 11:33:35 | 16 | it happened. |
| 11:33:56 | 17 | BY MR. MCFARLAND: |
| 11:33:56 | 18 | Q.    Who else was in the photo booth with you at |
| 11:33:59 | 19 | the time of the alleged incident? |
| 11:34:02 | 20 | A.    I'm sure you have a list of that. |
| 11:34:06 | 21 | Q.    Who do you recall being in the photo booth |
| 11:34:09 | 22 | with you at the time of the alleged incident? |
| 11:34:11 | 23 | A.    I remember Stephanie and Erica and Greg and |
| 11:34:20 | 24 | Gabby. |
| 11:34:24 | 25 | Q.    And Mr. Mueller and Mr. Mueller's friend? |

Taylor Alison Swift - July 26, 2016

| | | |
|---|---|---|
| 11:41:44 | 1 | BY MR. MCFARLAND: |
| 11:41:44 | 2 | Q.       Who did you walk with from the photo booth to |
| 11:41:50 | 3 | your dressing room? |
| 11:41:52 | 4 | A.       Erica. |
| 11:41:53 | 5 | Q.       Was anybody else there or just Erica? |
| 11:41:56 | 6 | A.       I would imagine Greg was walking with us. |
| 11:42:02 | 7 | Q.       But you don't specifically recall that? |
| 11:42:05 | 8 | A.       I don't specifically recall. |
| 11:42:07 | 9 | Q.       And you weren't talking about the alleged |
| 11:42:09 | 10 | incident on your way to your dressing room? |
| 11:42:12 | 11 | MR. BALDRIDGE:  Asked and answered. |
| 11:42:14 | 12 | THE WITNESS:  No. |
| 11:42:18 | 13 | BY MR. MCFARLAND: |
| 11:42:18 | 14 | Q.       And when you arrived at your dressing room, |
| 11:42:23 | 15 | was anybody -- was anybody there? |
| 11:42:25 | 16 | A.       My mom. |
| 11:42:29 | 17 | Q.       And what did you do then? |
| 11:42:31 | 18 | A.       I can't -- I would like to go back and say I |
| 11:42:38 | 19 | can't exactly say if my mom would have been there |
| 11:42:41 | 20 | already or if she would have arrived shortly after.  So |
| 11:42:45 | 21 | I don't want to speak to either in case I'm incorrect |
| 11:42:48 | 22 | on one of those facts. |
| 11:42:49 | 23 | Q.       Did Erica go into the dressing room with you? |
| 11:42:53 | 24 | A.       I don't remember. |
| 11:42:54 | 25 | Q.       Did Mr. Dent go into the dressing room with |

Taylor Alison Swift - July 26, 2016

| | | |
|---|---|---|
| 11:42:57 | 1 | you? |
| 11:42:57 | 2 | A.        No. |
| 11:43:00 | 3 | Q.        So when you arrived at the dressing room, |
| 11:43:04 | 4 | either your mother was there or she arrived shortly |
| 11:43:10 | 5 | after?  Is that fair? |
| 11:43:12 | 6 | A.        One of those two, yes. |
| 11:43:17 | 7 | Q.        And then you had a conversation with your |
| 11:43:19 | 8 | mother about the alleged incident; is that right? |
| 11:43:22 | 9 | A.        Yes. |
| 11:43:23 | 10 | Q.        Tell me what you can recall about that |
| 11:43:29 | 11 | conversation. |
| 11:43:31 | 12 | A.        I remember being frantic, distressed, feeling |
| 11:43:38 | 13 | violated in a way I had never experienced before.  I |
| 11:43:42 | 14 | remember saying how a meet-and-greet is supposed to be |
| 11:43:46 | 15 | a situation where you're thanking people for coming, |
| 11:43:50 | 16 | you're supposed to be welcoming people into your home, |
| 11:43:53 | 17 | which is the arena for that day, and for someone to |
| 11:43:57 | 18 | violate that hospitality in that way, I was completely |
| 11:44:04 | 19 | stunned.  I was really upset.  She became really upset, |
| 11:44:10 | 20 | obviously, and it was pretty chaotic. |
| 11:44:19 | 21 | Q.        Do you recall anything else about the |
| 11:44:22 | 22 | conversation with your mother in your dressing room? |
| 11:44:28 | 23 | A.        It was -- like I said, it was very chaotic. |
| 11:44:31 | 24 | It was very emotionally charged.  And a lot was |
| 11:44:36 | 25 | happening very quickly, but I remember telling her |

Taylor Alison Swift - July 26, 2016

| | | |
|---|---|---|
| 11:44:40 | 1 | exactly what happened and her responding as any parent |
| 11:44:49 | 2 | would, which is with absolute -- just absolute horror. |
| 11:44:59 | 3 | Q.       Do you remember how long that conversation |
| 11:45:02 | 4 | lasted? |
| 11:45:03 | 5 | A.       No. |
| 11:45:08 | 6 | Q.       Did you ask your mother to take any action on |
| 11:45:13 | 7 | your behalf? |
| 11:45:14 | 8 | A.       No. |
| 11:45:17 | 9 | Q.       Did your mother indicate that she was going to |
| 11:45:19 | 10 | take some action on your behalf? |
| 11:45:23 | 11 | A.       I saw some people running, and I believe there |
| 11:45:30 | 12 | was discussion of we have a photograph of him, here is |
| 11:45:35 | 13 | what he looks like.  I don't remember if that was |
| 11:45:38 | 14 | specifically my mother who said that.  Like I said, it |
| 11:45:41 | 15 | was really chaotic because I was emotionally distressed |
| 11:45:47 | 16 | and shocked. |
| 11:45:48 | 17 | Q.       When was the first time that you saw the |
| 11:45:50 | 18 | picture of you, Mr. Mueller, and Mr. Mueller's female |
| 11:45:56 | 19 | friend? |
| 11:45:57 | 20 | A.       It was when Stephanie showed it to me. |
| 11:46:00 | 21 | Q.       Which was where? |
| 11:46:03 | 22 | A.       Which was when I said, "That dude grabbed my |
| 11:46:07 | 23 | ass," and she goes, "I know exactly who it is.  Look." |
| 11:46:10 | 24 | Q.       So she pulled up the picture of you and |
| 11:46:13 | 25 | Mr. Mueller and Mr. Mueller's female friend in the |

Taylor Alison Swift - July 26, 2016

11:46:16  1    photo booth?

11:46:16  2    A.       I believe so, or it would have been shortly

11:46:19  3    after in the dressing room, but it was immediate

11:46:24  4    recognition.  I remembered exactly what he had looked

11:46:27  5    like.  That was the guy.  There was no question in my

11:46:31  6    mind.

11:46:32  7    Q.       What was Mr. Mueller wearing?

11:46:33  8    A.       A green shirt.

11:46:53  9    Q.       When did you learn -- well, at some point did

11:46:57 10    you learn that members of your management team had

11:47:03 11    contacted KYGO?

11:47:04 12             MR. BALDRIDGE:  Objection.  Form and

11:47:05 13    foundation.

11:47:06 14             THE WITNESS:  I don't remember.

11:47:14 15    BY MR. MCFARLAND:

11:47:15 16    Q.       Do you recall whether you knew that members of

11:47:18 17    your team had contacted KYGO the night of the concert

11:47:23 18    on June 2nd, 2013?

11:47:26 19             MR. BALDRIDGE:  Objection.  Asked and

11:47:27 20    answered.

11:47:27 21             THE WITNESS:  I wasn't made aware of when

11:47:30 22    they contacted KYGO.  I was putting on a show.

11:47:34 23    BY MR. MCFARLAND:

11:47:34 24    Q.       When did you learn that Mr. Mueller had been

11:47:37 25    fired from KYGO's morning show?

Taylor Alison Swift - July 26, 2016

11:47:40 1    A.        I don't remember.

11:47:41 2    Q.        Was it within weeks of the June 2nd, 2013,

11:47:49 3    concert?

11:47:49 4              MR. BALDRIDGE:  Objection.  Asked and

11:47:51 5    answered.

11:47:51 6              THE WITNESS:  I don't remember.

11:47:58 7    BY MR. MCFARLAND:

11:47:59 8    Q.        When did you learn, if ever, that members of

11:48:05 9    your management team had contacted KYGO about the

11:48:09 10   alleged incident?

11:48:12 11             MR. BALDRIDGE:  Objection.  Form and

11:48:16 12   foundation.

11:48:18 13             THE WITNESS:  I don't remember when I was

11:48:19 14   told.

11:48:19 15   BY MR. MCFARLAND:

11:48:20 16   Q.        What was your reaction when you did learn that

11:48:22 17   members of your team had contacted KYGO about the

11:48:26 18   alleged incident?

11:48:27 19   A.        I don't remember reacting.

11:48:35 20   Q.        What was your reaction when you learned that

11:48:38 21   Mr. Mueller had been fired from KYGO?

11:48:41 22   A.        I didn't react.

11:48:49 23   Q.        Did you ever consider calling the police?

11:48:51 24             MR. BALDRIDGE:  Objection.  Form.

11:48:53 25             THE WITNESS:  No.

Taylor Alison Swift - July 26, 2016

| | | |
|---|---|---|
| 12:32:37 | 1 | contention is that's when Mr. Mueller went under your |
| 12:32:40 | 2 | skirt and grabbed your ass? |
| 12:32:43 | 3 | MR. BALDRIDGE:  Objection.  Asked and |
| 12:32:44 | 4 | answered. |
| 12:32:44 | 5 | THE WITNESS:  Yes. |
| 12:32:45 | 6 | BY MR. MCFARLAND: |
| 12:32:45 | 7 | Q.      And then when that happened, your contention |
| 12:32:48 | 8 | is you moved away from Mr. Mueller? |
| 12:32:50 | 9 | MR. BALDRIDGE:  Objection.  Form. |
| 12:32:51 | 10 | THE WITNESS:  I moved as far away from |
| 12:32:53 | 11 | him as I could possibly get in that moment. |
| 12:32:58 | 12 | BY MR. MCFARLAND: |
| 12:32:58 | 13 | Q.      And Mr. Mueller continued to grab your ass as |
| 12:33:02 | 14 | you were moving away from him? |
| 12:33:04 | 15 | MR. BALDRIDGE:  Objection.  Asked and |
| 12:33:05 | 16 | answered. |
| 12:33:05 | 17 | THE WITNESS:  Yes, which is how I know |
| 12:33:06 | 18 | that it was intentional.  It was not an accident.  It |
| 12:33:11 | 19 | wasn't an accidental brush.  It wasn't a jostling of |
| 12:33:15 | 20 | hands.  I moved as far away from that man as I could, |
| 12:33:18 | 21 | and he continued to inappropriately grab my ass under |
| 12:33:22 | 22 | my dress. |
| 12:33:48 | 23 | BY MR. MCFARLAND: |
| 12:33:50 | 24 | Q.      Do you recall any specific words that you said |
| 12:33:52 | 25 | to Ms. Melcher during the meet-and-greet? |

Taylor Alison Swift - July 26, 2016

13:14:05 1   cooperation of Mr. McFarland, the transcript will be

13:14:09 2   delivered only to me and I will immediately review it

13:14:11 3   and get it to Mr. McFarland.  And the purpose of that

13:14:15 4   is to make sure we are containing the number of copies

13:14:17 5   of the transcript.  And I thank you for that

13:14:19 6   accommodation.

7                    MR. MCFARLAND:  No problem.

13:14:22 8                    MR. BALDRIDGE:  And I should say per the

13:14:24 9   order which has been signed by our videographer, the

13:14:28 10  sole -- and I'm calling it videotape, but I realize it

13:14:31 11  is not a videotape -- the disk and including the backup

13:14:34 12  clip will be given to Mr. Schaudies, he will have the

13:14:37 13  possession of the only video of this and subject to the

13:14:40 14  requirements of the order of reasonable access by

13:14:43 15  Mr. McFarland that the judge has put in that order.

13:14:48 16                   THE WITNESS:  I think -- before you turn

13:14:49 17  it off, I think there is something really important for

13:14:51 18  Doug.  He would like to ask the room, who here thinks

13:14:53 19  that he looks like Matt Damon?

13:14:59 20                   MR. BALDRIDGE:  That part is not

13:15:00 21  confidential.

13:15:06 22                   MR. SCHAUDIES:  Well, thank goodness the

13:15:07 23  whole thing is under seal.

13:15:08 24                   THE VIDEOGRAPHER:  This is the end of the

13:15:09 25  deposition.  The time is 1:13.  We're off the record.

Taylor Alison Swift - July 26, 2016

```
 1                  C E R T I F I C A T E

 2

 3          I, Martha B. Davis, Registered Diplomate

 4   Reporter and Notary Public, State of Tennessee at

 5   Large, do hereby certify that I recorded to the best of

 6   my skill and ability by machine shorthand the

 7   deposition contained herein, that same was reduced to

 8   computer transcription by myself, and that the

 9   foregoing is a true, accurate, and complete transcript

10   of the deposition testimony heard in this cause.

11          I further certify that the witness was first

12   duly sworn by me and that I am not an attorney or

13   counsel of any of the parties, nor a relative or

14   employee of any attorney or counsel connected with the

15   action, nor financially interested in the action.

16          This 28th day of July, 2016.

17

18

19

20

21          --------------------------------
            Martha B. Davis, RMR, RDR, CRR
22          LCR No. 152

23

24   My Notary Commission Expires:

25   May 22, 2019
```