# EXHIBIT 8

In the Matter Of:

*MUELLER*

*vs.*

*SWIFT, ET AL.*

_____

STEPHANIE SIMBECK

June 28, 2016

_____

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
STEPHANIE SIMBECK - 06/28/2016                                Page 1

```
 1                        * * * * *

 2              DEPOSITION DESIGNATED CONFIDENTIAL

 3                PURSUANT TO THE PROTECTIVE ORDER

 4                        * * * * *

 5

 6           IN THE UNITED STATES DISTRICT COURT

 7              FOR THE DISTRICT OF COLORADO

 8

 9    DAVID MUELLER,                        )
                                            )
10              Plaintiff,                  )
                                            )
11    vs.                                   )NO. 1:15-cv-01974-
                                            )    WJM-KLM
12    TAYLOR SWIFT; FRANK BELL;             )
      ANDREA SWIFT a/k/a ANDREA             )
13    FINLAY; SCOTT SWIFT; and JOHN         )
      DOES 1 - 5,                           )
14                                          )
                Defendants.                 )
15                                          )
      ------------------------------
16

17           Deposition of:

18
             STEPHANIE SIMBECK
19

20           Taken on behalf of the Plaintiff

21
             June 28, 2016
22

23           Reported by:   Martha B. Davis, RMR, RDR, CRR
                            LCR No. 152
24

25    Job No.: WDC-090551
```

DTI Court Reporting Solutions - Washington, DC
1-800-292-4789                  www.deposition.com/washington-dc.htm

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER

STEPHANIE SIMBECK - 06/28/2016                                    Page 2

```
 1    APPEARANCES:

 2    For the Plaintiff:    M. Gabriel McFarland, Esq.
                            Evans & McFarland, LLC
 3                          910 13th Street
                            Suite 200
 4                          Golden, CO 80401
                            303-279-8300
 5                          gmcfarland@emlawyers.com

 6    For the Defendants:   J. Douglas Baldridge, Esq.
                            Courtney A. Sullivan, Esq.
 7                          Katherine M. Knight, Esq.
                            Venable, LLP
 8                          575 7th Street NW
                            Washington, D.C. 20004-1601
 9                          202-344-4703
                            jdbaldridge@venable.com
10                          casullivan@venable.com
                            kmwright@venable.com
11
      Also Present:         Jesse Schaudies, Esq.
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
STEPHANIE SIMBECK - 06/28/2016                    Page 3

```
 1                        I N D E X

 2    Questions by Mr. McFarland                            5

 3

 4

 5

 6

 7                      E X H I B I T S

 8    No. 1:     Sketch prepared by Stephane Simbeck       50

 9    No. 2:     Letter, April 16, 2013, from Jay
                 Schaudies to Stephanie Simbeck
10               (SWIFT 0000256)                           52

11    No. 3:     Color photograph of Taylor Swift,
                 Gary Mueller and his girlfriend
12               (SWIFT 0000076)                           54

13    No. 4:     E-mail, June 2, 2013, from Gabby
                 Liddicoat to Craig Thomas, Daryl
14               Dixon, Erica Worden, Subject:  Creep
                 picture
15               (SWIFT 0000074)                           55

16    No. 5:     Color photograph of Taylor Swift and
                 Eddie Haskell
17               (SWIFT 000075)                            57

18    No. 6:     Color photographs from meet-and-greet
                 (SWIFT 0000194 - 0000211)                 57
19

20

21

22

23

24

25
```

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
STEPHANIE SIMBECK - 06/28/2016                           Page 4

```
 1              The deposition of STEPHANIE SIMBECK was
 2   taken by counsel for the Plaintiff, pursuant to notice,
 3   at the offices of Cleeton Davis Court Reporters, LLC,
 4   402 BNA Drive, Suite 108, Nashville, Tennessee, on
 5   June 28, 2016, for all purposes under the Federal Rules
 6   of Civil Procedure.
 7              The formalities as to notice, caption,
 8   certificate, et cetera, are waived.  All objections,
 9   except as to the form of the questions, are reserved to
10   the hearing.
11              It is agreed that Martha B. Davis, being a
12   licensed court reporter and notary public for the State
13   of Tennessee, may swear the witness, and that the
14   reading and signing of the completed deposition by the
15   witness are not waived.
16
17
18                          * * *
19
20
21                     STEPHANIE SIMBECK
22
23   was called as a witness, and after having been first
24   duly sworn, testified as follows:
25
```

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
STEPHANIE SIMBECK - 06/28/2016                          Page 35

```
 1   know, here, put your purse over here or I'll take your
 2   purse or how does that work?
 3   A.       Yes.  Everything is to be left outside the
 4   room on tables that are provided.
 5   Q.       And that's outside the 30-by-30 room or
 6   outside the 10-by-10 room?
 7   A.       Outside the room itself.
 8   Q.       Outside the 30-by-30 room?
 9   A.       Correct.
10   Q.       And so there must be tables or something by
11   this front door?
12   A.       Correct.
13   Q.       And you may have just answered this and I
14   missed it.  What -- are the fans allowed to bring
15   anything into this 10-by-10 room?
16   A.       No.
17   Q.       So everything they have, whatever they have,
18   goes out here on the tables?
19            MS. SULLIVAN:  Objection.  Asked and
20   answered.
21            THE WITNESS:  Correct.
22   BY MR. MCFARLAND:
23   Q.       Do you recall taking David Mueller's
24   photograph on June 3rd?
25   A.       Yes.
```

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
STEPHANIE SIMBECK - 06/28/2016

Page 36

```
 1                 MS. SULLIVAN:  Objection.  I think you
 2   got the date wrong again.
 3   BY MR. MCFARLAND:
 4   Q.       I'm sorry, June 2nd.  That's what you meant;
 5   right?
 6   A.       Yes.  Yes.
 7   Q.       You and I both.
 8   A.       Sorry.
 9   Q.       Do you recall how -- was he at kind of the
10   beginning or the middle or the end of the photographs?
11                 MS. SULLIVAN:  Objection.  Vague as to
12   the photographs.  She testified she was taking
13   photographs all night.
14                 THE WITNESS:  Middle end.  Towards the
15   end.
16   BY MR. MCFARLAND:
17   Q.       He was towards the end of the third
18   meet-and-greet?
19   A.       Yes.
20   Q.       Okay.  Do you have an estimate of
21   approximately how many people met with Taylor during
22   the third meet-and-greet before Mr. Mueller?
23   A.       No.
24   Q.       Do you have an estimate of how many people met
25   with Taylor after Mr. Mueller met with her?
```

```
 1   BY MR. MCFARLAND:
 2   Q.      Was there anything remarkable -- well, do you
 3   remember who he came into the room with?
 4   A.      A female.
 5   Q.      Do you remember him coming into the room?
 6   A.      No, not specifically.
 7   Q.      Was there anything remarkable about him or the
 8   female that he was with?  Anything stand out to you?
 9   A.      No.
10   Q.      Tell me what you can remember about -- well,
11   what happened when Mr. Mueller and his female friend
12   entered the 10-by-10 room on June 2nd, 2013?
13   A.      They entered.  They had a conversation, very
14   briefly, and then they went to pose for a photo.  And I
15   remember looking through the lens and seeing Taylor
16   kind of have an uncomfortable, shocked look on her face
17   and she fell into the female.  And I saw a hand behind
18   her butt.  And I thought maybe she just kind of had
19   tripped or -- you know, on her heels, but my intuition
20   said that it wasn't the case based on her face.  And
21   she smiled and I snapped the photo.
22           And before everyone leaves, I make sure all
23   the eyes are open in the photograph, and at that point
24   I realized what I thought happened or what I saw
25   through the lens was actually correct.  All their eyes
```

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
STEPHANIE SIMBECK - 06/28/2016                                    Page 42

```
 1   there may have been a problem or issue?
 2   A.        No.
 3   Q.        What happens after the -- or what happened
 4   after the last person from the third meet-and-greet had
 5   finished?
 6   A.        Taylor immediately said, "Dude, that guy
 7   grabbed my ass."
 8   Q.        Were those her specific words?
 9   A.        To my knowledge, yes.
10   Q.        And who did she say that to?
11   A.        Everyone in the room.  No one specifically.
12   Q.        What was the response?
13   A.        I responded, "I knew it.  I have the
14   photograph."
15   Q.        And how did other people respond?
16   A.        They just kind of were, "What?"  I don't know.
17   I mean, they were just kind of like, "What happened?"
18   Q.        Do you recall Mr. Dent saying anything?
19   A.        I don't recall.
20   Q.        Do you recall him doing anything in response
21   to that announcement from Ms. Swift?
22   A.        Not specifically.  I mean, he -- at that point
23   everyone was trying to figure out who she was talking
24   about, but her and I really were the only ones that
25   knew who she was referring to.
```

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
STEPHANIE SIMBECK - 06/28/2016

Page 48

```
 1   Q.        And was that through the -- well, the camera,
 2   do you put your eye to it when you take a picture or is
 3   it -- are you looking at a screen?
 4   A.        It was a screen.
 5   Q.        Okay.  And so when you're taking the picture,
 6   you're looking at the screen as opposed to the people?
 7   A.        Correct.
 8   Q.        Okay.  And you think that you saw on that
 9   screen David Mueller grab Taylor Swift's butt?
10   A.        No, I saw it.
11   Q.        You saw it on the screen?  I mean, you were
12   looking at the screen and you saw Mr. Mueller put his
13   hand on Taylor Swift's butt?
14   A.        Yes, I saw that his hand was on her butt.
15   Q.        And you were standing directly in front of
16   Taylor and Mr. Mueller and his female friend?
17   A.        Yes.
18   Q.        And approximately how far away were you?
19   A.        10 feet --
20   Q.        Okay.
21   A.        -- at the most.
22   Q.        And how big is the display on the camera?
23   A.        Approximately two inches by two inches.  I
24   don't recall exactly.
25   Q.        Do you know whether there were -- was there
```

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
STEPHANIE SIMBECK - 06/28/2016     Page 54

```
 1   raise?
 2   A.        The breakdown of what it was, yeah.
 3             MR. MCFARLAND:  Let's mark this as
 4   Exhibit 3.
 5             (Document marked Exhibit No. 3.)
 6   BY MR. MCFARLAND:
 7   Q.        Let me hand you what's been marked Deposition
 8   Exhibit 3.  Do you recognize this photograph?
 9   A.        Yes.
10   Q.        And what is it?
11   A.        It is the picture of Mueller touching
12   Ms. Swift's behind.
13   Q.        So you think in this picture he's touching her
14   behind?
15   A.        No.  I can see that he is and I know that he
16   is.
17   Q.        Okay.  Is Ms. Swift touching Mr. Mueller's
18   behind as well?
19   A.        No.
20   Q.        Is Ms. Swift touching Mr. Mueller's back?
21   A.        Yes.
22   Q.        How about Ms. Melcher?  Is she touching
23   anybody with her left hand?
24   A.        I can't say yes or no.  I don't know.
25   Q.        Isn't it possible that Mr. Mueller's hand is
```

DTI Court Reporting Solutions - Washington, DC
1-800-292-4789                www.deposition.com/washington-dc.htm

```
             CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
             STEPHANIE SIMBECK - 06/28/2016                    Page 55
```

 1   just behind Ms. Swift, that it's not actually touching

 2   her?

 3   A.       No.

 4   Q.       You think that this photograph shows for sure

 5   that he's grabbing her butt?

 6   A.       Yes.

 7            MR. MCFARLAND:  Let's mark this as

 8   Exhibit 4.

 9            (Document marked Exhibit No. 4.)

10   BY MR. MCFARLAND:

11   Q.       And before I show you Exhibit 4, is

12   Mr. Mueller's hand underneath Ms. Swift's skirt in this

13   picture?

14   A.       No.

15   Q.       Does her skirt appear to be ruffled in any

16   manner?

17   A.       No.

18   Q.       Let me hand you Exhibit 4.  Exhibit 4 --

19            MS. SULLIVAN:  Can I have a copy?

20            MR. MCFARLAND:  Yes.  Sorry.

21   BY MR. MCFARLAND:

22   Q.       -- is an e-mail from Gabby Liddicoat to Greg

23   Thomas, Daryl Dixon and Erica Worden.  Do you see that?

24   A.       Yes.

25   Q.       Have you seen this e-mail before?

```
                DTI Court Reporting Solutions - Washington, DC
1-800-292-4789                      www.deposition.com/washington-dc.htm
```

```
             CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
                  STEPHANIE SIMBECK - 06/28/2016              Page 59

  1    A.        No.
  2                    MR. MCFARLAND:  That's all the questions
  3    I have.  Thank you.
  4                    MS. SULLIVAN:  Thanks.  Thanks, Gabe.
  5                    (Deposition concluded at 10:27 a.m.)
  6
  7
  8
  9
 10
 11
 12
 13
 14
 15
 16
 17
 18
 19
 20
 21
 22
 23
 24
 25
```

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER

DTI Court Reporting Solutions - Washington, DC
1-800-292-4789              www.deposition.com/washington-dc.htm