# EXHIBIT 9

# In The Matter of:

*MUELLER*

*vs.*

*SWIFT, ET AL.*

_____

*ERICA ANN WORDEN*

*June 28, 2016*

_____

*CONFIDENTIAL*

*PURSUANT TO THE PROTECTIVE ORDER*

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
ERICA ANN WORDEN - 6/28/2016

Page 1

\* \* \* \* \*

DEPOSITION DESIGNATED CONFIDENTIAL

PURSUANT TO THE PROTECTIVE ORDER

\* \* \* \* \*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

```
DAVID MUELLER,                    )
                                  )
         Plaintiff,               )
                                  )
vs.                               )NO. 1:15-cv-01974-
                                  )    WJM-KLM
TAYLOR SWIFT; FRANK BELL;         )
ANDREA SWIFT a/k/a ANDREA         )
FINLAY; SCOTT SWIFT; and JOHN     )
DOES 1 - 5,                       )
                                  )
         Defendants.              )
                                  )
---------------------------------
```

Deposition of:

ERICA ANN WORDEN

Taken on behalf of the Plaintiff

June 28, 2016

Reported by:  Martha B. Davis, RMR, RDR, CRR
              LCR No. 152

Job No.: WDC-090551

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
ERICA ANN WORDEN - 6/28/2016

Page 2

```
 1     APPEARANCES:

 2     For the Plaintiff:    M. Gabriel McFarland, Esq.
                             Evans & McFarland, LLC
 3                           910 13th Street
                             Suite 200
 4                           Golden, CO 80401
                             303-279-8300
 5                           gmcfarland@emlawyers.com

 6     For the Defendants:   J. Douglas Baldridge, Esq.
                             Courtney A. Sullivan, Esq.
 7                           Katherine M. Knight, Esq.
                             Venable, LLP
 8                           575 7th Street NW
                             Washington, D.C. 20004-1601
 9                           202-344-4703
                             jdbaldridge@venable.com
10                           casullivan@venable.com
                             kmwright@venable.com
11
       Also Present:         Jesse Schaudies
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
ERICA ANN WORDEN - 6/28/2016

Page 3

```
 1                      I N D E X

 2    Questions by Mr. McFarland                          5

 3

 4

 5

 6

 7       P R E V I O U S L Y   M A R K E D   E X H I B I T S

 8    DEPOSITION OF STEPHANIE SIMBECK:

 9    No. 1:     Sketch prepared by Stephane Simbeck    15

10    No. 3:     Color photograph of Taylor Swift,
                 Gary Mueller and his girlfriend
11               (SWIFT 0000076)                         27

12    No. 4:     E-mail, June 2, 2013, from Gabby
                 Liddicoat to Craig Thomas, Daryl
13               Dixon, Erica Worden, Subject:  Creep
                 picture
14               (SWIFT 0000074)                         30

15    No. 5:     Color photograph of Taylor Swift and
                 Eddie Haskell
16               (SWIFT 000075)                          31

17    No. 6:     Color photographs from meet-and-greet
                 (SWIFT 0000194 - 0000211)               32
18

19

20

21

22

23

24

25
```

DTI Court Reporting Solutions - Washington, DC
1-800-292-4789                              www.deposition.com

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
ERICA ANN WORDEN - 6/28/2016

Page 4

```
 1              The deposition of ERICA ANN WORDEN was taken
 2     by counsel for the Plaintiff, pursuant to notice, at
 3     the offices of Cleeton Davis Court Reporters, LLC, 402
 4     BNA Drive, Suite 108, Nashville, Tennessee, on
 5     June 28, 2016, for all purposes under the Federal Rules
 6     of Civil Procedure.
 7              The formalities as to notice, caption,
 8     certificate, et cetera, are waived.  All objections,
 9     except as to the form of the questions, are reserved to
10     the hearing.
11              It is agreed that Martha B. Davis, being a
12     licensed court reporter and notary public for the State
13     of Tennessee, may swear the witness, and that the
14     reading and signing of the completed deposition by the
15     witness are not waived.
16
17
18                           * * *
19
20
21              MS. SULLIVAN:  Also, I just want to,
22     consistent with our last deposition, want to designate
23     the entire transcript as confidential pursuant to our
24     protective order.
25              MR. MCFARLAND:  Understood.
```

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
ERICA ANN WORDEN - 6/28/2016

Page 20

```
 1    of any of this area, security video?
 2    A.      I don't believe so.
 3    Q.      Okay.  Do you recall where Mr. Mueller was in
 4    the queue?  Was he at the front?  Was he at the back?
 5    A.      No.
 6    Q.      Do you recall who was with him?
 7    A.      His girlfriend.
 8    Q.      Okay.  So tell me what you recall after you
 9    invite Mr. Mueller and his girlfriend into the 10-by-10
10    area on June 2nd, 2013.
11    A.      I invited them in and then I pop back out to
12    see how many people were in the next group and to let
13    them know about the signed photos, that they couldn't,
14    you know, receive any autographs because we were going
15    to give them a signed photo that Taylor had done
16    earlier in the day for them.
17            And then as soon as I did that, I popped back
18    in and when I popped back in, Stephanie was taking the
19    photo.  I saw that Taylor had shifted a little, which
20    looked very odd to me because I've done nearly every
21    meet-and-greet since '09 with her.  And I looked at
22    Stephanie, I asked them to leave, and I let the next
23    group come in.
24    Q.      Then what happened?
25    A.      We continued with the meet-and-greet.
```

DTI Court Reporting Solutions - Washington, DC
1-800-292-4789                              www.deposition.com

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
ERICA ANN WORDEN - 6/28/2016

Page 22

```
 1   A.       No, because we -- because I keep the line
 2   going and Taylor -- Taylor stays very professional
 3   throughout the whole time.
 4   Q.       Okay.  Did you see her indicate to Mr. Dent or
 5   anybody else that was in the room that there were any
 6   problems or any issues?
 7   A.       Not at the time that it happened.
 8   Q.       And the rest of the meet-and-greet went as
 9   expected?
10   A.       Yes.
11   Q.       There were no other incidents or issues?
12   A.       No.  She was completely normal for the rest of
13   them.
14   Q.       When you first saw Mr. Mueller and his
15   girlfriend, did you have any conversation with them?
16   A.       Other than the normal:  How many people are in
17   your group?
18   Q.       Correct.
19   A.       Nothing outside of that.
20   Q.       Was there anything remarkable about him or his
21   girlfriend that sticks out?
22   A.       Her blonde hair.
23   Q.       Okay.  What happened at the end of the
24   meet-and-greet?
25                    MS. SULLIVAN: Objection.  Vague.  Go
```

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
ERICA ANN WORDEN - 6/28/2016

Page 23

```
 1    ahead and answer.
 2                THE WITNESS:  Taylor said to everyone in
 3    the room, "That guy touched my ass."  Stephanie said, I
 4    knew it," went to that photo.  Taylor said, "That's
 5    him."
 6    BY MR. MCFARLAND:
 7    Q.       Okay.  Then what happened?
 8    A.       She said, "I don't want him watching my show,"
 9    and I escorted her to her dressing room.
10    Q.       Okay.  Did you have any other conversations
11    with Ms. Swift about Mr. Mueller?
12    A.       I did not.
13    Q.       Did any security personnel ask you any
14    questions about the alleged incident?
15    A.       No.
16    Q.       Did you ever see Mr. Mueller again?
17    A.       Yes, I did.
18    Q.       Okay.  When was that?
19    A.       After I escorted Taylor to her dressing room,
20    security and myself went out looking for him and then I
21    went back to my office.  Then they had found
22    Mr. Mueller, and I met I believe it was Daryl and Craig
23    in the hallway with Mr. Mueller and Mike Dugan, Robert
24    Allen and Frank Bell.
25    Q.       And what happened at that point?
```

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
ERICA ANN WORDEN - 6/28/2016

Page 28

```
 1    A.       Yes.
 2    Q.       Did Ms. Swift ever convey to you that
 3    Mr. Mueller put his hand underneath her skirt?
 4    A.       No.
 5    Q.       But she did tell you that he grabbed her butt--
 6    A.       Yes.
 7    Q.       -- during this photograph?
 8    A.       Yes.
 9    Q.       And can you tell from this photograph -- well,
10    I should say, do you believe in this photograph at this
11    specific moment his hand is actually on her rear?
12    A.       Yes.  You can tell by how she shifted over and
13    you can tell by where his hand -- by how his arm is
14    going down.  Taylor does not veer towards -- away from
15    people.  If that was a normal photo, Taylor would have
16    embraced him and they would have been all three pretty
17    much hugging.
18    Q.       Can you tell where Taylor Swift's hand is?
19    A.       No.
20    Q.       You'd agree that her left arm is still behind
21    Mr. Mueller; right?
22    A.       Yes.
23    Q.       And you don't know where his girlfriend's left
24    arm is; right?
25    A.       No.
```

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
ERICA ANN WORDEN - 6/28/2016

Page 29

```
 1    Q.      Isn't it possible that Mr. Mueller's hand is
 2    simply behind Taylor Swift as opposed to actually being
 3    on her body?
 4    A.      It's not possible.
 5    Q.      Am I touching the chair (indicating)?
 6    A.      No.
 7    Q.      Now?
 8            MR. BALDRIDGE:  There is no question
 9    here.  Nothing can be made of a record of a guy
10    standing with his hand in one location.
11    BY MR. MCFARLAND:
12    Q.      I'm just asking you.  Can you tell whether I'm
13    touching the chair or not?
14            MR. BALDRIDGE:  There is no record of the
15    chair.  If you want to take a photo of you touching the
16    chair, I will be glad to get a camera and we can make a
17    real record, but, otherwise, we object.
18    BY MR. MCFARLAND:
19    Q.      You can still testify.
20    A.      No, but I haven't been with you since 2009 and
21    I haven't read your body language since 2009.  I have
22    read her body language since 2009.
23    Q.      So it's possible -- so your conclusion that in
24    this picture Mr. Mueller has his hand on Ms. Swift is
25    based on her body language as you have come to
```

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
ERICA ANN WORDEN - 6/28/2016

Page 33

```
 1    A.        The Mozeus team that we use.  I think I'm
 2    saying that name wrong.  I apologize.
 3    Q.        Do you know who is in charge of that team?
 4    A.        No.
 5    Q.        Okay.  Do you know how photographs like this
 6    are kept and stored?
 7    A.        Other than the Dropbox?
 8    Q.        Right.
 9    A.        (Witness moves head from side to side.)
10    Q.        Okay.  Does Abby still work for Taylor Swift?
11    A.        No?
12    Q.        Do you know why?
13    A.        The tour ended.  She jumped on something else.
14    Q.        What do you do when Ms. Swift isn't touring?
15    A.        Her day-to-day movements outside of touring as
16    well.
17    Q.        Is Gabby Liddicoat -- is she still with
18    Taylor?
19    A.        No.
20    Q.        Do you know why?
21    A.        No.
22              MR. MCFARLAND:  That's all I've got.
23              MR. BALDRIDGE:  Thank you.
24              MR. MCFARLAND:  Thank you.
25              (Deposition concluded at 11:25.)
```