# **EXHIBIT 10**

In the Matter Of:

*MUELLER*

*vs.*

*SWIFT, ET AL.*

_____

GREGORY WESLEY DENT, VOLUME 1

July 28, 2016

_____

HIGLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
GREGORY WESLEY DENT, VOLUME 1 - 07/28/2016                  Page 1

```
 1                UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLORADO

 3

 4   DAVID MUELLER,                        )
                                           )
 5                       Plaintiff,        )
                                           )
 6             vs.                         )Civil Action No.
                                           )1:15-cv-01974-WJM-
 7   TAYLOR SWIFT; FRANK BELL; ANDREA      )KLM
     SWIFT a/k/a ANDREA FINLAY;            )
 8   SCOTT SWIFT; and JOHN DOES 1-5,       )VOLUME I
                                           )
 9                       Defendants.       )
     _____)
10

11

12

13       HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

14

15

16   DEPOSITION OF:

17                    GREGORY WESLEY DENT

18                    THURSDAY, JULY 28, 2016

19                    2:05 P.M.

20

21

22

23   JOB NO.: WDC-094050

24   Reported by:    SUSAN LYNN POBOR

25                   CSR No. 5132
```

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
GREGORY WESLEY DENT, VOLUME 1 - 07/28/2016                          Page 2

```
 1              Deposition of GREGORY WESLEY DENT, the

 2    witness, taken on behalf of the Plaintiff, on

 3    Thursday, July 28, 2016, 2:05 p.m., at

 4    2049 Century Park East, Suite 2300, Los Angeles,

 5    California, before SUSAN LYNN POBOR, CSR No. 5132,

 6    pursuant to Notice.

 7

 8    APPEARANCES OF COUNSEL:

 9    FOR THE PLAINTIFF:

10                   EVANS & McFARLAND, LLC
                     BY:  CYD HUNT, ESQ.
11                   910 13th Street
                     Suite 200
12                   Golden, Colorado  80401
                     (303) 279-8300
13

14    FOR THE DEFENDANTS:

15                   VENABLE LLP
                     BY:  TAMANY VINSON BENTZ, ESQ.
16                   2049 Century Park East
                     Suite 2300
17                   Los Angeles, California  90067
                     (310) 229-9900
18

19    ALSO PRESENT:   JAY SCHAUDIES
                      DOUG BALDRIDGE
20

21

22

23

24

25
```

```
         HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
             GREGORY WESLEY DENT, VOLUME 1 - 07/28/2016              Page 3

  1                            I N D E X

  2

  3   WITNESS                  EXAMINATION                 PAGE

  4   GREGORY WESLEY DENT

  5                            BY MS. HUNT                   4

  6

  7

  8

  9                          E X H I B I T S

 10   EXHIBITS                 DESCRIPTION                 PAGE

 11     Exhibit 1A    Handwritten diagram                   22

 12     Exhibit 1B    Handwritten diagram                   23

 13     Exhibit 1C    Copy of a photograph                  44

 14     Exhibit 1D    Declaration of                        59
                      Gregory W. Dent
 15

 16                     INFORMATION REQUESTED

 17                            (NONE)

 18

 19
                   QUESTIONS INSTRUCTED NOT TO ANSWER
 20
                               (NONE)
 21

 22

 23

 24

 25
```

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
GREGORY WESLEY DENT, VOLUME 1 - 07/28/2016    Page 4

```
 1                THURSDAY, JULY 28, 2016
 2                LOS ANGELES, CALIFORNIA
 3                       2:05 P.M.
 4                        ---oOo---
 5
 6                   GREGORY WESLEY DENT,
 7         having been first duly sworn, was
 8         examined and testified as follows:
 9
10                      EXAMINATION
11   BY MS. HUNT:
12        Q.   Would you state your name and spell it
13   for the record?
14        MS. BENTZ:   One second before we get started.
15             I want to designate the transcript as
16   "Highly Confidential" under the Protective Order.
17        MS. HUNT:   Okay.  Done.
18        THE WITNESS:   My whole name?
19   BY MS. HUNT:
20        Q.   Yes.
21        A.   Gregory, G-r-e-g-o-r-y, Wesley,
22   W-e-s-l-e-y, Dent, D-e-n-t.
23        Q.   Mr. Dent, have you ever been deposed
24   before?
25        A.   Negative.
```

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
GREGORY WESLEY DENT, VOLUME 1 - 07/28/2016          Page 41

```
 1  picture, or the backs of the three people?
 2       A.   I could see the back, straight like I'm
 3  looking at the back of these chairs.
 4       Q.   And is that where you were looking while
 5  the picture was being taken?
 6       A.   Yes.
 7       Q.   And did you notice anything unusual
 8  going on while the photo was being taken?
 9       A.   Well, before the photo was taken is when
10  I saw him go to put his arm around her and him lift up
11  her skirt.
12            She reacted, pushed her skirt down, and
13  jumped to the side and went closer to the girl that
14  was with him.
15       Q.   You're talking about Mr. Mueller when
16  you say that?
17       A.   Yes.
18       Q.   And how did you come to find out that
19  was Mr. Mueller that you saw do what you just
20  described?
21       A.   I saw him.
22            What do you mean, how did I find out?
23       Q.   Well, you didn't know his name at that
24  time?
25       A.   No, I didn't know his name.
```

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
GREGORY WESLEY DENT, VOLUME 1 - 07/28/2016                    Page 45

```
 1          Q.    So don't mark on the page, please, but
 2   can you tell me which side you would have been
 3   standing on?
 4          A.    On the side of the woman.
 5          Q.    Okay.  And so your view, from your prior
 6   description, was behind the backs of this woman and
 7   Ms. Swift.
 8                Is that right?
 9          A.    Yes.
10          Q.    Okay.  And what did you see exactly?
11                You need to say it in words so the court
12   reporter can take it down.
13          A.    Oh, right.
14                Okay.  I saw his hand and her skirt come
15   up, and then his hand came out.  And he put his hand
16   on her back.  She pushed her skirt back down with one
17   hand, and she moved over closer to the girl, just like
18   she is in this photo.
19          Q.    Did you see his hand on Ms. Swift's body
20   other than her back?
21          A.    No.
22          Q.    You did not see any touching under the
23   skirt.
24                Is that correct?
25          A.    Correct.
```

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
GREGORY WESLEY DENT, VOLUME 1 - 07/28/2016                Page 46

```
 1         Q.   Okay.  And did you have an opinion at
 2   that time as to whether that was an accidental lifting
 3   of the skirt or purposeful one?
 4         A.   I didn't have an opinion of whether it
 5   was accidental or on purpose.  I just thought --
 6              Well, I knew he touched her butt.  Now,
 7   I can't tell you to what degree, but I knew he touched
 8   her butt.
 9         Q.   How do you know that?
10         A.   By the way he put his hand up, and by
11   her reaction.
12         Q.   What was her reaction?
13         A.   She immediately pushed her skirt down,
14   and moved over closer to the girl that was in the
15   picture with him -- that was up there with him.
16         Q.   And was that response from her unusual
17   in your opinion?
18         A.   Yeah, I've never seen it before.  I'd
19   never seen that happen in however many meet-and-greets
20   I've done and tours in '09, '11 and '13.  That was a
21   first.
22         Q.   It was the first what?
23         A.   Time I had ever seen that happen.
24         Q.   That you had seen her skirt lifted?
25         A.   Or here react like that from somebody
```

1    touching her.
2            Q.   Now, what did you do in response to
3    seeing what you just described?
4            A.   At the time, when I saw it, I kind of
5    looked.  And I was looking at her to see what she was
6    going to do.
7                 She immediately went on and went through
8    with the meet-and-greet, and finished.  She took the
9    picture, and we finished the meet-and-greet.
10                And then she instantly went up and told
11   the other people in the room what happened.
12                So I was right there.  I didn't do
13   anything because I kind of played off of how she would
14   react.  And if she wanted me to do something, she
15   would have looked at me and I would have stepped up.
16                But she -- Because of other people in
17   line, also, she finished the meet-and-greet.  And
18   immediately when it was over is when she brought it to
19   everybody else's attention.
20           Q.   And when you saw the lifting of the
21   skirt, could you see Mr. Mueller's hand, itself, or
22   could you just see the skirt move?
23           A.   I could see the skirt come up, and then
24   his hand came out.
25           Q.   Okay.  So just to clarify, you did not

```
 1             MS. HUNT:  Sure.
 2      (Whereupon a discussion was held off the record)
 3             MS. HUNT:  I have no further questions,
 4   Mr. Dent.
 5                Thank you very much for your time.  I
 6   appreciate it.
 7             THE WITNESS:  All right.  Thank you.
 8             MS. BENTZ:  In California, we have that
 9   stipulation procedure.
10                So can we get 30 days for Mr. Dent to
11   review the transcript and sign it.
12                We, Venable, will keep the original of
13   the transcript, and it can be signed under penalty of
14   perjury.
15             (Whereupon the deposition was concluded
16        at 3:10 p.m.)
17
18
19
20
21
22
23
24
25
```