# EXHIBIT 11



Exhibit: 1 D
Greg Dent
07.28.16

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:15-cv-01974-WJM-KLM

DAVID MUELLER

        Plaintiff,

v.

TAYLOR SWIFT; FRANK BELL;
ANDREA SWIFT a/k/a ANDREA FINLAY;
SCOTT SWIFT; and JOHN DOES 1-5

        Defendants.

### DECLARATION OF GREGORY W. DENT

I, Gregory W. Dent, hereby declare as follows:

*GWD* 1.     I am over the age of eighteen and make this Declaration based on firsthand personal knowledge.

*GWD* 2.     I was previously employed to provide security services for an entity owned in whole or in part by Taylor Swift. I no longer work for Ms. Swift.

*GWD* 3.     I provided security services on June 2, 2013 at Ms. Swift's concert at the Pepsi Center in Denver, Colorado.

*GWD* 4.     I am generally familiar with the lawsuit filed by Mr. David Mueller against Ms. Swift (and others) in Colorado.

*GWD* 5.     I was in and around the meet-and-greet area at Ms. Swift's concert on June 2, 2013 and in the meet-and-greet area at the time Mr. Mueller was there.

*GWD* 6.     During Ms. Swift's meet and greet with Mr. Mueller, I saw Mr. Mueller lift up Ms. Swift's skirt. Ms. Swift immediately pushed her skirt down and in a startled reaction

**HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

jumped toward Mr. Mueller's female companion. I thought Mr. Mueller touched Ms. Swift's butt.

7. I am sure that the person I saw lift up Ms. Swift's skirt was Mr. Mueller.

8. Mr. Mueller's interaction with Ms. Swift and his lifting up of Ms. Swift's skirt happened very quickly. I was extremely surprised by the conduct and could hardly believe what I saw because absolutely nothing like this had ever happened in the hundreds of meet-and-greets I had attended with Ms. Swift.

9. By the time I realized what I had seen and it had sunk in, Mr. Mueller had left the meet-and-greet area and another group had entered the area to meet with Ms. Swift. The approximate time Mr. Mueller was in the area with Ms. Swift was one minute.

10. While I was certain I had seen Mr. Mueller lift up Ms. Swift's skirt, I did not immediately stop the meet-and-greet or confront Mr. Mueller because other fans were already in the meet-and-greet area and Ms. Swift was continuing on with the meet-and-greet. As was the standard practice, I followed Ms. Swift's lead and did not interfere with the continuation and conclusion of the meet and greet.

11. As soon as the meet-and-greet concluded, Ms. Swift immediately reported to her tour manager (and others) in my presence that she had been inappropriately touched by a man during the meet and greet. I was certain that the person Ms. Swift was referencing was Mr. Mueller because I had seen him lift her skirt.

12. Our photographer at the meet-and-greet retrieved the photographs taken during the meet-and-greet. While looking at the photograph of Mr. Mueller during the meet and greet, Ms. Swift identified with certainty David Mueller as the individual who inappropriately touched

**HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

her while he was in the meet-and-greet area. Ms. Swift was clear and certain from the instant she saw the photo that Mr. Mueller was the person who inappropriately touched her.

*GWD* 13. Following Ms. Swift's report, I went to search for Mr. Mueller. I went to the bar area because it was my impression Mr. Mueller had been drinking. I saw Mr. Mueller coming out of the bar area with a drink, presumably to go to his seat. I followed him to the arena floor and called other members of security who came to talk to Mr. Mueller. I pointed Mr. Mueller out and confirmed his identity to the other members of security. I did not need to reference the photograph of Mr. Mueller because I knew exactly who I was looking for based on seeing Mr. Mueller lift Ms. Swift's skirt at the meet-and-greet.

*GWD* 14. To this day, I am absolutely certain that Mr. Mueller is the person I saw lift up Ms. Swift's skirt in the meet-and-greet at the Pepsi Center on June 2, 2013.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2016          _____
                                    Gregory W. Dent

3

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER