# EXHIBIT 12

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:15-cv-01974-WJM-KLM

DAVID MUELLER

               Plaintiff,

v.

TAYLOR SWIFT; FRANK BELL;
ANDREA SWIFT a/k/a ANDREA FINLAY;
and JOHN DOES 1-5

               Defendants.

**FILED AS**
**RESTRICTED DOCUMENT**

## <u>DECLARATION OF J. DOUGLAS BALDRIDGE</u>

I, J. Douglas Baldridge, hereby declare as follows:

1.      I am over the age of eighteen and make this Declaration based on firsthand personal knowledge.

2.      I am counsel of record for Defendants in the above-captioned case.

3.      On February 25, 2016, Plaintiff produced eleven audio recordings.

4.      I provided the audio recordings to Planet Depos court reporting company to transcribe.  Bonnie K. Panek, a court reporter and notary public, transcribed the recordings on March 2, 2016.  Ms. Panek certified that she transcribed a true and correct record of the provided audio recordings.

5.      Attached hereto as Exhibit A is the certified transcript of the recordings Plaintiff produced on February 25, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 29, 2016

J. Douglas Baldridge

# EXHIBIT A

1

RECORDED CONVERSATIONS

CONFIDENTIAL – ATTORNEY WORK PRODUCT

Job No.:  105735

Pages:  1-28

Transcribed by:  Bonnie Panek

CONFIDENTIAL - ATTORNEY WORK PRODUCT
Recorded Conversations

2

1              C O N T E N T S

2    FILE NAME:                                    PAGE

3    007 EH – Bad Cell Service – Backstage Area      3

4           Was Shut Down

5    008 BC – Trouble Communicating With Eddie       4

6    009 BC – Their Story – Hand Back Squeezing      5

7           And Pushed Up Skirt

8    010 BC – Taylor Made Formal Complaint To        7

9           Security

10   011 BC – What if They Knew You Were in Radio    8

11   012 BC – Eddie Was There – Will Talk To         9

12          Taylor People Again

13   015 BC/EH – Details About What They Heard       11

14   016 BC – Did Taylor Say Anything At The Time    14

15   017 BC/EH – How Long Were You Gone Before       15

16          Security Stop

17   018 HE – How Many People There With Photo       19

18   019 BC – His Final Comments – Taylor            22

19          Complained – Didn't Know We Were

20          Radio

21

22

CONFIDENTIAL - ATTORNEY WORK PRODUCT
Recorded Conversations

3

1          (File 007 EC, Bad Cell Service -

2     Backstage Area was Shut Down, began as follows:)

3          VOICE 1:  By the time they found me -- I

4     was having real spotty cell service in there, so by

5     the time they -- the way they found me is we were

6     trying to go backstage and meet Joel Crouse, and

7     they had shut the backstage area down because there

8     had been an incident.

9          And that's when they found me, showed me

10    a picture, said do you know this guy.  I said yeah,

11    that's my morning guy, what's the issue, and they

12    said well, he's been escorted out --

13          VOICE 2:  Yeah.

14          VOICE 1:  -- and told me the story.  So

15    by the time I got it you were out.  By the time I

16    got your text it was probably an hour and a half

17    later when my data service came back because it -- I

18    had 21 texts when I got a text.  So by the time -- I

19    mean, it was done by the time I was even brought

20    into the loop.

21          (The recording was concluded.)

22

CONFIDENTIAL - ATTORNEY WORK PRODUCT
Recorded Conversations

4

1          (File 008 BC, Trouble Communicating With

2     Eddie, began as follows:)

3          VOICE 3:  We had trouble communicating

4     last night, to let you know.

5          VOICE 2:  Yeah.

6          VOICE 1:  Yeah.

7          VOICE 2:  My --

8          VOICE 3:  I'd send a text or call and

9     there wasn't an answer.

10          (The recording was concluded.)

11

12

13

14

15

16

17

18

19

20

21

22

CONFIDENTIAL - ATTORNEY WORK PRODUCT
Recorded Conversations

5

1          (File 009 BC, Their Story - Hand Back

2     Squeezing And Pushed Up Skirt, began as follows:)

3          VOICE 3:  I don't have a side yet.  I am

4     still awaiting a chance to talk to a guy I know

5     there, Frank Bell.  I don't think there's -- you've

6     probably met Frank, or if you did you would know

7     where he was.

8          I've known him for a long time.  He's

9     part of 13 management.  He was there, and so I've

10    talked to him a little bit, but never -- they're

11    traveling today, so I guess she's doing a thing with

12    the Rolling Stones or something tonight in Chicago.

13         I don't know what's going on, so I don't

14    know if I will have a chance to have anymore

15    information on it today, so I do want to talk to you

16    and, you know, just make a few notes here and, you

17    know, there's a certain consistency in, you know,

18    what I know that security did, and they said that,

19    you know, you had indicated nothing happened, and

20    that if anything did happen it was an accident or --

21         VOICE 2:  Absolutely.

22         VOICE 3:  -- incidental.

CONFIDENTIAL - ATTORNEY WORK PRODUCT
Recorded Conversations

6

1            VOICE 2:  Absolutely.

2            VOICE 3:  They -- you were dealing with

3    the head of security for the -- for her company.

4            VOICE 2:  I believe that --

5            VOICE 3:  Yeah.

6            VOICE 2:  -- because he was all business.

7            VOICE 3:  Yeah, and he is from England.

8    His name is Craig.  I got that far, and --

9            VOICE 2:  And a very imposing man.

10           VOICE 3:  Yeah.  I'm sure he was.  The

11   troubling aspect again is why they would make this

12   accusation --

13           VOICE 2:  I don't know.

14           VOICE 3:  -- why Taylor would tell the

15   security person this man -- and like I said, I think

16   the notes are -- I wrote it down here -- you

17   basically had your hand back there squeezing and

18   pushed up her skirt.

19           VOICE 2:  That is absolutely inaccurate,

20   100 percent incorrect.

21           (The recording was concluded.)

22

CONFIDENTIAL - ATTORNEY WORK PRODUCT
Recorded Conversations

7

1                (File 010 BC, Taylor Made Formal

2     Complaint To Security, began as follows:)

3                VOICE 3:  Well, I -- you know, I mean,

4     their -- I mean, I have their -- I wanted to talk to

5     you.  Their situation is she -- Taylor made the

6     formal complaint.  It wasn't a photographer.  It

7     wasn't someone who saw someone secondarily.

8                It was Taylor, and so, you know, she, as

9     they said, you know, takes hundreds of photos a day

10    and knows what happens in a photo and what doesn't

11    happen in a photo, and that this involved your hand,

12    her dress and her rear I guess, so --

13                VOICE 2:  I can tell --

14                VOICE 3:  -- as far as other angles,

15    other photos, I don't know what else exists.

16                VOICE 2:  What you told me sounds so far

17    apart from what transpired.

18                (The recording was concluded.)

19

20

21

22

CONFIDENTIAL - ATTORNEY WORK PRODUCT
Recorded Conversations

8

1          (File 011 BC, What If They Knew You Were

2     In Radio, began as follows:)

3          VOICE 3:  Do you think they would have

4     treated you differently if they had known you were

5     in radio?

6          VOICE 2:  Oh, my gosh, there's -- first

7     of all, when we walked into that little room I

8     guarantee you she would have said oh, my gosh,

9     you're from KYGO.

10          VOICE 3:  Uh-huh.

11          (The recording was concluded.)

12

13

14

15

16

17

18

19

20

21

22

CONFIDENTIAL - ATTORNEY WORK PRODUCT
Recorded Conversations

9

1              (File 012 BC, Eddie Was There – Will Talk

2      To Taylor People Again, began as follows:)

3              VOICE 2:  I felt naked.

4              VOICE 3:  Yeah.

5              VOICE 2:  I'm like okay, yeah, I work at

6      a radio station, but I have absolutely no way to

7      prove it other than can you please call my boss,

8      he's here, and --

9              VOICE 3:  Well, they did.  I mean --

10             VOICE 2:  Yeah.

11             VOICE 3:  -- they got a hold of him, so

12     -- I mean, he was back there, so -- well, Jackson,

13     we're still -- I'm just in the beginning of this, so

14     I'm not really sure what the next step's going to

15     be.

16             But I know we want to talk to the Taylor

17     people again, and I don't know if I'm going to have

18     a chance to do that this afternoon which is my

19     priority because they're now consumed in Chicago

20     with another event, so that's sort of the last piece

21     of this.

22             So I'm going to ask you that be suspended

CONFIDENTIAL - ATTORNEY WORK PRODUCT
Recorded Conversations

10

1    for another day with pay, not come on the air

2    tomorrow, and then we'll do everything we can to

3    resolve it tomorrow and figure out since the next --

4            VOICE 2:  I --

5            (The recording was concluded.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

CONFIDENTIAL - ATTORNEY WORK PRODUCT
Recorded Conversations

11

1          (File 015 BC and EH, Details About What

2    They Heard, began as follows:)

3          VOICE 3:  Well, we'll do the best we can

4    to evaluate everything.  Like I said, I've got one

5    more -- one more phone call, and I don't know if

6    it'll occur today or end up being tomorrow morning.

7          Obviously I need to let John -- apprise

8    him.  Don's aware, so it's certainly something

9    that's gone to -- you know, pretty far into the

10   company at this point, so -- as you might imagine,

11   so --

12         VOICE 2:  What a shame.

13         VOICE 3:  Yeah, yeah, it definitely is.

14   I think the piece that continues to be a struggle is

15   why would she -- what motive would she have to

16   create this scenario, and I think that's the thing

17   that --

18         VOICE 2:  No clue.

19         VOICE 1:  Uh-huh.

20         VOICE 2:  No clue.  I would love to find

21   that out myself, and hopefully we will.  Hopefully

22   she will -- someone will ask her that.

CONFIDENTIAL - ATTORNEY WORK PRODUCT
Recorded Conversations

12

1      VOICE 3:  Well, like I said, I think this

2  is -- this has all been precipitated by her telling

3  security he grabbed me and hiked up my skirt or

4  hiked up my skirt partially, and those were the

5  words they used last night.

6      VOICE 1:  Yeah, yep.

7      VOICE 3:  It wasn't just incidental, it

8  wasn't just, you know, in a photo.  It was a --

9      VOICE 1:  Yeah.  I mean, the first time

10  it was had his hand up her dress, and then --

11      VOICE 2:  Wow.

12      VOICE 1:  -- now it's lifted or --

13      VOICE 3:  Uh-huh.

14      VOICE 1:  -- something, you know.  I

15  don't know.

16      VOICE 2:  So their story changed?

17      VOICE 1:  Well, it's descriptions of the

18  same thing.  Probably the hand up the skirt was a

19  younger guy than --

20      VOICE 3:  Yeah.

21      VOICE 2:  Well --

22      VOICE 1:  -- was interpreting --

CONFIDENTIAL - ATTORNEY WORK PRODUCT
Recorded Conversations

13

1          VOICE 2:  Like I said, I'd love to see

2    any security footage from the backstage area because

3    I can assure you that's not going to be on it.

4          (The recording was concluded.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

CONFIDENTIAL - ATTORNEY WORK PRODUCT
Recorded Conversations

14

1              (File 016 BC, Did Taylor Say Anything At

2      The Time, began as follows:)

3              VOICE 2:  It was just awkward.  It was a

4      situation where you go let's try that again, let's

5      take another picture, and I was actually a little

6      bit -- I was bummed out that they didn't say let's

7      take another picture.

8              And then when I walked out I told

9      Shannon, I said that was really weird, like that

10     picture is not going to turn out, something like

11     that.

12             VOICE 1:  Did Taylor have any reaction?

13             VOICE 2:  None, not that I know of.  I

14     mean, we -- she --

15             VOICE 1:  At the moment.

16             VOICE 2:  Yeah.  I mean, we were in

17     there.  She said thanks.  I don't know if Shannon

18     said goodbye to her.  I don't know what she said.  A

19     lady was standing there.  We walked out.  They

20     handed us this stuff.  It was all -- everything was

21     -- there was no drama.  There was no anything.

22             (The recording was concluded.)

CONFIDENTIAL - ATTORNEY WORK PRODUCT
Recorded Conversations

15

1          (File 017 BC and EH, How Long Were You

2    Gone Before Security Stop, began as follows:)

3          VOICE 1:  How long was it between the

4    time you left and the time security got to you?  You

5    said it was -- you had been --

6          VOICE 2:  Well, I went -- I was trying to

7    find -- trying to get a hold of him.  I went --

8          VOICE 1:  It was after I saw you outside

9    because you had your pictures then.

10          VOICE 2:  Yep.

11          VOICE 1:  Yes.  So we were out front.

12          VOICE 2:  Oh, yeah, I went outside.

13          VOICE 1:  Yeah.

14          VOICE 2:  I took my photos of Taylor.  I

15    put them in my vehicle.  I gave one to your friend.

16          VOICE 1:  Right.

17          VOICE 2:  Took the other one, which was

18    Shannon's to my car, locked it up because I didn't

19    want to carry it around all night, I wanted to check

20    with you to make sure, and you said I'm going back

21    in.

22          VOICE 1:  Uh-huh.

CONFIDENTIAL - ATTORNEY WORK PRODUCT
Recorded Conversations

16

1          VOICE 2:  And you went in with him.  We

2     saw Shannon at the reentry gate.  Shannon and I went

3     down and --

4          VOICE 1:  It would have been right then

5     then.

6          VOICE 2:  -- probably stopped at the

7     restaurant -- or restroom --

8          VOICE 1:  Yeah.

9          VOICE 2:  -- and then made our way down.

10    We talked to one of the ushers for a while in a

11    wheelchair because she helped us when I wanted to

12    leave.  We thanked her and talked to her a little

13    bit and we went out.

14          We were standing there for a while, I

15    don't know how long.  We really didn't have anywhere

16    to go.  We just were kind of cool with it.  We were

17    right on -- you walk into the main floor and we're

18    just standing there right not in front of any seats.

19          And actually when the guy approached me

20    the first thing I thought was this guy's going to

21    tell us we can't stand here, and then he -- then it

22    was totally different.

CONFIDENTIAL - ATTORNEY WORK PRODUCT
Recorded Conversations

17

1              VOICE 1:  Yeah.

2              VOICE 2:  And I was --

3              VOICE 1:  So at least 15 minutes or more.

4              VOICE 2:  I --

5              VOICE 1:  It's hard to say.

6              VOICE 2:  I don't know.  I don't know.

7              VOICE 1:  It would almost have to have

8      been because -- was Joel still playing when you guys

9      were standing there?

10             VOICE 2:  I think we heard music when we

11     were walking down.

12             VOICE 1:  Right, but it was in the set

13     change --

14             VOICE 2:  I --

15             VOICE 1:  -- because that's why I left

16     you guys --

17             VOICE 2:  I didn't even know.

18             VOICE 1:  -- is because I was supposed to

19     see the opening act at 7:15.

20             VOICE 2:  Yeah.

21             VOICE 1:  And so I said I got to go, and

22     I went and he played one more song, so it had to be

CONFIDENTIAL - ATTORNEY WORK PRODUCT
Recorded Conversations

18

1    15 or 20 minutes after it happened.

2              VOICE 2:  There --

3              VOICE 1:  How many people were --

4              VOICE 2:  The lights were out --

5              VOICE 1:  Yeah.

6              VOICE 2:  -- when we were down there.

7    The lights were out.

8              (The recording was concluded.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

CONFIDENTIAL - ATTORNEY WORK PRODUCT
Recorded Conversations

19

1              (File 018HE, How Many People There With

2     Photo, began as follows:)

3              VOICE 1:  Okay.  Okay.  How many people

4     were in the room when you guys were getting your

5     picture done?

6              VOICE 2:  The woman who opened the

7     curtain --

8              VOICE 1:  Right.

9              VOICE 2:  -- Taylor, a woman --

10             VOICE 1:  So it wasn't like a whole bunch

11    of --

12             VOICE 2:  No, they would let one --

13             VOICE 1:  -- people.

14             VOICE 2:  -- group in at a time.

15             VOICE 1:  Oh, okay.

16             VOICE 2:  Yeah.

17             VOICE 1:  Okay.

18             VOICE 2:  It was just how many in your

19    group and Shannon said just the two of us, and she

20    said okay and then we walked in.

21             VOICE 1:  Okay.

22             VOICE 3:  So Taylor, a curtain puller, a

CONFIDENTIAL - ATTORNEY WORK PRODUCT
Recorded Conversations

20

1    photographer, and --

2              VOICE 2:   And maybe somebody with the

3    photographer.

4              VOICE 3:   Maybe somebody.

5              VOICE 1:   Yeah.

6              VOICE 2:   I was -- we were only in there

7    I want to say 40 seconds.   It's hard to tell.

8              VOICE 1:   Uh-huh.

9              VOICE 2:   Maybe a minute.   I don't know.

10   I didn't really get to talk to Taylor.   Shannon was

11   really --

12             VOICE 1:   The one doing the talking?

13             VOICE 2:   Yeah.   She was -- I did say I

14   think it's great that you spent so much time with

15   these little girls.

16             VOICE 1:   But there were no other people

17   in there, no one else?

18             VOICE 2:   No other --

19             VOICE 1:   Guests?

20             VOICE 2:   No, no, absolutely not.

21             VOICE 1:   Okay.   Because that was kind of

22   my question, is why would she not just say hey, what

CONFIDENTIAL - ATTORNEY WORK PRODUCT
Recorded Conversations

21

1    the hell.  You know, if there were other people in

2    the room I'd get it, but --

3              VOICE 2:  There were -- I think there

4    were three other people in the room --

5              VOICE 1:  Right.

6              VOICE 2:  -- but -- besides Shannon and

7    myself and Taylor, and I think two of them were

8    women.  I -- the third one I don't know.  That's why

9    --

10             VOICE 1:  Yeah.

11             VOICE 2:  -- I'd really like to get the

12   security footage, because that would show

13   everything.

14             (The recording was concluded.)

15

16

17

18

19

20

21

22

CONFIDENTIAL - ATTORNEY WORK PRODUCT
Recorded Conversations

22

1           (File 019 BC, His Final Comments - Taylor

2    Complained - Didn't Know We Were Radio, began as

3    follows:)

4           VOICE 2:  That's why --

5           VOICE 1:  Yeah.

6           VOICE 2:  -- I'd really like to get the

7    security footage because that would show everything

8    and maybe even have the audio.

9           VOICE 1:  You obviously think there is

10   security footage in there, or do you know?

11          VOICE 2:  Well, it's the Pepsi Center.

12   I'm thinking yeah, you know, this day and age, yeah.

13   And, I mean, it can't -- I want to find it.

14          If there is I just -- I'm going to want

15   to get it because I absolutely -- I have nothing to

16   hide and I want the truth to come out, which is that

17   I didn't do anything, so I'm all for anything they

18   have.  If there's something of -- if they have any

19   audio, anything because you could have heard the

20   conversation --

21          VOICE 1:  Yeah.

22          VOICE 2:  -- and you would have heard

CONFIDENTIAL - ATTORNEY WORK PRODUCT
Recorded Conversations

23

1    that Taylor didn't say anything to us.

2         VOICE 1:  Well, that's what they said,

3    she didn't say anything, she was shocked and waited

4    to handle it they're saying with the security.  I

5    never asked the question did you know or not know he

6    was in radio.

7         I just didn't -- I mean, I've been

8    involved since everyone knew you were in radio, so

9    until you mentioned that I didn't -- I haven't asked

10   that, whether they just thought you were a listener

11   or you were in radio at what point.  By the time I

12   got involved they well knew you were in radio, and I

13   didn't know to ask that question or how germane that

14   might be to -- you know, to what happened.

15        But she apparently told someone in

16   security that he grabbed me, touched me, my dress

17   was hiked up or his hand went under my dress or was

18   on my dress or somehow caught up in my dress in the

19   back, that it was an overt move, it wasn't just an

20   incidental contact or something that just happens

21   when a bunch of people get together and get a

22   photograph, and that the feeling was once you had

CONFIDENTIAL - ATTORNEY WORK PRODUCT
Recorded Conversations

24

1    left not to make a big scene and let security handle

2    it and she'd just move on, so --

3              VOICE 2:  Well, that's not what happened.

4              VOICE 1:  Okay.

5              VOICE 2:  And when they -- I will say

6    this:  When I was in the line and trying to explain

7    to the people when we first got to the main floor

8    and there was clearly somebody with a light checking

9    everyone in with a pass --

10             VOICE 1:  Uh-huh.

11             VOICE 2:  -- that backstage

12   meet-and-greet pass.

13             VOICE 1:  Right.

14             VOICE 2:  I was trying to let them know I

15   worked at the radio station.

16             VOICE 1:  Right.

17             VOICE 2:  And it was very awkward.  Then

18   when we were backstage, and later when the security

19   guys surrounded me and were, you know, treating me

20   like a criminal I -- but I didn't have a laminate, I

21   didn't have a business card, I didn't have nothing

22   to indicate except I work at the radio -- that's

CONFIDENTIAL - ATTORNEY WORK PRODUCT
Recorded Conversations

25

1    all.  I just had my words and it was very awkward,

2    and I really -- it felt horrible.

3              VOICE 1:  So you think if they had known

4    you were in radio this would have had a different --

5              VOICE 2:  I -- well, I do know that -- I

6    mean, when I've met artists before and it's a radio

7    station thing there's just a completely different

8    demeanor.

9              When you meet Sheryl Crow back in the

10   performance studio and she knows this is the morning

11   show, and this is -- these are the guys from the

12   staff it's like hey -- I mean, she came in -- Sheryl

13   Crow came in the studio with us.  They treat you

14   like they've known you forever.

15             I had never met Sheryl Crow before that

16   day and she was just having a great time with us.

17   We had a great interview with her.  That's just the

18   nature, that's just human nature, and I just feel

19   like if I had a laminate and she knew we were radio

20   she probably -- I'm not saying she would have spent

21   a much longer time with us but she probably would

22   have said oh, my God -- you know, maybe I should

26

1    have mentioned you, I don't know.

2          But there was absolutely no way for them

3    to know who I was, and as I said before Shannon did

4    indicate that she was from KYGO, that we were from

5    KYGO, and that must have been lost in the -- because

6    it's a very frantic get them in, get them out, get

7    them in, get them out, so that I don't -- I can't

8    believe anyone knew I was in radio until I actually

9    told them.

10          VOICE 1:  Okay.

11          VOICE 2:  But I --

12          VOICE 1:  All right.  Well, like I said,

13    we're just in this process of trying to sort it all

14    out.

15          VOICE 2:  I understand.

16          VOICE 1:  So I'll have tomorrow morning

17    -- sometime later in the morning have Eddie contact

18    you and we'll get together and figure out what the

19    next step is, so --

20          VOICE 2:  Do you -- you guys -- so it

21    might be before noon --

22          VOICE 1:  That would be my whole -- yeah.

CONFIDENTIAL - ATTORNEY WORK PRODUCT
Recorded Conversations

27

1          VOICE 2:  -- you'd want to meet with me?

2          VOICE 1:  I can't guarantee it --

3          VOICE 2:  Okay, okay.

4          VOICE 1:  -- but yeah, that would be my

5     plan.

6          VOICE 2:  Okay.

7          VOICE 1:  Because I'm dealing with people

8     in other time zones, so --

9          VOICE 2:  Okay.  I understand.  Well, I

10    appreciate you taking the time to get my side of it,

11    that's for sure.

12         VOICE 1:  Okay.

13         VOICE 3:  Sure.

14         VOICE 1:  I appreciate you coming in and

15    how uncomfortable all of this is, so --

16         VOICE 2:  It's absolutely horrible.  I've

17    never been treated like this in my entire life.

18    It's the most horrible feeling ever.

19         (The recording was concluded.)

20

21

22

CONFIDENTIAL - ATTORNEY WORK PRODUCT
Recorded Conversations

28

1          CERTIFICATE OF SHORTHAND REPORTER – NOTARY PUBLIC

2               I, Bonnie K. Panek, a Notary Public in and

3     for The State of Texas, do hereby certify that the

4     foregoing transcript is a true and correct record;

5     that said proceedings were transcribed by me

6     stenographically and thereafter reduced to

7     typewriting under my supervision; and that I am

8     neither counsel for, related to, nor employed by any

9     of the parties to this case and have no interest,

10    financial or otherwise, in its outcome.

11              IN WITNESS WHEREOF, I have hereunto set my

12    hand and affixed my notarial seal this 2nd day of

13    March, 2016.

14    My commission expires:  January 22, 2017

15

16

17    _Bonnie K. Panek_

18    COURT REPORTER

19    NOTARY PUBLIC IN AND FOR

20    THE STATE OF TEXAS

21

22

**A**

**absolutely**
5:21 6:1,19 9:6 20:20
  22:15 26:2 27:16
**accident**
5:20
**accusation**
6:12
**act**
17:19
**affixed**
28:12
**afternoon**
9:18
**age**
22:12
**air**
10:1
**angles**
7:14
**answer**
4:9
**anymore**
5:14
**apart**
7:17
**apparently**
23:15
**appreciate**
27:10,14
**apprise**
11:7
**approached**
16:19
**area**
2:3 3:2,7 13:2
**artists**
25:6
**asked**
23:5,9
**aspect**
6:11
**assure**
13:3
**ATTORNEY**
1:9
**audio**

22:8,19
**awaiting**
5:4
**aware**
11:8
**awkward**
14:3 24:17 25:1

**B**

**back**
2:6 3:17 5:1 6:17 9:12
  15:20 23:19 25:9
**backstage**
2:3 3:2,6,7 13:2 24:11
  24:18
**Bad**
2:3 3:1
**basically**
6:17
**BC**
2:5,6,8,10,11,14,18 4:1
  5:1 7:1 8:1 9:1 11:1
  14:1 15:1 22:1
**BC/EH**
2:13,15
**began**
3:2 4:2 5:2 7:2 8:2 9:2
  11:2 14:2 15:2 19:2
  22:2
**beginning**
9:13
**believe**
6:4 26:8
**Bell**
5:5
**best**
11:3
**big**
24:1
**bit**
5:10 14:6 16:13
**Bonnie**
1:22 28:2
**boss**
9:7
**brought**
3:19
**bummed**

14:6
**bunch**
19:10 23:21
**business**
6:6 24:21

**C**

**C**
2:1
**call**
4:8 9:7 11:5
**car**
15:18
**card**
24:21
**carry**
15:19
**case**
28:9
**caught**
23:18
**cell**
2:3 3:1,4
**Center**
22:11
**certain**
5:17
**certainly**
11:8
**CERTIFICATE**
28:1
**certify**
28:3
**chance**
5:4,14 9:18
**change**
17:13
**changed**
12:16
**check**
15:19
**checking**
24:8
**Chicago**
5:12 9:19
**clearly**
24:8
**clue**

11:18,20
**come**
10:1 22:16
**coming**
27:14
**Comments**
2:18 22:1
**commission**
28:14
**communicating**
2:5 4:1,3
**company**
6:3 11:10
**Complained**
2:19 22:2
**complaint**
2:8 7:2,6
**completely**
25:7
**concluded**
3:21 4:10 6:21 7:18
  8:11 10:5 13:4 14:22
  18:8 21:14 27:19
**CONFIDENTIAL**
1:9
**consistency**
5:17
**consumed**
9:19
**contact**
23:20 26:17
**continues**
11:14
**conversation**
22:20
**CONVERSATIONS**
1:8
**cool**
16:16
**correct**
28:4
**counsel**
28:8
**COURT**
28:18
**Craig**
6:8

CONFIDENTIAL - ATTORNEY WORK PRODUCT
Recorded Conversations

30

create
11:16
criminal
24:20
Crouse
3:6
Crow
25:9,13,15
curtain
19:7,22

**D**

data
3:17
day
7:9 10:1 22:12 25:16
28:12
dealing
6:2 27:7
definitely
11:13
demeanor
25:8
descriptions
12:17
Details
2:13 11:1
different
16:22 25:4,7
differently
8:4
doing
5:11 20:12
Don's
11:8
drama
14:21
dress
7:12 12:10 23:16,17,18
23:18

**E**

E
2:1
EC
3:1
Eddie
2:5,11 4:2 9:1 26:17

EH
2:3 11:1 15:1
employed
28:8
England
6:7
entire
27:17
escorted
3:12
evaluate
11:4
event
9:20
exists
7:15
expires
28:14
explain
24:6

**F**

far
6:8 7:14,16 11:9
feel
25:18
feeling
23:22 27:18
felt
9:3 25:2
figure
10:3 26:18
File
2:2 3:1 4:1 5:1 7:1 8:1
9:1 11:1 14:1 15:1
19:1 22:1
Final
2:18 22:1
financial
28:10
find
11:20 15:7 22:13
first
8:6 12:9 16:20 24:7
floor
16:17 24:7
follows
3:2 4:2 5:2 7:2 8:2 9:2

11:2 14:2 15:2 19:2
22:3
footage
13:2 21:12 22:7,10
foregoing
28:4
forever
25:14
formal
2:8 7:1,6
found
3:3,5,9
Frank
5:5,6
frantic
26:6
friend
15:15
front
15:11 16:18

**G**

gate
16:2
germane
23:13
getting
19:4
girls
20:15
go
3:6 14:4 16:16 17:21
God
25:22
going
5:13 9:14,17,22 13:3
14:10 15:20 16:20
22:14
goodbye
14:18
gosh
8:6,8
grabbed
12:3 23:16
great
20:14 25:16,17
group
19:14,19

guarantee
8:8 27:2
guess
5:11 7:12
Guests
20:19
guy
3:10,11 5:4 12:19
16:19
guys
17:8,16 19:4 24:19
25:11 26:20
guy's
16:20

**H**

half
3:16
hand
2:6 5:1 6:17 7:11 12:10
12:18 23:17 28:12
handed
14:20
handle
23:4 24:1
happen
5:20 7:11
happened
5:19 18:1 23:14 24:3
happens
7:10 23:20
hard
17:5 20:7
head
6:3
heard
2:13 11:2 17:10 22:19
22:22
hell
21:1
helped
16:11
hereunto
28:11
hey
20:22 25:12
hide
22:16

**hiked**
12:3,4 23:17
**hold**
9:11 15:7
**hopefully**
11:21,21
**horrible**
25:2 27:16,18
**hour**
3:16
**human**
25:18
**hundreds**
7:9

**I**

**imagine**
11:10
**imposing**
6:9
**inaccurate**
6:19
**incident**
3:8
**incidental**
5:22 12:7 23:20
**incorrect**
6:20
**indicate**
24:22 26:4
**indicated**
5:19
**information**
5:15
**interest**
28:9
**interpreting**
12:22
**interview**
25:17
**involved**
7:11 23:8,12
**issue**
3:11
**it'll**
11:6

**J**

**Jackson**
9:12
**January**
28:14
**Job**
1:20
**Joel**
3:6 17:8
**John**
11:7

**K**

**K**
28:2
**kind**
16:16 20:21
**knew**
2:10 8:1 23:8,12 25:19
26:8
**know**
2:19 3:10 4:4 5:4,6,13
5:14,16,17,17,18,19
6:13 7:3,8,9,15 9:16
9:17 11:5,9 12:8,14
12:15 14:13,17,18
16:15 17:6,6,17 20:9
21:1,8 22:2,10,12
23:5,5,13,14 24:14,19
25:5,22 26:1,3
**known**
5:8 8:4 25:3,14
**knows**
7:10 25:10
**KYGO**
8:9 26:4,5

**L**

**lady**
14:19
**laminate**
24:20 25:19
**leave**
16:12
**left**
15:4 17:15 24:1
**let's**
14:4,4,6
**life**

**27:17**
**lifted**
12:12
**light**
24:8
**lights**
18:4,7
**line**
24:6
**listener**
23:10
**little**
5:10 8:7 14:5 16:12
20:15
**locked**
15:18
**long**
2:15 5:8 15:1,3 16:15
**longer**
25:21
**loop**
3:20
**lost**
26:5
**love**
11:20 13:1

**M**

**main**
16:17 24:7
**man**
6:9,15
**management**
5:9
**March**
28:13
**mean**
3:19 7:3,4 9:9,12 12:9
14:14,16 22:13 23:7
25:6,12
**meet**
3:6 25:9 27:1
**meet-and-greet**
24:12
**mentioned**
23:9 26:1
**met**
5:6 25:6,15

**minute**
20:9
**minutes**
17:3 18:1
**moment**
14:15
**morning**
3:11 11:6 25:10 26:16
26:17
**motive**
11:15
**move**
23:19 24:2
**music**
17:10

**N**

**N**
2:1,1
**naked**
9:3
**name**
2:2 6:8
**nature**
25:18,18
**need**
11:7
**neither**
28:8
**never**
5:10 23:5 25:15 27:17
**night**
4:4 12:5 15:19
**noon**
26:21
**notarial**
28:12
**Notary**
28:1,2,19
**notes**
5:16 6:16

**O**

**O**
2:1
**obviously**
11:7 22:9
**occur**

CONFIDENTIAL - ATTORNEY WORK PRODUCT
Recorded Conversations

32

11:6
**oh**
8:6,8 15:12 19:15
25:22
**okay**
9:5 19:3,3,15,17,20,21
20:21 24:4 26:10
27:3,3,6,9,12
**once**
23:22
**opened**
19:6
**opening**
17:19
**outcome**
28:10
**outside**
15:8,12
**overt**
23:19

**P**

**PAGE**
2:2
**Pages**
1:21
**Panek**
1:22 28:2
**part**
5:9
**partially**
12:4
**parties**
28:9
**pass**
24:9,12
**pay**
10:1
**people**
2:12,17 9:2,17 18:3
19:1,3,13 20:16 21:1
21:4 23:21 24:7 27:7
**Pepsi**
22:11
**percent**
6:20
**performance**
25:10

**person**
6:15
**phone**
11:5
**photo**
2:17 7:10,11 12:8 19:2
**photograph**
23:22
**photographer**
7:6 20:1,3
**photos**
7:9,15 15:14
**picture**
3:10 14:5,7,10 19:5
**pictures**
15:9
**piece**
9:20 11:14
**plan**
27:5
**played**
17:22
**playing**
17:8
**please**
9:7
**point**
11:10 23:11
**precipitated**
12:2
**pretty**
11:9
**priority**
9:19
**probably**
3:16 5:6 12:18 16:6
25:20,21
**proceedings**
28:5
**process**
26:13
**PRODUCT**
1:9
**prove**
9:7
**Public**
28:1,2,19

**puller**
19:22
**pushed**
2:7 5:2 6:18
**put**
15:15

**Q**

**question**
20:22 23:5,13

**R**

**radio**
2:10,20 8:2,5 9:6 22:2
23:6,8,11,12 24:15,22
25:4,6,19 26:8
**reaction**
14:12
**real**
3:4
**really**
9:14 14:9 16:15 20:10
20:11 21:11 22:6
25:2
**rear**
7:12
**record**
28:4
**RECORDED**
1:8
**recording**
3:21 4:10 6:21 7:18
8:11 10:5 13:4 14:22
18:8 21:14 27:19
**reduced**
28:6
**reentry**
16:2
**related**
28:8
**REPORTER**
28:1,18
**resolve**
10:3
**restaurant**
16:7
**restroom**
16:7

**right**
15:16 16:4,17,18 17:12
19:8 21:5 24:13,16
26:12
**Rolling**
5:12
**room**
8:7 19:4 21:2,4

**S**

**S**
2:1
**saw**
7:7 15:8 16:2
**saying**
23:4 25:20
**scenario**
11:16
**scene**
24:1
**seal**
28:12
**seats**
16:18
**secondarily**
7:7
**seconds**
20:7
**security**
2:9,16 5:18 6:3,15 7:2
12:3 13:2 15:2,4
21:12 22:7,10 23:4,16
24:1,18
**see**
13:1 17:19
**send**
4:8
**service**
2:3 3:1,4,17
**set**
17:12 28:11
**shame**
11:12
**Shannon**
14:9,17 16:2,2 19:19
20:10 21:6 26:3
**Shannon's**
15:18

CONFIDENTIAL - ATTORNEY WORK PRODUCT
Recorded Conversations

**Sheryl**
25:9,12,15
**she'd**
24:2
**shocked**
23:3
**SHORTHAND**
28:1
**show**
21:12 22:7 25:11
**showed**
3:9
**shut**
2:4 3:2,7
**side**
5:3 27:10
**situation**
7:5 14:4
**skirt**
2:7 5:2 6:18 12:3,4,18
**somebody**
20:2,4 24:8
**song**
17:22
**sort**
9:20 26:13
**sounds**
7:16
**spent**
20:14 25:20
**spotty**
3:4
**squeezing**
2:6 5:2 6:17
**staff**
25:12
**stand**
16:21
**standing**
14:19 16:14,18 17:9
**State**
28:3,20
**station**
9:6 24:15 25:7
**stenographically**
28:6
**step**

26:19
**step's**
9:14
**Stones**
5:12
**Stop**
2:16 15:2
**stopped**
16:6
**story**
2:6 3:14 5:1 12:16
**struggle**
11:14
**studio**
25:10,13
**stuff**
14:20
**supervision**
28:7
**supposed**
17:18
**sure**
6:10 9:14 15:20 27:11
27:13
**surrounded**
24:19
**suspended**
9:22

_____
**T**
_____
**T**
2:1,1
**take**
14:5,7
**takes**
7:9
**talk**
2:11 5:4,15 7:4 9:1,16
20:10
**talked**
5:10 16:10,12
**talking**
20:12
**Taylor**
2:8,12,14,18 6:14 7:1,5
7:8 9:2,16 14:1,12
15:14 19:9,22 20:10
21:7 22:1 23:1

**tell**
6:14 7:13 16:21 20:7
**telling**
12:2
**Texas**
28:3,20
**text**
3:16,18 4:8
**texts**
3:18
**thanked**
16:12
**thanks**
14:17
**thing**
5:11 11:16 12:18 16:20
25:7
**think**
5:5 6:15 8:3 11:14,16
12:1 17:10 20:14
21:3,7 22:9 25:3
**thinking**
22:12
**third**
21:8
**thought**
16:20 23:10
**three**
21:4
**time**
2:14 3:3,5,15,15,18,19
5:8 12:9 14:2 15:4,4
19:14 20:14 23:11
25:16,21 27:8,10
**today**
5:11,15 11:6
**told**
3:14 7:16 14:8 23:15
26:9
**tomorrow**
10:2,3 11:6 26:16
**tonight**
5:12
**totally**
16:22
**touched**
23:16

**transcribed**
1:22 28:5
**transcript**
28:4
**transpired**
7:17
**traveling**
5:11
**treat**
25:13
**treated**
8:4 27:17
**treating**
24:19
**trouble**
2:5 4:1,3
**troubling**
6:11
**true**
28:4
**truth**
22:16
**try**
14:4
**trying**
3:6 15:6,7 24:6,14
26:13
**turn**
14:10
**two**
19:19 21:7
**typewriting**
28:7

_____
**U**
_____
**Uh-huh**
8:10 11:19 12:13 15:22
20:8 24:10
**uncomfortable**
27:15
**understand**
26:15 27:9
**ushers**
16:10

_____
**V**
_____
**vehicle**
15:15

**VOICE**
3:3,13,14 4:3,5,6,7,8
5:3,21,22 6:1,2,4,5,6
6:7,9,10,13,14,19 7:3
7:13,14,16 8:3,6,10
9:3,4,5,9,10,11 10:4
11:3,12,13,18,19,20
12:1,6,7,9,11,12,13
12:14,16,17,20,21,22
13:1 14:3,12,13,15,16
15:3,6,8,10,11,12,13
15:14,16,17,22 16:1,4
16:6,8,9 17:1,2,3,4,5
17:6,7,10,12,14,15,17
17:18,20,21 18:2,3,4
18:5,6 19:3,6,8,9,10
19:12,13,14,15,16,17
19:18,21,22 20:2,4,5
20:6,8,9,12,13,16,18
20:19,20,21 21:3,5,6
21:10,11 22:4,5,6,9
22:11,21,22 23:2 24:3
24:4,5,10,11,13,14,16
24:17 25:3,5 26:10,11
26:12,15,16,20,22
27:1,2,3,4,6,7,9,12,13
27:14,16

**W**

**waited**
23:3
**walk**
16:17
**walked**
8:7 14:8,19 19:20
**walking**
17:11
**want**
5:15 9:16 15:19 20:7
22:13,14,16 27:1
**wanted**
7:4 15:19 16:11
**wasn't**
4:9 7:6,7 12:7,8 19:10
23:19
**way**
3:5 9:6 16:9 26:2
**weird**

14:9
**went**
15:6,7,12 16:1,2,13
17:22 23:17
**we'll**
10:2 11:3 26:18
**we're**
9:13 16:17 26:13
**wheelchair**
16:11
**WHEREOF**
28:11
**WITNESS**
28:11
**woman**
19:6,9
**women**
21:8
**words**
12:5 25:1
**work**
1:9 9:5 24:22
**worked**
24:15
**Wow**
12:11
**wrote**
6:16

**Y**

**yeah**
3:10,13 4:5,6 6:5,7,10
9:4,5,10 11:13,13
12:6,9,20 14:16 15:12
15:13 16:8 17:1,20
18:5 19:16 20:5,13
21:10 22:5,12,12,21
26:22 27:4
**yep**
12:6 15:10
**younger**
12:19

**Z**

**zones**
27:8

**0**

**007**
2:3 3:1
**008**
2:5 4:1
**009**
2:6 5:1
**010**
2:8 7:1
**011**
2:10 8:1
**012**
2:11 9:1
**015**
2:13 11:1
**016**
2:14 14:1
**017**
2:15 15:1
**018**
2:17
**018HE**
19:1
**019**
2:18 22:1

**1**

**1**
3:3,14 4:6 11:19 12:6,9
12:12,14,17,22 14:12
14:15 15:3,8,11,13,16
15:22 16:4,8 17:1,3,5
17:7,12,15,18,21 18:3
18:5 19:3,8,10,13,15
19:17,21 20:5,8,12,16
20:19,21 21:5,10 22:5
22:9,21 23:2 24:4,10
24:13,16 25:3 26:10
26:12,16,22 27:2,4,7
27:12,14
**1-28**
1:21
**100**
6:20
**105735**
1:20
**11**
2:13
**13**

5:9
**14**
2:14
**15**
2:15 17:3 18:1
**19**
2:17

**2**

**2**
3:13 4:5,7 5:21 6:1,4,6
6:9,13,19 7:13,16 8:6
9:3,5,10 10:4 11:12
11:18,20 12:11,16,21
13:1 14:3,13,16 15:6
15:10,12,14,17 16:1,6
16:9 17:2,4,6,10,14
17:17,20 18:2,4,6
19:6,9,12,14,16,18
20:2,6,9,13,18,20
21:3,6,11 22:4,6,11
22:22 24:3,5,11,14,17
25:5 26:11,15,20 27:1
27:3,6,9,16
**2nd**
28:12
**20**
18:1
**2016**
28:13
**2017**
28:14
**21**
3:18
**22**
2:18 28:14

**3**

**3**
2:3 4:3,8 5:3,22 6:2,5,7
6:10,14 7:3,14 8:3,10
9:4,9,11 11:3,13 12:1
12:7,13,20 19:22 20:4
27:13

**4**

**4**
2:5

CONFIDENTIAL - ATTORNEY WORK PRODUCT
Recorded Conversations

**40**
20:7

**5**

**5**
2:6

**7**

**7**
2:8
**7:15**
17:19

**8**

**8**
2:10

**9**

**9**
2:11