# EXHIBIT 13

**CONFIDENTIAL** <sup>1</sup>

1    IN THE UNITED STATES DISTRICT COURT

2       FOR THE DISTRICT OF COLORADO

3    Civil Action No. 1:15-cv-01974-WJM-KLM

4              DEPOSITION OF

5              SHANNON MELCHER

6    ======================================================

7    DAVID MUELLER,                          Plaintiff,

8    v.

9    TAYLOR SWIFT; FRANK BELL;
     ANDREA SWIFT, A/K/A ANDREA FINLAY;
10   SCOTT SWIFT; ET AL.               Defendants.

11   ======================================================

12

13   PURSUANT TO SUBPOENA AND THE COLORADO AND THE FEDERAL

14   RULES OF CIVIL PROCEDURE, the deposition of SHANNON

15   MELCHER was taken by the Plaintiff at the offices of

16   Evans & McFarland, 910 Thirteenth Street, Suite 200,

17   Golden, Colorado 80401, beginning at the hour of

18   10:18 a.m. MDT, on Tuesday, August 30, 2016, recorded

19   stenographically and electronically by Terry H.

20   Edwards, Registered Professional Reporter and Notary

21   Public, State of Colorado.

22

23                    * * * * *

24

25

**CONFIDENTIAL**                          2

<pre>
 1                       APPEARANCES

 2    For the Plaintiff:

 3             M. Gabriel McFarland, Esq.
               EVANS & McFARLAND, LLC
 4             910 Thirteenth Street, Suite 200
               Golden, Colorado  80401
 5             (303) 279-8300
               gmcfarland@emlawyers.com
 6

 7    For the Defendants:
               Courtney A. Sullivan, Esq.
 8             Katherine M. Wright, Esq.
               VENABLE, LLP
 9             575 Seventh Street, NW
               Washington, D.C. 20004
10             (202) 344-4262
               kmwright@Venable.com
11

12

13    Attending by telephone:
      Douglas Baldridge
14    Jessie Schaudies

15

16

17

18

19

20

21

22

23

24

25
</pre>

3

# CONFIDENTIAL

1          EXAMINATION INDEX

                                                           Page
2
Examination by Mr. McFarland                                  4

3
Examination by Ms. Sullivan                                 42

4

5

6

7               EXHIBIT INDEX

                                                        Initial
8   Exhibit         Description               Reference

9      1      Meeting notes 6-3-2013                      34

10     2      Notes from conference call                  79
              with Talent Agent and Ryan
11            Kliesch

12     3      e-mail exchange between Melcher              89
              and Marsh
13
       4      e-mail exchange between Marsh               91
14            and Melcher

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL                              4

1                       PROCEEDINGS

2                   SHANNON MELCHER,

3    having been first duly sworn, was examined and

4    testified as follows:

5                       EXAMINATION

6    BY MR. MCFARLAND:

7        Q     Good morning, Ms. Melcher.  Would you

8    state your full name for the record, please.

9        A     Shannon Frances Melcher.

10             MR. MCFARLAND:   Just for the record, we're

11   going to designate this entire transcript as

12   confidential pursuant to the terms of the court's

13   protective order.

14       Q     (BY MR. MCFARLAND)  With that said, are

15   you currently employed?

16       A     I am.

17       Q     Who are you employed by?

18       A     iHeart Media.

19       Q     And what do you do for iHeart?

20       A     I am the vice president of sales for

21   southern Colorado, which entails Colorado Springs and

22   Pueblo.

23       Q     What generally do you do in that position?

24       A     A variety of things.  I work with the

25   salespeople to help them get new business.  I do

CONFIDENTIAL

22

1          She did mention that she liked my belt,

2     and we had a nice interaction.

3          And then she said very quickly, Time for a

4     photo.

5     Q     Did she -- before the photograph, did she

6     have any interaction with Mr. Mueller?

7     A     Not very much.  I recall -- I was the one

8     doing a lot of the talking.  We're girls and we just

9     started talking fashion, and there was not much

10    interaction with Mr. Mueller at that time.

11    Q     Okay.  What was Mr. Mueller doing?  Just

12    standing there?

13    A     Yes.

14    Q     And then after you have this initial

15    conversation --

16    A     Uh-huh.

17    Q     -- Ms. Swift indicates it's time for a

18    photograph?

19    A     Uh-huh.  Yes.

20    Q     And then walk through what happens next.

21    A     So Mr. Mueller was on her left side.  I

22    think I mentioned earlier that Taylor kind of

23    gravitated toward my side, put her arm, I put my arm,

24    and according to -- you know, David leaned over and

25    the photo was taken.

**CONFIDENTIAL**                                       23

1              I wasn't -- I did not see.  I wasn't
2      looking over at David to see how he was leaning over,
3      or what the interaction was.  I was just strictly on
4      my side of Taylor, so...
5          Q     Did anything happen during the taking of
6      the photograph that suggested to you that anything
7      inappropriate had taken place?
8              MS. SULLIVAN:  Objection.
9          A     At that time, no.  Again, I could not see
10     what was going on behind me, so I was unaware of
11     anything that would have gone on.  I gave -- Taylor
12     was having her arm wrapped on me, we took a photo,
13     and that was the end of it.
14         Q     (BY MR. MCFARLAND)  Did Ms. Swift kind of,
15     you know, gravitate towards you before the photo was
16     taken, or was it, you know, while the picture was
17     being taken?
18             MS. SULLIVAN:  Objection to form.
19         A     I think because she and I were the ones
20     interacting, it was more natural, you know, just to
21     -- okay.  Let's take a photo.  And that's just kind
22     of the nature of how I recall the position being,
23     yeah.
24         Q     (BY MR. MCFARLAND)  Did you see
25     Mr. Mueller kind of lean into the picture?

**CONFIDENTIAL**                                                    32

1              MS. SULLIVAN:  Objection.  Form.

2        A     I believe that Mr. Mueller was trying to

3   get some support from his team and trying to have a

4   conversation with them about what just occurred.

5        Q     (BY MR. MCFARLAND)  Do you recall anything

6   else that we haven't talked about from that -- from

7   that evening, June 2nd, 2013?

8        A     That's really the gist of it.

9        Q     Okay.  Did you ever ask Mr. Mueller

10  whether he inappropriately touched Ms. Swift?

11       A     I absolutely did.

12       Q     And what was his response?

13       A     His response was, How could you ask me

14  that?

15             I wondered because he did say it was an

16  awkward photo, if something accidentally happened,

17  you know.  I was worried for him.

18       Q     Given your relationship with Mr. Mueller

19  and --

20       A     Yeah.

21       Q     -- the time that you spent with him and

22  your interactions with him, do you think he

23  intentionally grabbed Ms. -- intentionally

24  inappropriately touched Ms. Swift in any way?

25             MS. SULLIVAN:  Objection.  Form.

**CONFIDENTIAL**

1      A      I did not.

2      Q      After Mr. Mueller's termination, did you

3  have any conversations with Bob Call about

4  Mr. Mueller or his termination?

5      A      I do recall that, yes.

6      Q      What do you recall about that

7  conversation?

8      A      I believe -- again, I'm trying to recall

9  that conversation.  Bob Call was poignant about the

10 fact that he had no other choice but to terminate

11 him, and that basically I was to go on with my job,

12 which I did.

13     Q      Okay.  Did Mr. Haskell ever say anything

14 derogatory about Mr. Mueller?

15            MS. SULLIVAN:  Objection.  Form.

16     A      I recall as Mr. Haskell and David Mueller

17 and Ryno were working together, there were some

18 struggles there between, you know -- since he's the

19 program director and since they were on air, it

20 wasn't -- it was a tough relationship for a while.

21            But again, that can happen when you're

22 trying to manage new on-air shows and trying to merge

23 new personalties together, yeah.

24     Q      (BY MR. MCFARLAND)  How did Mr. Mueller

25 react to his termination?

CONFIDENTIAL

101

1       A       I had my cell, uh-huh.

2       Q       Why didn't you call the police?

3       A       I don't know.  I didn't feel it was my

4   right.  I wasn't the one going through, you know,

5   that situation, and I don't know if he tried to.  I

6   don't believe he did.

7               I know that he mentioned that he wanted to

8   or wanted them to, so yeah.

9               MS. SULLIVAN:  Okay.  All right.

10              MR. MCFARLAND:  Nothing else for me.

11  Thank you.

12              MS. SULLIVAN:  Thank you so much.

13  Appreciate your time.

14              MR. MCFARLAND:  I'll handle reading and

15  signing.

16              (The deposition concluded at 12:35 p.m.

17  this 30th day of August, 2016, after having been on

18  the record approximately 2 hours and 17 minutes.)

19

20

21

22

23

24

25