# EXHIBIT 19

Notes from Conf Call with Talent Agent and Ryan Kliesch
05-29-13

**Ryan Kliesch  =  Morning show co-host at KYGO**

**Talent Agent  =  Heather Cohen from Weiss Agency in L.A.**

Heather initiated the call by text message.  It was an emergency situation.

She told us that she got a disturbing call from <u>John Dimick -- SVP Programming & Operations, Lincoln Financial Media</u>, based out of Atlanta. (John played a big role in hiring us.  He was actually in Denver when we started Jan 21, acting as the programming boss , since they had yet to hire a Program Director.)

Dimick told Heather that he was getting bad reports from Denver regarding Ryno & Jackson.  He suggested that we were being "difficult".  <u>He made it clear to Heather that he was ready to "terminate us WITH CAUSE, for insubordination".</u>

When she asked for specifics, he listed off several concerns:

1)  There were complaints from the Sales Dept. regarding morning show endorsement rates. (Will provide details in near future.)

2)  We were being difficult regarding the addition of a female co-host to the show.  (Will provide details in near future.)

3)  Jackson is dating one of the Account Executives and this is causing issues in the Sales Dept.  (It is not against company policy to date a co-worker, and there are even married co-workers in the building.)

**4)  Jackson is involved in a Human Resources issue.**  <u>(My girlfriend Shannon filed an HR complaint, after a male manager made unwanted sexual advances towards her at an NHL game on 03-20 and then again at the Miranda Lambert concert on 05-18.</u>)

5)  The guys need to work on their relationship with the Program Director,  Eddie Haskell.  They need to understand that the Morning Show Consultant, Steve Reynolds is NOT the boss . . . Eddie is the boss.  (Will provide details in near future.)

Ryno and I were very upset.  We told her that John was getting bad information from Denver.  We made it clear that Eddie was working against us.  We asked Heather to fly into Denver and help us straighten things out.  She told us she couldn't fly in.  Her advice was for the two of us to "relax"