# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01974-WJM-KLM

DAVID MUELLER

    Plaintiff

v.

TAYLOR SWIFT;
FRANK BELL;
ANDREA SWIFT a/k/a ANDREA FINLAY;
SCOTT SWIFT; and
JOHN DOES 1 - 5

    Defendants

---

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT OF MOTION

---

Plaintiff David Mueller ("Plaintiff"), through his counsel, M. Gabriel McFarland of Evans & McFarland, LLC, respectfully submits this Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment and Brief in Support ("Defendants' Motion for Summary Judgment"). In support thereof, Plaintiff states as follows:

### CERTIFICATION

The undersigned counsel certifies that prior to filing this motion, he conferred with Doug Baldridge, counsel for Defendants, regarding the requested extension. Defendants do not oppose an extension to and until October 28, 2016, but oppose the 17-day extension (to November 7, 2016) requested in this Motion because it would

press their reply into the Thanksgiving holiday. Plaintiff has no objection to a reasonable extension for Defendants so as not to impact holiday schedules.

## MOTION FOR EXTENSION

1. Defendants' Motion for Summary Judgment was filed on September 30, 2016. Therefore, Plaintiff's response is due on October 21, 2016.

2. Defendants' motion is roughly thirty pages long and references hundreds of pages of exhibits. Plaintiff simply needs additional time to digest, research, and properly respond to Defendants' positions.

3. A short, 17-day extension of time, to and until November 7, 2016, will provide adequate time for Plaintiff to properly respond.[1]

4. Under the circumstances, the requested extension of time is reasonable and should be granted for good cause. The extension will not prejudice any party or delay the within proceedings, and will serve the interests of justice and judicial economy. The extension will not affect the submission of the pretrial order or the scheduling of the pretrial conference.

7. The requested extension has been discussed with Plaintiff, and a copy of this Motion has been sent to Plaintiff.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment and Brief in Support of Motion. For the Court's convenience, an order in a form approving the requested relief is attached hereto.

---

[1] The undersigned is out of the state from October 21-25, 2016, visiting prospective colleges with his son.

2

Dated this 20th day of October, 2016.

          Respectfully submitted,

          EVANS & MCFARLAND, LLC

          By: s/ M. Gabriel McFarland
              M. Gabriel McFarland
              Evans & McFarland, LLC
              910 13th St., #200
              Golden, CO 80401
              Telephone: 303.279.8300
              Facsimile: 303.277.1620
              Email: gmcfarland@emlawyers.com

          ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2016, **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT OF MOTION** was filed with the Clerk of Court using the CM/ECF system and the same served via e-mail upon at least the following:

    J. Douglas Baldridge (jbaldridge@venable.com)
    Courtney A. Sullivan (casullivan@venable.com)
    Katherine M. Wright (kmwright@venable.com)

          s/M. Gabriel McFarland
          M. Gabriel McFarland

00065131.DOC;1