**EXHIBIT 3**

# In The Matter Of:

*David Mueller v.*
*Taylor Swift; Frank Bell; Andrea Swift, et al.*

*Taylor Alison Swift*
*July 26, 2016*


cleeton davis
court reporters, LLC

*402 BNA Drive, Suite 108*
*Nashville, TN 37217*
*(615) 726-2737*
*cleetondavis.com*

*Min-U-Script®*

Taylor Alison Swift - July 26, 2016

```
1                        * * * * *

2              DEPOSITION DESIGNATED CONFIDENTIAL

3                PURSUANT TO THE PROTECTIVE ORDER

4                        * * * * *

5

6           IN THE UNITED STATES DISTRICT COURT

7              FOR THE DISTRICT OF COLORADO

8

9   DAVID MUELLER,                    )
                                      )
10              Plaintiff,            )
                                      )
11  vs.                               ) NO. 1:15-cv-01974-
                                      )    WJM-KLM
12  TAYLOR SWIFT; FRANK BELL;         )
    ANDREA SWIFT a/k/a ANDREA         )
13  FINLAY; SCOTT SWIFT; and JOHN     )
    DOES 1 - 5,                       )
14                                    )
                Defendants.           )
15                                    )
    _____

16

17          Videotaped deposition of:

18
            TAYLOR ALISON SWIFT
19

20          Taken on behalf of the Plaintiff

21
            July 26, 2016
22

23          Reported by:  Martha B. Davis, RMR, RDR, CRR
                          LCR, No. 152
24

25
```

CLEETON DAVIS COURT REPORTERS, LLC
(615) 726-2737

1

Taylor Alison Swift - July 26, 2016

```
 1     APPEARANCES:

 2     For the Plaintiff:      M. Gabriel McFarland, Esq.
                               Evans & McFarland, LLC
 3                             910 13th Street
                               Suite 200
 4                             Golden, CO 80401
                               303-279-8300
 5                             gmcfarland@emlawyers.com

 6     For the Defendants:     J. Douglas Baldridge, Esq.
                               Venable, LLP
 7                             575 7th Street NW
                               Washington, D.C. 20004-1601
 8                             202-344-4703
                               jdbaldridge@venable.com
 9

10     Also Present:           David Mueller
                               Andrea Swift
11                             Jesse Schaudies, Esq.
                               Jeff Gebhardt
12                             Jesse Rutter
                               Jason Bertrand
13
```

Taylor Alison Swift - July 26, 2016

```
 1                    I N D E X

 2  Questions by Mr. McFarland                              6

 3

 4

 5

 6

 7                    E X H I B I T S

 8  No. 1:    Protective order signed by the
              videographer                                  4
 9
    No. 2:    Protective order signed by the court
10            reporter                                      4

11  No. 3:    Sketch prepared by Stephanie Simbeck         58

12  No. 4:    Photograph of Taylor Swift, Gary
              Mueller and his girlfriend
13            (SWIFT 0000076)                              61

14  No. 5:    Color photograph of Taylor Swift and
              Eddie Haskell
15            (SWIFT 000075)                               63

16

17

18

19

20

21

22

23

24

25
```

CLEETON DAVIS COURT REPORTERS, LLC
(615) 726-2737

3

Taylor Alison Swift - July 26, 2016

1         The videotaped deposition of TAYLOR ALISON
2    SWIFT was taken by counsel for the Plaintiff, pursuant
3    to notice, at the offices of Broadcast Music, Inc., 10
4    Music Square East, Nashville, Tennessee, on July 26,
5    2016, for all purposes under the Federal Rules of Civil
6    Procedure.
7         The formalities as to notice, caption,
8    certificate, et cetera, are waived.  All objections,
9    except as to the form of the questions, are reserved to
10   the hearing.
11        It is agreed that Martha B. Davis, being a
12   licensed court reporter and notary public for the State
13   of Tennessee, may swear the witness, and that the
14   reading and signing of the completed deposition by the
15   witness are not waived.
16
17
18                          * * *
19
20
21        (Documents marked Exhibit Nos. 1 and 2.)
10:58:56 22        THE VIDEOGRAPHER:  This is the videotaped
10:59:18 23   deposition of Taylor Swift on July 26th, 2016, at the
10:59:22 24   time indicated on the video screen, which is 10:59 a.m.
25   Full introduction has been waived.  The court reporter

Taylor Alison Swift - July 26, 2016

```
          1   will please swear in the witness and counsel introduce
          2   yourselves.
          3            THE COURT REPORTER:  Would you raise your
          4   right hand, please?
          5            Do you solemnly swear the testimony
          6   you're about to give will be the truth, the whole truth
          7   and nothing but the truth, so help you God?
10:59:38  8            THE WITNESS:  Yes.
10:59:38  9            MR. MCFARLAND:  Gabe McFarland for
10:59:39 10   Mr. Mueller.
10:59:40 11            MR. BALDRIDGE:  Yes.  Doug Baldridge here
10:59:42 12   today on behalf of Swift defendants, also presenting
10:59:45 13   the witness individually, Taylor Swift.
10:59:46 14            As a preliminary matter, we are
10:59:49 15   designating the entire transcript as confidential under
10:59:52 16   the existing protective order in this case.  We are
10:59:56 17   reserving the rights under the supplemental order that
10:59:59 18   requires that the videotape -- and I call it videotape
11:00:03 19   because that's the generation I come from -- be secured
11:00:05 20   and given only to Jesse Schaudies.  And he will keep
11:00:10 21   that in accordance with that order.
11:00:11 22            And then, finally, as Exhibits 1 and 2 we
11:00:15 23   have marked signed copies of the protective order
11:00:18 24   signed by Mr. and Mrs. Davis, who are not married or
11:00:21 25   related but are our videographer and our court reporter
```

Taylor Alison Swift - July 26, 2016

| | | |
|---|---|---|
| 11:00:25 | 1 | today. |
| 11:00:27 | 2 | MR. MCFARLAND: Great. |
| | 3 | EXAMINATION |
| | 4 | BY MR. MCFARLAND: |
| 11:00:27 | 5 | Q. Ms. Swift, would you state your full name for |
| 11:00:30 | 6 | the record, please. |
| 11:00:31 | 7 | A. Taylor Alison Swift. |
| 11:00:32 | 8 | Q. And, Ms. Swift, I want to make sure I |
| 11:00:35 | 9 | understand your position with respect to certain facts |
| 11:00:38 | 10 | in this case. You contend that Mr. Mueller |
| 11:00:44 | 11 | inappropriately touched you on one occasion? |
| 11:00:48 | 12 | MR. BALDRIDGE: Objection. Form. |
| 11:00:50 | 13 | THE WITNESS: Yes. |
| | 14 | BY MR. MCFARLAND: |
| 11:00:51 | 15 | Q. And that occurred on June 2nd, 2013? |
| 11:00:56 | 16 | A. Yes. |
| 11:00:57 | 17 | Q. And that was at -- or before your concert at |
| 11:01:02 | 18 | the Pepsi Center in Denver, Colorado? |
| 11:01:06 | 19 | A. Yes. |
| 11:01:07 | 20 | Q. And the alleged inappropriate touching took |
| 11:01:15 | 21 | place during what's been described to me as the second |
| 11:01:19 | 22 | meet-and-greet? |
| 11:01:20 | 23 | MR. BALDRIDGE: Objection. Form. |
| 11:01:24 | 24 | BY MR. MCFARLAND: |
| 11:01:24 | 25 | Q. Is that right? |

Taylor Alison Swift - July 26, 2016

```
11:01:25  1              MR. BALDRIDGE:  Same.  You can go ahead.
11:01:26  2   I'll tell you otherwise.  I'm preserving --
          3              THE WITNESS:  Yes.
11:01:29  4              MR. BALDRIDGE:  -- the record for the
11:01:30  5   judge.
11:01:30  6              THE WITNESS:  And just for the record, it
11:01:33  7   was more of a grab than a touch.
11:01:35  8   BY MR. MCFARLAND:
11:01:35  9   Q.      Okay.  And your contention is that during the
11:01:46 10   second meet-and-greet, Mr. Mueller took his hand
11:01:52 11   underneath your skirt and grabbed your butt?
11:01:56 12              MR. BALDRIDGE:  Objection.  Form.
11:01:57 13              THE WITNESS:  Yes.
11:02:00 14   BY MR. MCFARLAND:
11:02:02 15   Q.      Did he ever grab your butt outside of your
11:02:06 16   clothing?
11:02:08 17   A.      No.  It was underneath my clothing.
11:02:11 18   Q.      Did he ever touch your butt outside of your
11:02:15 19   clothing?
11:02:17 20   A.      It was all underneath my clothing.
11:02:21 21   Q.      Do you contend that Mr. Mueller
11:02:24 22   inappropriately touched you in any other form or
11:02:27 23   fashion?
11:02:28 24              MR. BALDRIDGE:  Objection.  Form.
11:02:29 25              THE WITNESS:  He put his hand under my
```

Taylor Alison Swift - July 26, 2016

| | | |
|---|---|---|
| 11:02:34 | 1 | dress and grabbed my bare ass. |
| 11:02:41 | 2 | BY MR. MCFARLAND: |
| 11:02:41 | 3 | Q.    Was there any other physical contact between |
| 11:02:45 | 4 | you and Mr. Mueller on June 2nd, 2013? |
| 11:02:49 | 5 | A.    Most likely a handshake. I shake everyone's |
| 11:02:52 | 6 | hand when they walk in. |
| 11:02:54 | 7 | Q.    Do you contend that there was any other |
| 11:02:57 | 8 | inappropriate touching on June 2nd, 2013? |
| 11:03:00 | 9 | A.    That was the inappropriate touching, what I've |
| 11:03:02 | 10 | told you. |
| 11:03:03 | 11 | Q.    Just that one incident? |
| 11:03:06 | 12 | A.    Yes. |
| 11:03:16 | 13 | Q.    How long after the alleged touching or |
| 11:03:20 | 14 | grabbing did Mr. Mueller exit the photo booth area |
| 11:03:28 | 15 | where the alleged touching took place? |
| 11:03:30 | 16 |          MR. BALDRIDGE: Objection. Form. |
| 11:03:31 | 17 |          THE WITNESS: As soon as he grabbed my |
| 11:03:35 | 18 | ass, I became shocked and withdrawn and was barely able |
| 11:03:42 | 19 | to say "Thanks for coming," which is what I say to |
| 11:03:46 | 20 | everybody. I was barely able to get the words out, and |
| 11:03:49 | 21 | it was like somebody switched the lights off in my |
| 11:03:53 | 22 | personality. So it was pretty quick that he was gone |
| 11:03:56 | 23 | after that. |
| 11:03:58 | 24 | BY MR. MCFARLAND: |
| 11:03:59 | 25 | Q.    Was he gone within 30 seconds? |

Taylor Alison Swift - July 26, 2016

| | | |
|---|---|---|
| 11:04:02 | 1 | MR. BALDRIDGE: Objection. Speculation. |
| 11:04:06 | 2 | THE WITNESS: It's hard to put a time |
| 11:04:09 | 3 | number on it. I was pretty shocked. |
| 11:04:13 | 4 | BY MR. MCFARLAND: |
| 11:04:13 | 5 | Q.    Can you estimate the amount of time that |
| 11:04:15 | 6 | passed from the time of the alleged touching to the |
| 11:04:20 | 7 | time Mr. Mueller exited the photo boot? |
| 11:04:24 | 8 | MR. BALDRIDGE: Objection. Form and |
| 11:04:26 | 9 | asked and answered. |
| 11:04:27 | 10 | THE WITNESS: I don't think it would be |
| 11:04:28 | 11 | good to estimate in a situation like this. |
| 11:04:34 | 12 | BY MR. MCFARLAND: |
| 11:04:35 | 13 | Q.    It wasn't five minutes? |
| 11:04:36 | 14 | A.    No. |
| 11:04:36 | 15 | MR. BALDRIDGE: Objection. Speculation. |
| 11:04:38 | 16 | Asked and answered. |
| 11:04:42 | 17 | BY MR. MCFARLAND: |
| 11:04:42 | 18 | Q.    Is it fair to say you don't recall how much |
| 11:04:45 | 19 | time elapsed from the alleged touching to the time |
| 11:04:49 | 20 | Mr. Mueller exited the photo booth? |
| 11:04:51 | 21 | MR. BALDRIDGE: Objection. Form. |
| 11:04:54 | 22 | THE WITNESS: Like I said before, I had |
| 11:04:55 | 23 | enough time to very quickly say "Nice to meet you" or |
| 11:04:59 | 24 | "Thanks for coming." It would have been one of those |
| 11:05:01 | 25 | two. But I wasn't looking at him, I was looking at the |

Taylor Alison Swift - July 26, 2016

```
11:05:03  1   floor, and I just wanted him to be gone.
11:05:06  2   BY MR. MCFARLAND:
11:05:07  3   Q.      After Mr. Mueller exited the photo booth, you
11:05:11  4   continued to greet fans in the photo booth?
11:05:14  5   A.      Yes.
11:05:15  6   Q.      And that went on for 15 to 30 minutes?
11:05:20  7           MR. BALDRIDGE:  Objection.  Form.
11:05:22  8           THE WITNESS:  It's most likely, but,
11:05:24  9   again, I don't want to estimate time.
11:05:28 10   BY MR. MCFARLAND:
11:05:28 11   Q.      How many fans did you meet with after
11:05:32 12   Mr. Mueller exited the photo booth?
11:05:35 13   A.      I don't remember.  I'm sure there is a way
11:05:43 14   that you could find that out, though.  I'm sure there
11:05:45 15   is a record of it.
11:05:46 16   Q.      How would we find that out?
11:05:48 17   A.      Because we have photos of everybody who was in
11:05:51 18   that meet-and-greet that night.
11:05:59 19   Q.      And where are those photographs maintained?
11:06:02 20   A.      I don't know.
11:06:04 21   Q.      How are those photographs maintained?
11:06:07 22   A.      I don't know.  You can ask Jay Schaudies.
11:06:09 23   Q.      Who is in charge of the maintenance of those
11:06:11 24   photographs?
11:06:14 25   A.      That would be my management.
```

Taylor Alison Swift - July 26, 2016

```
11:06:18   1    Q.        Is there a person in particular that would be
11:06:20   2    in charge of maintaining the photographs?
11:06:23   3    A.        I don't know.
11:06:29   4    Q.        When did you first alert a member of your team
11:06:40   5    that -- let me start that question over.
11:06:47   6              When did you first relay to a member of your
11:06:50   7    team that there was any inappropriate touching?
11:06:56   8    A.        It was as soon as the last person left my
11:06:58   9    meet-and-greet, as soon as they walked out.
11:07:05  10    Q.        Did you give any indication to anyone on your
11:07:08  11    team that there had been an inappropriate touching by
11:07:12  12    Mr. Mueller prior to the end of the meet-and-greet?
11:07:18  13              MR. BALDRIDGE:  Objection.  Form.
11:07:23  14              THE WITNESS:  No, because I didn't have
11:07:24  15    one split second without a fan in front of me until
11:07:28  16    that moment.  And I didn't want people to find out
11:07:31  17    about this.  Anything that I say in front of fans could
11:07:34  18    end up in the press, and I didn't want that.
11:07:38  19    BY MR. MCFARLAND:
11:07:38  20    Q.        During the time where Mr. Mueller was in the
11:07:44  21    photo booth with you, there were at least four other
11:07:46  22    members of your team in the room with you?
11:07:50  23              MR. BALDRIDGE:  Objection.  Form and
11:07:51  24    foundation.
11:07:53  25              THE WITNESS:  Yes.
```

Taylor Alison Swift - July 26, 2016

| | | |
|---|---|---|
| 11:07:56 | 1 | BY MR. MCFARLAND: |
| 11:07:56 | 2 | Q.   One of those persons was a member of your |
| 11:08:01 | 3 | security team? |
| 11:08:02 | 4 | A.   Yes. |
| 11:08:03 | 5 | Q.   And the room itself was 10-by-10, 12-by-12, |
| 11:08:09 | 6 | something like that? |
| 11:08:11 | 7 | A.   Probably. |
| 11:08:16 | 8 | Q.   And after Mr. Mueller exited the photo booth, |
| 11:08:24 | 9 | those at least four members of your team remained in |
| 11:08:28 | 10 | the photo booth with you? |
| 11:08:34 | 11 | A.   Yes. |
| 11:08:37 | 12 | Q.   And the member of your security team remained |
| 11:08:43 | 13 | in the photo booth with you? |
| 11:08:44 | 14 |      MR. BALDRIDGE:  Objection.  Form. |
| 11:08:46 | 15 |      THE WITNESS:  Yes. |
| 11:08:52 | 16 | BY MR. MCFARLAND: |
| 11:08:52 | 17 | Q.   Is Greg Dent the member of the security team |
| 11:08:55 | 18 | that was in the photo booth with you? |
| 11:08:57 | 19 | A.   Yes. |
| 11:09:01 | 20 | Q.   Have you had conversations with him about the |
| 11:09:04 | 21 | incident? |
| 11:09:09 | 22 | A.   I believe he was in the room when I made |
| 11:09:16 | 23 | everyone aware of what happened, but I don't remember |
| 11:09:18 | 24 | talking -- I didn't talk to him afterward. |
| 11:09:23 | 25 | Q.   After the meet-and-greet concluded, you |

Taylor Alison Swift - July 26, 2016

| | | |
|---|---|---|
| 11:28:24 | 1 | photograph, your hands did not touch? |
| 11:28:27 | 2 | A.     I don't remember that.  I just remember him |
| 11:28:30 | 3 | grabbing my ass. |
| 11:28:48 | 4 | Q.     And in relation to the photograph, did |
| 11:28:57 | 5 | Mr. Mueller allegedly grab your ass --- well, in |
| 11:29:03 | 6 | relation to the time the picture was taken, when did |
| 11:29:06 | 7 | Mr. Mueller allegedly grab your ass? |
| 11:29:08 | 8 |         MR. BALDRIDGE:  Objection.  Form and |
| 11:29:09 | 9 | foundation.  Vague as well. |
| 11:29:11 | 10 |         THE WITNESS:  He reached up under my |
| 11:29:13 | 11 | skirt and grabbed my ass right when I was having to |
| 11:29:17 | 12 | pose for a photo, and it felt intentional that that |
| 11:29:21 | 13 | would be the time he would choose to do it. |
| 11:29:28 | 14 | BY MR. MCFARLAND: |
| 11:29:28 | 15 | Q.     So your recollection is that Mr. Mueller |
| 11:29:32 | 16 | allegedly grabbed your ass right at the moment the |
| 11:29:35 | 17 | photograph was being taken? |
| 11:29:37 | 18 |         MR. BALDRIDGE:  Objection.  Form. |
| 11:29:38 | 19 | Foundation. |
| 11:29:39 | 20 |         THE WITNESS:  It's impossible for me to |
| 11:29:43 | 21 | pick one specific moment that it was happening because |
| 11:29:47 | 22 | it happened in a series of moments, so one of the |
| 11:29:51 | 23 | moments when it was happening and in the process of |
| 11:29:55 | 24 | happening, in progress, was the moment we were posing |
| 11:29:58 | 25 | for the photo and when the photo was being taken, but |

Taylor Alison Swift - July 26, 2016

```
11:30:01  1   that was not the only moment that he was grabbing my
11:30:04  2   ass.
11:30:05  3   BY MR. MCFARLAND:
11:30:05  4   Q.      You have seen the picture, right?
11:30:07  5   A.      Yes.
11:30:09  6   Q.      Is it your position that Mr. Mueller has his
11:30:14  7   hand underneath your skirt and on your ass in that
11:30:19  8   picture?
11:30:20  9           MR. BALDRIDGE:  Objection.  Form.
11:30:23 10           THE WITNESS:  In that photo he is in
11:30:27 11   progress of lifting my skirt in order to grab my ass
11:30:31 12   underneath it.
         13   BY MR. MCFARLAND:
11:30:35 14   Q.      He's not physically touching you in the
11:30:38 15   photograph?
11:30:38 16           MR. BALDRIDGE:  Objection.  Form.
11:30:39 17           THE WITNESS:  It's impossible for me to
11:30:41 18   look at a photo and know that, but I was there, so I
11:30:44 19   happened to have felt it as well.
11:30:46 20   BY MR. MCFARLAND:
11:30:46 21   Q.      But at the time that picture was taken, his
11:30:50 22   hand was not on your ass?
11:30:52 23           MR. BALDRIDGE:  Objection.  Asked and
11:30:54 24   answered multiple times.
11:30:56 25           THE WITNESS:  Like I said, when you look
```

Taylor Alison Swift - July 26, 2016

```
11:30:57  1   at a photo, it's impossible to know if that was the
11:31:01  2   moment before the moment of him grabbing it or the
11:31:05  3   moment when he was latched on and wouldn't let go even
11:31:09  4   though I was squirming and obviously lurching to the
11:31:14  5   side towards his female companion because I was shocked
11:31:18  6   and scared and stunned.
11:31:19  7              It's impossible to know if that was in
11:31:21  8   the moment before or as he's grabbed on, but I was
11:31:25  9   there, so I felt it, so I didn't just see it in a photo
11:31:29 10   afterward.  I was also there.  I experienced it.  It
11:31:32 11   happened to me, so I'm positive that it did happen.
11:31:35 12   BY MR. MCFARLAND:
11:31:35 13   Q.       But when you look at the photo, you're not
11:31:38 14   sure whether his hand is physically touching your rear
11:31:43 15   at the exact second that photograph was taken?
11:31:46 16              MR. BALDRIDGE:  Objection.  Asked and
11:31:47 17   answered.  Do you want her to give you the -- read back
11:31:50 18   her prior answer, because that's the identical question
11:31:53 19   you already asked.
11:31:54 20              MR. MCFARLAND:  I'll just have her answer
11:31:56 21   that question.
11:31:56 22              MR. BALDRIDGE:  She doesn't need to ask
11:31:57 23   it again if you're going to keep asking the same
11:31:59 24   question.  She just answered it.
11:31:59 25              MR. MCFARLAND:  I don't think she did.
```

```
11:32:00   1              MR. BALDRIDGE:  You don't?
11:32:01   2              MR. MCFARLAND:  No.
11:32:02   3              MR. BALDRIDGE:  When she said she
11:32:03   4  wouldn't know whether it was the precise moment, the
11:32:06   5  prior moment, so on and so forth, that wasn't an
11:32:07   6  answer?
11:32:08   7              MR. MCFARLAND:  Not to the question I was
11:32:09   8  asking.
11:32:09   9              MR. BALDRIDGE:  It seems like it's just
11:32:11  10  not the answer you want, I suppose.  Do you really want
11:32:13  11  to keep asking the same question, Gabe?
11:32:13  12              MR. MCFARLAND:  Yeah.  Would you read
11:32:14  13  that last question back?
11:32:26  14              THE COURT REPORTER:  "Question:  But at
          15  the time that picture was taken, his hand was not on
          16  your ass?"
11:32:26  17              MR. BALDRIDGE:  Objection.  Asked and
11:32:26  18  answered.
11:32:29  19              MR. MCFARLAND:  I don't think that was
11:32:30  20  the last question.
11:32:32  21              MR. BALDRIDGE:  It was.  That was the
11:32:35  22  last question.
11:32:38  23  BY MR. MCFARLAND:
11:32:38  24  Q.       When you looked at that photograph, you can't
11:32:41  25  tell whether Mr. Mueller's hand was on your ass at the
```

Taylor Alison Swift - July 26, 2016

```
11:32:47  1   exact moment that photograph was taken?
11:32:49  2              MR. BALDRIDGE:  Objection.  Asked and
11:32:50  3   answered.  You may answer.
11:32:56  4              THE WITNESS:  Do I go through this again?
11:32:57  5              MR. BALDRIDGE:  Yeah, we're going to do
11:32:58  6   it one more time, I guess.
11:32:59  7              THE WITNESS:  In looking at a photo, it's
11:33:02  8   impossible for me to definitively answer whether the
11:33:07  9   moment captured on the photo is the moment directly
11:33:10 10   before he grabbed my ass, right when he grabbed onto my
11:33:16 11   ass cheek, or the moment when I was obviously squirming
11:33:19 12   to the side because I was uncomfortable because a
11:33:22 13   strange man's hand just lifted up my skirt and was
11:33:26 14   either nearing my ass cheek, freshly grabbed onto or
11:33:32 15   refusing to let go.  But I was there, I felt it, I know
11:33:35 16   it happened.
11:33:56 17   BY MR. MCFARLAND:
11:33:56 18   Q.       Who else was in the photo booth with you at
11:33:59 19   the time of the alleged incident?
11:34:02 20   A.       I'm sure you have a list of that.
11:34:06 21   Q.       Who do you recall being in the photo booth
11:34:09 22   with you at the time of the alleged incident?
11:34:11 23   A.       I remember Stephanie and Erica and Greg and
11:34:20 24   Gabby.
11:34:24 25   Q.       And Mr. Mueller and Mr. Mueller's friend?
```

CLEETON DAVIS COURT REPORTERS, LLC
(615) 726-2737                                                  31

Taylor Alison Swift - July 26, 2016

```
11:53:53   1                THE WITNESS:  No.
11:53:56   2   BY MR. MCFARLAND:
11:54:13   3   Q.      Why didn't you contact the police about the
11:54:15   4   alleged incident?
11:54:18   5                MR. BALDRIDGE:  Objection.  Speculation.
11:54:20   6                THE WITNESS:  I contacted my management,
11:54:22   7   who I trusted to handle it appropriately.
11:54:27   8   BY MR. MCFARLAND:
11:54:27   9   Q.      And when you say "management," are you
11:54:30  10   referring to Mr. Schaudies or was there somebody else
11:54:32  11   in management --
11:54:32  12   A.      I'm referring to my mother.
11:54:35  13   Q.      Okay.
11:54:36  14                MR. BALDRIDGE:  Your mother is not your
11:54:39  15   manager, Gabe?
11:54:40  16                MR. MCFARLAND:  Well, I don't know if I
11:54:42  17   want to put that on the record.
11:55:04  18                MR. BALDRIDGE:  Are you good?  If you
11:55:05  19   need a break, just say so.
11:55:06  20                THE WITNESS:  Maybe.  I could use some
11:55:06  21   coffee.
11:55:06  22                MR. BALDRIDGE:  She would like a break at
11:55:08  23   some point if --
          24                MR. MCFARLAND:  Yeah.  Sure, we can break
          25   right now.
```