**EXHIBIT 4**

# In The Matter of:

*MUELLER*

*vs.*

*SWIFT, ET AL.*

---

*STEPHANIE SIMBECK*

*June 28, 2016*

---

*CONFIDENTIAL*

*PURSUANT TO THE PROTECTIVE ORDER*

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
STEPHANIE SIMBECK - 6/28/2016

Page 6

1 A. No. I grew up in Michigan.
2 Q. What part of Michigan?
3 A. A small place called Commerce Township, 30
4 minutes northeast of Detroit.
5 Q. I have grandparents in Mt. Pleasant. I don't
6 think that's too far away, is it?
7 A. No.
8 Q. A couple of hours?
9 A. Yeah. It's not very far.
10 Q. Did you go to high school there?
11 A. Yes.
12 Q. Graduated from high school?
13 A. Yes.
14 Q. And did you go to college?
15 A. Yes.
16 Q. Where did you go to college?
17 A. Middle Tennessee State University.
18 Q. Did you graduate?
19 A. Yes.
20 Q. And what did you graduate --
21 A. A bachelor in music business.
22 Q. Any other education?
23 A. No.
24 Q. And what did you do after college?
25 A. I got a job at a management company as an

Page 7

1 assistant to a manager.
2 Q. What management company?
3 A. Do I need to say that?
4     MR. SCHAUDIES: Yes. Sorry.
5     THE WITNESS: ROAR.
6 BY MR. MCFARLAND:
7 Q. R-O-A-R?
8 A. Uh-huh.
9 Q. And where was that located?
10 A. In Nashville. Downtown.
11 Q. And what did you do for ROAR?
12 A. I was an assistant to the manager, and then I
13 became a manager and a tour manager.
14 Q. And how long did you work for ROAR?
15 A. Three years.
16 Q. What year did you graduate college?
17 A. 2006.
18 Q. So you worked at ROAR until about 2009?
19 A. 2010. Beginning of 2010.
20 Q. Okay. And then what did you do?
21 A. I went to a business management company.
22 Q. And what was the name of that company?
23 A. Flood, Bumstead, McCready & McCarthy, Inc.
24 Q. And why did you leave ROAR and go to Flood?
25 A. I was touring a lot and I just was kind of

Page 8

1 exhausted and wanted to try something different.
2 Q. And what did you do at Flood?
3 A. I was an account assistant.
4 Q. And what kind of things were you doing on a
5 daily basis? I'm just trying to get a sense of what
6 you were doing.
7 A. Gosh, I don't know. Recons, billing, paying
8 commissions. Anything accounting related really.
9 Q. Okay. And how long were you at Flood?
10 A. Until 2013.
11 Q. And where did you go then?
12 A. Here.
13 Q. And what is "here"?
14 A. Firefly Entertainment.
15 Q. And what were you hired to do for Firefly in
16 2013?
17 A. Run Club Red.
18 Q. What's Club Red?
19 A. It is her meet-and-greet.
20 Q. Do you remember when you started in 2013?
21 A. May 1st.
22 Q. And are you still in that position today?
23 A. Yes and no. When a tour happens, that's what
24 I do. I'm currently doing security logistics and
25 archiving.

Page 9

1 Q. So your job changes when you're on tour versus
2 when you're not on tour?
3 A. Correct.
4 Q. And tell me what you're doing when you're on
5 tour.
6 A. Okay. She -- I basically run her
7 meet-and-greet area. We create a room from scratch,
8 set it up, get it ready, and then I also take
9 photographs for the meet-and-greets.
10 Q. So is there a creative aspect to setting up
11 those rooms and doing that stuff?
12 A. Yes.
13 Q. And you handle that?
14 A. Correct.
15 Q. Okay. And then are you also in charge of the
16 logistics of getting it built or set up or whatever is
17 done at each of the venues?
18 A. Yeah. I physically set it up and tear it
19 down.
20 Q. And then during the meet-and-greet you
21 actually take photographs?
22 A. Uh-huh.
23 Q. Okay.
24 A. Yes.
25 Q. Any other I'll just say primary

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
STEPHANIE SIMBECK - 6/28/2016

Page 22

1  A.   Yes.
2  Q.   And do you remember where that line formed or
3  how it formed at this particular venue?
4       MS. SULLIVAN: Objection. Vague. There
5  is a lot that goes on in that room. Maybe you can
6  break it down into small pieces for her.
7  BY MR. MCFARLAND:
8  Q.   Why don't you explain what goes on in this
9  room for me?
10 A.   This is where she meets her fans and takes
11 pictures.
12 Q.   Okay. Does Taylor Swift spend time in this
13 room, the bigger part of the room?
14 A.   Yes.
15 Q.   Okay. And what's going on? I mean, just sort
16 of explain what's happening.
17 A.   Sure. She -- we'll bring in the first
18 meet-and-greet and they will be hanging out in here.
19 There will be food for them to eat and drink, so they
20 will be mingling amongst themselves while they wait for
21 her to come in.
22      And then once she comes in, she kind of is
23 walked around the room in no particular order but in an
24 order if that makes sense. Like, there is no one way
25 that she has to go around the room because everyone is

Page 23

1  just kind of mingling, but she will be taken to each
2  person in order.
3  Q.   Okay.
4  A.   And then she'll chat with them and take
5  photographs and then at the end she'll make a little
6  announcement. Her mom takes them on a backstage tour,
7  so then that whole meet-and-greet group will leave and
8  then the next one will be brought in.
9  Q.   Okay.
10 A.   And that happens kind of again.
11 Q.   So that typically happens twice?
12 A.   She does three.
13 Q.   Three? Okay.
14 A.   Uh-huh. So she will do that twice. The first
15 two are radio people. So she'll do that twice. The
16 second group will leave to do another backstage tour.
17 And then the third meet-and-greet is when they come in
18 and they're lined up, so they can be lined up this way
19 to go into the room or they could have been lined up
20 this way to go in the room, but it's single file. They
21 don't mingle in this room. They don't eat. They don't
22 drink. It's literally for them to just come in, into
23 this room, talk to her for a minute or two, take a
24 picture and exit.
25 Q.   Okay. Do you know who Eddie Haskell is?

Page 24

1  A.   I don't recall that name.
2  Q.   Okay. Do you know David Mueller? I should
3  say do you know who he is?
4  A.   Yes.
5  Q.   Okay. He was in the third meet-and-greet; is
6  that right?
7  A.   Yes.
8  Q.   So he was part of the group that didn't mingle
9  out here but rather part of the group that came in, got
10 in the line and then was ushered into this smaller
11 room?
12 A.   Yes.
13 Q.   Okay. And the first two meet-and-greets are
14 typically any radio personalities? Those are typically
15 in the first -- one of the first two meet-and-greets?
16 A.   Correct.
17 Q.   Do you know why Mr. Mueller wasn't included in
18 one of the first two meet-and-greets?
19 A.   No.
20 Q.   And before this concert, you didn't know David
21 Mueller? You never heard of him?
22 A.   No.
23 Q.   On June 2nd, 2013, do you know whether there
24 was additional security anywhere in this room, sort of
25 the room around the 30-by-30 meet-and-greet room?

Page 25

1  A.   Can you repeat that?
2  Q.   Yeah. On June 2nd, 2013, do you know whether
3  there was any security personnel in this -- I'll call
4  it the main room where the 30-by-30 room was set up,
5  the 30-by-30 tented area was set up?
6  A.   Yeah. Yes.
7  Q.   Do you know how many security or where they
8  were?
9       MS. SULLIVAN: Objection. Compound.
10      THE WITNESS: It depends what time of day
11 it is.
12 BY MR. MCFARLAND:
13 Q.   Okay. So there is security going in and out
14 and around all through here at various times of the
15 day?
16      MS. SULLIVAN: Objection. Leading.
17      THE WITNESS: No.
18 BY MR. MCFARLAND:
19 Q.   When was security personnel in this larger
20 room?
21 A.   Probably they were put there once the
22 meet-and-greet started.
23 Q.   And do you know approximately where they were
24 positioned?
25 A.   No.

7 (Pages 22 to 25)

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
STEPHANIE SIMBECK - 6/28/2016

Page 26

1  Q.   Or were they kind of walking around?
2  A.   They're positioned.
3  Q.   But you don't know where?
4  A.   Correct.
5  Q.   And do you know where -- whether any of those
6  security personnel were Taylor Swift's security or
7  whether -- were they provided by the venue?
8  A.   Venue.
9  Q.   Okay. On June 2nd, 2013, do you know
10 approximately what time the third meet-and-greet group
11 assembled in the meet-and-greet room?
12 A.   I don't recall.
13 Q.   Normally that would be how long before the
14 show?
15      MS. SULLIVAN: Objection. Calls for
16 speculation. You can answer.
17      THE WITNESS: Two hours?
18 BY MR. MCFARLAND:
19 Q.   And do you recall what time the show started
20 on June 2nd?
21 A.   No.
22 Q.   Where is -- well, let's focus on the third
23 meet-and-greet for a minute. How does it -- how does
24 it work? At a designated time the people who are
25 invited assemble in this room?

Page 27

1  A.   Correct.
2  Q.   And it's set up in a way that they're either
3  told or they're -- or it's set up in a way where they
4  know to line up?
5       MS. SULLIVAN: Objection. Leading.
6  BY MR. MCFARLAND:
7  Q.   Is that right?
8  A.   Yes.
9       MS. SULLIVAN: Same objection.
10 BY MR. MCFARLAND:
11 Q.   Do you know about how many people were invited
12 to the third meet-and-greet in Denver on June 2nd?
13 A.   I don't have an exact number.
14 Q.   Do you have an estimate?
15 A.   80? I don't know for sure.
16 Q.   And so those 80 people or so, they come in at
17 the designated time and they line up in this larger
18 30-by-30 room?
19 A.   Yes.
20      MS. SULLIVAN: Sorry. Go ahead.
21 BY MR. MCFARLAND:
22 Q.   And at that time, is there security
23 personnel -- is there still security personnel by the
24 front door?
25 A.   Yes.

Page 28

1  Q.   Is there any security at the exit?
2  A.   Yes.
3  Q.   Is there security at the entrance to the
4  smaller 10-by-10 room within the 30-by-30 room?
5  A.   No.
6  Q.   Is there any other security within the
7  30-by-30 room?
8  A.   Yes.
9  Q.   Are those -- that security personnel in
10 specific locations?
11 A.   Yes.
12 Q.   And do you recall where those security
13 personnel were positioned?
14 A.   They're usually positioned in front of the
15 food and/or the photo booth so the kids don't use those
16 while they're in line.
17 Q.   Is there anybody -- is there any security
18 personnel positioned at the entrance to the 10-by-10
19 room?
20 A.   No.
21 Q.   Can you mark the entrance to the 10-by-10 room
22 for us?
23 A.   (Witness complies.)
24 Q.   And during this third meet-and-greet, Taylor
25 Swift is not in the larger area?

Page 29

1  A.   Correct.
2       MS. SULLIVAN: Objection. Leading.
3  BY MR. MCFARLAND:
4  Q.   She's in this smaller 10-by-10 room?
5  A.   Correct.
6  Q.   And on June 2nd, 2013, during the
7  meet-and-greet, who else is in this 10-by-10 room with
8  Taylor?
9  A.   Myself, the road managing assistant or tour
10 manager assistant, her assistant and her road manager
11 and security.
12 Q.   Who was the tour manager that was in this
13 room, this 10-by-10 room, on June 2nd?
14 A.   Erica Worden.
15 Q.   And who was Erica Worden's assistant?
16 A.   Abby. I don't remember her last name.
17 Q.   Okay. So you're in the room, Taylor is in the
18 room, Erica Worden is in this 10-by-10 room and Abby is
19 in the room --
20 A.   Correct.
21 Q.   -- correct?
22      MR. BALDRIDGE: She also said security
23 just to be clear.
24      MR. MCFARLAND: Yeah. Yeah. Thanks.
25 BY MR. MCFARLAND:

8 (Pages 26 to 29)

Page 30

1  Q. The road manager is also in this room?
2      MS. SULLIVAN: Objection. Leading.
3      THE WITNESS: No. Erica Worden is -- and
4  road manager and tour manager are the same thing.
5  Sorry.
6  BY MR. MCFARLAND:
7  Q. And there was also security in the room?
8  A. Yes.
9  Q. And was that security personnel, was that a --
10 somebody hired by Ms. Swift or provided by the venue?
11 A. Ms. Swift.
12 Q. Is that a person that you knew or know?
13 A. Yes.
14 Q. Who was in that room?
15 A. Greg Dent.
16 Q. Was there anybody else in the 10-by-10 tented
17 area at any time -- well, I shouldn't say -- was there
18 anybody else associated with Ms. Swift in this 10-by-10
19 room during the third meet-and-greet?
20 A. Her assistant.
21 Q. Ms. Swift's assistant?
22 A. Yes.
23 Q. And that is?
24 A. Gabby.
25 Q. Liddicoat?

Page 31

1  A. Liddicoat, yeah.
2  Q. So Gabby and Abby were in this 10-by-10
3  room --
4      MS. SULLIVAN: Objection. Leading.
5  BY MR. MCFARLAND:
6  Q. -- on June 2nd?
7  A. Yes.
8  Q. Was there any particular -- well, did the
9  people that we just talked about, did they have any
10 particular place or position within that 10-by-10 room?
11 A. Yes.
12 Q. Okay. Where -- where were you typically
13 located?
14 A. Here.
15 Q. Okay. Can you just maybe -- just write your
16 name there for us.
17 A. Sure. (Witness complies.)
18 Q. Okay. And was Taylor generally in a spot or a
19 position?
20 A. Yes.
21 Q. Where was she?
22 A. (Indicating)
23 Q. Okay. And how about Gabby and Abby? Where
24 were they generally located?
25 A. (Indicating)

Page 32

1  Q. And how about Greg?
2      MS. SULLIVAN: Do you remember?
3      THE WITNESS: Specifically in this room?
4  BY MR. MCFARLAND:
5  Q. Yeah. Was he sitting or standing?
6  A. He was standing.
7  Q. Okay.
8  A. He was on either side of her, I believe.
9  Q. Okay. He was generally to the left or to the
10 right of Taylor?
11 A. Correct.
12 Q. Okay. And how about Erica?
13 A. She was here (indicating).
14 Q. Did Erica have a specific function during this
15 third meet-and-greet?
16 A. Yes.
17 Q. What was her job?
18 A. She would check in the next group of people
19 and get them ready, so she would be in and out of this
20 curtain. And so she would be out here checking in,
21 seeing how many people are in their group, and once
22 they were ready, she would step back in, letting me
23 know that it was time to take a picture and trying to
24 get the fans to actually, like, take a picture.
25 Q. Okay. Do you know what the check-in process

Page 33

1  is?
2      MS. SULLIVAN: Objection. Vague. At
3  what point in time or where?
4  BY MR. MCFARLAND:
5  Q. The check-in process you just described here
6  where the third meet-and-greet people are standing or
7  lined up within the 30-by-30 room and they're waiting
8  to go in and meet Taylor.
9  A. Yes. She -- they're standing here. She asks,
10 "How many are in your group?" And then they're given a
11 little card with information on how to retrieve their
12 photo.
13 Q. Okay. Are they asked for, you know, what's
14 your name? Is there a check-off on a list or anything
15 like that?
16 A. I'm not a hundred percent.
17 Q. Okay. Did Abby have a specific function
18 during this third meet-and-greet?
19 A. I believe so.
20 Q. Do you know what it was?
21 A. She either had signed photos or she was
22 helping assisting Erica, would take gifts, I think,
23 maybe. I don't remember.
24 Q. If one of the fans had a gift or something for
25 Taylor, Abby might take that?

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
STEPHANIE SIMBECK - 6/28/2016

Page 34

1      MS. SULLIVAN: Objection. Leading.
2      THE WITNESS: Correct.
3  BY MR. MCFARLAND:
4  Q.   Okay. Did Gabby have a specific function?
5  A.   Yes.
6  Q.   And what was her function?
7  A.   She would be the one giving the signed photos
8  to the fans as they left and help kind of usher them
9  out so the next group could come in.
10 Q.   Okay. And your role was to take photographs?
11 A.   Correct.
12 Q.   What is -- is there anything going on in this
13 sort of larger area where the 30-by-30 room is set up?
14 A.   No.
15 Q.   There is not a bar or there is not a --
16 A.   No.
17 Q.   Nothing in the immediate vicinity?
18      MS. SULLIVAN: Objection. Vague as to
19 time.
20 BY MR. MCFARLAND:
21 Q.   Are fans allowed to bring, you know, purses
22 and phones and backpacks and that kind of stuff into
23 this 10-by-10 area?
24 A.   No.
25 Q.   Okay. Is there a process or a place for, you

Page 35

1  know, here, put your purse over here or I'll take your
2  purse or how does that work?
3  A.   Yes. Everything is to be left outside the
4  room on tables that are provided.
5  Q.   And that's outside the 30-by-30 room or
6  outside the 10-by-10 room?
7  A.   Outside the room itself.
8  Q.   Outside the 30-by-30 room?
9  A.   Correct.
10 Q.   And so there must be tables or something by
11 this front door?
12 A.   Correct.
13 Q.   And you may have just answered this and I
14 missed it. What -- are the fans allowed to bring
15 anything into this 10-by-10 room?
16 A.   No.
17 Q.   So everything they have, whatever they have,
18 goes out here on the tables?
19      MS. SULLIVAN: Objection. Asked and
20 answered.
21      THE WITNESS: Correct.
22 BY MR. MCFARLAND:
23 Q.   Do you recall taking David Mueller's
24 photograph on June 3rd?
25 A.   Yes.

Page 36

1      MS. SULLIVAN: Objection. I think you
2  got the date wrong again.
3  BY MR. MCFARLAND:
4  Q.   I'm sorry, June 2nd. That's what you meant;
5  right?
6  A.   Yes. Yes.
7  Q.   You and I both.
8  A.   Sorry.
9  Q.   Do you recall how -- was he at kind of the
10 beginning or the middle or the end of the photographs?
11      MS. SULLIVAN: Objection. Vague as to
12 the photographs. She testified she was taking
13 photographs all night.
14      THE WITNESS: Middle end. Towards the
15 end.
16 BY MR. MCFARLAND:
17 Q.   He was towards the end of the third
18 meet-and-greet?
19 A.   Yes.
20 Q.   Okay. Do you have an estimate of
21 approximately how many people met with Taylor during
22 the third meet-and-greet before Mr. Mueller?
23 A.   No.
24 Q.   Do you have an estimate of how many people met
25 with Taylor after Mr. Mueller met with her?

Page 37

1  A.   No.
2  Q.   Tell me about the photographs that you take.
3  What kind of equipment do you use?
4  A.   It's just a Canon. I don't know the specific
5  kind. I don't recall what specific Canon it was.
6  Q.   Okay. Digital?
7  A.   Digital.
8  Q.   And what do you do -- well, let me -- what do
9  you generally do with those photographs after the
10 meet-and-greet is over?
11 A.   The SD card that is in the camera is given to
12 Gabby to upload.
13 Q.   And do you know how she uploads those
14 pictures?
15      MS. SULLIVAN: Objection. Calls for
16 speculation.
17      THE WITNESS: I believe they're put into
18 a Dropbox.
19 BY MR. MCFARLAND:
20 Q.   Do you know whether she does that through a
21 personal computer or where she goes to do that or what
22 any of the logistics are?
23 A.   I don't.
24 Q.   After the third meet-and-greet on June 2nd,
25 did you give the SD card to Gabby to upload?

10 (Pages 34 to 37)

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
STEPHANIE SIMBECK - 6/28/2016

Page 38

1  A.  Yes.
2  Q.  Do you know whether those pictures are still
3  available?
4  A.  I do not.
5  Q.  Do you know who maintains those photographs?
6  A.  No.
7  Q.  That's not part of your archiving function?
8  A.  No.
9  Q.  Do you know who is in charge of the
10 photographs that you take at the meet-and-greets, who
11 is in charge of maintaining them?
12 A.  No.
13 Q.  If you wanted a picture from one of your
14 previous meet-and-greets, who would you contact?
15 A.  I don't know.
16     MS. SULLIVAN: Do you need a break or
17 anything?
18     THE WITNESS: No.
19 BY MR. MCFARLAND:
20 Q.  What do you -- tell me what you recall about
21 David Mueller from June 2nd, 2013.
22     MS. SULLIVAN: Objection. Overly broad.
23 You can answer.
24     THE WITNESS: He was a fan. I don't
25 know. I don't know how to answer that.

Page 39

1  BY MR. MCFARLAND:
2  Q.  Was there anything remarkable -- well, do you
3  remember who he came into the room with?
4  A.  A female.
5  Q.  Do you remember him coming into the room?
6  A.  No, not specifically.
7  Q.  Was there anything remarkable about him or the
8  female that he was with? Anything stand out to you?
9  A.  No.
10 Q.  Tell me what you can remember about -- well,
11 what happened when Mr. Mueller and his female friend
12 entered the 10-by-10 room on June 2nd, 2013?
13 A.  They entered. They had a conversation, very
14 briefly, and then they went to pose for a photo. And I
15 remember looking through the lens and seeing Taylor
16 kind of have an uncomfortable, shocked look on her face
17 and she fell into the female. And I saw a hand behind
18 her butt. And I thought maybe she just kind of had
19 tripped or -- you know, on her heels, but my intuition
20 said that it wasn't the case based on her face. And
21 she smiled and I snapped the photo.
22     And before everyone leaves, I make sure all
23 the eyes are open in the photograph, and at that point
24 I realized what I thought happened or what I saw
25 through the lens was actually correct. All their eyes

Page 40

1  were open, and they were quickly shoved out of the
2  room.
3  Q.  Okay. And then what happened?
4  A.  Then before leaving the room, our next group
5  of fans were pretty much entering.
6  Q.  Okay. And then just sort of the normal course
7  continued, the fans would come in, there would be a
8  short conversation, you would take a picture?
9  A.  Yes.
10 Q.  They'd get their signed picture and then they
11 would go out the door?
12 A.  Correct.
13 Q.  And you don't recall about how many people
14 came into the room, had their photograph taken after
15 Mr. Mueller?
16     MS. SULLIVAN: Objection. Asked and
17 answered.
18     THE WITNESS: No.
19 BY MR. MCFARLAND:
20 Q.  About how long was it from the time
21 Mr. Mueller's photograph was taken until the third
22 meet-and-greet concluded?
23 A.  15, 20 minutes. I don't remember.
24 Q.  During that 15- or 20-minute time period, did
25 Taylor say anything to you about Mr. Mueller?

Page 41

1  A.  No.
2  Q.  Did she have conversations with Gabby or Abby
3  about Mr. Mueller, to the best of your knowledge?
4  A.  No.
5  Q.  Did she have conversations with Greg Dent
6  during that period of time?
7  A.  No.
8  Q.  And after you took the photograph of Taylor
9  and Mr. Mueller and Mr. Mueller's friend, female
10 friend, did Mr. Dent remain in the room?
11 A.  Yes.
12 Q.  Did Ms. Swift give any indication to Mr. Dent
13 that there was a problem or an issue or anything
14 unusual?
15 A.  No.
16     MS. SULLIVAN: Objection. You didn't put
17 a timeframe on that.
18 BY MR. MCFARLAND:
19 Q.  In the 15 or so minutes that passed after you
20 photographed Mr. Mueller but before the meet-and-greet
21 ended, did Taylor give any indication to -- did you see
22 Taylor give any indication to Mr. Dent that there was
23 any problem or issue?
24 A.  No.
25 Q.  Did you give any indication to Mr. Dent that

11 (Pages 38 to 41)

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
STEPHANIE SIMBECK - 6/28/2016

Page 42

1  there may have been a problem or issue?
2  A.  No.
3  Q.  What happens after the -- or what happened
4  after the last person from the third meet-and-greet had
5  finished?
6  A.  Taylor immediately said, "Dude, that guy
7  grabbed my ass."
8  Q.  Were those her specific words?
9  A.  To my knowledge, yes.
10 Q.  And who did she say that to?
11 A.  Everyone in the room. No one specifically.
12 Q.  What was the response?
13 A.  I responded, "I knew it. I have the
14 photograph."
15 Q.  And how did other people respond?
16 A.  They just kind of were, "What?" I don't know.
17 I mean, they were just kind of like, "What happened?"
18 Q.  Do you recall Mr. Dent saying anything?
19 A.  I don't recall.
20 Q.  Do you recall him doing anything in response
21 to that announcement from Ms. Swift?
22 A.  Not specifically. I mean, he -- at that point
23 everyone was trying to figure out who she was talking
24 about, but her and I really were the only ones that
25 knew who she was referring to.

Page 43

1  Q.  Did she -- well, what do you remember
2  happening next?
3  A.  I pulled up the photograph, and she said,
4  "That's him." And then Greg Dent took a photograph on
5  his phone of the photograph on the camera to circulate
6  to her security team. And she said, "I don't want that
7  pervert watching me."
8  Q.  Okay. And then what happened?
9  A.  They kind of decided that they were going to
10 go find him and figure out who he was and escort him
11 out of the building because she didn't want him there.
12 Q.  Did Ms. Swift describe in any other detail how
13 he touched her or where he touched her?
14     MS. SULLIVAN: Asked and answered.
15     THE WITNESS: She said that he grabbed
16 her ass.
17 BY MR. MCFARLAND:
18 Q.  She didn't mention at that time whether it was
19 over her skirt or under her skirt?
20 A.  No.
21 Q.  Has anybody ever told you that -- well, did
22 Ms. Swift ever tell you that David Mueller put his hand
23 underneath her skirt and grabbed her ass?
24 A.  No.
25 Q.  Have you ever heard that from anybody else?

Page 44

1  A.  No.
2  Q.  You haven't seen any photographs, have you, of
3  Mr. Mueller with his hand underneath Taylor Swift's
4  skirt?
5  A.  No.
6  Q.  What's the next -- so the meet-and-greet, the
7  third meet-and-greet ends. There is a conversation
8  with Taylor about having her ass grabbed. Mr. Dent
9  takes the picture and there is that going on. What
10 happens after that?
11 A.  Her -- Taylor and her security and Gabby and
12 Erica leave the room, and I continue to do my job and
13 clean up and get it ready for the meet-and-greet after
14 the show.
15 Q.  Okay. The night of June 2nd, 2013, do you
16 have any other conversations with anybody about David
17 Mueller?
18 A.  I just was told that he was found and was
19 escorted off the property.
20 Q.  Do you remember who told you that?
21 A.  No.
22 Q.  And on June 2nd, were you aware -- did you
23 know Mr. Mueller's name at that time or did you learn
24 that afterwards?
25 A.  After.

Page 45

1  Q.  Do you remember when you learned of
2  Mr. Mueller's name?
3  A.  Not specifically.
4  Q.  Do you remember how?
5  A.  No.
6  Q.  After June 2nd, 2013, did you have -- have you
7  had conversations with anyone about Mr. Mueller?
8     MS. SULLIVAN: Objection to the extent
9  that it calls privileged information.
10 BY MR. MCFARLAND:
11 Q.  Anyone other than counsel?
12 A.  No.
13 Q.  Have you discussed that incident with -- have
14 you since discussed that incident with Taylor Swift?
15 A.  No.
16 Q.  Have you discussed it with her mom?
17 A.  No.
18 Q.  Did you discuss it with Frank Bell?
19 A.  No.
20 Q.  Anybody from KYGO call you and talk about the
21 incident?
22 A.  No.
23 Q.  Did you ever talk to Eddie Haskell about it?
24 A.  I don't know who that is.
25 Q.  Is there anything else that we haven't talked

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
STEPHANIE SIMBECK - 6/28/2016

Page 54

1 raise?
2 A.  The breakdown of what it was, yeah.
3     MR. MCFARLAND: Let's mark this as
4 Exhibit 3.
5     (Document marked Exhibit No. 3.)
6 BY MR. MCFARLAND:
7 Q.  Let me hand you what's been marked Deposition
8 Exhibit 3. Do you recognize this photograph?
9 A.  Yes.
10 Q.  And what is it?
11 A.  It is the picture of Mueller touching
12 Ms. Swift's behind.
13 Q.  So you think in this picture he's touching her
14 behind?
15 A.  No. I can see that he is and I know that he
16 is.
17 Q.  Okay. Is Ms. Swift touching Mr. Mueller's
18 behind as well?
19 A.  No.
20 Q.  Is Ms. Swift touching Mr. Mueller's back?
21 A.  Yes.
22 Q.  How about Ms. Melcher? Is she touching
23 anybody with her left hand?
24 A.  I can't say yes or no. I don't know.
25 Q.  Isn't it possible that Mr. Mueller's hand is

Page 55

1 just behind Ms. Swift, that it's not actually touching
2 her?
3 A.  No.
4 Q.  You think that this photograph shows for sure
5 that he's grabbing her butt?
6 A.  Yes.
7     MR. MCFARLAND: Let's mark this as
8 Exhibit 4.
9     (Document marked Exhibit No. 4.)
10 BY MR. MCFARLAND:
11 Q.  And before I show you Exhibit 4, is
12 Mr. Mueller's hand underneath Ms. Swift's skirt in this
13 picture?
14 A.  No.
15 Q.  Does her skirt appear to be ruffled in any
16 manner?
17 A.  No.
18 Q.  Let me hand you Exhibit 4. Exhibit 4 --
19     MS. SULLIVAN: Can I have a copy?
20     MR. MCFARLAND: Yes. Sorry.
21 BY MR. MCFARLAND:
22 Q.  -- is an e-mail from Gabby Liddicoat to Greg
23 Thomas, Daryl Dixon and Erica Worden. Do you see that?
24 A.  Yes.
25 Q.  Have you seen this e-mail before?

Page 56

1 A.  No.
2 Q.  And it includes a copy of the same picture
3 that we looked at in Deposition Exhibit 3; right?
4 A.  Yes.
5 Q.  Did you take -- at the time you took the
6 photograph on Deposition Exhibit 3, did you take any
7 other photographs of Mr. Mueller, Ms. Swift and his
8 female friend?
9 A.  No.
10 Q.  Okay. Just one?
11 A.  Just one.
12 Q.  Going back to Exhibit 4, do you know why
13 Ms. Liddicoat was not going to load the picture on
14 Dropbox?
15     MS. SULLIVAN: Objection. Calls for
16 speculation. Go ahead and answer.
17     THE WITNESS: No.
18 BY MR. MCFARLAND:
19 Q.  Did you talk to anybody about whether the
20 photograph would be uploaded onto Dropbox?
21 A.  No.
22 Q.  Did anybody ask you to do anything special
23 with respect to the photograph in Exhibit 3?
24 A.  No.
25     MR. MCFARLAND: Let's mark this Exhibit

Page 57

1 5.
2     (Document marked Exhibit No. 5.)
3 BY MR. MCFARLAND:
4 Q.  Let me hand you Deposition Exhibit 5. Do you
5 recognize that picture?
6 A.  No.
7 Q.  Can you tell whether this was a picture that
8 you took?
9 A.  No.
10 Q.  Going back to Deposition Exhibit 3, can you
11 tell where this picture was taken?
12 A.  Yes.
13 Q.  Where was it taken?
14 A.  In the 10-by-10 room.
15 Q.  Okay. Do you recognize the male in Deposition
16 Exhibit 5?
17 A.  Do I recognize -- I'm sorry?
18 Q.  The male.
19 A.  The male? No.
20     MR. MCFARLAND: Let's mark this as
21 Exhibit 6.
22     (Document marked Exhibit No. 6.)
23 BY MR. MCFARLAND:
24 Q.  Let me hand you what's been marked Deposition
25 Exhibit 6. Do you recognize any of these photographs?

15 (Pages 54 to 57)



*Firefly Entertainment, Inc.*
*718 Thompson Lane, Suite 108256, Nashville, TN 37204*

April 16, 2013

Ms. Stephanie Simbeck

Dear Stephanie:

Congratulations on your decision to join our team! We are pleased to provide you with this package to explain your compensation and benefits, provide information you will need to know, and allow you to sign required documentation before arriving on the job.

| | |
|---|---|
| Compensation: | Your bi-weekly pay will be $1,635.00, starting date May 10, 2013. |
| Payroll: | We will pro rate your first payroll, which will be paid May 20, 2013. A Form W-4 and instructions for direct deposit are included in this package. We will need you to bring with you proper ID as noted in the Form W-9 on your first day. Please contact Leslie Pelley (L.Pelley@13management.com) if you have any questions. |
| Benefits: | You will classified as a full-time employee, eligible for medical, dental and vision benefits as of July 1, 2013. Information regarding benefits coverage and employee premiums was provided to you, the enrollment form will be available after you begin work. For questions or additional information, please contact Leslie Pelley or Henry Badillo (henry@benefitsgrouptn.com) at 615-415-7749. |
| Equipment: | FEI does not provide loss or damage insurance for Employee-owned equipment or other personal property including but not limited to musical instruments, devices, cases, luggage, computer equipment, clothing and supplies. FEI will not compensate or otherwise reimburse any Employee for loss, theft, damage or claim in regards to your property. FEI does not warranty the security of company vehicles or other means of transport nor the security of venues, hotels, airlines or other places where FEI operates. |

All compensation information, including the information in this memo, is to be kept strictly confidential. Confidentiality is a condition of employment.

Please review and sign the acknowledgement in the enclosed Personnel, Polices and Guidelines. Our policies are intended to provide you with guidance about your employment with us; however, they can't cover every circumstance that may arise, and they are subject to change at the sole discretion of FEI. These policies and letter do not represent a contract guaranteeing employment for any specific duration. You or FEI may terminate this relationship at any time, for any reason, with or without cause, given notice to the other.

If you have any questions concerning our policies, please contact me. We look forward to working with you - welcome aboard!

Sincerely,

Jay Schaudies

Simbeck
EXHIBIT NO. 2
M. Davis 6-28-14
Ciccton Davis Reporters

Confidential                                                                                                      SWIFT_0000256