**EXHIBIT 6**

# In The Matter of:

*MUELLER*

*vs.*

*SWIFT, ET AL.*

---

*GABRIELLE CORINNE LIDDICOAT*

*June 29, 2016*

---

*CONFIDENTIAL*

*PURSUANT TO THE PROTECTIVE ORDER*

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER
GABRIELLE CORINNE LIDDICOAT - 6/29/2016

Page 2

```
 1   APPEARANCES:
 2   For the Plaintiff:   M. Gabriel McFarland, Esq.
                          Evans & McFarland, LLC
 3                        910 13th Street
                          Suite 200
 4                        Golden, CO 80401
                          303-279-8300
 5                        gmcfarland@emlawyers.com
 6   For the Defendants:  J. Douglas Baldridge, Esq.
                          Courtney A. Sullivan, Esq.
 7                        Katherine M. Knight, Esq.
                          Venable, LLP
 8                        575 7th Street NW
                          Washington, D.C. 20004-1601
 9                        202-344-4703
                          jdbaldridge@venable.com
10                        casullivan@venable.com
                          kmwright@venable.com
11
     Also Present:        Jesse Schaudies
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1              I N D E X
 2   Questions by Mr. McFarland              5
 3
 4
 5
 6
 7   PREVIOUSLY MARKED EXHIBITS
 8   DEPOSITION OF STEPHANIE SIMBECK
 9   No. 1:  Sketch prepared by Stephane Simbeck    9
10   No. 4:  E-mail, June 2, 2013, from Gabby
             Liddicoat to Craig Thomas, Daryl
11           Dixon, Erica Worden, Subject: Creep
             picture
12           (SWIFT 0000074)                       24
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1           The deposition of GABRIELLE CORINNE
 2   LIDDICOAT was taken by counsel for the Plaintiff,
 3   pursuant to notice, at the offices of Cleeton Davis
 4   Court Reporters, LLC, 402 BNA Drive, Suite 108,
 5   Nashville, Tennessee, on June 29, 2016, for all
 6   purposes under the Federal Rules of Civil Procedure.
 7           The formalities as to notice, caption,
 8   certificate, et cetera, are waived. All objections,
 9   except as to the form of the questions, are reserved to
10   the hearing.
11           It is agreed that Martha B. Davis, being a
12   licensed court reporter and notary public for the State
13   of Tennessee, may swear the witness, and that the
14   reading and signing of the completed deposition by the
15   witness are not waived.
16
17
18                    * * *
19
20
21           GABRIELLE CORINNE LIDDICOAT
22
23   was called as a witness, and after having been first
24   duly sworn, testified as follows:
25
```

Page 5

```
 1                 EXAMINATION
 2   QUESTIONS BY MR. MCFARLAND:
 3   Q.   Would you state your full name for the record
 4   for us.
 5   A.   Gabrielle Corinne Liddicoat.
 6   Q.   Ms. Liddicoat, are you currently employed?
 7   A.   Yes, sir.
 8   Q.   And who are you employed by?
 9   A.   Cumberland Animal Hospital in Lebanon,
10   Tennessee.
11   Q.   And what do you do for them?
12   A.   I actually run -- they have got a new boarding
13   and grooming facility that I am in charge of running.
14   Q.   How long have you held that position?
15   A.   I've been there since last April.
16   Q.   So April 2016?
17   A.   '15.
18   Q.   '15. Okay. And what did you do before that?
19   A.   I worked on a concert tour.
20   Q.   Concert tour for Taylor Swift?
21   A.   Blake Shelton.
22   Q.   And what did you do for that concert tour?
23   A.   I was position and production coordinator.
24   Q.   And what did you do in that position?
25   A.   Coordinate travel, hotels for the band and
```

2 (Pages 2 to 5)

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER
GABRIELLE CORINNE LIDDICOAT - 6/29/2016

Page 6

1  crew, call times, set lists.
2  Q. And how long were you in that position?
3  A. That one was about a seven-month tour.
4  Q. And what did you do before that?
5  A. I worked for Team Swift.
6  Q. And what was your position for Team Swift?
7  A. When I first started in 2011, I was just a
8  meet-and-greet coordinator. Then I moved into the
9  position of personal assistant.
10 Q. When did you move into the position of
11 personal assistant?
12 A. It would have been after the Speak Now Tour.
13 Probably it would have been November of 2011.
14 Q. And what were your duties and responsibilities
15 as a personal assistant?
16 A. Just kind of being the liaison between Taylor
17 and management, stylists, hair and makeup, coordinating
18 times for that and just being kind of there for
19 anything she needed, errands, house management.
20 Q. And you reported directly to Ms. Swift?
21 A. I did.
22 Q. Did you go to college?
23 A. I didn't.
24 Q. No college?
25 A. No.

Page 7

1  Q. Graduated from high school?
2  A. Uh-huh.
3  Q. Somewhere nearby?
4  A. No. Maryland.
5  Q. Why did you leave Team Swift?
6  A. I left because I wanted to do a different
7  position on a concert tour. I wanted to have that role
8  of production coordinator and kind of learn the ropes
9  of that. It's very different than being a personal
10 assistant because you're dealing directly with artists
11 with that, and I wanted the chance to learn something
12 new and deal with the crew and band and everything.
13 Q. Okay. Did you attend Taylor's concert in
14 Denver on June 2nd, 2013?
15 A. Yes.
16 Q. And you remember that event?
17 A. Yes.
18 Q. When did you get to the venue that day?
19 A. I don't -- I don't know.
20 Q. Morning or afternoon?
21 A. Probably afternoon.
22 Q. And what -- do you recall what you did when
23 you arrived?
24 A. I don't.
25 Q. Do you recall the venue for that concert?

Page 8

1  A. Pepsi Center.
2  Q. Did you participate in the -- well, what's
3  the -- what's the first thing you recall from the June
4  2nd, 2013, concert?
5       MS. WRIGHT: Objection. Form. Go ahead.
6  You can answer.
7       THE WITNESS: Usually when we would get
8  to the venue, we would always get Taylor situated in
9  her dressing room, get her anything she needed, get her
10 into hair and makeup a solid hour and a half before the
11 first meet-and-greet, go ahead and get that started.
12 Then I would escort her to the meet-and-greets she
13 would have.
14 BY MR. MCFARLAND:
15 Q. Okay. Do you remember how many
16 meet-and-greets there were at the June 2nd, 2013,
17 concert?
18 A. I don't. Usually on any given tour date there
19 would be three.
20 Q. Did you attend all of the meet-and-greets with
21 Taylor Swift on June 2nd, 2013.
22 A. Yes.
23 Q. Do you recall the first meet-and-greet?
24      MS. WRIGHT: Objection to form.
25      THE WITNESS: No.

Page 9

1  BY MR. MCFARLAND:
2  Q. Do you recall the second meet-and-greet?
3  A. The order, I honestly don't know.
4  Q. Do you recall the last meet-and-greet?
5  A. Yeah, the general meet-and-greet.
6  Q. What's the difference between the general
7  meet-and-greet and the other ones?
8  A. The first ones were -- they're usually
9  reserved for radio folks and any maybe VIPs, sports
10 players that may be there with their families, and the
11 general one is for fans.
12 Q. And Mr. Mueller attended the general or was at
13 the general meet-and-greet --
14      MS. WRIGHT: Objection. Form.
15 BY MR. MCFARLAND:
16 Q. -- is that correct?
17 A. I don't remember which one he was in.
18 Q. Okay. Do you recall Mr. Mueller having his
19 photograph taken with Taylor Swift?
20 A. Uh-huh. Yes.
21 Q. Let me hand you what's been marked Deposition
22 Exhibit 1. Stephanie Simbeck was kind enough to draw
23 that for us and represented it as the meet-and-greet
24 area.
25 A. Yeah.

3 (Pages 6 to 9)

Page 10

1  Q.  Does that look about right to you?
2  A.  It does. It's kind of our usual setup that we
3  would do with the flow of everything.
4  Q.  And what Stephanie described is sort of a
5  30-by-30 larger room, fabric walls, that sort of thing?
6  A.  Yep, and then we would have what we would call
7  the photo booth. It was a smaller sectioned off area
8  for this with pipe and drape inside of the larger room.
9  Q.  And Stephanie indicated she thought that room
10 was maybe 10 by 10. Does that sound about right?
11 A.  Yeah. It was never very big.
12 Q.  And the photo booth is where meet-and-greet
13 participants would come in to take their photograph and
14 meet Taylor?
15     MS. WRIGHT: Objection. Form.
16     THE WITNESS: Yes. So this is where the
17 general meet-and-greet would be. Any VIPs or anything
18 would take part in the larger area.
19 BY MR. MCFARLAND:
20 Q.  Okay. On June 2nd, 2013, when Mr. Mueller had
21 his photograph taken with Ms. Swift, do you recall who
22 was in the room?
23     MS. WRIGHT: Objection. Form.
24     THE WITNESS: I definitely remember Abby
25 and Stephanie, Taylor and security.

Page 11

1  BY MR. MCFARLAND:
2  Q.  Do you know who the security was?
3  A.  Greg.
4  Q.  What was -- why were you in the room?
5  A.  Mostly to usher people out. On any given
6  general meet-and-greet, there could be up to, you know,
7  between 60 and 80 people and it was just a small amount
8  of time, so we would let them have their minute with
9  Taylor and just say thanks so much for coming and I
10 would hand them an 8-by-10 signed photo and they would
11 be ushered out.
12 Q.  Do you recall whether there was any security
13 at the exit to the photo booth?
14 A.  I believe so.
15 Q.  Do you remember who that security personnel
16 was?
17 A.  I don't remember that.
18 Q.  Do you recall Mr. Mueller entering the photo
19 booth on June 2nd, 2013?
20 A.  Yes.
21 Q.  Do you remember who he was with, if anyone?
22 A.  Girlfriend.
23 Q.  Did you have any initial impression?
24     MS. WRIGHT: Objection. Form.
25     THE WITNESS: No.

Page 12

1  BY MR. MCFARLAND:
2  Q.  Nothing remarkable about Mr. Mueller as he
3  came through the door?
4  A.  No.
5     MS. WRIGHT: Objection. Form.
6  BY MR. MCFARLAND:
7  Q.  What did -- what did you observe during the
8  time that Mr. Mueller was in the photo booth?
9  A.  Taylor is pretty, you know, across the board
10 with how she is with any fans or people that she's
11 meeting and it was just, you know, another person that
12 she was getting to meet and give a hug to and just chat
13 with real quick, but nothing terribly unusual at first.
14 Q.  Okay. Did you notice whether she had
15 conversation with Mr. Mueller's girlfriend?
16 A.  I don't remember that.
17 Q.  Do you remember whether she had conversation
18 with Mr. Mueller?
19 A.  I couldn't tell you what they talked about,
20 but they did chat quickly.
21 Q.  Did Taylor give Mr. Mueller's girlfriend a
22 hug? Do you remember any physical contact?
23     MS. WRIGHT: Objection. Form.
24     THE WITNESS: Probably. She tends to hug
25 everyone.

Page 13

1  BY MR. MCFARLAND:
2  Q.  You don't have a specific recollection of
3  that?
4  A.  No.
5  Q.  And you don't have a specific recollection of
6  whether she hugged Mr. Mueller when he came through the
7  door?
8     MS. WRIGHT: Objection.
9     MS. SULLIVAN: I'm in the -- I'm down
10 here in the cheap seats so I won't be intervening.
11 Just speak your answers. Don't just nod your head.
12     THE WITNESS: Okay.
13     MR. BALDRIDGE: She takes down what you
14 say --
15     THE WITNESS: Sure.
16     MR. BALDRIDGE: -- and head shakes
17 don't --
18     THE WITNESS: Sure. Yeah, I don't -- I
19 don't remember any specific hugs or anything like that,
20 but --
21 BY MR. MCFARLAND:
22 Q.  Okay. And ultimately there was a picture
23 taken?
24 A.  Uh-huh.
25     MS. WRIGHT: Objection. Form.

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER
GABRIELLE CORINNE LIDDICOAT - 6/29/2016

Page 14

1   THE WITNESS: Yes.
2   BY MR. MCFARLAND:
3   Q.   Do you recall how that happened?
4       MS. WRIGHT: Objection. Form.
5       THE WITNESS: The picture being taken?
6   BY MR. MCFARLAND:
7   Q.   Yes.
8   A.   Stephanie would just kind of get them together
9   for their photo and that was their opportunity to take
10  it. And it was kind of a one, two, three, we're going
11  to take a picture whether you're ready or not.
12  Q.   Okay. Did you see any inappropriate touching
13  during the photograph?
14      MS. WRIGHT: Objection.
15      THE WITNESS: Not immediately. You saw
16  her lean in to one side and then she looked
17  uncomfortable, but . . .
18  BY MR. MCFARLAND:
19  Q.   Okay. What happened next?
20      MS. WRIGHT: Objection. Form.
21      THE WITNESS: We ushered them out and she
22  went on with the meet-and-greet.
23  BY MR. MCFARLAND:
24  Q.   At that point, did Ms. Swift indicate to you
25  that there was anything wrong?

Page 15

1       MS. WRIGHT: Objection to the form.
2       THE WITNESS: Not at that time.
3   BY MR. MCFARLAND:
4   Q.   Did she indicate that she was upset or that
5   anything was amiss?
6       MS. WRIGHT: Objection. Form.
7       THE WITNESS: Not until after we were
8   done with the general meet-and-greet and we were
9   getting ready to walk her back to the dressing room.
10  BY MR. MCFARLAND:
11  Q.   Do you recall how many guests came into the
12  photo booth after Mr. Mueller?
13  A.   I don't know.
14  Q.   Do you recall how much time passed between
15  when Mr. Mueller was ushered out and the end of the
16  meet-and-greet?
17  A.   Any meet-and-greet usually takes between about
18  say 20 to 30 minutes, so somewhere in that time.
19  Q.   Okay. When did Taylor indicate to you that
20  something had happened?
21      MS. WRIGHT: Objection. Foundation.
22      THE WITNESS: After the last fan was out,
23  she did say something so everyone in the room could
24  hear it.
25  BY MR. MCFARLAND:

Page 16

1   Q.   What did she say?
2   A.   "The guy touched my butt" or ass or . . .
3   Q.   Can you recall anything -- well, do you
4   specifically recall what she said?
5   A.   Just that he touched me.
6   Q.   And she indicated that he touched her butt?
7   A.   Yeah.
8   Q.   Did she indicate whether his hand was under or
9   over her skirt?
10      MS. WRIGHT: Objection. Form.
11      THE WITNESS: She did not.
12  BY MR. MCFARLAND:
13  Q.   Did you see Mr. Mueller inappropriately touch
14  Ms. Swift?
15  A.   No.
16  Q.   Did you see Mr. Mueller lift her skirt in any
17  manner?
18  A.   No.
19  Q.   How far away were you from where the
20  photograph was being taken?
21  A.   From Stephanie or from Taylor?
22  Q.   From Taylor and Mr. Mueller and his
23  girlfriend.
24  A.   Maybe about seven feet away.
25  Q.   And how far was Stephanie?

Page 17

1       MR. BALDRIDGE: Objection. Form.
2       THE WITNESS: About three feet from me.
3   BY MR. MCFARLAND:
4   Q.   And about seven feet away from --
5   A.   Yeah, from --
6   Q.   -- Taylor?
7   A.   -- the step and repeat. Yeah.
8   Q.   And Abby was approximately the same distance?
9       MS. WRIGHT: Objection. Form.
10      THE WITNESS: Yes.
11  BY MR. MCFARLAND:
12  Q.   Where was Greg Dent?
13  A.   I don't know. I don't remember.
14  Q.   Do you remember, was he on sort of your and
15  Stephanie's side of the room or was he --
16      MS. WRIGHT: Asked and answered.
17  BY MR. MCFARLAND:
18  Q.   -- or was he on Taylor's side of the room?
19      MS. WRIGHT: Objection. Asked and
20  answered.
21      THE WITNESS: I don't remember.
22  BY MR. MCFARLAND:
23  Q.   Do you recall when Taylor told the group that
24  Mr. Mueller had -- you know, that guy had touched her
25  inappropriately, do you remember if Mr. Dent had any

5 (Pages 14 to 17)

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER
GABRIELLE CORINNE LIDDICOAT - 6/29/2016

Page 18

1 reaction?
2     MS. WRIGHT: Objection. Form.
3     THE WITNESS: I don't -- I don't
4 remember.
5 BY MR. MCFARLAND:
6 Q. Do you recall if he said anything in response?
7 A. No. No.
8 Q. Did you say anything in response?
9 A. No. I think what had happened at that point
10 was, you know, security, they're all -- they've got
11 their microphones and things that are wired to their
12 walkie-talkies, and I think something was said over
13 that and that's only something they can hear in their
14 ears. It's not a broadcast over a radio.
15 Q. Okay.
16 A. And you didn't see Mr. Dent talk into his
17 microphone or hear him. That's just your impression of
18 what happened?
19     MS. WRIGHT: Objection. Form.
20 BY MR. MCFARLAND:
21 Q. Is that accurate?
22 A. I think they talked into the microphone. I
23 don't know what was said.
24 Q. And did you have anything to say to Ms. Swift
25 in response?

Page 19

1     MS. WRIGHT: Objection. Asked and
2 answered.
3     THE WITNESS: No.
4 BY MR. MCFARLAND:
5 Q. What happened next?
6     MS. WRIGHT: Objection. Form.
7     THE WITNESS: Taylor was escorted back to
8 her dressing room.
9 BY MR. MCFARLAND:
10 Q. By you or by somebody else?
11 A. By security. And then I would follow soon
12 after.
13 Q. Okay. Do you remember what security personnel
14 escorted her back to her office?
15 A. I don't.
16 Q. And can you describe Taylor's demeanor at the
17 end of the meet-and-greet?
18 A. She was uncomfortable.
19 Q. Was she -- was she crying?
20 A. No.
21 Q. Would you describe her as very upset?
22 A. Visibly upset, yes.
23 Q. What did you do after the end of the meet-and-
24 greet?
25 A. Went back to the dressing room. I would

Page 20

1 always lock her purse up in a secured area, so I
2 brought that back to her. She asked for her phone. I
3 gave her her phone. And at that point I would have
4 left until it was time for her to get ready, to get
5 show ready.
6 Q. Did you have conversations with anybody else
7 that evening about Mr. Mueller?
8 A. No.
9 Q. Other than your lawyers, have you since talked
10 to anybody about Mr. Mueller?
11 A. No.
12 Q. When did you find out that David Mueller was
13 the person who allegedly inappropriately touched
14 Taylor?
15     MS. WRIGHT: Objection. Foundation.
16     THE WITNESS: I don't remember when it
17 happened. I remember reading about it, and then I
18 didn't hear anything of it until I was contacted by 13.
19 BY MR. MCFARLAND:
20 Q. Do you know anything about the maintenance or
21 storage of photographs that are taken at the meet-and-
22 greet?
23 A. Yes.
24 Q. Do you know if they're maintained?
25 A. They are kept in a Dropbox file folder and

Page 21

1 then deleted to create space.
2 Q. Do you know whether copies of those are kept
3 anywhere?
4     MS. WRIGHT: Objection. Vague.
5     THE WITNESS: I wouldn't know.
6 BY MR. MCFARLAND:
7 Q. On June 2nd, 2013, did you see the photograph
8 of Mr. Mueller, Ms. Swift and Mr. Mueller's girlfriend?
9 A. Yeah.
10 Q. Do you remember when you saw that photograph?
11 A. I uploaded it in between the time after the
12 meet-and-greet and before show time to the Dropbox
13 folder.
14 Q. Okay. And how did you do that?
15 A. I just take the SD card. That picture was
16 asked to not be uploaded like all the other fan photos
17 would have been, so that one was kept separate and not
18 uploaded to the -- they are given a card that has a
19 code to go on and get their photo and that one was not
20 eligible for that.
21 Q. Who asked you not to upload --
22     MS. WRIGHT: Objection. Foundation.
23 BY MR. MCFARLAND:
24 Q. -- that photograph?
25 A. The management team.

6 (Pages 18 to 21)

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER
GABRIELLE CORINNE LIDDICOAT - 6/29/2016

Page 22

1  Q.     Do you remember which person in the management
2  team made that request?
3  A.     I don't remember.
4  Q.     Okay. Did you ever see Mr. Mueller after he
5  exited the photo booth on June 2nd, 2013?
6  A.     No.
7  Q.     Did you speak with Mr. Mueller on June 2nd,
8  2013?
9  A.     No.
10 Q.     Did you converse with his girlfriend?
11 A.     No.
12 Q.     Did you hand Mr. Mueller and his girlfriend
13 photographs?
14        MS. WRIGHT: Objection. Vague.
15        THE WITNESS: I don't remember.
16 Probably.
17 BY MR. MCFARLAND:
18 Q.     Do you remember whether Ms. Swift shook hands
19 with Mr. Mueller and his girlfriend before they exited
20 the photo booth?
21 A.     I don't know.
22 Q.     Did you see Ms. Swift give any indication to
23 anyone in the room, anyone in the photo booth, that
24 there was a problem prior to the conclusion of the
25 meet-and-greet?

Page 23

1        MS. WRIGHT: Objection. Form.
2        THE WITNESS: No. She's kind of a
3  professional about things.
4  BY MR. MCFARLAND:
5  Q.     What is your impression of Greg Dent?
6        MS. WRIGHT: Objection. Form.
7        THE WITNESS: He's -- I have always
8  gotten along with Greg Dent.
9  BY MR. MCFARLAND:
10 Q.     Did he seem to take his job seriously?
11        MS. WRIGHT: Objection. Form.
12        THE WITNESS: I mean, I think so.
13 BY MR. MCFARLAND:
14 Q.     Do you know Kris Lamb?
15 A.     Yes.
16 Q.     Who is Kris Lamb?
17 A.     He is one of the regional -- I don't even know
18 what you call him, but he, I suppose, works for Big
19 Machine and has different areas that he goes out and
20 basically hosts the radio program directors and things
21 like that and has those relationships with them.
22 Q.     Do you know whether he was at the -- is it a
23 he?
24 A.     Yes.
25 Q.     Do you know whether he was at the June 2nd,

Page 24

1  2013, concert in Denver?
2  A.     I don't remember that.
3  Q.     Right. Do you recall whether Frank Bell was
4  in the photo booth at the end of the third
5  meet-and-greet?
6        MS. WRIGHT: Objection. Form.
7        THE WITNESS: I don't remember that.
8  BY MR. MCFARLAND:
9  Q.     Do you know Eddie Haskell?
10 A.     No.
11 Q.     Let me show you what's been marked as
12 Deposition Exhibit 4. Can you identify that exhibit?
13 A.     Yes. It's an e-mail picture I sent to Craig
14 Thomas, who is security director, Daryl Dickson, who
15 did local security, and Erica, the tour manager. This
16 is a photo they requested me to send to them and not
17 upload it to the site from my e-mail address that I had
18 with Firefly Entertainment.
19 Q.     And you labeled -- or in the subject line you
20 inserted "Creep Picture"?
21 A.     Yes.
22 Q.     And why did you do that?
23 A.     Because that was the situation that was going
24 on. I think that's the label that he had gotten
25 because of her reaction to what had happened.

Page 25

1  Q.     Did you happen to talk to anybody else in the
2  room to determine whether they had seen any
3  inappropriate touching?
4        MS. WRIGHT: Objection. Form. Asked and
5  answered.
6        THE WITNESS: I don't think so.
7  BY MR. MCFARLAND:
8  Q.     Did you have or can you recall having
9  conversations with anyone that we haven't talked about
10 yet about David Mueller?
11        MS. WRIGHT: Objection. Form.
12 Privileged.
13 BY MR. MCFARLAND:
14 Q.     Other than counsel.
15        THE COURT REPORTER: Did you answer?
16        THE WITNESS: I don't think -- no, I
17 didn't answer. No, I haven't.
18 BY MR. MCFARLAND:
19 Q.     Were you at the concert before the Denver
20 concert?
21        MS. WRIGHT: Objection. Form.
22        THE WITNESS: I'm sure I was. I was at
23 every concert except for the Nashville shows that were
24 in September because I was in a wedding, so I was at
25 every other show.

7 (Pages 22 to 25)