**EXHIBIT 7**

# In The Matter of:

*MUELLER*

*vs.*

*SWIFT, ET AL.*

---

*GREGORY WESLEY DENT, VOLUME 1*
*July 28, 2016*

---

*HIGHLY CONFIDENTIAL*

*PURSUANT TO PROTECTIVE ORDER*

HIGHLY CONFIDENTIAL – PURSUANT TO PROTECTIVE ORDER
GREGORY WESLEY DENT, VOLUME 1 – 7/28/2016

Page 14

1  to me.
2      THE WITNESS: Yeah, because none of this can
3  be, like, public record because of confidentiality.
4  BY MS. HUNT:
5      Q. I understand.
6      A. All right.
7      Q. And as your attorney said, this is all
8  privileged information.
9      A. All right.
10     Q. We have a Confidentiality Order in
11 place.
12         After Mr. Davidson, for whom did you
13 work?
14     A. After Mr. Davidson, I was working for a
15 security company called At Close Range, and just doing
16 different details.
17         And I ended up working for
18 Brittany Spears, then Janet Jackson, and then the
19 Jonas Brothers, Demi Lovato, Selena Gomez and
20 Taylor Swift.
21     Q. And how did you come to work for
22 Ms. Swift, in particular?
23     A. I was working for the Jonas Brothers.
24 And they were shooting a movie, and she was in the
25 movie.

Page 15

1      And when she came, she didn't have
2  security, and I was assigned to watch her for the day.
3      Q. Now, when you talk about security, is
4  there a difference between talking about security,
5  generally, and what we as lay people call bodyguards?
6      Are you acting as a bodyguard, then?
7      A. Yeah, basically, it's the same thing.
8         Well, it's different levels of security,
9  because, like, they have security in this building,
10 but you wouldn't call them bodyguards.
11     Q. Right.
12     A. But, yes, I was personal -- well,
13 personal security. So, yes, like a bodyguard.
14     Q. So if you're looking out for one person
15 like these celebrities that you named, that's more of
16 a bodyguard kind of role?
17     A. Right.
18     Q. Okay. When you were hired --
19         First of all, when were you hired by
20 Ms. Swift, initially?
21         Except for that one day, when did she
22 hire you after that?
23     A. Probably three weeks to -- two to
24 three weeks later. She was coming back to L.A.
25         When I did work for her that one day,

Page 16

1  her manager asked me for my number and asked me if I
2  would be interested in working with her when they came
3  to L.A.
4      Q. And what year was that?
5      A. 2008. That was 2008.
6      Q. Did you work for Ms. Swift continually
7  from 2008 to 2013?
8      A. It was 2008, say, until about the middle
9  of 2009. It was just whenever she came to L.A.
10     Q. And what happened after 2009?
11     A. She got a lot bigger, and they decided
12 that she needed 24-hour a day security.
13         So at the time, it was me and two other
14 gentlemen, and we kind of did it on a rotational
15 basis.
16     Q. So that sounds more like the bodyguard
17 kind of role.
18         Correct?
19     A. Yeah.
20     Q. Okay. And did you continue to provide
21 security for Ms. Swift from 2009 until 2013?
22     A. Yes.
23     Q. When did you stop working for Ms. Swift?
24     A. September of 2013.
25     Q. And who are you working for now?

Page 17

1      A. A guy by the name of Tommy Perse.
2      Q. And are you providing personal security
3  for Mr. Perse?
4      A. Personal and property.
5      Q. Is that here in L.A.?
6      A. Yes.
7      Q. What specifically --
8         I'm going to go back to June of 2013
9  when you were working for Ms. Swift.
10         What, specifically, were your duties?
11         You said you were on a rotation.
12         When you were on duty, what were you
13 supposed to be doing?
14     A. I was with her everywhere she went.
15 Whatever she did, I was right there.
16     Q. Did that include if she was home alone?
17     A. If she was home alone or -- I would be
18 in the apartment next to her.
19     Q. And did someone stay on duty even while
20 she was asleep at night, for instance?
21     A. Yes.
22     Q. And looking back on that time you spent
23 with Ms. Swift, did you -- do you feel like now that
24 you performed your duties diligently for her?
25     A. Absolutely.

5 (Pages 14 to 17)

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
GREGORY WESLEY DENT, VOLUME 1 - 7/28/2016

Page 18

1  Q. You were devoted to that job?
2  A. I would say to this day, I'm probably
3  the best one she had.
4  Q. Have you ever had any social
5  relationships with anyone in the Swift family besides
6  employer/employee?
7  A. When you say "social", what do you mean?
8  Q. Were you friendly with Ms. Swift or her
9  siblings or parents?
10  A. Yes, I was friendly with them, but I was
11  still -- I didn't see them other than I was on duty.
12      You know, we didn't hang out and go to
13  the movies together, but if I was at work, whatever
14  they did, I did because I was with them.
15  Q. So would you say you had a good
16  relationship with the family?
17  A. Yes.
18  Q. Was Ms. Swift on tour in the spring of
19  2013?
20  A. Yes.
21  Q. And when she's on tour, do the venues
22  provide security, or is that you and your team and
23  others of her security staff?
24  A. Both. The venue provides security
25  that's for everyone else.

Page 19

1  Our staff was the only one that provided
2  personal security for Ms. Swift.
3  Q. When you say for everyone else, who were
4  they providing security for?
5  A. Well, you know, when you come into a
6  building like this, how they have security downstairs,
7  when you come into an arena, like if you go to the
8  Staples Center, the guys in the red jackets is the
9  security or they'll have the yellow shirts, Pro-Serve
10  or something like that. And they're there to watch
11  the crowds.
12  Q. Okay. So the venue provides that sort
13  of general security for the building?
14  A. Right.
15  Q. Okay. And so when she was on tour like
16  that, did the three people, you and the other two
17  gentlemen you discussed, all travel with her?
18  A. One always traveled with, and usually
19  one went ahead to wherever we were going next.
20  Q. And what was the purpose of that?
21  A. So that whenever we got to a place and
22  if she was staying at a hotel, someone was there to
23  greet us and we'd have the hotel keys and we could go
24  straight to her room. We didn't take her, you know,
25  to the front desk to check in.

Page 20

1  Q. Sure.
2  A. And we always usually used the back door
3  or cut through a kitchen, anything to cut down on
4  going through the public, because she would draw a
5  crowd.
6  Q. So on the tour, was it again just the
7  three of you providing those services?
8  A. On a tour?
9      In some situations, when we did a
10  stadium, it may have been as many as five of us that
11  would do a stadium.
12      But, normally, it would be three, plus a
13  venue security person who was our person that went
14  ahead.
15      And when they went in to set up the
16  stadium or the show, he was there. He did all the
17  security meetings to talk with the people from the
18  stadium or the venue, let them know what we needed,
19  where we needed people to be, and things like that.
20  Q. And at all times, was Ms. Swift
21  accompanied personally by one of you from the staff?
22  A. At all times.
23  Q. What about when she's on stage?
24      What do you guys do then?
25  A. Someone is usually on stage left, stage

Page 21

1  right, and right down in front.
2  Q. Keep an eye on things?
3  A. Yes.
4  Q. Was providing personal security for her
5  during the pre-show meet-and-greets part of your job,
6  then?
7  A. Yes.
8  Q. Can you --
9      Actually, I'll make this easier.
10  A. Okay.
11  Q. I have an exhibit that is marked
12  Simbeck, S-i-m-b-e-c-k, Exhibit 1, from another staff
13  member's deposition.
14      I'd like to remark it, because I'm going
15  to have you draw on it, eventually.
16  A. My drawing is not that good.
17  Q. Well, neither was hers. I'm sure we'll
18  be fine.
19      MS. HUNT: Do you -- Tamany, do you have a
20  preference on how we do these?
21      MS. BENTZ: I don't. If you guys aren't
22  consecutively numbering, you can do "1".
23      MS. HUNT: I think -- I think that they were
24  trying to, but I haven't been involved in the prior
25  ones.

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
GREGORY WESLEY DENT, VOLUME 1 - 7/28/2016

Page 22

1    Let's call it "1A", if that's okay.
2    (Whereupon Exhibit 1A was marked for
3    identification)
4    THE WITNESS: Okay. So what is this supposed
5  to be?
6  BY MS. HUNT:
7    Q.  Well, I'll explain that to you.
8    A.  Okay.
9    Q.  So Ms. Simbeck drew this, and this is --
10   A.  Ms. who?
11   Q.  -- Simbeck, the photographer, one of the
12 assistants.
13   A.  Oh, okay.
14   Q.  And I've forgotten her first name, or
15 I'd tell you.
16   A.  Oh, right here.
17       Stephanie?
18   Q.  Yes, correct.
19   A.  Okay.
20   Q.  And this was her attempt to show us how
21 the meet-and-greet area was set up.
22   A.  Can I do it simpler and draw on the
23 back?
24   Q.  You know, it might be better if I just
25 give you a new piece of paper, and we'll do it that

Page 23

1  way.
2    A.  Okay.
3    Q.  How's that?
4    MS. HUNT: And let's mark that, then, 1B, if
5  we could.
6        And we'll just forget about this one.
7    (Whereupon Exhibit 1B was marked for
8    identification)
9    THE WITNESS: Yeah, because this is like the
10 whole club Red Room or something --
11 BY MS. HUNT:
12   Q.  So my question was going to be, "Is this
13 accurate?"
14       But it sounds like you have a different
15 idea and would prefer to use your own drawing.
16   A.  I mean, it's accurate, but to me, all of
17 this is unnecessary.
18   Q.  Okay.
19   A.  This is, like --
20   Q.  Okay. And you're indicating --
21   A.  -- what they call the club --
22   Q.  -- the larger room --
23   A.  -- club Red Room, or something, yeah.
24   Q.  Okay. So please give us your own
25 rendition of how the meet-and-greet was physically set

Page 24

1  up.
2    A.  I always say, it's basically like a "U".
3    Q.  Okay.
4    A.  And this is just a curtain.
5        And we would have people enter on one
6  side.
7        They would have a banner back here,
8  whoever was one of the sponsors.
9        Taylor would be standing in the middle.
10       People would come in from this way, the
11 photographers here. And if they came in this way and
12 they would come across, come out, I'm here.
13   Q.  Okay. So if you could put a "T" by the
14 little "x" that's Ms. Swift, and an "S" for Stephanie
15 by the photographer, and a "G" for you there.
16       Okay. That's great.
17       Okay. So what you've just drawn is the
18 little box --
19   A.  Right.
20   Q.  -- here in the corner.
21       Okay. Now, you can see that on this
22 Exhibit 1A, Ms. Simbeck has indicated there were other
23 people present.
24       Is that accurate, or would it just be
25 the three of you there?

Page 25

1    A.  Yeah, I mean, but other people, kind of
2  like the Assistant comes in and could go back out.
3  And then the Tour Manager, the same thing, could, you
4  know, come in and out of the room.
5        I stayed the entire time, and the
6  photographer stayed the entire time.
7    Q.  Could you circle the "x" that's you just
8  so we can be clear who that is?
9        Okay. Thank you.
10       Okay. So it looks like you were
11 standing --
12       If Ms. Swift were facing the
13 photographer, you would be standing directly to her
14 left.
15       Is that correct?
16   A.  Right.
17   Q.  Okay. And how far away from her did you
18 usually stand?
19   A.  No more from here to this wall right
20 there.
21   Q.  So six feet or so?
22   A.  At the most, just to make sure I was out
23 of camera shot.
24       Because sometimes this wall wouldn't
25 actually be a wall. It would just be another curtain.

7 (Pages 22 to 25)

Page 26

1  And if for some reason, people could come from behind.
2  So I didn't stand up in the front,
3  because then I couldn't see anything back here. So I
4  always stood where I had a vantage point of seeing her
5  and what's behind her.
6  Q. Okay. And what you indicated when you
7  were discussing that would have been the wall behind
8  where Ms. Swift and you were standing, and that could
9  have been, as you said, soft material and not a real
10  wall.
11  A. Right. Sometimes that's just soft
12  material. Sometimes it's an actual wall.
13  So I couldn't tell you what it was in
14  Denver, but that's just the case if -- sometimes,
15  that's how it is.
16  And we always had security from the
17  venue if -- Because, you know, this could be, who
18  knows, another hallway over here and a doorway.
19  And we would have somebody at this door,
20  but they never entered into the area where we were
21  doing the meet-and-greet.
22  It's like the people lined up from here,
23  and they could have come from, like, out in the
24  hallway or out in the walkway ramp in the building.
25  So -- Because they lined up here and

Page 27

1  probably came through some of this club Red Room, but
2  not always. They didn't always line them all up in
3  here, because we were trying to be able to get them
4  out once they finished.
5  And if we had the line all in here, they
6  could get mixed up and people would always try to get
7  back in and take another picture.
8  Q. Okay. So not everyone who came in to
9  meet Ms. Swift and get a picture taken came through
10  the club area?
11  A. I mean, it just depends, because some --
12  some venues, the club area could be like this, but it
13  could be where they put a opening in the curtain right
14  here, and the people come in and go directly this way
15  and come out.
16  Sometimes they may have to come through
17  the club room and come from back here.
18  Q. Okay.
19  A. It just depends on the venue and the
20  area that they had to set it up in.
21  Q. Let's talk about the Pepsi Center on
22  June 2nd, 2013.
23  Do you recall if this was the exact
24  setup?
25  In other words, were people coming in

Page 28

1  here and going out here?
2  A. I can't recall whether they came in,
3  say, this way left to right or right to left, but I
4  was always on the side where they leave.
5  So some places, it would be this side.
6  Some places, it would be this side.
7  So I don't recall for sure which way the
8  Pepsi Center room was set up, but I was always on the
9  side where they take the picture and then, boom, their
10  next step is to go out.
11  Q. So they go past you on their way out?
12  A. Yes.
13  Q. Okay. So just to clarify for the
14  record, what you've indicated is -- is kind of a
15  narrow pathway on the perimeter of this small room
16  where the photographs are taken, and people could come
17  in or out either direction, you don't recall, at the
18  Pepsi Center. And these "x"s at the top would be
19  where you would stand accordingly on the exit --
20  A. Right.
21  Q. Okay. Thank you.
22  A. It would be like if we were using this
23  room and that was not a solid wall and it was a
24  curtain and you open one end for people to come in and
25  you open the other end for people to come out. It's

Page 29

1  almost just like a horseshoe.
2  And that's how it was set up 99 percent
3  of the time.
4  Q. Okay. And so your recollection is the
5  Pepsi Center was set up the same way. You just don't
6  recall if it was left or right?
7  A. Yeah, I don't know which side was in or
8  out. I know I always stood on the side where people
9  exited.
10  Q. Do you recall what time you arrived at
11  the Pepsi Center on June 2nd, 2013?
12  A. No, I don't, because I don't know where
13  we came from before we went to the Pepsi Center. I
14  couldn't tell you if we spent the night in Denver or
15  how many shows it was, but --
16  No, I don't know if we flew in or we
17  were already there. You know, we did 50, 60 shows a
18  year, so I don't know where I was before that.
19  Like I said, I didn't do any research
20  trying to see what was going on beforehand or
21  anything. I just vividly remembered what happened
22  this day.
23  Q. How long was this tour?
24  Do you remember when it started?
25  A. Maybe January, February.

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
GREGORY WESLEY DENT, VOLUME 1 - 7/28/2016

Page 30

1    Q. And when did it end?
2    A. September.
3    Q. So -- And do you remember how many
4  venues were involved in that 8 or 9 months?
5    A. No, I don't remember how many.
6    Q. Did you work all of them?
7    A. I worked 90 percent.
8    Q. You definitely worked Denver.
9       You know that.
10   A. Yeah, definitely worked Denver.
11   Q. Okay. You don't recall what time you
12 arrived at the venue.
13      Is that correct?
14   A. Correct.
15   Q. Okay. Do you remember what you did when
16 you first got there?
17   A. Well, I mean, we have a normal
18 procedure. Whenever she first gets to a venue, you
19 know, we have people that greet us.
20      Our advance guy and the venue guy takes
21 us straight to her dressing room. I go in first and
22 check it, and then she comes in and either sits down
23 and relaxes, starts playing some music, or she'll want
24 something to eat and then we'll go to catering, come
25 back, and then she normally relaxed until it was time

Page 31

1  to start meet-and-greets.
2    Q. And you're with her that entire time?
3    A. Yes.
4    Q. How are you attired?
5       Do you have a uniform?
6    A. Nope, I had black polo shirt, black
7  jeans, black tennis shoes.
8    Q. Did you carry a weapon of any kind?
9    A. A flashlight.
10   Q. Do you recall, either generally or
11 specifically, as to the June 2nd, 2013 Pepsi Center
12 concert, how the meet-and-greets were organized?
13   A. For the most part, they do a VIP
14 meet-and-greet, first, and that can be local
15 celebrities, radio, TV people.
16      And then they would do one sometimes
17 for, like, Make a Wish people, Make a Wish kids, and
18 then the general meet-and-greet for, I guess, the
19 general public.
20   Q. And so is that generally three sessions?
21   A. Yeah, it's generally three.
22   Q. Do you recall if that's what happened on
23 June 2nd, 2013?
24   A. Do I remember if it was three?
25   Q. Right.

Page 32

1    A. I know it was at least two. It's always
2  two.
3    Q. Were you present for, however many there
4  were, all of them that night?
5    A. Every single one.
6    Q. Do you have any memory of how many
7  people attended each of those meet-and-greets?
8    A. No, I don't.
9    Q. Would it be fair to say it's more than a
10 handful of people in each group?
11   A. Oh. -- Well, it's probably -- In the VIP
12 one, it's probably anywhere sometimes between 25 and
13 50, and I think for a general meet-and-greet, it could
14 be 50 to maybe 75.
15      But it was always 2 or 3 in every show.
16   Q. In that general meet-and-greet, the 50
17 to 75 people, do you know how they're chosen?
18   A. No, I don't.
19   Q. Are they usually young people, or have
20 you noticed?
21   A. I have noticed. I would say 90 percent
22 of the time, it's young people but, you know --
23   Q. So they're probably fans?
24   A. Yeah, definitely fans and, you know, it
25 could be young kids and then they have their parent

Page 33

1  with them or guardian. But it's the majority, young
2  people.
3    Q. Do you specifically remember the last
4  meet-and-greet, whether it was second or third, on
5  June 2nd, 2013?
6    A. What do you mean, do I remember the
7  last --
8    Q. Do you remember how many people were
9  there or anything special about it other than the
10 Mr. Mueller situation?
11   A. I remember when that situation happened
12 and she completed the meet-and-greet, we were done.
13 So I would think that was with the general public
14 meet-and-greet.
15   Q. Is it unusual that a radio personality
16 would be included in that last group?
17   A. I didn't pick him, and I don't recognize
18 radio personalities. So I wouldn't know who was who,
19 whether they were in the --
20      Even in the VIP one, if the it wasn't a
21 sports person, I wouldn't recognize them.
22   Q. And when the general meet-and-greet is
23 going on, the last one, how many people are allowed to
24 come into this photography room together?
25     MS. BENTZ: Just really quick.

9 (Pages 30 to 33)

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
GREGORY WESLEY DENT, VOLUME 1 - 7/28/2016

### Page 34

1  I just want to object.
2  You keep saying the "last"
3  meet-and-greet, and I'm not sure if you mean the
4  actual last time she greeted somebody, or you're
5  talking about what he was talking about, the general
6  meet-and-greet.
7  MS. HUNT: Okay.
8  MS. BENTZ: I just want to make sure he's
9  clear in your question.
10  BY MS. HUNT:
11  Q. Yeah, what I mean is, whether it was
12  second or third, that last general group on June 2nd,
13  2013, how did you guys organize it for how many people
14  could come into that room at a time?
15  A. Whoever is getting in the shot, whether
16  it's one, two, three or four, that's how many people
17  they let in, come up to her, take the picture. Those
18  people leave, then we bring in the next group.
19  Q. So is it defined by people who come
20  together to the show, like a family or something like
21  that?
22  A. Yes, if they come together, I think they
23  would take the picture together, and if there was an
24  individual, then the individual takes the picture.
25  Q. And is there a limit on how many people

### Page 35

1  can be in each group?
2  A. Oh, I don't know.
3  Q. It hasn't come up as a problem?
4  A. No.
5  Q. Okay. The people you've indicated on
6  your drawing, besides Ms. Swift and you and the
7  photographer, who are those other two people?
8  A. Gabby was Taylor's assistant.
9  Q. And that's the "G" there?
10  A. That's the "G".
11  The "E" is Erica. That was the
12  Tour Manager.
13  Q. What was their role during this
14  meet-and-greet photography session?
15  A. Well, Taylor would always get a lot of
16  gifts. So when she would get them, Gabby would come
17  up and take the gifts from her, or sometimes I think
18  people might say, "Hey, I got so-and-so out here that
19  said they're supposed to be here", and Erica would be
20  the one to have to go out and go yay or nay, say it
21  was okay for them to come in or not.
22  Q. Okay. They don't have any security
23  role. That's just your job.
24  Correct?
25  A. That's just me.

### Page 36

1  Q. Did you have any knowledge of who
2  David Mueller was before June 2nd, 2013?
3  A. Nope, not at all.
4  Q. And do you recall independently as we
5  sit here, seeing him on the night of June 2nd, 2013?
6  A. Yes.
7  Q. Did you see him enter the photography
8  room?
9  A. Yes.
10  Q. Was he alone, or with someone?
11  A. He was with a woman.
12  Q. Okay. Did you speak to them at all?
13  A. No.
14  Q. Do you ever talk to the people who come
15  in?
16  A. When they're finished with the picture,
17  I say, "Thank you, folks. Right this way out".
18  Q. When Mr. Mueller entered the photography
19  room, did you notice anything unusual about his
20  appearance or his demeanor?
21  A. I thought he had been drinking.
22  Q. Why did you think that?
23  A. Just from my experience of seeing
24  people, and I think -- I'm pretty sure I saw him with
25  a drink in his hand when he was in the line.

### Page 37

1  Q. And can you say more about that?
2  Was there something about the way he was
3  behaving physically that led you to that conclusion?
4  A. No, he wasn't staggering or anything,
5  but I just thought he had been drinking.
6  Q. Well, did you have any reason to think
7  that that was not his first drink in his hand?
8  A. I have no way of knowing that. I can't
9  judge that.
10  Q. Did you hear him slur his words, or
11  anything like that?
12  A. I didn't hear him talk.
13  Q. So did you witness him have any -- him
14  and his companion, did you witness their interaction
15  with Ms. Swift before the photograph was taken?
16  A. No, because he comes into the room here,
17  and they walk straight up. And she usually greets
18  everybody with a hug.
19  Q. Do you remember if she hugged
20  Mr. Mueller or his companion?
21  A. I couldn't say specifically, no, but she
22  usually hugs most people.
23  Q. And when you're standing there, what is
24  it you're looking for, specifically?
25  How are you protecting her?

10 (Pages 34 to 37)

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
GREGORY WESLEY DENT, VOLUME 1 - 7/28/2016

Page 38

1    A.  I'm there just in case. I'm the
2  insurance policy in case something happens, or, say,
3  it's a disturbance out here, anything, it's my job to
4  make sure that she gets out.
5    Q.  So there's -- In terms of seeing her hug
6  someone, that's not unusual or any cause for concern
7  on your part?
8    A.  No, not usually.
9    Q.  When you say "not usually", sometimes is
10 it a problem?
11   A.  Yeah, sometimes. Because sometimes,
12 people don't want to let go.
13   Q.  And what happens then?
14   A.  Then I move their arm.
15   Q.  Does that happen a lot?
16   A.  It happens a lot during the show,
17 because Taylor loves to go through the audience in the
18 show.
19       And people are very excited, and they
20 try to come down, and anything from grabbing her arm
21 to trying to hug her and not let go.
22       So I would always be right there and
23 make sure they let go.
24   Q.  And do you and Ms. Taylor have -- excuse
25 me -- Ms. Swift have a -- did you have a system for --

Page 39

1  some kind of signal between you for her to let you
2  know this hug has gone on too long, or something like
3  that?
4    A.  During a show, no. I make that
5  judgement, because she had to continue on because we
6  were going through the crowd.
7       So, and she would normally be singing a
8  song, so she would never stop and say, "Hey, this is
9  too long".
10      If someone grabbed her and was trying to
11 pull, I intervened instantly.
12   Q.  And did you ever have to get physically
13 involved, or was your presence --
14   A.  Yeah, I would have to grab them
15 physically with my hand to get them off of her.
16   Q.  Did you ever have a problem with someone
17 reacting badly to that?
18   A.  Not really, because in that instance,
19 we're going through. So when I get them off of them,
20 I don't really know what their reaction is because I'm
21 still following her going through to get to the next
22 stage.
23   Q.  Okay. But that's never led to some kind
24 of fight between you?
25   A.  No, I never had to hit anyone or no one

Page 40

1  has ever tried to hit me, if that's what you mean.
2    Q.  Right.
3       Were you still in the room and present
4  when the picture of Mr. Mueller and his companion and
5  Ms. Swift was taken?
6    A.  Yes.
7    Q.  Were you standing, as you've indicated
8  on the drawing, to the side?
9    A.  Yes.
10   Q.  What was your view?
11      Was your view --
12      It's different from the photographers'.
13      Correct?
14   A.  Well, yeah, the photographer is just
15 looking straight ahead. I'm looking across the room
16 behind her.
17      Because, like I said, sometimes this is
18 a solid wall, sometimes it's just a curtain. So it's
19 a walkway behind it or a room. The room could have
20 more space back here.
21      So I'm always, you know, looking out to
22 make sure nobody is coming up behind her or anything
23 like that.
24   Q.  And from your viewpoint there, could you
25 see the sides of the three people standing for the

Page 41

1  picture, or the backs of the three people?
2    A.  I could see the back, straight like I'm
3  looking at the back of these chairs.
4    Q.  And is that where you were looking while
5  the picture was being taken?
6    A.  Yes.
7    Q.  And did you notice anything unusual
8  going on while the photo was being taken?
9    A.  Well, before the photo was taken is when
10 I saw him go to put his arm around her and him lift up
11 her skirt.
12      She reacted, pushed her skirt down, and
13 jumped to the side and went closer to the girl that
14 was with him.
15   Q.  You're talking about Mr. Mueller when
16 you say that?
17   A.  Yes.
18   Q.  And how did you come to find out that
19 was Mr. Mueller that you saw do what you just
20 described?
21   A.  I saw him.
22      What do you mean, how did I find out?
23   Q.  Well, you didn't know his name at that
24 time?
25   A.  No, I didn't know his name.

11 (Pages 38 to 41)

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
GREGORY WESLEY DENT, VOLUME 1 - 7/28/2016

Page 42

1  Q. How did you find out that was
2  Mr. Mueller?
3  A. I still didn't know his name, even
4  afterwards. I knew who he was, because I saw him do
5  it.
6      So his name, for me, never figured into
7  anything that day. I didn't know his name even the
8  next day.
9  Q. Do you being when you learned his name?
10  A. Probably when this got publicized about
11  somebody suing Taylor.
12      Because I've been gone for three years,
13  so I haven't really been in touch with anybody in her
14  camp.
15      So the first call I got about this was
16  from Tailor's attorney, about 2 or 3 months ago, and I
17  told him --
18  MS. BENTZ: Well, one second.
19  THE WITNESS: All right.
20  MS. BENTZ: Before you talk about that, he's
21  actually my law partner.
22  THE WITNESS: Right.
23  MS. BENTZ: We're also your counsel.
24      Your conversations with him are also
25  privileged --

Page 43

1  THE WITNESS: Okay.
2  MS. BENTZ: -- so let's not disclose the
3  content of your conversation.
4  THE WITNESS: So I got a call from them, and
5  then a few weeks ago, I got a call from you guys. And
6  then that's when I contacted Tailor's people, because
7  I needed a release to be able to talk to anybody,
8  because I wasn't going to get sued because I signed
9  confidentiality agreements.
10  BY MS. HUNT:
11  Q. That's part of your security job.
12      Right?
13  A. 99 percent of the time with anyone you
14  work with, if they going to want a Confidentiality
15  Agreement, because you can hear anything from business
16  conversations to personal things, that they have to be
17  able to trust the people they're around that, you
18  know, their story is not going to get out.
19  Q. I imagine you've heard an ear full.
20  A. I wouldn't know.
21  Q. Okay. So when you saw this --
22      Let's go back to what you saw
23  Mr. Mueller do.
24      Do you know -- Can you describe which
25  hand he used to touch Ms. Swift?

Page 44

1  A. I was --
2  MS. BENTZ: Before you answer, I'm just going
3  to object because I think you've misstated what he
4  said.
5      But go ahead with your answer.
6  BY MS. HUNT:
7  Q. Okay --
8  A. I was on the side of his girlfriend.
9      And like I said, I don't remember if
10  they were going right to left or left to right. So,
11  no, I don't remember what hand.
12  Q. You know what? We can probably clear
13  that up a little bit with --
14  A. But it's going to be the hand that was
15  closest to her, because they was -- he was on the side
16  of her.
17  MS. HUNT: I guess we'll re-number this.
18  (Whereupon Exhibit 1C was marked for
19  identification)
20  BY MS. HUNT:
21  Q. Do you recognize that photograph?
22  A. Yeah, I recognize him.
23  Q. Do you recognize the man on the right as
24  we're looking at the photograph?
25  A. Yes.

Page 45

1  Q. So don't mark on the page, please, but
2  can you tell me which side you would have been
3  standing on?
4  A. On the side of the woman.
5  Q. Okay. And so your view, from your prior
6  description, was behind the backs of this woman and
7  Ms. Swift.
8      Is that right?
9  A. Yes.
10  Q. Okay. And what did you see exactly?
11      You need to say it in words so the court
12  reporter can take it down.
13  A. Oh, right.
14      Okay. I saw his hand and her skirt come
15  up, and then his hand came out. And he put his hand
16  on her back. She pushed her skirt back down with one
17  hand, and she moved over closer to the girl, just like
18  she is in this photo.
19  Q. Did you see his hand on Ms. Swift's body
20  other than her back?
21  A. No.
22  Q. You did not see any touching under the
23  skirt.
24      Is that correct?
25  A. Correct.

12 (Pages 42 to 45)

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
GREGORY WESLEY DENT, VOLUME 1 - 7/28/2016

Page 46

1  Q. Okay. And did you have an opinion at
2  that time as to whether that was an accidental lifting
3  of the skirt or purposeful one?
4  A. I didn't have an opinion of whether it
5  was accidental or on purpose. I just thought --
6     Well, I knew he touched her butt. Now,
7  I can't tell you to what degree, but I knew he touched
8  her butt.
9  Q. How do you know that?
10 A. By the way he put his hand up, and by
11 her reaction.
12 Q. What was her reaction?
13 A. She immediately pushed her skirt down,
14 and moved over closer to the girl that was in the
15 picture with him -- that was up there with him.
16 Q. And was that response from her unusual
17 in your opinion?
18 A. Yeah, I've never seen it before. I'd
19 never seen that happen in however many meet-and-greets
20 I've done and tours in '09, '11 and '13. That was a
21 first.
22 Q. It was the first what?
23 A. Time I had ever seen that happen.
24 Q. That you had seen her skirt lifted?
25 A. Or here react like that from somebody

Page 47

1  touching her.
2  Q. Now, what did you do in response to
3  seeing what you just described?
4  A. At the time, when I saw it, I kind of
5  looked. And I was looking at her to see what she was
6  going to do.
7     She immediately went on and went through
8  with the meet-and-greet, and finished. She took the
9  picture, and we finished the meet-and-greet.
10    And then she instantly went up and told
11 the other people in the room what happened.
12    So I was right there. I didn't do
13 anything because I kind of played off of how she would
14 react. And if she wanted me to do something, she
15 would have looked at me and I would have stepped up.
16    But she -- Because of other people in
17 line, also, she finished the meet-and-greet. And
18 immediately when it was over is when she brought it to
19 everybody else's attention.
20 Q. And when you saw the lifting of the
21 skirt, could you see Mr. Mueller's hand, itself, or
22 could you just see the skirt move?
23 A. I could see the skirt come up, and then
24 his hand came out.
25 Q. Okay. So just to clarify, you did not

Page 48

1  see him touch her buttocks?
2  A. Correct.
3  Q. In the instant that you saw the skirt go
4  up and down, was there time for -- I guess there's no
5  other way to put it -- for him to grab her butt?
6  A. I don't know, because I can't tell you,
7  you know, that his hand went at whatever rate of
8  speed.
9     I just, from my opinion, I thought for
10 sure he touched it.
11    So I can't tell you if he brushed his
12 hand across, squeezed her butt, I can't tell you the
13 extent of it, but I thought he touched her butt.
14 Q. And did you, during that incident, look
15 at his face at any time?
16 A. Yes.
17 Q. And did you notice anything about his
18 demeanor that suggested anything to you?
19 A. No.
20 Q. Did he make eye contact with you?
21 A. Not that I recall.
22 Q. Did he say anything to Ms. Swift?
23    Did he say, "Excuse me", or anything
24 like that?
25 A. No, I've never heard him talk when we

Page 49

1  were in there.
2  Q. After Mr. Mueller and his companion left
3  the photo booth, do you recall how many more fans came
4  in for the rest of the meet-and-greet?
5  A. No, I don't. It wasn't many, because it
6  was pretty close to the end of it.
7     But being close to the end, I mean, I
8  don't know if it was 10 more, 20 more, 30 more,
9  because I couldn't tell you the exact number of the
10 people that were in this meet-and-greet.
11    But immediately, when it was over, she
12 brought it to everybody else's attention.
13 Q. Okay. Tell me more about that.
14    How did she bring it to everyone's
15 attention?
16 A. She went -- Well, by then, all of the
17 fans are out of the room, and it's just us.
18    And she goes up to the other people to
19 say, "That guy touched my butt."
20    And they go through the camera and start
21 looking to see his picture. So I was just standing
22 there waiting.
23    And I called the other security people
24 on the radio. They came up. And some of them took a
25 look at the picture.

13 (Pages 46 to 49)