IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:15-cv-01974-WJM-KLM

DAVID MUELLER

           Plaintiff,

v.

TAYLOR SWIFT; FRANK BELL; and
ANDREA SWIFT a/k/a ANDREA FINLAY

           Defendants.

## DECLARATION OF KATHERINE WRIGHT IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE EXPERT REPORT, OPINIONS, AND TESTIMONY OF JEFFREY B. OPP

I, Katherine Wright, hereby declare as follows:

1. I am an attorney duly licensed by the District of Columbia and State of Maryland. I am an associate at the law firm of Venable LLP, and counsel of record for Defendants in the above-captioned case. I provide this Declaration in support of Defendants' Motion to Exclude the Expert Report, Opinions, and Testimony of Jeffrey B. Opp.

2. I have personal knowledge of and am competent to testify to the facts set forth herein.

3. Attached hereto as Exhibit 1 is a true and correct copy of the June 14, 2016 Expert Report of Jeffrey B. Opp.

4. Attached hereto as Exhibit 2 is a true and correct copy of Plaintiff's June 15, 2016 Federal Rule of Civil Procedure 26(a)(2) Disclosures.

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the July 15, 2016 Deposition of Jeffrey B. Opp.

6. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the July 13, 2016 Deposition of David Mueller.

7. Attached hereto as Exhibit 5 is a true and correct copy of David Mueller's radio resume, MUELLER0082

8. Attached hereto as Exhibit 6 is a true and correct copy of Plaintiff's January 4, 2013 Employment Contract, SWIFT_0000003-18.

9. Attached hereto as Exhibit 7 is a true and correct copy of Plaintiff's Agency Agreement, WEISS000088-90.

10. Attached hereto as Exhibit 8 is a true and correct copy of the September 20, 2012 Lincoln Financial Employees' 401(k) Savings Plan, ENTERCOM00001-52.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 11, 2017

_____
Katherine Wright