# EXHIBIT 1

Opp & COMPANY, INC.



June 14, 2016

M. Gabriel McFarland, Esq.
Evans & McFarland, LLC
910 13th Street, Suite 200
Golden, Colorado 80401

Re:   David J. Mueller

Dear Mr. McFarland:

At your request, I have prepared the following preliminary computations and analyses concerning the economic losses of Mr. Mueller that resulted from the issues associated with claims made against him on June 2, 2013 and his resultant termination from Lincoln Financial Media Company of Colorado, operator of radio station KYGO (KYGO):

## Summary of Losses

| | *Future Loss Period Continues For:* | | | |
|---|---|---|---|---|
| | *One Year from Date of Report* | *Two Years from Date of Report* | *Ten Years from Date of Contract* | *15 Years from Date of Contract* |
| Expected lost historical earnings from June 4, 2013 (the effective date of Mr. Mueller's termination) through June 14, 2016 (the date of this report) | $ 638,284 | $ 638,284 | $ 638,284 | $ 638,284 |
| Projected future lost earnings from June 14, 2016 (the date of this report) through Mr. Mueller's expected work-life, discounted to present value | $ 218,932 | $ 427,926 | $ 1,345,776 | $ 2,266,512 |
| Projected future lost Social Security pension benefits as of Mr. Mueller's projected retirement date, discounted to present value | $ 0 | $ 0 | $ 11,832 | $ 11,841 |
| Total Losses | $ 857,216 | $ 1,066,210 | $ 1,995,892 | $ 2,916,637 |

399 Perry Street, Suite 201, Castle Rock, CO 80104   Office: 303.694.7507   Fax: 303.694.7508   Web: OppandCompany.com

June 14, 2016
M. Gabriel McFarland, Esq.
Page 2

Analyses

A. Mr. Mueller's expected lost historical earnings of approximately $638,284 are detailed in the enclosed schedules, and are based upon the following assumptions:

1. Mr. Mueller was terminated from his position of On-Air Talent at KYGO on June 4, 2013. Mr. Mueller had signed a two-year contract with a third option year with KYGO on January 4, 2013 and actually began work on January 22, 2013. Despite an extensive job search effort, Mr. Mueller has been unable to find a comparable position to the one he enjoyed a KYGO due to the issues surrounding the claims made against him. In fact, Mr. Mueller has been unable to find any On-Air Talent positions in radio due to the issues surrounding the claims made against him. As a result, Mr. Mueller has not earned any material amounts since his termination from KYGO.

2. Even though Mr. Mueller's contract with KYGO was only for two years (2013 and 2014) with an option year (2015), the amounts he earned and could expect to have earned under the contract (base salary, talent endorsements, bonuses and employer-paid benefits) are clearly indicative of his quantified value as an On-Air Talent. As such, for purposes of this analysis, I have assumed that Mr. Mueller, barring the claims made against him and his termination, could have expected to earn amounts consistent with his KYGO contract for the balance of this planned work-life expectancy.

3. Mr. Mueller, barring his termination, could have expected annualized gross earnings amounts (base salary plus talent endorsements) of approximately $181,200, $181,200, $201,200 and $207,236 for the years 2013, 2014, 2015 and 2016, respectively[1]. The 2013 and 2014 amounts are equal to Mr. Mueller's actual 2013 base salary of $150,000 plus his annualized 2013 talent endorsements of $31,200 (see the enclosed schedule). The 2015 amount is equal to Mr. Mueller's option year base salary of $170,000 plus his annualized 2013 talent endorsements of $31,200 (see the enclosed schedule). The 2016 amount is equal to calculated 2015 amounts plus subsequent annual 3.00% inflation-only increases. I have used an inflation-only increase due to the lack of information regarding Mr. Mueller's post-contract rate of base salary increases.

---

[1] It is important to note that Mr. Mueller's contract also provides for bonuses based upon his programs rankings in the Arbitron PPM survey. However, based upon my conversations with Mr. Mueller, his program did not meet the threshold for any of these bonuses prior to his termination. As such, I have not calculated any losses in this category. This is a particularly conservative assumption given that Mr. Mueller's program had been on the air for less than five months at the time of his termination. Consequently, it may well be that Mr. Mueller's program would have met the bonus threshold had he been allowed to continue his employment.

June 14, 2016
M. Gabriel McFarland, Esq.
Page 3

4.  Mr. Mueller, had he not been terminated, could have expected to make annualized KYGO employer-paid health insurance contributions equal to approximately $10,607, $11,014, $11,437 and $11,876 for period June 30, 2013 (the date his benefits ended) through December 31, 2013 and the years 2014, 2015 and 2016, respectively. The 2013 amount is equal to Mr. Mueller's actual 2013 annualized contributions (see the enclosed schedule). The 2014, 2015 and 2016 amounts are equal to calculated 2013 amounts plus subsequent annual 3.84% increases. 3.84% is equal to the average annual increase in medical costs (CPI-M) over the preceding ten years.

5.  Mr. Mueller, had he not been terminated, could have expected annualized employer-paid 401K contributions of approximately $19,187, $19,187, $21,307 and $21,946 for the years 2013, 2014, 2015 and 2016, respectively. The 2013 and 2014 amounts are equal to Mr. Mueller's annualized 2013 amounts, which are equal to 10.59% of his gross earnings (see the enclosed schedule). The 2015 and 2016 amounts are equal to 10.59% of Mr. Mueller's gross earnings for each of these years[1].

6.  Mr. Mueller, had he not been terminated, could have expected to make annualized KYGO pre-tax contributions (employee portion of medical, dental and vision insurance premiums and employee HSA contributions) equal to approximately $5,496, $5,707, $5,926 and $6,153 for the years 2013, 2014, 2015 and 2016, respectively. The 2013 amount is equal to Mr. Mueller's annualized 2013 contribution amounts (see the enclosed schedule). The 2014, 2015 and 2016 amounts are equal to calculated 2013 amounts plus subsequent annual 3.84% increases. 3.84% is equal to the average annual increase in medical costs (CPI-M) over the preceding ten years. These amounts are not subtracted from losses but are provided for purposes of accurately calculating Social Security and Medicare deductions.

7.  As noted above, Mr. Mueller had not earned any material amounts since the date of his termination.

8.  Mr. Mueller's historical lost net earnings (gross earnings less pre-tax medical contributions) are computed net of Social Security (6.20% - subject to annual contribution maximums) and Medicare (1.45%) deductions.

---

[1] It is important to note that this rate of employer-paid contributions is significantly higher than what I would have expected. However, KYGO did in fact contribute at this rate on Mr. Mueller's behalf prior to his termination and, according to Mr. Mueller, KYGO's 401K plan was exceedingly generous. I will supplement these computations if I receive additional information regarding this issue.

June 14, 2016
M. Gabriel McFarland, Esq.
Page 4

B. Mr. Mueller's future work-life expectancy as of June 14, 2016 is assumed to be between approximately 6.54 and 11.54 years. Both of these two work-life expectancies are based upon Mr. Mueller's desire at the time he signed his KYGO contract to have this be his last job in radio before retiring or moving on to some other pursuit. According to Mr. Mueller, he had intended to work for KYGO for between ten and 15 years before leaving radio. A 6.54-year work-life expectancy assumes that barring his termination, Mr. Mueller would have worked at KYGO or some other station for ten years from January 1, 2013 or until approximately December 31, 2022. An 11.54-year work-life expectancy assumes that barring his termination, Mr. Mueller would have worked at KYGO or some other station for 15 years from January 1, 2013 or until approximately December 31, 2027.

C. Mr. Mueller's ability to secure employment, let alone his anticipated earnings from said employment in the future is currently unknown. As such, for purposes of this analysis, I have calculated future losses based upon four distinct time loss periods, one year, two years, ten years (low-end work-life expectancy) and 15 years (high-end work-life expectancy). Each of these loss periods assume that Mr. Mueller will have zero earnings during the time period, but that after the end of the period, Mr. Mueller will no longer suffer any losses. That is, his alternate earnings will exactly match his projected lost KYGO earnings from the end of the time period through the balance of his work life expectancy. I will supplement these computations when and if additional information becomes available in order to more accurately narrow the range of future losses.

D. Mr. Mueller's projected lost future earnings of between approximately $218,932 (One Year), $427,926 (Two Years) $1,345,776 (10 Contract Years) and $2,266,512 (15 Contract Years) are detailed in the enclosed schedules, and are based upon the following:

   1. Mr. Mueller, barring his termination, could have expected initial future 2016 KYGO gross earnings amounts of approximately $207,236 per year, plus subsequent annual 3.00% inflation-only increases (see A.3, above).

   2. Mr. Mueller, barring his termination, could have expected initial future 2016 KYGO employer-paid health insurance contribution amounts of approximately $11,876 per year, plus subsequent annual 3.84% medical inflation-only increases (see A.4, above).

   3. Mr. Mueller, barring his termination, could have expected initial future 2016 KYGO employer-paid 401K contribution amounts of approximately $21,946 per year, plus subsequent annual 3.00% inflation-only increases consistent with gross earnings increases (see A.5, above).

June 14, 2016
M. Gabriel McFarland, Esq.
Page 5

    4.    Mr. Mueller, barring his termination, could have expected to make initial future 2016 KYGO pre-tax contribution amounts of approximately $6,153 per year, plus subsequent annual 3.84% medical inflation-only increases (see A.6, above). These amounts are not subtracted from losses but are provided for purposes of accurately calculating Social Security and Medicare deductions.

    5.    Mr. Mueller's projected future lost net earnings (gross earnings less pre-tax medical contributions) are computed net of Social Security (6.20% - subject to annual contribution maximums) and Medicare (1.45%) deductions.

E.    Mr. Mueller's projected lost Social Security retirement benefits of between approximately $0 (One Year), $0 (Two Years) $11,832 (10 Contract Years) and $11,841 (15 Contract Years) are detailed in the enclosed schedules, and are based upon the following:

    1.    Had Mr. Mueller been able to continue to work at the above-described level through ten and 15 years from the inception of his KYGO contract, he would have accumulated Social Security retirement benefits, discounted to present value, of between approximately $414,973 and $414,982 (see enclosed Social Security Computations - Unimpaired Earnings – 10 and 15 Contract Years, respectively).

    2.    Based upon his historical pre-termination and projected post-termination earnings, Mr. Mueller can expect to receive the same Social Security retirement benefits, discounted to present value, as those referenced in E.1, above if his future loss period only extends for one or two years.

    3.    Based upon his historical pre-termination and projected post-termination earnings, Mr. Mueller can expect to receive Social Security retirement benefits, discounted to present value, of between approximately $403,141 and $403,141 if his loss period extends for the remainder of his planned work-life expectancies (see enclosed Social Security Computations - Impaired Earnings – 10 and 15 Contract Years, respectively).

    4.    As a result, Mr. Mueller can expect to receive lower Social Security retirement benefits, discounted to present value, of between approximately $0 (One Year), $0 (Two Years) $11,832 (10 Contract Years) and $11,841 (15 Contract Years).

June 14, 2016
M. Gabriel McFarland, Esq.
Page 6

> 5. These calculations are computed using Mr. Mueller's highest 35 years of indexed earnings per Social Security regulations. As such, estimates of pre-2013 earnings (the only year provided) have been used. For purposes of this analysis, I have assumed that Mr. Mueller earned 100% of the maximum creditable Social Security earnings for those years. If this is later determined to be inaccurate, losses in this category will increase accordingly.

F. These losses have been discounted to present value using 5.00% (earnings losses) and 6.00% (Social Security losses) interest rates based upon the average rate of return of risk-free U.S. Government bonds over the next 1 - 28 years. Use of these interest rates yield discount rates of 2.00%, 1.16% and 2.00% for KYGO gross earnings and earnings-driven amounts, health benefits and medical cost-drive amounts and Social Security pension amounts, respectively, based upon their projected rates of increase. The present value is the fund required today to replace future losses such that, at the end of the future loss period, the fund's balance after annual withdrawals will be zero.

Enclosed is a copy of my resume, a rate schedule for my firm, as well as my testimony record.

I will update these computations if I receive additional information concerning this matter. This report was prepared in connection with the above referenced matter and is not to be used for any other purpose.

Sincerely,

Jeffrey B. Opp

JBO/sld
Enclosures

-David J. Mueller-
Projected Lost Earnings Calculation

| Period | Gross Earnings | Health Benefits | ER 401K Contrib. | Projected Unimpaired Earnings Pre-Tax Contrib. | (Less) SS Ded. | (Less) Med. Ded. | Net Rate | Period Rate | Gross Earnings | Health Benefits | Actual and Projected Impaired Earnings ER 401K Contrib. | Pre-Tax Contrib. | (Less) SS Ded. | (Less) Med. Ded. | Net Rate | Period Rate | Projected Difference | Present Value/5% | Cumulative Future Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/05/13 | 181,200 | - | 19,187 | (5,496) | (7,049) | (2,546) | 190,790 | 13,591 | - | - | - | - | - | - | - | - | 13,591 | 13,591 | |
| 07/01/13 | 181,200 | 10,607 | 19,187 | (5,496) | (7,049) | (2,546) | 201,397 | 101,526 | - | - | - | - | - | - | - | - | 101,526 | 101,526 | |
| 01/01/14 | 181,200 | 11,014 | 19,187 | (5,707) | (7,254) | (5,089) | 199,058 | 199,058 | - | - | - | - | - | - | - | - | 199,058 | 199,058 | |
| 01/01/15 | 201,200 | 11,437 | 21,307 | (5,926) | (7,347) | (5,663) | 220,934 | 220,934 | - | - | - | - | - | - | - | - | 220,934 | 220,934 | |
| 01/01/16 | 207,236 | 11,876 | 21,946 | (6,153) | (7,744) | (5,831) | 227,483 | 102,554 | - | - | - | - | - | - | - | - | 102,554 | 102,554 | One Year 218,932 |
| 06/14/16 | 207,236 | 11,876 | 21,946 | (6,153) | (7,744) | (5,831) | 227,483 | 622 | - | - | - | - | - | - | - | - | 622 | 622 | |
| Historical Subtotal: | | | | | | | | 638,284 | | | | | | | | | 638,284 | 638,284 | |
| 06/15/16 | 207,236 | 11,876 | 21,946 | (6,153) | (7,744) | (5,831) | 227,483 | 124,308 | - | - | - | - | - | - | - | - | 124,308 | 120,934 | |
| 01/01/17 | 213,453 | 12,332 | 22,605 | (6,390) | (8,139) | (6,005) | 234,247 | 105,892 | - | - | - | - | - | - | - | - | 105,892 | 97,998 | Two Years 427,926 |
| 06/15/17 | 213,453 | 12,332 | 22,605 | (6,390) | (8,139) | (6,005) | 234,247 | 128,354 | - | - | - | - | - | - | - | - | 128,354 | 112,996 | |
| 01/01/18 | 219,857 | 12,806 | 23,283 | (6,635) | (8,537) | (6,183) | 241,224 | 109,047 | - | - | - | - | - | - | - | - | 109,047 | 95,998 | |
| 06/15/18 | 219,857 | 12,806 | 23,283 | (6,635) | (8,537) | (6,183) | 241,224 | 132,178 | - | - | - | - | - | - | - | - | 132,178 | 110,690 | |
| 01/01/19 | 226,452 | 13,298 | 23,981 | (6,890) | (8,939) | (6,367) | 248,425 | 248,425 | - | - | - | - | - | - | - | - | 248,425 | 208,040 | |
| 01/01/20 | 233,246 | 13,808 | 24,701 | (7,154) | (9,332) | (6,557) | 255,866 | 255,866 | - | - | - | - | - | - | - | - | 255,866 | 203,801 | Ten Year Contract 1,345,776 |
| 01/01/21 | 240,243 | 14,338 | 25,442 | (7,429) | (9,743) | (6,752) | 263,529 | 263,529 | - | - | - | - | - | - | - | - | 263,529 | 199,674 | |
| 01/01/22 | 247,451 | 14,889 | 26,205 | (7,714) | (10,152) | (6,952) | 271,441 | 271,441 | - | - | - | - | - | - | - | - | 271,441 | 195,645 | |
| 01/01/23 | 254,874 | 15,461 | 26,991 | (8,011) | (10,568) | (7,159) | 279,599 | 279,599 | - | - | - | - | - | - | - | - | 279,599 | 191,703 | |
| 01/01/24 | 262,520 | 16,054 | 27,801 | (8,318) | (10,980) | (7,372) | 288,024 | 288,024 | - | - | - | - | - | - | - | - | 288,024 | 187,829 | 15 Year Contract 2,266,512 |
| 01/01/25 | 270,396 | 16,671 | 28,635 | (8,638) | (11,405) | (7,591) | 296,706 | 296,706 | - | - | - | - | - | - | - | - | 296,706 | 184,061 | |
| 01/01/26 | 278,508 | 17,311 | 29,494 | (8,969) | (11,847) | (7,817) | 305,650 | 305,650 | - | - | - | - | - | - | - | - | 305,650 | 180,368 | |
| 01/01/27 | 286,863 | 17,976 | 30,379 | (9,314) | (12,305) | (8,049) | 314,864 | 314,864 | - | - | - | - | - | - | - | - | 314,864 | 176,774 | |
| 12/31/27 | 286,863 | 17,976 | 30,379 | (9,314) | (12,305) | (8,049) | 314,864 | - | - | - | - | - | - | - | - | - | - | - | |
| Future Subtotal: | | | | | | | | 3,123,882 | | | | | | | | | 3,123,882 | 2,266,512 | |
| Total | | | | | | | | 3,762,166 | | | | | | | | | 3,762,166 | 2,904,796 | |

Note: Immaterial rounding occurs in schedule

Opp and Company, Inc.

-David J. Mueller-
Social Security Benefit Computation
Unimpaired Earnings - 10 Contract Years

| Year | Annual Wages | Index Factor | Indexed Earnings | Highest 35 Average | Sum Of: 90% of 1st | 32% of Next | 15% of Next | Equals: |
|---|---|---|---|---|---|---|---|---|
| 2023 | 0 (5) | 1.14696 | 0.00 | | | | | |
| 2024 | 0 (5) | 1.09508 | 0.00 | | | | | |
| 2025 | 0 (5) | 1.04846 | 0.00 | | | | | |
| 2026 | 0 (5) | 1.00000 | 0.00 | | | | | |
| 2027 | 0 (5) | 1.00000 | 0.00 | | | | | |
| 2028 | 0 (5) | 1.00000 | 0.00 | | | | | |
| 2015 | 118,500 (2) | 1.64797 | 195,284.29 | | | | | |
| 2022 | 163,739 (2) | 1.19920 | 196,355.51 | | | | | |
| 2016 | 124,899 (2) | 1.57480 | 196,691.36 | | | | | |
| 2021 | 157,139 (2) | 1.25491 | 197,195.96 | | | | | |
| 2017 | 131,269 (2) | 1.50489 | 197,544.69 | | | | | |
| 2020 | 150,517 (2) | 1.31321 | 197,660.61 | | | | | |
| 2018 | 137,701 (2) | 1.43807 | 198,024.18 | | | | | |
| 2019 | 144,173 (2) | 1.37423 | 198,126.37 | | | | | |
| 2014 | 117,000 (2) | 1.72453 | 201,770.40 | | | | | |
| 2013 | 113,700 (2) | 1.80466 | 205,189.29 | | | | | |
| 2012 | 110,100 (2) | 1.88860 | 207,923.79 | | | | | |
| 2011 | 106,800 (2) | 1.97624 | 211,062.34 | | | | | |
| 1981 | 29,700 (2) | 7.27647 | 216,081.54 | | | | | |
| 2010 | 106,800 (2) | 2.06806 | 220,888.29 | | | | | |
| 1982 | 32,400 (2) | 6.89584 | 223,425.26 | | | | | |
| 2008 | 102,000 (2) | 2.26468 | 230,997.65 | | | | | |
| 2007 | 97,500 (2) | 2.36990 | 231,065.25 | | | | | |
| 2009 | 106,800 (2) | 2.16414 | 231,129.83 | | | | | |
| 1988 | 45,000 (2) | 5.18287 | 233,229.15 | | | | | |
| 1983 | 35,700 (2) | 6.57551 | 234,745.80 | | | | | |
| 1984 | 37,800 (2) | 6.21044 | 234,764.47 | | | | | |
| 1985 | 39,600 (2) | 5.95665 | 235,883.36 | | | | | |
| 2000 | 76,200 (2) | 3.11635 | 237,466.20 | | | | | |
| 1998 | 68,400 (2) | 3.47196 | 237,482.18 | | | | | |
| 1987 | 43,800 (2) | 5.43813 | 238,190.23 | | | | | |
| 1999 | 72,600 (2) | 3.28869 | 238,758.79 | | | | | |
| 1997 | 65,400 (2) | 3.65368 | 238,950.64 | | | | | |
| 1989 | 48,000 (2) | 4.98548 | 239,302.82 | | | | | |
| 1996 | 62,700 (2) | 3.86688 | 242,453.07 | | | | | |
| 1992 | 55,500 (2) | 4.36904 | 242,481.83 | | | | | |
| 1986 | 42,000 (2) | 5.78495 | 242,967.78 | | | | | |
| 2005 | 90,000 (2) | 2.71171 | 244,054.28 | | | | | |
| 2006 | 94,200 (2) | 2.59255 | 244,218.46 | | | | | |
| 1990 | 51,300 (2) | 4.76536 | 244,462.77 | | | | | |
| 2001 | 80,400 (2) | 3.04374 | 244,716.82 | | | | | |
| 1991 | 53,400 (2) | 4.59415 | 245,327.74 | | | | | |
| 2004 | 87,900 (2) | 2.81094 | 247,081.33 | | | | | |
| 1995 | 61,200 (2) | 4.05599 | 248,226.35 | | | | | |
| 1993 | 57,600 (2) | 4.33179 | 249,510.97 | | | | | |
| 1994 | 60,600 (2) | 4.21867 | 255,645.05 | | | | | |
| 2002 | 84,900 (2) | 3.01352 | 255,847.79 | | | | | |
| 2003 | 87,000 (2) | 2.94161 | 255,920.11 | | | | | |
| | | | | 19,546 | 1,436 | 8,654 | 9,456 | 5,480 |

Life expectancy at age 67.00 = 15.15      5,480 X 12mos. = 65,763

65,763   for   15.15   years at -2.00% =      852,234 for   12.35   years at -6.00% =   414,973
                                                          Plus Spousal Annuity(6):         0
                                                          Plus Delayed Retirment Credit(7):  0
                                                                                   Total:  414,973

Date of Birth:         ▇▇▇ 61
Date of Report:        06/14/16
Age 67.00 Retire:      ▇▇ 28
Normal Retire:         ▇▇ /28
Current Age:           54.65
Current Life Expectancy: 27.50
Life Exp. At Retire:   15.15
Retirment Year:        2028
Retirment Year %:      80.27%

(1) Assumed creditable SS earnings
(2) Maximum creditable SS earnings
(3) Actual creditable SS earnings
(4) Projected maximum creditable SS earnings
(5) Projected creditable SS earnings
(6) Not Calculated
(7) Equal to 8.00% for each year retiring after to normal retirement age

Opp and Company, Inc.

-David J. Mueller-
Social Security Benefit Computation
Unimpaired Earnings - 15 Contract Years

| Year | Annual Wages | Index Factor | Indexed Earnings | Highest 35 Average | Sum Of: 90% of 1st: | 32% of Next: | 15% of Next: | Equals: |
|---|---|---|---|---|---|---|---|---|
| 2028 | 0 (5) | 1.00000 | 0.00 | | | | | |
| 2026 | 191,073 (4) | 1.00000 | 191,072.90 | | | | | |
| 2025 | 183,954 (4) | 1.04846 | 192,500.39 | | | | | |
| 2024 | 177,100 (2) | 1.09508 | 193,938.53 | | | | | |
| 2015 | 118,500 (2) | 1.64797 | 195,284.29 | | | | | |
| 2023 | 170,452 (2) | 1.14596 | 195,331.01 | | | | | |
| 2022 | 163,739 (2) | 1.19920 | 196,355.51 | | | | | |
| 2016 | 124,899 (2) | 1.57480 | 196,691.36 | | | | | |
| 2021 | 157,139 (2) | 1.25491 | 197,195.96 | | | | | |
| 2017 | 131,269 (2) | 1.50489 | 197,544.69 | | | | | |
| 2020 | 150,517 (2) | 1.31321 | 197,680.61 | | | | | |
| 2018 | 137,701 (2) | 1.43807 | 198,024.18 | | | | | |
| 2019 | 144,173 (2) | 1.37423 | 198,126.37 | | | | | |
| 2027 | 198,467 (4) | 1.00000 | 198,467.43 | | | | | |
| 2014 | 117,000 (2) | 1.72453 | 201,770.40 | | | | | |
| 2013 | 113,700 (2) | 1.80466 | 205,189.29 | | | | | |
| 2012 | 110,100 (2) | 1.88850 | 207,923.79 | | | | | |
| 2011 | 106,800 (2) | 1.97824 | 211,062.34 | | | | | |
| 1981 | 29,700 (2) | 7.27547 | 216,081.64 | | | | | |
| 2010 | 106,800 (2) | 2.06806 | 220,868.29 | | | | | |
| 1982 | 32,400 (2) | 6.89584 | 223,425.26 | | | | | |
| 2008 | 102,000 (2) | 2.26468 | 230,997.65 | | | | | |
| 2007 | 97,500 (2) | 2.36990 | 231,065.25 | | | | | |
| 2009 | 106,800 (2) | 2.16414 | 231,129.83 | | | | | |
| 1988 | 45,000 (2) | 5.18287 | 233,229.15 | | | | | |
| 1983 | 35,700 (2) | 6.57551 | 234,745.80 | | | | | |
| 1984 | 37,800 (2) | 6.21044 | 234,754.47 | | | | | |
| 1985 | 39,600 (2) | 5.95665 | 235,883.36 | | | | | |
| 2000 | 76,200 (2) | 3.11635 | 237,466.20 | | | | | |
| 1998 | 68,400 (2) | 3.47196 | 237,462.18 | | | | | |
| 1987 | 43,800 (2) | 5.43813 | 238,190.23 | | | | | |
| 1999 | 72,600 (2) | 3.28869 | 238,758.79 | | | | | |
| 1997 | 65,400 (2) | 3.65368 | 238,950.64 | | | | | |
| 1989 | 48,000 (2) | 4.98548 | 239,302.82 | | | | | |
| 1996 | 62,700 (2) | 3.86888 | 242,453.07 | | | | | |
| 1992 | 55,500 (2) | 4.36904 | 242,481.83 | | | | | |
| 1986 | 42,000 (2) | 5.78495 | 242,967.78 | | | | | |
| 2005 | 90,000 (2) | 2.71171 | 244,054.28 | | | | | |
| 2006 | 94,200 (2) | 2.59255 | 244,218.46 | | | | | |
| 1990 | 51,300 (2) | 4.76538 | 244,462.77 | | | | | |
| 2001 | 80,400 (2) | 3.04374 | 244,716.82 | | | | | |
| 1991 | 53,400 (2) | 4.59415 | 245,327.74 | | | | | |
| 2004 | 87,900 (2) | 2.81094 | 247,081.33 | | | | | |
| 1995 | 61,200 (2) | 4.05599 | 248,226.35 | | | | | |
| 1993 | 57,600 (2) | 4.33179 | 249,510.97 | | | | | |
| 1994 | 60,600 (2) | 4.21857 | 255,645.05 | | | | | |
| 2002 | 84,900 (2) | 3.01352 | 255,847.79 | | | | | |
| 2003 | 87,000 (2) | 2.94161 | 255,920.11 | | | | | |
| | | | | 19,647 | 1,436 | 8,654 | 9,456 | 5,480 |

Life expectancy at age 67.00 = 15.15     5,480 X 12mos. = 65,765

65,765  for  15.15  years at -2.00% =     852,253 for  12.35  years at -6.00% =  414,982
                                                Plus Spousal Annuity(6):  0
                                                Plus Delayed Retirement Credit(7):  0
                                                Total:  414,982

Date of Birth:              /61
Date of Report:         06/14/16
Age 67.00 Retire:       /28
Normal Retire:           /28
Current Age:             54.65
Current Life Expectancy:  27.50
Life Exp. At Retire:      15.15
Retirement Year:          2028
Retirement Year %:       80.27%

(1) Assumed creditable SS earnings
(2) Maximum creditable SS earnings
(3) Actual creditable SS earnings
(4) Projected maximum creditable SS earnings
(5) Projected creditable SS earnings
(6) Not Calculated
(7) Equal to 8.00% for each year retiring after to normal retirement age

Opp and Company, Inc.

-David J. Mueller-
Social Security Benefit Computation
Impaired Earnings - 10 Contract Years

| Year | Annual Wages | Index Factor | Indexed Earnings | Highest 35 Average | 90% of 1st: | 32% of Next: | 15% of Next: | Equals: |
|---|---|---|---|---|---|---|---|---|
| 2014 | 0 (3) | 1.72463 | 0.00 | | | | | |
| 2015 | 0 (3) | 1.64797 | 0.00 | | | | | |
| 2016 | 0 (3) | 1.57480 | 0.00 | | | | | |
| 2017 | 0 (5) | 1.50489 | 0.00 | | | | | |
| 2018 | 0 (2) | 1.43807 | 0.00 | | | | | |
| 2019 | 0 (2) | 1.37423 | 0.00 | | | | | |
| 2020 | 0 (2) | 1.31321 | 0.00 | | | | | |
| 2021 | 0 (2) | 1.25491 | 0.00 | | | | | |
| 2022 | 0 (2) | 1.19920 | 0.00 | | | | | |
| 2023 | 0 (5) | 1.14596 | 0.00 | | | | | |
| 2024 | 0 (5) | 1.09508 | 0.00 | | | | | |
| 2025 | 0 (5) | 1.04646 | 0.00 | | | | | |
| 2026 | 0 (5) | 1.00000 | 0.00 | | | | | |
| 2027 | 0 (5) | 1.00000 | 0.00 | | | | | |
| 2028 | 0 (5) | 1.00000 | 0.00 | | | | | |
| 2013 | 92,848 (3) | 1.80466 | 167,559.18 | | | | | |
| 2012 | 110,100 (2) | 1.88850 | 207,923.79 | | | | | |
| 2011 | 106,800 (2) | 1.97624 | 211,062.34 | | | | | |
| 1981 | 29,700 (2) | 7.27547 | 216,081.54 | | | | | |
| 2010 | 106,800 (2) | 2.06806 | 220,868.29 | | | | | |
| 1982 | 32,400 (2) | 6.89584 | 223,425.26 | | | | | |
| 2008 | 102,000 (2) | 2.26468 | 230,997.65 | | | | | |
| 2007 | 97,500 (2) | 2.36990 | 231,065.25 | | | | | |
| 2009 | 106,800 (2) | 2.16414 | 231,129.83 | | | | | |
| 1988 | 45,000 (2) | 5.18287 | 233,229.15 | | | | | |
| 1983 | 35,700 (2) | 6.57551 | 234,745.80 | | | | | |
| 1984 | 37,800 (2) | 6.21044 | 234,754.47 | | | | | |
| 1985 | 39,600 (2) | 5.95665 | 235,883.36 | | | | | |
| 2000 | 76,200 (2) | 3.11635 | 237,466.20 | | | | | |
| 1998 | 68,400 (2) | 3.47190 | 237,482.16 | | | | | |
| 1987 | 43,800 (2) | 5.43813 | 238,190.23 | | | | | |
| 1999 | 72,600 (2) | 3.28669 | 238,758.79 | | | | | |
| 1997 | 65,400 (2) | 3.65368 | 238,950.64 | | | | | |
| 1989 | 48,000 (2) | 4.98548 | 239,302.82 | | | | | |
| 1996 | 62,700 (2) | 3.86668 | 242,453.07 | | | | | |
| 1992 | 55,500 (2) | 4.36904 | 242,481.83 | | | | | |
| 1986 | 42,000 (2) | 5.78485 | 242,967.78 | | | | | |
| 2005 | 90,000 (2) | 2.71171 | 244,054.28 | | | | | |
| 2006 | 94,200 (2) | 2.59255 | 244,218.46 | | | | | |
| 1990 | 51,300 (2) | 4.76536 | 244,462.77 | | | | | |
| 2001 | 80,400 (2) | 3.04374 | 244,716.82 | | | | | |
| 1991 | 53,400 (2) | 4.59415 | 245,327.74 | | | | | |
| 2004 | 87,900 (2) | 2.81094 | 247,081.33 | | | | | |
| 1995 | 61,200 (2) | 4.05599 | 248,226.35 | | | | | |
| 1993 | 57,600 (2) | 4.33179 | 249,510.97 | | | | | |
| 1994 | 60,600 (2) | 4.21857 | 255,645.05 | | | | | |
| 2002 | 84,900 (2) | 3.01352 | 255,847.79 | | | | | |
| 2003 | 87,000 (2) | 2.94161 | 255,920.11 | | | | | |
| | | | | 18,504 | 1,430 | 8,654 | 8,414 | 5,324 |

Life expectancy at age 67.00 = 15.15       5,324 X 12mos. = 63,888

63,888   for   15.15   years at -2.00% =       827,934 for   12.35   years at -6.00% =   403,141
                                               Plus Spousal Annuity(6):                          0
                                               Plus Delayed Retirement Credit(7):                0
                                                                              Total:      403,141

Date of Birth:          ■/61
Date of Report:         06/14/16
Age 67.00 Retire:       ■/28
Normal Retire:          ■/28
Current Age:            54.65
Current Life Expectancy: 27.50
Life Exp. At Retire:    15.15
Retirement Year:        2028
Retirement Year %:      80.27%

(1) Assumed creditable SS earnings
(2) Maximum creditable SS earnings
(3) Actual creditable SS earnings
(4) Projected maximum creditable SS earnings
(5) Projected creditable SS earnings
(6) Not Calculated
(7) Equal to 8.00% for each year retiring after to normal retirement age

Opp and Company, Inc.

-David J. Mueller-
Social Security Benefit Computation
Impaired Earnings - 15 Contract Years

| Year | Annual Wages | Index Factor | Indexed Earnings | Highest 35 Average | Sum Of: 90% of 1st: | 32% of Next: | 15% of Next: | Equals: |
|---|---|---|---|---|---|---|---|---|
| 2014 | 0 (3) | 1.72463 | 0.00 | | | | | |
| 2015 | 0 (3) | 1.64797 | 0.00 | | | | | |
| 2016 | 0 (3) | 1.57480 | 0.00 | | | | | |
| 2017 | 0 (5) | 1.50489 | 0.00 | | | | | |
| 2018 | 0 (5) | 1.43807 | 0.00 | | | | | |
| 2019 | 0 (5) | 1.37423 | 0.00 | | | | | |
| 2020 | 0 (5) | 1.31321 | 0.00 | | | | | |
| 2021 | 0 (5) | 1.25491 | 0.00 | | | | | |
| 2022 | 0 (5) | 1.19920 | 0.00 | | | | | |
| 2023 | 0 (5) | 1.14596 | 0.00 | | | | | |
| 2024 | 0 (5) | 1.09508 | 0.00 | | | | | |
| 2025 | 0 (5) | 1.04646 | 0.00 | | | | | |
| 2026 | 0 (5) | 1.00000 | 0.00 | | | | | |
| 2027 | 0 (5) | 1.00000 | 0.00 | | | | | |
| 2028 | 0 (5) | 1.00000 | 0.00 | | | | | |
| 2013 | 92,848 (3) | 1.80466 | 167,559.18 | | | | | |
| 2012 | 110,100 (2) | 1.88850 | 207,923.79 | | | | | |
| 2011 | 106,800 (2) | 1.97624 | 211,062.34 | | | | | |
| 1981 | 29,700 (2) | 7.27547 | 216,081.54 | | | | | |
| 2010 | 106,800 (2) | 2.06806 | 220,868.29 | | | | | |
| 1982 | 32,400 (2) | 6.89584 | 223,425.26 | | | | | |
| 2008 | 102,000 (2) | 2.26468 | 230,997.65 | | | | | |
| 2007 | 97,500 (2) | 2.36990 | 231,065.25 | | | | | |
| 2009 | 106,800 (2) | 2.16414 | 231,129.83 | | | | | |
| 1988 | 45,000 (2) | 5.18287 | 233,229.15 | | | | | |
| 1983 | 35,700 (2) | 6.57551 | 234,745.80 | | | | | |
| 1984 | 37,800 (2) | 6.21044 | 234,754.47 | | | | | |
| 1985 | 39,600 (2) | 5.95685 | 235,883.36 | | | | | |
| 2000 | 76,200 (2) | 3.11635 | 237,466.20 | | | | | |
| 1998 | 68,400 (2) | 3.47196 | 237,482.18 | | | | | |
| 1987 | 43,800 (2) | 5.43813 | 238,190.23 | | | | | |
| 1999 | 72,600 (2) | 3.28869 | 238,758.79 | | | | | |
| 1997 | 65,400 (2) | 3.65368 | 238,950.64 | | | | | |
| 1989 | 48,000 (2) | 4.98548 | 239,302.82 | | | | | |
| 1996 | 62,700 (2) | 3.86686 | 242,453.07 | | | | | |
| 1992 | 55,500 (2) | 4.36904 | 242,481.83 | | | | | |
| 1986 | 42,000 (2) | 5.78495 | 242,967.78 | | | | | |
| 2005 | 90,000 (2) | 2.71171 | 244,054.28 | | | | | |
| 2006 | 94,200 (2) | 2.59255 | 244,218.46 | | | | | |
| 1990 | 51,300 (2) | 4.76536 | 244,462.77 | | | | | |
| 2001 | 80,400 (2) | 3.04374 | 244,716.82 | | | | | |
| 1991 | 53,400 (2) | 4.59415 | 245,327.74 | | | | | |
| 2004 | 87,900 (2) | 2.81094 | 247,081.33 | | | | | |
| 1995 | 61,200 (2) | 4.05599 | 248,226.35 | | | | | |
| 1993 | 57,600 (2) | 4.33178 | 249,510.97 | | | | | |
| 1994 | 60,600 (2) | 4.21857 | 255,645.05 | | | | | |
| 2002 | 84,000 (2) | 3.01352 | 255,847.79 | | | | | |
| 2003 | 87,000 (2) | 2.94161 | 255,920.11 | 18,504 | 1,436 | 8,654 | 8,414 | 5,324 |

Life expectancy at age 67.00 =    15.15        5,324 X 12mos. =    63,888

63,888    for    15.15    years at -2.00% =    827,934 for    12.35 years at -6.00% =    403,141
Plus Spousal Annuity(6):    0
Plus Delayed Retirment Credit(7):    0
Total:    403,141

Date of Birth:    ▇▇61
Date of Report:    08/14/16
Age 67.00 Retire:    ▇▇28
Normal Retire:    ▇▇28
Current Age:    54.85
Current Life Expectancy:    27.50
Life Exp. At Retire:    15.15
Retirment Year:    2028
Retirment Year %:    80.27%

(1) Assumed creditable SS earnings
(2) Maximum creditable SS earnings
(3) Actual creditable SS earnings
(4) Projected maximum creditable SS earnings
(5) Projected creditable SS earnings
(6) Not Calculated
(7) Equal to 8.00% for each year retiring after to normal retirement age

Opp and Company, Inc.

-David J. Mueller-
2013 and 2015 Annualized LP Wages Calculation

| Company | Period | Portion of Year | Base Salary | Talent Comp.(1) | Gross Earnings | 401K Contrib.(2) | Employer-Paid Health(3) | Employer 401K Contrib.(2) | 125 Café Contrib.(1) |
|---|---|---|---|---|---|---|---|---|---|
| KYGO | 1/22/13 - 6/4/13 | 0.3726 | 55,937.50 | 7,800.00 | 63,737.50 | 2,850.00 | 3,119.65 | 2,741.00 | 1,373.92 |
|  | Balance of Calander Year | 0.6274 | 94,062.50 | 23,400.00 | 117,462.50 | 17,100.00 | 7,487.16 | 16,446.00 | 4,121.76 |
| Total |  | 1.0000 | 150,000.00 | 31,200.00 | 181,200.00 | 19,950.00 | 10,606.81 | 19,187.00 | 5,495.68 |

Percentage of Gross Earnings:   11.01%         10.59%

(1) Only For Four Months (2/1/13 - 5/31/13)
(2) Only For Two Months (4/1/13 - 5/31/13)
(3) Only For Five Months (2/1/13 - 6/30/13)

Caulson, Opp and Associates, P.C.

### -David J. Mueller-
### W-2 Earnings Comparison

| Year | Taxable Earnings | 401K Contrib. | Pre-Tax Contrib. | Soc.Sec. Earnings | Total Comp. | SS Max. Wages | Wages as a % of SS Max | Employer-Paid 401K |
|---|---|---|---|---|---|---|---|---|
| 2013 | 89,998 | 2,850 | 1,374 | 92,848 | 94,222 | 113,700 | 81.66% | 2,741 |
| 2014 | - | - | - | - | - | 117,000 | 0.00% | - |
| 2015 | - | - | - | - | - | 118,500 | 0.00% | - |

*Source: Mr. Mueller's 2013 W-2 and verbally-parovided employer 401K contributions from statement*

Opp and Company, Inc.

## -David J. Mueller-
## Key Dates

| | |
|---|---|
| Date of Report- | 06/14/16 |
| Date of Birth- | ▇▇ /61 |
| Date of Hire (KYGO)- <br> (Mr. Mueller signed contract on 1/4/13 but did not begin work until 1/22/13) | 01/04/13 |
| Date of Termination (KYGO)- | 06/04/13 |
| Date Benefits Ended (KYGO)- | 06/30/13 |
| Social Security Date of Retirement- | ▇▇ /28 |
| Earliest Pre-Termination Planned Date of Retirement- <br> (Mr. Mueller planned on working at least 10 years at KYGO prior to retiring from radio) | 12/31/22 |
| Latest Pre-Termination Planned Date of Retirement- <br> (Mr. Mueller planned on working at most 15 years at KYGO prior to retiring from radio) | 12/31/27 |
| Age as of Date of Report- | 54.65 |
| Life Expectacny as of Date of Report (U.S. Life Table 107)- | 27.50 |