# EXHIBIT 5

# JACKSON RADIO RESUME

**January 2013 to June 2013**  
Morning Show Co-host  
"Ryno and Jackson"  
98-5 KYGO - KYGO-FM / Denver, CO  
Lincoln Financial Media  
Eddie Haskell  

Wrongfully terminated

---

**April 2003 to December 2012**  
Co-founder and Chief Creative Officer  
Stefan Jones  
Nineball Radio Networks / Stillwater, MN  

Resigned position as employee to take job with Lincoln Financial Media

---

**May 2002 to May 2006**  
Executive Producer (on-air)  
"The Dave Ryan in the Morning Show"  
KDWB 101.3 - KDWB-FM / Minneapolis, MN  
Clear Channel Communications  
Rob Morris  

Employment terminated without cause

---

**October 2000 to January 2002**  
Morning Show Producer (on-air)  
"Ryno, Mongo and Val"  
96.5 the Buzz - KRBZ-FM / Kansas City, MO  
Entercom Communications  
Brian Burns  

Station format changed / employment terminated without cause

---

**October 1999 to October 2000**  
Executive Producer (on-air) and Promotions Director  
"The WNCI Morning Zoo"  
WNCI 97.9 - WNCI-FM / Columbus, OH  
Clear Channel Communications  
Todd Shannon  

Resigned to take job with Entercom

---

**MAY 1999 to OCT 1999**  
Assistant Program Director and Morning Show Co-Host  
"Ranman and Dave"  
Mix 95.9 - KXMX-FM / Los Angeles, CA  
Clear Channel Communications  
Ron Geronimo  

Station sold / Transferred to WNCI by management

---

**July 1998 to May 1999**  
Morning Show Producer (on-air)  
"Chio in the Morning" and "The Nastyman"  
Channel 933 - KHTS-FM / San Diego, CA  
Clear Channel Communications  
Todd Shannon and Diana Laird  

Transferred to KXMX by management

---

**May 1997 to July 1998**  
Morning Show Producer (on-air)  
"Dave Smiley Morning Show" Q106  
Q106 - KKLQ-FM / San Diego, CA  
Jacor Communications  
Mark Todd  

Station sold / Transferred to KHTS by management

---

**August 1994 to May 1997**  
Promotions Coordinator and Morning Show Producer  
"Dave Smiley Morning Show" Star 100.7  
Star 100.7 - KFMB-FM / San Diego, CA  
Midwest Television  
Tracy Johnson  

Resigned to take job with JACOR

Exhibit No.: 9
Deponent: mueller
Date/RPR: 7/13/16
Hunter + Geist, Inc.

MUELLER0082