# EXHIBIT 8



Your Total Rewards

# LNC Employees' 401(k) Savings Plan

*Summary Plan Description & Prospectus*
*September 20, 2012*

This document provides summary information about the terms and provisions of a
company-sponsored tax-qualified plan.  If there are any conflicts between this
information and the actual terms and provisions of the official plan documents, the
plan documents control.  Lincoln National Corporation reserves the right to amend
or terminate any company-sponsored plans at any time.

*This document constitutes part of a prospectus covering securities that have been*
*registered under the Securities Act of 1933, as amended.*

ENTERCOM00001

THESE SECURITIES HAVE NOT BEEN APPROVED OR DISAPPROVED BY THE SECURITIES AND EXCHANGE COMMISSION OR ANY STATE SECURITIES COMMISSION NOR HAS THE SECURITIES AND EXCHANGE COMMISSION OR ANY STATE SECURITIES COMMISSION PASSED UPON THE ACCURACY OR ADEQUACY OF THIS PROSPECTUS.  ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.

# LNC EMPLOYEES' 401(k) SAVINGS PLAN

### Summary Plan Description and Prospectus

The LNC Employees' 401(k) Savings Plan, formerly known as the Lincoln National Corporation Employees' Savings and Retirement Plan (the "Plan") is a defined contribution 401(k) plan sponsored by Lincoln National Corporation (the "Company").  The Plan offers you a tax-effective method to conveniently and systematically save a portion of your income by investing in one or more of the Investment Options offered under the Plan.  In addition to your own savings, the Company will also contribute to your Plan account.

The Plan is subject to the Employee Retirement Income Security Act of 1974, as amended ("ERISA").  ERISA governs the administration and funding of tax-qualified retirement plans, including provisions on reporting and disclosure, fiduciary responsibility and claims procedures.  Benefits under the Plan are not insured by the Pension Benefit Guaranty Corporation (the "PBGC"), as the PBGC does not insure benefits payable under defined contribution plans, such as this Plan.  For further information on your rights under ERISA, see the section entitled "Your Rights and Protection under ERISA" on page 25.

ENTERCOM00002

# Contents

Introducing the Plan.................................................................................................................1
Lincoln Alliance® program .......................................................................................................1
Eligibility and Participation......................................................................................................1
Automatic Enrollment...............................................................................................................1
Contributions ...........................................................................................................................2
Eligible Earnings......................................................................................................................2
Amount You May Contribute....................................................................................................3
Catch-up Contributions ...........................................................................................................3
Roth 401(k) contributions........................................................................................................4
Rollover Contributions.............................................................................................................5
Amount the Company Contributes ...........................................................................................5
Contribution Limits..................................................................................................................7
Investment of Contributions .....................................................................................................8
Participant Accounts................................................................................................................8
Securities Offered ....................................................................................................................9
Performance of the Investment Options ....................................................................................9
Your Account Transactions .......................................................................................................9
Changing Your Contribution Percentage...................................................................................9
Changing Investment Elections of FutureContributions .............................................................9
Transfers of Existing Contributions ..........................................................................................9
Valuation of Investments ........................................................................................................10
404(c) Compliance .................................................................................................................11
Vesting and Forfeiture Rules...................................................................................................11
Your contributions .................................................................................................................11
Company Contributions..........................................................................................................11
Forfeiture of non-vested Company Contributions.....................................................................12
Distributions..........................................................................................................................12
Distribution of Dividends on LNC Common Stock ...................................................................13
Distribution at Retirement ......................................................................................................13
Distribution at Disability........................................................................................................14
Distribution at Death..............................................................................................................14
Distribution at Termination of Employment ............................................................................15
Qualified Domestic Relations Order .......................................................................................15
Participant Loans ...................................................................................................................15
Withdrawals...........................................................................................................................16
Withdrawal from Your After-Tax Account ................................................................................16
Withdrawal from Your Company Contribution Accounts...........................................................17
Withdrawal from the Rollover Account ....................................................................................17
Withdrawals from your Pre-Tax Account and Roth 401(k) Account (Hardship) ..........................17
Assignment ............................................................................................................................18
Income Tax .............................................................................................................................18
Tax Effects of the Plan ............................................................................................................19
Statement of Account ..............................................................................................................20
Beneficiary Designation .........................................................................................................20
Veterans' Act ..........................................................................................................................21
How to Claim Benefits............................................................................................................21
Appealing a Denied Claim .....................................................................................................21
Source of Benefit Payments ....................................................................................................22
Plan Trustee and Recordkeeper..............................................................................................22
Fees and Expenses .................................................................................................................22
Amendment and Termination of the Plan.................................................................................23
Top Heavy Rules.....................................................................................................................23
Plan Sponsor ..........................................................................................................................23

ENTERCOM00003

**Plan Administrator and Named Fiduciary**.................................................................23
**Participating Employers** .................................................................................................23
**Plan Year**..........................................................................................................................24
**Agent for Service of Legal Process**................................................................................24
**Identification Numbers** .................................................................................................24
**Legal Note**........................................................................................................................24
**Your Rights and Protection under ERISA** .................................................................25
**Your Rights and Protection under Federal Securities Laws** ....................................26
**YOUR INVESTMENT OPTIONS (Investment Supplement)**....................................27

ENTERCOM00004

## Introducing the Plan

The LNC Employees' 401(k) Savings Plan (the "Plan"), formerly known as the Lincoln National Corporation Employees' Savings and Retirement Plan is part of our Lincoln Financial Total Rewards Program ("Program"). The Plan is designed to give you the tools and flexibility you need to plan for your personal retirement vision. The Plan represents an integral part of the Program and offers you a tax-effective method to conveniently and systematically save a portion of your income by investing in any of the Investment Options offered under the Plan. In addition, Company contributions in the form of bi-weekly matching contributions, core contributions and for certain eligible participants, transition contributions are added to your savings.

## Lincoln Alliance® program

The *Lincoln Alliance*® program ("Lincoln Alliance") is the third-party administrator and recordkeeper of the Plan. You may transact your account activity or obtain the current value of your account at any time via the Lincoln Alliance website at **www.LincolnFinancial.com**, or via the Lincoln Alliance Customer Service Center at 800 234-3500. Customer service representatives are available from 8 a.m. to 8 p.m. Eastern Time, Monday through Friday.

## Eligibility and Participation

You are eligible to participate in the Plan if you are a citizen or resident of the United States and are a common law employee of Lincoln National Corporation or an affiliate of Lincoln National Corporation that has adopted this Plan (hereinafter referred to as "Company").

The following are not eligible to participate in the Plan:

- Planners
- Sales agents
- Independent contractors*
- Leased employees*

**\*Even if the individual is or may be reclassified** as an Employee of the recipient Employer by a court of competent jurisdiction, the IRS or the DOL.

A participant generally means an eligible employee who is enrolled in the Plan and satisfies the requirements of the Plan, but may include an alternate payee or a beneficiary who has an account balance under the Plan.

## Automatic Enrollment

Employees hired or re-hired on or after January 1, 2008 will be automatically enrolled in this Plan and the Company will deduct 6% of your Eligible Earnings each pay period and contribute it to this Plan on a pre-tax basis.

Shortly after you are hired, you will be sent an enrollment kit from Lincoln Alliance, which includes information on how to increase, decrease, or stop your Pre-tax contributions. You will have a minimum of 30 days following your date of hire to initiate any changes to the automatic Pre-tax contribution percentage. If you do not make an affirmative election to change the automatic Pre-tax contribution percentage, your pre-tax Plan contribution will begin as soon as administratively feasible following the end of the 30-day enrollment period. If you make an affirmative election to opt-out of automatic enrollment prior to the end of the 30-day enrollment period, no pre-tax Plan contributions will be withheld from your Eligible Earnings.

If you were hired prior to January 1, 2008 and you were not participating in the Plan as of December 31, 2007, you were not, nor will you be, automatically enrolled in the pre-tax portion of the Plan; however, you may elect to begin making pre-tax Plan contributions at any time.

ENTERCOM00005

To begin making pre-tax Plan contributions, change your current contribution percentage or to stop making contributions, access the Lincoln Alliance website at www.LincolnFinancial.com. You will need a user name and password to access your account. If you need assistance accessing the website or do not wish to make your elections online, you may contact the Lincoln Alliance Customer Service Center at 800 234-3500 for assistance.

You may stop your pre-tax contributions to the Plan at any time. Even if you choose not to contribute a pre-tax portion of your income to the Plan, you will continue to receive Company core contributions as described on page 6 under "Additional Company Contributions".

# Contributions

## Eligible Earnings

Eligible Earnings for Plan purposes include:

- basic cash compensation (paid at regular intervals);
- annual incentive pay;
- bonuses and performance awards;
- commissions;
- overtime pay;
- pager pay;
- retroactive pay and subsidy pay;
- sales and conservation incentives;
- annuity /life compensation;
- remuneration that would have been actually paid if you had not elected to make elective deferrals under a plan qualified under section 401(a) or section 402(e)(3) of the Internal Revenue Code of 1986, as amended ("Code"), relating to deferrals under a 401(k) plan or 403(b) arrangement;
- pre-tax contributions to a flexible benefits plan under a Code section 125 cafeteria plan or a Code section 129 plan for dependent care; and
- pre-tax qualified transportation contributions that are not includible as taxable income by reason of Code section 132(f)(4).

Any income not specifically included above is not Eligible Earnings for purposes of the Plan. In addition, the following types of income are considered "Ineligible Earnings" and are excluded for purposes of the Plan:

- severance pay, retention bonus, or salary continuation pay;
- sign on bonuses;
- any bonus designated "non-benefitable";
- gifts, prizes, or employee awards;
- reimbursements;
- payment for vacation not taken;
- amounts deducted from Compensation or credited by the Company or an Employer under a nonqualified deferred compensation arrangement; and
- any amounts paid after termination of employment (except for final payroll if termination occurs "mid-cycle").

You cannot defer earnings under the Plan once you have exceeded the Code section 401(a)(17) annual compensation limit for the applicable Plan year. The annual compensation limit for 2012 is $250,000. This amount is adjusted periodically by the IRS. Your contributions and the Company's contributions to this Plan will stop for the rest of the Plan year once this limit has been reached.

ENTERCOM00006

# Amount You May Contribute

As a Plan participant, the Company may withhold regular payroll deductions from your paycheck and contribute pre-tax contributions or after-tax Roth 401(k) contributions on your behalf to the Plan. You may contribute 6% of Eligible Earnings as a result of being automatically enrolled in the Plan, or you may have elected to have between 0% and 75% of your Eligible Earnings withheld and contributed to the Plan. Contributions are made on a per-payroll-period basis.

Your aggregate contributions (pre-tax and/or Roth 401(k) contributions) cannot exceed the annual contribution limit set by the IRS plus applicable "catch up" contributions, as described below. The annual contribution limit for 2012 is $17,000. This amount is adjusted periodically by the IRS. Your contributions and any corresponding earnings are always 100% vested. Other contribution limits may apply. Once you reach the annual contribution limit your regular pre-tax and/or after-tax Roth 401(k) contributions, and matching contributions, will be stopped and restarted with the first pay period of the following year. See the "Contribution Limits" section, p. 7.

Note: *The annual contribution limit imposed by the IRS is an overall **maximum and applies to all 401(k) plans in which you participate during a calendar year. You are responsible for tracking your contributions and complying with IRS limits if you switch employers.***

Pre-tax contributions are dollars that go into the Plan before being subject to federal income taxation and income taxation in most states, counties and cities, thus deferring taxation until you receive a distribution from the Plan. Pre-tax contributions are, however, subject to FICA and FUTA taxes. Roth 401(k) contributions are after-tax contributions.

# Catch-up Contributions

Beginning with the 2012 plan year, you will no longer be required to make an election specifically for catch-up contributions. If you are an active participant age 50 and older you can elect to make a total pre-tax contribution of $22,500 to the Plan for 2012. This represents the maximum IRS deferral limit of $17,000 for 2012 plus the maximum catch-up contribution of $5,500 for 2012. The combined limit for participants eligible to make catch-up contributions cannot exceed $22,500 in 2012. To be eligible for catch-up contributions, you must be age 50 or older by the end of the Plan year; and

- Contributing at the current maximum annual pre-tax contribution limit set by the Internal Revenue Service ($17,000 for 2012), or
- Contributing at the maximum current rate allowed by the Plan for the entire Plan year, (75% of pay, up to $17,000 for 2012).

The Plan's recordkeeper will review participant accounts to ensure these eligibility requirements were met. If you are "catch-up" eligible and you made catch-up contributions during the year, your catch-up contributions may be matched only to the extent that your total contributions do not exceed the annual IRS contribution limit ($17,000 for 2012) or other limits as described in the "Contribution Limits" section, page 7.

If you are catch-up contribution eligible, and wish to defer the maximum amount allowed for the 2012 Plan Year, you should determine what percentage of your eligible compensation is necessary to make the full contribution of $22,500 for 2012.

ENTERCOM00007

For example, Gina is eligible to make both basic and catch-up contributions to the Plan. Her total compensation is $82,500 (assuming no bonuses or other earnings). She is eligible to make the following contributions for 2012:

| | |
|---|---|
| **Basic Contributions (pre-tax and Roth)** | 21% of pay, or $17,000 ($653.85 per pay period) |
| **Catch-up contribution (pre-tax and Roth )** | 6% of pay, or $5,500 ($211.54 per pay period) |
| **Total contribution** | 27% of pay, or $22,500 ($17,000 plus $5,500) |

*Note: Contributions to the Plan must be made in whole percentages, so Gina may wish to contribute 28% of pay or $23,100. The payroll system will automatically stop her total contribution for 2012 at $22,500, allowing her to make her full catch-up contribution without going over IRS limits.

*If you change employers during the year, you'll need to personally track both your regular contributions and your catch-up contributions to each employer's 401(k) plan to ensure you do not exceed the combined IRS limit of $22,500 in 2012.*

Once your election is made - your election is a continuing election unless you elect to change or discontinue your election(s).

# Roth 401(k) contributions

The Roth 401(k) feature of the Plan allows you to save money in your account through payroll deductions on an after-tax basis. Even if you are already making pre-tax contributions, you can also make Roth 401(k) contributions. However, a combination of both types of contributions cannot exceed the annual deferral limit. For 2012, the deferral limit is $17,000 (or $22,500 if you are also making catch-up contributions). The benefit of making Roth 401(k) contributions is that earnings on contributions can be withdrawn tax-free if certain criteria are met.

Factors to consider:

- You have the flexibility to make pre-tax contributions, Roth 401(k) contributions, or a combination of both.
- Roth 401(k) contributions and pre-tax contributions will be accounted for separately in your account.
- You cannot transfer balances between your pre-tax contribution account and your Roth 401(k) contribution account.
- Your Roth 401(k) and pre-tax contributions will be eligible for the employer safe-harbor matching contribution, up to 6% of your Eligible Earnings that you contribute, as described earlier. For example, if you contribute 6% Roth 401(k) or 6% pre-tax, or a combination of 3% Roth and 3% pre-tax, you will receive employer safe-harbor matching contributions on your contributions up to 6% of your Eligible Earnings that you contribute. Company matching contributions are pre-tax contributions, subject to taxation when distributed to you.
- Roth 401(k) contributions and earnings will not be subject to federal taxes at retirement if your withdrawals are considered "qualified distributions."

A withdrawal from a Roth 401(k) is considered a "qualified distribution" and not taxed if:

1. The withdrawal is taken after death, disability or upon/after reaching age 59½; and
2. The withdrawal occurs at least five years after you make your first Roth 401(k) contribution.

In addition, if you leave employment, you may have the option to roll over your Roth 401(k) contributions to a Roth IRA or to a new employer's plan if the plan allows Roth 401(k) contributions.

ENTERCOM00008

## Rollover Contributions

You may transfer or "roll over" amounts from the taxable amount of your distributions from a traditional or conduit IRA; plans qualified under 401(a) of the Internal Revenue Code, including a 401(k) plan, profit-sharing plan, defined benefit plan, stock bonus plan; a section 403(b) plan; and an eligible section 457(b) plan maintained by a governmental employer ("Rollover Contributions").

Any loan you may have outstanding from such other plan may not be rolled over into this Plan.

The rollover may be made directly from another plan to this Plan, or you may elect within 60 days following the date you receive payment from a plan to roll over the distribution to this Plan. There are certain tax consequences related to having the distribution made payable directly to you and then electing the rollover option.

Any Rollover Contributions accepted by the Plan Administrator will be credited to a separate Rollover Contribution account established in your name.

To get a Rollover Contribution form visit the Lincoln Alliance website at **www.LincolnFinancial.com**, or speak with representative at the Lincoln Alliance Customer Service Center at 800 234-3500. Customer service representatives are available from 8 a.m. to 8 p.m. Eastern Time, Monday through Friday.

## Amount the Company Contributes

The Plan provides for a safe-harbor matching contribution formula. The Company will make a matching contribution to the Plan on your behalf that equals $1 for each $1 of Eligible Earnings that you contribute, up to a maximum of 6% of your Eligible Earnings per payroll period. This matching contribution formula satisfies the Internal Revenue Service's requirements for a safe-harbor matching contribution. In general, to receive the maximum safe-harbor matching contribution, you must contribute at least 6% of your Eligible Earnings to the Plan by payroll deduction on a per payroll basis.

However, it is important, especially for certain highly compensated employees, that you estimate the total amount of your contributions as of each payroll period, including estimated bonus contributions and estimated salary increases, and adjust your contribution percentage accordingly so that you maximize your Company contribution opportunity before you reach the IRS annual compensation limit ($250,000 for 2012). Upon reaching the IRS annual compensation limit or another limit, as described in the "Contribution Limits" section on page 7, your contributions will be stopped for the remainder of the year. This means that the Company matching contributions will also stop.

### Eligibility for Safe-Harbor Matching Contribution

All eligible employees who make pre-tax and/or Roth 401(k) contributions to the Plan will be eligible for the safe-harbor matching contribution.

### Eligible Earnings Subject to Safe-Harbor Matching Contributions

The Eligible Earnings subject to the "Safe-Harbor Matching Contribution" is the same definition used for all Plan purposes (see page 2).

ENTERCOM00009

# Additional Company Contributions

## Core Contribution

If you are eligible to participate in the Plan you will receive a core contribution equal to 4% of Eligible Earnings per payroll period regardless of whether you contribute to the Plan. This means that even if you elect not to participate in the pre-tax or Roth 401(k) portion of the Plan, the Company will contribute 4% of your Eligible Earnings to an account in your name under the Plan.

## Transition Contributions

You may also be eligible for a transition contribution equal to a certain percentage of your Eligible Earnings if, as of December 31, 2007: (1) you were an active Plan participant; (2) the combination of your age and years of vesting service (your "Points") was at least equal to "46"; and (3) you were a legacy LNC Participant with a minimum of 10 years of vesting service, or a legacy JP Participant with a minimum of 5 years of vesting service. Once your transition contribution percentage is established, it will never change. Transition contributions will end on the earlier of: (a) your termination of employment with the Company (unless you are re-hired before December 31, 2017, in which case your transition contributions will resume; (b) your becoming an ineligible employee; or (c) after a period of 10 years (December 31, 2017). You are eligible for this transition contribution regardless of whether you contribute to the Plan. Your transition contribution percentage will be determined based on the following table:

### Transition Contribution Points

Points = Age (rounded up to the next whole year) + Vesting Service (rounded down to the next whole year)

| Points (age + service at 12/31/2007) | Transition Contribution Percentage | Points (age + service at 12/31/2007) | Transition Contribution Percentage | Points (age + service at 12/31/2007) | Transition Contribution Percentage | Points (age + service at 12/31/2007) | Transition Contribution Percentage |
|---|---|---|---|---|---|---|---|
| 45 or below | 0.00% | 55 | 2.00% | 65 | 4.0% | 75 | 6.0% |
| 46 | 0.20% | 56 | 2.20% | 66 | 4.2% | 76 | 6.20% |
| 47 | 0.40% | 57 | 2.40% | 67 | 4.40% | 77 | 6.40% |
| 48 | 0.60% | 58 | 2.60% | 68 | 4.60% | 78 | 6.60% |
| 49 | 0.80% | 59 | 2.80% | 69 | 4.80% | 79 | 6.80% |
| 50 | 1.00% | 60 | 3.00% | 70 | 5.00% | 80 | 7.00% |
| 51 | 1.20% | 61 | 3.20% | 71 | 5.20% | 81 | 7.20% |
| 52 | 1.40% | 62 | 3.40% | 72 | 5.40% | 82 | 7.40% |
| 53 | 1.60% | 63 | 3.60% | 73 | 5.60% | 83 | 7.60% |

ENTERCOM00010

| Points (age + service at 12/31/2007) | Transition Contribution Percentage | Points (age + service at 12/31/2007) | Transition Contribution Percentage | Points (age + service at 12/31/2007) | Transition Contribution Percentage | Points (age + service at 12/31/2007) | Transition Contribution Percentage |
|---|---|---|---|---|---|---|---|
| 54 | 1.80% | 64 | 3.80% | 74 | 5.80% | 84 | 7.80% |
| | | | | | | 85 or above | 8.00% |

Vesting years of service are determined based on the definition of vesting years of service under the terms of the Lincoln National Corporation Retirement Plan for Employees Hired Prior to January 1, 2008.

Your Core and Transition Contributions, if applicable, will be invested in the same manner as your current elections. If you do not currently contribute to the Plan, the Core and Transition Contributions, if applicable, will automatically be invested in the Plan's current default investment option. You can transfer amounts out of the default investment option and invest in any available Investment Option at any time by visiting the Lincoln Alliance website at: www.LincolnFinancial.com, or you can contact the Lincoln Alliance Customer Service Center at 800 234-3500.

## Contribution Limits

### Limits on Total Contributions

The sum of employee contributions and all Company contributions (i.e., the safe-harbor matching contribution, core and any transition contributions) for a Plan year may not exceed the Code section 415 annual addition limit. For 2012 this limit is the lesser of 100% of Eligible Earnings or $50,000. This limit is adjusted periodically by the IRS. Catch-up contributions are excluded from this limit.

Any excess core or transition contributions (but not safe-harbor matching contributions) that cannot be contributed to your Plan account due to the Code Section 415 annual addition limit will be contributed to the Lincoln National Corporation Deferred Compensation & Supplemental/Excess Retirement Plan (the "DCSERP") on your behalf, regardless of whether you are eligible to contribute to the DCSERP.

### Limit on Eligible Earnings

You cannot defer earnings once you have exceeded the Code section 401(a)(17) annual compensation limit. The annual compensation limit for 2012 is $250,000. This amount is adjusted periodically by the IRS. Neither employee nor Company contributions will be made to this Plan for you once this limit has been reached for the applicable Plan year.

Any excess core or transition contributions (but not safe-harbor matching contributions) that cannot be contributed to your Plan account due to the section 401(a)(17) annual compensation limit will be contributed to the DCSERP on your behalf, regardless of whether you are eligible to contribute to the DCSERP.

### Annual Limit on the Amount You May Contribute

Your aggregate contributions (pre-tax and/or Roth 401(k) contributions) cannot exceed the annual contribution limit set by the IRS plus applicable "catch up" contributions, as described on page 3. The annual contribution limit for 2012 is $17,000. This amount is adjusted periodically by the IRS. Once you reach the annual contribution limit for a Plan year, your regular pre-tax and/or after-tax Roth 401(k) contributions, and matching contributions, will be stopped and restarted with the first pay period of the following Plan year.

ENTERCOM00011

*Note: The annual contribution limit imposed by the IRS is an overall maximum and applies to all 401(k) plans in which you participate during a calendar year. You are responsible for tracking your contributions and complying with IRS limits if you switch employers.*

**Limits on Matching Contributions**

Generally, a Plan must meet specified non-discrimination rules with respect to contributions as established by law. Since the Company has adopted a safe-harbor employer matching contribution formula, the Plan will be deemed to satisfy these non-discrimination rules. In the future, the Company may decide not to contribute the employer safe-harbor matching contribution. However, it must notify all participants of its decision to do so and the Plan would again be subject to the average deferral percentage and average contribution percentage nondiscrimination rules.

# Investment of Contributions

Amounts contributed to the Plan will be invested in the various Investment Options offered under the Plan by the Trustee as soon as reasonably possible after receipt, and in accordance with your investment directions, the provisions of the Plan, and any applicable restrictions. Trading restrictions are discussed in more detail in the "Investment Supplement" section included below. The Plan Administrator may remove or close any Investment Options offered under the Plan at any time and from time to time in its sole discretion. Purchases of LNC common stock are made primarily in the open market. In addition to purchasing LNC common stock on the open market, the Trustee may from time to time purchase authorized and un-issued shares directly from LNC, directly from LNC shareholders, or LNC may directly contribute shares of authorized but un-issued shares of its common stock in lieu of cash. Under the terms of the Plan, certain fees, commissions, and other expenses are charged to the Plan (see the attached "Investment Supplement" for information on fees and expenses associated with the various Investment Options offered under the Plan).

# Participant Accounts

The following subaccounts, as applicable, will be established and maintained for you:

- **Pre-Tax Contribution Account:** holds the assets attributable to your pre-tax contributions.
- **Roth 401(k) Contribution Account:** holds the assets attributable to your after-tax Roth 401(k) contributions.
- **Company Contribution Accounts:**
  a) **Employer Safe-Harbor Matching Contribution:** holds the assets attributable to safe-harbor matching contributions made to your pre-tax and/or Roth 401(k) contributions.
  b) **Discretionary Matching Contribution:** holds the assets attributable to discretionary matching contributions made to your Company Contribution Account for Plan years prior to January 1, 2008.
  c) **Core Contribution:** holds the assets attributable to core contributions made to your account.
  d) **Transition Contribution:** holds the assets, if any, attributable to Transition contributions made to your account
- **After-Tax Contribution Account:** holds assets attributable to after-tax contributions made prior to 1989.
- **Rollover Contribution Account:** holds assets attributable to rollovers of qualifying lump sum distributions from other qualified plans in which you participated.
- **Intra-Company Transfers:** if you are transferred to an LNC entity that does not participate in this Plan and the LNC entity maintains a defined contribution plan, an "Intra-Company Transfer" account will be established to hold any amounts that must be accounted for separately when transferred to the other Plan.

ENTERCOM00012

# Securities Offered

There is currently on file with the Securities and Exchange Commission a Registration Statement registering 5,000,000 shares of LNC common stock for offering by the Plan, as well as an indeterminate number of "Plan Interests" relating to the other Investment Options. Interests in the assets of the Plan acquired by participants through the operation of the Plan are themselves securities. Their acquisition entails risk of loss, as well as possibility of gain.

# Performance of the Investment Options

The selection of Investment Options in which your account is invested is your sole responsibility, to be made after careful consideration of your investment needs and objectives. You should be aware that the stock market fluctuates daily and impacts the value of your account, either positively or negatively.

Investments vary by degree of expected risk and expected return. Generally, the greater the risk, the greater the return potential over the long term. Less risk will yield lower, but generally steadier returns. It is your responsibility to regularly monitor the performance of the Investment Options in which your account is invested, stay aware of economic events as well as changes in your own financial planning needs; and make changes as you deem appropriate. Your current, up-to-date performance data, as well as the Plan's historical data, is available by accessing the Lincoln Alliance website (www.LincolnFinancial.com). Click on View My Investments which provides your Plan Holdings; click on Performance for your personal performance and then click on Research All Investments which provides the historical fund performance for the Plan's Investment Options.

# Your Account Transactions

All account transactions are made via the Lincoln Alliance website (www.LincolnFinancial.com) or through the Lincoln Alliance Customer Service Center (800 234-3500). Requests for re-allocations, transfers, loans, and withdrawals that are completed on days the financial markets are open become effective that day, as long as your transaction is completed by 4:00 p.m. Eastern Time. Transactions completed when the financial markets are closed or after 4:00 p.m. Eastern Time become effective the next day on which the markets are open.

## Changing Your Contribution Percentage

To increase your contribution (subject to Plan and IRS contribution limits – see p. 7), decrease or cease your contributions to the Plan, access the Lincoln Alliance website at www.LincolnFinancial.com at any time. In the alternative, you may increase, decrease or cease your contributions to the Plan, by calling the Lincoln Alliance Customer Service Center at 1-800-234-3500. Any change must be made by 4:00 p.m. Eastern Time on the first Wednesday following a pay period, to be effective the next pay period. Your transaction is complete and effective only when you have made your designations and received a confirmation number.

## Changing Investment Elections of Future Contributions

You may provide Lincoln Alliance with investment directions that re-allocate how your future contributions will be invested among the Investment Options at any time subject to the applicable trading restrictions.

## Transfers of Existing Contributions

You may transfer a percentage of the value of any of your investment funds, subject to any restrictions on transfers applicable to such fund. This re-allocation among the funds can be made at any time and includes amounts based on your, pre-tax, after-tax, Roth 401(k), rollover accounts, and Company contributions. You can designate your transfer as a whole dollar amount or a percentage.

In order to prevent market timing, excessive trading, and similar abuses, the managers of the various Investment Options may impose additional trading restrictions or redemption fees triggered by certain kinds of trades or trading

ENTERCOM00013

activities. For mutual fund investment options, please see the relevant prospectus for information on trading restrictions or applicable redemption fees. For collective investment trust options, please consult the relevant disclosure statements for such information. These documents are available on Lincoln Alliance's website (www.LincolnFinancial.com), or by requesting them through the Lincoln Alliance Customer Service Center: 800 234-3500.

*LNC Stock Fund*: Regarding investments in the LNC Stock Fund, there are special rules pertaining to "net unrealized appreciation" (see "Tax effects of the Plan" on page 19 for more information). Please note that if you transfer out of the LNC Stock Fund, there is no carryover of cost basis to other investments. If you transfer back into the LNC Stock Fund in the future, you will establish a new cost basis in the underlying stock. This may have some tax significance if you receive shares of LNC common stock at distribution. If your lump sum distribution is in cash, cost basis would not be an issue.

## Valuation of Investments

Securities authorized for investment under the Plan will be valued each day the New York Stock Exchange is open for business. Depending on the type of security being valued, a determination of value is based on: (1) the closing price of the security on an exchange on which such security is listed; (2) the average bid quotations for such security; (3) quotations from other sources deemed by the Plan Administrator to be reliable as fairly reflecting the market price or redemption price of the securities; (4) the value as reported by an insurance company with respect to a segregated investment account in which the Plan invests; or (5) the average sale or purchase price of the security when the Trustee is required to sell or purchase securities on the open market to comply with the requests of employees.

All of the Plan's Investment Options, including the LNC Stock Fund (discussed in more detail below), are unitized. That means that if you invest in any Plan Investment Option, you and other investors own a pro-rata portion of all of the securities that may be in the Investment Option (e.g., stocks, bonds, shares of mutual funds, or units of variable insurance trust funds or other investment options – whatever the manager of the investment account has chosen to invest in to meet its investment objectives), as well as a pro-rata portion of the cash held by the Investment Option for liquidity purposes.

The value of a unit of any Investment Option is determined by adding the value of all securities in the Investment Option, plus the cash or value of the money market units, then dividing the total value of the account by the total number of outstanding units issued by the Investment Option. For the LNC Stock Fund, the value of a unit is calculated each day by dividing the current value of all LNC common stock in the account, plus any cash, by the total number of units allocated to participant Plan accounts. Some accounts, such as the LNC Stock Fund, hold units of a money market account rather than actual cash to satisfy liquidity needs. The cash or money market units are used to execute daily transactions, thus avoiding the need for the manager to sell shares of stock on the open market and wait to receive the cash proceeds from the sale to satisfy a participant's transfer or redemption transaction.

The valuation date for loans, in-service withdrawals, and transfers among Investment Options is generally the date your request via the Lincoln Alliance website (www.LincolnFinancial.com) or Lincoln Alliance Customer Service Center (800-234-3500) is received and confirmed, provided your request is in good order and as long as the transaction is made prior to 4 p.m. Eastern Time on a business day (otherwise, the next business day). In the event unit values for the Investment Options are not available to Lincoln Alliance by processing time, the valuation date will be the next business day.

When you are no longer with the Company, the valuation date for distributions will be no later than the second business day after receipt of the correctly completed distribution form by Lincoln Alliance.

The valuation date for new employee contributions, Company contributions and loan repayments is the date on or following a payday on which these monies are received, provided the funds are received by 4:00 p.m. Eastern Time by Lincoln Alliance for investment.

ENTERCOM00014

# 404(c) Compliance

The Plan is intended to comply with section 404(c) of the Employee Retirement Income Security Act, as amended ("ERISA"). Under 404(c), you are responsible for the selection of your own investments. Information on the Investment Options is always available to you via the Lincoln Alliance website (www.LincolnFinancial.com) or through the Lincoln Alliance Customer Service Center (800 234-3500) by request. We periodically provide you with information on investment option changes and other information so that you have the opportunity to exercise meaningful, independent control over the assets in your account. Plan fiduciaries of a 404(c) plan are not liable for plan losses that are the direct result of your investment instructions or as a result of investments in a Qualified Default Investment Alternative, as described below.

If you do not give Lincoln Alliance specific investment directions for your Plan account, Lincoln Alliance will automatically invest your salary deferral contributions in the Delaware Foundation® Moderate Allocation Fund (a mutual fund). The Delaware Foundation® Moderate Allocation Fund is considered a Qualified Default Investment Alternative under Department of Labor regulation §2550.404c-5(c). If you are automatically enrolled in the Plan, and your contributions are invested in the Delaware Foundation® Moderate Allocation Fund in the absence of your investment direction, you will remain invested in this fund unless and until you affirmatively elect to change your investment direction to any other Investment Option. You can change your investment directions at any time.

More information, including a description of the annual operating expenses of each investment option, copies of financial reports for each Investment Option, and copies of the LFG Insider Trading and Confidentiality Policy, is available. If interested, contact the Plan Administrator, Lincoln National Corporation Benefits Committee, c/o George A. Murphy, 150 N. Radnor Chester Road, Building B, 2nd Floor, Radnor, PA 19087, 484 583-1400.

# Vesting and Forfeiture Rules

## Your contributions

Your pre-tax and/or after-tax Roth 401(k) contributions to the Plan and any associated earnings are always immediately vested at 100%.

## Company Contributions

Vesting determines when the Company contributions credited to your account and the earnings thereon become non-forfeitable.

The safe-harbor matching contributions are always 100% vested. If you were employed by the Company on December 31, 2007, you were also 100% vested in your pre-2008 Company matching contributions. Transition contributions, if any, that are made on your behalf are also 100% vested.

Core contributions are 100% vested after you have completed two years of vesting service. You are credited with a year of vesting service on each December 31 in which you are employed by the Company.

**Vesting at termination at age 55 or later, or at disability, retirement, death or job elimination**
Your account will automatically become 100% vested, regardless of your vesting years of service with the Company, if your service terminates for any of the following reasons:

1. Your disability;
2. Your retirement or other termination of service on or after the attainment of age 55;
3. Your termination of employment due to the elimination of your job;
4. Your death; or

ENTERCOM00015

5.   The date this Plan terminates.

Should you become an employee of an LNC affiliate that does not participate in this Plan prior to the date you are fully vested, non-vested Company contributions and earnings thereon will remain in the Plan and will vest as if you had remained an employee of a participating LNC affiliate, so long as you continue to be an employee of such nonparticipating LNC affiliate through the applicable date of vesting.

Should you become an employee of an LNC affiliate that has established a defined contribution plan other than this Plan, your account balance under this Plan will be transferred to the other plan.

## Forfeiture of non-vested Company Contributions

Should your full-time employment terminate prior to your being fully vested, and you do not return to work with any LNC affiliate before the end of the next Plan year, your non-vested Company contributions and any associated earnings thereon will be forfeited.  However, if you return to work with any LNC affiliate prior to the end of the Plan year in which you terminated and continue your employment you will continue to earn vesting credit for your core contributions.

In the event that you forfeit the non-vested core contributions and the earnings thereon, and you return to work with any LNC affiliate before you have incurred a five-year break in service, the forfeited amounts will be re-credited to your account. A break in service is any year you do not earn a vesting year of service (see above).

Upon the termination of this Plan, the assets attributable to all non-vested contributions credited to your account become vested.

Forfeitures are used to reduce the cost of future Company contributions.

# Distributions

Generally, you will not be able to receive a distribution from the Plan of your account balances (consisting of your pre-tax contributions and/or after-tax Roth 401(k) contributions, Company contributions, and earnings and losses attributable to those contributions) until your employment with the Company terminates.  However, you may be eligible to take a withdrawal of your vested account balances in the event of a financial hardship.  In addition, once you attain age 59½, you may be eligible to withdraw your vested account balances.  The safe-harbor matching contribution described above may not be withdrawn until the earlier of the date you terminate employment or attain age 59½.  You may not withdraw any safe-harbor matching contributions as a hardship distribution.

Distributions will generally be in cash, or, in the case of the LNC Stock Fund, you may elect distribution in either shares or in cash.

Distributions from the Plan may also be rolled over into another qualified employer plan or Individual Retirement Account ("IRA").  Your after-tax Roth 401(k) contributions may be rolled over to a Roth IRA or to another employer's qualified  plan that has Roth 401(k) contributions and accepts Roth 401(k) rollovers.  You should go to the Lincoln Alliance website (www.LincolnFinancial.com).  In the drop down box select "See Withdrawal Information" for distribution information.

Distributions made from the Plan after December 31, 2007 may be rolled over to a Roth IRA, if for the taxable year, your individual modified adjusted gross income did not exceed $100,000 or you were married and filed a separate federal income tax return.  For taxable years beginning after 2009, there are no income restrictions in rolling your distribution from the Plan to a Roth IRA.

If you wish to take a distribution upon termination, retirement, death or qualifying disability you must complete the necessary paperwork.   You should go to the Lincoln Alliance website at (www.LincolnFinancial.com).  In the drop down box select "See Withdrawal Information" for distribution information, then click on "Available Amounts &

ENTERCOM00016

Forms". You can download the appropriate forms and return the completed forms by mail or fax as instructed on the distribution form.

If you are terminated and your balance is $1,000 or less, Lincoln Alliance will send you during the third quarter of the Plan year, a distribution package which you must compete and return within 30 days. Upon receipt of your distribution form, Lincoln Alliance will process your payment. After 30 days, if you have not returned a completed distribution form, payment will automatically be mailed to you in a lump sum. No deferral of this distribution is available.

## Distribution of Dividends on LNC Common Stock

You have the option to receive your LNC Stock Fund dividends in cash or to reinvest them. Dividends paid with respect to your investment in the fund will be automatically reinvested and no action is required if you wish to reinvest your dividends.

If you wish to receive your dividends in cash, you must elect to do so . To elect this cash option you must contact the Lincoln Alliance Customer Service Center at 800 234-3500. You may change your election as often as you wish, but only your last election on file prior to the deadline for the applicable quarter is valid.

Only dividends from your investments in the LNC Stock Fund that have been in the Plan for at least two years can be distributed in cash. Wilmington Trust will pay your dividends by check as soon as administratively practicable after the dividend payment date.

If you choose to receive your dividends in cash:
- You must receive 100% of your dividends in cash;
- The amount of your dividend check will be based on the number of shares allocated to your account as of the quarterly dividend date; and
- The amount will be considered taxable income to you (but without the 10% excise penalty that normally is applied to a withdrawal). Taxes will not be withheld from the dividend check.

Dividends you have received in cash cannot be returned to your account at any time.

## Distribution at Retirement

You will be entitled to the full value of contributions credited to your account (including any non-vested Company contributions) upon termination of service by reason of retirement. "Retirement" for participants for purposes of this Plan is termination of your employment at age 55 or older. The distribution will be paid in a lump sum and will be distributed to you following the receipt of your completed distribution form. Alternatively, in accordance with rules established by the Plan Administrator, the Lincoln National Corporation Benefits Committee (the "Committee"), you may elect to have all of your account used to purchase a deferred annuity contract that is available through the Company or an affiliate. If you retire prior to age 70½, you may elect to defer your distribution to no later than April 1 of the calendar year following attainment of age 70½.

If you do not complete and return your distribution form, your distribution will automatically be deferred until April 1 of the calendar year following your attaining age 70½. Minimum required distributions will commence at that time unless and until you send written notice prior to that time that you wish to initiate the processing of your distribution.

As an alternative to taking a lump sum distribution when you retire, you may leave your distribution amount in the Plan and make periodic withdrawals. These withdrawals are limited to one per calendar year. Each withdrawal must be at least the greater of $1,000 or 20% of your account value. If you elect this alternative and have a balance in your account when you reach age 70½, this balance will be automatically distributed to you on April 1 of the

---

ENTERCOM00017

calendar year following your attaining age 70½. (NOTE: If you have an outstanding loan balance at the time you retire, you must repay the entire amount before you can make periodic withdrawals from your distribution amount.)

## Distribution at Disability

If you become totally disabled and your disability is expected to last for at least 12 months, or is expected to result in your death, you should contact the Lincoln Alliance Customer Service Center (800 234-3500).  Lincoln Alliance will request verification of your total disability from Lincoln National Corporation's Corporate Benefits department ("Corporate Benefits"). Corporate Benefits will review your employment file within 45 days and confirm or deny whether the disability qualifies you for a distribution from the Plan.

If Corporate Benefits needs more information to review your disability status, you will have 45 days from the date you receive our request to provide us with the information. If your disability is determined to not meet the Plan eligibility requirements for distribution, you will receive written notice from us and you will have up to 180 days to appeal the benefit determination.  Once your appeal request is received, a decision will be made within 45 days and you will be notified of Corporate Benefit's decision in writing.

If your disability is determined to meet the Plan eligibility requirements for distribution, you may receive the distribution in a lump sum or make periodic withdrawals. Periodic withdrawals are limited to one per calendar year and must be at least the greater of $5,000 or 20% of your account value. (NOTE: If you have an outstanding loan balance at the time you become disabled, you must repay the entire amount before you can make periodic withdrawals from your distribution amount. If you take a lump sum distribution, the loan balance will be deducted from the distribution amount otherwise payable to you.)

## Distribution at Death

Upon your death, your spouse, if you are married, or your beneficiary, if you are not married, will be entitled to any remaining account balances attributable to your contributions and Company contributions made on your behalf (including non-vested portions). The distribution will be paid in a lump sum after receiving the application for a distribution from your beneficiary.  Your distribution will be reduced by any outstanding loans in your account.

If you are married and wish to designate someone other than your spouse as beneficiary, refer to the section on Beneficiary Designation, p. 20.

As an alternative to your beneficiary taking a lump sum distribution of your account after your death, your beneficiary may leave the distribution in the Plan for up to five years and make periodic annual withdrawals during this five-year period. These withdrawals are limited to one per calendar year and must be at least the greater of $5,000 or 20% of your account value.  For distributions made after December 31, 2007 on account of your death, your non-spouse beneficiary may request a direct rollover to an inherited IRA rollover account under the guidelines established by the Internal Revenue Service. For Plan years beginning on or after January 1, 2010, distributions made on account of your death to a non-spouse beneficiary are subject to the direct rollover requirements of Code section 401(a)(31), the notice requirements of Code section 402(f) and the mandatory withholding requirements of Code section 3405(c).

In the event of multiple beneficiaries, an account will be established for each beneficiary.  Any periodic withdrawals by any beneficiary will be in accordance with the preceding paragraph.

## Death Benefits under USERRA-Qualified Military Service

If you die on or after January 1, 2007 while performing qualified military service, your survivors are entitled to any additional benefits provided under the Plan (other than benefit accruals relating to your period of military service) had you resumed and then terminated employment on account of death.

ENTERCOM00018

## Distribution at Termination of Employment

If your employment is terminated (other than by reason of retirement, job elimination, disability or death) with all LNC affiliates, you will be entitled only to the value of your pre-tax contributions, any after-tax contributions, Roth 401(k) contributions, your Rollover account, and any vested Company contributions. Nonvested Company contributions and earnings thereon will be forfeited (see Vesting and Forfeiture Rules, p. 11). The distribution will be paid in a lump sum after receipt of your application for a distribution. Effective September 17, 2010, you may make an election to receive a partial distribution of your vested account balance at any time, provided that the minimum partial distribution is no less than $500.00.

Alternatively, in accordance with rules established by the Committee, you may elect to have all of your account used to purchase a deferred annuity contract that is available through the Company or an affiliate. If you terminate prior to age 70½, and your account value is greater than $1,000, you may elect to defer your distribution to no later than April 1 of the calendar year following your attainment of age 70½.

If you do not make an election and your account value is greater than $1,000, your distribution will automatically be deferred until April 1 of the calendar year following your attaining age 70½, unless you send written notice that you wish to initiate the processing of your distribution.

If you become an employee of a nonparticipating affiliate of the Company, no further contributions (other than any additional Company contribution for the year) will be made on your behalf. If you become a full-time agent of the Company, you may enroll in the LNL Agents' 401(k) Savings Plan through the Lincoln Alliance website at www.LincolnFinancial.com. You will be prompted to designate your contribution percentage, as well as your investment fund allocations. You may also enroll by calling the Lincoln Alliance Customer Service Center at 800 234-3500. Enrollment is complete and effective only when you have made your designations and received a confirmation number from Lincoln Alliance.

If you enroll in the Agents' 401(k) Plan, your account balance under this Plan will be transferred to that plan. In such a case, a portion of your account may need to be accounted for separately because the plan to which your account balance is being transferred does not recordkeep or maintain "similar" accounts.

## Qualified Domestic Relations Order

You cannot transfer, assign, pledge, or encumber any Plan benefits payable to you to another person, except as provided below pursuant to a valid Qualified Domestic Relations Order ("QDRO") or in the case of a Federal tax lien. Upon the Company's receipt of written notice from you or your spouse of a pending domestic relations order, a Domestic Relations Restriction ("DRR") will be placed on your interest in the Plan. The DRR will be removed only upon notice that no domestic relations order is forthcoming, or upon final approval and implementation of a QDRO.

The LNC Benefits Committee has established a sample form, special rules, and procedures relating to QDROs. You may request a copy of these procedures and the sample form by contacting the Company's Law Department directly at 260-455-2804. This number is restricted to QDRO related requests only.

## Participant Loans

You may borrow up to 50% of your vested account balance (not to exceed the total value of the amount available to you), up to a maximum of $50,000.

If you have taken a loan(s) during the prior 12 months from any qualified plan maintained by the Company, the $50,000 maximum is reduced by the total of the highest outstanding loan balance(s) during the prior 12 months. The minimum loan amount is $500.

ENTERCOM00019

Your requested loan amount will first be taken out of your pre-tax account. If there is not a sufficient amount in your pre-tax account, the remaining amount will be taken out of your Roth 401(k) account, after-tax account, rollover account, matured Company contribution account and non-matured Company contribution account in that order. Matured Company contributions are those that have been credited to your account for at least two years. Non-matured Company contributions are those that have been credited to your account for less than two years. The loan amount will come out of the Investment Options in which you are invested on a pro-rata basis.

You may have two loans outstanding at any time under the Plan. However, if you are delinquent in repaying your existing loan (or you have actually defaulted on your loan repayment), and you don't subsequently make the payments necessary to bring your account to a current status, you will not be eligible for another loan under any 401(k) plan sponsored by the Company, until you have made your loan current (or in a default situation, have repaid the loan in full).

The repayment period is 2-60 months (2-240 months if the loan is used to purchase your principal residence) from the date of the loan and for interest at the then prevailing rate for loans of a similar nature. The loan is subject to the withdrawal restrictions applicable to the Investment Options in which your account is invested and to such terms and conditions as the Plan Administrator shall determine in its sole discretion. If you wish to pay off your loan early, you will be required to pay it back with a cashiers check or money order.

Repayment of your loan will be through payroll deductions. The amount of the deductions will be determined by the LNC Benefits Committee to be sufficient to fully amortize the loan over its term. The first loan payment will be deducted from the first paycheck following receipt of the loan.

Your loan repayment will be invested in the same manner as your current investment allocations. If you are not currently making contributions, you may indicate the investment allocation for the repayment of the loan.

In general, in the event that you have an outstanding loan balance (including unpaid principal and interest) upon disability, retirement, attainment of age 59½, death, or termination of your employment, your loan balance will be deducted from the distribution amount otherwise payable to you. If you defer your distribution to a later date, you must pay the outstanding loan balance within 90 days of termination/retirement.

Further information on loan rules and procedures can be obtained from Lincoln Alliance.

To initiate a loan access the Lincoln Alliance website at www.LincolnFinancial.com. From the drop down menu, select "See Loan Information" then click on "Actions" then "Request a Loan" or call the Lincoln Alliance Customer Service Center at 800 234-3500.

# Withdrawals

If you need to withdraw money, you may do so, but the rules for withdrawing money differ depending on the particular account.

To initiate a withdrawal, access the Lincoln Alliance website at www.LincolnFinancial.com. From the drop down menu, select "See Withdrawal Information" then click on "Available Amounts" which will take you to the types of withdrawals and then download a form for the type of withdrawal you want or call the Lincoln Alliance Customer Service Center at 800 234-3500.

## Withdrawal from Your After-Tax Account

You may withdraw all or a portion of your after-tax contributions (made prior to January 1, 1989, and not previously distributed to you) at any time subject to any applicable withdrawal limitations below, and also subject to any withdrawal limitations which apply to the Investment Option in which your account is invested.

ENTERCOM00020

1. The minimum amount subject to withdrawal is $500; and
2. If the amount available for withdrawal is less than $500, the entire amount must be withdrawn.

## Withdrawal from Your Company Contribution Accounts

Except for safe-harbor matching contributions, which cannot be withdrawn unless you are age 59½ or older, you may withdraw all or a portion of your matured Company contribution account, subject to any limitation of the Investment Option in which it is invested. Company contributions "mature" after having been in your Company contribution account for at least two years after the contribution was credited for the applicable Plan year. Non-matured Company contributions are those that have been credited for less than two years. If you have been a participant in the Plan for *less* than five years, you are only permitted to withdraw matured Company contributions—you may not withdraw non-matured Company contributions. If you have been in the Plan for five or more years, however, you may withdraw matured or non-matured Company contributions. The minimum withdrawal amount is $500.

You cannot make withdrawals if the Plan is terminated or if a notice of Plan termination has been issued.

## Withdrawal from the Rollover Account

With the consent of the Plan Administrator, you may contribute sums that represent a rollover of permissible lump sum amounts distributed from a qualified plan in which you participated. The Trustee will administer these assets in the same manner as all other contributions.

You may withdraw all or part of the value of your Rollover Account subject to the following limitations:

1. Withdrawals may not be made from any rollover monies that have been in the Plan less than two years, including any monies transferred into the Plan as the result of a spin-off or merger;
2. At least $500 must be withdrawn (if the amount in the Rollover Account is less than $500, the entire amount must be withdrawn);
3. Withdrawals cannot be made if the Plan is terminated or if a notice of termination has been issued; and
4. Withdrawals are subject to any current limitations applying to the Investment Options in which the Account is invested.

## Withdrawals from your Pre-Tax Account and Roth 401(k) Account (Hardship)

If you have no after-tax contributions, rollover contributions, or Company contributions available for withdrawal, and have already obtained all non-taxable loans available from the Plan, then it may be possible for you, upon demonstrating great financial hardship as shall be determined by the Plan Administrator, to withdraw up to an amount equal to your actual pre-tax contributions and/or after-tax Roth 401(k) contributions. Such a withdrawal must be demonstrably necessary due to your immediate financial need.

A withdrawal based upon financial hardship cannot exceed the exact amount required to meet the need, nor can other liquid assets be reasonably available. Once the hardship withdrawal has been approved and distributed, your pre-tax and/or after-tax Roth 401(k) contributions will be suspended for a 6-month period.

Employees who are at least age 59½ may withdraw their pre-tax contributions and Roth 401(k) contributions and earnings thereon without having to prove financial hardship.

The following expenses constitute immediate and heavy financial need for purposes of qualifying for a hardship withdrawal from your pre-tax contribution and/or after-tax/Roth 401(k) account(s):

- Medical expenses for you, your spouse or eligible dependents, that are not reimbursed by any medical insurance plan;
- The purchase (excluding mortgage payments) of a principal residence for you;

ENTERCOM00021

- Payment of tuition and related educational fees (including room and board expenses) for post-high school education for the next 12 months for you, your spouse, or your children;
- Payment of amounts needed to prevent foreclosure on your principal residence or eviction from your principal residence;
- Burial or funeral expenses for your deceased parents, spouse, children or dependents; or
- Expenses for the repair of damage to your principal residence that would qualify for the casualty deduction under Code section 165, determined without regard to whether the loss exceeds 10% of adjusted gross income.

Withdrawals may include an amount necessary to pay any taxes and penalties associated with the withdrawal.

## Periods of Military Service Treated as Severance from Employment for In-Service Withdrawals

Effective for Plan years beginning on or after January 1, 2009, if you are a Plan participant performing service in the uniformed services and on active duty for more than 30 days, you will be treated as having incurred a severance from employment during such period and the Plan's restrictions on in-service distributions will not apply. If you elect to receive a distribution of your pre-tax contributions, you may not make any pre-tax contributions to the Plan during the six-month period beginning on the date of your distribution.

# Assignment

You cannot assign or transfer the assets held by the Trustee for your account, except in connection with a loan you may have taken from your Plan account. A Qualified Domestic Relations Order (see page 15) may designate an alternate payee and such designation is not considered an assignment or transfer of assets. The rules and procedures establishing a Qualified Domestic Relations Order may be obtained from your benefits representative.

However, if you commit a crime against the Plan or you breach a fiduciary duty to the Plan, a court order may order, or a legal settlement may provide, that all or a portion of your account will be assigned to the Plan.

# Income Tax

You pay no federal income tax on pre-tax contributions, Company contributions, investment income, or on any growth experience in your account until a distribution is actually made.

Whenever a lump sum distribution is made to you due to termination of employment, retirement, disability or death, a 20% federal income tax will be automatically withheld from any taxable cash distribution, unless you direct to transfer the taxable portion of the distribution to an Individual Retirement Account (IRA) or other qualified plan of your choice. Distributions prior to death, disability or age 59½ are also subject to an additional penalty tax of 10%.

If you first receive the distribution and you then roll it over to an IRA or other qualified plan within 60 days thereafter, the 20% federal withholding will still be taken from the taxable portion of the distribution. If you direct to roll over only part of the taxable distribution, the 20% federal withholding will be taken from the portion not rolled over.

Your Roth 401(k) contributions are after-tax contributions and, as such, your contributions and earnings can be distributed to you tax-free if considered a "qualified distribution". In order for a distribution from your Roth 401(k) account to be considered a "qualified distribution," it must be taken after death, disability or upon reaching age 59½, **and** must occur at least five years after you make your first Roth 401(k) contribution. You can roll your Roth 401(k) account into a Roth IRA or to a new employer's plan if it allows Roth 401(k) contributions and Roth 401(k) rollovers.

ENTERCOM00022

Whenever a distribution is made to you, you will receive a statement showing the amount of taxable income in the distribution. From time to time you will receive general tax information regarding distributions from the Plan; however, you should consult your personal tax advisor to determine your specific tax situation.

## Tax Effects of the Plan

The actual tax consequences for you will depend on your own circumstances. Accordingly, a qualified tax advisor should be consulted. Tax information provided in this document is of a general nature and should not be taken as personal tax advice.

Your pre-tax contributions are subject to FICA and FUTA taxes.

You will not be taxed on Plan loans (p. 15) made in accordance with federal tax requirements if they are repaid according to their terms.

Amounts received by you upon withdrawal prior to termination of service in excess of after-tax contributions made prior to January 1, 1987, and not previously received (if any) will be taxable as ordinary income. After pre-1987 after-tax contributions have been withdrawn, distributions of amounts attributable to post-1986 after-tax contributions will be partially taxed as ordinary income. The taxable amount is the amount bearing the same ratio to the post-1986 after-tax contributions as the earnings attributable to those contributions bear to the total value of your After-Tax Account at the time of withdrawal.

Distributions under the Plan upon retirement, disability, death or other termination of service in excess of after-tax contributions made prior to January 1, 1987, and not previously received (if any) are generally taxable as ordinary income. Distributions of amounts attributable to post-1986 after-tax contributions are taxable on a prorated basis as described above. (However, a special income averaging method of taxation may be available with respect to amounts taxable as ordinary income if you were born before January 1, 1936.)

When you receive a distribution of all amounts credited to your account within one taxable year and you do not rollover all or part of such lump sum distribution, part or all of the amount will be taxed as ordinary income. You may also be eligible to make a tax-free rollover of the taxable portion of a distribution of less than 100% of the balance of your accounts. Rollovers may be made to an individual retirement account or annuity, or to another qualified employee benefit plan if the Plan allows such rollovers.

A twenty percent (20%) federal income tax withholding may apply to "eligible rollover distributions." All taxable distributions from the Plan are "eligible rollover distributions", except (1) annuities paid out over life or life expectancy, (2) installments paid for a period spanning ten (10) years or more, (3) required minimum distributions, and (4) hardship withdrawals. A mandatory twenty percent (20%) income tax withholding is imposed on any eligible rollover distribution that an employee does not elect to have paid in a direct rollover to another qualified plan, or individual retirement account. In the event a distribution is comprised of LNC common stock, LNC common stock is not required to be sold to satisfy income tax withholding requirements.

Distributions prior to death, disability or age 59½ are subject to a penalty tax of 10%, unless certain exceptions apply.

## Stock Distributions

With respect to the LNC Stock Fund, should you receive all or part of a lump sum Plan payment in the form of shares of LNC common stock ("in-kind delivery"), the excess of the fair market value on the date of a total distribution over its cost basis (the "net unrealized appreciation") will not be taxed at the time of distribution. If stock is received other than in a total distribution, only the net unrealized appreciation attributable to nondeductible after-tax contributions will not be taxed at the time of distribution. However, if you receive a lump sum distribution of stock, you may elect to be taxed at the time of distribution under procedures prescribed by the IRS in accordance with Code section 402(e)(4).

ENTERCOM00023

When you are eligible to make a withdrawal or receive a distribution from the Plan, you may elect to have the value of the LNC Stock Fund paid to you in:

1. Cash;
2. Shares of LNC common stock (also referred to as "in-kind delivery"); or
3. A combination of cash and shares of LNC common stock.

This election can be specified on the Distribution Request form available from Lincoln Alliance.

Should you elect to receive any shares of LNC stock, you'll receive notification from Lincoln National Corporation's transfer agent, BNY-Mellon when the shares have been re-registered in your name. BNY-Mellon will then hold the shares until receiving direction from you.

Should you elect to receive any shares of LNC common stock , but paid instead to a *"rollover institution"* BNY-Mellon will send a credit notification statement to the rollover institution. The credit notification statement provides instructions to the rollover institution on how to transfer the shares to your account.

This process of receiving shares of LNC common stock generally takes 10-17 business days following receipt of a Distribution Form in good order.

Please contact the Lincoln Alliance Customer Service Center at 800 234-3500 with questions.

## Statement of Account

Shortly after the end of each quarter, you will receive a statement showing the amount of your pre-tax contributions, Roth 401(k) contributions, the amount of your Company contributions, any rollover contributions and the value of these contributions and the earnings or losses on your investments during the previous quarter. You can also review your accounts at any time by accessing the Lincoln Alliance website at: www.LincolnFinancial.com or you can call the Lincoln Alliance Customer Service Center at 800 234-3500.

**You should notify Lincoln Alliance within 30 days of the statement date if you believe your statement to be incorrect; otherwise it will be deemed to be correct.**

## Beneficiary Designation

You may designate a beneficiary or beneficiaries to whom, in the event of your death, your Plan account will be distributed. Your beneficiary designation may be initiated, changed or cancelled via the Lincoln Alliance Website at www.LincolnFinancial.com.   In the drop down box select "Review Beneficiaries" to add or make any changes. You will receive a confirmation of your change from Lincoln Alliance. You can also call the Lincoln Alliance Customer Service Center at 800 234-3500.

 If you are married, all benefits will be paid to your spouse unless you have filed a beneficiary designation form, consented to and signed by your spouse and notarized, which designates a different beneficiary. Periodically and whenever you have a significant life event, such as a divorce, you should review your beneficiary designation carefully and contact Lincoln Alliance to change your beneficiary designation if desired.  If you die before receiving full payment of your benefits under the Plan and without a designated beneficiary (or if your designated beneficiary predeceases you) your Plan account will be distributed to your estate.

ENTERCOM00024

# Veterans' Act

The following applies if you serve in the armed forces of the United States and return to employment with an employer in accordance with terms set forth by law: First, you will be able to make up any pre-tax contributions or Roth 401(k) contributions you would have made had you not been in the service. Second, your Plan account will be credited with the amount of any additional Company contributions that would have been made had you not been in the service based on what you actually make up as well as any missed core contributions and applicable transition contributions. Also, if you have an outstanding loan, you will not be required to make repayments while you are in the service for a period determined by law. Please contact Human Resources Corporate Benefits or the Plan Administrator for details.

# How to Claim Benefits

When you terminate employment, you will automatically receive from Lincoln Alliance the forms you need to complete a distribution request or you may contact a representative at the Lincoln Alliance Customer Service Center by calling 800 234-3500. The completed forms must be returned to Lincoln Alliance. All distribution checks will be mailed as soon as administratively possible as long as your forms are in good order.

To request a loan or withdrawal, access the Lincoln Alliance website at www.LincolnFinancial.com or call the Lincoln Alliance Customer Service Center. If you wish to withdraw pre-tax contributions and/or Roth 401(k) contributions prior to age 59½, you must also include your reason for withdrawal as well as supporting documentation demonstrating great financial hardship.

# Appealing a Denied Claim

All persons making a claim are entitled to be notified in writing whether or not the claim will be paid. This notice will be provided or mailed to the claimant within ninety (90) days after receipt by the Plan Administrator or its delegate of a properly filed claim. Under certain circumstances additional time may be needed to process the claim. If additional time is needed, the claimant will be notified in writing.

If any part of the claim is denied, the notice will explain the specific reason(s) for the denial and will include specific reference to the Plan provision(s) upon which the denial was based. If applicable, the claimant will be given a description of any additional information necessary to process the claim, an explanation of why such information is necessary and the steps to be followed to request a review of the decision.

If the claim is denied in whole or in part, the claimant is entitled to:
- Request a review of the decision;
- Review pertinent documents used in the claim determination;
- Submit any issues and comments in writing.

To request a review, the claimant must file a written request with the Secretary of the LNC Benefits Appeals and Operations Committee within sixty (60) days after receiving the original claim determination. The address is: Lincoln Financial Group, Corporate Benefits, 150 N. Radnor Chester Road, Building B, 2nd Floor, Radnor, PA 19087-5238.

A final decision of the review will be made by the LNC Benefits Appeals Committee. Such a decision will be made within sixty (60) days after the LNC Benefits Appeals Committee's receipt of the request for appeal, unless special circumstances require additional time. If additional time is needed, the claimant will be notified in writing. The review period will not extend beyond 120 days following receipt of the request.

ENTERCOM00025

The decision upon review will be final. It will be communicated in writing and contain the specific reason(s) for the decision, will contain references to the pertinent Plan language upon which the decision was based, and will be written in a manner easily understood by the claimant. Claimants will not be entitled to challenge the LNC Benefits Appeals Committee's determinations in judicial or administrative proceedings without first filing the written request for review and otherwise complying with the claim procedures. If any such judicial or administrative proceeding is undertaken, the evidence presented will be strictly limited to the evidence timely presented to the LNC Benefits Appeals Committee. In addition, any such judicial or administrative proceeding must be filed within six months after the LNC Benefits Appeals Committee's final decision.

The LNC Benefits Committee and the LNC Benefits Appeals Committee are fiduciaries under the Plan and each has complete authority and discretion to interpret and administer the Plan. As part of such authority, the LNC Benefits Appeals Committee resolves all questions relating to eligibility, participation, coverage and the availability and payment of benefits under the Plan. Decisions of the LNC Benefits Appeals Committee are final and binding on Plan participants. In addition, each Committee may delegate any of its authority to any person or persons it selects.

## Source of Benefit Payments

Benefits under the Plan are provided through the Plan's Trust, the Trustee of which is the Wilmington Trust Company. Contributions under the Plan are paid into the Plan's Trust. The Trust is intended to meet the requirements of Code section 501(a), so all earnings on the Trust's assets generally accumulate tax-free.

This Plan is not insured under Title IV of ERISA (nor is it required to be so insured) because each participant has an individual account.

## Plan Trustee and Recordkeeper

Wilmington Trust Company, 1100 North Market Street, Wilmington, DE 19890-0455 is the Trustee of the Plan's Trust. Among its duties are the custody of Plan assets, voting of stock where no direction to vote is received from the participant, and the purchase, sale, and redemption of securities.

Lincoln Retirement Services Company, LLC, 1300 South Clinton Street, Fort Wayne, IN 46802 is the recordkeeper for the Plan.

## Fees and Expenses

Certain expenses relating to the Plan are charged against the investments in your account. Auditing fees and certain trustee fees are charged to each participant's account.  Most trustee fees are paid by the Company, such as the costs of maintaining the LNC Stock Fund which includes brokerage fees and commissions to buy or sell shares off the open market.

In addition, a quarterly maintenance fee will be deducted for investments in your Self-Directed Brokerage Account ("SDBA").  Investment management fees are charged to each of the other funds. Expenses per participant vary, based on the investment fund selected. Expense ratios are found below in the performance chart or on-line by accessing the Lincoln Alliance website at www.LincolnFinancial.com and from the drop down box select "Check My Performance" and then select "Historical Fund Performance".  You may also send a written request to Lincoln Financial Group, Corporate Benefits, 150 N. Radnor Chester Road, Building B, 2nd Floor, Radnor, PA 19087-5238.

ENTERCOM00026

## Amendment and Termination of the Plan

The Plan Sponsor reserves the right to amend or terminate the Plan, or suspend the operation of any provisions of the Plan, pursuant to action taken by the LNC Board of Directors or its designee. These rights can be used whenever it becomes necessary or it is desirable to do so. The consent of any participant to use any of these rights is NOT required.

The Plan cannot be amended, however, to (i) return plan assets to the adopting employers, except under limited circumstances provided by applicable federal law; (ii) use plan assets for other than Plan specified purposes; (iii) deprive anyone of a benefit he or she is entitled to under the terms of the Plan; or (iv) cause the Plan's qualified status under the Internal Revenue Code to be lost.

If the Plan is terminated, all non-vested contributions credited to your account become vested.

## Top Heavy Rules

The Internal Revenue Code provides a complicated set of rules for determining whether the Plan is "top heavy." Stated simply, the Plan is top heavy if the value of account balances belonging to "key employees" exceeds 60% of the total value of all account balances for all employees. Key employees are generally officers, shareholders, owners and highly compensated employees.

"Top heavy" status would result in the Plan's benefit level and vesting schedule being enhanced. The Company will notify you in the unlikely event the Plan ever becomes top heavy.

## Plan Sponsor

The Plan Sponsor is Lincoln National Corporation. The address is:

Lincoln National Corporation
150 N. Radnor Chester Road
Radnor, PA  19087
484 583-1400

## Plan Administrator and Named Fiduciary

The Lincoln National Corporation Benefits Committee is the Plan Administrator and Named Fiduciary of the Plan. The Plan Administrator shall have the exclusive right to construe and interpret the terms of the Plan and to determine eligibility for benefits, and may delegate its duties. Any correspondence with the Plan Administrator should be directed to:

Lincoln National Corporation Benefits Committee
c/o George Murphy
150 N. Radnor Chester Road
Building B, 2nd Floor
Radnor, PA  19087
484 583-1400

## Participating Employers

### Employers as of September, 2012:

1. California Fringe Benefit & Insurance and Marketing Corp
2. First Penn-Pacific Life Insurance Company

ENTERCOM00027

3.  LFA Limited Liability Co.
4.  LFA Management Corporation
5.  Lincoln Financial Advisors Corporation
6.  Lincoln Financial and Insurance Services Corp.
7.  Lincoln Financial Media Company
8.  Lincoln Financial Media Company of California
9.  Lincoln Financial Media Company Colorado
10. Lincoln Financial Media Company of Florida
11. Lincoln Financial Media Company of Georgia
12. Lincoln Investment Management Company
13. Lincoln Life & Annuity Company of New York
14. Lincoln National Corporation
15. Lincoln National Management Corp
16. The Lincoln National Life Insurance Company

## Plan Year

The Plan year is January 1 through December 31 each year.

## Agent for Service of Legal Process

The designated Agent for Service of Legal Process is the Company's General Counsel, who can be contacted at the following address:

Lincoln National Corporation
150 N. Radnor Chester Road
Radnor, PA  19087-5238
484 583-1400

Service of Legal Process may also be made upon the Plan Administrator or Trustee.

## Identification Numbers

The Employer Identification Number which has been assigned to the Lincoln National Corporation by the Internal Revenue Service is 35-1140070.

The Employer Identification Number which has been assigned to the Lincoln National Corporation Benefits Committee by the Internal Revenue Service is 35-1620788.

The Plan Number which has been assigned to the Lincoln National Corporation Employees' Savings and Retirement Plan by LNC is 009.

## Legal Note

This is an abbreviated description of the Plan and your rights and obligations under the Plan. The Plan document contains the entire Plan wording, and its language will control the operation of this Plan for you and for the Company.

**IRS CIRCULAR 230 NOTICE:**  As required by the IRS, we inform you that any tax advice contained in this prospectus supplement was not intended or written to be used or referred to, and cannot be used or referred to (i) for the purpose of avoiding penalties under the Internal Revenue Code, or (ii) in promoting, marketing, or

ENTERCOM00028

recommending to another party any transaction or matter addressed in this prospectus supplement. Individuals should seek tax advice based on their own particular circumstances from an independent tax advisor.

## Your Rights and Protection under ERISA

ERISA provides that all plan participants shall be entitled to:

**Receive information about your plan and benefits**

- Examine, without charge, at the Plan Administrator's office and at other specified locations such as worksites, all documents governing the plan, including insurance contracts and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefit Security Administration.

- Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the plan, including insurance contracts, copies of the latest annual report (Form 5500 Series), the procedures for determining whether a court order qualifies as a "qualified domestic relations order" or as a "qualified medical child support order" and an updated summary plan description. The administrator may make a reasonable charge for the copies.

- Receive a summary of the plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

- Obtain a statement telling you whether you have a right to receive a pension at normal retirement age and if so, what your benefits would be at normal retirement age if you stop working under the plan now. If you do not have a right to a pension, the statement will tell you how many more years you have to work to get a right to a pension. This statement must be requested in writing and is not required to be given more than once every twelve (12) months. The plan must provide the statement free of charge.

**Prudent Actions by Plan Fiduciaries**

In addition to creating rights for plan participants ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including our employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

**Enforce your rights**

If your claim for a benefit is denied or ignored, in whole or in part, you have a right to know why it was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator.

If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court (you should first check with the Plan Administrator on your claim and also use the plan's appeal process, as applicable.) In addition, if you disagree with the plan's decision or lack thereof concerning the qualified status of a

ENTERCOM00029

domestic relations order or a medical child support order, you may file suit in Federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

**Assistance with Questions**

If you have questions about your plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, DC 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration at 866 444-EBSA (3272).

# Your Rights and Protection under Federal Securities Laws

Noted portions of the Summary Plan Description, and all subsequent amendments to those portions (whether distributed to participants by formal amendment or by notice in Employer publications and in other Employer media), together with the documents listed in (1) – (3) below, constitute a Prospectus for the Plan that meets the requirements of Section 10(a) of the Securities Act of 1933 (the Section 10(a) Prospectus):

1. LNC's Annual Report on Form 10-K for the fiscal year ended December 31, 2011 and LNC' the Plan's Annual Report on Form 11-K for the fiscal year ended December 31, 2010 each filed pursuant to Section 13(a) or 15(d) of the Securities Exchange Act of 1934 (the "1934 Act").
2. All other reports of LNC and of the Plan, filed pursuant to Section 13(a) and (c), 14, or 15(d) of the 1934 Act since December 31, 2011, and prior to the filing of a post-effective amendment which indicates that all securities offered have been sold or which deregisters all securities then remaining unsold.
3. The description of LNC Common Stock contained in Form 10 filed by LNC pursuant to the 1934 Act on April 28, 1969, including any amendments or reports filed for the purpose of updating such description.

The documents cited in (1) – (3) above are hereby incorporated by this reference into the Section 10(a) Prospectus and are made a part thereof from the date of filing of these documents. Copies of any or all of these documents as well as the Summary Plan Description and all amendments to those documents are available to participants at no charge, upon written request to the Plan Administrator, Lincoln National Corporation Benefits Committee, c/o George Murphy, 150 N. Radnor Chester Road, Building B, 2nd Floor, Radnor, PA 19087 484 583-1400.

ENTERCOM00030

# YOUR INVESTMENT OPTIONS

*Investment Supplement – Effective July 31, 2012*

Depending on your investment needs and objectives you may decide to concentrate or diversify the assets currently credited to your Plan accounts, or your future employee contributions and Company contributions, among the various Investment Options described below. Lincoln Alliance, the Plan's current recordkeeper, and third-party administrator, will deem any investment direction(s) you give them to be continuing directions until you affirmatively change them. If you have not given Lincoln Alliance specific investment directions for your Plan accounts, Lincoln Alliance will automatically invest your pre-tax contributions into the Plan's current default investment option, the Delaware Foundation® Moderate Allocation Fund. Your Company contributions (safe-harbor matching, core and if applicable, transition), will be invested in the same Investment Options you have selected for your pre-tax contributions, or the Plan's current default investment option if you have not given Lincoln Alliance specific investment directions. The Delaware Foundation® Moderate Allocation Fund is considered a Qualified Default Investment Alternative under Department of Labor regulations. Contributions that are invested in the Delaware Foundation® Moderate Allocation Fund in the absence of your investment direction will remain in this fund, unless and until you affirmatively elect to transfer your assets to another Investment Option available under the Plan.

<u>Trading Restriction & Other Limitations</u>.

Unless prohibited by trading restrictions imposed by the Plan, the various Investment Options, or the rules and regulations pertaining to insider trading in LFG securities, you may change your investment directions with respect to future Contributions at any time. You may also transfer part or all of your current Plan account balances from one Investment Option to another Investment Option, again subject to any trading restrictions imposed by the Plan, the Investment Options involved, and our rules against insider trading. Any changes to your current investment directions, or transfers permitted among Investment Options, will be effective on the date the transaction is processed via Lincoln Alliance's website at: www.LincolnFinancial.com, or through the Lincoln Alliance Customer Service Center: 800 234-3500.

If you are a Section 16 Insider of the Company, any reallocation of current investments from other Investment Options into the LNC Stock Fund, changes to your investment directions involving future contributions into the LNC Stock Fund (increasing or decreasing investment), and certain other transactions, will not be permitted at any time without pre-clearance through our Law Department. For officers and certain other employees, reallocations and changes to investment directions involving the LNC Stock Fund will be restricted to "open window" periods during which the individual is not restricted from trading. For more information about the trading restrictions relating to the LNC Stock Fund and whether they apply to you, please refer to the LFG Insider Trading & Confidentiality Policy, which is posted at: http://inside.lfg.com/lfg/DOCS/pdf/coc/plc/InsiderTradingPolicy.pdf.

Transfers out of the Lincoln Stable Value Account Option ("LSVAO") and into an option that competes with the LSVAO may be subject to a "90-Day Equity Wash" requirement. If the wash requirement is in effect and you wish to move money out of the LSVAO and into a competing option, you must first "wash it" by moving the money into a (non-competing) equity investment option for a minimum of 90 days. After the 90 days are up, the money can be moved into a competing fund without penalty or further restriction. Of the current Investment Options, only the Delaware Diversified Income Fund is considered a competing fund. However, because other "competing funds" may be available through the Self-Directed Brokerage Account (the "SDBA"), the SDBA may be considered a competing fund in the future. The SDBA will be deemed a competing fund if the LSVAO balances of Plan participants who have a SDBA are 10% or more of the total stable value balances for the Plan. Currently the SDBA is not considered a competing fund. In the unlikely event the SDBA becomes a competing fund and you wish to move money from the LSVAO into the SDBA, you would need to move the money into one of the other non-competing Plan Investment Options first, leave it there for at least 90 days, and then move it into the SDBA.

The 90-Day Equity Wash requirement is only in effect if the current yield of the Barclays Intermediate Government/Credit fund is greater than the 5-year historical average of the this fund. The 90-day wash provision has not been in effect for the Plan since its conversion to Lincoln Alliance in October, 2008.

Transfers out of the LSVAO may also be limited or delayed during calendar quarters when current interest rates are higher than the five-year historical average.

Any restriction will be announced approximately 3 weeks prior to placing the restriction in effect and will be announced through the Lincoln Alliance website.

In order to prevent market timing, excessive trading, and similar abuses, the managers of the various Investment Options may impose additional trading restrictions or redemption fees triggered by certain kinds of trades or trading activities. In some cases, as disclosed in the Company's policies, trades will be monitored to ensure compliance. For mutual fund investment options, please see the relevant prospectus for information on trading restrictions or applicable redemption fees. For collective investment trust options, please consult the relevant disclosure statements for such information. These documents are available on Lincoln Alliance's website at: www.LincolnFinancial.com, or by requesting them through the Lincoln Alliance Customer Service Center: 800-234-3500. Other than the 90-day Equity Wash requirement described above, the Lincoln Stable Value Account Investment Option is not subject to any market timing or excessive trading restrictions or redemption fees. The LNC Stock Fund is not subject to any market timing or excessive trading restrictions or redemption fees.

Investments in the Plan.

The Plan Trustee, Wilmington Trust Company, will invest your contributions as soon as reasonably possible after receipt, and in accordance with your investment directions and the provisions of the Plan. In addition to purchasing shares of LNC common stock on the open market, the Plan Trustee may from time to time purchase authorized and unissued shares directly from us, or purchase outstanding shares directly from our shareholders. Under the terms of the Plan, certain fees, commissions, and other expenses for these transactions will be charged to your account in the Plan.

In deciding how to invest your Plan account, you should carefully consider which Investment Options are right for you. You should read the following information carefully when making Plan investment decisions about these Investment Options. You can find additional performance information on the Lincoln Alliance website (www.LincolnFinancial.com). This information will help you to understand the investment choices and the differences among them. The information provided to you in the following description of Investment Options should not be construed as an investment recommendation for any particular Investment Option.

**Comparative Performance of Investment Options**

In general, the following table sets forth the annualized yield earned on the Investment Options currently offered by the Plan over certain periods of time—assuming the reinvestment of dividends and interest. All rates of return represent past performance and are not necessarily indicative of future performance. Many conditions affecting performance--such as inflation, business growth and interest rates--may be different in the future. Investment return and principal value may fluctuate and your investment in the future may be worth more or less than the original amount invested. The table below has been prepared to assist you in making your investment directions under the Plan. However, the value of this information is limited, and we recommend that you consult a qualified investment adviser before making any investment decisions.

The performance figures have been reduced to reflect some, but not all, of the fees and expenses affecting the Investment Option. Except as otherwise stated in the description of "Expense" for each Investment Option, the "Net Expense Ratio" of an Investment Option reflects reductions in the performance figures due to investment management fees, contract fees and other operating expenses. Please see the description of "Expense" for each Investment Option for more detail about these fees and expenses, as well as for any additional fees and expenses

---

ENTERCOM00032

which, if shown, would have the effect of further reducing the performance figures. In cases where the charges were not included, please note that the performance figures would be reduced if such expenses were deducted from performance data.

ENTERCOM00033

| Fund Performance – Average Annual Total Return* | | Performance as of 7/31/2012 | | | | | Performance as of Quarter Ending 6/30/2012 | | | Expense Ratio % | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Ticker | 3 Months | 1 Year | 3 Years | 5 Years | Inception Date | 1 Year | 5 Years | * 10 Yrs. Or Since Inception | Gross | ± Net |
| *Stock-Based Investments* | | | | | | | | | | | |
| American Funds Grth Fund of Amer R5 | RGAFX | -3.14% | 2.45% | 10.39% | 0.30% | May-02 | 0.18% | -0.18% | 6.70% | 0.38 | 0.38 |
| Columbia Acorn Z | ACRNX | -5.29% | -0.79% | 14.70% | 2.41% | Jun-70 | -2.78% | 1.70% | 9.58% | 0.77 | 0.77 |
| Delaware Intl Equity Trust | --- | -4.72% | -16.13% | --- | --- | Jun-11 | --- | --- | -18.98% | 0.90 | 0.90 |
| Delaware Large Cap Growth Trust | --- | -3.53% | 10.32% | --- | --- | Jun-11 | 10.17% | --- | 10.71% | 0.70 | 0.70 |
| Delaware Lg Cap Value Trust | --- | -0.28% | 13.20% | --- | --- | Jun-11 | 7.67% | --- | 8.64% | 0.70 | 0.70 |
| Delaware Mid Cap Value I | DLMIX | -5.36% | -1.79% | 13.78% | --- | Feb-08 | -5.20% | --- | 2.59% | 1.99 | 1.00 |
| Delaware Smid Cap Growth Trust | --- | -5.55% | 3.00% | --- | --- | Jun-11 | --- | --- | 1.11% | 0.80 | 0.80 |
| Dodge & Cox International Stock | DODFX | -5.47% | -12.70% | 4.15% | -4.50% | May-01 | -15.71% | -4.99% | 8.10% | 0.64 | 0.64 |
| MFS International Growth Fund | --- | -5.20% | -6.29% | 8.22% | -0.41% | Jun-07 | -9.03% | -0.89% | --- | 0.80 | 0.80 |
| Vanguard Extended Market Idx Instl | VIEIX | -4.70% | 0.19% | 15.46% | 2.37% | Jul-97 | -2.40% | 1.52% | 8.62% | 0.12 | 0.12 |
| Vanguard Institutional Index | VINIX | -0.78% | 9.11% | 14.11% | 1.16% | Jul-90 | 5.43% | 0.25% | 5.35% | 0.04 | 0.04 |
| *Allocation Investments* | | | | | | | | | | | |
| Delaware Foundation Conservative Allocation Fund | DFIIX | 0.44% | 3.67% | 9.41% | 5.70% | Dec-97 | 2.32% | 5.06% | 6.38% | 1.17 | 0.88 |
| Delaware Foundation Moderate Allocation Fund | DFFIX | -0.98% | 1.71% | 9.63% | 3.84% | Dec-97 | -0.28% | 3.11% | 6.28% | 1.01 | 0.90 |
| Delaware Foundation Growth Allocation Fund | DFGIX | -2.37% | -0.27% | 9.51% | 1.53% | Dec-97 | -2.88% | 0.77% | 5.71% | 1.24 | 0.90 |
| *Bond-Based Investments* | | | | | | | | | | | |
| Delaware Diversified Income Trust | --- | 2.93% | 7.05% | --- | --- | Jun-11 | 6.98% | --- | 6.96% | 0.70 | 0.70 |
| *Cash and Stable Value* | | | | | | | | | | | |
| Lincoln Stable Value Account | --- | 0.74% | 3.00% | 3.56% | 4.09% | May-83 | 3.00% | 4.12% | 4.31% | --- | --- |
| *Employer Securities* | | | | | | | | | | | |
| LNC Stock Fund | LNC | -18.48% | -25.54% | -1.72% | -18.97% | | -22.49% | -20.17% | -6.00% | --- | --- |

*Average annual total return for period specified or since inception if the fund's age is less than the number of years shown.

± Expense ratios are net of any temporary fee waiver currently in effect. Please see the description of "Expense" for each Investment Option for more detail.

ENTERCOM00034

**Types of Investment Options**

Collective Investment Trusts.  A collective investment trust, or "CIT," is an investment fund that is similar to a mutual fund in that it invests in stocks, bonds, and other investments.  However, CITs are exempt from registration with the Securities and Exchange Commission ("SEC") as an investment company under the Investment Company Act of 1940 (the "1940 Act") and are therefore not subject to the same fees, expenses and regulatory requirements—or regulatory protections—as mutual funds.  CITs may only hold the assets of qualified retirement and government plans, including 401(k) plans, Taft-Hartley plans, profit sharing and cash balance plans, and governmental 457 plans.  An investor in a CIT holds a "unit" of the CIT.  This investment is neither insured nor guaranteed by the Federal Deposit Insurance Corporation or any other government agency, or entitled to the protections of the 1940 Act.

In addition to the quoted net expense ratios, other expenses, including legal, auditing, custody service and tax form preparation, investment and reinvestment expenses may apply with respect to your CIT investment.  The CITs offered by the Plan were maintained by Wilmington Trust Retirement and Institutional Services Company.  Effective June 29, 2011, the CIT investments are maintained by SEI Trust Company.

Participation or investment in a CIT is governed by the terms of the trust and participation materials.  An investor should carefully consider the investment objectives, risks, and charges and expenses of the CIT before investing.  The disclosure statement for each CIT together with the declaration of trust for the Delaware Investments Collective Investment Trust contains this and other important information and should be read carefully before investing or sending money. For disclosure statements and declaration of trust, please contact Lincoln Alliance's Customer Service Center at 800-234-3500, or visit its website at: www.LincolnFinancial.com.  On the drop down box select "Review Plan Information."

Mutual Funds.  Mutual funds invest in stocks and bonds and other investments and are registered with the SEC as an investment company under the 1940 Act.  Investors in a mutual fund are "shareholders" in a fund with all of the rights and protections provided by the 1940 Act.  With respect to a mutual fund investment option, an investor should carefully consider the investment objectives, risks, charges and expenses of the investment company before investing.  The prospectus for the mutual fund contains this and other important information and should be read carefully before investing or sending money.  For prospectuses, please contact Lincoln Alliance's Customer Service Center at: 800-234-3500, or visit its website at: www.LincolnFinancial.com. The prospectus can be found on the website under "Research All Investments" , click on the fund name and then on the Prospectus tab.

Insurance Products.  The Lincoln Stable Value Fund is a fixed annuity issued by The Lincoln National Life Insurance Company, Fort Wayne, IN, 46802, on Form 28866-SV and state variations thereof. Guarantees are based upon the claims-paying ability of the issuer.  Contributions received in any quarter will earn interest at the portfolio rate in effect for the quarter, with a minimum guaranteed interest rate.

Company Securities.  The primary purpose of the LNC Stock Fund is to allow you to invest in the securities of your employer, Lincoln National Corporation.  For a description of the risks associated with investment in Lincoln National Corporation, please refer to the Risk Factors in Lincoln National Corporation's filings with the SEC incorporated by reference herein (see "Your Rights and Protection under Federal Securities Laws" on page 26).

Self-Directed Brokerage Account.  On January 7, 2010, the TD AMERITRADE Self-Directed Brokerage Account ("SDBA") option was opened to allow you access to a broad range of investments, such as stocks, bonds and mutual funds.  In order to have access to the Plan's SDBA, you must review and complete a number of forms.  These forms are available to you to download from the Lincoln Alliance website at www.LincolnFinancial.com.

By establishing a SDBA within the Plan, you acknowledge that you, the Plan participant, and not the Plan fiduciary, are solely responsible for selecting investments through the SDBA, and that the Plan fiduciary has not vetted or screened any investments available through the SDBA.

ENTERCOM00035

If you have any questions about the instructions or forms, you can contact the *Lincoln Alliance*® program Customer Service Center for assistance at 800-234-3500.

### Risks Associated with the Investment Options

It is important to keep in mind one of the main axioms of investing: the higher the risk of losing money, the higher the potential reward. The reverse, also, is generally true: the lower the risk, the lower the potential reward. As you consider investing in the Plan's Investment Options, you should take into account your personal risk tolerance. Diversification within your investment portfolio can reduce risk. Recent events in the financial sector and the corresponding market volatility reinforces the importance of a well-diversified portfolio, which is one of the most effective ways to ride out short-term market fluctuations. When you diversify your portfolio – whether by investing in a ready-mixed fund with exposure to a number of investment sectors, or by investing in a number of funds representing different asset classes or styles – you can potentially reduce risk and increase your exposure to various market opportunities.

The Investment Options are subject to one or more risks which are described in summary fashion in the section entitled "Primary Risks" for each Option, and in greater detail in the prospectus materials (for mutual funds), disclosure statements (for collective investment trusts), and miscellaneous disclosure materials referenced in this document. Please remember that this Investment Supplement is only a summary of those primary disclosure materials, and is not intended to replace or supersede those materials. Before investing, you should review the full explanation of risks associated with each investment before making a decision to invest. Copies of the prospectuses and disclosure statements for mutual funds and collective investment trusts are available by contacting Lincoln Alliance's Customer Service Center at: 800-234-3500, or visiting its website at: www.LincolnFinancial.com.

**The following are summaries of the Prospectuses and Disclosure Statements related to the various options available. You should read the full Prospectuses, Disclosure Statements and Declaration of Trust for an explanation of the Funds and risks involved in investing in any one of the Funds.**

### Stock-Based Investments

### American Funds Growth Fund of Amer R5 (Mutual Fund)

- **Investment Objectives:** The Fund seeks to provide growth of capital. The benchmark for this Fund is the S&P 500. The S&P 500 is a market-capitalization-weighted index of the stocks of 500 leading companies in major industries of the U.S. economy that measures the performance of S&P 500 companies that exhibit strong growth characteristics, including higher earnings growth rates.

- **Investment Strategies:** The Fund invests primarily in common stocks of companies that appear to offer superior opportunities for growth of capital. The Fund may also hold cash or money market instruments. The Fund may invest a portion of its assets in securities of issuers domiciled outside the United States.

- **Primary Risks:** *Market Risk.* This Fund is designed for investors with a long-term perspective who are able to tolerate potentially wide price fluctuations as the growth-oriented equity-type securities generally purchased by the Fund may involve large price swings and potential for loss. In general, investment in the Fund is subject to risks, including the possibility that the value of the Fund's portfolio holdings may fluctuate in response to events specific to the companies or markets in which the Fund invests, as well as economic, political or social events

ENTERCOM00036

in the United States or abroad. For specific definitions/explanations of these types of risks, please see the prospectus for this Fund. The prospectus can be found on the website under "Research All Investments", click on the fund name and then on the Prospectus tab, or you can request a copy by calling the Lincoln Alliance Customer Service Center at 800 234-3500.

- **Manager:** Capital Research and Management Company is the registered investment advisor.

- **Expense:** 0.38%.

## Columbia Acorn Fund (Mutual Fund)

- **Investment Objectives:** The Fund seeks long-term capital appreciation. The long-term investment objective is compared to those of the Russell 2500 Index, the Fund's primary benchmark, the S&P 500® Index and the Russell 2000 Index.

- **Investment Strategies:** Under normal circumstances, the Fund invests a majority of its net assets in the common stock of small- and mid-sized companies with market capitalizations under $5 billion at the time of investment. The Fund invests the majority of its assets in U.S. companies, but may also invest up to 33% of its assets in foreign companies in developed markets such as Japan, Canada and the United Kingdom and in emerging markets such as China, India and Brazil.

- **Primary Risks:** *Emerging Markets Securities Risk, Foreign Securities Risk, Sector Risk, Investment Strategy Risk, Market Risk, Smaller Company Securities Risk.* For specific definitions/explanations of these types of risks, please see the prospectus for this Fund. The prospectus can be found on the website under "Research All Investments", click on the fund name and then on the Prospectus tab, or you can request a copy by calling the Lincoln Alliance Customer Service Center at 800 234-3500. In general, investments in small- and mid-cap companies may be subject to greater volatility and price fluctuation because they may be thinly traded and less liquid, and may be affected by stock market fluctuations due to economic and business development. This Fund may invest in foreign securities, which may be subject to greater volatility than domestic investments.

- **Manager:** Columbia Wanger Asset Management, LLC is the registered investment advisor.

- **Expense:** 0.77%

## Delaware International Value Equity Trust (Collective Investment Trust)

- **Investment Objectives:** The Trust seeks long-term capital appreciation without undue risk to principal. The performance benchmark for the Trust is the MSCI® EAFE Index.

- **Investment Strategy:** The Trust is invested primarily in equity securities of issuers from foreign countries. The Trust invests primarily in equity securities, including common stocks, which provide the potential for capital appreciation. The strategy would commonly be described as a value strategy, that is, the adviser strives to purchase stocks that are selling for less than what it believes their value is. The adviser places great emphasis on those securities it believes can offer the best long-term appreciation within a three- to five-year horizon.

- **Primary Risks:** *Conflicts of Interest Risk, Currency Risk, Derivatives Risk, Interest Rate Risk, International Risk, Investment Strategy Risk, Liquidity Risk, Market Risk, Small and medium Company Risk.* For specific definitions/explanations of these types of risks, please see the declaration of trust posted on the website or you can request a copy of the Trust by calling the

ENTERCOM00037

Lincoln Alliance Customer Service Center at 800 234-3500. In general, foreign investments are subject to risks not ordinarily associated with domestic investments, such as currency, economic and political risks, and different accounting standards.

- **Manager:** Effective as of June 29, 2011, SEI Trust Company ("Trustee") serves as the Trustee of the Trust and maintains the ultimate fiduciary authority over the management of investments in the Trust. Prior to June 29, 2011, Wilmington Trust Retirement and Institutional Services Company, served as the Trustee of the Trust. The Trustee has retained Delaware Investment Advisers, a series of Delaware Management Business Trust, to act as the investment advisor to the Trust.

- **Expense:** 0.90%. The Trust will be charged with certain operating expenses, including, without limitation, audit expenses, custody services fees, tax form preparation expenses, legal and other fees.

### Delaware Large Cap Growth Trust (Collective Investment Trust)

- **Investment Objectives:** The Trust seeks long-term capital appreciation. The benchmark for this Trust is the Russell 1000® Growth Index.

- **Investment Strategies:** The Trust is invested primarily in large cap common stocks with market capitalizations generally in the range of the companies in the Russell 1000® Growth Index at the time of purchase. Investments that the investment advisor, Delaware Investment Advisers believes have the potential for sustainable free cash flow growth.

- **Primary Risk:** *Conflicts of Interest Risk, Credit Risk, Currency Risk, Derivatives Risk, International Risk, Investment Strategy Risk, Liquidity Risk, and Market Risk.* For specific definitions/explanations of these types of risks, please see the declaration of trust posted on the website or you can request a copy of the Trust by calling the Lincoln Alliance Customer Service Center at 800 234-3500.

- **Manager:** Effective as of June 29, 2011, SEI Trust Company ("Trustee") serves as the Trustee of the Trust and maintains the ultimate fiduciary authority over the management of investments in the Trust. Prior to June 29, 2011, Wilmington Trust Retirement and Institutional Services Company served as the Trustee of the Trust. The Trustee has retained, Delaware Investment Advisers, a series of Delaware Management Business Trust, to act as the investment advisor to the Trust.

- **Expense:** 0.70%. The Trust will be charged with certain operating expenses, including, without limitation, audit expenses, custody service fees, tax form preparation expenses, retirement plan platform fees, legal and other fees.

### Delaware Large Cap Value Trust (Collective Investment Trust)

- **Investment Objectives:** The Trust seeks long-term capital appreciation. The benchmark for this Trust is the Russell 1000® Value Index.

- **Investment Strategies:** The Trust is invested primarily in securities of large-capitalization companies (with market capitalizations in the range of the Russell 1000.) The Trust's adviser, Delaware Investment Advisers ("DIA"), seeks securities believed to be undervalued in relation to their intrinsic value as indicated by multiple factors including earnings and cash flow potential. DIA follows a value-oriented investment philosophy in selecting stocks for the Trust using a research intensive approach.

- **Primary Risks:** *Conflict of Interest Risk, Currency Risk, Derivatives Risk, Interest Rate Risk, International Risk, Investment Strategy Risk, Liquidity Risk, Market Risk.* For specific definitions/explanations of these types of risks, please see the declaration of trust posted on the website or you can request a copy of the Trust by calling the Lincoln Alliance Customer Service Center at 800 234-3500.

- **Manager:** Effective as of June 29, 2011, SEI Trust Company ("Trustee") serves as the Trustee of the Trust and maintains the ultimate fiduciary authority over the management of investments in the Trust. Prior to June 29, 2011, Wilmington Trust Retirement and Institutional Services Company served as the Trustee of the Trust. The Trustee has retained DIA, a series of Delaware Management Business Trust, to act as the investment advisor to the Trust.

- **Expense:** 0.70%. The Trust will be charged with certain operating expenses, including, without limitation, audit expenses, custody services fees, tax form preparation expenses, legal and other fees.

## Delaware Mid Cap Value Fund (Mutual Fund)

- **Investment Objectives:** The Fund seeks capital appreciation.

- **Investment Strategies:** The Fund is invested primarily in medium-sized companies whose stock prices appear low relative to their underlying value or future potential. Under normal circumstances, at least 80% of the Fund's net assets will be in investments of medium-sized companies (the 80% policy). Mid-sized companies would be those companies whose market capitalizations fall within the range represented in the Russell Midcap® Value Index at the time of the Fund's investment. The Fund's 80% policy can be changed without shareholder approval provided shareholders are given notice at least 60 days prior to any change.

- **Primary Risks:** *Counterparty Risk, Derivatives Risk, Government and Regulatory Risk Interest Rate Risk, Liquidity Risk, Market Risk, Small Company Risk.* The prospectus can be found on the website under "Research All Investments" , click on the fund name and then on the Prospectus tab, or you can request a copy by calling the Lincoln Alliance Customer Service Center at 800 234-3500. In general, investing in small- and/or medium-sized company stocks typically involve greater risk, particularly in the short-term, than those investing in larger, more established companies.

- **Manager:** Delaware Management Company, a series of Delaware Management Business Trust, which is a subsidiary of Delaware Management Holdings, Inc. ("DMHI"). DMHI is a subsidiary of the Macquarie Group.

- **Expense:** 1.00%. The Fund's investment manager has voluntary agreed to waive all or a portion of its investment management fees and pay/or reimburse expenses from February 28, 2012 through February 28, 2013, in order to prevent the total annual fund operating expenses from exceeding 1.00% of the Fund's average daily net assets. The waiver may be discontinued at any time. The estimated total annual fund operating expenses without the waiver is 1.99%.

## Delaware Smid Cap Growth Trust (Collective Investment Trust)

- **Investment Objectives:** The Trust seeks long term capital appreciation by investing primarily in common stocks of growth oriented companies  The Trust's benchmark is the Russell 2500® Growth Index.

- **Investment Strategies:** The Trust invests primarily in common stocks of growth-oriented companies that the adviser believes have long-term capital appreciation potential and expects to

ENTERCOM00039

grow faster than the U.S. economy. The adviser particularly seeks the small- to mid-sized companies that address large market opportunities. which it defines as the likelihood that an individual company's goods and/or services will be sold. The adviser uses the bottom up approach, seeking to select securities of companies, the adviser believes have attractive end market potential, dominant business models, and strong cash flow generation that are attractively priced compared to intrinsic value of the securities. The adviser also considers a company's operational efficiencies, management's plans for capital allocation, and the company's shareholder orientation.

The Trust generally holds 25 to 30 stocks, although from time to time it may hold fewer or more names, depending upon the adviser's assessment of the investment opportunities available.

- **Primary Risks:** *Conflicts of Interest Risk, Credit Risk, Currency Risk, Derivative Risk, Industry/Sector Risk, International Risk, Interest Rate Risk, Investment Strategy Risk, Limited Number of Securities Risk, Liquidity Risk, Market Risk, Small- and Medium-size company Risk.* For specific definitions/explanations of these types of risks, please see the declaration of trust posted on the website or you can request a copy of the Trust by calling the Lincoln Alliance Customer Service Center at 800 234-3500.

- **Manager:** Effective as of June 29, 2011, SEI Trust Company (the "Trustee") serves as the Trustee of the Trust and maintains the ultimate fiduciary authority over the management of investments in the Trust. Prior to June 29, 2011, Wilmington Trust Retirement and Institutional Services Company served as the Trustee of the Trust. The Trustee has retained DIA, a series of Delaware Management Business Trust, to act as the investment adviser to the Trust.

- **Expense:** 0.80%.

## Dodge & Cox International Stock Fund (Mutual Fund)

- **Investment Objectives:** The Fund seeks long-term growth of principal and income. The Fund's benchmark is the MCSI EAFE (Europe, Australasia, Far East Index). The MSCI EAFE is an unmanaged index of the world's stock markets, excluding the United States.

- **Investment Strategies:** The Fund invests primarily in a diversified portfolio of equity securities issued by non-U.S. companies from at least three different countries, including emerging markets. The Fund considers economic and political stability of a country and protection provided to foreign shareholders. The Fund invests primarily in medium-to-large well established companies based on standards of the applicable market.

- **Primary Risks:** *Equity Risk, Issuer Risk, Liquidity Risk, Management Risk, Market Risk, Non-U.S. Investment Risk, Non-U.S. Currency Risk, Non-U.S. Issuer Risk.* For specific definitions/explanations of these types of risks, please see the prospectus for this Fund. The prospectus can be found on the website under "Research All Investments" , click on the fund name and then on the Prospectus tab, or you can request a copy by calling the Lincoln Alliance Customer Service Center at 800 234-3500. In general, foreign investing, especially in developing countries, has special risks such as currency and market volatility and political and social instability. These and other risk considerations are discussed in the Fund's prospectus.

- **Manager:** Dodge & Cox is the registered investment advisor.

- **Expense:** 0.64%

ENTERCOM00040

**MFS International Growth Fund (Mutual Fund)**

- **Investment Objectives:** The Fund's investment objective is to seek capital appreciation. The Fund seeks to outperform the MSCI All Country World (ex-US) Growth Index over full market cycles. A full market cycle is defined as typically three to five years. MSCI All Country World (ex-US) Growth Index is a market capitalization index that is designed to measure equity market performance for growth securities in the global developed and emerging markets, excluding the U.S. No assurance can be given that the Fund will achieve it investment objective.

- **Investment Strategies:** In seeking to achieve its investment objective, the Fund relies on a team of global research analysts to identify companies with the highest sustainable earnings growth rates in their industry, companies that are expected to deliver value through the continued compounding of a growing earnings stream, and companies whose stocks are poised for multiple expansion. Sector and country weightings are the residual of the bottom-up stock selection process, rather than the result of a top-down, macroeconomic outlook. The Fund seeks to be broadly diversified across countries and sectors.

- **Primary Risks:** *Stock Market Risk, Company Risk, Currency Risk, Geographic Concentration Risk, Foreign, Risk, Emerging Markets Risk, Investment Selection Risk, Counterparty and Third Party Exposure Risk, Liquidity Risk and Active and Frequent Trading Risks and Temporary Defensive Strategy Risk.* For specific definitions/explanations of these types of risks, please see the Information Memorandum for the MFS Heritage Trust Company Collective Investment Trust. This Memorandum can be found on the website, or you can request a copy by calling the Lincoln Alliance Customer Service Center at 800 234-3500

- **Manager:** MFS Heritage Trust Company (the "Trustee") serves as the Trustee of the Trust. The Trustee is a subsidiary of Massachusetts Financial Service Company.

- **Expense:** 0.80%. *0.75% Management Fee plus 0.05% Administrative Fee. The Trustee will bear the Fund's expenses such that a Fund's annual administrative and operational expenses do not exceed the indicated expense caps as currently in effect (0.05%). The expense caps will continue until modified by the Trustee.*

**Vanguard® Extended Market Index Fund (Mutual Fund)**

- **Investment Objectives:** The Fund seeks to track the performance of a benchmark index that measures the investment return of small- and mid-capitalization stocks. The benchmark for this Fund is the S&P Completion Index.

- **Investment Strategies:** The Fund employs an indexing investment approach designed to track the performance of the Standard & Poor's Completion Index, a broadly diversified index of stocks of small and medium-size U.S. companies. The S&P Completion Index contains all of the U.S. common stocks regularly traded on the New York Stock Exchanges and the Nasdaq over-the-counter market, except those stocks included in the S&P 500 Index. The Fund invests all, or substantially all, of its assets in stocks of its target index, with nearly 80% of its assets invested in 1,200 stocks in its target index (covering nearly 85% of the Index's total market capitalization), and the rest of its assets in a representative sample of the remaining stocks. The Fund holds a broadly diversified collection of securities that, in the aggregate, approximates the full Index in terms of key characteristics. These key characteristics include industry weightings and market capitalization, as well as certain financial measures, such as price/earnings ratio and dividend yield.

- **Primary Risks:** *Investment Style Risk, Stock Market Risk and Index Sampling Risk.* For specific definitions/explanations of these types of risks, please see the prospectus for this Fund. The prospectus can be found on the website under "Research All Investments", click on the

ENTERCOM00041

fund name and then on the Prospectus tab, or you can request a copy by calling the Lincoln Alliance Customer Service Center at 800 234-3500.

- **Manager:** The Vanguard Group, Inc. is the registered investment advisor.
- **Expense:** 0.12%

## Vanguard® Institutional Index Fund (Mutual Fund)

- **Investment Objectives:** The Fund seeks to track the performance of a benchmark index that measures the investment return of large-capitalization stocks.

- **Investment Strategies:** The Fund employs an indexing investment approach designed to track the performance of the Standard & Poor's 500 Index, a widely recognized benchmark of U.S. stock market performance that is dominated by the stocks of large U.S. Companies. The Fund attempts to replicate the target index by investing all, or substantially all, of its assets in the stocks that make up the Standard & Poor's 500 Index, holding each stock in approximately the same proportion as its weighting in the Index.

- **Primary Risks:** *Investment Style, Stock Market Risk.* For specific definitions/explanations of these types of risks, please see the prospectus for this Fund. The prospectus can be found on the website under "Research All Investments", click on the fund name and then on the Prospectus tab, or you can request a copy by calling the Lincoln Alliance Customer Service Center at 800 234-3500.

- **Manager:** The Vanguard Group, Inc. is the registered investment advisor.
- **Expense:** 0.04%

---

## Asset Allocation Options

---

*Each of the three Asset Allocation Options summarized below relies on active asset allocation and invests in a diversified portfolio of securities of different investment classes and styles as it strives to obtain its objectives. The Asset Allocation Options offer varying levels of income and growth potential and corresponding variations in risk: "conservative," "moderate," or "aggressive."*

## Delaware Foundation® Conservative Allocation Fund (Mutual Fund)

- **Investment Objectives:** The Fund seeks a combination of current income and preservation of capital with capital appreciation. The benchmark for the Fund is the Barclays Capital U.S. Aggregate Index, formerly known as Lehman Brothers U.S. Aggregate Index.

- **Investment Strategies:** The Fund invests in a combination of underlying securities representing a variety of asset classes and investment styles, using an active allocation approach when selecting investments for this Fund. The Fund typically targets about 40% of its net assets in equity securities (with a range of 20% to 50%), and 60% of its net assets in fixed income securities (with a range from 50% to 80%). The Fund may invest 5% to 50% of its net assets in foreign securities and up to 10% of its net assets in emerging market securities. The following provides the target percentages of the Fund's net assets in each style of underlying equity securities: U.S. equity, such as U.S. large cap core, U.S. large cap growth, U.S. large cap value, U.S. small cap core (target 20%, with a range of 5% to 30%); international equity, such as international value and international growth (target 15%, with a range of 5% to 30%); global

ENTERCOM00042

real estate (target 0%, with a range from 0% to 15%); emerging markets (target 5%, with a range from 0% to 10%).  The fixed income portion includes bonds (target 58%, with a range of 30% to 70%) and cash equivalents (target 2%, with a range of 0% to 20%).

- **Primary Risks:**  The Fund has significant exposure to *Market Risk, Interest Rate Risk, Credit Risk and Prepayment Risk.*  For specific definitions/explanations of these types of risks as well as other risks of investing in this fund, please see the prospectus for this Fund.  The prospectus can be found on the website under "Research All Investments" , click on the fund name and then on the Prospectus tab, or you can request a copy by calling the Lincoln Alliance Customer Service Center at 800 234-3500.

- **Manager:**  Delaware Management Company, a series of Delaware Management Business Trust, which is a subsidiary of Delaware Management Holdings, Inc. ("DMHI").  DMHI is a subsidiary of Macquarie Group.

- **Expense:** 0.88%.  The Fund's investment manager has contracted to waive all or a portion of its investment advisory fees and or/pay or reimburse expenses through January 28, 2013 in order to prevent total annual fund operating expenses from exceeding, in an aggregate amount, 0.88% of the Fund's average daily net assets.  The estimated total annual fund operating expenses without the waiver is 1.17%.

### Delaware Foundationⁿ Moderate **Allocation Fund (Mutual Fund)**

- **Investment Objectives:**  The Fund seeks capital appreciation as the primary objective with current income as a secondary objective.  The Fund's benchmarks are the S&P 500 Index and Barclays Capital U.S. Aggregate Index, formerly known as the Lehman Brothers U.S. Aggregate Index.

- **Investment Strategies:**  The Fund invests in a combination of underlying securities representing a variety of asset classes and investment styles, using an active allocation approach when selecting funds.  The Fund typically targets about 60% of its net assets in equity securities (with a range of 40% to 70%), and 40% of its net assets in fixed income securities (with a range from 30% to 60%).  The Fund may invest 10% to 60% of its net assets in foreign securities and up to 15% of its net assets in emerging market securities.  The following provides the target percentages of the Fund's net assets in each style of underlying equity securities: U.S. equity, such as U.S. large cap core, U.S. large cap growth, U.S. large cap value, U.S. small cap core (target 30%, with a range of 10% to 40%); international equity, such as international value and international growth (target 22.5%, with a range of 10% to 40%); global real estate (target 0%, with a range from 0% to 15%); emerging markets (target 7.5%, with a range from 0% to 15%). The fixed income portion includes bonds (target 38%, with a range of 20% to 50%) and cash equivalents (target 2%, with a range of 0% to 15%).

- **Primary Risks:**  The Fund has significant exposure to *Market Risk, Foreign Risk and Currency Risk.*  For specific definitions/explanations of these types of risks, and other risks of investing in this fund please see the prospectus for this Fund.  The prospectus can be found on the website under "Research All Investments" , click on the fund name and then on the Prospectus tab, or you can request a copy by calling the Lincoln Alliance Customer Service Center at 800 234-3500.

- **Manager:**  Delaware Management Company, a series of Delaware Management Business Trust, which is a subsidiary of Delaware Management Holdings, Inc. ("DMHI"). DMHI is a subsidiary of Macquarie Group.

- **Expense:** 0.90%.  The Fund's investment manager has contracted to waive all or a portion of its investment advisory fees and or/reimburse expenses through January 28, 2013 in order to prevent total annual fund operating expenses from exceeding, in an aggregate amount, 0.90% of

ENTERCOM00043

the Fund's average daily net assets.  The estimated total annual fund operating expenses without the waiver is 1.01%.

### Delaware Foundation® Growth Allocation Fund (Mutual Fund)

- **Investment Objectives:**  The Fund seeks long-term capital growth.  The benchmark for this Fund is the S&P 500 Index.

- **Investment Strategies:**  The Fund invests in a combination of underlying securities representing a variety of asset classes and investment styles, using an active allocation approach. The Fund typically targets about 80% of its net assets in equity securities (with a range of 55% to 90%), and 20% of its net assets in fixed income securities (with a range of 10% to 45%).  The following provides the target percentages of the Fund's net assets in each style of underlying equity securities: U.S. equity, such as U.S. large cap core, U.S. large cap growth, U.S. large cap value, U.S. small cap core (target 40%, with a range of 15% to 50%); international equity, such as international value and international growth (target 30%, with a range of 15% to 50%); global real estate (target 0%, with a range from 0% to 20%); and emerging markets (target 10%, with a range from 0% to 20%).  The fixed income portion (target 20%, with a range from 10%-45%) includes bonds (target 18%, with a range of 10% to 40%) and cash equivalents (target 2%, with a range of 0% to 10%).

- **Primary Risks:**  The Fund has significant exposure to *Market Risk, Small Company Risk, Foreign Risk and Currency Risk.*  For specific definitions/explanations of these types of risks and other risks of investing in this fund, please see the prospectus for this Fund.   The prospectus can be found on the website under "Research All Investments" , click on the fund name and then on the Prospectus tab, or you can request a copy by calling the Lincoln Alliance Customer Service Center at 800 234-3500.

- **Manager:**  Delaware Management Company, a series of Delaware Management Business Trust, which is a subsidiary of Delaware Management Holdings, Inc. ("DMHI").  DMHI is a subsidiary of Macquarie Group.

- **Expense:** 0.90%.  The Fund's investment manager has contracted to waive all or a portion of its investment advisory fees and or/reimburse expenses through January 30, 2013 in order to prevent total annual fund operating expenses from exceeding, in an aggregate amount, 0.90% of the Fund's average daily net assets.  The estimated total annual fund operating expenses without the waiver is 1.24%.

---

## Bond Option

---

*Bond Options seek income or growth of income by investing primarily in income-producing securities such as corporate bonds, mortgages, government bonds, foreign bonds, convertible bonds, and preferred stocks.  Bond Options generally have a lower potential for capital growth.*

### Delaware Diversified Income Trust (Collective Investment Trust)

- **Investment Objectives:**  The Trust seeks maximum long-term total return, consistent with reasonable risk.  The benchmark for the Trust is Barclays Capital U.S. Aggregate Index.

ENTERCOM00044

- **Investment Strategies:** The Trust allocates its investments principally among the following four sectors of the fixed income securities markets: U.S. investment grade, U.S. high yield, international developed markets, and emerging markets. Under normal circumstances, the Trust will invest at least 80% of its net assets in fixed income securities (the 80% policy). Delaware Investment Advisers will determine how much of the Trust to allocate to each of the four sectors, based on its evaluation of economic and market conditions and an assessment of the returns and potential for appreciation that can be achieved from investments in each of the four sectors. There is no guarantee that the Trust will meet its investment objectives.

- **Primary Risks:** The Trust has significant exposure to *Credit Risk, Currency Risk, Derivatives Risk, Forward Foreign Currency Contract Risk , High Yield Fixed Income Securities Risk, Interest Rate Risk, International Risk, Investment Strategy Risk, Liquidity Risk, Loans and Other Indebtedness Risk, Market Risk, Pre-payment Risk , and Valuation Risk.* For specific definitions/explanations of these types of risks, please see the declaration of trust posted on the website or you can request a copy of the Trust by calling the Lincoln Alliance Customer Service Center at 800 234-3500. In general, investments in the Delaware Diversified Income Trust are subject to the risk that the portfolio, particularly with longer maturities, will decrease in value if the interest rates rise. High-yielding, non-investment grade bonds ("junk bonds") involve higher risk than investment grade bonds. Adverse conditions may affect the issuer's ability to pay interest and principal on these securities. Foreign investments are subject to risks not ordinarily associated with domestic investments, such as currency, economic and political risks, and different accounting standards. Securities of issuers from emerging market countries may be more volatile, less liquid, and generally more risky than investments in issuers from more developed foreign countries. Diversification does not ensure a profit or guarantee against a loss. The Trust will also be affected by prepayment risk due to its holdings of mortgage-backed securities. With prepayment risk, when homeowners prepay mortgages during periods of low interest rates, the Trust may be forced to redeploy its assets in lower yielding securities. If, and to the extent that, the Trust invests in forward foreign currency contracts or uses other investments to hedge against currency risks, the Trust will be subject to the special risks associated with those activities.

- **Manager:** Effective as of June 29, 2011, SEI Trust Company (the "Trustee") serves as the Trustee of the Trust and maintains the ultimate fiduciary authority over the management of investments in the Trust. Prior to June 29, 2011, Wilmington Trust Retirement and Institutional Services Company served as the Trustee of the Trust. The Trustee has engaged DIA, a series of Delaware Management Business Trust, to act as the investment sub-advisor to the Trust.

- **Expense**: 0.70%

---

### Stability of Principal Investment Option

---

*Stability of Principal Investment Options are conservative investment options that seek to hold the principal value of an investment so that it is stable or close to stable through all market conditions. Stability of Principal Investment Options may credit a stated rate of return or minimum periodic interest rate that may vary. These types of investments are often referred to as a "guaranteed account" or "money market account."*

**The Lincoln Stable Value Account (Insured Product)**

- **Investment Objectives:** This Investment Option seeks to provide a competitive current interest rate that translates into the highest possible return with the lowest level of risk while also offering the protection of principal. Contributions made to the Lincoln Stable Value Account in any quarter

ENTERCOM00045

will earn interest at the quarterly-set portfolio rate. The portfolio rate is declared for the quarter and is in effect only for that quarter. The portfolio rate is the three-year average of the Barclays Capital Intermediate U.S. Government/Credit Index, formerly known as the Lehman Intermediate U.S. Government/Credit Index, plus 0.20%, as of one month prior to the beginning of each quarter. The guaranteed minimum crediting rate for the Lincoln Stable Value Account is 3.00%. The portfolio rate in effect for the fourth quarter (2Q) of 2012 is 3.00%. This formula is guaranteed until October 1, 2013. The Lincoln National Life Insurance Company will provide notice of a new formula prior to October 1, 2013. If the Barclays Capital Intermediate U.S. Government/Credit Index ceases to be published, The Lincoln National Life Insurance Company will select a comparable index.

- **Investment Strategies:** The Lincoln Stable Value Account, a fixed annuity, is part of the general account of The Lincoln National Life Insurance Company and is backed by the general credit worthiness and the claims paying ability of The Lincoln National Life Insurance Company. The general account invests in investment and non-investment grade public companies, U.S. government bonds, high-quality corporate bonds, and other high-quality asset classes in keeping with the investment policy statement for the portfolio.

- **Primary Risks:** *Credit Risk* (the chance that the issuer of a security will fail to pay interest and principal in a timely manner, or that such companies or individuals will be unable to pay the contractual interest or principal on their debt obligations at all); *Inflation Risk* (the possibility that, over time, the returns will fail to keep up with the rising cost of living); *Interest Rate Risk* (the chance that bond prices overall will decline over short or even long periods due to rising interest rates); *Liquidity Risk* (the chance that the insured product is not backed by sufficient reserves to meet participant withdrawals, or would incur a market value adjustment or penalty for early withdrawal from one or more of its contracts); *Manager Risk* (the chance that poor security selection will cause the Stable Value Fund to under-perform other stability of principal investment options with similar objectives); *Market Risk* (the chance that the value of your investment will change because of rising (or falling) stock or bond prices). There is no government guarantee (such as the FDIC guarantee) protecting investments in the Lincoln Stable Value Account.

- **Manager:** Delaware Investment Advisers, a series of Delaware Management Business Trust, is the registered investment advisor.

- **Expense:** No asset charges are deducted from participant accounts. 0.10% is paid by The Lincoln National Life Insurance Company to Delaware Investment Advisers as a management fee and has effectively reduced the rate of return from the three-year average of the Barclays Capital Intermediate U.S. Government/Credit Index, plus 0.29% to that rate of return plus 0.20%.

---

## Brokerage Account

---

On January 7, 2010, the TD AMERITRADE Self-Directed Brokerage Account ("SDBA") option was opened to allow you access to a broad range of investments, such as stocks, bonds and mutual funds. In order to have access to the Plan's SDBA, you must review and complete a number of forms. These forms are available to you to download from the Lincoln Alliance website at (www.LincolnFinancial.com).

By establishing a SDBA within the Plan, you acknowledge that you, the Plan participant, and not the Plan fiduciary, are solely responsible for selecting investments through the SDBA, and that the Plan fiduciary has not vetted or screened any investments available through the SDBA.

A quarterly maintenance fee will be deducted for investments in your SDBA.

ENTERCOM00046

If you have any questions about the instructions or forms, you can contact the Lincoln Alliance Customer Service Center for assistance at 800 234-3500.

## LNC Stock Fund

- **Investment Objectives:** This Investment Option is referred to as an Employee Stock Ownership Plan. It is designed to provide participants with the opportunity to invest in employer securities.

- **Investment Strategies:** To achieve its objective, this Investment Option invests mainly in shares of the common stock of Lincoln National Corporation ("LNC Common Stock"), but may also invest in cash or short-term money-market securities to provide the liquidity and flexibility necessary to sell or exchange units of the fund quickly and easily, generally on a daily basis. When the amount of short-term investments in the Fund fall outside the range of 2.5% to 3.5% of its net assets, LNC common stock is either bought or sold to bring the short-term investments back into the target range.

- **Primary Risks:** *Inflation Risk; Investment-Style Risk; Market Risk.* This is a non-diversified Investment Option, investing in the stock of a single issuer. It is therefore a riskier investment than an Investment Option that invests in a diversified pool of stocks of companies with similar characteristics as this account. For a description of the risks associated with investment in LNC Common Stock, see "Risk Factors" detailed in the most recently filed LNC Annual Report (10-K) or LNC Quarterly Report (10-Q). It is a market-valued account, meaning that both the principal value and the investment return may go up and down based on the market price of the LNC Common Stock held in the Fund. For a more detailed description of LNC Common Stock. See "Lincoln National Corporation Common Stock" below.

- **Dividends:** You have the option to receive your LNC Stock Fund dividends in cash or to reinvest them. Dividends paid with respect to your investment in the fund will be automatically reinvested and no action is required if you wish to reinvest your dividends. If you choose to receive your dividends in cash, Wilmington Trust will pay your dividends by check as soon as administratively practicable after the dividend payment date. Only dividends from your investments in the LNC Stock Fund that have been in the Plan for at least two years can be distributed in cash.

  If you are currently invested in the LNC Stock Fund, and would like to receive dividends in cash, you may change the default dividend reinvestment option by calling the Lincoln Alliance Customer Service Center at 1-800-234-3500. Changes made by 4 p.m. (Eastern Time) on the last business day before dividends are paid will be applied to the dividends payable on February 1, May 1, August 1, and November 1. You may change this election as often as you wish, but only the last election on file before the deadline for the applicable dividend payment date will control.

  *You should be aware that choosing to receive your dividends in cash may result in a lower account value upon retirement, due to fewer assets in the Plan and diminished ability to leverage the power of pre-tax compounding of earnings.*

- **Share Ownership**: The LNC Stock Fund is a "unitized" stock fund and is the way you can invest in LNC Common Stock within the Plan. When investing in the LNC Stock Fund, you are purchasing **units** of the Fund, not actual shares of stock; the Fund owns actual shares of stock.

ENTERCOM00047

The "units" you own represent your pro-rata share of the Fund's total assets. The Plan's trustee determines the unit value daily using the values of the underlying assets at the daily closing price of each asset. The same economic or market conditions and trends that cause the price of LNCs Common Stock to fluctuate will similarly influence the unit price of the LNC Stock Fund, although the LNC Stock Fund's *unit price* and the *market price* of LNC Common Stock are likely to be different. Additionally, the percentage of short-term investments being held, bought or sold by the fund and any gains/losses realized on the sales of LNC Common Stock impact the investment returns of the unitized LNC Stock Fund.

You may become a direct owner of shares of LNC Common Stock through the Plan only when you take a withdrawal or distribution and elect to receive share of LNC Common Stock.

- **Share Voting Rights:** If you invest in this Investment Option, you will have "pass-through voting rights." This means that Wilmington Trust will vote the shares in the manner that you direct, if you sign and return the proxy card in time. You will have voting rights for the number of shares in this Investment Option that is proportionate to the size of your investment. Otherwise, Wilmington Trust will vote your interest in the Investment Option in the same proportion as the other Plan participants who voted.

- **Trading Restrictions:** Officers of LNC and certain other participants of LNC ("Restricted Employees") with access to inside information are subject to regular quarterly trading restrictions imposed by LFG's "Insider Trading and Confidentiality Policy" on any transaction, except normal payroll deductions, that might cause an increase or decrease in that person's interest in the Fund. Except for trading under a written securities trading plan meeting the requirements of Rule 10b5-1, Restricted Employees may only engage in transactions to increase or decrease their interest in LNC Stock Fund during previously announced open window trading periods. Other participants may also be subject to trading restrictions under the Policy.

- **Account Manager:** Wilmington Trust Company

- **Expense:** 0.00%

ENTERCOM00048

## LINCOLN NATIONAL CORPORATION COMMON STOCK
## AND PREFERRED STOCK

*General*

Our articles of incorporation currently authorize the issuance of 800,000,000 shares of Common Stock and 10,000,000 shares of Preferred Stock. We may issue our Preferred Stock from time to time in one or more series by resolution of our board of directors. We have outstanding one series of Preferred Stock, consisting of LNC's $3.00 Cumulative Convertible Preferred Stock, Series A (without par value), which we refer to as "Series A preferred stock." At September 14, 2012, we had issued and outstanding 276,613,108 shares of Common Stock and 9,632 shares of Series A preferred stock.

The following descriptions of the classes of our capital stock are summaries, do not purport to be complete, and are subject, in all respects, to the applicable provisions of the Indiana Business Corporation Law (the "IBCL"), and our Restated Articles of Incorporation (including a board of directors' certificate of resolution designating the rights and preferences of the Series A preferred stock), our Registration Statement on Form 10 filed with the Securities and Exchange Commission on April 28, 1969, including any amendments or reports filed for the purpose of updating such description, which, in each case, are included as exhibits to the registration statement that includes this prospectus.

*Common Stock*

Transfer Agent and Registrar. Our Common Stock is traded on the New York Stock Exchange under the symbol "LNC." The registrar and transfer agent is Computershare Investor Services.

Voting Rights. Except as set forth below under "Anti-Takeover Consideration—Certain State Law Provisions", each holder of record of our Common Stock is entitled to one vote for each share of our Common Stock held on all matters submitted to a vote of the shareholders, including election of directors. Holders of our Common Stock do not have cumulative voting rights with respect to the election of directors or any other matter.

Dividend Rights. The holders of our Common Stock may receive cash dividends, if and when declared by our board of directors out of funds legally available for that purpose, and subject to preferential rights of the holders of Preferred Stock or other special classes of stock.

Liquidation Rights. In the event of a liquidation, dissolution or winding up, holders of our Common Stock will be entitled to share ratably in all assets remaining after payments to creditors and after satisfaction of the liquidation preference, if any, of the holders of any Preferred Stock that may at the time be outstanding.

Preemptive Rights. Holders of our Common Stock do not have any preemptive or similar equity rights.

*Preferred Stock*

General. Our restated articles of incorporation authorize our board of directors to provide for the issuance of up to 10 million shares of Preferred Stock, in one or more series, and to fix by resolution and to the extent permitted by the IBCL, the relative rights, preferences and limitations of each series of Preferred Stock, including dividend, redemption, liquidation, sinking fund, conversion and other provisions in the resolutions or certificate establishing or designating the series, without a vote or any other action taken by our shareholders.

Shares Outstanding. We currently have one series of Preferred Stock outstanding, the Series A Preferred Stock. All outstanding shares of Series A preferred stock are duly authorized, validly issued, fully paid and non-assessable.

ENTERCOM00049

Voting Rights. Each holder of Preferred Stock of any series outstanding is entitled to one vote per share and to vote together, as a single class, with holders of our Common Stock on all matters submitted to a vote of the common shareholders.

Special Voting Rights With Respect to Directors. In the event that six or more quarterly dividends, whether or not consecutive, on any series of Preferred Stock are in default, the holders of any outstanding series of Preferred Stock as to which the default exists will be entitled, at the next annual meeting of shareholders, to vote as a class to elect two of LNC's directors. This right will continue with respect to shares of cumulative Preferred Stock, until all accumulated and unpaid dividends on all such shares, have been paid or declared and set aside for payment and, with respect to shares of non-cumulative Preferred Stock, if any, until any non-cumulative dividends have been paid or declared and set apart for payment for four consecutive quarterly dividend periods on all such shares, the holders of which were entitled to vote at the previous annual meeting of shareholders.

Other Special Voting Rights. The approval of the holders of record of at least two-thirds of the outstanding shares of all series of our Preferred Stock, voting as a class, will be required to take the following actions:

amend our articles of incorporation to create or authorize any stock ranking prior to or on a parity with the outstanding Preferred Stock with respect to the payment of dividends or distributions upon dissolution, liquidation or winding up;

to create or authorize any security convertible into shares of stock ranking prior to or on a parity with the outstanding Preferred Stock with respect to the payment of dividends or distributions upon dissolution, liquidation or winding up:

amend, alter, change or repeal any of the express terms of any outstanding Preferred Stock, or any series thereof, in any prejudicial manner (provided only holders of two-third of the outstanding shares of the series prejudiced by such change or repeal need consent to such action);

merge or consolidate with another corporation where we are not the surviving entity, if the rights, preferences or powers of the Preferred Stock would be adversely affected or if securities would thereupon be authorized or outstanding which could not otherwise have been created without the approval of the preferred shareholders: or

authorize, or revoke a previously authorized, voluntary dissolution of LNC, approve any limitation of the terms of our existence, or authorize the sale, lease, exchange or other disposition of all or substantially all of our property.

*Series A Preferred Stock*

Dividend Rights. To the extent permitted by law, holders of LNC Series A preferred stock are entitled to receive, but only when and as declared by our board of directors, cash dividends at the per annum rate of $3.00 per share, payable $0.75 per share quarterly. Dividends on the Series A preferred stock are cumulative.

Liquidation: Holders of Series A preferred stock are entitled to a liquidation preference of $80.00 per share, plus accrued dividends, before any assets may be distributed to holders of our Common Stock or any other stock ranking junior to the Series A preferred stock.

Redemption: The Series A preferred stock may be redeemed at any time at the option of our board of directors, in whole or in part, at a redemption price of $80.00 per share plus accrued but unpaid dividends.

Conversion. Each share of Series A preferred stock is currently convertible at the option of the holder thereof into sixteen shares of our Common Stock, subject to certain further adjustments. There is no conversion rate adjustment for a merger.

ENTERCOM00050

*Anti-Takeover Considerations*

### Certain Provisions of LNC's Restated Articles of Incorporation.

Our restated articles of incorporation provide that the affirmative vote of the holders of three-fourths of our voting stock is required to amend Article III, which deals with the number, classification, qualifications, and removal of directors. Article III provides that the number of directors may be fixed in the bylaws, that qualifications for directors may be set in the bylaws, and that the bylaws may provide for classification of our board of directors. The bylaws can be amended only by action of our board of directors. Article III also provides that directors can be removed, with or without cause, at a meeting of shareholders called expressly for that purpose upon the affirmative vote of the holders of at least three-fourths of our voting stock.

The provisions of Article III requiring the affirmative vote of three-fourths of our voting stock to amend Article III could make it difficult for the shareholders to change the existing provisions of that article, which, in turn, could discourage proxy contests and tender offers and make it more likely that incumbent directors will maintain their positions.

Article IV of our restated articles of incorporation also provide that no shares of the common stock of The Lincoln National Life Insurance Company, our primary insurance subsidiary, may be sold, leased, exchanged, mortgaged, pledged or otherwise disposed of except by the vote of the holders of three-fourths of our shares outstanding and entitled to vote thereon at an annual or special meeting of shareholders.

Article V of our restated articles of incorporation contains a "fair price" provision which requires, subject to certain exceptions, the holders of at least three-fourths of our voting stock to approve certain kinds of business combinations involving LNC and any shareholder holding 10% or more of our voting stock or certain affiliates of that shareholder unless:

- the transaction is approved by a majority of the members of our board of directors who are not affiliated with the 10% shareholder making the proposal; or
- the transaction meets certain minimum price and procedural requirements.

In either of these cases, only the normal shareholder and director approval requirements of the IBCL would govern the transaction. The "fair price" provision may be amended or repealed only upon the affirmative vote of the holders of at least three-fourths of our voting stock. The "fair price" provision is intended to increase the likelihood that all our shareholders will be treated similarly if certain kinds of business combinations are affected. The "fair price" provision may have the effect of making a takeover of us more expensive and may therefor discourage tender offers for less than three-fourths of our stock and acquisitions of substantial blocks of our stock with a view to acquiring control of us.

### Certain State Law Provisions.

Chapter 43 of the IBCL also restricts business combinations with interested shareholders. It prohibits certain business combinations, including mergers, sales of assets, recapitalizations, and reverse stock splits, between certain corporations having 100 or more shareholders that also have a class of voting shares registered with the SEC under Section 12 of the Securities Exchange Act of 1934 (which includes us) and an interested shareholder, defined as the beneficial owner of 10% or more of the voting power of the outstanding voting shares of that corporation, for five years following the date the shareholder acquired such 10% beneficial ownership, unless the acquisition or the business combination was approved by the board of directors in advance of that date. If the combination was not previously approved, the interested shareholder may effect a combination after the five-year period only if the shareholder receives approval from a majority of the disinterested shares or the offer meets certain fair price criteria. A corporation may elect to opt out of these provisions in an amendment to its articles of incorporation approved by a majority of the disinterested shares. Such an amendment, however, would not become effective for 18 months after its passage and would apply only to stock acquisitions occurring after its effective date. Our restated articles of incorporation do not elect to opt out of these provisions.

Chapter 42 of the IBCL includes provisions designed to protect minority shareholders in the event that a person acquires, pursuant to a tender offer or otherwise, shares giving it more than 20%, more than 33⅓%, or more

ENTERCOM00051

than 50% of the outstanding voting power (which we refer to as "control shares") of an "issuing public corporation." Unless the issuing public corporation's articles of incorporation or bylaws provide that Chapter 42 does not apply to control share acquisitions of shares of the corporation before the control share acquisition, an acquirer who purchases control shares cannot vote the control shares until each class or series of shares entitled to vote separately on the proposal, by a majority of all votes entitled to be cast by that group (excluding the control shares and any shares held by officers of the corporation and employees of the corporation who are directors thereof), approve in a special or annual meeting the rights of the acquirer to vote the control shares. Unless otherwise provided in a corporation's articles of incorporation or bylaws before a control share acquisition has occurred, in the event that control shares acquired in a control share acquisition are accorded full voting rights and the acquiring person acquires control shares with a majority or more of all voting power, all shareholders of the issuing public corporation have dissenters' rights to receive the fair value of their shares.

"Issuing public corporation" means a corporation which is organized in Indiana, has 100 or more shareholders, its principal place of business, its principal office or substantial assets within Indiana and one of the following:

- more than 10% of its shareholders resident in Indiana;
- more than 10% of its shares owned by Indiana residents; or
- 10,000 shareholders resident in Indiana.

An issuing public corporation may elect not to be covered by the statute by so providing in its articles of incorporation or bylaws. Our restated articles of incorporation do not elect to opt out of these provisions.

Indiana insurance laws and regulations provide that no person may acquire our voting securities if that person would directly or indirectly be in control of us after the acquisition, unless that person has provided certain required information to us and to the Indiana Insurance Commissioner and the Indiana Insurance Commissioner has approved the acquisition. Control of us is presumed to exist if any person beneficially owns 10% or more of our voting securities. Furthermore, the Indiana Insurance Commissioner may determine, after notice and hearing, that control exists despite the absence of a presumption to that effect. Consequently, no person may acquire, directly or indirectly, 10% or more of our voting securities to be outstanding after any offering of securities pursuant to this prospectus, or otherwise acquire control of us, unless that person has provided such required information to the Indiana Insurance Commissioner and the Indiana Insurance Commissioner has approved such acquisition.

1096587 v 1

ENTERCOM00052