# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01974-WJM-KLM

DAVID MUELLER

     Plaintiff

v.

TAYLOR SWIFT;
FRANK BELL;
ANDREA SWIFT a/k/a ANDREA FINLAY; and
JOHN DOES 1 - 5

     Defendants
_____

### ORDER GRANTING PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY OF LORRAINE BAYARD DE VOLO
_____

THIS MATTER comes before the Court on Plaintiff's Motion to Exclude Testimony of Lorraine Bayard de Volo.

THE COURT, having review the Motion, HEREBY ORDERS:

- The Motion is granted; and

2

- Lorraine Bayard de Volo may not offer opinions to the effect that Mr. Mueller's perceived threats and status are consistent with the perceived threats to status that motivate a man to sexually harass or assault a woman, which opinions are generally found on pages 1-8 of her July 27, 2016 report.

Done this _____ day of _____, 2017.

                                          BY THE COURT

                                          United States District Court Judge