IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:15-cv-01974-WJM-KLM

DAVID MUELLER

              Plaintiff,

v.

TAYLOR SWIFT; FRANK BELL; and
ANDREA SWIFT a/k/a ANDREA FINLAY

              Defendants.

## DECLARATION OF KATHERINE WRIGHT IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS FOR PLAINTIFF'S SPOLIATION OF EVIDENCE

I, Katherine Wright, hereby declare as follows:

1. I am an attorney duly licensed by the District of Columbia and State of Maryland. I am an associate at the law firm of Venable LLP, and counsel of record for Defendants in the above-captioned case. I provide this Declaration in support of Defendants' Motion for Sanctions for Plaintiff's Spoliation of Evidence.

2. I have personal knowledge of and am competent to testify to the facts set forth herein.

3. I have personally reviewed the excerpted audio recordings provided by Plaintiff in discovery in this matter. The filename and length of time of each excerpt is below:

| Filename of Excerpt | Length of Excerpt |
| --- | --- |
| 007 EH - Bad cell service - backstage area was shutdown.mp3 | 55 seconds |
| 008 BC - Trouble communicating with Eddie.mp3 | 5 seconds |
| 009 BC - Their story - hand back squeezing and pushed up skirt.mp3 | 1 minute, 35 seconds |

1

| Filename of Excerpt | Length of Excerpt |
|---|---|
| 010 BC - Taylor made formal complaint to security.mp3 | 39 seconds |
| 011 BC - What if they knew you were in radio.mp3 | 10 seconds |
| 012 BC - Eddie was there - will talk to Taylor people again.mp3 | 52 seconds |
| 015 BC and EH - Details about what they heard.mp3 | 1 minute, 43 seconds |
| 016 BC - Did Taylor say anything at the time.mp3 | 36 seconds |
| 017 BC and EH - How long were you gone before security stop.mp3 | 1 minute, 48 seconds |
| 018 EH - How many people there with photog.mp3 | 1 minute, 21 seconds |
| 019 BC - His final comments - Taylor complained - Didn't know we were radio.mp3 | 4 minutes, 33 seconds |

4. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of Plaintiff's June 16, 2016 Responses to Defendants' First Set of Interrogatories.

5. Attached hereto as Exhibit 2 is a true and correct copy of the Investigation Notes of Bob Call, SWIFT_0000024-28.

6. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the July 13, 2016 Deposition of David Mueller.

7. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the July 14, 2016 Deposition of Hershel Coomer p/k/a Eddie Haskell.

8. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the July 14, 2016 Deposition of Robert ("Bob") Call.

9. Attached hereto as Exhibit 6 is a true and correct copy of the June 4, 2013 Termination Letter, SWIFT_0000029.

10. Attached hereto as Exhibit 7 is a true and correct copy of the March 2, 2016 Transcript of Recorded Conversations.

11. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of Plaintiff's June 16, 2016 Responses to Defendants' First Set of Requests for Production of Documents.

12. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the August 30, 2016 Deposition of Shannon Melcher.

13. Attached hereto as Exhibit 10 is a true and correct copy of the February 21, 2014 Email from Cyd Hunt to Jennifer Pettrucelli, LFM0006.

14. Attached hereto as Exhibit 11 is a true and correct copy of the July 16, 2014 Letter from Cyd Hunt to Frank Bell, SWIFT_0000086.

15. Attached hereto as Exhibit 12 is a true and correct copy of the July 28, 2016 Expert Report of Jason Briody, excluding appendices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 1, 2017

Katherine Wright