# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01974-WJM-KLM

DAVID MUELLER

    Plaintiff

v.

TAYLOR SWIFT;
FRANK BELL;
ANDREA SWIFT a/k/a ANDREA FINLAY;
SCOTT SWIFT; and
JOHN DOES 1 - 5

    Defendants

## PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Plaintiff David Mueller, through counsel, M. Gabriel McFarland of Evans & McFarland, LLC, hereby submits his Responses to Defendants' First Set of Interrogatories:

### GENERAL AND CONTINUING OBJECTIONS

1. Plaintiff objects to Defendants' instructions and definitions to the extent they seek to impose obligations not imposed by the Federal Rules of Civil Procedure.

2. Plaintiff objects to Defendants' discovery requests to the extent any individually numbered request contains multiple subparts, rendering each numbered request in reality more than one request.

3. Plaintiff objects to Defendants' discovery requests to the extent they seek legal conclusions rather than factual information.

4. Plaintiff objects to Defendants' discovery requests to the extent they seek information protected by any privilege, including the attorney/client privilege and the work product doctrine.

5. Plaintiff objects to Defendants' discovery requests to the extent they seek the identification or production of confidential information, trade secrets, or proprietary documents.

6. Plaintiff objects to Defendants' discovery requests to the extent they are overly broad, unduly burdensome, or seek information not reasonably calculated to lead to the discovery of admissible evidence.

7. Plaintiff, in making these responses, does not in any way waive or intend to waive: (a) objections relating to competency, relevancy, materiality, privilege, or admissibility; or (b) the right to revise, correct, supplement, or clarify any response.

Subject to these General and Continuing Objections, Plaintiff submits his responses to Defendants' First Set of Interrogatories as follows:

## INTERROGATORIES

1. Identify Mueller's entire employment history up to the present day, including the name of the employer, the name of Mueller's direct supervisor at each employer, the dates of employment and the reason for departure from each employer.

### ANSWER TO INTERROGATORY NO. 1:

Plaintiff objects to this request in that it is overly broad and seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence. Notwithstanding, and without waiving, this objection, please see Plaintiff's resume, which will be produced.

2

5.     Identify the date, time, and location for each recording produced in Plaintiff's First Supplemental Initial Disclosures, including where the recording took place and the identity of all speakers on each recording.

**ANSWER TO INTERROGATORY NO. 5**

The audio recordings were from meeting in the office of Bob Call at Lincoln Financial Media on June 3, 2013. Plaintiff, Bob Call, and Eddie Haskell participated in the meeting.

6.     State the factual basis for Mueller's contention that Defendants "knew or reasonably should have known" of Mueller's contract with Lincoln Financial, as alleged in Paragraph 42 of the Complaint.

**ANSWER TO INTERROGATORY NO. 6:**

Plaintiff explicitly identified himself as a KYGO personality and employee at the subject meet-and-greet with Ms. Swift and repeated this information to Ms. Swift's security personnel when they accosted him. Anyone, and certainly anyone involved in the entertainment industry and associated media, would reasonably infer he was under a contract with the station. Apparently, the communications among Defendants included this information, as Ms. Swift's agents contacted KYGO and demanded action against Plaintiff.

7.     Identify the "words and conduct" Defendants used to intentionally cause Lincoln Financial to terminate its contract with Mueller, as alleged in Paragraph 43 of the Complaint.

5

Case No. 1:15-cv-01974-WJM-KLM Document 139-2 filed 06/01/17 USDC Colorado pg 5 of 6

## VERIFICATION

The foregoing answers to interrogatories are accurate and complete to the best of my knowledge as of today's date.

_____
David Mueller

12

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2016, **PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES** was served via e-mail on the following:

J. Douglas Baldridge (jbaldridge@venable.com)
Courtney A. Sullivan (casullivan@venable.com)
Katherine M. Wright (kmwright@venable.com)

s/M. Gabriel McFarland
M. Gabriel McFarland

00059742.DOC;1

14