# EXHIBIT 4

CONFIDENTIAL - UNDER PROTECTIVE ORDER - FOR AUTHORIZED USE ONLY
The Deposition of Hershel Coomer (P/K/A Eddie Haskell), July 14, 2016

```
                                                                  1

  1                IN THE UNITED STATES DISTRICT COURT
                              for the
  2                      District of Colorado
  3            Civil Action No. 1:15-CV-01974-WJM-KLM
  4   ============================================================
  5
      DAVID MUELLER,                                 Plaintiff,
  6
  7   v.
  8
      TAYLOR SWIFT; FRANK BELL;
  9
      ANDREA SWIFT, A/K/A ANDREA FINLAY;
 10
      SCOTT SWIFT; ET AL.                            Defendants.
 11
 12   ============================================================
 13
          PURSUANT TO SUBPOENA AND THE COLORADO AND THE FEDERAL
 14
      RULES OF CIVIL PROCEDURE, the deposition of HERSHEL COOMER
 15
      P/K/A EDDIE HASKELL, was taken by Plaintiff David Mueller
 16
      by and through his attorney, M. Gabriel McFarland, Esq. at
 17
      the offices of Evans & McFarland, LLC, 910 Thirteenth
 18
      Street, Suite 200, Golden, Colorado 80401, beginning at
 19
      the hour of 11:01 a.m. MDT on Thursday, July 14, 2016,
 20
      recorded by Merry P. Boslough, a/k/a Pat Boslough,
 21
      Professional Court Reporter and Notary Public in and for
 22
      the State of Colorado.
 23
 24                         *   *   *   *   *
 25
```

CONFIDENTIAL - UNDER PROTECTIVE ORDER - FOR AUTHORIZED USE ONLY
The Deposition of Hershel Coomer (P/K/A Eddie Haskell), July 14, 2016

```
                                                              2
  1                    APPEARANCES
  2   For the Plaintiff:
  3          M. Gabriel McFarland, Esq.
             EVANS & McFARLAND, LLC
  4          910 Thirteenth Street
             Suite 200
  5          Golden, Colorado  80401
             gmcfarland@emlawyers.com
  6          (303)279-8300 x 2
  7   For the Defendants Taylor Swift, Frank Bell, Scott Swift,
                                          and Andrea Swift:
  8
             J. Douglas Baldridge, Esq. and
  9          Katherine M. Wright, Esq.
             VENABLE LLP
 10          575 Seventh Street, NW
             Washington, D.C.  20004
 11          jdbaldridge@venable.com
             kmwright@venable.com
 12          (202)344-8300
 13   For Bonneville International/Deponent:
 14          Michael L. Dowdle, Esq.
             SVP Business Affairs and General Counsel
 15          BONNEVILLE INTERNATIONAL
             55 North 300 West
 16          Salt Lake City, Utah  84180
             mdowdle@bonneville.com
 17          (801)575-5874
 18   For Entercom Communications Corporation/Deponent:
 19          Michael E. Dash, Esq.
             Deputy General Counsel
 20          ENTERCOM COMMUNICATIONS CORPORATION
             401 City Avenue, Suite 809
 21          Bala Cynwyd, Pennsylvania  19004
             mdash@entercom.com
 22          (610)660-5610
 23   Also Present:
 24          Jessie P. Schaudies, Jr. (Present during part
                                    of the deposition.)
 25
```

CONFIDENTIAL - UNDER PROTECTIVE ORDER - FOR AUTHORIZED USE ONLY
The Deposition of Hershel Coomer (P/K/A Eddie Haskell), July 14, 2016

35

1    Q    What, if any, additional information did you
2    gather after your meeting with Mr. Mueller?
3    A    I don't believe any.  I think it was more of a
4    regrouping to share his story with everyone else.
5    Q    And was his story shared with everyone else?
6    A    Yes.
7    Q    And by "everyone else," you mean --
8    A    The initial people on the first call.
9    Q    Do you remember what time of day your meeting
10   with Mr. Mueller took place?
11   A    My recollection is it was around lunch, either
12   11 or 1, but sometime in the middle of the day.
13   Q    Do you recall how long the meeting lasted?
14   A    Probably 20 minutes.
15   Q    Did anybody else attend or listen in by
16   telephone or by any other device?
17   A    I don't recall.
18   Q    Has anybody told you at any time since the
19   meeting that somebody else participated or listened in?
20   A    Just his i-Phone.
21   Q    Mr. Mueller's?
22   A    Yes.
23   Q    Did you record your meeting with Mr. Mueller?
24   A    No.
25   Q    Do you know whether Mr. Call recorded the

Thomas T. Tomko & Associates, (303)825-1822
CONFIDENTIAL - UNDER PROTECTIVE ORDER - FOR AUTHORIZED USE ONLY

CONFIDENTIAL - UNDER PROTECTIVE ORDER - FOR AUTHORIZED USE ONLY
The Deposition of Hershel Coomer (P/K/A Eddie Haskell), July 14, 2016

36

1    meeting with Mr. Mueller?

2        A    Not to my knowledge.

3        Q    Do you know if anybody else was listening on the

4    telephone?

5        A    No.

6        Q    Did you take notes of the meeting?

7        A    I did not; Bob did.

8        Q    How did Mr. Call take notes?

9        A    On paper.

10       Q    Have you seen Bob's notes from the meeting --

11       A    No.

12       Q    -- since the meeting?

13       A    No.

14       Q    Did you know that Mr. Mueller was recording the

15   meeting with you and Mr. Call?

16       A    No.

17       Q    You indicated in your previous testimony that

18   Mr. Mueller was inquiring whether there was video?

19       A    Yes.

20       Q    And I think you indicated that there wasn't any

21   video; is that right?

22       A    Per Frank Bell, that area of the Pepsi Center

23   was not covered by any cameras.

24       Q    Okay.  So then did anyone at KYGO speak with

25   Shannon Melcher about the alleged incident?