# EXHIBIT 6



June 4, 2013

Delivery Via Courier

David J. Mueller
8801 Creekside Way
#1313
Highlands Ranch, Colorado 80129

Dear David:

    Per our telephone conversation of today, the purpose of this letter is to provide you with notice that Lincoln Financial Media Company of Colorado ("Lincoln") intends to exercise its rights under Section 16(b) of your Employment Agreement ("Agreement") with Lincoln dated January 4, 2013 to terminate the Agreement and your employment by Lincoln for cause, effective June 4, 2013.

Sincerely,

Bob Call
Senior Vice President and General Manager
Station KYGO
Lincoln Financial Media Company of Colorado

cc:    Eric Weiss
        The Weiss Agency
        16724 Via Pacifica
        Pacifica Palisades, CA 90272

**KYGO / KQKS / KKFN / KEPN / KRWZ**
**Lincoln Financial Media Company of Colorado**

7800 East Orchard Road, Suite 400
Greenwood Village, CO 80111