# EXHIBIT 8

Case No. 1:15-cv-01974-WJM-KLM    Document 139-9    filed 06/01/17    USDC Colorado
pg 1 of 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01974-WJM-KLM

DAVID MUELLER

    Plaintiff

v.

TAYLOR SWIFT;
FRANK BELL;
ANDREA SWIFT a/k/a ANDREA FINLAY;
SCOTT SWIFT; and
JOHN DOES 1 - 5

    Defendants

## PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

Plaintiff David Mueller ("Plaintiff"), through counsel, M. Gabriel McFarland of Evans & McFarland, LLC, hereby submits his Responses to Defendants' First Set of Requests for Production of Documents:

### GENERAL AND CONTINUING OBJECTIONS

1. Plaintiff objects to Defendants' instructions and definitions to the extent they seek to impose obligations not imposed by the Federal Rules of Civil Procedure.

2. Plaintiff objects to Defendants' discovery requests to the extent any individually numbered request contains multiple subparts, rendering each numbered request in reality more than one request.

3. Plaintiff objects to Defendants' discovery requests to the extent they seek legal conclusions rather than factual information.

4. Plaintiff objects to Defendants' discovery requests to the extent they seek information protected by any privilege, including the attorney/client privilege and the work product doctrine.

5. Plaintiff objects to Defendants' discovery requests to the extent they seek the identification or production of confidential information, trade secrets, or proprietary documents.

6. Plaintiff objects to Defendants' discovery requests to the extent they are overly broad, unduly burdensome, or seek information not reasonably calculated to lead to the discovery of admissible evidence.

7. Plaintiff, in making these responses, does not in any way waive or intend to waive: (a) objections relating to competency, relevancy, materiality, privilege, or admissibility; or (b) the right to revise, correct, supplement, or clarify any response.

Subject to these General and Continuing Objections, Plaintiff submits his responses to Defendants' First Set of Requests for Production of Documents as follows:

## REQUESTS FOR PRODUCTION

1. All documents relating or referring to Mueller's employment with KYGO and/or Lincoln Financial, including Mueller's employment application, employment contract, employment records, performance records, personnel actions, human resources reports or complaints, salary, and bonuses.

**ANSWER TO REQUEST FOR PRODUCTION NO. 1:**

Plaintiff objects to the request in that it is overly broad. Notwithstanding, and without waiving this objection, Plaintiff has produced all such documents in his

possession. Lincoln Financial likely has additional documents, however. Plaintiff will subpoena the same soon.

2.   All documents relating or referring to any engagements or appearance for which Mueller was paid, separately from or in addition to his contract salary, during the course of his employment with Lincoln Financial, including contracts, invoices, copies of checks, and proof of amounts or expenses paid for such appearances.

**ANSWER TO REQUEST FOR PRODUCTION NO. 2:**

Plaintiff does not possess any responsive documents. But, Lincoln Financial may have responsive documents. Plaintiff will subpoena the same soon.

3.   All documents relating or referring to any product endorsement fees for which Mueller was paid, separately from or in addition to his contract salary, during the course of his employment with Lincoln Financial, including contracts, invoices, copies of checks, and proof of amounts or expenses paid for such endorsements.

**ANSWER TO REQUEST FOR PRODUCTION NO. 3:**

Plaintiff will produce is 2013 W-2, as well as the check stubs in his possession. Lincoln Financial may have other responsive documents. Plaintiff will subpoena the same soon.

4.   All documents relating or referring to Mueller's termination, including text-messages, voicemails, and recordings.

**ANSWER TO REQUEST FOR PRODUCTION NO. 4:**

Plaintiff believes he has already produced all responsive documents in his possession. Lincoln Financial may have responsive documents. Plaintiff will subpoena the same soon.

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2016, **PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** was served via e-mail on the following:

J. Douglas Baldridge (jbaldridge@venable.com)
Courtney A. Sullivan (casullivan@venable.com)
Katherine M. Wright (kmwright@venable.com)

                                                s/M. Gabriel McFarland
                                                M. Gabriel McFarland

00059745.DOC;1

8