# EXHIBIT 9

**CONFIDENTIAL** 1

1      IN THE UNITED STATES DISTRICT COURT

2         FOR THE DISTRICT OF COLORADO

3     Civil Action No. 1:15-cv-01974-WJM-KLM

4                DEPOSITION OF

5               SHANNON MELCHER

6  ==========================================================

7  DAVID MUELLER,                                  Plaintiff,

8  v.

9  TAYLOR SWIFT; FRANK BELL;
   ANDREA SWIFT, A/K/A ANDREA FINLAY;
10 SCOTT SWIFT; ET AL.                            Defendants.

11 ==========================================================

12

13 **PURSUANT TO SUBPOENA AND THE COLORADO AND THE FEDERAL**

14 **RULES OF CIVIL PROCEDURE**, the deposition of SHANNON

15 MELCHER was taken by the Plaintiff at the offices of

16 Evans & McFarland, 910 Thirteenth Street, Suite 200,

17 Golden, Colorado 80401, beginning at the hour of

18 10:18 a.m. MDT, on Tuesday, August 30, 2016, recorded

19 stenographically and electronically by Terry H.

20 Edwards, Registered Professional Reporter and Notary

21 Public, State of Colorado.

22

23                   * * * * *

24

25

CONFIDENTIAL                                                 2

                         APPEARANCES

1

2    For the Plaintiff:

3            M. Gabriel McFarland, Esq.
             EVANS & McFARLAND, LLC
4            910 Thirteenth Street, Suite 200
             Golden, Colorado  80401
5            (303) 279-8300
             gmcfarland@emlawyers.com
6

7    For the Defendants:
             Courtney A. Sullivan, Esq.
8            Katherine M. Wright, Esq.
             VENABLE, LLP
9            575 Seventh Street, NW
             Washington, D.C. 20004
10           (202) 344-4262
             kmwright@Venable.com
11

12

13   Attending by telephone:
     Douglas Baldridge
14   Jessie Schaudies

15

16

17

18

19

20

21

22

23

24

25

**CONFIDENTIAL** 97

1  A  No. Other than the fact that if I did --
2  obviously, I did. But it was obviously a dramatic
3  evening and -- I don't know, yeah. I don't even
4  remember it actually, until we looked at it now. Of
5  course it was a long time ago, so yeah.
6  Q  So being that was a dramatic evening --
7  A  Yeah.
8  Q  -- it's not like this just didn't pop into
9  your mind, like, oh, I owe Maureen an e-mail from 11
10 days ago?
11 A  It may have. It may have, but I don't
12 know.
13 Q  But it's also possible that Mr. Mueller
14 asked you to do this?
15 A  It is possible.
16 Q  Was there any time -- did Mr. Mueller tell
17 you he recorded his meeting with Bob Call and Eddie
18 Haskell on Monday, May 3rd?
19 A  Yeah, he did.
20 Q  Did he tell you he was going to do it
21 before he went into the meeting?
22 A  I don't think so. I think he just told me
23 he had.
24 Q  Did he play it for you?
25 A  Not that I can recall. I don't recall

**CONFIDENTIAL** 98

1  hearing the conversation.
2       Q    Did he play portions of it for you?
3       A    Possibly, yeah.  I knew that he had
4  recorded it.  At this time, if he did play some for
5  me, which he probably did, I don't have any
6  recollection of what the conversation really entailed
7  except, you know, the fact that obviously he had been
8  in a conversation and was at that time probably going
9  to be let go.
10      Q    Were you with him when he received the
11 phone call on June 4th terminating him?
12      A    No.
13      Q    Did he record that phone call?
14      A    I do not know.  I was at work.
15      Q    Did he tell you whether he recorded it?
16      A    No.
17      Q    Did he ever play any snippets of that for
18 you?
19      A    I don't think so, no.
20      Q    Are you sure?
21      A    I'm trying to recall that day.  There were
22 snippets from a call played to me.  I don't know
23 which one it was.
24      Q    From a phone call?
25      A    Correct -- no, from a conversation, not a

**CONFIDENTIAL** 99

1  phone call.
2      Q   Okay.
3      A   So it probably was the one prior to that,
4  yeah.
5      Q   Okay.  And what did he tell you the reason
6  he recorded the conversation was?
7      A   He didn't give me a reason.
8      Q   Do you know what device he stored that on?
9      A   Cellphone.  I don't know.
10     Q   Was there ever a time when you spilled
11 coffee on Mr. Mueller's computer?
12     A   Coffee?  Oh, yeah, there was.
13     Q   What happened?
14     A   He bought a new one.
15     Q   When did that happen?
16     A   I believe -- God.  I believe early on in
17 our relationship -- because I felt really bad.  So
18 that was probably -- I don't know.  Maybe March.  I
19 don't know.
20     Q   Okay.
21     A   I have no idea.
22     Q   I'm going to wrap up.  I have one last
23 question.
24         Are you aware of any reason, facts, or any
25 other information to suggest that Ms. Swift would