# EXHIBIT 10

Mike Dash

**From:** Cyd Hunt <chunt@EMLawyers.com>
**Sent:** Friday, February 21, 2014 12:57 PM
**To:** Petruccelli, Jennifer L.
**Subject:** David Mueller

Ms. Petruccelli,

Despite your February 7, 2014 letter, I have not received any of the information requested in my January 30, 2014 correspondence.

Please be advised that Mr. Mueller has authorized me to file a wrongful termination suit on his behalf.

Cyd Hunt
Evans & McFarland, LLC
910 13th St., Suite 200
Golden, Colorado 80401
tel 303 279 8300
fax 303 277 1620
www.emlawyers.com

1

LFM0006