**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:15-cv-01974-WJM-KLM

DAVID MUELLER

        Plaintiff,

v.

TAYLOR SWIFT; FRANK BELL; and
ANDREA SWIFT a/k/a ANDREA FINLAY

        Defendants.

## DECLARATION OF KATHERINE WRIGHT IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO PARTIALLY EXCLUDE THE TESTIMONY OF DR. LORRAINE BAYARD DE VOLO

I, Katherine Wright, hereby declare as follows:

1. I am an attorney duly licensed by the District of Columbia and State of Maryland. I am an associate at the law firm of Venable LLP, and counsel of record for Defendants in the above-captioned case. I provide this Declaration in support of Defendants' Opposition to Motion to Partially Exclude the Testimony of Dr. Lorraine Bayard de Volo.

2. I have personal knowledge of and am competent to testify to the facts set forth herein.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the July 13, 2016 Deposition of David Mueller.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the July 26, 2016 Deposition of Taylor Swift.

5. Attached hereto as Exhibit 3 is a true and correct copy of the Investigation Notes of Bob Call, SWIFT_0000024-28.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2017

_____
Katherine Wright