# EXHIBIT 2

Taylor Alison Swift - July 26, 2016

```
 1                        * * * * *

 2            DEPOSITION DESIGNATED CONFIDENTIAL

 3            PURSUANT TO THE PROTECTIVE ORDER

 4                        * * * * *

 5

 6         IN THE UNITED STATES DISTRICT COURT

 7              FOR THE DISTRICT OF COLORADO

 8

 9    DAVID MUELLER,                        )
                                            )
10              Plaintiff,                  )
                                            )
11    vs.                                   )NO. 1:15-cv-01974-
                                            )    WJM-KLM
12    TAYLOR SWIFT; FRANK BELL;             )
      ANDREA SWIFT a/k/a ANDREA             )
13    FINLAY; SCOTT SWIFT; and JOHN         )
      DOES 1 - 5,                           )
14                                          )
                Defendants.                 )
15                                          )
      -----------------------------
16

17          Videotaped deposition of:

18
            TAYLOR ALISON SWIFT
19

20          Taken on behalf of the Plaintiff

21
            July 26, 2016
22

23          Reported by:  Martha B. Davis, RMR, RDR, CRR
                          LCR, No. 152
24

25
```

CLEETON DAVIS COURT REPORTERS, LLC      1
(615) 726-2737

Taylor Alison Swift - July 26, 2016

```
 1    APPEARANCES:

 2    For the Plaintiff:    M. Gabriel McFarland, Esq.
                            Evans & McFarland, LLC
 3                          910 13th Street
                            Suite 200
 4                          Golden, CO 80401
                            303-279-8300
 5                          gmcfarland@emlawyers.com

 6    For the Defendants:   J. Douglas Baldridge, Esq.
                            Venable, LLP
 7                          575 7th Street NW
                            Washington, D.C. 20004-1601
 8                          202-344-4703
                            jdbaldridge@venable.com
 9

10    Also Present:         David Mueller
                            Andrea Swift
11                          Jesse Schaudies, Esq.
                            Jeff Gebhardt
12                          Jesse Rutter
                            Jason Bertrand
13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Taylor Alison Swift - July 26, 2016**

```
11:01:25   1                    MR. BALDRIDGE:  Same.  You can go ahead.
11:01:26   2    I'll tell you otherwise.  I'm preserving --
           3                    THE WITNESS:  Yes.
11:01:29   4                    MR. BALDRIDGE:  -- the record for the
11:01:30   5    judge.
11:01:30   6                    THE WITNESS:  And just for the record, it
11:01:33   7    was more of a grab than a touch.
11:01:35   8    BY MR. MCFARLAND:
11:01:35   9    Q.       Okay.  And your contention is that during the
11:01:46  10    second meet-and-greet, Mr. Mueller took his hand
11:01:52  11    underneath your skirt and grabbed your butt?
11:01:56  12                    MR. BALDRIDGE:  Objection.  Form.
11:01:57  13                    THE WITNESS:  Yes.
11:02:00  14    BY MR. MCFARLAND:
11:02:02  15    Q.       Did he ever grab your butt outside of your
11:02:06  16    clothing?
11:02:08  17    A.       No.  It was underneath my clothing.
11:02:11  18    Q.       Did he ever touch your butt outside of your
11:02:15  19    clothing?
11:02:17  20    A.       It was all underneath my clothing.
11:02:21  21    Q.       Do you contend that Mr. Mueller
11:02:24  22    inappropriately touched you in any other form or
11:02:27  23    fashion?
11:02:28  24                    MR. BALDRIDGE:  Objection.  Form.
11:02:29  25                    THE WITNESS:  He put his hand under my
```

Taylor Alison Swift - July 26, 2016

| | | |
|---|---|---|
| 11:02:34 | 1 | dress and grabbed my bare ass. |
| 11:02:41 | 2 | BY MR. MCFARLAND: |
| 11:02:41 | 3 | Q.     Was there any other physical contact between |
| 11:02:45 | 4 | you and Mr. Mueller on June 2nd, 2013? |
| 11:02:49 | 5 | A.     Most likely a handshake.  I shake everyone's |
| 11:02:52 | 6 | hand when they walk in. |
| 11:02:54 | 7 | Q.     Do you contend that there was any other |
| 11:02:57 | 8 | inappropriate touching on June 2nd, 2013? |
| 11:03:00 | 9 | A.     That was the inappropriate touching, what I've |
| 11:03:02 | 10 | told you. |
| 11:03:03 | 11 | Q.     Just that one incident? |
| 11:03:06 | 12 | A.     Yes. |
| 11:03:16 | 13 | Q.     How long after the alleged touching or |
| 11:03:20 | 14 | grabbing did Mr. Mueller exit the photo booth area |
| 11:03:28 | 15 | where the alleged touching took place? |
| 11:03:30 | 16 |        MR. BALDRIDGE:  Objection.  Form. |
| 11:03:31 | 17 |        THE WITNESS:  As soon as he grabbed my |
| 11:03:35 | 18 | ass, I became shocked and withdrawn and was barely able |
| 11:03:42 | 19 | to say "Thanks for coming," which is what I say to |
| 11:03:46 | 20 | everybody.  I was barely able to get the words out, and |
| 11:03:49 | 21 | it was like somebody switched the lights off in my |
| 11:03:53 | 22 | personality.  So it was pretty quick that he was gone |
| 11:03:56 | 23 | after that. |
| 11:03:58 | 24 | BY MR. MCFARLAND: |
| 11:03:59 | 25 | Q.     Was he gone within 30 seconds? |

Taylor Alison Swift - July 26, 2016

```
11:25:11   1              He was very adamant in letting me know
11:25:15   2   that he was with KYGO and that he was with radio.  And
11:25:21   3   I said, "Well, thank you so much for coming.  Thanks
11:25:24   4   for everything.  Would you guys like to get a photo?"
11:25:28   5              And so then we get in a photo formation
11:25:33   6   with me in the middle, and that's when right as the
11:25:38   7   moment came for us to pose for the photo, he took his
11:25:42   8   hand and put it up my dress and grabbed onto my ass
11:25:47   9   cheek, and no matter how much I scooted over it was
11:25:51  10   still there.  It was not an accident, it was completely
11:25:54  11   intentional, and I have never been so sure of anything
11:25:57  12   in my life.
11:25:58  13   BY MR. MCFARLAND:
11:25:59  14   Q.       How long was Mr. Mueller's hand on your ass?
11:26:04  15   A.       I would be estimating, and I don't think
11:26:07  16   that's a good thing to do.
11:26:12  17   Q.       Do you specifically recall how the photograph
11:26:15  18   was initiated?
11:26:17  19              MR. BALDRIDGE:  Objection.  Form.
11:26:18  20              THE WITNESS:  I would have said, "Do you
11:26:20  21   guys want to get a photo?"  That's usually how the
11:26:24  22   photos are initiated at a meet-and-greet.
11:26:28  23   BY MR. MCFARLAND:
11:26:29  24   Q.       Sitting aside sort of the normal process, do
11:26:33  25   you specifically recall how your photograph of
```

Taylor Alison Swift - July 26, 2016

```
11:27:32   1   speculation, form and asked and answered and
11:27:34   2   mischaracterizes her prior testimony.
11:27:37   3                  THE WITNESS:  I don't remember that.
11:27:42   4   BY MR. MCFARLAND:
11:27:42   5   Q.        Do you remember, oh, kind of, you know,
11:27:47   6   jostling with Mr. Mueller's -- your hand and
11:27:52   7   Mr. Mueller's hand kind of jostling as you kind of got
11:27:55   8   into the photograph position?
11:27:57   9                  MR. BALDRIDGE:  Objection.  Form.
11:27:58  10                  THE WITNESS:  That's not what happened at
11:28:00  11   all.
11:28:00  12   BY MR. MCFARLAND:
11:28:00  13   Q.        Your hands never touched --
11:28:02  14                  MR. BALDRIDGE:  Objection.  Form.
11:28:03  15   BY MR. MCFARLAND:
11:28:03  16   Q.        -- as you were getting into position for the
11:28:05  17   photograph?
11:28:05  18                  MR. BALDRIDGE:  Same.
11:28:06  19                  THE WITNESS:  His hand grabbed my ass,
11:28:09  20   not my hand.
11:28:12  21   BY MR. MCFARLAND:
11:28:13  22   Q.        So your hands didn't touch at any point?
11:28:18  23   A.        I told you that I probably shook his hand when
11:28:21  24   he walked in.
11:28:22  25   Q.        When you were moving into position for the
```

Taylor Alison Swift - July 26, 2016

| | | |
|---|---|---|
| 11:28:24 | 1 | photograph, your hands did not touch? |
| 11:28:27 | 2 | A.     I don't remember that.  I just remember him |
| 11:28:30 | 3 | grabbing my ass. |
| 11:28:48 | 4 | Q.     And in relation to the photograph, did |
| 11:28:57 | 5 | Mr. Mueller allegedly grab your ass -- well, in |
| 11:29:03 | 6 | relation to the time the picture was taken, when did |
| 11:29:06 | 7 | Mr. Mueller allegedly grab your ass? |
| 11:29:08 | 8 |           MR. BALDRIDGE:  Objection.  Form and |
| 11:29:09 | 9 | foundation.  Vague as well. |
| 11:29:11 | 10 |           THE WITNESS:  He reached up under my |
| 11:29:13 | 11 | skirt and grabbed my ass right when I was having to |
| 11:29:17 | 12 | pose for a photo, and it felt intentional that that |
| 11:29:21 | 13 | would be the time he would choose to do it. |
| 11:29:28 | 14 | BY MR. MCFARLAND: |
| 11:29:28 | 15 | Q.     So your recollection is that Mr. Mueller |
| 11:29:32 | 16 | allegedly grabbed your ass right at the moment the |
| 11:29:35 | 17 | photograph was being taken? |
| 11:29:37 | 18 |           MR. BALDRIDGE:  Objection.  Form. |
| 11:29:38 | 19 | Foundation. |
| 11:29:39 | 20 |           THE WITNESS:  It's impossible for me to |
| 11:29:43 | 21 | pick one specific moment that it was happening because |
| 11:29:47 | 22 | it happened in a series of moments, so one of the |
| 11:29:51 | 23 | moments when it was happening and in the process of |
| 11:29:55 | 24 | happening, in progress, was the moment we were posing |
| 11:29:58 | 25 | for the photo and when the photo was being taken, but |