**EXHIBIT 1**




# JEFFREY B. OPP

399 Perry Street, Suite 201
Castle Rock, Colorado 80104

Office (303) 694-7507
Fax (303) 694-7508

**Summary**

Thirty-one years professional experience, including twenty-eight years of financial and litigation consulting and three years of real estate management and accounting. Determined losses resulting from the failure of several Savings and Loan Associations, and Commercial Banking Institutions. Assisted attorneys and insurance agents in the preparation or review of thousands of lost profit claims and personal injury damage analyses. Prepared lost earnings computations in numerous wrongful termination class-action matters involving thousands of class members. Analyzed and calculated damages in several real estate lawsuits. Assisted real estate partnerships with leasing, management, accounting, and tax services for numerous properties including an $18 million office building, six residential buildings, and a $3 million strip-mall.

**Education**

University of Denver, Denver, CO, 1983 - 1987
B.A., Economics

**Affiliations**

Opp & Company, Inc., Castle Rock, CO, 2015 - Present
Principal - Financial and litigation consulting firm

Caulson, Opp & Associates, P.C., Denver, CO, 1992 - 2015
Principal - Financial and litigation consulting firm

Karraker & Taylor, P.C., Denver, CO, 1988 - 1992
Consultant - Financial and litigation consulting firm

United States Army Reserve, 1988 - 1998
1st Lieutenant - Infantry

Jeffrey B. Opp, Property Management, Denver, CO, 1983 - 1988
Sole Practitioner - Property leasing, management, accounting, and tax services practice

**Publications**

The Plaintiffs and Defense Attorney's Guide to Understanding Economic Damages, Michael L. Brookshire, Ph.D., Frank Slesnick, Ph.D. and John O. Ward, Ph.D. Editors, Contributing Author: The Special Issues of F.E.L.A. Cases.




**Community and Professional Activities**

Kappa Sigma Alumni Association (Member, Current)
Warriors Youth Football (Coach, 2001 - 2006)
Colorado Youth Rugby (Coach, 1987 - 2008)

**Experience**

*Litigation Consulting*

- Prepared or reviewed lost profit claims and personal injury and wrongful death damages in over 3,500 lawsuits.
- Determined damages in several commercial and residential real estate disputes, assisting in preparing property valuations, cash flow analyses, and cost accounting.
- Determined the damages resulting from defaulted loans made by several large Savings and Loan Associations which cumulatively led to the failure of the institutions.
- Identified and analyzed the negligent lending procedures of a large, real estate dependent bank, and documented the bank's consequent losses and ultimate financial insolvency.
- Discovered and quantified fraud by the officers and directors of a federally insured bank as well as third-party contractors, which resulted in the loss of hundreds of millions of dollars and the failure of the institution.
- Developed and implemented a methodology for accumulating and supporting costs related to a worldwide product recall, which exceeded $50 million.
- Served as the financial expert in numerous wrongful termination class-action matters. Tasks included statistical analysis of liability issues, calculation of lost earnings, as well as lost pension benefits.
- Determined losses resulting from non-performance on a multi-million dollar asbestos abatement contract, analyzing concealed conditions claims, excess costs, and lost contract profits.
- Analyzed the lost profits of an independent insurance agency terminated by a major national insurance company, including documenting significant agency management irregularities, account losses, and damage claim overstatements.
- Performed several loss assessments relating to the termination of manufacturer's representatives, analyzing historical profits and potential future losses.
- Documented the significant financial irregularities and accounting errors of a large Colorado retail store, and prepared related analyses disputing the alleged constructive eviction losses of the store.




*Litigation Consulting Continued*

- Prepared or reviewed loss claims in trade secrets and patent infringement cases, analyzing sales volumes, gross margins, costs, and profits.

- Analyzed the profitability of over 100 publications for a medium-sized publishing company over a ten-year period. Tasks included database development, overhead allocation, research and development costing, and royalty assignments.

- Prepared or reviewed lost wage and pension benefit claims in over 1,000 railroad personal injury lawsuits.

*Financial Consulting*

- Developed a time and motion study program for the State of Colorado for use in their purchasing department.

- Rendered opinions as to the relative value of numerous closely held companies. Analyzing such issues as cash flow, minority interest discounts, and goodwill.

- Developed and supervised an evaluation of a major national insurance carrier's PIP files to determine more effective methods of processing PIP claims.

- Determined inventory and business interruption losses from water damage to a large Denver retailer.

- Prepared economic projections for a major broadcasting company in connection with a bankruptcy workout.

- Determined costs for national product recall of roofing material involving thousands of customers.

*Real Estate Management*

- Controlled operations of six residential real estate projects, providing leasing, management, tax, and accounting services.

- Assisted a real estate partnership in the successful turnaround of a large commercial real estate project, which had been placed into receivership.

- Assisted in the preparation of tax and financial reports for over 20 real estate partnerships.




## 2016 Rate Schedule and Fee Policy

| Professional | Hourly Rate |
|---|---|
| Jeffrey B. Opp | $ 345.00 |
| Nicholas D. Opp | $ 170.00 |
| Clerical | $ 85.00 |

Deposition time will be billed at standard hourly rates on a pre-paid basis. The total amount of the requested deposition time including travel time to and from the deposition site must be received prior to the commencement of the deposition. If payment is not received 48 hours prior to the deposition, the deposition will be cancelled. No refunds will be given for depositions lasting less than the requested time. No depositions will last longer than the paid for requested time including travel time unless mutually agreeable arrangements are made prior to the start of the extra time. Payment for the total requested time is required for any deposition that is scheduled and later cancelled by the party requesting the deposition either prior to or after payment is received for the deposition. Depositions may be rescheduled once by the party requesting the deposition without penalty. Any additional rescheduling of depositions by the party requesting the deposition will be considered a cancellation and payment for the total requested time will be required for the cancelled deposition and any rescheduled deposition.

Opp & Company, Inc. will pass-through as additional charges external out-of-pocket expenses incurred at the request of clients.



**Testimony Presented by Jeffrey B. Opp - January 1, 2012 Through Current**

| Testimony Type | Testimony Date | Caption or Plaintiff | Court | Case Number |
|---|---|---|---|---|
| Deposition | 9-Jan-12 | Harold Green v. The BNSF Railway Company | Scotts Bluff Cty Dist.-NE | CI-10-901 |
| Deposition | 9-Jan-12 | Timothy Thomsen v. The BNSF Railway Company | Denver County Dist. | 11-CV-2167 |
| Trial | 11-Jan-12 | Edwin H. Kuhnel v. The BNSF Railway Company | Scotts Bluff Cty Dist.-NE | CI-09-661 |
| Trial | 25-Jan-12 | Donald Spaletta v. Paul Gordon, et al. | El Paso County Dist. | 08-CV-4145 |
| Deposition | 1-Feb-12 | Peter K. Krout v. Kansas City Southern Railway Company | Barton Cty. Cir., MO | 10B4-CV-00504 |
| Deposition | 3-Feb-12 | Scott Czarniak, et al. v. 20/20 Institute, LLC, et al. | U.S. Dist.-Colorado | 10-CV-03115-RPM |
| Deposition | 6-Feb-12 | Anna D. Reikens v. Union Pacific Railroad Company, et al. | Laramie Cty. Dist.-WY | CA#-173-926 |
| Deposition | 6-Feb-12 | Corey T. Bunk v. The BNSF Railway Company | Denver County Dist. | 11-CV-3052 |
| Trial | 14-Feb-12 | Joseph P. Ormsby v. The BNSF Railway Company | Cascade Cty Dist.-MT | ADV-10-0176 |
| Trial | 8-Mar-12 | Russell Phillips v. Chicago, Central & Pacific Railroad Co. | Pottawattamie Cty -IA | CN04781LACV09439 |
| Deposition | 9-Mar-12 | Marcus D. Foust v. The BNSF Railway Company | Okalahoma Cty. Dist.-OK | CJ-2010-4154 |
| Deposition | 12-Mar-12 | Shoreline Capital I, et al. v. CO Center for Photomedince, et al. | Douglas County Dist. | 2010-CV-2968 |
| Trial | 13-Mar-12 | Corey T. Bunk v. The BNSF Railway Company | Denver County Dist. | 11-CV-3052 |
| Deposition | 19-Mar-12 | James Ezzell v. The BNSF Railway Company | Tarrant Cty. Dist.-TX | CN:352-252503-11 |
| Deposition | 27-Mar-12 | Janice McRae v. Michelle Ridnour, M.D. | El Paso County Dist. | 2011-CV-3809 |
| Trial | 28-Mar-12 | Diana Kelly v. Linda Horan | Jefferson County Dist. | 2011-CV-1657 |
| Trial | 28&30-Mar-12 | Stephen J. Tucker v. The BNSF Railway Company | Denver County Dist. | 10-CV-8812 |
| Trial | 2-Apr-12 | Kimberly N. Squires, et al. v. James Michael Goodwin, et al. | U.S. Dist.-Colorado | 10cv00309-CBS-BNB |
| Deposition | 9-Apr-12 | Steven R. Loving v. The Union Pacific Railroad Company | Denver County Dist. | 2011-CV-4748 |
| Hearing | 10-Apr-12 | Gregory Toy v. American Family Mutual Insurance Company | Denver JAG | JAG Case# 11-1263A |
| Deposition | 18-Apr-12 | Craig L. Mulford v. The Union Pacific Railroad Company | Idaho Dist.-Bannock Cty. | CV-09-4313-PI |
| Deposition | 27-Apr-12 | Scott R. Simpson v. Cedar Spring Hospital, Inc., et al. | El Paso County Dist. | 2010CV2481 |
| Trial | 3-May-12 | Cindy M. McPherson v. Stephen C. Morrison, D.O., et al. | Douglas County Dist. | 2011-CV-811 |



## Testimony Presented by Jeffrey B. Opp - January 1, 2012 Through Current

| Testimony Type | Testimony Date | Caption or Plaintiff | Court | Case Number |
|---|---|---|---|---|
| Deposition | 9-May-12 | Samuel Gurule v. The BNSF Railway Company | Santa Fe Cty. Dist.-NM | D-101-CV-2010-01965 |
| Trial | 17-May-12 | Norbert Gasnik v. Elizabeth Barrette | Teller County Dist. | 10-CV-343 |
| Trial | 13-Jun-12 | Steven R. Loving v. The Union Pacific Railroad Company | Denver County Dist. | 2011-CV-4748 |
| Deposition | 13-Jun-12 | Albert I. Gonzales v. The BNSF Railway Company | Santa Fe Cty. Dist.-NM | D-101-CV-2011-01139 |
| Trial | 19-Jul-12 | Marian Black v. John J. Rosko | Jefferson County Dist. | 2010-CV-4221 |
| Deposition | 23-Jul-12 | Clifford E. Gladwell v. The BNSF Railway Company | Santa Fe Cty. Dist.-NM | D-101-CV-2010-03660 |
| Trial | 16-Aug-12 | Asia First, Inc. v. Kinco Lakewood 684, Inc. | Jefferson County Dist. | 2011-CV-3522 |
| Deposition | 7-Sep-12 | Trisha M. Queen v. Steven W. Kitchen, M.D. | Alamosa County Dist. | 2010-CV-1 |
| Trial | 12-Sep-12 | Clifford E. Gladwell v. The BNSF Railway Company | Santa Fe Cty. Dist.-NM | D-101-CV-2010-03660 |
| Trial | 18-Oct-12 | Kurtis Klemmer v. The BNSF Railway Company | Hennepin Cty Dist.-MN | 27-CV-10-24570 |
| Trial | 19-Oct-12 | Francis D. Fox. V. Ernest S. Wix, et al. | Arapahoe County Dist. | 10CV1328 |
| Trial | 24-Oct-12 | Linda Vrbas v. American Family Mutual Insurance | Denver County Dist. | 2011-CV-6535 |
| Trial | 25-Oct-12 | Janice McRae v. Michelle Ridnour, M.D. | El Paso County Dist. | 2011-CV-3809 |
| Deposition | 5-Nov-12 | Greg Hansen v. The BNSF Railway Company | Denver County Dist. | 2011-CV-7713 |
| Deposition | 27-Nov-12 | Jeffrey McKusker v. Gary Gaylor, et al. | Boulder County Dist. | 11CV911 |
| Deposition | 19-Dec-12 | Lenore W. Weber v. Carl D. Severin, M.D., et al. | Denver County Dist. | 2011-CV-7534 |
| Deposition | 14-Jan-13 | Richard & Sharon Carroll v. Allstate Fire & Casualty Inc. Co. | U.S. Dist.-Colorado | 12cv00007-WJM-KLM |
| Deposition | 29-Jan-13 | Colette Johnson, et al. v. Allstate Sweeping, LLC, et al. | Douglas County Dist. | 2011-CV-2398 |
| Deposition | 4-Feb-13 | Kathryn Kipling v. State Farm Mutual Auto Insurance Co. | U.S. Dist.-Colorado | 11cv01948-BNB |
| Trial | 19&20-Feb-13 | Stacy Warden, et al. v. Exempla Healthcare, et al. | Boulder County Dist. | 10-CV-517 |
| Deposition | 13-Mar-13 | David C. Moats v. The Union Pacific Railroad Company | Box Butte Cty Dist.-NE | CI-09-212 |
| Trial | 26-Mar-13 | Colette Johnson, et al. v. Allstate Sweeping, LLC, et al. | Douglas County Dist. | 2011-CV-2398 |
| Trial | 9-Apr-12 | Sean Kennedy v. Soo Line Railroad Company | Hennepin Cty Dist.-MN | 27-CV-12-3265 |



## Testimony Presented by Jeffrey B. Opp - January 1, 2012 Through Current

| Testimony Type | Testimony Date | Caption or Plaintiff | Court | Case Number |
|---|---|---|---|---|
| Deposition | 15-Apr-13 | David Shinkle v. The BNSF Railway Company | Spokane Cty Dist.-WA | 12-2-02400-1 |
| Deposition | 19-Apr-13 | Kevin Johnston v. North Table Mountain Water, et al. | U.S. Dist.-Colorado | 12cv01790-REB-CBS |
| Deposition | 29-Apr-13 | Tamra Wardlow v. Monte Uyemura, et al. | Yuma County Dist. | 2012-CV-6 |
| Trial | 29-Apr-13 | Kevin Dickson v. Thomas Randall Eldridge, DC | Denver County Dist. | 2011-CV-8755 |
| Trial | 14-May-13 | Kathryn Kipling v. State Farm Mutual Auto Insurance Co. | U.S. Dist.-Colorado | 11cv01948-BNB |
| Deposition | 10-Jun-13 | Judy Rigg v. City of Lakewood | U.S. Dist.-Colorado | 11cv03044-RJB-BNB |
| Trial | 19-Jun-13 | Karen Scavetta v. King Soopers, Inc., et al. | U.S. Dist.-Colorado | 1:10cv02986-WJM-KLM |
| Deposition | 23-Jul-13 | Albert I. Gonzales v. The BNSF Railway Company | Santa Fe Cty. Dist.-NM | D-101-CV-2011-01139 |
| Trial | 31-Jul-13 | Eyob Hagos v. ITS Financial, LLC, et al. | Denver County Dist. | 2009-CV-11509 |
| Trial | 2-Aug-13 | William C. Dahna v. The BNSF Railway Company | Hennepin Cty Dist.-MN | 27-CV-12-13181 |
| Deposition | 7-Aug-13 | William Silvers v. HNV, LLC, et al. | Arapahoe County Dist. | 2011-CV-1471 |
| Trial | 14-Aug-13 | Brade Bernhardt v. The BNSF Railway Company | Hennepin Cty Dist.-MN | 27-CV-11-18375 |
| Trial | 16-Aug-13 | David Vititoe v. RMPM/Polk Holdings | Denver County Dist. | 2010-CV-8156 |
| Deposition | 30-Aug-13 | Jeffrey Clements v. Dish Network Services, LLC | Douglas County Dist. | 2012-CV-2155 |
| Deposition | 9-Sep-13 | Jonathan Smith v. The BNSF Railway Company | Pierce Cty. Dist.-WA | 12-2-09041-1 |
| Arbitration | 10-Sep-13 | Kaye L. Tibbe v. V.O. Remarketing Corporation | Weld County Dist. | 2013-CV-30157 |
| Deposition | 18-Sep-13 | Betty Lukashow, et al. v. Auto Truck Transport USA, Inc. | U.S. Dist.-E. Missouri | 4:09 CV2074CDP |
| Arbitration | 1-Oct-13 | Creekside Hotel Associates, LLC v. Laff, Campbell Tucker & Gordon, LLP, et al. | Arapahoe County Dist. | 2007-CV-2652 |
| Deposition | 2-Oct-13 | Susan Burns v. Kenneth Pettine, M.D., et al. | Larimer County Dist. | 2012-CV-1284 |
| Deposition | 29-Oct-13 | King v. Janego | Benton Cty. Crct.-OR | 12-10623 |
| Deposition | 4-Nov-13 | Valerie Scheirman v. Nicolette A. Picerno, M.D., et al. | Denver County Dist. | 2012-CV-2561 |
| Deposition | 15-Nov-13 | Dean Hansen, et al. v. Janssen Pharmaceuticals, Inc. | Phil. Cty.-PA | June Term 11-02131 |
| Deposition | 23-Dec-13 | Lyla Ann Bird v. Robert Nystrom, D.O. | Weld County Dist. | 2012-CV-521 |




## Testimony Presented by Jeffrey B. Opp - January 1, 2012 Through Current

| Testimony Type | Testimony Date | Caption or Plaintiff | Court | Case Number |
|---|---|---|---|---|
| Deposition | 6-Jan-14 | Joseph A. Dixon, et al. v. Timothy R. Kuklo, M.D. | Denver County Dist. | 2012-CV-5141 |
| Deposition | 8-Jan-14 | Roxann Vocate, et al. v. United Fire and Casualty Company | Denver County Dist. | 2012-CV-7231 |
| Trial | 16-Jan-14 | Sean Ditton v. The BNSF Railway Company | U.S. Dist.-Cent. CA | CV12-6932-JGB |
| Deposition | 27-Jan-14 | Krystal Koldeway, et al. v. Karin Schmidova, M.D., et al. | Larimer County Dist. | 2012-CV-1478 |
| Deposition | 28-Jan-14 | Jeremy Morrison, et al. v. Regional West Medical Center, et al. | Scotts Bluff Cty Dist.-NE | CI-11-641 |
| Deposition | 3-Feb-14 | Raul Garden v. The Union Pacific Railroad Company, et al. | U.S. Dist.-Wyoming | CV-004-S |
| Deposition | 4-Feb-14 | Edward Frank Vigil, Jr. v. Auto Owners Insurance Company | El Paso County Dist. | 13CV1474 |
| Deposition | 10-Feb-14 | Robert Conner v. The BNSF Railway Company | Denver County Dist. | 13-CV-31700 |
| Trial | 26-Feb-14 | Jose Monrreal, et al. v. Jenifer C. Marx | Denver County Dist. | 2011-CV-7719 |
| Deposition | 3-Mar-14 | Bernice Hurtado, et al. v. The City of Raton, et al. | Colfax Cty.-NM | D-809-CV-1200271 |
| Trial | 6-Mar-14 | Marian Black v. John J. Rosko | Jefferson County Dist. | 2010-CV-4221 |
| Deposition | 11-Mar-14 | Jmaes Yoder v. The Union Pacific Railroad Company, et al. | Placer Cty.-CA | SCV0032299 |
| Trial | 26&27-Mar-14 | Phillip M. Quintana v. The BNSF Railway Company | Denver County Dist. | 12-CV-595 |
| Trial | 4-Apr-14 | Lyla Ann Bird v. Robert Nystrom, D.O. | Weld County Dist. | 2012-CV-521 |
| Deposition | 16-Apr-14 | Marilyn K. Ewan v. Christopher Tsoi, M.D., et al. | Larimer County Dist. | 13CV30356 |
| Deposition | 21-Apr-14 | Michael Tezak v. The BNSF Railway Company, et al. | King Cty. Dist.-WA | 12-2-38558-1 SEA |
| Trial | 22-Apr-14 | Gail Gibbs aka Gail Gibbs-Spangenberg v. Cynthia Ely | Denver County Dist. | 2013-CV-33245 |
| Deposition | 22-Apr-14 | Ricky L. Bass, et al. v. Creighton J. Spies | Broomfield County Dist. | 12CV30024 |
| Trial | 14-May-14 | Teresa DeVoy v. American Family Mutual Insurance Co. | El Paso County Dist. | 11-CV-5940 |
| Tr. Prs. Dep. | 16-May-14 | Robert Conner v. The BNSF Railway Company | Denver County Dist. | 13-CV-31700 |
| Trial | 21-May-14 | Albert Hartford & Geralynn Zitsch v. SLT Group VI, Inc., et al. | Jefferson County Dist. | 13CV31657 |
| Deposition | 10-Jun-14 | Jon V. Hughes v. The Union Pacific Railroad Company, et al. | Laramie Cty. Dist-WY | 181-257 |
| Trial | 12-Jun-14 | Charles L. Ogburn, Jr., et al. v. Kevin Dawson | Eagle County Dist. | 13-CV-72 |




Testimony Presented by Jeffrey B. Opp - January 1, 2012 Through Current

| Testimony Type | Testimony Date | Caption or Plaintiff | Court | Case Number |
|---|---|---|---|---|
| Trial | 19-Jun-14 | Marilynn K. Ewan, et al. v. Christopher Tsoi, M.D., et al. | Larimer County Dist. | 2013-CV-30356 |
| Deposition | 23-Jun-14 | James Hyunshin Lee v. Extreme Towing & Recovery, et al. | Arapahoe County Dist. | 2012-CV-2306 |
| Deposition | 2-Jul-14 | Jospeh Phillip Lopez v. Colorado Cab Co., LLC | Denver County Dist. | 2013-CV-34205 |
| Trial | 6-Aug-14 | Charles Bogues v. State Farm Mutual Automobile Insurance Co. | El Paso County Dist. | 2013CV1980 |
| Deposition | 18-Aug-14 | Joan Fasig-Bauer, et al. v. Denver Equestrians, LLC, et al. | Jefferson County Dist. | 13CV32024 |
| Deposition | 8-Sep-14 | Vermell E. Hill, et al. v. Paul Hautamaa, M.D., et al. | Denver County Dist. | 2013-CV-034813 |
| Deposition | 12-Sep-14 | Valerie G. Vincent v. Marc Conner, DPM | El Paso County Dist. | 13CV231 |
| Deposition | 17-Sep-14 | Brenda Strand v. State Farm Mutual Automobile Insurance Co. | El Paso County Dist. | 13CV031419 |
| Deposition | 29-Sep-14 | Eric J. Montgomery v. The BNSF Railway Company | U.S. Dist.-W. OK | 5:13-cv-01203-D |
| Deposition | 27-Oct-14 | Robert L. Morford, et al. v. Kenneth A. Pettine, M.D., et al. | Larimer County Dist. | 2012CV1005 |
| Trial | 27-Oct-14 | Valerie G. Vincent v. Marc Conner, DPM | El Paso County Dist. | 13CV231 |
| Deposition | 31-Oct-14 | Helena Carmel Knight v. HCA-Healthone, LLC, et al. | Arapahoe County Dist. | 2013-CV-30914 |
| Trial | 5-Nov-14 | Cassey Means, et al. v. Eileen M. Reardon, M.D. | Boulder County Dist. | 2013CV30401 |
| Trial | 5-Nov-14 | Iwana Nettles, et al. v. Kevin L. Jensen | El Paso County Dist. | 2011CV3517 |
| Trial | 6-Nov-14 | David Shinkle v. The BNSF Railway Company | Spokane Cty Dist.-WA | 12-2-02400-1 |
| Deposition | 12-Nov-14 | Daniel J. Huerta v. Ryan J. Moore, et al. | Denver County Dist. | 2014CV30321 |
| Deposition | 16-Dec-14 | Terry McClimans v. Colorado Permanente Medical Group, et al. | Douglas County Dist. | 2013CV30090 |
| Trial | 7-Jan-15 | Ricky L. Bass, et al. v. Creighton J. Spies | Broomfield County Dist. | 12CV30024 |
| Trial | 13-Jan-15 | Jamie Meyers v. Andrew Ross, MD, et al. | Arapahoe County Dist. | 2010CV2003 |
| Trial | 15-Jan-15 | John Nicolopolous v. Joyce Dowdy | Arapahoe County Dist. | 13CV411 |
| Trial | 28-Jan-15 | Ann M. Brokaw v. Gene Bircher and Jessica Hyde | Boulder County Dist. | 2013CV31288 |
| Deposition | 9-Feb-15 | Danny Snapp v. The BNSF Railway Company | U.S. Dist.-W. WA | 3:10-cv-05577RBL |
| Deposition | 16-Feb-15 | Thomas Baker v. The BNSF Railway Company | Denver County Dist. | 14CV31834 |




Testimony Presented by Jeffrey B. Opp - January 1, 2012 Through Current

| Testimony Type | Testimony Date | Caption or Plaintiff | Court | Case Number |
|---|---|---|---|---|
| Trial | 20-Feb-15 | William Bisson v. The BNSF Railway Company | U.S. Dist.-E. WA | CV-13-330-RHW |
| Deposition | 23-Feb-15 | Karen Kelley, et al. v. Auk Enterprises, et al. | La Plata County Dist. | 2013CV14 |
| Deposition | 24-Feb-15 | James Vaughn v. Safeway, Inc. | U.S. Dist.-Colorado | 14-cv-01066-REB-NYW |
| Deposition | 2-Mar-15 | Daniel J. Kothenbeutel, et al. v. Tecta America CO, LLC | Denver County Dist. | 2014CV032113 |
| Trial | 4-Mar-15 | Brenda Strand v. State Farm Mutual Automobile Insurance Co. | El Paso County Dist. | 13CV031419 |
| Deposition | 11-Mar-15 | Carlos Falagan v. The Union Pacific Railroad Company, et al. | Cook Cnt. Circ.-IL | 10L1091F |
| Deposition | 13-Mar-15 | Renee Ladwig v. United Airlines, Inc. | U.S. Dist.-Colorado | 14-cv-02152-RBJ-MJW |
| Deposition | 17-Mar-15 | Michael Elliott v. The BNSF Railway Company | U.S. Dist.-W. WA | 14-CV-05054-RBL |
| Deposition | 25-Mar-15 | Jennifer Villanueva v. Freemont County | U.S. Dist.-Colorado | 14-cv-01645-RM-BNB |
| Trial | 31-Mar-15 | Thomas Baker v. The BNSF Railway Company | Denver County Dist. | 14CV31834 |
| Deposition | 1-Apr-15 | Dana Fields, et al. v. Eli Lilly & Company | U.S. Dist.-N. AL | 2:13CV0035-WKW |
| Deposition | 1-Apr-15 | Angela Shoemake, et al. v. Eli Lilly & Company | U.S. Dist.-W. NC | 5:13CV00013-RLV-DCK |
| Trial | 21-Apr-15 | Danny Snapp v. The BNSF Railway Company | U.S. Dist.-W. WA | 3:10-cv-05577RBL |
| Trial | 24-Apr-15 | Don Ingermann, et al. v. Eric Jamrich, MD, et al. | Denver County Dist. | 13CV33998 |
| Trial | 27-Apr-15 | Valerie Scheirman v. Nicolette A. Picerno, M.D., et al. | Denver County Dist. | 2012-CV-2561 |
| Deposition | 29-Apr-15 | Diahnna Laverne v. American Airlines, Inc. | U.S. Dist.-Cent. CA | 2:14-cv-03538-AJW |
| Trial | 5-May-15 | Kristina Mueller v. State Farm Mutual Insurance Company | Jefferson County Dist. | 2014-CV-30815 |
| Trial | 6-May-15 | Jeffrey Holbrook v. The BNSF Railway Company | Spokane Cty Dist.-WA | 13-02-01256-6 |
| Trial | 23-Jun-15 | Michael Elliott v. The BNSF Railway Company | U.S. Dist.-W. WA | 14-CV-05054-RBL |
| Hearing | 30-Jun-15 | Brenda Strand v. State Farm Mutual Automobile Insurance Co. | El Paso County Dist. | 13CV031419 |
| Deposition | 29-Jul-15 | Brenda C. McGehee, et al. v. City and County of Denver, et al. | Denver County Dist. | 2014CV33596 |
| Deposition | 12-Aug-15 | Katherine K. Paeglow v. SCL-Front Range, Inc., et al. | Jefferson County Dist. | 2014-CV-32424 |
| Deposition | 18-Aug-15 | Monique A. Maldonado v. Chad M. Knutsen | Larimer County Dist. | 2014-CV-30842 |



Testimony Presented by Jeffrey B. Opp - January 1, 2012 Through Current

| Testimony Type | Testimony Date | Caption or Plaintiff | Court | Case Number |
|---|---|---|---|---|
| Deposition | 19-Aug-15 | Therese Byorick v. Wyle Laboratories, Inc., et al. | U.S. Dist.-Colorado | 14-cv-02200-WJM-KMT |
| Deposition | 24-Aug-15 | Alan Shackelford, M.D. v. U.S. Beef Corporation | U.S. Dist.-Colorado | 14-cv-01856-REB-MJW |
| Deposition | 11-Sep-15 | John Lansel, et al. v. William R. Henry, III, et al. | Snohomish Cty Dist.-WA | 13-2-08469-2 |
| Deposition | 14-Sep-15 | Charles Emery, et al. v. Carol Koogler | King Cty Dist.-WA | 14-2-27113-1 SEA |
| Trial | 16-Sep-15 | Ronald Olson, et al. v. Keith Fee, et al. | Arapahoe County Dist. | 2015CV30185 |
| Deposition | 22-Sep-15 | Andreas Heldwein v. ZMD America, Inc. | U.S. Dist.-Idaho | 4:13-cv-00440-BLW |
| Deposition | 28-Sep-15 | Alcin Malveaux v. Public Service Company of Colorado | U.S. Dist.-Colorado | 14-cv-3137-CMA-MEH |
| Trial | 2-Oct-15 | Kathryn Jean Withers v. Scott Robert Anderson, M.D. | Arapahoe County Dist. | 2014CV30171 |
| Deposition | 26-Oct-15 | William Wright v. Xcel Energy Servcics, Inc. | U.S. Dist.-Colorado | 14-cv-3130-WYD-CBS |
| Deposition | 9-Nov-15 | Antonio Cuevas, et al. v. Brandon Petrafeso, et al. | Denver County Dist. | 2015CV30982 |
| Trial | 10-Nov-15 | Kevin J. Heinze, M.D. v. Michael Hodge | Douglas County Dist. | 2014CV30929 |
| Deposition | 23-Nov-15 | Lindsay Short v. The BNSF Railway Company, et al. | Yellowstone Cty Dst.-MT | DV-11-1498 |
| Deposition | 4-Dec-15 | Sabien Jimenez, et al. v. HCA-Healthone, LLC, et al. | Denver County Dist. | 2014CV32099 |
| Deposition | 8-Dec-15 | Scott Widhalm v. The BNSF Railway Company | Denver County Dist. | 15CV031083 |
| Deposition | 14-Dec-15 | Louis Oliveros v. The BNSF Railway Company | U.S. Dist.-Nebraska | 8:14-CV-00135 |
| Deposition | 22-Dec-15 | Alison Bierhoff v. Dale Holtorf | Denver County Dist. | 2014CV33813 |
| Deposition | 30-Dec-15 | Jason Benda v. The BNSF Railway Company | U.S. Dist.-W. Missouri | 4:14-CV-00469-FJG |
| Deposition | 27-Jan-16 | Adrian Villa v. Anthony Richard Hogan, et al. | Mesa County Dist. | 2014CV30689 |
| Deposition | 3-Feb-16 | Gregorio Treviso, Jr., et al. v. Farmers Insurance Exchange | El Paso County Dist. | 2014CV34567 |
| Trial | 23-Feb-16 | Miriam White v. John Deere Company, et al. | U.S. Dist.-Colorado | 1:13-cv-2173-PAB-NYW |
| Trial | 24-Feb-16 | Scott Widhalm v. The BNSF Railway Company | Denver County Dist. | 15CV031083 |
| Deposition | 16-Mar-16 | Pamela K. McComsey v. Charles J. LaLande, M.D., et al. | El Paso County Dist. | 2015CV30812 |
| Deposition | 21-Mar-16 | Cook v. Cole | Denver County Dist. | 2015CV32200 |




Testimony Presented by Jeffrey B. Opp - January 1, 2012 Through Current

| Testimony Type | Testimony Date | Caption or Plaintiff | Court | Case Number |
|---|---|---|---|---|
| Deposition | 7-Apr-16 | Calvin Weber, et al. v. Kleve Enterprises, Inc., et al. | Weld County Dist. | 2015CV30419 |
| Trial | 3-May-16 | Kelly Daggs v. Alejandro Munoz | Denver County Dist. | 15CV031577 |
| Trial | 17-May-16 | Joshua Cleveland v. Long Island Railroad Company | U.S. Dist.-Southern NY | 15-cv-2039(CM) |
| Deposition | 20-May-16 | Stephen Thorstenson v. The BNSF Railway Company | U.S. Dept. of Labor | 2015-FRS-000052 |
| Deposition | 24-May-16 | Jeffrey Vander Zanden v. State of Illinois, et al. | Ct. of Claims - IL | 10-CC-1290 |
| Trial | 6-Jun-16 | Stephen Thorstenson v. The BNSF Railway Company | U.S. Dept. of Labor | 2015-FRS-000052 |