**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:15-cv-01974-WJM-KLM

DAVID MUELLER

                Plaintiff,

v.

TAYLOR SWIFT; FRANK BELL; and
ANDREA SWIFT a/k/a ANDREA FINLAY

                Defendants.

**<u>DECLARATION OF KATHERINE WRIGHT IN SUPPORT OF DEFENDANTS'
REPLY IN SUPPORT OF MOTION TO EXCLUDE THE EXPERT REPORT,
OPINIONS, AND TESTIMONY OF JEFFREY B. OPP</u>**

I, Katherine Wright, hereby declare as follows:

1.     I am an attorney duly licensed by the District of Columbia and State of Maryland.

I am an associate at the law firm of Venable LLP, and counsel of record for Defendants in the

above-captioned case. I provide this Declaration in support of Defendants' Reply in Support of

Motion to Exclude the Expert Report, Opinions, and Testimony of Jeffrey B. Opp.

2.     I have personal knowledge of and am competent to testify to the facts set forth

herein.

3.     Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the July 14,

2016 Deposition of Hershel Coomer P/K/A Eddie Haskell.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2017

Katherine Wright