CONFIDENTIAL - UNDER PROTECTIVE ORDER - FOR AUTHORIZED USE ONLY
The Deposition of Hershel Coomer (P/K/A Eddie Haskell), July 14, 2016

```
                                                                    1
 1              IN THE UNITED STATES DISTRICT COURT
                            for the
 2                     District of Colorado
 3         Civil Action No. 1:15-CV-01974-WJM-KLM
 4   ================================================================
 5
     DAVID MUELLER,                                        Plaintiff,
 6
 7   v.
 8
     TAYLOR SWIFT; FRANK BELL;
 9
     ANDREA SWIFT, A/K/A ANDREA FINLAY;
10
     SCOTT SWIFT; ET AL.                                  Defendants.
11
12   ================================================================
13
          PURSUANT TO SUBPOENA AND THE COLORADO AND THE FEDERAL
14
     RULES OF CIVIL PROCEDURE, the deposition of HERSHEL COOMER
15
     P/K/A EDDIE HASKELL, was taken by Plaintiff David Mueller
16
     by and through his attorney, M. Gabriel McFarland, Esq. at
17
     the offices of Evans & McFarland, LLC, 910 Thirteenth
18
     Street, Suite 200, Golden, Colorado 80401, beginning at
19
     the hour of 11:01 a.m. MDT on Thursday, July 14, 2016,
20
     recorded by Merry P. Boslough, a/k/a Pat Boslough,
21
     Professional Court Reporter and Notary Public in and for
22
     the State of Colorado.
23
24
                            *   *   *   *   *
25
```

CONFIDENTIAL - UNDER PROTECTIVE ORDER - FOR AUTHORIZED USE ONLY
The Deposition of Hershel Coomer (P/K/A Eddie Haskell), July 14, 2016

```
                                                              2
 1                          APPEARANCES
 2   For the Plaintiff:
 3           M. Gabriel McFarland, Esq.
             EVANS & McFARLAND, LLC
 4           910 Thirteenth Street
             Suite 200
 5           Golden, Colorado  80401
             gmcfarland@emlawyers.com
 6           (303)279-8300 x 2
 7   For the Defendants Taylor Swift, Frank Bell, Scott Swift,
                                            and Andrea Swift:
 8
             J. Douglas Baldridge, Esq. and
 9           Katherine M. Wright, Esq.
             VENABLE LLP
10           575 Seventh Street, NW
             Washington, D.C.  20004
11           jdbaldridge@venable.com
             kmwright@venable.com
12           (202)344-8300
13   For Bonneville International/Deponent:
14           Michael L. Dowdle, Esq.
             SVP Business Affairs and General Counsel
15           BONNEVILLE INTERNATIONAL
             55 North 300 West
16           Salt Lake City, Utah  84180
             mdowdle@bonneville.com
17           (801)575-5874
18   For Entercom Communications Corporation/Deponent:
19           Michael E. Dash, Esq.
             Deputy General Counsel
20           ENTERCOM COMMUNICATIONS CORPORATION
             401 City Avenue, Suite 809
21           Bala Cynwyd, Pennsylvania  19004
             mdash@entercom.com
22           (610)660-5610
23   Also Present:
24           Jessie P. Schaudies, Jr. (Present during part
                                       of the deposition.)
25
```

CONFIDENTIAL - UNDER PROTECTIVE ORDER - FOR AUTHORIZED USE ONLY
The Deposition of Hershel Coomer (P/K/A Eddie Haskell), July 14, 2016

```
                                                                4
 1                      P R O C E E D I N G S
 2            (Conference call telephone contact established
 3    with Michael E. Dash, Esq. prior to deposition.)
 4            MR. MCFARLAND:  Let's go ahead and swear the
 5    witness in.
 6                       HERSHEL COOMER,
 7                    P/K/A EDDIE HASKELL,
 8    being first duly sworn to the above cause, to which he
 9    answered, "Yes," was examined and testified as follows:
10                        EXAMINATION
11    BY MR. McFARLAND:
12        Q    Would you state your full name for the record,
13    please?
14        A    Actually --
15             THE WITNESS:  Am I Eddie?
16             MR. DOWDLE:  No.  It needs to be --
17        A    Hershel Keith Coomer.
18             MR. DOWDLE:  -- your actual name.
19             THE DEPONENT:  Because all the paperwork so far
20    has been for Eddie.
21        A    C-o-o-m-e-r.
22        Q    (By Mr. McFarland)  And do you go by any
23    aliases?
24        A    Yes.  Eddie Haskell.
25        Q    Okay.  And for purposes of this deposition, is
```

Thomas T. Tomko & Associates, (303)825-1822
CONFIDENTIAL - UNDER PROTECTIVE ORDER - FOR AUTHORIZED USE ONLY

CONFIDENTIAL - UNDER PROTECTIVE ORDER - FOR AUTHORIZED USE ONLY
The Deposition of Hershel Coomer (P/K/A Eddie Haskell), July 14, 2016

38

1    Q    As of June 2, 2013, were there any problems
2    between you and Mr. Kliesch?
3    A    No.
4    Q    As of June 2, 2013, how was the morning show
5    doing?
6         MR. BALDRIDGE:  Objection, form.
7    A    Not well.
8    Q    (By Mr. McFarland)  How do you measure
9    performance?
10   A    We get ratings from Nielson and look at a lot of
11   factors.  But with ratings we take into account how new
12   the show is and things like that.  And at that point, the
13   show was growing slowly.
14   Q    Okay.  So now, after you and Mr. Call met with
15   Mr. Mueller, you relayed -- or you and Mr. Call relayed
16   the contents of that meeting to the KYGO management group?
17   A    Yes.
18   Q    And did you do that via a meeting where you
19   conferenced in some of the people who were out of town?
20   A    Yes.
21   Q    Just like the first meeting?
22   A    Exactly.
23   Q    And was that done in Mr. Call's office?
24   A    Yes.
25   Q    Okay.  And when did that meeting take place?