IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:15-cv-01974-WJM-KLM

DAVID MUELLER

        Plaintiff,

v.

TAYLOR SWIFT; FRANK BELL; and
ANDREA SWIFT a/k/a ANDREA FINLAY

        Defendants.

## DECLARATION OF KATHERINE WRIGHT IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE*

I, Katherine Wright, hereby declare as follows:

1. I am an attorney duly licensed by the District of Columbia and State of Maryland. I am an associate at the law firm of Venable LLP, and counsel of record for Defendants in the above-captioned case. I provide this Declaration in support of Defendants' Motion *in Limine*.

2. I have personal knowledge of and am competent to testify to the facts set forth herein.

3. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's January 4, 2013 Employment Contract, SWIFT_0000003-18.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the July 13, 2016 Deposition of David Mueller.

5. Attached hereto as Exhibit 3 is a true and correct copy of David Mueller's radio resume, MUELLER0082.

6. Attached hereto as Exhibit 4 is a true and correct of excerpts of the July 14, 2016 Deposition of Hershel Coomer P/K/A Eddie Haskell.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 23, 2017

_____
Katherine Wright