**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:15-cv-01974-WJM-KLM

DAVID MUELLER

        Plaintiff,

v.

TAYLOR SWIFT; FRANK BELL;  and
ANDREA SWIFT a/k/a ANDREA FINLAY

        Defendants.

## DEFENDANTS' PROPOSED VERDICT FORM

Pursuant to WJM Revised Practice Standard VI.F, Defendants Frank Bell, Andrea Swift, and Taylor Swift, and Counterclaimant Taylor Swift (collectively "Defendants") hereby submit their Proposed Verdict Form.

Dated:  July 7, 2017                          Respectfully Submitted,

                                          /s/ J. Douglas Baldridge
                                          J. Douglas Baldridge
                                          Danielle R. Foley
                                          Katherine M. Wright
                                          Venable LLP
                                          600 Massachusetts Ave., NW
                                          Washington, D.C. 20001
                                          Telephone: (202) 344-4000
                                          FAX: (202) 344-8300
                                          jbaldridge@venable.com
                                          drfoley@venable.com
                                          kmwright@venable.com

                                          *Attorneys for Defendants Taylor Swift,*
                                          *Frank Bell, Andrea Swift, and*
                                          *Counterclaimant Taylor Swift*

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on this 7th day of July, 2017 a copy of the foregoing was filed with the Clerk of Court using the Court's CM/ECF system on all counsel of record.

/s/ J. Douglas Baldridge
J. Douglas Baldridge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:15-cv-01974-WJM-KLM

DAVID MUELLER

        Plaintiff,

v.

TAYLOR SWIFT; FRANK BELL; and
ANDREA SWIFT a/k/a ANDREA FINLAY

        Defendants.

## [PROPOSED] VERDICT FORM

### Plaintiff David Mueller's Intentional Interference with Contractual Obligations Claim

    1.    Do you find by a preponderance of evidence that Taylor Swift intentionally interfered with David Mueller's contract with Lincoln Financial?

\_\_\_\_\_ Yes    \_\_\_\_\_ No

*If you answer "Yes" to this question, please proceed to question number 2 and question number 3.*

*If you answer "No" to this question, you need not address question number 2 or question number 3, and you should proceed to question number 4.*

    2.    Do you find by a preponderance of evidence that Taylor Swift intentionally interfered with David Mueller's contract with Lincoln Financial in her personal capacity?

\_\_\_\_\_ Yes    \_\_\_\_\_ No

*Please proceed to question number 3.*

3.     Do you find by a preponderance of evidence that Taylor Swift intentionally interfered with David Mueller's contract with Lincoln Financial in her capacity as the employer of Frank Bell?

\_\_\_\_\_ Yes     \_\_\_\_\_ No

*Please proceed to question number 4.*

4.     Do you find by a preponderance of evidence that Andrea Swift intentionally interfered with David Mueller's contract with Lincoln Financial?

\_\_\_\_\_ Yes     \_\_\_\_\_ No

*Please proceed to question number 5.*

5.     Do you find by a preponderance of evidence that Frank Bell intentionally interfered with David Mueller's contract with Lincoln Financial?

\_\_\_\_\_ Yes     \_\_\_\_\_ No

*Please proceed to question number 6.*

**Plaintiff David Mueller's Tortious Interference with Prospective Business Relations Claim**

6.     Do you find by a preponderance of evidence that Taylor Swift tortiously interfered with prospective business relations of David Mueller?

\_\_\_\_\_ Yes     \_\_\_\_\_ No

*If you answer "Yes" to this question, please proceed to question number 7 and question number 8.*

*If you answer "No" to this question, you need not address question number 7 or question number 8, and you should proceed to question number 9.*

7. Do you find by a preponderance of evidence that Taylor Swift tortiously interfered with prospective business relations of David Mueller in her personal capacity?

\_\_\_\_\_ Yes  \_\_\_\_\_ No

*Please proceed to question number 8.*

8. Do you find by a preponderance of evidence that Taylor Swift tortiously interfered with prospective business relations of David Mueller in her capacity as the employer of Frank Bell?

\_\_\_\_\_ Yes  \_\_\_\_\_ No

*Please proceed to question number 9.*

9. Do you find by a preponderance of evidence that Andrea Swift tortiously interfered with prospective business relations of David Mueller?

\_\_\_\_\_ Yes  \_\_\_\_\_ No

*Please proceed to question number 10.*

10. Do you find by a preponderance of evidence that Frank Bell tortiously interfered with prospective business relations of David Mueller?

\_\_\_\_\_ Yes  \_\_\_\_\_ No

*Please proceed to question number 11.*

**Plaintiff David Mueller's Damages**

*Only answer question number 11 if you answered "Yes" to question numbers 1 or 4 or 5. If you answered "No" to question numbers 1, 4, and 5, proceed to question number 12.*

11. If you found for David Mueller on his claim of intentional interference with contractual relations, what amount is David Mueller entitled to receive?

$_____

*Please proceed to question number 12.*

*Only answer question number 12 if you answered "Yes" to question numbers 6 or 9 or 10. If you answered "No" to question numbers 6, 9, and 10, proceed to question number 13.*

12. If you found for David Mueller on his claim of tortious interference with prospective business relations, what amount is David Mueller entitled to receive?

$_____

*Please proceed to question number 13*

**Counterclaim Plaintiff Taylor Swift's Assault Claim**

13. Do you find by a preponderance of evidence that David Mueller assaulted Taylor Swift?

\_\_\_\_\_ Yes    \_\_\_\_\_ No

*Please proceed to question number 14.*

**Counterclaim Plaintiff Taylor Swift's Battery Claim**

14. Do you find by a preponderance of evidence that David Mueller battered Taylor Swift?

\_\_\_\_\_ Yes    \_\_\_\_\_ No

*Please proceed to question number 15.*

**Counterclaim Plaintiff Taylor Swift's Damages**

*Only answer question number 15 if you answered "Yes" to question number 13 or question number 14. If you answered "No" to question number 13 and question number 14, you have completed the verdict form.*

15. If you found for Taylor Swift on her counterclaim of assault or her counterclaim of battery, do you award her $1 in damages?

\_\_\_\_\_ Yes    \_\_\_\_\_ No

*You have completed the verdict form.*

_____
Date

_____
Time

_____
Foreperson

If you agree with the verdict as indicated by your foreperson, please sign your name below:

_____      _____

_____      _____

_____      _____

_____      _____