# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:15-cv-01974-WJM-KLM

DAVID MUELLER

        Plaintiff,

v.

TAYLOR SWIFT; FRANK BELL; and
ANDREA SWIFT a/k/a ANDREA FINLAY

        Defendants.

## [PLAINTIFF'S PROPOSED] VERDICT FORM

**Plaintiff David Mueller's Intentional Interference with Contractual Relations Claim**

1. Do you find by a preponderance of evidence that Frank Bell intentionally interfered with David Mueller's contract with Lincoln Financial?

_____ Yes     _____ No

*If you answer "Yes" to this question, please proceed to question number 2.*

*If you answer "No" to this question, you need not address question number 2.*

2. Do you find by a preponderance of evidence that when Frank Bell intentionally interfered with David Mueller's contract with Lincoln Financial, he was acting within the course and scope of his employment with Taylor Swift?

_____ Yes     _____ No

3. Do you find by a preponderance of evidence that Andrea Swift intentionally interfered with David Mueller's contract with Lincoln Financial?

_____ Yes     _____ No

*If you answer "Yes" to this question, please proceed to question number 4.*

*If you answer "No" to this question, you need not address question number 4.*

4. Do you find by a preponderance of evidence that when Andrea Swift intentionally interfered with David Mueller's contract with Lincoln Financial, she was acting within the course and scope of her employment with Taylor Swift?

\_\_\_\_\_ Yes  \_\_\_\_\_ No

**Plaintiff David Mueller's Tortious Interference with Prospective Business Relations Claim**

5. Do you find by a preponderance of evidence that Frank Bell tortiously interfered with David Mueller's prospective business relations?

\_\_\_\_\_ Yes  \_\_\_\_\_ No

*If you answer "Yes" to this question, please proceed to question number 6.*

*If you answer "No" to this question, you need not address question number 6.*

6. Do you find by a preponderance of evidence that when Frank Bell tortiously interfered with David Mueller's prospective business relations, he was acting within the course and scope of his employment with Taylor Swift?

\_\_\_\_\_ Yes  \_\_\_\_\_ No

7. Do you find by a preponderance of evidence that Andrea Swift tortiously interfered with David Mueller's prospective business relations?

\_\_\_\_\_ Yes  \_\_\_\_\_ No

*If you answer "Yes" to this question, please proceed to question number 8.*

*If you answer "No" to this question, you need not address question number 8.*

8. Do you find by a preponderance of evidence that when Andrea Swift tortiously interfered with David Mueller's prospective business relations, she was acting within the course and scope of her employment with Taylor Swift?

_____ Yes     _____ No

**Plaintiff David Mueller's Damages**

*Only answer question number 9 if you answered "Yes" to question numbers 1 or 3. If you answered "No" to question numbers 1 and 3, proceed to question number 10.*

9. If you found for David Mueller on his claim of intentional interference with contractual relations, what amount is David Mueller entitled to receive?

$_____

*Please proceed to question number 10.*

*Only answer question number 10 if you answered "Yes" to question numbers 5 or 7. If you answered "No" to question numbers 5 and 7, proceed to question number 11.*

10. If you found for David Mueller on his claim of tortious interference with prospective business relations, what amount is David Mueller entitled to receive?

$_____

*Please proceed to question number 11.*

**Counterclaim Plaintiff Taylor Swift's Assault Claim**

11. Do you find by a preponderance of evidence that David Mueller assaulted Taylor Swift?

_____ Yes     _____ No

*Please proceed to question number 12.*

**Counterclaim Plaintiff Taylor Swift's Battery Claim**

12. Do you find by a preponderance of evidence that David Mueller battered Taylor Swift?

\_\_\_\_\_ Yes   \_\_\_\_\_ No

*Please proceed to question number 13.*

**Counterclaim Plaintiff Taylor Swift's Damages**

*Only answer question number 13 if you answered "Yes" to question number 11 or question number 12. If you answered "No" to question number 11 and question number 12, you have completed the verdict form.*

13. If you found for Taylor Swift on her counterclaim of assault or her counterclaim of battery, do you award her $1 in nominal damages?

\_\_\_\_\_ Yes   \_\_\_\_\_ No

*You have completed the verdict form.*

_____
Date

_____
Time

_____
Foreperson

If you agree with the verdict as indicated by your foreperson, please sign your name below:

_____   _____

_____            _____

_____            _____

_____