IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:15-cv-01974-WJM-KLM

DAVID MUELLER

        Plaintiff,

v.

TAYLOR SWIFT; FRANK BELL;  and
ANDREA SWIFT a/k/a ANDREA FINLAY

        Defendants.

## DEFENDANTS' RESPONSE TO ENTERCOM LETTER

Pursuant to the Court's July 17, 2017 Order, Defendants Frank Bell, Andrea Swift, and Taylor Swift, and Counterclaimant Taylor Swift (collectively "Defendants") hereby submit their response to a Letter to the Court from Michael E. Dash, Jr. on behalf of Entercom Communications Corporation ("Entercom Letter").

1. Defendants have no objection to Entercom participating in the Final Trial Preparation Conference telephonically to address its concerns regarding privilege issues.

2. Defendants agree with Entercom that it would be inappropriate for Plaintiff to ask questions that seek to elicit privileged information from Entercom (KYGO or Lincoln Financial Media) witnesses or that are designed to elicit objections based on an assertion of privilege. For that reason, Defendants object to any questions from Plaintiff's counsel that would do so.

WHEREFORE, Defendants respectfully submit their Response to Entercom's Letter.

Dated: July 18, 2017                                Respectfully Submitted,


                                                    /s/ J. Douglas Baldridge
                                                    J. Douglas Baldridge
                                                    Danielle R. Foley
                                                    Katherine M. Wright
                                                    Venable LLP
                                                    600 Massachusetts Ave., NW
                                                    Washington, D.C. 20001
                                                    Telephone: (202) 344-4000
                                                    FAX: (202) 344-8300
                                                    jbaldridge@venable.com
                                                    drfoley@venable.com
                                                    kmwright@venable.com

                                                    *Attorneys for Defendants Taylor Swift,
                                                    Frank Bell, Andrea Swift, and
                                                    Counterclaimant Taylor Swift*

**CERTIFICATE OF SERVICE**

  The undersigned counsel hereby certifies that on this 18th day of July, 2017 a copy of the foregoing was filed with the Clerk of Court using the Court's CM/ECF system on all counsel of record.

                /s/ J. Douglas Baldridge
                J. Douglas Baldridge