IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01974-WJM-KLM

DAVID MUELLER,

    Plaintiff

v.

TAYLOR SWIFT, FRANK BELL, AND
ANDREA SWIFT, A/K/A ANDREA FINLAY

    Defendants

---

### PLAINTIFF'S FINAL LIST OF PROPOSED EXHIBITS

---

Plaintiff David Mueller, through counsel, M. Gabriel McFarland of Evans & McFarland, LLC, hereby submits his Final List of Proposed Exhibits.

Dated this 18th day of July, 2017.

    Respectfully submitted,

    s/ M. Gabriel McFarland
    M. Gabriel McFarland
    EVANS & MCFARLAND, LLC
    910 13th St., Suite 200
    Golden, Colorado 80401
    Telephone: 303-279-8300
    Facsimile: 303-277-1620
    Email: gmcfarland@emlawyers.com

    ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2017, the foregoing **PLAINTIFF'S FINAL LIST OF PROPOSED EXHIBITS** was filed with the Clerk of Court using the CM/ECF system, which will serve the same via email upon the following:

J. Douglas Baldridge (jbaldridge@venable.com)
Courtney A. Sullivan (casullivan@venable.com)
Katherine M. Wright (kmwright@venable.com)

s/Gina Bowermaster
Gina Bowermaster

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. 1:15-cv-01974-WJM-KLM   PLAINTIFF'S LIST: ☒   DEFENDANT'S LIST: ☐   THIRD PTY DEFTS. LIST: ☐

CASE CAPTION David Mueller vs. Taylor Swift, et al.   PAGE NO. 1   DATE July 18, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | June 3, 2013 email chain between M. Marsh and S. Melcher (MUELLER0017) | | | | | | | |
| 2 | | June 3, 2013 notes from M. Marsh and S. Melcher meeting (MUELLER0018) | | | | | | | |
| 3 | | January 7, 2013 email from B. Call to Denver Users (MUELLER0051-0052) | | | | | | | |
| 4 | | January 21, 2013 offer letter to D. Mueller from Lincoln Financial (MUELLER 0057-0059) | | | | | | | |
| 5 | | W2 for D. Mueller (MUELLER0072) | | | | | | | Stip. to authenticity only |

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. 1:15-cv-01974-WJM-KLM   PLAINTIFF'S LIST: ☒   DEFENDANT'S LIST: ☐   THIRD PTY DEFTS. LIST: ☐

CASE CAPTION David Mueller vs. Taylor Swift, et al.   PAGE NO. 2   DATE July 18, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 6 | | Other D. Mueller pay docs (MUELLER0073-0080) | | | | | | | |
| 7 | | D. Mueller resume (MUELLER0082) | | | | | | | Stip. to authenticity only |
| 8 | | D. Mueller resume-related docs (MUELLER0083-0084) | | | | | | | |
| 9 | | June 2013 handwritten notes from F. Bell (SWIFT0000077-0000078) | | | | | | | Stip. to authenticity only |
| 10 | | T. Swift's June 2, 2013 Pepsi Center Guest List (SWIFT0000079-0000080) | | | | | | | Stip. to authenticity only |

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. 1:15-cv-01974-WJM-KLM  PLAINTIFF'S LIST: ☒   DEFENDANT'S LIST: ☐   THIRD PTY DEFTS. LIST: ☐

CASE CAPTION David Mueller vs. Taylor Swift, et al.   PAGE NO. 3   DATE July 18, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 11 | | June 3, 2013 email from F. Bell to C. Bradley and R. Malutinok (SWIFT0000097) | | | | | | | Stip. to authenticity only |
| 12 | | July 21, 2014 email from M. Marsh to J. Petruccelli, F. Bell, J. Schaudies and B. Call (SWIFT0000098) | | | | | | | Stip. to authenticity only |
| 13 | | June 3, 2013 email chain between F. Bell, C. Bradley, C. Thomas, R. Malutinok and J. Robbins (SWIFT0000148) | | | | | | | Stip. to authenticity only |
| 14 | | June 26, 2013 email from F. Bell to K. Lamb (SWIFT0000150) | | | | | | | Stip. to authenticity only |

FINAL LIST OF PROPOSED EXHIBITS

CASE NO. 1:15-cv-01974-WJM-KLM   PLAINTIFF'S LIST: ☒   DEFENDANT'S LIST: ☐   THIRD PTY DEFTS. LIST: ☐

CASE CAPTION David Mueller vs. Taylor Swift, et al.   PAGE NO. 4   DATE July 18, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 15 | | September 14, 2015 email chain between F. Bell and M. Panetta (SWIFT0000156) | | | | | | | Stip. to authenticity only |
| 16 | | May 21, 2012 employment memo from D. Clark to G. Dent (SWIFT0000255) | | | | | | | Stip. to authenticity only |
| 17 | | April 16, 2013 employment letter from J. Schaudies to S. Simbeck (SWIFT0000256) | | | | | | | Stip. to authenticity only |
| 18 | | September 14, 2015 People.com article (SWIFT0000258-0000259) | | | | | | | Stip. to authenticity only |
| 19 | | May 29, 2015 email from R. Jacobs to J. Schaudies (SWIFT0000285-0000287) | | | | | | | Stip. to authenticity only |

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. 1:15-cv-01974-WJM-KLM  PLAINTIFF'S LIST: ☒  DEFENDANT'S LIST: ☐  THIRD PTY DEFTS. LIST: ☐

CASE CAPTION David Mueller vs. Taylor Swift, et al.  PAGE NO. 5  DATE July 18, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 20 | | D. Mueller's Employee Check Detail from iHeart Radio (iHM000001-0000071) | | | | | | | |
| 21 | | January 5, 2013 email from B. Call to M. Marsh, M. Mitchell and J. Dimick (LFM0078) | | | | | | | |
| 22 | | June 4, 2013 email from D. Benson to K. Beckwith (LFM088-089) | | | | | | | |
| 23 | | T. Swift's discovery responses | | | | | | | Stip. to authenticity only |
| 24 | | F. Bell's discovery responses | | | | | | | Stip. to authenticity only |

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. 1:15-cv-01974-WJM-KLM   PLAINTIFF'S LIST: ☒   DEFENDANT'S LIST: ☐   THIRD PTY DEFTS. LIST: ☐

CASE CAPTION David Mueller vs. Taylor Swift, et al.   PAGE NO. 6   DATE July 18, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 25 | | A. Swift's discovery responses | | | | | | | Stip. to authenticity only |
| 26 | | J. Opp Curriculum Vitae, and related docs | | | | | | | |
| 27 | | S. Melcher deposition exhibit 1 | | | | | | | Is on Plaintiff's list |
| 28 | | S. Melcher deposition exhibit 2 | | | | | | | Is on Defendants' list |
| 29 | | S. Melcher deposition exhibit 3 | | | | | | | Is on Defendants' list |
| 30 | | S. Melcher deposition exhibit 4 | | | | | | | Is on Defendants' list |
| 31 | | E. Haskell deposition exhibit 1 | | | | | | | Is on Defendants' list |
| 32 | | E. Haskell deposition exhibit 2 | | | | | | | Stip. to authenticity only (the last 3 pages are on Defendants' list) |

# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. 1:15-cv-01974-WJM-KLM   PLAINTIFF'S LIST: ☒   DEFENDANT'S LIST: ☐   THIRD PTY DEFTS. LIST: ☐

CASE CAPTION David Mueller vs. Taylor Swift, et al.   PAGE NO. 7   DATE July 18, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 33 | | E. Haskell deposition exhibit 3 | | | | | | | |
| 34 | | E. Haskell deposition exhibit 4 | | | | | | | |
| 35 | | S. Simbeck deposition exhibit 1 | | | | | | | |
| 36 | | S. Simbeck deposition exhibit 2 | | | | | | | Is on Plaintiff's list |
| 37 | | S. Simbeck deposition exhibit 3 | | | | | | | Is on Defendants' list |
| 38 | | S. Simbeck deposition exhibit 4 | | | | | | | Is on Defendants' list |
| 39 | | S. Simbeck deposition exhibit 5 | | | | | | | Is on Defendants' list |
| 40 | | S. Simbeck deposition exhibit 6 | | | | | | | Is on Defendants' list |
| 41 | | G. Dent deposition exhibit 1A | | | | | | | |

FINAL LIST OF PROPOSED EXHIBITS

CASE NO. 1:15-cv-01974-WJM-KLM   PLAINTIFF'S LIST: ☒   DEFENDANT'S LIST: ☐   THIRD PTY DEFTS. LIST: ☐

CASE CAPTION David Mueller   vs. Taylor Swift, et al._____   PAGE NO. 8   DATE July 18, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 42 | | G. Dent deposition exhibit 1B | | | | | | | |
| 43 | | G. Dent deposition exhibit 1C | | | | | | | Is on Defendants' list |
| 44 | | R. Call deposition exhibit 1 | | | | | | | Is on Defendants' list |
| 45 | | Any Exhibit listed by Defendants | | | | | | | |
| 46 | | Any document necessary for rebuttal or impeachment | | | | | | | |
| 47 | | Demonstrative exhibits | | | | | | | |