**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:15-cv-01974-WJM-KLM

DAVID MUELLER

               Plaintiff,

v.

TAYLOR SWIFT; FRANK BELL;  and
ANDREA SWIFT a/k/a ANDREA FINLAY

               Defendants.

---

**PLAINTIFF'S RESPONSE TO LETTER FROM MICHAEL E. DASH, JR. ON BEHALF OF ENTERCOM COMMUNICATIONS CORPORATION**

---

Plaintiff David Mueller, through his counsel, M. Gabriel McFarland of Evans & McFarland, LLC, respectfully submits Plaintiff's Response to Letter from Michael L. Dash, Jr. on Behalf of Entercom Communications Corporation.

Mr. Dash, Jr., in his July 14, 2017 letter, seeks permission to attend the upcoming trial preparation conference telephonically to discuss how Entercom can continue to protect what it believes to be attorney client privileged information during the examination of Robert Call and Hershel Coomer (aka Eddie Haskell).  Plaintiff does not object, and will be prepared to address the privilege issue raised by Mr. Dash.

In short, Plaintiff learned during depositions that Mr. Call and/or Mr. Coomer participated in meetings and conversation with Entercom's counsel **and** counsel for Defendants.  At least from Plaintiff's perspective, the question is, thus, whether there was a joint defense agreement and whether the joint defense privilege otherwise

applies to protect the communications between Mr. Call and Mr. Coomer, their counsel, and counsel for Defendants.

Dated this 19th day of July, 2017.

Respectfully submitted,

EVANS & MCFARLAND, LLC

By: s/ M. Gabriel McFarland
M. Gabriel McFarland
Evans & McFarland, LLC
910 13th St., #200
Golden, CO 80401
Telephone: 303.279.8300
Facsimile: 303.277.1620
Email: gmcfarland@emlawyers.com

ATTORNEYS FOR PLAINTIFF

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2017, **PLAINTIFF'S RESPONSE TO LETTER FROM MICHAEL E. DASH, JR. ON BEHALF OF ENTERCOM COMMUNICATIONS CORPORATION** was filed with the Clerk of Court using the CM/ECF system and the same served via email upon at least the following:

J. Douglas Baldridge (jbaldridge@venable.com)
Danielle Foley (drfoley@venable.com )
Katherine M. Wright (kmwright@venable.com)

                                                s/Gina Bowermaster
                                                Gina Bowermaster