**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:15-cv-01974-WJM-KLM

DAVID MUELLER

        Plaintiff,

v.

TAYLOR SWIFT; FRANK BELL;  and
ANDREA SWIFT a/k/a ANDREA FINLAY

        Defendants.

**DEFENDANTS' OBJECTIONS TO**
**PLAINTIFF'S FINAL LIST OF PROPOSED EXHIBITS**

Pursuant to Federal Rule of Civil Procedure 26, Defendants Frank Bell, Andrea Swift, and Taylor Swift, and Counterclaimant Taylor Swift (collectively "Defendants"), hereby object to the following exhibits identified in Plaintiff David Mueller's ("Plaintiff" or "Mueller") Final List of Proposed Exhibits. *See* Dkt. 186.[1]

Defendants object to the following exhibits:

- Exhibit 2: Hearsay; Hearsay within Hearsay

- Exhibit 3: Relevance

---

[1] In accordance with the Court's directive, the Parties participated in a further meet and confer regarding their Proposed Final Exhibit lists to determine whether additional stipulations on exhibits could be reached and to eliminate duplicative exhibits. *See* Dkt. 194. As a result of that meeting, Defendants anticipate that a number of the objections herein will be resolved by the time amended final exhibit lists are filed on August 2, 2017. Also in accordance with the Court's directive, and to maximize efficiency, the Parties jointly moved to extend the deadline for filing objections to exhibits until August 2, 2017—the same day amended final exhibit lists are due. *See* Dkt. 196. The Joint Motion remains pending. Therefore, in an abundance of caution, Defendants submit their objections to the exhibits identified on Plaintiff's July 18, 2017 Final List of Proposed Exhibits, Dkt. 186. Should the Court grant the Parties' Joint Motion, Defendants will file an updated list of objections to Plaintiff's amended list of proposed exhibits at the appropriate time.

- Exhibit 5: Confusing and Misleading

- Exhibit 6: Incomplete compilation

- Exhibit 9: Hearsay; Hearsay within Hearsay

- Exhibit 11: Relevance

- Exhibit 12: Relevance

- Exhibit 13: Relevance; Hearsay

- Exhibit 14: Relevance

- Exhibit 15: Relevance; Hearsay

- Exhibit 16: Relevance

- Exhibit 17: Relevance

- Exhibit 18: Relevance; Hearsay

- Exhibit 19: Relevance

- Exhibit 20: Relevance

- Exhibit 22: Relevance; Hearsay; Speculation

- Exhibits 23 – 25: It is currently unclear for what purpose Plaintiff intends to use these exhibits. Defendants object on relevance and cumulative grounds for now, but may withdraw the objection depending on the stated use of the exhibits.

- Exhibit 26: Misleading; Federal Rule of Evidence 403.

- Exhibits 27 – 31: Duplicative and cumulative of exhibits otherwise included in the Parties' final exhibit lists.

- Exhibit 32: Relevance as to pages 1-7; duplicative and cumulative of exhibit otherwise included in the Parties' final exhibit lists as to pages 8-10.

- Exhibit 33: Relevance

- Exhibit 34: Relevance

- Exhibit 35: Incomplete without witness testimony and duplicative and cumulative of exhibit otherwise included on the Parties' final exhibit lists.

- Exhibits 36-40: Duplicative of exhibits otherwise included on the Parties' final exhibit lists.

- Exhibit 41: Incomplete without witness testimony.

- Exhibit 42: Incomplete without witness testimony.

- Exhibit 43-44: Duplicative of exhibits otherwise included on the Parties' final exhibit lists.[2]

Dated: July 26, 2017                    Respectfully Submitted,

/s/ J. Douglas Baldridge
J. Douglas Baldridge
Danielle R. Foley
Katherine M. Wright
Venable LLP
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 344-4000
FAX: (202) 344-8300
jbaldridge@venable.com
drfoley@venable.com
kmwright@venable.com

*Attorneys for Defendants Taylor Swift, Frank Bell, Andrea Swift, and Counterclaimant Taylor Swift*

---

[2] Per the Parties' meet and confer, Defendants anticipate that Plaintiff's Exhibits 27-31, 36-40, and 43-44 will not appear on Plaintiff's amended final exhibit list. Objections to these exhibits are included here in an abundance of caution.

4

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on this 26th day of July, 2017 a copy of the foregoing was filed with the Clerk of Court using the Court's CM/ECF system on all counsel of record.

/s/ J. Douglas Baldridge
J. Douglas Baldridge