# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:15-cv-01974-WJM-KLM

DAVID MUELLER

        Plaintiff,

v.

TAYLOR SWIFT; FRANK BELL;   and
ANDREA SWIFT a/k/a ANDREA FINLAY

        Defendants.

## DEFENDANTS' DEPOSITION DESIGNATIONS

Pursuant to WJM Revised Practice Standard Section V.G.3, Defendants Frank Bell, Andrea Swift, and Taylor Swift, and Counterclaimant Taylor Swift (collectively "Defendants"), hereby submit their designated deposition testimony.[1]   Per WJM Revised Practice Standard Section V.G.2.b, Plaintiff notified Defendants that he has no objections and no counter-designations to Defendants' designated deposition testimony.

Dated:  July 31, 2017                      Respectfully Submitted,

                                            /s/ J. Douglas Baldridge
                                            J. Douglas Baldridge
                                            Danielle R. Foley
                                            Katherine M. Wright
                                            Venable LLP
                                            600 Massachusetts Ave., NW
                                            Washington, D.C. 20001
                                            Telephone: (202) 344-4000
                                            FAX: (202) 344-8300

---

[1]   To the extent the deponents testify live at trial, Defendants do not intend to also present their designated deposition testimony.  Nonetheless, Defendants designate the following testimony in an abundance of caution in the event any witnesses are unavailable for trial.

jbaldridge@venable.com
drfoley@venable.com
kmwright@venable.com

*Attorneys for Defendants Taylor Swift,
Frank Bell, Andrea Swift, and
Counterclaimant Taylor Swift*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 31st day of July, 2017 a copy of the foregoing was filed with the Clerk of Court using the Court's CM/ECF system on all counsel of record.

/s/ J. Douglas Baldridge
J. Douglas Baldridge
