1

```
1              IN THE UNITED STATES DISTRICT COURT
                             for the
2                     District of Colorado

3            Civil Action No. 1:15-CV-01974-WJM-KLM

4    ============================================================

5

     DAVID MUELLER,                              Plaintiff,
6

7    v.

8

     TAYLOR SWIFT; FRANK BELL;
9
     ANDREA SWIFT, A/K/A ANDREA FINLAY;
10
     SCOTT SWIFT; ET AL.                         Defendants.
11

12   ============================================================

13

14        PURSUANT TO SUBPOENA AND THE COLORADO AND THE FEDERAL

     RULES OF CIVIL PROCEDURE, the deposition of HERSHEL COOMER
15
     P/K/A EDDIE HASKELL, was taken by Plaintiff David Mueller
16
     by and through his attorney, M. Gabriel McFarland, Esq. at
17
     the offices of Evans & McFarland, LLC, 910 Thirteenth
18
     Street, Suite 200, Golden, Colorado 80401, beginning at
19
     the hour of 11:01 a.m. MDT on Thursday, July 14, 2016,
20
     recorded by Merry P. Boslough, a/k/a Pat Boslough,
21
     Professional Court Reporter and Notary Public in and for
22
     the State of Colorado.
23

24                         *   *   *   *   *

25
```

2

1                        APPEARANCES

2    For the Plaintiff:

3              M. Gabriel McFarland, Esq.
               EVANS & McFARLAND, LLC
4              910 Thirteenth Street
               Suite 200
5              Golden, Colorado  80401
               gmcfarland@emlawyers.com
6              (303)279-8300 x 2

7    For the Defendants Taylor Swift, Frank Bell, Scott Swift,
                                     and Andrea Swift:
8
               J. Douglas Baldridge, Esq. and
9              Katherine M. Wright, Esq.
               VENABLE LLP
10             575 Seventh Street, NW
               Washington, D.C.  20004
11             jdbaldridge@venable.com
               kmwright@venable.com
12             (202)344-8300

13   For Bonneville International/Deponent:

14             Michael L. Dowdle, Esq.
               SVP Business Affairs and General Counsel
15             BONNEVILLE INTERNATIONAL
               55 North 300 West
16             Salt Lake City, Utah  84180
               mdowdle@bonneville.com
17             (801)575-5874

18   For Entercom Communications Corporation/Deponent:

19             Michael E. Dash, Esq.
               Deputy General Counsel
20             ENTERCOM COMMUNICATIONS CORPORATION
               401 City Avenue, Suite 809
21             Bala Cynwyd, Pennsylvania  19004
               mdash@entercom.com
22             (610)660-5610

23   Also Present:

24             Jessie P. Schaudies, Jr. (Present during part
                                     of the deposition.)
25

3

1                            EXHIBIT INDEX

2
                                                        Initial
3        Exhibit              Description              Reference

4
           1     Color photograph of Taylor Swift and      71
5                Eddie Haskell, June 2, 2013

6
           2     Packet of documents containing the        73
7                subpoena to appear, subpoena to produce
                 information and records with attach-
8                ments

9
           3     E-mail from Olaf Lund to Maureen Marsh    77
10               forwarded to Eddie Haskell relating to
                 Jackson's e-mail account passwords,
11               voice mail, et cetera

12
           4     E-mail with Lincoln Financial Media       79
13               letterhead from Eddie Haskell to "All
                 Denver Users" June 4, 2013, announcing
14               Jackson's departure from the morning
                 show
15

16

17                        EXAMINATION INDEX

18
                 Examination by Mr. McFarland              4
19
                 Examination by Mr. Dowdle               --
20
                 Examination by Mr. Dash                 --
21
                 Examination by Mr. Baldridge            --
22
                 Examination by Ms. Wright               --
23

24

25

4

```
1                       P R O C E E D I N G S

2              (Conference call telephone contact established

3    with Michael E. Dash, Esq. prior to deposition.)

4              MR. MCFARLAND:  Let's go ahead and swear the

5    witness in.

6                       HERSHEL COOMER,

7                    P/K/A EDDIE HASKELL,

8    being first duly sworn to the above cause, to which he

9    answered, "Yes," was examined and testified as follows:

10                        EXAMINATION

11   BY MR. McFARLAND:

12        Q    Would you state your full name for the record,

13   please?

14        A    Actually --

15             THE WITNESS:  Am I Eddie?

16             MR. DOWDLE:  No.  It needs to be --

17        A    Hershel Keith Coomer.

18             MR. DOWDLE:  -- your actual name.

19             THE DEPONENT:  Because all the paperwork so far

20   has been for Eddie.

21        A    C-o-o-m-e-r.

22        Q    (By Mr. McFarland)  And do you go by any

23   aliases?

24        A    Yes.  Eddie Haskell.

25        Q    Okay.  And for purposes of this deposition, is
```

5

1      it okay if I call you Mr. Haskell?

2           A     Sure.

3           Q     Where do you live, Mr. Haskell?

4           A     Centennial.

5           Q     What's your address?

6           A     It's 16545 East Hialeah Drive 80015.

7           Q     And where do you work, Mr. Haskell?

8           A     KYGO.

9           Q     What's your position there?

10          A     Program director.

11          Q     How old are you?

12          A     I'm 55.

13          Q     Married?

14          A     No.

15          Q     Kids?

16          A     No.

17          Q     Are you under the influence of any drugs or

18     alcohol today?

19          A     No.

20          Q     Are you taking any prescription medication?

21          A     No.

22          Q     Did you have any drinks on June 2nd, 2013?

23          A     No.

24          Q     Did you take any drugs on June 2, 2013?

25          A     No.

1  doing part-time on-air at the radio station in Shawnee.

2      Q    And about what year was that?

3      A    It would have been late '78.

4          MR. BALDRIDGE:  Gabe, let me interrupt you.  I

5  want to make it clear that as we've both done in prior

6  depositions, we're going to declare everything

7  confidential under the existing protective order until

8  further notice.

9          MR. MCFARLAND:  Understood.

10         MR. BALDRIDGE:  I apologize for the

11 interruption.

12         MR. MCFARLAND:  No worries.

13     Q    (By Mr. McFarland)  How long were you with the

14 radio station in Shawnee?

15     A    Probably two years.

16     Q    All right.  And what did you do then?

17     A    I moved to Oklahoma City to work at a radio

18 station.

19     Q    What was your position there?

20     A    On-air.

21     Q    And how long were you in Oklahoma City?

22     A    About two years.

23     Q    And what did you do then?

24     A    I moved to Pine Bluff, Arkansas.

25     Q    Did you work for a radio station there?

10

1      A    Uh-huh.  Radio station as program director.

2      Q    How long were you in Pine Bluff?

3      A    Too long -- two years.

4      Q    And then what did you do?

5      A    I went back to Oklahoma City for an on-air

6   position.  I was there two years.

7      Q    Did you go back to the same radio station --

8      A    No.

9      Q    -- or a different one?

10      A    A different one.  Yeah.

11      Q    And then you were in that back in Oklahoma City

12   for about another two years?

13      A    Two years, yes.

14      Q    And then what did you do?

15      A    Then went to Roanoke, Virginia, as a program

16   director for five years.

17      Q    And then?

18      A    Then Buffalo, New York, as assistant program

19   director for one winter -- we'll call it two years.

20      Q    Okay.  Then?

21      A    Then to Detroit as program director for six

22   years; then Denver as program director for two years; Salt

23   Lake City program director for two years; Albuquerque as

24   operations manager for nine years; and then to KYGO.

25      Q    When did you start at KYGO?

Coomer, Hershel (P_K_A) Eddlie Haskell

1       A       February of 2013.

2       Q       And your position there was as a program

3    director?

4       A    Yes.

5       Q    What radio station did you work for in your

6    previous stint in Denver?

7       A    It's call letters were KDJM.

8       Q    Do you remember what the ...

9       A    92.5.

10      Q    Okay.  Was that country then?

11      A    No.  That was an oldies format.

12      Q    Okay.  Were you terminated from any of your

13   prior employments?

14      A    Roanoke.

15      Q    Any others?

16      A    No.

17      Q    All of the other jobs you voluntarily resigned

18   or left?

19      A    Yes.

20      Q    What was the basis for your termination in

21   Roanoke?

22      A    The position was eliminated.  I was program

23   director.  They hired an operations manager, slash,

24   program director.

25      Q    Okay.  Have your duties as -- you've had several

12

1    program director positions over your career, correct?

2        A    Correct.

3        Q    Have your duties and responsibilities as a

4    program director been generally the same?

5        A    Generally.

6        Q    Okay.  Tell me about your duties and

7    responsibilities as the program director at KYGO.

8        A    I'm responsible for all of the programming, that

9    is, selection of music, managing and directing the on-air

10   talent and managing the promotions department.

11       Q    Who owned KYGO when you started working for it

12   in February 2013?

13       A    Lincoln Financial Media.

14       Q    And at some point, did Lincoln Financial Media

15   sell the station?

16       A    Yes.

17       Q    Who did it sell to?

18       A    The company was sold to Entercom.  And then the

19   station was subsequently sold to Bonneville.

20       Q    So Bonneville currently owns the station, KYGO?

21       A    Yes.

22       Q    Okay.  Have your duties and responsibilities as

23   the program director at KYGO significantly changed since

24   you started in February of 2013?

25       A    No.

13

1    Q    When you started with KYGO in February of 2013,

2  who did you report to?

3    A    Bob Call.

4    Q    And do you continue to report to Bob Call today?

5    A    Yes.

6    Q    Do you know who Bob Call reports to?

7    A    Darrell Brown.

8    Q    What's Darrell Brown's position?

9    A    President of Bonneville.

10   Q    Is Bob Call employed by KYGO?

11   A    Yes.

12   Q    And what's his position?

13   A    Market manager.

14   Q    As the program director at KYGO when you started

15 in February of 2013, you were in charge of the morning

16 show?

17   A    Yes.

18   Q    And then you were essentially Mr. Mueller and --

19 is it "Kleesh" (phonetic)?  Is that how you say that?

20   A    Yes.

21   Q    And you were Mr. Mueller's and Mr. Kliesch's

22 boss?

23   A    Yes.

24   Q    Do you recall when Mr. Mueller and Mr. Kliesch

25 were hired by KYGO?

1    week.

2         Q    Okay.  How did you think that initial phone call

3    went?

4         A    Fine.

5         Q    Fine?

6         A    Yeah.

7         Q    Before you arrived, did you make any inquiries

8    to anybody else about Mr. Mueller or Mr. Kliesch or their

9    skills as on-air personalities?

10        A    No.

11        Q    Do you recall Taylor Swift's concert here in

12   Denver on June 2, 2013?

13        A    Yes.

14        Q    Now, before that date, did you want to fire

15   Mr. Mueller?

16        A    No.

17        Q    Did you lobby the company to fire Mr. Mueller?

18        A    No.

19        Q    Prior to June 2nd, 2013, did you want to fire

20   Mr. Kliesch?

21        A    No.

22        Q    Prior to June 2, 2013, did you lobby the company

23   to fire Mr. Kliesch?

24        A    No.

25        Q    Prior to June 2, 2013, did you document any

16

1    problems with Mr. Mueller?

2        A    No.

3        Q    Prior to June 2, 2013, did you document any

4    problems with Mr. Kliesch?

5        A    No.

6        Q    Mr. Mueller was ultimately fired, correct?

7        A    Correct.

8        Q    Do you recall when he was terminated?

9        A    June 4th, probably -- 4th or 5th.

10       Q    June 4th or 5th, 2013?

11       A    Yes.

12       Q    Did you make the decision to fire Mr. Mueller?

13       A    No.

14       Q    Did you participate in the decision to fire

15   Mr. Mueller?

16       A    Yes.

17       Q    Who made the decision to terminate Mr. Mueller?

18       A    I believe it was Bob Call.

19       Q    Was there anybody else, other than yourself,

20   that participated in that decision?

21       A    Yes.

22       Q    And who was that?

23       A    John Dimick, our vice president of programming;

24   Maureen Marsh, our HR manager; our corporate HR manager,

25   whose name I can't recall; and I believe that's it.

17

1     Q    Tell me about the process that KYGO went through

2  in determining to terminate Mr. Mueller.

3     A    We met -- Bob, Maureen and I -- in Bob's office.

4  We got John Dimick, our corporate HR, and our legal

5  counsel on a conference call and went through the events

6  that were relayed to me and Bob and discussed them; that

7  the negative impact it would make on the station if this

8  were to become public.  And then at the end of that call,

9  we tabled any action until after we were able to talk to

10 Mueller.

11    Q    When did the phone call take place or the

12 meeting, slash, call take place?

13    A    That was the Monday morning, so that would have

14 been June 3rd, probably 10:00 a.m.

15    Q    Now, was there any discussion during that

16 meeting about whether Mr. Mueller inappropriately touched

17 Ms. Swift?

18    A    Yes.

19    Q    And was there any commentary -- well, tell me

20 what you can recall about that.

21        MR. DASH:  I'm going to jump in really quickly

22 before you answer that, Mr. Haskell.

23        This is Mike Dash that's on the conference call

24 from Entercom.  I just want to make sure that Mr. Haskell

25 understands that he is not to be speaking about any

18

1    consultation from counsel or disclosing any advice that he

2    or any of the other members of the group received that he

3    has outlined previously.

4              So that was the instruction, Eddie.

5              THE DEPONENT:  Okay.

6         A    The conversation was that -- so you want to know

7    about the conversation --

8         Q    (By Mr. McFarland)  Yeah.

9         A    -- not the -- that we had been made aware by

10   Taylor's management company that he had touched her

11   inappropriately; that they supplied a photograph; that we

12   needed to act on this quickly and appropriately; that we

13   had her complaint as well as photographic evidence; and

14   that we would call him in and get his side of the story

15   before we made any more decisions.

16        Q    Do you know who with Taylor Swift's management

17   company contacted KYGO?

18        A    Yeah.  That was Frank Bell.

19        Q    And do you know who Mr. Bell spoke with?

20        A    He spoke with me initially at the venue.

21        Q    So this was face-to-face --

22        A    Yes.

23        Q    -- on June 2nd?

24        A    Correct.

25        Q    And what did Mr. Bell say to you?

19

1    A    He asked if -- he showed me a photo of Mueller

2    and asked if that was one of my employees.  And I said

3    that, yes, it was one of my morning guys.  And he told me

4    that he, during his photo, had inappropriately touched

5    Taylor and he had been removed from the venue and banned

6    from Taylor's shows.

7    Q    Were those words "touched inappropriately" used

8    by him?  Or did he use different language?

9    A    He probably said "grabbed her butt."

10    Q    Did he indicate whether Mr. Mueller grabbed

11    Ms. Swift outside her clothing or underneath her clothing?

12    A    He did not, I don't believe.  Yeah, I think that

13    was it.

14    Q    Mr. Haskell, do you recall anything else about

15    your conversation with Mr. Bell on June 2nd, 2013?

16    A    Not really.  At that point, I called Bob Call to

17    get him in the loop, but I believe that was the last

18    conversation I had with Frank.

19    Q    Do you know what time that conversation took

20    place?

21    A    Probably 7:00 -- between 7:00 and 7:30.

22    Q    And did Mr. Bell call you in advance of your

23    meeting and say, Hey I'd like to meet?

24    A    No.  I was in the backstage area.  I was going

25    to meet one of the opening acts, and I was with that

```
 1    artist's record rep.  And they wouldn't allow us backstage
 2    to meet the artist, because they had tightened security
 3    because there had been an issue.
 4              And probably within 30 seconds I got a phone
 5    call from Kris Lamb, who is with Big Machine.  And he
 6    asked where I was and said there was a problem; stay right
 7    there; that he would come.  And he brought Frank with him.
 8        Q    So Kris Lamb called you?
 9        A    Yes.
10        Q    And then Kris Lamb and Frank Bell met you in the
11    backstage area?
12        A    Yes.
13        Q    So Mr. Lamb was present when Frank Bell said
14    something to the effect that one of your employees had
15    grabbed Ms. Swift's butt?
16        A    Correct.
17        Q    And Mr. Bell at that point had a photograph?
18        A    Yes.
19        Q    Was it on a piece of paper --
20        A    On his phone.
21        Q    Or was it on his --
22        A    It was on his phone, yes.
23        Q    Okay.  Can you remember anything else about your
24    conversation with Mr. Bell on June 2nd, 2013?
25        A    Not really.
```

```
 1        Q    How did it end?

 2        A    I don't remember.

 3        Q    Do you recall thinking, Let's get David over

 4   here and figure out what happened --

 5             MR. BALDRIDGE:  Objection, form.

 6        Q    (By Mr. McFarland) -- or something to that

 7   effect?

 8        A    No.  He had been ejected from the venue and my

 9   assumption was sent home.

10        Q    Did you contact Mr. Mueller that -- well, what

11   did you do next?

12        A    It would have been I called Bob.

13        Q    Was Bob at the concert?

14        A    No.

15        Q    Did you call Bob's cell phone?

16        A    Yes.

17        Q    By the way, what's your cell phone number?

18        A    It's (505)417-8692.

19        Q    Do you know what Mr. Call's cell phone number

20   is?

21        A    I do not.

22        Q    What do you recall about your telephone

23   conversation with Bob Call on June 2, 2013?

24        A    It was very protracted.  I was in the lower

25   level of the Pepsi Center.  Reception was really spotty.
```

22

1    I know that we got cut off initially, but he understood

2    that we had an issue.  We communicated mainly via text

3    from that point; but again, up to 10- to 15-minute delays

4    in responses at times.

5              But basically, it was that we would pull Mueller

6    off the show for Monday until we investigated and to let

7    him know that and that Frank -- that I should let Frank

8    know to reach out to Bob directly.

9         Q    Okay.  And subsequently you did that?

10        A    Yes.

11        Q    And how did you do that?

12        A    I don't know.  I don't remember.  I don't

13   remember having another conversation with Frank, but it

14   may have been through Kris to have Frank call Bob.  But at

15   this point, I don't remember.

16        Q    And then did you subsequently call Mr. Mueller?

17        A    He texted me.

18        Q    Okay.

19        A    Again, calls were really difficult in the venue.

20        Q    So after you communicated with Mr. Call and

21   decided that you would pull Mr. Mueller off the air on

22   Monday, you texted Mr. Mueller to let him know?

23        A    Correct.

24        Q    And did that happen on the evening or night of

25   June 2, 2013?

Coomer, Hershel (P_K_A) Eddlie Haskell

23

1      A    Yes.

2      Q    Did Mr. Mueller respond to that text?

3      A    Yes.

4      Q    And did he respond with a text?  Or did he --

5      A    A text.

6      Q    After you learned of the alleged incident from

7  Mr. Call, did you speak either in person or over the phone

8  to Mr. Mueller?

9      A    No.

10     Q    And that was a bad -- I meant to say, did you

11 talk to him that evening after you learned of the alleged

12 incident?

13     A    No.

14     Q    Do you recall what Mr. Mueller's response was?

15     A    No.

16     Q    About what time did you text Mr. Mueller to let

17 him know that he was not going to be on the air the

18 following Monday?

19     A    It would have been between eight and nine,

20 probably.

21     Q    Did you do anything else that we haven't already

22 talked about since learning of the alleged incident from

23 Frank Bell until the time that you traded text messages

24 with Mr. Mueller in relation to this alleged incident?

25          MR. BALDRIDGE:  Objection, form.

25

```
 1        A    Do anything else?  I don't understand the
 2   question.
 3        Q    Did you talk to anybody else?
 4        A    Yes.  Scott Borchetta called me.
 5             THE COURT REPORTER:  Please say that name again.
 6             THE DEPONENT:  Scott Borchetta.
 7             THE COURT REPORTER:  Thank you.
 8             THE DEPONENT:  Yup.
 9        A    He's the president of Big Machine.
10        Q    (By Mr. McFarland)  So he works with Kris Lamb?
11        A    He is Kris Lamb's boss, yes.
12        Q    What do you recall about that conversation?
13        A    He was at a wedding and had been made aware of
14   the incident and wanted to know what I knew about what had
15   happened.  I told him only what I'd been told; I wasn't a
16   witness.  And I believe he asked me did I think he did it.
17   And I said I have no way of knowing; I wasn't there.  But
18   that is what I was told by Frank and Kris through Frank.
19        Q    Did you talk to Ms. Swift about the alleged
20   incident?
21        A    No.
22        Q    Did you ever exchange texts or e-mails with her
23   regarding the alleged incident?
24        A    No.
25        Q    After your conversation with Frank Bell on
```

Coomer, Hershel (P_K_A) Eddlie Haskell

1    June 2, 2013, did you subsequently talk to him about the

2    alleged incident?

3        A    No.

4        Q    After you learned of the alleged incident from

5    Frank Bell on June 2nd, 2013, did you talk with anybody

6    else associated with Ms. Swift's management team?

7        A    No.

8        Q    After you learned of the alleged incident from

9    Frank Bell on June 2, 2013, did you text or e-mail anybody

10   associated with Ms. Swift's management team anything about

11   Mr. Mueller?

12       A    No.

13       Q    June 2, that was a Saturday?

14            MR. BALDRIDGE:  No.

15       A    Sunday.

16            MR. BALDRIDGE:  Sunday.  I'm not under oath yet.

17       Q    (By Mr. McFarland)  So what, if anything, did

18   you do with respect to the alleged incident on Monday,

19   June 3rd?

20       A    We had a meeting that morning.  I believe that

21   that was the only meeting we had that day.  I don't know

22   if we met with Mueller later that day or -- memory makes

23   me think it was actually on Tuesday.  But that was the

24   -- the only meeting we had -- then we met with Mueller,

25   then we had another meeting.  So those were the three.

1    Q    So the meeting on June 3rd, that took place in

2    the morning sometime?

3    A    Yes.

4    Q    And was that the meeting that you previously

5    talked about with John Dimick, Maureen Marsh, the

6    corporate HR manager and Bob Call?

7    A    Yes.

8    Q    Okay.  So that could have happened -- I think

9    your testimony was before you thought that that happened

10   on the 4th or the 5th?

11   A    No.  That was his termination.

12   Q    Okay.

13   A    That meeting absolutely happened Monday morning

14   first thing.

15   Q    Okay.  June 3rd?

16   A    Yes.

17   Q    And then was it later the same day that you met

18   with Mr. Mueller?

19   A    I don't recall.

20   Q    Between your meeting on June 3rd, 2001, (sic)

21   and your meeting with Mr. Mueller, did you talk to anybody

22   about Mr. Mueller or the alleged incident?

23   A    No.

24   Q    Did you exchange texts or e-mails with anyone

25   regarding Mr. Mueller or the alleged incident between your

28

1    June 3rd meeting and your meeting with Mr. Mueller?

2         A    No.

3         Q    Did you exchange e-mails with anyone during that

4    same period of time regarding Mr. Mueller or the alleged

5    incident?

6         A    No.

7         Q    You mentioned an investigation earlier this

8    morning.  Did KYGO investigate the alleged inappropriate

9    touching?

10        A    Yes.  We -- Bob and Frank Bell had several

11   conversations.  Frank was reluctant to supply the picture

12   initially.  And Bob, I believe, told him that we would

13   need that for the investigation.  And to my knowledge, it

14   was supplied and -- but that's, to my knowledge, the

15   extent of the investigation -- was hearing his side of the

16   story; hearing Frank and management's side of the story.

17        Q    So you obtained the photograph, and you spoke to

18   Mr. Mueller about the incident?

19        A    Yes.

20        Q    Was that part of the investigation as well?

21        A    Yes.

22        Q    To the best of your knowledge, that was the

23   extent of the investigation?

24        A    To my knowledge, yes.

25        Q    Do you know who was -- did you know where the

34

1        A    I don't know.

2        Q    Can you tell me about the meeting that you had

3    with Mr. Mueller at some point after your June 3rd, 2001

4    (sic) meeting with KYGO management personnel?

5        A    We -- Bob Call and I met with him; told him what

6    we had been told happened.  He was very adamant that he

7    did not do it.  He wanted to know, Surely there are video

8    cameras from different angles we could look at.  There

9    aren't.

10            He maintained that while the picture looked bad,

11   that he was merely jumping in for a last-minute picture;

12   that there was no -- it was a two-dimensional picture, and

13   that while heighth-wise and horizontally it looked

14   condemning, there was no depth.  So he could have had his

15   hand far behind her.  Then he said that he absolutely

16   didn't do it.

17            And as we continued to discuss, he said "if" he

18   did it, it was incidental and perhaps he had brushed

19   against her or something along those lines.  But he was

20   very adamant that he didn't do it.

21            We listened more than we talked during that

22   meeting and told him that we would keep him off the air an

23   additional day and would continue to gather information

24   that we could and let him know what the result of that

25   would be.

35

1    Q    What, if any, additional information did you

2    gather after your meeting with Mr. Mueller?

3    A    I don't believe any.  I think it was more of a

4    regrouping to share his story with everyone else.

5    Q    And was his story shared with everyone else?

6    A    Yes.

7    Q    And by "everyone else," you mean --

8    A    The initial people on the first call.

9    Q    Do you remember what time of day your meeting

10   with Mr. Mueller took place?

11   A    My recollection is it was around lunch, either

12   11 or 1, but sometime in the middle of the day.

13   Q    Do you recall how long the meeting lasted?

14   A    Probably 20 minutes.

15   Q    Did anybody else attend or listen in by

16   telephone or by any other device?

17   A    I don't recall.

18   Q    Has anybody told you at any time since the

19   meeting that somebody else participated or listened in?

20   A    Just his i-Phone.

21   Q    Mr. Mueller's?

22   A    Yes.

23   Q    Did you record your meeting with Mr. Mueller?

24   A    No.

25   Q    Do you know whether Mr. Call recorded the

36

1   meeting with Mr. Mueller?

2       A    Not to my knowledge.

3       Q    Do you know if anybody else was listening on the

4   telephone?

5       A    No.

6       Q    Did you take notes of the meeting?

7       A    I did not; Bob did.

8       Q    How did Mr. Call take notes?

9       A    On paper.

10      Q    Have you seen Bob's notes from the meeting --

11      A    No.

12      Q    -- since the meeting?

13      A    No.

14      Q    Did you know that Mr. Mueller was recording the

15  meeting with you and Mr. Call?

16      A    No.

17      Q    You indicated in your previous testimony that

18  Mr. Mueller was inquiring whether there was video?

19      A    Yes.

20      Q    And I think you indicated that there wasn't any

21  video; is that right?

22      A    Per Frank Bell, that area of the Pepsi Center

23  was not covered by any cameras.

24      Q    Okay.  So then did anyone at KYGO speak with

25  Shannon Melcher about the alleged incident?

37

1        A     Yes.

2        Q     Do you know who?

3        A     Maureen Marsh.

4        Q     Did Ms. Marsh report to you on her conversation

5   with Ms. Melcher?

6        A     Yes.

7        Q     And what did Ms. Marsh report?

8        A     That she had the same story; that she and Taylor

9   were discussing clothing, having a friendly conversation.

10  The photographer walks up; they decide to quickly take a

11  picture; that Taylor pulled her close; Mueller was jumping

12  into the picture.  And as he dived in, they took a picture

13  just while he was leaning, and it appeared that his hand

14  was behind her.

15        She also told Maureen that I never liked Mueller

16  and implied in some way that I set this whole circus into

17  play, just so I could get him fired.

18        Q     Is it true that you didn't like Mr. Mueller?

19        A     No.

20        Q     How would you describe your relationship with

21  Mr. Mueller?

22        A     Business-like.

23        Q     As of June 2, 2013, were there any problems

24  between you and Mr. Mueller?

25        A     No.

38

1        Q     As of June 2, 2013, were there any problems

2    between you and Mr. Kliesch?

3        A     No.

4        Q     As of June 2, 2013, how was the morning show

5    doing?

6             MR. BALDRIDGE:   Objection, form.

7        A     Not well.

8        Q     (By Mr. McFarland)   How do you measure

9    performance?

10       A     We get ratings from Nielson and look at a lot of

11   factors.  But with ratings we take into account how new

12   the show is and things like that.  And at that point, the

13   show was growing slowly.

14       Q     Okay.  So now, after you and Mr. Call met with

15   Mr. Mueller, you relayed -- or you and Mr. Call relayed

16   the contents of that meeting to the KYGO management group?

17       A     Yes.

18       Q     And did you do that via a meeting where you

19   conferenced in some of the people who were out of town?

20       A     Yes.

21       Q     Just like the first meeting?

22       A     Exactly.

23       Q     And was that done in Mr. Call's office?

24       A     Yes.

25       Q     Okay.  And when did that meeting take place?

Coomer, Hershel (P_K_A) Eddlie Haskell

39

1      A    I don't recall if it was the following morning

2   or if -- it was in the morning, so it would have -- if we

3   met with him on June 3rd, it would have been the morning

4   of the 4th, June 4th.  If his meeting was on the -- I

5   believe the meeting was on the 4th in the morning.

6      Q    And what do you recall about that meeting --

7   about the communications during that meeting?

8           MR. DASH:  Eddie, I'm going to object again and

9   just give you the same instructions that I gave you

10  previously, that you are not to discuss any communications

11  that we had or any advice that you received or was

12  circulated during that meeting from counsel.

13     A    We went through the -- basically discussed that

14  we had heard his side of the story; that we had heard

15  Taylor's people's side of the story; and that based on the

16  photographic evidence and our belief in who was telling

17  the truth, that we should terminate.

18     Q    (By Mr. McFarland)  So did you think that

19  Mr. Mueller was lying?

20     A    Yes.

21     Q    And you thought the allegation that Mr. Mueller

22  inappropriately touched Ms. Swift was truthful?

23     A    Yes.

24     Q    And based on that allegation, did KYGO terminate

25  Mr. Mueller?

40

1          MR. BALDRIDGE:  Objection, form and foundation.

2          DOWDLE:  Objection to the extend it may be

3    privileged.

4          MR. DASH:  Same objection.

5      A    Yes.

6      Q    (By Mr. McFarland)  In your words, why did KYGO

7    fire Mr. Mueller?

8      A    He violated the morality clause contained in his

9    employment agreement.

10     Q    By?

11     A    By displaying behavior that was inappropriate.

12     Q    And the inappropriate behavior was touching

13   Ms. Swift?

14     A    Exactly.

15     Q    In the manner that Mr. Frank Bell described to

16   you?

17          MR. BALDRIDGE:  Objection, form.

18     A    Correct.

19     Q    (By Mr. McFarland)  And so as of the day of

20   Mr. Mueller's termination, you were not aware of any other

21   reason to terminate Mr. Mueller?

22          MR. BALDRIDGE:  Objection form, foundation.

23     A    No.

24     Q    (By Mr. McFarland)  When was Mr. Mueller

25   terminated?

41

1      A      June 4th or 5th.

2      Q      Who broke the news to Mr. Mueller?

3      A      I don't know.

4      Q      Do you recall whether you --

5      A      I did not.

6      Q      You did not.  Have you talked to Mr. Mueller

7      since his termination?

8      A      No.

9      Q      Have you traded e-mails or text messages with

10     him?

11     A      No.

12     Q      Have you talked to anyone else about Mr. Mueller

13     since his termination?

14     A      Of course.

15     Q      Who have you talked to?

16     A      Everybody that called me when they read about it

17     and my name in People Magazine.  I would put the number at

18     hundreds.

19     Q      As part of your duties and responsibilities as a

20     program director over -- a long time, have you been

21     involved in the hiring of on-air talent?

22     A      Yes.

23     Q      What percentage of your time as a program

24     director do you think you've spent on hiring on-air

25     talent?

42

1      A    Five percent, maybe.

2      Q    Do you have an estimate of the number of people

3   you've hired?

4      A    Thirty.

5      Q    And you've been in radio basically your entire

6   professional career?

7      A    Correct.

8      Q    And you're very well connected in the radio

9   industry?

10          MR. BALDRIDGE:  Objection form and foundation.

11     A    Yes.

12     Q    (By Mr. McFarland)  You know a ton of people in

13   the industry?

14          MR. BALDRIDGE:  Objection, form and foundation.

15     A    Yes.

16     Q    (By Mr. McFarland)  You have a good reputation

17   in the industry?

18          DOWDLE:  Objection, form and foundation.

19          MR. BALDRIDGE:  Objection, form and foundation.

20     A    I would say yes.

21     Q    (By Mr. McFarland)  Would you ever consider

22   rehiring Mr. Mueller?

23     A    Absolutely not.

24     Q    Why not?

25     A    He lied.

43

1     Q     When?

2     A     When he manufactured the story that I actually

3  did it.

4     Q     Any other reasons that you would never rehire

5  Mr. Mueller?

6     A     No.

7     Q     Given your knowledge and experience in the

8  industry, do you think it's reasonably likely that

9  Mr. Mueller could get hired on by another radio station?

10         DOWDLE:  Object to form and foundation and calls

11  for a legal conclusion.

12         MR. BALDRIDGE:  And form, foundation, legal

13  conclusion and calls for speculation.

14     A     I don't know.

15     Q     (By Mr. McFarland)  Have you talked to any other

16  program directors about Mr. Mueller?

17     A     Yes.

18     Q     And so what can you tell me about those

19  conversations?

20     A     They want to know why he would make up such a

21  ridiculous story.

22     Q     In terms of --

23     A     That I did it instead of him.

24     Q     Has anyone contacted you with respect to -- with

25  questions about hiring Mr. Mueller?

47

```
 1              MR. BALDRIDGE:  If you're going to be a while

 2      longer, Mr. Schaudies is going to leave shortly and I'd

 3      like to talk to him before he leaves.  And if you're

 4      almost done ...

 5              MR. MCFALAND:  Yeah.  No, we can take a break

 6      now.  I've got another half-hour maybe.

 7              MR. BALDRIDGE:  Thank you.

 8              MR. MCFALAND:  Yeah, no problem.

 9              (Recess was taken from 12:30 p.m. until 12:41

10      p.m.)

11              MR. MCFALAND:  Back on the record.

12          Q    (By Mr. McFarland)  Mr. Haskell, who decided

13      which KYGO personnel were going to attend the Taylor Swift

14      concert?

15          A    I did.

16          Q    And who did you decide would attend?

17          A    Mueller, Kliesch -- I was very short-staffed at

18      the time, and they volunteered to go.

19          Q    Anybody else?

20          A    I believe that's it, other than our promotions

21      staff.

22          Q    How many people from the promotions staff

23      attended the concert?

24          A    Two to four.

25          Q    Did you decide which KYGO personnel would attend
```

48

1   which meet and greet at the concert on June 2nd, 2013?

2        A   I believe -- yes, I would have.

3        Q   And you knew that there were two -- at least two

4   meet and greets on June 2nd?

5        A   Yes.

6        Q   And it was you that decided that Mr. Mueller and

7   Ms. Melcher would attend the second meet and greet?

8        A   I don't know if I made that decision or they

9   did.

10       Q   If Mr. Mueller and Ms. Melcher testified that

11  they didn't make the decision, then you wouldn't have any

12  reason to argue --

13       A   No.

14       Q   -- that you were the one who made that decision?

15       A   No.

16       Q   Is there a particular reason why you wanted

17  Mr. Mueller and Ms. Melcher to attend the second meet and

18  greet?

19       A   No.

20       Q   Is there any particular reason that you didn't

21  want Mr. Mueller and Ms. Melcher attending the first meet

22  and greet?

23       A   No.

24       Q   Was there a difference between the first meet

25  and greet and the second?

1      A      Yes.

2      Q      And what was the difference?

3      A      The first was a radio room, which was a private

4  reception for radio program directors and music directors.

5  I didn't have a music director at the time, so I gave one

6  of them admission to that and then the other meet and

7  greet passes.

8      Q      And Mr. Mueller and Ms. Melcher got the meet and

9  greet passes?

10     A      Correct.

11     Q      And what type of persons typically attend the

12  meet and greet portion?

13     A      It depends by shows.  Some shows only do a meet

14  and greet and radio goes through the meet and greet.

15  There are also fan club member contest winners.  And

16  again, for the tours that don't do a radio room, it's the

17  opportunity to meet the artists.

18     Q      Did anybody associated with Taylor Swift's

19  management tell you that Mr. Mueller and Ms. Melcher could

20  not attend the first meet and greet?

21     A      No.

22     Q      How did the meet and greet that you attended go?

23          MR. BALDRIDGE:  Objection, vague.

24     A      Well ...

25     Q      (By Mr. McFarland)  From KYGO, it was you,

50

1   Mr. Kliesch -- anybody else?

2         A    His wife.

3         Q    His wife.  Did you have a guest with you?

4         A    I don't believe I did.  I can't recall taking

5   anyone.

6         Q    And did you meet Ms. Swift during the meet and

7   greet that you attended?

8         A    Yes.

9         Q    What can you tell me about that meeting?

10        A    Well, it's in a room.  It's more of kind of a

11  cocktail party vibe where all of the radio people are in

12  the room socializing.  And then at some point, she comes

13  in and typically goes group to group, has a short

14  conversation, takes a picture and moves on to the next

15  group and then leaves the room.

16        Q    And is that what happened at this particular

17  meet and greet?

18        A    Yes.

19        Q    And who was in your group?

20        A    Ryan, his wife and me.  We probably were

21  standing with another radio, maybe a Colorado Springs or

22  Fort Collins station chatting.  But that was our group,

23  the three of us.

24        Q    Did you meet Taylor Swift at any other time

25  other than the meet and greet on June 2nd?

51

1        A    No.

2        Q    Had you met her before?

3        A    Yes.

4        Q    Did Ms. Swift recognize you at the meet and

5    greet?

6        A    Yes.

7        Q    Did she refer to you by your name?

8        A    Yes.

9        Q    Did she call out to you across the room?

10       A    She -- I wouldn't say across the room.  Probably

11   as she was walking up to our group.

12       Q    What did she say to you?

13       A    Eddie.

14       Q    Okay.  So she, kind of, called out to you?

15       A    Yeah.

16       Q    Seemed to be excited to see you?

17       A    Yeah.

18       Q    Then what happened?

19       A    She came up, probably gave me a hug.  I

20   introduced her to Ryan and his wife; small talk; no idea

21   what that would have been.  And then fairly quickly a

22   photographer -- no, actually it was Kris Lamb who was with

23   her who took our picture.

24       Q    And you know Kris Lamb?

25       A    Yes.

52

1        Q    And how do you know Kris?

2        A    He's our Big Machine -- was at the time -- our

3    Big Machine rep.  I had worked with him previously at

4    other labels.

5        Q    Are you and Mr. Lamb friends?

6        A    Yes.

7        Q    Are you good friends?

8        A    Social friends.

9        Q    How long have you known Mr. Lamb?

10       A    Ten years.

11       Q    Anything else that you can remember saying to

12   Ms. Swift during your meeting on June 2nd?

13       A    No.  Again, it would have been small talk, How

14   do you like Denver?  That kind of thing.  But no idea.

15   Nothing of substance.

16       Q    When you hugged Ms. Swift, where were your

17   hands?

18       A    Probably -- considering her heighth, probably

19   right below the shoulder blades probably.  It was a

20   frontal hug, so wherever her heighth would put her, but it

21   was her mid-back.

22       Q    How tall is she?

23       A    I'd guess she's 5, 11, probably.

24       Q    And so you definitely knew Ms. Swift prior to

25   the June 2nd, 2013, concert?

53

1     A     Yes.

2     Q     And you had met her before?

3     A     Yes.

4     Q     When did you first meet her?

5     A     When she first got signed to the label, which

6  was probably -- purely a guess -- 2004, 2005.

7     Q     And what were the circumstances surrounding your

8  meeting?

9     A     We were at Nashville at a showcase where they

10  were introducing new talent.  And she was one of the

11  artists that they were announcing.

12     Q     Do you recall what your interaction was?

13     A     Probably handshake, Nice to meet you, and posed

14  for a picture.

15     Q     How many times have you met Ms. Swift since that

16  initial meeting?

17     A     Probably six to eight.

18     Q     Have you ever talked to her over the phone?

19     A     No, not outside of an interview environment.

20     Q     Ever trade text messages with her?

21     A     No.

22     Q     Ever trade e-mails with her?

23     A     No.

24     Q     What's the interview process you just mentioned?

25  What is that?

54

1         A    When I was on the air, I would interview her.

2    And it would be a probably three- to four-minute window of

3    time that would usually give you about 15 seconds of

4    cordial time of:  How have you been?  How's it going?

5    Love the new record.  All right.  Here we go.

6         Q    Have you ever seen Ms. Swift outside of a work

7    environment?

8         A    No.

9         Q    When did you learn that you would be attending

10   the June 2nd Taylor Swift concert?

11        A    When I took the job.  February.

12        Q    And how did you learn that?

13        A    I go to every concert.

14        Q    Every country concert or --

15        A    Yes, yes.  Every concert our station promotes.

16        Q    And KYGO was promoting the Taylor Swift concert?

17        A    Yes.

18        Q    When did you arrive -- the concert was at the

19   Pepsi Center?

20        A    Correct.

21        Q    When did you arrive at the Pepsi Center on

22   June 2nd?

23        A    Probably 5:30.

24        Q    What did you do?

25        A    We were having issues with where to park our

1    tour bus and were asked by the Pepsi Center to move it off

2    the plaza.  So I was strategizing a good, visible parking

3    lot near Mile High where people could see our logo coming

4    into the show.  Then typically -- and that night -- I

5    would have gone to will call, gotten our passes and

6    tickets and then met up with Kris Lamb.

7        Q    What did you do after you met up with Kris Lamb

8    on June 2, 2013?

9        A    I would have gone back and given everyone their

10   passes, their instructions where to be and probably fairly

11   quickly went to the radio room.

12       Q    And the radio room, that's where the meet and

13   greet was conducted?  Or is that something other than --

14       A    Correct.

15       Q    So shortly after you arrived, you get your

16   passes, you meet with Kris and then you go to the meet and

17   greet.  Is that fair?

18       A    Yeah.

19       Q    How long did the meet and greet last?

20       A    Probably -- we were probably in the room 20 to

21   25 minutes.

22       Q    And what did you do -- well, let me ask you

23   this:  Was there any evidence at the meet and greet that

24   you attended of any inappropriate touching?

25       A    No.

1          MR. BALDRIDGE:  Objection to form and

2     foundation.

3          Q    (By Mr. McFarland)  Was there any evidence of

4     any incidents whatsoever?

5          MR. DOWDLE:  Objection to form and foundation.

6          MR. BALDRIDGE:  Objection to form and

7     foundation.

8          A    Not at that point.

9          Q    (By Mr. McFarland)  What was Ms. Swift's

10    demeanor?

11         A    Cheerful.

12         Q    Ms. Swift didn't give any indication to you that

13    there was any problem or any issues?

14         A    No.

15         Q    Given your relationship with Ms. Swift, are you

16    surprised that she did not reach out to you to discuss the

17    alleged incident with Mr. Mueller?

18         MR. BALDRIDGE:  Objection to form.

19         A    No.  She doesn't have my contact information.

20         Q    (By Mr. McFarland)  What did you do at the

21    conclusion of the meet and great that you attended?

22         A    Her mother gave us a tour of the backstage area.

23    There were contest winners on that tour, and we came

24    along.  And they showed us where the video controller was

25    and all the exciting things that this tour had and showed

57

1    us the stage areas, all the, kind of, tunnels in the back

2    where Taylor goes during shows to get from one side of the

3    stage to the other and that kind of thing.

4        Q    And who do you mean by "we"?

5        A    Me, Ryan, his wife and all the radio people.

6        Q    Was Mr. Mueller and Ms. Melcher with you?

7        A    No.

8        Q    Do you know why they were not with you?

9        A    No.

10       Q    Did you invite them to go along with you on

11   that?

12       A    No.  My understanding is they were at that point

13   in the meet and greet.

14       Q    The second one?

15       A    Correct.

16       Q    How long did the tour last?

17       A    Probably 10 to 15 minutes.

18       Q    During that tour, did you have conversations

19   with Ms. Swift's mom?

20       A    Yes.

21       Q    What did you guys talk about?

22       A    Again, superficial conversation, how neat the

23   tour was and how fun the back stage is.  But I don't even

24   know if we actually had a direct conversation.  If we did,

25   it would be, "Thank you for the hospitality," and "We're

1  excited."

2     Q    Had you met Taylor's mother before?

3     A    Yes.

4     Q    And was that through some of your interactions

5  with Taylor?

6     A    Yeah.  Accompanying her at award shows and

7  things like that.

8     Q    You accompanied Ms. Swift's mother to award

9  shows?

10     A    No.  She accompanied Taylor.

11     Q    Okay.  So she was at award shows where you were

12  also present?

13     A    Exactly.

14     Q    And you had some interaction with her at that

15  time?

16     A    Correct.

17     Q    Do you have Ms. Swift's mother's contact

18  information?

19     A    I do not.

20     Q    And you didn't talk to her about this incident?

21     A    No.  I wouldn't say we were even acquaintances.

22  She wouldn't even know my name.

23     Q    What did you do after the tour?

24     A    After the tour we went back out to drop our

25  pictures that she had signed for us at the promotions area

1   where we had the tent set up.  And so we dropped those

2   off.  And then fairly quickly after that, the opening act,

3   who was Joel Crouse, his label rep wanted me to go meet

4   Joel.  And so she came out front and we met and then she

5   took me back.

6        Q    And how long did that meeting last?

7        A    It didn't happen.

8        Q    Okay.  It didn't happen because you got stopped

9   at security?

10       A    Exactly.

11       Q    And then Frank Bell, that's when you met with

12   Frank Bell?

13       A    Correct.

14       Q    Now, did you ever see David Mueller on June 2nd,

15   2013, at the Pepsi Center?

16       A    Yes.

17       Q    When did you encounter him?

18       A    I saw him first when I first arrived.  They

19   probably got there a half hour after I did, so in the six

20   o'clock range as I gave them their passes and instructions

21   where to go.  And then when we came out to drop our

22   pictures off at the tent, he and Shannon were there at

23   that time.

24       Q    Were you trying to punish David by not allowing

25   him to go to the first meet and greet?

60

1          THE DEPONENT:  Objection, argumentative.

2      A    We had four passes for the station.

3      Q    (By Mr. McFarland)  So somebody had to go to the

4  other one?

5      A    Right.

6      Q    So you saw him, gave him the passes.  Then did

7  you see him again at the Pepsi Center on June 2nd, 2013?

8      A    Yes.  When we came back from the backstage tour

9  and dropped off our pictures, we, kind of, restaged there

10  at our tent.  So Ryan was there with his wife and Mueller

11  was there with Shannon.

12      Q    Did you have any communications with Mr. Mueller

13  at that point?

14      A    Yes.

15      Q    Can you tell me what you recall about those

16  communications?

17      A    I -- we talked about getting to meet Taylor.  He

18  was in good spirits, seemed excited that he had gotten to

19  meet her.  We told him about the backstage tour and that

20  it was cool that we got to meet her mom.  And we talked

21  about how it was really a neat thing that they did for the

22  group of listeners that got to go on the tour as well.

23      Q    Anything else that you can remember about that

24  communication?

25      A    No.  The only -- as we talked about it, I do

61

1    recall we talked about the stage and that there was an

2    area on the stage where Taylor would stand, the lights

3    would go out, she would drop under the stage, do a

4    complete wardrobe change and pop back up before the

5    audience even stopped applauding.

6            And I found it odd that she would be changing

7    clothes in front of all of the stage hands and made the

8    comment that she's got to be wearing bike shorts or

9    something under her dresses, because she's changing right

10   there in public.

11       Q    So when you were having this conversation with

12   Mr. Mueller, was anybody else present?

13       A    Ryan and his wife.  I don't know if Shannon was

14   there or not.  I think she may have come back in at that

15   point.  She may have been.

16       Q    So did you describe hugging Ms. Swift to

17   Mr. Mueller?

18       A    I probably told him that she came up and said hi

19   and that we hugged.

20       Q    Did you tell him that your hands were near her

21   rear?

22       A    No.

23       Q    Did you tell him that your hands touched her

24   rear?

25       A    No.

```
 1   actually, but to preserve any.

 2        Q    (By Mr. McFarland)  What were you asked to

 3   preserve?

 4        A    All documents.

 5        Q    And did you do that?

 6        A    Now, that we've gone through that process, there

 7   would have been none.

 8        Q    Now you've gone through what process?

 9        A    Well, when you asked initially if I sent any, I

10   said I didn't know.  Or yes, because I assumed I had, but

11   there was nothing to preserve when I looked for them.

12             MR. MCFARLAND:  Let's mark this as Haskell 1.

13             (Deposition Exhibit Haskell 1 was marked for

14   identification.)

15        Q    (By Mr. McFarland)  I'm going to hand you what's

16   been marked as Deposition Exhibit No. 1.  Do you recognize

17   that photograph?

18        A    Yes.

19        Q    And that's you and Ms. Swift?

20        A    Yes.

21        Q    Was that taken on June 2nd --

22        A    Yes.

23        Q    -- 2013?

24        A    Yes.

25        Q    And was this taken in the -- I think you called
```

1    it the radio room?

2         A    Yes.

3         Q    And that's somewhere underneath the Pepsi

4    Center?

5         A    Correct.

6         Q    It looks like in this picture, your hand is at

7    the bottom of the page close to Ms. Swift's waistline?

8              MR. BALDRIDGE:  Objection to form and

9    foundation.

10        A    I would classify that above her elbow.

11        Q    (By Mr. McFarland)  But it's close.  Your hand

12   and arm are close to her waistline, correct?

13             MR. BALDRIDGE:  Objection form, foundation and

14   asked and answered.

15             MR. DOWDLE:  Asked and answered.

16        A    Above her elbow.

17        Q    (By Mr. McFarland)  Well, you're not touching

18   her elbow, are you?

19        A    It looks like I am.

20        Q    Okay.  So you think you were touching her elbow.

21   Is your arm on her back as well?

22        A    I'm sure.

23        Q    Did you take any other pictures with Ms. Swift

24   on June 2nd, 2013?

25        A    No.

1    Q    Do you have any in your possession?  Other

2    pictures of you and Ms. Swift?

3    A    Yes.

4    Q    How many other pictures?

5    A    A few, two or three.

6    Q    Are they framed?

7    A    No.

8    Q    Where are they located?

9    A    Digitally.

10    Q    On one of your computers at home?

11    A    Yeah.  And in some cloud service.

12            MR. MCFARLAND:  Let's mark this as Haskell 2.

13            (Deposition Exhibit Haskell No. 2 was marked for

14    identification.)

15            MR. BALDRIDGE:  Is this Haskell 2?

16            MR. MCFARLAND:  Yes.

17    Q    (By Mr. McFarland)  Let me hand you what's been

18    identified as Deposition Exhibit No. 2.  Can you identify

19    the first page of Deposition Exhibit No. 2?

20    A    (No verbal response.)

21    Q    Can you identify it?

22    A    What are you asking me?

23    Q    Well, it's a subpoena to produce documents,

24    correct?

25    A    Yes.

75

1      A    Yes.

2      Q    And if we look at -- If you'll go towards the

3  back of the exhibit, you'll see some documents that are

4  marked Haskell 1, 2, and 3?

5      A    Yes.

6      Q    Do you recall if these are the documents that

7  you produced in response to the subpoena?

8      A    Yes.

9      Q    Do you recall producing any other documents?  Or

10  was it just these three pages?

11      A    Just these three.

12      Q    Okay.  And the page that starts -- Haskell 002,

13  are these your notes?

14      A    Yes.

15      Q    And these pertain to the Taylor Swift concert on

16  June 2, 2013?

17      A    Correct.

18      Q    When did you prepare these notes?

19      A    On June 3rd, the morning, I believe.

20      Q    Why did you prepare them?

21      A    So that I could be --

22           DOWDLE:  Objection to the extent that it's

23  privileged.

24      A    To have a reference so that we could go back to

25  -- to basically establish a time line while it was still

Coomer, Hershel (P_K_A) Eddlie Haskell

76

1    fresh.

2         Q    (By Mr. McFarland)  At whose direction did you

3    prepare these notes?

4              MR. DOWDLE:  Objection to the extent it's

5    privileged.

6              MR. DASH:  Same objection.

7         A    Bob Call.

8         Q    (By Mr. McFarland)  Were these notes prepared

9    from memory?  Or did you have either some handwritten

10   notes or something else to go from?

11        A    From memory.

12        Q    Did you take any handwritten notes at any time

13   regarding Mr. Mueller's -- or the alleged incident between

14   Mr. Mueller and Ms. Swift?

15        A    I did not.

16        Q    Towards the bottom of the page that's marked

17   Haskell 002, there appears to be a text message from

18   Mr. Mueller; is that right?

19        A    Correct.

20        Q    And those are a couple of text messages that you

21   received shortly after eight o'clock on June 2, 2013?

22        A    Correct.

23        Q    Did you respond that evening to these texts?

24        A    Yes.

25        Q    And where are those?