1

1           UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF COLORADO

3

4   DAVID MUELLER,                    )
                                      )
5                     Plaintiff,      )
                                      )
6            vs.                      )Civil Action No.
                                      )1:15-cv-01974-WJM-
7   TAYLOR SWIFT; FRANK BELL; ANDREA  )KLM
    SWIFT a/k/a ANDREA FINLAY;        )
8   SCOTT SWIFT; and JOHN DOES 1-5,   )VOLUME I
                                      )
9                     Defendants.     )
    _____)
10

11

12

13      HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

14

15

16   DEPOSITION OF:

17             GREGORY WESLEY DENT

18             THURSDAY, JULY 28, 2016

19             2:05 P.M.

20

21

22

23   JOB NO.: WDC-094050

24   Reported by:   SUSAN LYNN POBOR

25             CSR No. 5132

2

1              Deposition of GREGORY WESLEY DENT, the

2   witness, taken on behalf of the Plaintiff, on

3   Thursday, July 28, 2016, 2:05 p.m., at

4   2049 Century Park East, Suite 2300, Los Angeles,

5   California, before SUSAN LYNN POBOR, CSR No. 5132,

6   pursuant to Notice.

7

8   APPEARANCES OF COUNSEL:

9   FOR THE PLAINTIFF:

10              EVANS & McFARLAND, LLC
                BY:  CYD HUNT, ESQ.
11              910 13th Street
                Suite 200
12              Golden, Colorado  80401
                (303) 279-8300
13

14   FOR THE DEFENDANTS:

15              VENABLE LLP
                BY:  TAMANY VINSON BENTZ, ESQ.
16              2049 Century Park East
                Suite 2300
17              Los Angeles, California  90067
                (310) 229-9900
18

19   ALSO PRESENT:  JAY SCHAUDIES
                   DOUG BALDRIDGE
20

21

22

23

24

25

3

1                          I N D E X

2

3    WITNESS                  EXAMINATION              PAGE

4    GREGORY WESLEY DENT

5                         BY MS. HUNT                 4

6

7

8

9                        E X H I B I T S

10   EXHIBITS                DESCRIPTION              PAGE

11    Exhibit 1A    Handwritten diagram          22

12    Exhibit 1B    Handwritten diagram          23

13    Exhibit 1C    Copy of a photograph         44

14    Exhibit 1D    Declaration of               59
                   Gregory W. Dent
15

16                  INFORMATION REQUESTED

17                        (NONE)

18

19

            QUESTIONS INSTRUCTED NOT TO ANSWER
20
                        (NONE)
21

22

23

24

25

4

THURSDAY, JULY 28, 2016

LOS ANGELES, CALIFORNIA

2:05 P.M.

---o0o---

GREGORY WESLEY DENT,

having been first duly sworn, was

examined and testified as follows:

EXAMINATION

BY MS. HUNT:

Q.   Would you state your name and spell it

for the record?

MS. BENTZ:  One second before we get started.

I want to designate the transcript as

"Highly Confidential" under the Protective Order.

MS. HUNT:  Okay.  Done.

THE WITNESS:  My whole name?

BY MS. HUNT:

Q.   Yes.

A.   Gregory, G-r-e-g-o-r-y, Wesley,

W-e-s-l-e-y, Dent, D-e-n-t.

Q.   Mr. Dent, have you ever been deposed

before?

A.   Negative.

7

1    message.

2            Q.    Someone from my office called you?

3            A.    Yes.

4            Q.    Okay.  And are you represented today by

5    the Venable firm?

6            A.    Yes.

7            Q.    What did you do other than speaking to

8    your counsel to prepare for this deposition?

9            A.    Nothing.

10           Q.    You didn't consult any materials?

11           A.    What do you mean?

12           Q.    Did you read anything?

13           A.    No.

14           Q.    Did you have any conversations with

15   anyone other than counsel?

16           A.    No.

17           Q.    Did you spend any time trying to recall

18   the events that this litigation is about?

19           A.    I was there that day.  I remember what

20   happened.  So I didn't need to do any research.

21           Q.    Your memory is pretty fresh?

22           A.    For this situation, yes.

23           Q.    Okay.  Can you briefly tell me your

24   educational background starting with high school?

25           A.    Oakland Mills High School, Columbia

8

```
 1   Maryland; Howard Community College, Columbia,
 2   Maryland.
 3          Q.   Okay.  Did you graduate from Howard?
 4          A.   Nope.  No, I didn't.
 5          Q.   How many years did you attend?
 6          A.   One.
 7          Q.   What year was that?
 8          A.   '75, '76 school year.
 9          Q.   You look very young for your age.
10          A.   Nope.  I look -- I look young for my
11   age.  So that's kind of a underhanded compliment.
12          Q.   No it's not.
13          A.   Yes, it is.
14          Q.   I'm surprised you were in college
15   in '75.  That's all I meant.
16          A.   Okay.
17          Q.   And after you attended Howard, did you
18   start a profession?
19          A.   Yes -- Well, no.  I wouldn't call it
20   profession.
21               I just didn't like school, so I started
22   doing -- I worked at a warehouse, and I worked at a
23   grocery store.
24               And then in 1981, I applied to be a
25   Federal Protective Police Officer, and I got that job.
```

1          And then I went to the Police Academy.

2          Q.  Where was that?

3          A.  Glynco, Georgia -- or Brunswick,

4   Georgia.  They called it "Glynco", but it was

5   Brunswick, Georgia, and that was 1981.

6          Q.  And what was that job again?

7          You said a what?

8          A.  Federal Protective Service.  I worked at

9   NSA, National Security Agency.

10          Different branches of the government

11  have their own police force.

12          Q.  What did that training consist of?

13          A.  Federal law, State law, driving,

14  arrests, shooting, behavioral science --

15          What else?

16          -- hostage situations, self defense.

17          I think that's --

18          -- and a lot of class work.

19          Q.  How long was the program?

20          A.  Three months.

21          Q.  Were you immediately employed after

22  completing the training?

23          A.  I was employed before I went to the

24  training.  And once I completed the training, then I

25  was able to keep my job.

10

```
 1              Q.   Okay.  So you were already employed
 2     by the NSA --
 3              A.   Yeah, you get hired, and then they send
 4     you to training.  And if you fail in training, then
 5     you're out.
 6              Q.   What was your first assignment?
 7              A.   At NSA.
 8              Q.   Specifically, what did you do?
 9              A.   Well, we do everything from patrol the
10     exits and entrances, to being in a car, patrolling the
11     perimeter, to being inside the building.
12              Patrolling the building at night when it
13     shuts down, you do knob checks and check all of the
14     doors.
15              Because back then, it was a very highly
16     secure place.  You didn't hear about it in the movies
17     the way you do nowadays.
18              Q.   And where is that located?
19              A.   Fort Meade, Maryland.
20              Q.   Okay.  How long did you have that job?
21              A.   I was a police officer for that -- for
22     three-and-a-half years, and then I switched over to
23     the Department of Defense in Computer Operations.
24              Q.   What was your job there?
25              A.   Working with the big super computers,
```

11

1  anything from loading mag tapes to troubleshooting.

2  Very boring things like that.

3        Q.   Compared to what you had done?

4        A.   Yes.

5        Q.   And how long did you work for the

6  Department of Defense?

7        A.   Well, my total time for the government

8  was '81 to '89.

9        Q.   What did you do in 1989?

10        A.   I was tired of the government.  I gave

11  my resignation, and moved to Atlanta, Georgia.

12        Q.   What did you do for a living in Atlanta?

13        A.   When I first got there, I got a job

14  selling cars.

15            I think after 3 or 4 months, I took a

16  job at MCI Telecommunications.  And I was at MCI from

17  '89 to '97.

18        Q.   And was that in security or computers,

19  or something totally different than --

20        A.   Sales.

21        Q.   In sales.

22            Okay.  And then what happened in '97?

23        A.   MCI got bought out by WorldCom.  So they

24  were offering severance packages.  So I took one, and

25  left.

14

1    to me.

2    ███████████████████████████████████

3    ████████████████████████████████████

4    ████████████

5        ██    ████████████████

6        ██    ████████████

7        ██    ███████████████████████████

8    █████████████████████

9        ██    ████████████

10       ██    ██████████████████████████

11   ██████

12            After ███████████, for whom did you

13   work?

14        A.   After ███████████, I was working for a

15   security company ████████████████, and just doing

16   different details.

17            And I ended up working for

18   ████████████████████████████████████

19   ███████████████████████████████ and

20   Taylor Swift.

21        Q.   And how did you come to work for

22   Ms. Swift, in particular?

23        A.   I was working for ████████████████.

24   And they were shooting a movie, and she was in the

25   movie.

15

1       And when she came, she didn't have

2   security, and I was assigned to watch her for the day.

3       Q.   ████████████████████████████████████

4   █████████████████████████████████████

5   ███████████████████████████████████████

6   ███████████████████████████████████████████

7   ████████ █ ████████████████████████████

8       Well, it's different levels of security,

9   because, like, they have security in this building,

10  but you wouldn't call them bodyguards.

11      Q.   Right.

12      A.   ██████████████████████████████████

13  ███████████████████████████████████████

14  ████████ █ ████████████████████████████████████

15  ████████████████████████████████████████████

16  ████████████████████████

17  ████████ █ ██████████

18      Q.   Okay.  When you were hired --

19      First of all, when were you hired by

20  Ms. Swift, initially?

21      Except for that one day, when did she

22  hire you after that?

23      A.   Probably three weeks to -- two to

24  three weeks later.  She was coming back to L.A.

25      When I did work for her that one day,

16

1    her manager asked me for my number and asked me if I
2    would be interested in working with her when they came
3    to L.A.
4        Q.    And what year was that?
5        A.    2008.  That was 2008.
6        Q.    Did you work for Ms. Swift continually
7    from 2008 to 2013?
8        A.    It was 2008, say, until about the middle
9    of 2009.  It was just whenever she came to L.A.
10       Q.    And what happened after 2009?
11       A.    ████████████████████████████████
12    █████████████████████████████
13       ████████████████████████████████████
14    ███████████████████████████████
15    ███
16        ██    █████████████████████████
17    ██████████
18        Correct?
19        A.    Yeah.
20       Q.    Okay.  And did you continue to provide
21    security for Ms. Swift from 2009 until 2013?
22       A.    Yes.
23        Q.    When did you stop working for Ms. Swift?
24        A.    September of 2013.
25        Q.    And who are you working for now?

17

1        A.    ███████████████████████.

2        Q.    And are you providing personal security

3    for ████████?

4        A.    ███████████████.

5        Q.    ██████████████████

6        A.    █████

7        Q.    What specifically --

8              I'm going to go back to June of 2013

9    when you were working for Ms. Swift.

10   ████████████████████████████████

11   ██████████████████████████

12   ████████████████████████████████

13   ███████████████

14   ██  ██████████████████████████

15   ██████████████████████

16   ██  ████████████████████████████████

17   ██  ██████████████████████████████

18   ███████████████████

19   ██  ████████████████████████████████

20   ████████████████████

21   ██  █████

22        Q.    And looking back on that time you spent

23   with Ms. Swift, did you -- do you feel like now that

24   you performed your duties diligently for her?

25        A.    Absolutely.

Dent, Gregory W. 20160728

18

1          Q.    You were devoted to that job?

2          A.    I would say to this day, I'm probably

3     the best one she had.

4          Q.    Have you ever had any social

5     relationships with anyone in the Swift family besides

6     employer/employee?

7          A.    When you say "social", what do you mean?

8          Q.    Were you friendly with Ms. Swift or her

9     siblings or parents?

10          A.    Yes, I was friendly with them, but I was

11     still -- I didn't see them other than I was on duty.

12               You know, we didn't hang out and go to

13     the movies together, ████████████████████████████

14     ██████████████████████████

15          Q.    So would you say you had a good

16     relationship with the family?

17          A.    Yes.

18          Q.    Was Ms. Swift on tour in the spring of

19     2013?

20          A.    Yes.

21     ██  ████████████████████████████████████

22     ██████████████████████████████████████

23     █████████████████████████

24     ██  ████████████████████████████████

25     ███████████████████████

31

```
 1    to start meet-and-greets.

 2            ■      ███████████████████████

 3            ■      █████

 4            Q.   How are you attired?

 5                 Do you have a uniform?

 6            A.   Nope, I had black polo shirt, black

 7    jeans, black tennis shoes.

 8            ■      ██████████████████████

 9            ■      █████████

10            Q.   Do you recall, either generally or

11    specifically, as to the June 2nd, 2013 Pepsi Center

12    concert, how the meet-and-greets were organized?

13            A.   For the most part, they do a VIP

14    meet-and-greet, first, and that can be local

15    celebrities, radio, TV people.

16                 And then they would do one sometimes

17    for, like, Make a Wish people, Make a Wish kids, and

18    then the general meet-and-greet for, I guess, the

19    general public.

20            Q.   And so is that generally three sessions?

21            A.   Yeah, it's generally three.

22            Q.   Do you recall if that's what happened on

23    June 2nd, 2013?

24            A.   Do I remember if it was three?

25            Q.   Right.
```

32

1          A.   I know it was at least two.  It's always

2    two.

3          Q.   Were you present for, however many there

4    were, all of them that night?

5          A.   Every single one.

6          Q.   Do you have any memory of how many

7    people attended each of those meet-and-greets?

8          A.   No, I don't.

9          Q.   Would it be fair to say it's more than a

10   handful of people in each group?

11         A.   Oh. -- Well, it's probably -- In the VIP

12   one, it's probably anywhere sometimes between 25 and

13   50, and I think for a general meet-and-greet, it could

14   be 50 to maybe 75.

15              But it was always 2 or 3 in every show.

16         Q.   In that general meet-and-greet, the 50

17   to 75 people, do you know how they're chosen?

18         A.   No, I don't.

19         Q.   Are they usually young people, or have

20   you noticed?

21         A.   I have noticed.  I would say 90 percent

22   of the time, it's young people but, you know --

23         Q.   So they're probably fans?

24         A.   Yeah, definitely fans and, you know, it

25   could be young kids and then they have their parent

33

1    with them or guardian.  But it's the majority, young

2    people.

3        Q.   Do you specifically remember the last

4    meet-and-greet, whether it was second or third, on

5    June 2nd, 2013?

6        A.   What do you mean, do I remember the

7    last --

8        Q.   Do you remember how many people were

9    there or anything special about it other than the

10   Mr. Mueller situation?

11       A.   I remember when that situation happened

12   and she completed the meet-and-greet, we were done.

13   So I would think that was with the general public

14   meet-and-greet.

15       Q.   Is it unusual that a radio personality

16   would be included in that last group?

17       A.   I didn't pick him, and I don't recognize

18   radio personalities.  So I wouldn't know who was who,

19   whether they were in the --

20            Even in the VIP one, if the it wasn't a

21   sports person, I wouldn't recognize them.

22       Q.   And when the general meet-and-greet is

23   going on, the last one, how many people are allowed to

24   come into this photography room together?

25       MS. BENTZ:  Just really quick.

1      Q.    Did you have any knowledge of who

2  David Mueller was before June 2nd, 2013?

3      A.    Nope, not at all.

4      Q.    And do you recall independently as we

5  sit here, seeing him on the night of June 2nd, 2013?

6      A.    Yes.

7      Q.    Did you see him enter the photography

8  room?

9      A.    Yes.

10      Q.    Was he alone, or with someone?

11      A.    He was with a woman.

12      Q.    Okay.  Did you speak to them at all?

13      A.    No.

14      Q.    Do you ever talk to the people who come

15  in?

16      A.    When they're finished with the picture,

17  I say, "Thank you, folks.  Right this way out".

18      Q.    When Mr. Mueller entered the photography

19  room, did you notice anything unusual about his

20  appearance or his demeanor?

21      A.    I thought he had been drinking.

22      Q.    Why did you think that?

23      A.    Just from my experience of seeing

24  people, and I think -- I'm pretty sure I saw him with

25  a drink in his hand when he was in the line.

37

1          Q.    And can you say more about that?

2                Was there something about the way he was

3     behaving physically that led you to that conclusion?

4          A.    No, he wasn't staggering or anything,

5     but I just thought he had been drinking.

6          Q.    Well, did you have any reason to think

7     that that was not his first drink in his hand?

8          A.    I have no way of knowing that.  I can't

9     judge that.

10         Q.    Did you hear him slur his words, or

11    anything like that?

12         A.    I didn't hear him talk.

13         Q.    So did you witness him have any -- him

14    and his companion, did you witness their interaction

15    with Ms. Swift before the photograph was taken?

16         A.    No, because he comes into the room here,

17    and they walk straight up.  And she usually greets

18    everybody with a hug.

19         Q.    Do you remember if she hugged

20    Mr. Mueller or his companion?

21         A.    I couldn't say specifically, no, but she

22    usually hugs most people.

23    ████████████████████████████████████████

24    ████████████████████████

25    ████████████████████████████

38



5      Q.   So there's -- In terms of seeing her hug

6  someone, that's not unusual or any cause for concern

7  on your part?

8      A.   No, not usually.



40

1   ████████████████████████████████████████

2        Q.   Right.

3             Were you still in the room and present

4   when the picture of Mr. Mueller and his companion and

5   Ms. Swift was taken?

6        A.   Yes.

7        Q.   Were you standing, as you've indicated

8   on the drawing, to the side?

9        A.   Yes.

10       Q.   What was your view?

11            Was your view --

12            It's different from the photographers'.

13            Correct?

14       A.   Well, yeah, the photographer is just

15   looking straight ahead.  I'm looking across the room

16   behind her.

17   ████████████████████████████████████████

18   ████████████████████████████████████████████

19   ██████████████████████████   The room could have

20   more space back here.

21   ████████████████████████████████████████

22   ████████████████████████████████████████

23   ██████████

24       Q.   And from your viewpoint there, could you

25   see the sides of the three people standing for the

1    picture, or the backs of the three people?

2          A.   I could see the back, straight like I'm

3    looking at the back of these chairs.

4          Q.   And is that where you were looking while

5    the picture was being taken?

6          A.   Yes.

7          Q.   And did you notice anything unusual

8    going on while the photo was being taken?

9          A.   Well, before the photo was taken is when

10   I saw him go to put his arm around her and him lift up

11   her skirt.

12              She reacted, pushed her skirt down, and

13   jumped to the side and went closer to the girl that

14   was with him.

15         Q.   You're talking about Mr. Mueller when

16   you say that?

17         A.   Yes.

18         Q.   And how did you come to find out that

19   was Mr. Mueller that you saw do what you just

20   described?

21         A.   I saw him.

22              What do you mean, how did I find out?

23         Q.   Well, you didn't know his name at that

24   time?

25         A.   No, I didn't know his name.

42

1      Q.   How did you find out that was

2  Mr. Mueller?

3      A.   I still didn't know his name, even

4  afterwards.  I knew who he was, because I saw him do

5  it.

6             So his name, for me, never figured into

7  anything that day.  I didn't know his name even the

8  next day.

9      Q.   Do you being when you learned his name?

10     A.   Probably when this got publicized about

11  somebody suing Taylor.

12             Because I've been gone for three years,

13  so I haven't really been in touch with anybody in her

14  camp.

15             So the first call I got about this was

16  from Tailor's attorney, about 2 or 3 months ago, and I

17  told him --

18     MS. BENTZ:  Well, one second.

19     THE WITNESS:  All right.

20     MS. BENTZ:  Before you talk about that, he's

21  actually my law partner.

22     THE WITNESS:  Right.

23     MS. BENTZ:  We're also your counsel.

24             Your conversations with him are also

25  privileged --

Dent, Gregory W. 20160728

44

1          A.   I was --

2          MS. BENTZ:   Before you answer, I'm just going

3    to object because I think you've misstated what he

4    said.

5               But go ahead with your answer.

6    BY MS. HUNT:

7          Q.   Okay --

8          A.   I was on the side of his girlfriend.

9               And like I said, I don't remember if

10   they were going right to left or left to right.  So,

11   no, I don't remember what hand.

12         Q.   You know what?  We can probably clear

13   that up a little bit with --

14         A.   But it's going to be the hand that was

15   closest to her, because they was -- he was on the side

16   of her.

17         MS. HUNT:  I guess we'll re-number this.

18         (Whereupon Exhibit 1C was marked for

19          identification)

20   BY MS. HUNT:

21         Q.   Do you recognize that photograph?

22         A.   Yeah, I recognize him.

23         Q.   Do you recognize the man on the right as

24   we're looking at the photograph?

25         A.   Yes.

45

1          Q.   So don't mark on the page, please, but

2    can you tell me which side you would have been

3    standing on?

4          A.   On the side of the woman.

5          Q.   Okay.  And so your view, from your prior

6    description, was behind the backs of this woman and

7    Ms. Swift.

8               Is that right?

9          A.   Yes.

10         Q.   Okay.  And what did you see exactly?

11              You need to say it in words so the court

12   reporter can take it down.

13         A.   Oh, right.

14              Okay.  I saw his hand and her skirt come

15   up, and then his hand came out.  And he put his hand

16   on her back.  She pushed her skirt back down with one

17   hand, and she moved over closer to the girl, just like

18   she is in this photo.

19         Q.   Did you see his hand on Ms. Swift's body

20   other than her back?

21         A.   No.

22         Q.   You did not see any touching under the

23   skirt.

24              Is that correct?

25         A.   Correct.

46

1          Q.   Okay.  And did you have an opinion at

2    that time as to whether that was an accidental lifting

3    of the skirt or purposeful one?

4          A.   I didn't have an opinion of whether it

5    was accidental or on purpose.  I just thought --

6               Well, I knew he touched her butt.  Now,

7    I can't tell you to what degree, but I knew he touched

8    her butt.

9          Q.   How do you know that?

10         A.   By the way he put his hand up, and by

11   her reaction.

12         Q.   What was her reaction?

13         A.   She immediately pushed her skirt down,

14   and moved over closer to the girl that was in the

15   picture with him -- that was up there with him.

16         Q.   And was that response from her unusual

17   in your opinion?

18         A.   Yeah, I've never seen it before.  I'd

19   never seen that happen in however many meet-and-greets

20   I've done and tours in '09, '11 and '13.  That was a

21   first.

22         Q.   It was the first what?

23         A.   Time I had ever seen that happen.

24         Q.   That you had seen her skirt lifted?

25         A.   Or here react like that from somebody

1   touching her.

2       Q.   Now, what did you do in response to

3   seeing what you just described?

4       A.   At the time, when I saw it, I kind of

5   looked.  And I was looking at her to see what she was

6   going to do.

7           She immediately went on and went through

8   with the meet-and-greet, and finished.  She took the

9   picture, and we finished the meet-and-greet.

10          And then she instantly went up and told

11  the other people in the room what happened.

12          So I was right there.  ██████████████

13  ████████████████████████████████████████████████████

14  ███████████████ ███████████████████████████████████

15  ████████████████████████████████████████████████

16          But she -- Because of other people in

17  line, also, she finished the meet-and-greet.  And

18  immediately when it was over is when she brought it to

19  everybody else's attention.

20      Q.   And when you saw the lifting of the

21  skirt, could you see Mr. Mueller's hand, itself, or

22  could you just see the skirt move?

23      A.   I could see the skirt come up, and then

24  his hand came out.

25      Q.   Okay.  So just to clarify, you did not

48

1    see him touch her buttocks?

2         A.    Correct.

3         Q.    In the instant that you saw the skirt go

4    up and down, was there time for -- I guess there's no

5    other way to put it -- for him to grab her butt?

6         A.    I don't know, because I can't tell you,

7    you know, that his hand went at whatever rate of

8    speed.

9              I just, from my opinion, I thought for

10   sure he touched it.

11             So I can't tell you if he brushed his

12   hand across, squeezed her butt, I can't tell you the

13   extent of it, but I thought he touched her butt.

14        Q.    And did you, during that incident, look

15   at his face at any time?

16        A.    Yes.

17        Q.    And did you notice anything about his

18   demeanor that suggested anything to you?

19        A.    No.

20        Q.    Did he make eye contact with you?

21        A.    Not that I recall.

22        Q.    Did he say anything to Ms. Swift?

23             Did he say, "Excuse me", or anything

24   like that?

25        A.    No, I've never heard him talk when we

49

1    were in there.

2         Q.   After Mr. Mueller and his companion left

3    the photo booth, do you recall how many more fans came

4    in for the rest of the meet-and-greet?

5         A.   No, I don't.  It wasn't many, because it

6    was pretty close to the end of it.

7              But being close to the end, I mean, I

8    don't know if it was 10 more, 20 more, 30 more,

9    because I couldn't tell you the exact number of the

10   people that were in this meet-and-greet.

11             But immediately, when it was over, she

12   brought it to everybody else's attention.

13        Q.   Okay.  Tell me more about that.

14             How did she bring it to everyone's

15   attention?

16        A.   She went -- Well, by then, all of the

17   fans are out of the room, and it's just us.

18             And she goes up to the other people to

19   say, "That guy touched my butt."

20             And they go through the camera and start

21   looking to see his picture.  So I was just standing

22   there waiting.

23             And I called the other security people

24   on the radio.  They came up.  And some of them took a

25   look at the picture.

Dent, Gregory W. 20160728

50

1           And they went out, and started looking

2    for him in the crowd.

3           And after a few minutes went by, I

4    didn't hear anything, so I called another security guy

5    to come and stand at her dressing room.

6           And I said, "I know what he looks like.

7    I can find him".

8      Q.   Let me back up just a little bit.

9           So when Ms. Swift said to the other

10   people in the room, "That guy touched my butt", did

11   she describe him or say his name or anything like

12   that?

13     A.   I don't think she said his name, no.

14     Q.   Did she describe him so that anyone

15   would know who to look for?

16     A.   They looked through the pictures on the

17   camera, and she pointed him out.

18     Q.   So she was shown the pictures by

19   Stephanie?

20     A.   Yeah, she went back to the camera, and

21   they looked through the pictures.  And that's how she

22   pointed him out to everyone else.

23     Q.   She chose him from that group of

24   pictures?

25     A.   Yes.

51

1          Q.    Did Stephanie say anything about

2    Mr. Mueller or the pictures?

3          A.    I have no idea.  I didn't talk to

4    Stephanie about it.

5          Q.    Did you ever hear Stephanie or the other

6    two women who were in the room say anything about

7    Mr. Mueller or the picture?

8          A.    No.

9          Q.    When you saw the picture, did you

10   identify that man as the man you had seen lift her

11   skirt?

12         A.    I didn't look at the picture.  I knew

13   who she was talking about, because I saw him when he

14   lifted her skirt.  So I didn't go up to the camera

15   with her to look through the pictures.

16         Q.    So when you went out to look for

17   Mr. Mueller, as you just described, into the arena,

18   you were going from the memory of seeing him in the

19   room, not from the picture?

20         A.    Correct.

21         Q.    Okay.  Tell me what happened next when

22   you went out into the arena.

23         A.    I went out.  They have -- They had a bar

24   area on kind of like the ground level.  And I went to

25   the bar area.

52

1           And I saw him coming out with the girl,

2    and he had a drink.  And then he was going back into

3    the arena, like, on the floor level.

4           So I was on the radio and called Craig

5    and said, "Come to the back of the arena on the floor

6    level.  I see the guy."

7           Q.   Who is Craig?

8    ███ ██ ████████████████████

9    ███ ██ █████████████████████

10   ███ ██ ██████████

11          Q.   Okay.  So what happened next?

12          A.   So Craig came.  I directed him where to

13   come.  He came.  He confronted Mr. Mueller.  They

14   walked out in the hallway to talk.

15          I went back to Taylor.

16          Q.   Did you interact with Mr. Mueller at

17   all --

18          A.   No.

19          Q.   -- at that time?

20          A.   No.

21          Q.   So Craig and -- Did Craig have anyone

22   else with him, or was he alone?

23          A.   I want to say maybe Daryl was with him

24   talking to him in the beginning.

25          But, like I said, as soon as I kind of

54

```
 1              Q.    Did you speak to her at all later that
 2    evening?
 3              A.    Yeah, we talked all the time.  I mean --
 4              Q.    Did you talk about this incident?
 5              A.    No, we didn't.
 6              Q.    Did you ever talk about it after what
 7    you've already described?
 8              A.    I think a few days later, I heard that
 9    the DJ -- and that's when I found out he was a DJ --
10    they said the DJ in Denver lost his job for what he
11    did.
12              Q.    Who told you that?
13              A.    Somebody on the crew.
14              Q.    Did you and Ms. Swift ever have any
15    conversation about Mr. Mueller?
16              A.    No.
17              Q.    Was there some reason that you did not
18    react when you saw Mr. Mueller lift Ms. Swift's skirt?
19              A.    The only reason I didn't react is
20    because, like I said, she pushed it down and she moved
21    closer to the girl, and then she was going ahead with
22    the photo.
23              ████████████████████████████████████████
24    ██████████
25                    Because there was other fans waiting to
```

Dent, Gregory W. 20160728

55

1    come in who can see into the room.

2              So she wanted to continue, so that's

3    what we did.

4

5

6

7

8

9

10             A.   Yes, because she's very fan friendly,

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

56



1   ███

2   ███

3       Q.   And you mentioned, I think, near the

4   beginning of your deposition that this was the only

5   incident exactly like this that you had seen on the

6   tour.

7           Is that correct?

8       A.   On any of her tours, on any

9   meet-and-greet, in any situation.

10      Q.   Is it that --

11          When you say it's the only time you've

12  seen something like this, do you mean it's the only

13  time you've seen inappropriate conduct?

14      A.   Well, what do you mean, inappropriate

15  conduct?

16  ████

17  ████

18  ███

19  ████

20  ██

21      Q.   Since the June 2nd, 2013 incident, have

22  you learned anything else about Mr. Mueller other than

23  the fact that he was a DJ?

24      A.   No.

25      Q.   Have you been involved in any

61

1          Q.   Okay.  That's fine.

2               As I mentioned to you before we went on

3    the record, I just saw this a few minutes ago, so I'd

4    like to just look at it quickly and see if I have any

5    more questions arising from this Declaration.

6               I notice in here on Page 2, Mr. Dent, on

7    one of your -- Paragraph 7, it says, "I am sure that

8    the person I saw lift up Ms. Swift's skirt was

9    Mr. Mueller".

10              Were there other adult males in that

11   second or third last meet-and-greet of June 2nd at the

12   Pepsi Center?

13         A.   I'm sure there were.  There are always

14   some.

15         Q.   And was there anyone else ever in that

16   room who looked anything like Mr. Mueller that

17   evening?

18         A.   Not that I can recall, but I was

19   positive on who I saw, if that's what you're asking

20   me.

21         Q.   It is, and I appreciate that.

22         MS. HUNT:  Okay.  I have no further questions.

23         MS. BENTZ:  If we could take a few minutes on

24   of the record to take a break, let me talk to Doug, we

25   may have some questions for you, we may not.

Dent, Gregory W. 20160728