1

1        IN THE UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF COLORADO

3        Civil Action No. 1:15-cv-01974-WJM-KLM

4                  DEPOSITION OF

5                 SHANNON MELCHER

6   ==================================================

7   DAVID MUELLER,                        Plaintiff,

8   v.

9   TAYLOR SWIFT; FRANK BELL;
    ANDREA SWIFT, A/K/A ANDREA FINLAY;
10  SCOTT SWIFT; ET AL.               Defendants.

11  ==================================================

12

13  PURSUANT TO SUBPOENA AND THE COLORADO AND THE FEDERAL

14  RULES OF CIVIL PROCEDURE, the deposition of SHANNON

15  MELCHER was taken by the Plaintiff at the offices of

16  Evans & McFarland, 910 Thirteenth Street, Suite 200,

17  Golden, Colorado 80401, beginning at the hour of

18  10:18 a.m. MDT, on Tuesday, August 30, 2016, recorded

19  stenographically and electronically by Terry H.

20  Edwards, Registered Professional Reporter and Notary

21  Public, State of Colorado.

22

23                  * * * * *

24

25

2

1                        APPEARANCES

2     For the Plaintiff:

3                M. Gabriel McFarland, Esq.
                 EVANS & McFARLAND, LLC
4                910 Thirteenth Street, Suite 200
                 Golden, Colorado  80401
5                (303) 279-8300
                 gmcfarland@emlawyers.com

6

7     For the Defendants:
                 Courtney A. Sullivan, Esq.
8                Katherine M. Wright, Esq.
                 VENABLE, LLP
9                575 Seventh Street, NW
                 Washington, D.C. 20004
10               (202) 344-4262
                 kmwright@Venable.com

11

12

13    Attending by telephone:
      Douglas Baldridge
14    Jessie Schaudies

15

16

17

18

19

20

21

22

23

24

25

3

1                    EXAMINATION INDEX

                                                Page
2

    Examination by Mr. McFarland                 4
3

    Examination by Ms. Sullivan                  42
4

5

6

7                      EXHIBIT INDEX

                                            Initial
8    Exhibit            Description         Reference

9      1      Meeting notes 6-3-2013            34

10     2      Notes from conference call        79
              with Talent Agent and Ryan
11            Kliesch

12     3      e-mail exchange between Melcher   89
              and Marsh
13
       4      e-mail exchange between Marsh     91
14            and Melcher

15

16

17

18

19

20

21

22

23

24

25

4

1                         PROCEEDINGS

2                         SHANNON MELCHER,

3    having been first duly sworn, was examined and

4    testified as follows:

5                         EXAMINATION

6    BY MR. MCFARLAND:

7         Q    Good morning, Ms. Melcher.  Would you

8    state your full name for the record, please.

9         A    Shannon Frances Melcher.

10             MR. MCFARLAND:  Just for the record, we're

11   going to designate this entire transcript as

12   confidential pursuant to the terms of the court's

13   protective order.

14        Q    (BY MR. MCFARLAND)  With that said, are

15   you currently employed?

16        A    I am.

17        Q    Who are you employed by?

18        A    iHeart Media.

19        Q    And what do you do for iHeart?

20        A    I am the vice president of sales for

21   southern Colorado, which entails Colorado Springs and

22   Pueblo.

23        Q    What generally do you do in that position?

24        A    A variety of things.  I work with the

25   salespeople to help them get new business.  I do

1        Q      And how long did you have or were you

2    working with that company?

3        A      I started Right Angle in July of 2013, and

4    last August I was called by iHeart to interview for

5    this VP of sales position that I currently have, and

6    so that is when I moved down to Colorado Springs and

7    started with iHeart.

8        Q      Okay.  What did you do before that?

9        A      Before that I was at Lincoln Financial

10   Media.  I was mostly working for KYGO, although we

11   were allowed to sell all stations in the building.

12   ^ LISTEN - in the BUILDING????

13        Q      And how long were you -- did you have a

14   title at Lincoln?

15        A      Account executive, yeah.

16        Q      And how long were you with Lincoln

17   Financial?

18        A      I started with them in January of 2006 and

19   left in July 2013.

20        Q      While working at Lincoln Financial, did

21   you meet Mr. Mueller?

22        A      I did.

23        Q      Do you remember when you met him,

24   approximately?

25        A      Well, approximately that would've been

8

1    January of -- I guess 2013.  I think that's when he

2    was hired, if I recall.

3        Q    What was he -- what was his position?

4        A    Sure.  He was part of a morning show, Ryno

5    and Jackson.

6        Q    What was your interaction with Mr. Mueller

7    in the few months after he joined the radio station

8    in January of 2013?

9        A    Sure.  Mr. Mueller and I did begin dating

10   and that was probably early March.

11       Q    Do you know Eddie Haskell?

12       A    I do.

13       Q    How do you know Mr. Haskell?

14       A    Eddie Haskell was our program director at

15   KYGO.  I worked with him just previously I think

16   before Ryno and Jackson got there, yeah.

17       Q    Your recollection is you met Mr. Haskell

18   before you met Mr. Mueller?

19       A    I believe he was there before, yes.

20       Q    And did you know Mr. Haskell before he

21   joined Lincoln Financial?

22       A    I did not.

23       Q    Did you know Mr. Mueller before he joined

24   Lincoln Financial?

25       A    I did not.

9

1       Q       When did you stop dating Mr. Mueller?

2       A       We stopped dating at the end of 2013,

3    November/December-ish.

4       Q       Is there any particular reason or event

5    that that relationship ended?

6       A       There wasn't.  We just grew apart and

7    decided it was best to part ways.

8       Q       Okay.  In addition to dating, did you have

9    a business relationship with Mr. Mueller?

10      A       In regards to just working with him at the

11   station?

12      Q       Correct.

13      A       Yes, we did.  As typical with account

14   executives, they work with on-air talent to work on

15   promotions, endorsements, things of that nature.  We

16   had the same working relationship as he did with

17   every account executive in the building from a

18   business level, yes.

19      Q       And from a work perspective, do you have

20   an opinion about -- how was it working with

21   Mr. Mueller?

22      A       I believe that Mr. Mueller was very

23   business oriented.  His primary goal was to work with

24   clients and have them, you know -- and create

25   successful campaigns for them through endorsements

12

1      Q      I'm sorry, June 2nd, 2013.

2      A      Yes.

3      Q      Who asked you to attend that concert?

4      A      It was a work function.  Mr. Mueller was

5   asked to -- as most DJs are -- to do a meet-and-greet

6   and be a part of the concert, so we were there

7   strictly on a work basis.

8      Q      Did Mr. Mueller ask you to attend the

9   concert with him, or did work request that you attend

10  the concert?

11     A      A lot of the account executives were there

12  as well.  Typically with concerts of this nature, a

13  lot of the salespeople go, and they'll bring their

14  families, their kids, so it was a work level that we

15  were there.  I had credentials on and it was with

16  KYGO.

17     Q      And you were going with Mr. Mueller, but

18  it was at the request of KYGO.

19     A      Right.  Yes.  If I had not have gone, I

20  wouldn't have gotten in trouble, per se, but it was a

21  request that we were there and attending the show.

22     Q      Was that request made by Mr. Haskell or do

23  you recall?

24     A      I do not recall.

25     Q      Do you recall what time you arrived at the

15

1    KYGO credentials, so I gave him extra of mine and we

2    went back.  We were escorted down to the right side

3    of the stage as you're looking at the stage --

4        Q    You're in the Pepsi Center?

5        A    We're in the Pepsi Center.  Yes, I'm

6    sorry.

7             We were not in the same line as

8    Mr. Haskell and Ryno.  To my recollection, there was

9    a media line that's typical when you go to concerts,

10   media with their credentials goes in one line to do a

11   meet-and-greet, and the public goes in another.

12            So we signed our names in the line and

13   went back to where the holding area -- where Taylor

14   Swift was to wait in line with the public to have a

15   meet-and-greet session.

16       Q    Why did you go in the public line rather

17   than the media line?

18       A    I don't know.  That is actually a question

19   I don't know the answer to.  That was odd.

20       Q    Okay.  Was -- were you upset at being in

21   the public line rather than the media line?

22       A    Not upset, just unusual.

23       Q    Was Mr. Mueller upset about being in the

24   public line rather than in the media line?

25       A    Again, I don't think he was upset.  I

1    think we were just wondering why we were in that line

2    instead.

3        Q    Did you try to get into the media line or

4    with the media group?

5        A    No.  We were told to stay where we were.

6        Q    And who told you that?

7        A    Well, it was a very organized line, you

8    know.  I would suspect, as it is with most of our

9    concerts, they have to protect.  If your name is on a

10   piece of paper and you're in this line, you don't

11   move.  So we stayed where we were supposed to be.

12       Q    And you haven't -- nobody has told you why

13   you were in the public line as opposed to the media

14   line?

15            MS. SULLIVAN:  Objection.  Form.

16       A    That is correct.

17       Q    (BY MR. MCFARLAND)  Okay.  How long did

18   you wait in line?

19       A    It was a good hour, if I recall.

20       Q    And do you recall about how many people

21   were in the line with you?

22       A    I would say maybe 40.  It was a large

23   waiting area.  There was a line and then a waiting

24   area before you were let in to see Taylor.

25       Q    Do you recall where you and Mr. Mueller

1    were in the line?  Were you at the beginning or at

2    the end or the middle?

3        A    We were towards the end because we were --

4    you know, we had just gotten there, and we were put

5    in the line, and so we were towards the end.  We had

6    people behind us, but not very many.

7        Q    Do you recall whether there were other men

8    in the line in front of you?

9        A    There were mostly women and children.

10       Q    Do you recall whether there were any other

11   men in front of you?

12       A    I don't recall.  There might have been.

13       Q    Do you recall whether there were any men

14   behind you?

15       A    I don't.

16       Q    Do you recall what you and Mr. Mueller did

17   while you were waiting in line?

18       A    The waiting area was kind of neat.  There

19   were old costumes that she had displayed, so people

20   were looking at those.  I believe it was a room

21   sponsored by Coke, so I remember it being red with

22   Coke paraphernalia.  So we were just looking at her

23   items.  I think there was jewelry.  It was kind of

24   like a museum -- if I can describe it that way.

25       Q    At the time of the concert, were you a

18

1    Taylor Swift fan?

2         A    I am not in Taylor Swift's demographic, so

3    I wouldn't call myself a fan, no.  I go around her

4    music just because of the nature of my job.

5         Q    At the time of concert, do you know

6    whether Mr. Mueller was a Taylor Swift fan?

7         A    I don't know.  Again, I think it's part of

8    his job to be supportive of artists, so...

9         Q    What happened next?  You're waiting in

10   line, looking at the different museum -- sort of in

11   line, and then what happened?

12         MS. SULLIVAN:  Objection.  Form.

13         A    I remember it moving quickly.  We were

14   kind of -- we were asked to come into a separate

15   room, which was where I recall a photographer, and

16   Taylor Swift was standing there.  She was just

17   finishing up.  There was a lot of little girls, so

18   she was just finishing up with a group of little

19   girls.

20              She and I had a conversation.  She was

21   very sweet.  I told her that she's a great role model

22   to girls, which I did believe.  And quickly she did

23   reach over -- I was standing on her right side, and

24   she grabbed me and said, It's time for a photo.

25              And that's what happened.

21

1    they were definitely her staff.  We did not interact

2    with any of them.

3         Q     Do you recall any other large men being in

4    the room where you took the photograph?

5         A     I don't.

6         Q     Do you remember seeing any security

7    personnel inside the room?

8         A     Outside.

9         Q     But not inside?

10        A     Not that I can recall, no.

11        Q     How long do you think you were in the --

12   other people have called this the photo booth.

13        A     Okay, yeah.

14        Q     How long were you and Mr. Mueller --

15        A     No longer than 5 to 8 minutes.  It was a

16   fairly quick interaction.

17        Q     And did you leave at the same time?

18        A     Yes.

19        Q     So tell me what you can recall when you

20   entered the photo booth.  What's kind of the first

21   thing that happens?

22        A     She was saying good-bye to her last

23   guests, which I remember were little girls, maybe 8

24   to 12 years old, and then she came right over and

25   started talking to me.

22

1          She did mention that she liked my belt,

2    and we had a nice interaction.

3          And then she said very quickly, Time for a

4    photo.

5       Q     Did she -- before the photograph, did she

6    have any interaction with Mr. Mueller?

7       A     Not very much.  I recall -- I was the one

8    doing a lot of the talking.  We're girls and we just

9    started talking fashion, and there was not much

10   interaction with Mr. Mueller at that time.

11      Q     Okay.  What was Mr. Mueller doing?  Just

12   standing there?

13      A     Yes.

14      Q     And then after you have this initial

15   conversation --

16      A     Uh-huh.

17      Q     -- Ms. Swift indicates it's time for a

18   photograph?

19      A     Uh-huh.  Yes.

20      Q     And then walk through what happens next.

21      A     So Mr. Mueller was on her left side.  I

22   think I mentioned earlier that Taylor kind of

23   gravitated toward my side, put her arm, I put my arm,

24   and according to -- you know, David leaned over and

25   the photo was taken.

1        I wasn't -- I did not see.  I wasn't

2   looking over at David to see how he was leaning over,

3   or what the interaction was.  I was just strictly on

4   my side of Taylor, so...

5        Q     Did anything happen during the taking of

6   the photograph that suggested to you that anything

7   inappropriate had taken place?

8            MS. SULLIVAN:  Objection.

9        A     At that time, no.  Again, I could not see

10  what was going on behind me, so I was unaware of

11  anything that would have gone on.  I gave -- Taylor

12  was having her arm wrapped on me, we took a photo,

13  and that was the end of it.

14       Q     (BY MR. MCFARLAND)  Did Ms. Swift kind of,

15  you know, gravitate towards you before the photo was

16  taken, or was it, you know, while the picture was

17  being taken?

18            MS. SULLIVAN:  Objection to form.

19       A     I think because she and I were the ones

20  interacting, it was more natural, you know, just to

21  -- okay.  Let's take a photo.  And that's just kind

22  of the nature of how I recall the position being,

23  yeah.

24       Q     (BY MR. MCFARLAND)  Did you see

25  Mr. Mueller kind of lean into the picture?

24

1    A    Again, I do recall there was a lean

2    because he was trying to get into the photo.  It was

3    an awkward distance between the two of them.  That is

4    what I recall about his stance at that time.

5    Q    Did anything happen during the taking of

6    that photograph that suggested to you Ms. Swift had a

7    problem, or there was any issue, or that any incident

8    had taken place?

9        MS. SULLIVAN:  Objection.  Form.

10    A    There was not.  We walked out of the tent

11    after the photo and that was that.

12    Q    (BY MR. MCFARLAND)  Okay.  Did Mr. Mueller

13    say anything to you after you exited the tent to

14    suggest that he had touched Taylor Swift?

15        MS. SULLIVAN:  Objection.  Form.

16    A    What Mr. Mueller said to me was that it

17    was a very awkward photo.  Those are the words he

18    used after we were walking out.

19    Q    (BY MR. MCFARLAND)  Okay.  Do you recall

20    anything else about what he said after exiting the

21    photo booth?

22    A    He had told me that he had tried to lean

23    in, which, of course, I just said I could see him

24    trying to get in the photo, and that it just seemed

25    awkward.  The positioning was awkward.  And the

32

1          MS. SULLIVAN:  Objection.  Form.

2      A    I believe that Mr. Mueller was trying to

3  get some support from his team and trying to have a

4  conversation with them about what just occurred.

5      Q    (BY MR. MCFARLAND)  Do you recall anything

6  else that we haven't talked about from that -- from

7  that evening, June 2nd, 2013?

8      A    That's really the gist of it.

9      Q    Okay.  Did you ever ask Mr. Mueller

10  whether he inappropriately touched Ms. Swift?

11      A    I absolutely did.

12      Q    And what was his response?

13      A    His response was, How could you ask me

14  that?

15          I wondered because he did say it was an

16  awkward photo, if something accidentally happened,

17  you know.  I was worried for him.

18      Q    Given your relationship with Mr. Mueller

19  and --

20      A    Yeah.

21      Q    -- the time that you spent with him and

22  your interactions with him, do you think he

23  intentionally grabbed Ms. -- intentionally

24  inappropriately touched Ms. Swift in any way?

25          MS. SULLIVAN:  Objection.  Form.

33

```
 1        A     From what I know about David Mueller from

 2   the time we spent together, it is hard for me to

 3   believe he would intentionally do something like that

 4   to a woman.

 5              Again, I don't have eyes in the back of my

 6   head.  I don't know for sure, but I would say that he

 7   -- from the time we spent together, he is not the

 8   type of man who would intentionally do something like

 9   that.

10        Q     (BY MR. MCFARLAND)  And why do you say

11   that?

12        A     Just because of the way he treated me, and

13   the way he treated the women in my family and around

14   us.

15        Q     Okay.  After the concert, did you -- did

16   anybody from Lincoln Financial talk to you about the

17   alleged incident with Ms. Swift?

18        A     Our HR lady, Maureen Marsh, had a

19   conversation with me, I believe, a couple of days

20   after.

21        Q     Okay.  Anybody else from Lincoln Financial

22   talk to you about the alleged incident with

23   Ms. Swift?

24        A     I don't believe so, not right after, no.

25              MR. MCFARLAND:  Let's go ahead and mark
```

34

1    this Exhibit 1.

2              (Exhibit 1 marked for identification.)

3        Q    (BY MR. MCFARLAND)  I know you had a

4    chance to review this before the deposition.  Do you

5    know what Exhibit 1 is?

6        A    Exhibit 1, it looks to be a written

7    summary of the conversation I had with Ms. Marsh.

8        Q    And this indicates -- or at least there's

9    a note at the top -- that that interview took place

10   on June 3rd, 2013.

11       A    Okay.

12       Q    Does that sound about right, the day

13   after?

14       A    The day after, so it would have been

15   Monday.  I believe so.

16       Q    Okay.  Did you take any notes from your

17   conversation with Ms. Marsh?

18       A    I did not.  Huh-uh.

19       Q    Do you know whether that conversation was

20   recorded in any manner?

21       A    Not to my knowledge.

22       Q    Is there anything in Ms. -- and this was

23   -- your understanding is this was drafted by

24   Ms. Marsh rather than you.

25       A    Yes.

35

1           MS. SULLIVAN:  Objection to form.

2      A    I did not draft it.

3      Q    (BY MR. MCFARLAND)  Is there anything in

4  this dialogue that's on -- or these notes from

5  Exhibit 1 that's inaccurate?

6           MS. SULLIVAN:  Objection to form.

7      A    This looks fairly accurate to me.

8      Q    Nothing jumps out at you as being way off

9  base?

10     A    Not in the immediate moment.

11     Q    Do you recall whether there were things

12  that you talked to Ms. Marsh about that are not in

13  her notes here?

14     A    This is obviously a brief -- just a

15  snapshot of what we discussed, but it sums it up

16  fairly well.

17     Q    Do you remember how long your conversation

18  with Ms. Marsh was?

19     A    It was a good half an hour, if I can

20  recall.

21     Q    Did she indicate to you what the purpose

22  of the meeting was?

23     A    It wasn't a formal meeting.  I don't

24  recall her calling me in necessarily to go over what

25  happened.  Mr. Mueller, obviously, was under scrutiny

38

```
1        A    I did not.

2        Q    After Mr. Mueller's termination, did you

3   have any conversations with Bob Call about

4   Mr. Mueller or his termination?

5        A    I do recall that, yes.

6        Q    What do you recall about that

7   conversation?

8        A    I believe -- again, I'm trying to recall

9   that conversation.  Bob Call was poignant about the

10  fact that he had no other choice but to terminate

11  him, and that basically I was to go on with my job,

12  which I did.

13       Q    Okay.  Did Mr. Haskell ever say anything

14  derogatory about Mr. Mueller?

15            MS. SULLIVAN:  Objection.  Form.

16       A    I recall as Mr. Haskell and David Mueller

17  and Ryno were working together, there were some

18  struggles there between, you know -- since he's the

19  program director and since they were on air, it

20  wasn't -- it was a tough relationship for a while.

21            But again, that can happen when you're

22  trying to manage new on-air shows and trying to merge

23  new personalties together, yeah.

24       Q    (BY MR. MCFARLAND)  How did Mr. Mueller

25  react to his termination?
```

68

```
1     prove that we were us when we got down there.

2          Q     So you had to show your driver's license;

3     is that correct?

4          A     I don't remember.  Possibly.  I don't

5     know.

6          Q     But do you remember showing anyone your

7     credentials?

8          A     They were just on.

9          Q     You were wearing them around your neck; is

10    that right?

11         A     Yep.  Uh-huh.

12         Q     And you mentioned that you were about to

13    -- that you gave them to Mr. Mueller.

14         A     Uh-huh.

15         Q     Can you explain that to me, please.

16         A     When we arrived, I didn't realize he

17    didn't have them still.  I always have extra in my

18    car.  That's just what I do because I run a lot of

19    events.  So I gave him a KYGO credential of an extra

20    that I had.

21         Q     And was he wearing it around his neck as

22    well?

23         A     Uh-huh.

24         Q     And then when you went to sign in, did you

25    show the people at the sign-in station your
```

1    credentials?

2         A     Again, they were there.  I'm sure they

3    looked to see if we had them.  But no, we didn't have

4    to point them out or do anything special, as I

5    recall, yeah.

6         Q     Okay.  Okay.  And did you show your

7    credentials to anyone prior to seeing Taylor?

8         A     No.

9         Q     You testified that after the meet-and-

10   greet, Mr. Mueller exited the Pepsi Center; is that

11   correct?

12        A     Yes.  After we left the meet-and-greet

13   room, we went back upstairs and he walked out of the

14   Pepsi Center.

15        Q     Okay.  And you testified that you remained

16   in the Pepsi Center?

17        A     Correct.

18        Q     Why didn't you walk out with him?

19        A     I was just waiting for him.  There was no

20   reason for me to go out.

21        Q     Okay.  But you said that you could see

22   him; is that correct?

23        A     Uh-huh.

24        Q     So you were standing --

25        A     Inside the glass doors.  The tent was

1    right outside, yeah.

2        Q    Okay.  And how long was he outside for?

3        A    About 15, 20 minutes from what I can

4    recall.

5        Q    And you just stood there waiting in the

6    vestibule the entire time?

7        A    Yeah.  I was on my phone.  I was just

8    inside.

9        Q    You also testified that there was some --

10   I'm trying to remember the word you used -- some

11   friction or tension between Eddie Haskell and Ryno

12   and Mr. Mueller.

13            I think you described it as a struggle or

14   a merge of personalties; is that correct?

15       A    It is.  Uh-huh.

16       Q    At what point in the relationship between

17   Mr. Haskell and Ryno and Jackson did those struggles

18   emerge?

19       A    At what point in time did they begin?

20       Q    Uh-huh.

21       A    You know, I don't recall, again, because

22   that wasn't really my -- that's not my department.

23   But I do know that there were just -- again, merging

24   of personalties, trying to -- they're all three new

25   trying to work together.

76

1   were escorted from the Pepsi Center -- where you said

2   you were with Mr. Mueller the remainder of that

3   night, correct?

4        A    I was.

5        Q    Did you go to his apartment or your

6   apartment?

7        A    His.

8        Q    Okay.  And you testified that he

9   immediately began making phone calls; is that

10  correct?

11       A    I did.

12       Q    And you testified that he called Eddie and

13  then he called Ryan, correct?

14       A    Correct.

15       Q    Who else did he call that night?

16       A    I don't know.  There was a lot of phone

17  calls made, and I was just there for support.

18       Q    Do you recall whether he called a lawyer

19  that night?

20       A    Not that I recall.  Again, I don't know.

21  It was late at night, so I doubt it.

22       Q    Do you know whether he called his agent?

23       A    I don't know that either.

24       Q    Was there ever a time that Mr. Mueller

25  told you that his agent told him that John Dimick was

1    having concerns about the morning show?

2         A     I recall that, uh-huh.

3         Q     Tell me what you recall.

4         A     John Dimick -- I don't know his title.  I

5    forgot his title, but he was part of Lincoln

6    Financial.  I believe he was -- he was obviously a

7    part of programming in a corporate level.  I didn't

8    have much -- any -- very rare interaction with John.

9         Q     Because he was on the programming side?

10        A     Yeah, yeah.  So there wasn't really any

11   point for me to.

12              Being an account executive, you kind of

13   know, again, being around the office, that the

14   morning show or any show, any DJ, any talent is

15   struggling.

16              We have ratings.  We have -- people talk.

17   So in any fashion or form, that would be the only way

18   I would realize that, so no.  I don't know the guy.

19   I never spoke with him.  I don't know if that was the

20   question or not, but...

21        Q     I asked if you recalled Mr. Mueller's

22   agent phoning him and telling him that John Dimick

23   was unhappy with certain performance issues with the

24   Ryno and Jackson show.

25        A     I don't specifically.  If he was on the

1    phone with him, that could've been the topic of

2    conversation, so...

3         Q    Okay.  But you did reference that by

4    generally being in the station and having an

5    awareness of what's going on, one becomes aware of

6    whether a show is struggling.

7         A    Sure, sure.

8         Q    And so was it your impression that Jackson

9    and Ryno were struggling at some point?

10        A    You know, it would depend on the time

11   frame we were talking about.  Being a new morning

12   show, you go through growing pains.  So, you know,

13   that seemed to be what was the case at that time.

14        Q    At what time was that?

15        A    When they began, when we were talking

16   about him and Eddie meshing, it's all part of that.

17   And so that's what you kinda chuck it up to be,

18   uh-huh.

19        Q    So by the spring -- they started in

20   January.  We're looking at roughly 4 or 5 months,

21   right?

22        A    Uh-huh.

23        Q    -- had those tensions dissipated?  Do you

24   know?

25        A    From that time to the time of June?

```
 1        Q      Uh-huh.

 2        A      I don't know.  There wasn't really

 3   anything to dissipate, I wouldn't say exactly.  So I

 4   don't know if they did or not.

 5        Q      Okay.  So I guess I'm asking -- you

 6   mentioned -- I'm trying to use the word you used

 7   again -- that there were struggles.  And in the

 8   beginning it was a tough relationship and a tough

 9   merger of personalities, correct?

10        A      Sure.  Uh-huh.

11        Q      And so by June, do you think that those

12   struggles between Eddie and Mr. Mueller remained?

13        A      I don't know, you know.  Again, we didn't

14   talk much about that.  I didn't see any significant

15   change either way, so...

16        Q      Did Mr. Mueller have any anxiety about how

17   the show was performing?

18        A      Probably normal anxiety, you know.  It's a

19   big deal.

20        Q      Did he ever tell you any specific event

21   where he thought his job might be in jeopardy?

22        A      No.  Huh-uh.

23               (Exhibit 2 marked for identification.)

24        Q      (BY MS. SULLIVAN)  And I'll give you a

25   second to look that over.  But while you are, you
```

1    will not have seen this document before, likely --

2    well, I should ask you.  Have you seen this document

3    before?

4        A    I have not.  Huh-uh.

5        Q    I'll represent to you that Mr. McFarland

6    and Mr. Mueller produced this document to us in

7    discovery in this case.

8        A    Okay.

9        Q    And it's Mr. Mueller's notes of a

10   conference call between Mr. Mueller, his agent

11   Heather Cohen, and Ryan Kliesch.  Do you see that?

12       A    I do.

13       Q    And you see the -- roughly the second

14   paragraph down, after Heather initiated the call, she

15   told us she had a disturbing call from John Dimick,

16   SVP programming and operations, Lincoln Financial

17   Media.

18            Do you see that there?

19       A    I do.

20       Q    And then in the next paragraph,

21   Mr. Mueller's note states that Dimick told Heather

22   that he was getting bad reports from Denver regarding

23   Ryno and Jackson.  He suggested that we were being

24   difficult.  He made it clear to Heather that he was

25   ready to, quote, terminate us for cause for

81

1    insubordination.

2            Do you see that?

3        A    Uh-huh.

4        Q    Do you remember Mr. Mueller discussing

5    this with you ever?

6        A    No, I do not.

7        Q    In May of 2013, would you say that that

8    was the period of your relationship where you were

9    nightly together?

10        A    At that time, yeah, I would say.

11        Q    Does it strike you as unusual that he

12    wouldn't have told you about this?

13        A    It strikes me as unusual.  I didn't know

14    the severity of it.  Like I said, I knew that there

15    were, you know -- there were struggles there with,

16    you know, with Eddie and the morning show.  And

17    obviously -- I've been in this business a long time.

18    That's never a good thing.  So you can deduce that

19    something was wrong.

20        Q    Uh-huh.  And when you say struggles -- I'm

21    not in radio.

22        A    Yeah.

23        Q    So is that, you know, creative

24    differences?  Could you explain to me a little bit

25    more what you gathered atmospherically about what was

82

```
 1    going on?

 2         A     Sure.  I mean, from a programming

 3    standpoint, morning shows have a lot of stress to

 4    come up with relevant topics, new things to discuss

 5    on the air, game shows, contests.  It's very

 6    involved.

 7              So it's a hard position to be fresh.  And

 8    I think that that might have been, you know, maybe a

 9    struggle there because that is a typical struggle.

10              So if that was the case -- other than

11    that, I don't know any specifics, and I can't recall

12    any specific situations where this would be the case.

13         Q     So just what you described to me is sort

14    of a hypothetical situation from your experience in

15    radio?

16         A     Right, right.

17         Q     But you're not aware that there were any

18    specific conversations between Eddie and Ryno Jackson

19    about the style of the formatting or staying fresh;

20    is that true?

21         A     I did and a lot of people do.

22         Q     You were?

23         A     We knew, like I said, that there was some

24    friction.

25         Q     Okay.
```

Melcher, Shannon 20160830

83

```
 1        A      Because you can just feel it.  You work
 2   there, you know, every day, and you kinda know what's
 3   going on.
 4        Q      People talk?
 5        A      Sure.  Uh-huh.
 6        Q      And so you heard it from other people in
 7   the station; is that correct?
 8        A      It was the topic in our sales meetings.
 9   It was the topic, you know, that things were -- as
10   you talk every day, every week, how is Tom doing,
11   what do you think the station sounds like, you
12   analyze your station, and you analyze other stations
13   in the market.  So it is a topic of conversation
14   that's quite -- always there.  Quite normal, yeah.
15        Q      Does it surprise you to read this now,
16   that in May of 2013, Mr. Dimick told Mr. Mueller's
17   agent that he was considering terminating him for
18   cause?
19        A      Yeah.
20             MR. MCFARLAND:  Objection to the form.
21        Q      (BY MS. SULLIVAN)  And then going down in
22   his notes, Mr. Mueller writes, When she -- referring
23   to Heather -- asked for specifics, he -- referring to
24   Mr. Dimick -- listed off several concerns.
25             Number 1) There were complaints from the
```

```
 1    sales department regarding morning show endorsement
 2    rates, parens, will provide details in the near
 3    future.
 4              Do you see that?
 5        A    Uh-huh.
 6        Q    Do you have any idea to what Mr. Dimick
 7    was referring to there?
 8        A    I do not because morning show endorsement
 9    rates are set by the general sales manager, so we
10    were told to sell what we were told to sell.
11        Q    Okay.  Number 2) "We," meaning Jackson and
12    Ryno, were being difficult regarding the addition of
13    a female cohost to the show, parens, will provide
14    details in the near future.
15              Do you know to what Mr. Dimick was
16    referring in item 2) there?
17        A    KYGO needed another female.  All the sales
18    reps were looking for that, to have another female
19    endorser in the building.  It's really important to
20    have a mixture of that.  So I do know that we were
21    trying to hire one.
22        Q    For what position?
23        A    For a third piece of the morning show,
24    yeah.  Yep.
25        Q    Okay.  And what else about this number 2)
```

1     Q    Did he give you that impression?

2     A    Yes.

3     Q    Did -- was there a difference of opinion

4 between he and Eddie about who should be chosen for

5 the female cohost?

6     A    I think there was.

7     Q    Okay.  How did you know that?

8     A    That was something that he brought up.

9     Q    What did he say?

10     A    From what I recall, there were two

11 different personalties in the two women, that they

12 were in discussion on what would fit best, and they

13 weren't agreeing.

14     Q    And what did he tell you about Eddie's

15 choice?

16     A    I don't remember who was choosing who.  I

17 don't even remember what it was about, but I remember

18 there was a discussion multiple times about who would

19 be best.

20     Q    Was he angry at Eddie about that?

21     A    I don't think so.

22     Q    This is something he talked about with you

23 in your personal capacity; is that correct?

24     A    That is.

25     Q    And then number 3) Dimick was complaining

87

1   that Jackson is dating one of the account executives,

2   and this is causing issues in the sales department.

3   Parens, it is not against company policy to date a

4   coworker, and there are even married coworkers in the

5   building.

6        A     Uh-huh.

7        Q     Do you know what Mr. Dimick was referring

8   to in item 3) here?

9        A     First of all, that is -- causing issues is

10  not the case.  I do recall an account executive that

11  for a moment thought, oh, well.  What if Jackson

12  chooses to endorse Shannon's client because they're

13  dating versus mine, you know.

14            And so that was pretty much stopped very

15  quickly because that was never the case, and I think

16  I made that point very clear.

17            So, you know, I think it might be normal

18  that you people could assume that something like that

19  would happen, but nothing like that ever did.

20       Q     Would you assume from this that somebody

21  complained to Mr. Dimick about it?

22       A     To Mr. Dimick?  I don't know that.  I know

23  they complained to Jeff Silver, my sales manager, to

24  which we had a conversation about it, and it was over

25  at that point.

89

1    spoke?

2        A    I don't know.  I might have been there

3    still.  If I was there or awake, I did go to bed

4    before Mr. Mueller did.  It was a long night and I

5    had to be at work.  So I don't recall everyone he

6    talked or when, so I don't know.

7        Q    Did he tell you at some point on the

8    evening of June 2nd that Mr. Haskell suspended him

9    from showing up on air the next morning?

10       A    Yes, he did tell me that.  I was aware.

11       Q    And what was his -- what did he say?  What

12   was his attitude?

13       A    Just matter of fact, I can't go in to work

14   tomorrow.

15       Q    Was he upset?

16       A    Not overly.  I think it was hitting home

17   as to what occurred, or what was going down, so not

18   overly.

19            (Exhibit 3 marked for identification.)

20       Q    (BY MS. SULLIVAN)  Do you recognize this

21   document, Ms. Melcher?

22       A    Sure, sure.

23       Q    What is it?

24       A    Just looking at the first lines, it looks

25   like an e-mail that I sent to HR that she asked me to

90

1    send her saying that we -- she wanted me to e-mail

2    this to her saying that we had acknowledged an issue

3    with another employee.  And so I did what she asked.

4    And that was it, you know.

5         Q    Okay.  I'm going to unpack that a little

6    bit.  When did you send this e-mail?

7         A    From the looks of it, that evening.

8         Q    What do you mean?

9         A    Sunday, June 2nd at 10:30.

10        Q    Okay.  And what time did you leave the

11   Pepsi Center?

12        A    I don't know.

13        Q    What time did you get back to

14   Mr. Mueller's apartment?

15        A    Again, it depends when we left there.  I

16   don't even remember what time we were escorted out.

17   It was right when the concert started, so probably

18   8 o'clock, and so we got to his house approximately

19   maybe 9:00.

20        Q    And why did you decide to send this e-mail

21   to Ms. Marsh just an hour or so after you had been

22   escorted from the Pepsi Center?

23        A    I don't recall.  I know that we had

24   discussed an issue the week prior, and so I don't

25   recall why at this time I sent the e-mail.

1    e-mail.  I really don't remember.  I really don't.

2        Q      Do you remember discussing the Nate

3    incident with Mr. Mueller that evening?

4        A      I don't remember discussing it that

5    evening.  Obviously, like I said before, we did

6    discuss it.  And he wanted me to push forward, and I

7    didn't feel comfortable doing that.

8        Q      So why did you?

9        A      I don't know.  I really don't.  I would

10   imagine that I was worried, and I don't know why this

11   was sent that evening as far as relevance, but I

12   guess that I was doing what he had asked at that

13   time, which was an odd time to choose, I realize, so

14   I don't know.  I honestly don't.

15       Q      You were doing what he asked at which

16   time?

17       A      He had asked me to go to Maureen in the

18   beginning.

19       Q      Uh-huh.

20       A      And honestly, I don't know why -- you

21   know, I know Maureen wanted me to write an e-mail to

22   her saying that -- acknowledging that she had spoke

23   with Nate.  And so honestly, I don't know why it went

24   out that evening.  I really don't know.

25       Q      So that first time on May -- sometime

1    prior to May 22nd, 2013, against your preference, and

2    at Mr. Mueller's urging, you reported Nate to

3    Ms. Marsh, correct, because he asked you to, correct?

4        A    It looks like that way, yes.

5        Q    Okay.  So did you send the e-mail to her

6    Sunday, June 2nd, 2013 -- on the very top -- that you

7    were uncomfortable raising because Mr. Mueller asked

8    you to?

9        A    I would not say that.  I don't know what

10   the intention of that at that time was.  It does look

11   like I obviously sent it then.

12            At this time, I don't remember sitting

13   there saying I'm going to send this e-mail now

14   because of such reason.

15       Q    Were you -- and you recall having no

16   conversations with Mr. Mueller about Nate on the

17   evening of Sunday, June 2nd, 2013?

18       A    I don't recall.  Again, we could have.  I

19   don't remember.  I really don't.

20       Q    Is it possible that Mr. Mueller asked you

21   to send this e-mail?

22       A    I guess it's possible, but I don't

23   remember that.  I really don't.

24       Q    Do you have an independent recollection of

25   why you wanted to send it on June 2nd?

```
 1        A      No.  Other than the fact that if I did --

 2   obviously, I did.  But it was obviously a dramatic

 3   evening and -- I don't know, yeah.  I don't even

 4   remember it actually, until we looked at it now.  Of

 5   course it was a long time ago, so yeah.

 6        Q      So being that was a dramatic evening --

 7        A      Yeah.

 8        Q      -- it's not like this just didn't pop into

 9   your mind, like, oh, I owe Maureen an e-mail from 11

10   days ago?

11        A      It may have.  It may have, but I don't

12   know.

13        Q      But it's also possible that Mr. Mueller

14   asked you to do this?

15        A      It is possible.

16        Q      Was there any time -- did Mr. Mueller tell

17   you he recorded his meeting with Bob Call and Eddie

18   Haskell on Monday, May 3rd?

19        A      Yeah, he did.

20        Q      Did he tell you he was going to do it

21   before he went into the meeting?

22        A      I don't think so.  I think he just told me

23   he had.

24        Q      Did he play it for you?

25        A      Not that I can recall.  I don't recall
```

99

1    phone call.

2         Q     Okay.

3         A     So it probably was the one prior to that,

4    yeah.

5         Q     Okay.  And what did he tell you the reason

6    he recorded the conversation was?

7         A     He didn't give me a reason.

8         Q     Do you know what device he stored that on?

9         A     Cellphone.  I don't know.

10        Q     Was there ever a time when you spilled

11   coffee on Mr. Mueller's computer?

12        A     Coffee?  Oh, yeah, there was.

13        Q     What happened?

14        A     He bought a new one.

15        Q     When did that happen?

16        A     I believe -- God.  I believe early on in

17   our relationship -- because I felt really bad.  So

18   that was probably -- I don't know.  Maybe March.  I

19   don't know.

20        Q     Okay.

21        A     I have no idea.

22        Q     I'm going to wrap up.  I have one last

23   question.

24              Are you aware of any reason, facts, or any

25   other information to suggest that Ms. Swift would

100

1    make up a story that Mr. Mueller inappropriately

2    groped her?

3              MR. MCFARLAND:  Objection to form.

4        A    I'm not aware of what her reasoning would

5    be.  I do not know Taylor Swift.  I don't really pay

6    attention to her personality traits.  So I don't

7    know, no.

8        Q    (BY MS. SULLIVAN)  Can you conceive of why

9    somebody in her position would want to do such a

10   thing?

11             MR. MCFARLAND:  Objection to form.

12       A    I don't know, no.

13       Q    (BY MS. SULLIVAN)  Do you think it was

14   beneficial for her to do it?

15             MR. MCFARLAND:  Objection to form.

16       A    I don't know if it would be any benefit to

17   her.  I don't know her industry, by the things -- you

18   know, I don't know.

19       Q    (BY MS. SULLIVAN)  You mentioned when you

20   were in the Pepsi Center telephoning the police -- or

21   talking about telephoning the police.

22       A    David did.

23       Q    Did David have his cellphone?

24       A    I don't know that.

25       Q    Did you have your cellphone?

101

1      A      I had my cell, uh-huh.

2      Q      Why didn't you call the police?

3      A      I don't know.  I didn't feel it was my

4   right.  I wasn't the one going through, you know,

5   that situation, and I don't know if he tried to.  I

6   don't believe he did.

7          I know that he mentioned that he wanted to

8   or wanted them to, so yeah.

9          MS. SULLIVAN:  Okay.  All right.

10          MR. MCFARLAND:  Nothing else for me.

11   Thank you.

12          MS. SULLIVAN:  Thank you so much.

13   Appreciate your time.

14          MR. MCFARLAND:  I'll handle reading and

15   signing.

16          (The deposition concluded at 12:35 p.m.

17   this 30th day of August, 2016, after having been on

18   the record approximately 2 hours and 17 minutes.)

19

20

21

22

23

24

25