**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:15-cv-01974-WJM-KLM

DAVID MUELLER

    Plaintiff,

v.

TAYLOR SWIFT; FRANK BELL;  and
ANDREA SWIFT a/k/a ANDREA FINLAY

    Defendants.

---

**PLAINTIFF'S DEPOSITION DESIGNATIONS WITH COUNTERDESIGNATIONS AND OBJECTIONS**

---

  Plaintiff David Mueller, through his counsel, M. Gabriel McFarland of Evans & McFarland, LLC, respectfully submits Plaintiff's Deposition Designations With Counterdesignations and Objections.

  Dated this 1st day of August, 2017.

          Respectfully submitted,

          EVANS & MCFARLAND, LLC


          By: s/ M. Gabriel McFarland
            M. Gabriel McFarland
            Evans & McFarland, LLC
            910 13th St., #200
            Golden, CO 80401
            Telephone: 303.279.8300
            Facsimile: 303.277.1620
            Email: gmcfarland@emlawyers.com

          ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

  I hereby certify that on August 1, 2017, **PLAINTIFF'S DEPOSITION DESIGNATIONS WITH COUNTERDESIGNATIONS AND OBJECTIONS** was filed with the Clerk of Court using the CM/ECF system and the same served via email upon at least the following:

  J. Douglas Baldridge (jbaldridge@venable.com)
  Danielle Foley (drfoley@venable.com )
  Katherine M. Wright (kmwright@venable.com)

            s/Gina Bowermaster
            Gina Bowermaster