# In The Matter of:

*MUELLER*
*vs.*
*SWIFT, ET AL.*

---

*ERICA ANN WORDEN*
*June 28, 2016*

---

*CONFIDENTIAL*

*PURSUANT TO THE PROTECTIVE ORDER*

Page 1

\* \* \* \* \*

DEPOSITION DESIGNATED CONFIDENTIAL

PURSUANT TO THE PROTECTIVE ORDER

\* \* \* \* \*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

DAVID MUELLER,                          )
                                        )
            Plaintiff,                  )
                                        )
vs.                                     )NO. 1:15-cv-01974-
                                        )    WJM-KLM
TAYLOR SWIFT; FRANK BELL;               )
ANDREA SWIFT a/k/a ANDREA               )
FINLAY; SCOTT SWIFT; and JOHN           )
DOES 1 - 5,                             )
                                        )
            Defendants.                 )
                                        )
- - - - - - - - - - - - - - - - - - - - - - - -


            Deposition of:

            ERICA ANN WORDEN

            Taken on behalf of the Plaintiff

            June 28, 2016

            Reported by:  Martha B. Davis, RMR, RDR, CRR
                          CCR No. 152

Job No.: WDC-090551

CONFIDENTIAL – PURSUANT TO THE PROTECTIVE ORDER
ERICA ANN WORDEN – 6/28/2016

|  | Page 2 |
|---|---|
| 1 | APPEARANCES: |
| 2 | For the Plaintiff:  M. Gabriel McFarland, Esq. |
|  | Evans & McFarland, LLC |
| 3 | 910 13th Street |
|  | Suite 200 |
| 4 | Golden, CO 80401 |
|  | 303-279-8300 |
| 5 | gmcfarland@emlawyers.com |
| 6 | For the Defendants:  J. Douglas Baldridge, Esq. |
|  | Courtney A. Sullivan, Esq. |
| 7 | Katherine M. Knight, Esq. |
|  | Venable, LLP |
| 8 | 575 7th Street NW |
|  | Washington, D.C. 20004-1601 |
| 9 | 202-344-4703 |
|  | jdbaldridge@venable.com |
| 10 | casullivan@venable.com |
|  | kmwright@venable.com |
| 11 |  |
|  | Also Present:    Jesse Schaudics |
| 12 |  |
| 13 |  |
| 14 |  |
| 15 |  |
| 16 |  |
| 17 |  |
| 18 |  |
| 19 |  |
| 20 |  |
| 21 |  |
| 22 |  |
| 23 |  |
| 24 |  |
| 25 |  |

|  | Page 4 |
|---|---|
| 1 |         The deposition of ERICA ANN WORDEN was taken |
| 2 | by counsel for the Plaintiff, pursuant to notice, at |
| 3 | the offices of Cleeton Davis Court Reporters, LLC, 402 |
| 4 | BNA Drive, Suite 108, Nashville, Tennessee, on |
| 5 | June 28, 2016, for all purposes under the Federal Rules |
| 6 | of Civil Procedure. |
| 7 |         The formalities as to notice, caption, |
| 8 | certificate, et cetera, are waived.  All objections, |
| 9 | except as to the form of the questions, are reserved to |
| 10 | the hearing. |
| 11 |         It is agreed that Martha B. Davis, being a |
| 12 | licensed court reporter and notary public for the State |
| 13 | of Tennessee, may swear the witness, and that the |
| 14 | reading and signing of the completed deposition by the |
| 15 | witness are not waived. |
| 16 |  |
| 17 |  |
| 18 | * * * |
| 19 |  |
| 20 |  |
| 21 |         MS. SULLIVAN:  Also, I just want to, |
| 22 | consistent with our last deposition, want to designate |
| 23 | the entire transcript as confidential pursuant to our |
| 24 | protective order. |
| 25 |         MR. MCFARLAND:  Understood. |

|  | Page 3 |
|---|---|
| 1 | INDEX |
| 2 | Questions by Mr. McFarland              5 |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 | PREVIOUSLY MARKED EXHIBITS |
| 8 | DEPOSITION OF STEPHANIE SIMBECK: |
| 9 | No. 1:    Sketch prepared by Stephane Simbeck   15 |
| 10 | No. 3:    Color photograph of Taylor Swift, |
|  | Gary Mueller and his girlfriend |
| 11 | (SWIFT 0000076)                  27 |
| 12 | No. 4:    E-mail, June 2, 2013, from Gabby |
|  | Liddicoat to Craig Thomas, Daryl |
| 13 | Dixon, Erica Worden, Subject: Creep |
|  | picture |
| 14 | (SWIFT 0000074)                  30 |
| 15 | No. 5:    Color photograph of Taylor Swift and |
|  | Eddie Haskell |
| 16 | (SWIFT 000075)                   31 |
| 17 | No. 6:    Color photographs from meet-and-greet |
|  | (SWIFT 0000194 - 0000211)        32 |
| 18 |  |
| 19 |  |
| 20 |  |
| 21 |  |
| 22 |  |
| 23 |  |
| 24 |  |
| 25 |  |

|  | Page 5 |
|---|---|
| 1 | ERICA ANN WORDEN |
| 2 | was called as a witness, and after having been first |
| 3 | duly sworn, testified as follows: |
| 4 | EXAMINATION |
| 5 | QUESTIONS BY MR. MCFARLAND: |
| 6 | Q.   Would you state your full name for us, please? |
| 7 | A.   Erica Ann Worden. |
| 8 | Q.   Do you live here in Nashville? |
| 9 | A.   I do. |
| 10 | Q.   And what's your address? |
| 11 | A.   600 Lake Meade Point, Old Hickory, Tennessee |
| 12 | 37138. |
| 13 | Q.   And are you currently employed? |
| 14 | A.   Yes. |
| 15 | Q.   How are you currently employed? |
| 16 | A.   With Firefly Entertainment. |
| 17 | Q.   And what do you do for Firefly Entertainment? |
| 18 | A.   I am the road manager. |
| 19 | Q.   For? |
| 20 | A.   Taylor Swift. |
| 21 | Q.   What do you do as the road manager for |
| 22 | Ms. Swift? |
| 23 | A.   Logistics. |
| 24 | Q.   Can you just describe for me in a little more |
| 25 | detail the types of things that you do on a regular |

2 (Pages 2 to 5)

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
ERICA ANN WORDEN - 6/28/2016

Page 6

1  basis?
2  A.   Her movements from city to city. I make sure
3  the hotels are ready for her arrival. Various other
4  things.
5  Q.   Okay. How long have you been in this
6  position?
7  A.   Three years.
8  Q.   So since about when, in 2013?
9  A.   '13. In this position. I have been with her
10 since 2009.
11 Q.   Okay. Do you remember when you took over as
12 the road manager?
13 A.   Yes. It was before the promotion of Red.
14 Q.   And when did that start?
15 A.   I believe that was in October of 2012.
16 Q.   So in June of 2013 you were the road manager
17 for Ms. Swift.
18 A.   Correct.
19 Q.   What was your position or what did you do for
20 Ms. Swift before you became the road manager?
21 A.   I was her production assistant, I was her
22 personal assistant, and I ran her vibe room.
23 Q.   What's the vibe room?
24 A.   It is the meet-and-greet area. It was called
25 T-Party on Fearless, Club Red on Red. Speak Now, it

Page 7

1  was -- I don't remember what Speak Now was. And Loft
2  89 for 1989.
3  Q.   So the vibe room was the name of a
4  meet-and-greet or the meet-and-greet room for one of
5  Taylor Swift's tours?
6  A.   All of them. She does that for all three --
7  all tours.
8  Q.   But they're not all named the vibe room, are
9  they?
10 A.   Correct.
11 Q.   Okay. On one tour the meet-and-greet was
12 called the vibe room?
13 A.   No, that's just what we call it.
14 Q.   Okay. And what types of things did you do for
15 Ms. Swift as her personal assistant?
16 A.   I ran errands for her, made sure she was up
17 and running for any events that she had to do.
18 Q.   And what sort things did you do for Ms. Swift
19 as the production assistant?
20 A.   I did the travel for all the crew members. I
21 made sure everyone had everything for -- like, if the
22 guys needed a specific tool, I made sure the runner
23 went and got a specific tool for them.
24 Q.   Okay. What were you doing before 2009?
25 A.   Backstage catering.

Page 8

1  Q.   Was that for Taylor Swift or was that for a
2  different company?
3  A.   Multiple artists.
4  Q.   Multiple artists is the name of the company or
5  you were just working for multiple artists?
6  A.   I was working for multiple artists.
7  Q.   Okay. Gotcha. Did you work for a company or
8  just --
9  A.   Yeah, Entertainment Theatrical Catering.
10 Q.   And how long did you work for it?
11 A.   Since 2003.
12 Q.   And what were you doing before that?
13 A.   I went to school.
14 Q.   Where did you --
15 A.   Oh, sorry.
16 Q.   Where did you go to school?
17 A.   Indiana University.
18 Q.   When did you graduate?
19 A.   2005.
20 Q.   What's your degree in?
21 A.   Marketing and distribution. Management and
22 human resources. I worked for the Department of
23 Defense during school along with doing backstage
24 catering.
25 Q.   What were you doing for the Department of

Page 9

1  Defense?
2  A.   Worked for the logistics readiness squadron,
3  the air force reserves.
4  Q.   Any other education?
5  A.   (Counsel moves head from side to side.)
6  Q.   No master's degrees?
7  A.   No.
8  Q.   Any other employment that we haven't talked
9  about subsequent to college? I don't need to know
10 about the --
11 A.   No.
12 Q.   -- high school jobs. Do you remember Taylor
13 Swift's June 2nd, 2013, concert in Denver?
14 A.   Yes.
15 Q.   Do you remember at what venue the concert was
16 held?
17 A.   I believe at that time it was called the Pepsi
18 Center. Venues changed names frequently, so . . .
19 Q.   And were you -- were you at the concert?
20 A.   Yes.
21 Q.   Can you walk me through what you recall --
22 I'll represent to you the date of the concert was June
23 2nd, 2013. Does that sound right to you?
24 A.   Yes. Dates run together for me, but --
25 Q.   Okay. Fair enough. Walk me through what you

3  (Pages 6 to 9)

CONFIDENTIAL – PURSUANT TO THE PROTECTIVE ORDER
ERICA ANN WORDEN – 6/28/2016

**Page 10**

1  can recall about your day on June 2nd, 2013.
2      MS. SULLIVAN: Objection. Vague and
3  broad.
4      THE WITNESS: When?
5  BY MR. MCFARLAND:
6  Q.    Well, just kind of walk me through the day of
7  that concert.
8      MS. SULLIVAN: Same objection.
9  BY MR. MCFARLAND:
10 Q.   You arrive at the Pepsi Center about?
11 A.   6:30 a.m.
12 Q.   Did you guys get in the night before?
13 A.   I don't recall.
14 Q.   How were you traveling? On a bus or by plane
15 or --
16 A.   Bus and plane.
17 Q.   Bus and plane.
18 A.   Uh-huh.
19 Q.   Bus and plane. Do you remember how you
20 arrived to Denver? Was it by a bus or a plane?
21 A.   I believe it was the bus that day.
22 Q.   Stay at a hotel downtown somewhere?
23 A.   I don't recall for that tour.
24 Q.   Okay. But you get to the Pepsi Center early
25 the day of the concert?

**Page 11**

1  A.    Yes.
2  Q.    And just what generally do you do?
3      MS. SULLIVAN: Objection. Vague. At
4  what time? When she arrives?
5  BY MR. MCFARLAND:
6  Q.    Right.
7  A.    I do a walk-through of the venue to see where
8  all the rooms are, go out, and I look at the seats with
9  Arthur and Dugan. I set up my office.
10 Q.   Is that all taking place in the morning? Is
11 that --
12 A.   Uh-huh.
13 Q.   Okay. And what are you looking at in terms of
14 the rooms?
15     MS. SULLIVAN: Objection. Vague. So I
16 think, Gabe, you know, it's a -- right, it's a long
17 period of time. There is lots of areas in the venue.
18 If we could break it down for them, I think it will go
19 easier for them to give you more clear answers.
20     MR. MCFARLAND: I mean, I can go hour by
21 hour. I can go day by day. All I'm trying to --
22     MS. SULLIVAN: Just smaller chunks than
23 the entire day or the entire venue would probably be
24 helpful.
25     THE WITNESS: Like where each dressing

**Page 12**

1  room is at, where Club Red was going to be located so I
2  would know where to walk her that night, the route to
3  stage, how we are going to bring her in when she
4  arrives, those type of things.
5  BY MR. MCFARLAND:
6  Q.    When she arrives at the Pepsi Center?
7  A.    Uh-huh.
8  Q.    Do you know how many meet-and-greet sessions
9  there were at the June 2nd, 2013, concert?
10 A.   I believe two.
11 Q.   Do you know -- well, was there any difference
12 between the people at the first meet-and-greet and the
13 second meet-and-greet?
14 A.   Yes.
15 Q.   And what was the difference?
16 A.   The first meet-and-greet are radio MDs and
17 PDs. The second meet-and-greet is a variety of radio
18 folks, radio winners, and then just other people who
19 are privileged to be in a meet-and-greet.
20 Q.   Do you know who decides who gets to attend the
21 various meet-and-greets?
22 A.   That's not my department. I just -- so no.
23 Q.   And you don't know who makes that decision?
24 A.   No.
25 Q.   Do you know who David Mueller is?

**Page 13**

1  A.    Yes.
2  Q.    Okay. Who is he?
3  A.    He's the gentleman we're here for today.
4  Q.    Do you understand now that he was a DJ at WYGO
5  radio?
6  A.    I do now, yes.
7  Q.    Do you know whether he attended the first or
8  the second meet-and-greet?
9  A.    The second meet-and-greet.
10 Q.   Do you know why he didn't attend the first
11 meet-and-greet?
12 A.   I do not know why.
13 Q.   Is it unusual for radio personalities to
14 attend the second meet-and-greet?
15 A.   No.
16 Q.   So the fact that he attended the second and
17 not the first, even though the first is generally for
18 radio-type people, that's not unusual?
19 A.   No, it's not unusual.
20 Q.   Do you know what time the first meet-and-greet
21 started, approximately?
22 A.   5:30.
23 Q.   Okay. And were you at the first meet-and-
24 greet?
25 A.   I was in and out of the first meet-and-greet.

4 (Pages 10 to 13)

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
ERICA ANN WORDEN - 6/28/2016

### Page 14

1 Q. Okay. Do you know who Eddie Haskell is?
2 A. I know of him.
3 Q. Do you recall meeting him or talking to him on
4 June 2nd, 2013?
5 A. No.
6 Q. Do you know whether Ms. Swift met him or
7 talked to him on that night?
8 A. I believe so.
9 Q. And why do you think Ms. Swift met with or
10 spoke with Mr. Haskell?
11 A. Because I believe he's a program director, so
12 he would have been in the first meet-and-greet.
13 Q. Did Ms. Swift mention anything about Eddie
14 Haskell to you on June 2nd, 2013?
15 A. No.
16 Q. Did she ever talk to you about Eddie Haskell?
17 A. No.
18 Q. Did she ever talk to you about David Mueller?
19 A. Yes.
20 Q. Did you attend the second meet-and-greet?
21 A. Yes.
22 Q. And were you in and out again or were you
23 there for -- were you there for the entire
24 meet-and-greet?
25 A. So I -- I will tell the guests before they go

### Page 15

1 into the small room that we have for the regular
2 meet-and-greet they would receive a signed photo prior
3 to exiting, and then I pop back into the regular
4 meet-and-greet area and I'm the one who escorts the new
5 folks in and asks the other -- that the others leave.
6 I'm one of them.
7 Q. Let me show you what's been marked Deposition
8 Exhibit 1.
9 MS. SULLIVAN: Are we going to remark
10 them or --
11 MR. MCFARLAND: No, no. I'm just
12 referring to what's been previously marked as
13 Deposition Exhibit 1.
14 (Discussion off the record.)
15 BY MR. MCFARLAND:
16 Q. So this is Ms. Simbeck's diagram of the
17 meet-and-greet area. Does it look accurate?
18 A. Yes, it does. These are the booths. Those
19 are the little tables. That's the little -- I don't
20 know what you call it -- countertop. Yes, that's the
21 meet-and-greet area.
22 Q. And she sort of described this as -- this area
23 here that I'm pointing to as sort of maybe a 30-by-30
24 enclosed room, fabric walls, that sort of thing?
25 A. Yes.

### Page 16

1 Q. And then within this 30-by-30 room there is a
2 smaller room that was maybe 10-by-10?
3 A. Yeah.
4 Q. Okay. And she indicated that during the
5 second or the third meet-and-greet that the people who
6 were attending would kind of line up in this bigger
7 room and then you would greet them at the door to the
8 10-by-10 room?
9 A. Uh-huh.
10 Q. Does that sound right?
11 A. Yeah, they would come in here, we would wrap
12 them around, I would greet them there, they would go in
13 and they would exit. Gabby would give them the photo.
14 Q. Do you have a list of names or a checklist
15 here at the door, you know, what's your name?
16 A. I don't have a checklist there. They check
17 them off prior to entering the room and check IDs.
18 Q. So where does that happen? Where does the
19 checking of IDs --
20 A. We choose a point during the day that the
21 guests receive a letter on where to meet.
22 Q. And do they check IDs as the people enter
23 this -- the 30-by-30 room or does it happen someplace
24 else?
25 A. No, it happens somewhere else.

### Page 17

1 Q. Okay.
2 A. In one of the public areas.
3 Q. So once they're in here, you're asking them
4 how many people are in your group and then you're
5 taking that group in here to meet Taylor?
6 A. Yeah. I open the curtain and I say, "Go in."
7 Q. And so one group goes in at a time?
8 A. Yes.
9 Q. Ms. Simbeck indicated that in this 10-by-10
10 room Taylor was in the room, Greg Dent was in the room,
11 Gabby, Abby and Ms. Simbeck were in this 10-by-10 room.
12 A. Yes.
13 Q. Is that correct?
14 A. Yes.
15 Q. Do you -- and you were kind of in and out of
16 the room?
17 A. Correct.
18 Q. Do you remember, was there anybody else in
19 this room? I'm talking about people other than the
20 fans that were coming in.
21 A. Taylor, Gabby, Abby, Greg, Stephanie.
22 Q. That was it?
23 A. No, that was it.
24 Q. Do you recall where Greg was positioned in
25 this 10-by-10 room, Greg Dent?

5 (Pages 14 to 17)

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
ERICA ANN WORDEN - 6/28/2016

**Page 18**

1   A.   I don't recall.
2   Q.   Do you recall whether he was the only security
3   personnel in there?
4   A.   In the room, yes.
5   Q.   Very well.  Ms. Simbeck also indicated sort of
6   the relative positions of the people with the exception
7   of Greg, who she indicated was sometimes on the left,
8   sometimes on the right of Taylor.  Do those positions
9   generally look accurate?
10  A.   Yes.  Sometimes Abby is on this side or that
11  side, but yes.
12  Q.   They move around a little bit?
13  A.   Yes.
14  Q.   Do you know whether there was any security
15  outside of the exit from the 10-by-10 room?
16  A.   I believe there was one security guard outside
17  the room, but I do not recall who it was.
18  Q.   Ms. Simbeck indicated that there was security
19  at the door to the 30-by-30 or the entrance to the
20  30-by-30 room.  Do you recall whether there was
21  security there?
22  A.   There is house security there.
23  Q.   So house security means security -- security
24  provided by the venue?
25  A.   Yes.

**Page 19**

1   Q.   The person -- the security personnel outside
2   the exit of the 10-by-10 room, do you recall whether
3   that was house security or Ms. Swift's security?
4   A.   I don't recall that.  There is also house
5   security inside the room during that meet-and-greet.
6   Q.   Inside the 30-by-30 room?
7   A.   Uh-huh.
8   Q.   Okay.  Do you know approximately how many
9   security personnel were in the 30-by-30 room during the
10  meet-and-greet?
11  A.   Usually two.
12  Q.   And are they typically stationed in a
13  particular area or do they kind of move around?
14  A.   Usually I put one on this side and one on this
15  side.
16  Q.   Okay.  And are you the one who positions, sort
17  of tells them where you want them?
18  A.   I ask them where to stand, yes.
19  Q.   And, again, those were house security people?
20  A.   Correct.  House or venue.
21  Q.   Do you know whether there were any other
22  security personnel in sort of the larger room where the
23  30-by-30 area was set up?
24  A.   I don't remember.
25  Q.   Okay.  Do you know whether there was any video

**Page 20**

1   of any of this area, security video?
2   A.   I don't believe so.
3   Q.   Okay.  Do you recall where Mr. Mueller was in
4   the queue?  Was he at the front?  Was he at the back?
5   A.   No.
6   Q.   Do you recall who was with him?
7   A.   His girlfriend.
8   Q.   Okay.  So tell me what you recall after you
9   invite Mr. Mueller and his girlfriend into the 10-by-10
10  area on June 2nd, 2013.
11  A.   I invited them in and then I pop back out to
12  see how many people were in the next group and to tell
13  them know about the signed photos, that they couldn't,
14  you know, receive any autographs because we were going
15  to give them a signed photo that Taylor had done
16  earlier in the day for them.
17       And then as soon as I did that, I popped back
18  in and when I popped back in, Stephanie was taking the
19  photo.  I saw that Taylor had shifted a little, which
20  looked very odd to me because I've done nearly every
21  meet-and-greet since '09 with her.  And I looked at
22  Stephanie, I asked them to leave, and I let the next
23  group come in.
24  Q.   Then what happened?
25  A.   We continued with the meet-and-greet.

**Page 21**

1   Q.   Okay.  At that time, did Taylor indicate that
2   anything odd or inappropriate happened?
3   A.   Not at that time.  At the end of the
4   meet-and-greet she did.
5   Q.   How much time passed between the photograph
6   with Mr. Mueller and his girlfriend and Taylor and the
7   end of the meet-and-greet?
8   A.   I don't remember.
9   Q.   Okay.  From the time that the photograph was
10  taken with Mr. Mueller until the end, Taylor didn't
11  indicate to you that there was any problem or any
12  issue?
13       MS. SULLIVAN:  Objection.  Leading.
14       THE WITNESS:  Can you repeat that?  I'm
15  sorry.
16       MR. MCFARLAND:  Can you read that back
17  for her?
18       THE COURT REPORTER:  "Question:  From the
19  time that the photograph was taken with Mr. Mueller
20  until the end, Taylor didn't indicate to you that there
21  was any problem or any issue?"
22       MS. SULLIVAN:  I also object as to vague.
23  Until the end of what?
24  BY MR. MCFARLAND:
25  Q.   The end of the meet-and-greet.

6 (Pages 18 to 21)

CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER
ERICA ANN WORDEN - 6/28/2016

*(handwritten margin notes: "Vague and Ambiguous", "Argumentative & you C & you", "Compound, Objection, Vague and ambiguous")*

**Page 22**

1  A.  No, because we -- because I keep the line
2  going and Taylor -- Taylor stays very professional
3  throughout the whole time.
4  Q.  Okay.  Did you see her indicate to Mr. Dent or
5  anybody else that was in the room that there were any
6  problems or any issues?
7  A.  Not at the time that it happened.
8  Q.  And the rest of the meet-and-greet went as
9  expected?
10  A.  Yes.
11  Q.  There were no other incidents or issues?
12  A.  No.  She was completely normal for the rest of
13  them.
14  Q.  When you first saw Mr. Mueller and his
15  girlfriend, did you have any conversation with them?
16  A.  Other than the normal:  How many people are in
17  your group?
18  Q.  Correct.
19  A.  Nothing outside of that.
20  Q.  Was there anything remarkable about him or his
21  girlfriend that sticks out?
22  A.  Her blonde hair.
23  Q.  Okay.  What happened at the end of the
24  meet-and-greet?
25  MS. SULLIVAN:  Objection.  Vague.  Go

**Page 23**

1  ahead and answer.
2  THE WITNESS:  Taylor said to everyone in
3  the room, "That guy touched my ass."  Stephanie said, I
4  knew it," went to that photo.  Taylor said, "That's
5  him."
6  BY MR. MCFARLAND:
7  Q.  Okay.  Then what happened?
8  A.  She said, "I don't want him watching my show,"
9  and I escorted her to her dressing room.
10  Q.  Okay.  Did you have any other conversations
11  with Ms. Swift about Mr. Mueller?
12  A.  I did not.
13  Q.  Did any security personnel ask you any
14  questions about the alleged incident?
15  A.  No.
16  Q.  Did you ever see Mr. Mueller again?
17  A.  Yes, I did.
18  Q.  Okay.  When was that?
19  A.  After I escorted Taylor to her dressing room,
20  security and myself went out looking for him and then I
21  went back to my office.  Then they had found
22  Mr. Mueller, and I met I believe it was Daryl and Craig
23  in the hallway with Mr. Mueller and Mike Dugan, Robert
24  Allen and Frank Bell.
25  Q.  And what happened at that point?

**Page 24**

1  A.  They were discussing the incident with him.  I
2  only stayed for a short moment and then I had to get
3  back to get Taylor ready to go to stage.
4  Q.  Did you hear anything that was said to
5  Mr. Mueller?
6  A.  Yes.
7  Q.  And what was said to Mr. Mueller?
8  A.  I do not recall the exact things that were
9  said; however, I know that they were talking to him
10  about the incident.
11  Q.  And did you hear anything that Mr. Mueller
12  said in response?
13  A.  I don't remember.
14  Q.  Do you know who was speaking to Mr. Mueller
15  about the incident?
16  A.  Security.
17  Q.  Do you know which security person?
18  A.  I believe it was Craig.
19  Q.  You didn't have any conversations with
20  Mr. Mueller?
21  A.  No.
22  Q.  Did you have any conversations with his
23  girlfriend?
24  A.  No.
25  Q.  Did you see security talking to Mr. Mueller's

**Page 25**

1  girlfriend?
2  A.  Yes.
3  Q.  Did you hear any of that conversation?
4  A.  I heard the conversation.  I don't remember
5  what was being said.
6  Q.  About how long were you present while security
7  was talking to Mr. Mueller and his girlfriend before
8  you had to leave?
9  A.  Maybe two minutes.
10  Q.  And other than your counsel, have you or did
11  you talk to anybody about Mr. Mueller after that?
12  A.  No.
13  Q.  How well do you know Greg Dent?
14  A.  Fairly well.
15  Q.  Does he still work for Ms. Swift?
16  A.  No.
17  Q.  Do you know when he left?
18  A.  I believe it was 2015.
19  Q.  Do you know why he left?
20  A.  No.
21  Q.  When is the last time you spoke with him?
22  A.  I don't remember.  I saw him at an awards show
23  and I said hello, but --
24  Q.  Do you know what he's doing now?
25  A.  No.

7 (Pages 22 to 25)

CONFIDENTIAL – PURSUANT TO THE PROTECTIVE ORDER
ERICA ANN WORDEN – 6/28/2016

**Page 26**

1  Q.  Does he live in Nashville?
2  A.  No.
3  Q.  Do you know where he lives?
4  A.  California.
5  Q.  Was he good at his job?
6  A.  Yes.
7  Q.  Do you know Craig Thomas?
8  A.  Yes.
9  Q.  And how well do you know him?
10  A.  Well. From working with him.
11  Q.  Is he still with the company?
12  A.  No.
13  Q.  Do you know when he left?
14  A.  2014, I believe.
15  Q.  Do you know why he left?
16  A.  No.
17  Q.  Do you know what he's doing today in terms of
18  where he's working.
19  A.  I don't know where he's working. I believe
20  he's doing security still. I saw him at an awards show
21  as well.
22  Q.  Was he at the awards show or was he doing
23  security -- well, was he attending it --
24  A.  He was doing security for them.
25  Q.  -- or working at the show?

**Page 27**

1  A.  Working.
2  Q.  Do you know if he's still working -- if he
3  works with Greg Dent?
4  A.  I don't believe so.
5  Q.  Okay. Are you aware of or have there been any
6  other incidents that you're aware of with Taylor at any
7  other of these meet-and-greet sessions?
8  A.  No. And I have been to nearly every
9  meet-and-greet with her since 2009, and she's always
10  very professional and friendly with all the guests.
11  Q.  Let me hand you what's been marked Deposition
12  Exhibit 3. Do you recognize that photograph?
13  A.  Yes.
14  Q.  And what is that photograph or who is that
15  photograph of?
16  A.  Mueller and his girlfriend.
17  Q.  Do you remember his girlfriend's name?
18  A.  I don't.
19  Q.  Other than talking about the number in their
20  party, do you recall any specific conversations with
21  Mr. Mueller's girlfriend?
22  A.  No.
23  Q.  And was this the photograph that Ms. Simbeck
24  showed -- showed you at the conclusion of the
25  meet-and-greet on June 2nd, 2013?

**Page 28**

1  A.  Yes.
2  Q.  Did Ms. Swift ever convey to you that
3  Mr. Mueller put his hand underneath her skirt?
4  A.  No.
5  Q.  But she did tell you that he grabbed her butt--
6  A.  Yes.
7  Q.  -- during this photograph?
8  A.  Yes.
9  Q.  And can you tell from this photograph -- well,
10  I should say, do you believe in this photograph at this
11  specific moment his hand is actually on her rear?
12  A.  Yes. You can tell by how she shifted over and
13  you can tell by where his hand -- by how his arm is
14  going down. Taylor does not veer towards -- away from
15  people. If that was a normal photo, Taylor would have
16  embraced him and they would have been all three pretty
17  much hugging.
18  Q.  Can you tell where Taylor Swift's hand is?
19  A.  No.
20  Q.  You'd agree that her left arm is still behind
21  Mr. Mueller; right?
22  A.  Yes.
23  Q.  And you don't know where his girlfriend's left
24  arm is; right?
25  A.  No.

**Page 29**

1  Q.  Isn't it possible that Mr. Mueller's hand is
2  simply behind Taylor Swift as opposed to actually being
3  on her body?
4  A.  It's not possible.
5  Q.  Am I touching the chair (indicating)?
6  A.  No.
7  Q.  Now?
8  MR. BALDRIDGE: There is no question
9  here. Nothing can be made of a record of a guy
10  standing with his hand in one location.
11  BY MR. MCFARLAND:
12  Q.  I'm just asking you. Can you tell whether I'm
13  touching the chair or not?
14  MR. BALDRIDGE: There is no record of the
15  chair. If you want to take a photo of you touching the
16  chair, I will be glad to get a camera and we can make a
17  real record, but, otherwise, we object.
18  BY MR. MCFARLAND:
19  Q.  You can still testify.
20  A.  No, but I haven't been with you since 2009 and I
21  haven't read your body language since 2009, I have
22  read her body language since 2009.
23  Q.  So it's possible -- so your conclusion that in
24  this picture Mr. Mueller has his hand on Ms. Swift is
25  based on her body language as you have come to

8 (Pages 26 to 29)

CONFIDENTIAL – PURSUANT TO THE PROTECTIVE ORDER
ERICA ANN WORDEN – 6/28/2016

Page 30

1  understand it over the course of a significant period
2  of time?
3  A.  Yes.
4  Q.  And it is possible that Mr. Mueller's hand is
5  not actually on Ms. Swift's body in this picture?
6         MS. SULLIVAN: Objection. Asked and
7  answered.
8         THE WITNESS: You can clearly see in that
9  photo that he's touching her.
10 BY MR. MCFARLAND:
11 Q.  Given your knowledge and understanding of
12 Ms. Swift's body language, is there anything about her
13 facial expressions that indicates to you that there is
14 inappropriate touching?
15 A.  Yes. She looks very uncomfortable.
16 Q.  Let me hand you what's been marked Deposition
17 Exhibit No. 4. Do you recall this -- receiving this
18 e-mail?
19 A.  Yes.
20 Q.  And it was from Gabby Liddicoat?
21 A.  Yes.
22 Q.  Who is Gabby?
23 A.  At the time who was Gabby?
24 Q.  Yes.
25 A.  She was her personal assistant.

Page 31

1  Q.  Why were you copied on this e-mail?
2  A.  Because of my position with the tour, and I
3  was there at the time. I'm copied on all of the
4  meet-and-greet photos via Dropbox or other means.
5  Q.  Did you instruct Gabby not to upload the
6  photograph onto Dropbox?
7  A.  I don't remember.
8  Q.  Who is Daryl Dixon?
9  A.  He was part of our venue security.
10 Q.  What does "venue security" mean?
11 A.  They go in prior to Taylor arriving and he
12 does the passes, like the guest passes and the working
13 passes. He's the security before she arrives.
14 Q.  Is Craig Thomas part of the venue security as
15 well?
16 A.  Yes, but he was the -- he was over all of them
17 at the time.
18 Q.  Okay. Do you know why Daryl Dixon is copied
19 on this e-mail?
20 A.  Because he's part of the security team.
21 Q.  Let me show you what's previously been marked
22 Deposition Exhibit No. 5. Do you recognize that photo?
23 A.  I see thousands of photos, meet-and-greet
24 photos.
25 Q.  Do you know who the man in that picture is?

Page 32

1  A.  No. I could take a guess, but . . .
2  Q.  Let me show you Deposition Exhibit 6.
3         MS. SULLIVAN: Do you want to take a look
4  at it?
5  BY MR. MCFARLAND:
6  Q.  Just kind of flip through those for a minute.
7  Do you know whether those photos were taken on June
8  2nd, 2013?
9  A.  I know because it's dated on there and I
10 assume they came from the website.
11 Q.  Okay. Do you know whether those photographs
12 were taken before or after the photograph of
13 Mr. Mueller, which is Deposition Exhibit 3?
14 A.  I know they were taken around the same time.
15 I do not know the order in which people were escorted
16 in.
17 Q.  Do you know where these photographs,
18 photographs like this, are maintained?
19 A.  They're uploaded to the Dropbox and then our
20 Mozeus team takes them and puts them online for
21 everyone to grab the up code.
22 Q.  If you wanted a photograph from the June 2nd
23 meet-and-greet or a meet-and-greet at a different
24 concert, who would you call to contact to get that
25 photograph?

Page 33

1  A.  The Mozeus team that we use. I think I'm
2  saying that name wrong. I apologize.
3  Q.  Do you know who is in charge of that team?
4  A.  No.
5  Q.  Okay. Do you know how photographs like this
6  are kept and stored?
7  A.  Other than the Dropbox?
8  Q.  Right.
9  A.  (Witness moves head from side to side.)
10 Q.  Okay. Does Abby still work for Taylor Swift?
11 A.  No?
12 Q.  Do you know why?
13 A.  The tour ended. She jumped on something else.
14 Q.  What do you do when Ms. Swift isn't touring?
15 A.  Her day-to-day movements outside of touring as
16 well.
17 Q.  Is Gabby Liddicoat -- is she still with
18 Taylor?
19 A.  No.
20 Q.  Do you know why?
21 A.  No.
22        MR. MCFARLAND: That's all I've got.
23        MR. BALDRIDGE: Thank you.
24        MR. MCFARLAND: Thank you.
25        (Deposition concluded at 11:25.)

9  (Pages 30 to 33)