# In The Matter of:

*MUELLER*

*vs.*

*SWIFT, ET AL.*

---

*GABRIELLE CORINNE LIDDICOAT*

*June 29, 2016*

---

*CONFIDENTIAL*

*PURSUANT TO THE PROTECTIVE ORDER*

* * * * *

DEPOSITION DESIGNATED CONFIDENTIAL

PURSUANT TO THE PROTECTIVE ORDER

* * * * *

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| DAVID MUELLER,<br><br>Plaintiff,<br><br>vs.<br><br>TAYLOR SWIFT; FRANK BELL; ANDREA SWIFT a/k/a ANDREA FINLAY; SCOTT SWIFT; and JOHN DOES 1 - 5,<br><br>Defendants. | NO. 1:15-cv-01974-WJM-KLM |

Deposition of:

GABRIELLE CORINNE LIDDICOAT

Taken on behalf of the Plaintiff

June 29, 2016

Reported by: Martha B. Davis, RMR, RDR, CRR
LCR No. 152

Job No.: WDC-090836

Page 2

APPEARANCES:

For the Plaintiff: M. Gabriel McFarland, Esq.
Evans & McFarland, LLC
910 13th Street
Suite 200
Golden, CO 80401
303-279-8300
gmcfarland@emlawyers.com

For the Defendants: J. Douglas Baldridge, Esq.
Courtney A. Sullivan, Esq.
Katherine M. Knight, Esq.
Venable, LLP
575 7th Street NW
Washington, D.C. 20004-1601
202-344-4703
jdbaldridge@venable.com
casullivan@venable.com
kmwright@venable.com

Also Present: Jesse Schaudies

Page 3

INDEX

Questions by Mr. McFarland 5

PREVIOUSLY MARKED EXHIBITS

DEPOSITION OF STEPHANIE SIMBECK

No. 1: Sketch prepared by Stephane Simbeck 9
No. 4: E-mail, June 2, 2013, from Gabby Liddicoat to Craig Thomas, Daryl Dixon, Erica Worden, Subject: Creep picture (SWIFT 0000074) 24

Page 4

The deposition of GABRIELLE CORINNE LIDDICOAT was taken by counsel for the Plaintiff, pursuant to notice, at the offices of Cleeton Davis Court Reporters, LLC, 402 BNA Drive, Suite 108, Nashville, Tennessee, on June 29, 2016, for all purposes under the Federal Rules of Civil Procedure.

The formalities as to notice, caption, certificate, et cetera, are waived. All objections, except as to the form of the questions, are reserved to the hearing.

It is agreed that Martha B. Davis, being a licensed court reporter and notary public for the State of Tennessee, may swear the witness, and that the reading and signing of the completed deposition by the witness are not waived.

* * *

GABRIELLE CORINNE LIDDICOAT

was called as a witness, and after having been first duly sworn, testified as follows:

Page 5

EXAMINATION

QUESTIONS BY MR. MCFARLAND:

Q. Would you state your full name for the record for us.

A. Gabrielle Corinne Liddicoat.

Q. Ms. Liddicoat, are you currently employed?

A. Yes, sir.

Q. And who are you employed by?

A. Cumberland Animal Hospital in Lebanon, Tennessee.

Q. And what do you do for them?

A. I actually run -- they have got a new boarding and grooming facility that I am in charge of running.

Q. How long have you held that position?

A. I've been there since last April.

Q. So April 2016?

A. '15.

Q. '15. Okay. And what did you do before that?

A. I worked on a concert tour.

Q. Concert tour for Taylor Swift?

A. Blake Shelton.

Q. And what did you do for that concert tour?

A. I was position and production coordinator.

Q. And what did you do in that position?

A. Coordinate travel, hotels for the band and

Page 6

crew, call times, set lists.
Q. And how long were you in that position?
A. That one was about a seven-month tour.
Q. And what did you do before that?
A. I worked for Team Swift.
Q. And what was your position for Team Swift?
A. When I first started in 2011, I was just a meet-and-greet coordinator. Then I moved into the position of personal assistant.
Q. When did you move into the position of personal assistant?
A. It would have been after the Speak Now Tour. Probably it would have been November of 2011.
Q. And what were your duties and responsibilities as a personal assistant?
A. Just kind of being the liaison between Taylor and management, stylists, hair and makeup, coordinating times for that and just being kind of there for anything she needed, errands, house management.
Q. And you reported directly to Ms. Swift?
A. I did.
Q. Did you go to college?
A. I didn't.
Q. No college?
A. No.

Page 7

Q. Graduated from high school?
A. Uh-huh.
Q. Somewhere nearby?
A. No. Maryland.
Q. Why did you leave Team Swift?
A. I left because I wanted to do a different position on a concert tour. I wanted to have that role of production coordinator and kind of learn the ropes of that. It's very different than being a personal assistant because you're dealing directly with artists with that, and I wanted the chance to learn something new and deal with the crew and band and everything.
Q. Okay. Did you attend Taylor's concert in Denver on June 2nd, 2013?
A. Yes.
Q. And you remember that event?
A. Yes.
Q. When did you get to the venue that day?
A. I don't -- I don't know.
Q. Morning or afternoon?
A. Probably afternoon.
Q. And what -- do you recall what you did when you arrived?
A. I don't.
Q. Do you recall the venue for that concert?

Relevance Asked & Answered Speculation

Page 8

A. Pepsi Center.
Q. Did you participate in the -- well, what's the -- what's the first thing you recall from the June 2nd, 2013, concert?
MS. WRIGHT: Objection. Form. Go ahead. You can answer.
THE WITNESS: Usually when we would get to the venue, we would always get Taylor situated in her dressing room, get her anything she needed, get her into hair and makeup a solid hour and a half before the first meet-and-greet, go ahead and get that started. Then I would escort her to the meet-and-greets she would have.
BY MR. MCFARLAND:
Q. Okay. Do you remember how many meet-and-greets there were at the June 2nd, 2013, concert?
A. I don't. Usually on any given tour date there would be three.
Q. Did you attend all of the meet-and-greets with Taylor Swift on June 2nd, 2013.
A. Yes.
Q. Do you recall the first meet-and-greet?
MS. WRIGHT: Objection to form.
THE WITNESS: No.

Vague and Ambiguous Relevance

Page 9

BY MR. MCFARLAND:
Q. Do you recall the second meet-and-greet?
A. The order, I honestly don't know.
Q. Do you recall the last meet-and-greet?
A. Yeah, the general meet-and-greet.
Q. What's the difference between the general meet-and-greet and the other ones?
A. The first ones were -- they're usually reserved for radio folks and any maybe VIPs, sports players that may be there with their families, and the general one is for fans.
Q. And Mr. Mueller attended the general or was at the general meet-and-greet --
MS. WRIGHT: Objection. Form.
BY MR. MCFARLAND:
Q. -- is that correct?
A. I don't remember which one he was in.
Q. Okay. Do you recall Mr. Mueller having his photograph taken with Taylor Swift?
A. Uh-huh. Yes.
Q. Let me hand you what's been marked Deposition Exhibit 1. Stephanie Simbeck was kind enough to draw that for us and represented it as the meet-and-greet area.
A. Yeah.

Misleading Relevance Improper Lawyer Testimony Foundation Assumes facts not in evidence

Page 10

Q. Does that look right to you?
A. It does. It's kind of our usual setup that we would do with the flow of everything.
Q. And what Stephanie described is sort of a 30-by-30 larger room, fabric walls, that sort of thing?
A. Yep, and then we would have what we would call the photo booth. It was a smaller sectioned off area for this with pipe and drape inside of the larger room.
Q. And Stephanie indicated she thought that room was maybe 10 by 10. Does that sound about right?
A. Yeah. It was never very big.
Q. And the photo booth is where meet-and-greet participants would come in to take their photograph and meet Taylor?
MS. WRIGHT: Objection. Form.
THE WITNESS: Yes. So this is where the general meet-and-greet would be. Any VIPs or anything would take part in the larger area.
BY MR. MCFARLAND:
Q. Okay. On June 2nd, 2013, when Mr. Mueller had his photograph taken with Ms. Swift, do you recall who was in the room?
MS. WRIGHT: Objection. Form.
THE WITNESS: I definitely remember Abby and Stephanie, Taylor and security.

Misleading, Relevance, Improper Lawyer Testimony, Foundation, Discuss Facts not in evidence

Page 11

BY MR. MCFARLAND:
Q. Do you know who the security was?
A. Greg.
Q. What was -- why were you in the room?
A. Mostly to usher people out. On any given general meet-and-greet, there could be up to, you know, between 60 and 80 people and it was just a small amount of time, so we would let them have their minute with Taylor and just say thanks so much for coming and I would hand them an 8-by-10 signed photo and they would be ushered out.
Q. Do you recall whether there was any security at the exit to the photo booth?
A. I believe so.
Q. Do you remember who that security personnel was?
A. I don't remember that.
Q. Do you recall Mr. Mueller entering the photo booth on June 2nd, 2013?
A. Yes.
Q. Do you remember who he was with, if anyone?
A. Girlfriend.
Q. Did you have any initial impression?
MS. WRIGHT: Objection. Form.
THE WITNESS: No.

Vague, Ambiguous, Improper Opinion Testimony

Page 12

BY MR. MCFARLAND:
Q. Nothing remarkable about Mr. Mueller as he came through the door?
A. No.
MS. WRIGHT: Objection. Form.
BY MR. MCFARLAND:
Q. What did -- what did you observe during the time that Mr. Mueller was in the photo booth?
A. Taylor is pretty, you know, across the board with how she is with any fans or people that she's meeting and it was just, you know, another person that she was getting to meet and give a hug to and just chat with real quick, but nothing terribly unusual at first.
Q. Okay. Did you notice whether she had conversation with Mr. Mueller's girlfriend?
A. I don't remember that.
Q. Do you remember whether she had conversation with Mr. Mueller?
A. I couldn't tell you what they talked about, but they did chat quickly.
Q. Did Taylor give Mr. Mueller's girlfriend a hug? Do you remember any physical contact?
MS. WRIGHT: Objection. Form.
THE WITNESS: Probably. She tends to hug everyone.

Compound Question, Incomplete, Relevance, Answer to Question not Designated

Page 13

BY MR. MCFARLAND:
Q. You don't have a specific recollection of that?
A. No.
Q. And you don't have a specific recollection of whether she hugged Mr. Mueller when he came through the door?
MS. WRIGHT: Objection.
MS. SULLIVAN: I'm in the -- I'm down here in the cheap seats so I won't be intervening. Just speak your answers. Don't just nod your head.
THE WITNESS: Okay.
MR. BALDRIDGE: She takes down what you say --
THE WITNESS: Sure.
MR. BALDRIDGE: -- and head shakes don't --
THE WITNESS: Sure. Yeah, I don't -- I don't remember any specific hugs or anything like that, but --
BY MR. MCFARLAND:
Q. Okay. And ultimately there was a picture taken?
A. Uh-huh.
MS. WRIGHT: Objection. Form.

Misstates Testimony, Relevance, Compound Question

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER
GABRIELLE CORINNE LIDDICOAT - 6/29/2016

Page 14

THE WITNESS: Yes.
BY MR. MCFARLAND:
Q. Do you recall how that happened?
MS. WRIGHT: Objection. Form.
THE WITNESS: The picture being taken?
BY MR. MCFARLAND:
Q. Yes.
A. Stephanie would just kind of get them together for their photo and that was their opportunity to take it. And it was kind of a one, two, three, we're going to take a picture whether you're ready or not.
Q. Okay. Did you see any inappropriate touching during the photograph?
MS. WRIGHT: Objection.
THE WITNESS: Not immediately. You saw her lean in to one side and then she looked uncomfortable, but . . .
BY MR. MCFARLAND:
Q. Okay. What happened next?
MS. WRIGHT: Objection. Form.
THE WITNESS: We ushered them out and she went on with the meet-and-greet.
BY MR. MCFARLAND:
Q. At that point, did Ms. Swift indicate to you that there was anything wrong?

Page 15

MS. WRIGHT: Objection to the form.
THE WITNESS: Not at that time.
BY MR. MCFARLAND:
Q. Did she indicate that she was upset or that anything was amiss?
MS. WRIGHT: Objection. Form.
THE WITNESS: Not until after we were done with the general meet-and-greet and we were getting ready to walk her back to the dressing room.
BY MR. MCFARLAND:
Q. Do you recall how many guests came into the photo booth after Mr. Mueller?
A. I don't know.
Q. Do you recall how much time passed between when Mr. Mueller was ushered out and the end of the meet-and-greet?
A. Any meet-and-greet usually takes between about say 20 to 30 minutes, so somewhere in that time.
Q. Okay. When did Taylor indicate to you that something had happened?
MS. WRIGHT: Objection. Foundation.
THE WITNESS: After the last fan was out, she did say something so everyone in the room could hear it.
BY MR. MCFARLAND:

Page 16

Q. What did she say?
A. "The guy touched my butt" or ass or . . .
Q. Can you recall anything -- well, do you specifically recall what she said?
A. Just that he touched me.
Q. And she indicated that he touched her butt?
A. Yeah.
Q. Did she indicate whether his hand was under or over her skirt?
MS. WRIGHT: Objection. Form.
THE WITNESS: She did not.
BY MR. MCFARLAND:
Q. Did you see Mr. Mueller inappropriately touch Ms. Swift?
A. No.
Q. Did you see Mr. Mueller lift her skirt in any manner?
A. No.
Q. How far away were you from where the photograph was being taken?
A. From Stephanie or from Taylor?
Q. From Taylor and Mr. Mueller and his girlfriend.
A. Maybe about seven feet away.
Q. And how far was Stephanie?

Page 17

MR. BALDRIDGE: Objection. Form.
THE WITNESS: About three feet from me.
BY MR. MCFARLAND:
Q. And about seven feet away from --
A. Yeah, from --
Q. -- Taylor?
A. -- the step and repeat. Yeah.
Q. And Abby was approximately the same distance?
MS. WRIGHT: Objection. Form.
THE WITNESS: Yes.
BY MR. MCFARLAND:
Q. Where was Greg Dent?
A. I don't know. I don't remember.
Q. Do you remember, was he on sort of your and Stephanie's side of the room or was he --
MS. WRIGHT: Asked and answered.
BY MR. MCFARLAND:
Q. -- or was he on Taylor's side of the room?
MS. WRIGHT: Objection. Asked and answered.
THE WITNESS: I don't remember.
BY MR. MCFARLAND:
Q. Do you recall when Taylor told the group that Mr. Mueller had -- you know, that guy had touched her inappropriately, do you remember if Mr. Dent had any

5 (Pages 14 to 17)

DTI Court Reporting Solutions - Washington, DC
1-800-292-4789 www.deposition.com

Page 18

reaction?
MS. WRIGHT: Objection. Form.
THE WITNESS: I don't -- I don't remember.
BY MR. MCFARLAND:
Q. Do you recall if he said anything in response?
A. No. No.
Q. Did you say anything in response?
A. No. I think what had happened at that point was, you know, security, they're all -- they've got their microphones and things that are wired to their walkie-talkies, and I think something was said over that and that's only something they can hear in their ears. It's not a broadcast over a radio.
Q. Okay.
A. And you didn't see Mr. Dent talk into his microphone or hear him. That's just your impression of what happened?
MS. WRIGHT: Objection. Form.
BY MR. MCFARLAND:
Q. Is that accurate?
A. I think they talked into the microphone. I don't know what was said.
Q. And did you have anything to say to Ms. Swift in response?

Page 19

MS. WRIGHT: Objection. Asked and answered.
THE WITNESS: No.
BY MR. MCFARLAND:
Q. What happened next?
MS. WRIGHT: Objection. Form.
THE WITNESS: Taylor was escorted back to her dressing room.
BY MR. MCFARLAND:
Q. By you or by somebody else?
A. By security. And then I would follow soon after.
Q. Okay. Do you remember what security personnel escorted her back to her office?
A. I don't.
Q. And can you describe Taylor's demeanor at the end of the meet-and-greet?
A. She was uncomfortable.
Q. Was she -- was she crying?
A. No.
Q. Would you describe her as very upset?
A. Visibly upset, yes.
Q. What did you do after the end of the meet-and-greet?
A. Went back to the dressing room. I would

Page 20

always lock her purse up in a secured area, so I brought that back to her. She asked for her phone. I gave her her phone. And at that point I would have left until it was time for her to get ready, to get show ready.
Q. Did you have conversations with anybody else that evening about Mr. Mueller?
A. No.
Q. Other than your lawyers, have you since talked to anybody about Mr. Mueller?
A. No.
Q. When did you find out that David Mueller was the person who allegedly inappropriately touched Taylor?
MS. WRIGHT: Objection. Foundation.
THE WITNESS: I don't remember when it happened. I remember reading about it, and then I didn't hear anything of it until I was contacted by 13.
BY MR. MCFARLAND:
Q. Do you know anything about the maintenance or storage of photographs that are taken at the meet-and-greet?
A. Yes.
Q. Do you know if they're maintained?
A. They are kept in a Dropbox file folder and

Page 21

then deleted to create space.
Q. Do you know whether copies of those are kept anywhere?
MS. WRIGHT: Objection. Vague.
THE WITNESS: I wouldn't know.
BY MR. MCFARLAND:
Q. On June 2nd, 2013, did you see the photograph of Mr. Mueller, Ms. Swift and Mr. Mueller's girlfriend?
A. Yeah.
Q. Do you remember when you saw that photograph?
A. I uploaded it in between the time after the meet-and-greet and before show time to the Dropbox folder.
Q. Okay. And how did you do that?
A. I just take the SD card. That picture was asked to not be uploaded like all the other fan photos would have been, so that one was kept separate and not uploaded to the -- they are given a card that has a code to go on and get their photo and that one was not eligible for that.
Q. Who asked you not to upload --
MS. WRIGHT: Objection. Foundation.
BY MR. MCFARLAND:
Q. -- that photograph?
A. The management team.

Page 22

Q. Do you remember which person in the management team made that request?
A. I don't remember.
Q. Okay. Did you ever see Mr. Mueller after he exited the photo booth on June 2nd, 2013?
A. No.
Q. Did you speak with Mr. Mueller on June 2nd, 2013?
A. No.
Q. Did you converse with his girlfriend?
A. No.
Q. Did you hand Mr. Mueller and his girlfriend photographs?
MS. WRIGHT: Objection. Vague.
THE WITNESS: I don't remember. Probably.
BY MR. MCFARLAND:
Q. Do you remember whether Ms. Swift shook hands with Mr. Mueller and his girlfriend before they exited the photo booth?
A. I don't know.
Q. Did you see Ms. Swift give any indication to anyone in the room, anyone in the photo booth, that there was a problem prior to the conclusion of the meet-and-greet?

Page 23

MS. WRIGHT: Objection. Form.
THE WITNESS: No. She's kind of a professional about things.
BY MR. MCFARLAND:
Q. What is your impression of Greg Dent?
MS. WRIGHT: Objection. Form.
THE WITNESS: He's -- I have always gotten along with Greg Dent.
BY MR. MCFARLAND:
Q. Did he seem to take his job seriously?
MS. WRIGHT: Objection. Form.
THE WITNESS: I mean, I think so.
BY MR. MCFARLAND:
Q. Do you know Kris Lamb?
A. Yes.
Q. Who is Kris Lamb?
A. He is one of the regional -- I don't even know what you call him, but he, I suppose, works for Big Machine and has different areas that he goes out and basically hosts the radio program directors and things like that and has those relationships with them.
Q. Do you know whether he was at the -- is it a he?
A. Yes.
Q. Do you know whether he was at the June 2nd,

Page 24

2013, concert in Denver?
A. I don't remember that.
Q. Right. Do you recall whether Frank Bell was in the photo booth at the end of the third meet-and-greet?
MS. WRIGHT: Objection. Form.
THE WITNESS: I don't remember that.
BY MR. MCFARLAND:
Q. Do you know Eddie Haskell?
A. No.
Q. Let me show you what's been marked as Deposition Exhibit 4. Can you identify that exhibit?
A. Yes. It's an e-mail picture I sent to Craig Thomas, who is security director, Daryl Dickson, who did local security, and Erica, the tour manager. This is a photo they requested me to send to them and not upload it to the site from my e-mail address that I had with Firefly Entertainment.
Q. And you labeled -- or in the subject line you inserted "Creep Picture"?
A. Yes.
Q. And why did you do that?
A. Because that was the situation that was going on. I think that's the label that he had gotten because of her reaction to what had happened.

Page 25

Q. Did you happen to talk to anybody else in the room to determine whether they had seen any inappropriate touching?
MS. WRIGHT: Objection. Form. Asked and answered.
THE WITNESS: I don't think so.
BY MR. MCFARLAND:
Q. Did you have or can you recall having conversations with anyone that we haven't talked about yet about David Mueller?
MS. WRIGHT: Objection. Form. Privileged.
BY MR. MCFARLAND:
Q. Other than counsel.
THE COURT REPORTER: Did you answer?
THE WITNESS: I don't think -- no, I didn't answer. No, I haven't.
BY MR. MCFARLAND:
Q. Were you at the concert before the Denver concert?
MS. WRIGHT: Objection. Form.
THE WITNESS: I'm sure I was. I was at every concert except for the Nashville shows that were in September because I was in a wedding, so I was at every other show.