## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 1:15-cv-01974-WJM-KLM

DAVID MUELLER

        Plaintiff,

v.

TAYLOR SWIFT; FRANK BELL;   and
ANDREA SWIFT a/k/a ANDREA FINLAY

        Defendants.

### DEFENDANTS' AMENDED FINAL EXHIBIT LIST

      Pursuant to WJM Revised Practiced Standards Section IV.B.4.8 and this Court's Order,

Defendants Frank Bell, Andrea Swift, and Taylor Swift, and Counterclaimant Taylor Swift

(collectively "Defendants"), hereby submit their Amended Final Exhibit List.


Dated:  August 2, 2017                  Respectfully Submitted,


                            /s/ J. Douglas Baldridge
                            J. Douglas Baldridge
                            Danielle R. Foley
                            Katherine M. Wright
                            Venable LLP
                            600 Massachusetts Ave., NW
                            Washington, D.C. 20001
                            Telephone: (202) 344-4000
                            FAX: (202) 344-8300
                            jbaldridge@venable.com
                            drfoley@venable.com
                            kmwright@venable.com

                            *Attorneys for Defendants Taylor Swift,*
                            *Frank Bell, Andrea Swift, and*
                            *Counterclaimant Taylor Swift*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 2nd day of August, 2017 a copy of

the foregoing was filed with the Clerk of Court using the Court's CM/ECF system on all counsel

of record.


/s/ J. Douglas Baldridge
J. Douglas Baldridge

**AMENDED FINAL EXHIBIT LIST**

CASE NO.1:15-cv-1974-WJM-KLM_____     PLAINTIFF'S LIST___ DEFENDANTS' LIST _X_     THIRD PTY DEFTS. LIST_____

CASE CAPTION David Mueller vs. Taylor Swift, Frank Bell, and Andrea Swift     PAGE NO. _1_   DATE 8/2/17

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A | | January 4, 2013 Mueller Contract at SWIFT_0000003-18 | | X | | | | | |
| B | | Mueller Employment Application at SWIFT_0000039 - 43 | | X | | | | | |
| C | | June 4, 2013 Mueller Termination Letter at SWIFT_0000029 | | X | | | | | |
| D | | June 3, 2013 Bell Email to Call at SWIFT_000147 | | X | | | | | |
| E | | June 3, 2013 Call Email to Bell at SWIFT_0000082 | | X | | | | | |
| F | | June 3, 2013 Marsh Email to Beckwith at LFM0106 - 108 | | X | | | | | |
| G | | Eddie Haskell notes at SWIFT_0000021-23 | | X | | | | | |
| H | | Bob Call notes at SWIFT_0000024 - 28 | | X | | | | | |
| I | | June 2, 2013 Photograph of Ms. Swift and Plaintiff, SWIFT_0000076 | | X | | | | | |

**AMENDED FINAL EXHIBIT LIST**

CASE NO.1:15-cv-1974-WJM-KLM_____    PLAINTIFF'S LIST___ DEFENDANTS' LIST  X    THIRD PTY DEFTS. LIST_____

CASE CAPTION David Mueller vs. Taylor Swift, Frank Bell, and Andrea Swift     PAGE NO.  2   DATE 8/2/17

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| J | | Photographs from meet and greet at SWIFT_0000194 - 211 | | X | | | | | |
| K | | June 2, 2013 Photograph of Ms. Swift and Mr. Haskell | | X | | | | | |
| L | | June 2, 2013 Liddicoat Email at SWIFT_0000073-74 | | X | | | | | |
| M | | Excerpt of Recording – Filename: 007 | | X | | | | | |
| N | | Excerpt of Recording – Filename: 008 | | X | | | | | |
| O | | Excerpt of Recording – Filename: 009 | | X | | | | | |
| P | | Excerpt of Recording – Filename: 010 | | X | | | | | |
| Q | | Excerpt of Recording – Filename: 011 | | X | | | | | |
| R | | Excerpt of Recording – Filename: 012 | | X | | | | | |
| S | | Excerpt of Recording – Filename: 015 | | X | | | | | |
| T | | Excerpt of Recording – Filename: 016 | | X | | | | | |

**AMENDED FINAL EXHIBIT LIST**

CASE NO.1:15-cv-1974-WJM-KLM_____    PLAINTIFF'S LIST___ DEFENDANTS' LIST _X_    THIRD PTY DEFTS. LIST_____

CASE CAPTION David Mueller vs. Taylor Swift, Frank Bell, and Andrea Swift      PAGE NO._3_   DATE 8/2/17

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| U | | Excerpt of Recording – Filename: 017 | | X | | | | | |
| V | | Excerpt of Recording – Filename: 018 | | X | | | | | |
| W | | Excerpt of Recording – Filename: 019 | | X | | | | | |
| X | | Transcript of Recorded Conversations | | X | | | | | |
| Y | | May 29, 2013 Dimick and Cohen Email chain at WEISS000668-69 | | X | | | | | |
| Z | | May 29, 2013 Cohen Email to Dimick at WEISS000575 | | X | | | | | |
| A1 | | May 29, 2013 Mueller Notes from Conference Call with Talent Agent | | X | | | | | |
| A2 | | Mueller Agency Agreement with The Weiss Agency at WEISS000088-90 | | X | | | | | |

**AMENDED FINAL EXHIBIT LIST**

CASE NO. 1:15-cv-1974-WJM-KLM_____      PLAINTIFF'S LIST___ DEFENDANTS' LIST  X    THIRD PTY DEFTS. LIST_____

CASE CAPTION David Mueller vs. Taylor Swift, Frank Bell, and Andrea Swift      PAGE NO.  4    DATE 8/2/17

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A3 | | Muller Non-compete with Nineball, WEISS0000058-65 | | X | | | | | |
| A4 | | July 20, 2016 Declaration of Gregory W. Dent | | | | | | | |
| A5 | | David Mueller Radio Resume at MUELLER0082 | | X | | | | | |
| A6 | | Lincoln Financial 401(k) Savings Plan, September 2012, ENTERCOM00001 - 52 | | X | | | | | |
| A7 | | Lincoln Financial 401(k) Savings Plan, May 2013, ENTERCOM00053 - 107 | | X | | | | | |
| A8 | | July 16, 2014 Cyd Hunt Letter to Frank Bell and attached Draft Complaint, SWIFT_0000086-90 | | Auth Only | | | | | |

**AMENDED FINAL EXHIBIT LIST**

CASE NO._1:15-cv-1974-WJM-KLM_____   PLAINTIFF'S LIST___ DEFENDANTS' LIST _X_   THIRD PTY DEFTS. LIST_____

CASE CAPTION _David Mueller_ vs. _Taylor Swift, Frank Bell, and Andrea Swift_   PAGE NO._5_  DATE _8/2/17_

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A9 | | February 27, 2015 McFarland Email and attached Draft Complaint, SWIFT_0000110-117 | | Auth Only | | | | | |
| A10 | | May 29, 2015 Complaint in Colorado State Court, SWIFT_0000276-282 | | Auth Only | | | | | |
| A11 | | June 1, 2015 Amended Complaint in Colorado State Court, SWIFT_0000121-129 | | Auth Only | | | | | |
| A12 | | January 22, 2013 Mueller Acknowledgement of Employment, SWIFT_0000066 | | Auth Only | | | | | |
| A13 | | May 31, 2013 Frank Bell email to Kris Lamb (redacted), SWIFT_0000144-145 | | X | | | | | |
| A14 | | January 30, 2014 Cyd Hunt letter to Bob Call, LFM0081 | | Auth Only | | | | | |

**AMENDED FINAL EXHIBIT LIST**

CASE NO. 1:15-cv-1974-WJM-KLM_____     PLAINTIFF'S LIST___ DEFENDANTS' LIST  X    THIRD PTY DEFTS. LIST_____

CASE CAPTION David Mueller vs. Taylor Swift, Frank Bell, and Andrea Swift     PAGE NO.  6   DATE 8/2/17

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A15 | | February 21, 2014 Cyd Hunt email to Jennifer Petruccelli, LFM00006 | | Auth Only | | | | | |
| A16 | | March 13, 2014 Cyd Hunt letter to Jennifer Petruccelli, LFM0004 | | Auth Only | | | | | |
| A17 | | April 1, 2014 Jennifer Petruccelli letter to Cyd Hunt, SWIFT_000001 | | Auth Only | | | | | |
| A18 | | April 21, 2014 Cyd Hunt letter to Jennifer Petruccelli, LFM0083 | | Auth Only | | | | | |
| A19 | | May 22, 2013 Maureen Marsh email to Shannon Melcher, LFM0110 | | X | | | | | |
| A20 | | June 2, 2013 Shannon Melcher email to Maureen Marsh, LFM0109 | | X | | | | | |
| A21 | | Plaintiff's Responses to First Set of Interrogatories (redacted) | | Auth Only | | | | | |

**AMENDED FINAL EXHIBIT LIST**

CASE NO.<u>1:15-cv-1974-WJM-KLM</u>         PLAINTIFF'S LIST___ DEFENDANTS' LIST <u>X</u>     THIRD PTY DEFTS. LIST_____

CASE CAPTION <u>David Mueller</u> vs. <u>Taylor Swift, Frank Bell, and Andrea Swift</u>     PAGE NO. <u> 7 </u>  DATE <u>8/2/17</u>

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A22 | | Kevin H. Call Curriculum Vitae | | Auth Only | | | | | |
| A23 | | Kevin H. Call List of Prior Deposition and Trial Testimony | | Auth Only | | | | | |
| A24 | | Kevin H. Call Publications | | Auth Only | | | | | |
| A25 | | Kevin H. Call Documents Considered | | Auth Only | | | | | |
| A26 | | Jason T. Briody Curriculum Vitae | | Auth Only | | | | | |
| A27 | | Jason T. Briody Publication List | | Auth Only | | | | | |
| A28 | | Briody Report Appx. 3 - iPad – Technical Specifications | | Auth Only | | | | | |
| A29 | | Briody Report Appx. 4 – HDD In Water Study | | Auth Only | | | | | |
| A30 | | Briody Report Appx. 5 - Performance Analysis of NAND | | Auth Only | | | | | |

**AMENDED FINAL EXHIBIT LIST**

CASE NO. 1:15-cv-1974-WJM-KLM_____      PLAINTIFF'S LIST___ DEFENDANTS' LIST  X    THIRD PTY DEFTS. LIST_____

CASE CAPTION <u>David Mueller</u> vs. <u>Taylor Swift, Frank Bell, and Andrea Swift</u>      PAGE NO.   8    DATE 8/2/17

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| | | Flash Memory Solid-State Disks | | | | | | | |
| A31 | | Lorraine Bayard de Volo Curriculum Vitae | | Auth Only | | | | | |
| A32 | | Berdahl, Jennifer L. "Harassment Based on Sex: Protecting Social Status in the Context of Gender Hierarchy." | | Auth Only | | | | | |
| A33 | | Bergdahl, Jennifer L. "The Sexual Harassment of Uppity Women" | | Auth Only | | | | | |
| A34 | | Breiding, Matthew J., Sharon G. Smith, Kathleen C. Basile, Mikel L. Walters, Jieru Chen, and Melissa T. Merrick. "Prevalence and Characteristics of Sexual Violence" Stalking, and Intimate Partner Violence Victimization— | | Auth Only | | | | | |

**AMENDED FINAL EXHIBIT LIST**

CASE NO.1:15-cv-1974-WJM-KLM_____     PLAINTIFF'S LIST___ DEFENDANTS' LIST _X_     THIRD PTY DEFTS. LIST_____

CASE CAPTION David Mueller vs. Taylor Swift, Frank Bell, and Andrea Swift     PAGE NO._9_  DATE 8/2/17

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| | | National Intimate Partner and Sexual Violence Survey | | | | | | | |
| A35 | | Campbell, Rebecca and Townsend, Stephanie. "Defining the Scope of Sexual Violence Against Women." In *Sourcebook on Violence Against Women* | | Auth Only | | | | | |
| A36 | | Connell, Raewyn. Gender and Power. Ch. 8, Stanford University Press. | | Auth Only | | | | | |
| A37 | | DeSouza, Eros and A. Gigi Fansler. "Contrapower Sexual Harassment: A Survey of Students and Faculty Members" | | Auth Only | | | | | |
| A38 | | Franke, K. M. What's wrong with sexual harassment? *Stanford Law Review* | | Auth Only | | | | | |

**AMENDED FINAL EXHIBIT LIST**

CASE NO.1:15-cv-1974-WJM-KLM_____     PLAINTIFF'S LIST___ DEFENDANTS' LIST  X    THIRD PTY DEFTS. LIST_____

CASE CAPTION David Mueller vs. Taylor Swift, Frank Bell, and Andrea Swift     PAGE NO.  10   DATE 8/2/17

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A39 | | Goleman, Daniel. "Sexual Harassment: It's About Power, Not Lust" *The New York Times* | | Auth Only | | | | | |
| A40 | | Gruber, James E. and Lars Bjorn. "Women's Responses to Sexual Harassment: An Analysis of Sociocultural, Organizational, and Personal Resource Models" | | Auth Only | | | | | |
| A41 | | Morgan, Phoebe and James E. Gruber. "Sexual Harassment: Violence against Women at Work and in Schools" | | Auth Only | | | | | |
| A42 | | University of Colorado Boulder. "Summary of Sexual Assault and Perpetrator Characteristics" | | Auth Only | | | | | |

**AMENDED FINAL EXHIBIT LIST**

CASE NO.1:15-cv-1974-WJM-KLM_____     PLAINTIFF'S LIST___ DEFENDANTS' LIST  X    THIRD PTY DEFTS. LIST_____

CASE CAPTION David Mueller vs. Taylor Swift, Frank Bell, and Andrea Swift     PAGE NO.  11   DATE 8/2/17

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A43 | | The White House Council on Women and Girls. January "Rape and Sexual Assault: A Renewed Call to Action." | | Auth Only | | | | | |
| A44 | | Wiener, Richard L., Sarah J. Gervais, Jill Allen, and Allissa Marquez.. "Eye of the Beholder: Effects of Perspective and Sexual Objectification on Harassment Judgments." | | Auth Only | | | | | |
| A45 | | Wilson, Fiona and Paul Thompson. *Sexual Harassment as an Exercise of Power Gender, Work and Organization* | | Auth Only | | | | | |
| A46 | | Tumulty, Karen. "Woman says Trump reached under her skirt and groped her in early 1990s" *The Washington Post* | | Auth Only | | | | | |

**AMENDED FINAL EXHIBIT LIST**

CASE NO.<u>1:15-cv-1974-WJM-KLM</u>        PLAINTIFF'S LIST___ DEFENDANTS' LIST  <u>X</u>     THIRD PTY DEFTS. LIST_____

CASE CAPTION <u>David Mueller</u> vs. <u>Taylor Swift, Frank Bell, and Andrea Swift</u>      PAGE NO. <u>  12  </u>  DATE <u>8/2/17</u>

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A47 | | Gray, Emma. "Confused Why Women Don't Report Sexual Assault? Ask Kesha." *The Huffington Post* | | Auth Only | | | | | |
| A48 | | Mahler, Jonathan. "For Many Women, Trump's 'Locker Room Talk' Brings Memories of Abuse." *The New York Times* | | Auth Only | | | | | |
| A49 | | Any Exhibit listed by Plaintiff | | | | | | | |
| A50 | | Any document necessary for impeachment or rebuttal | | | | | | | |
| A51 | | Demonstrative Exhibits | | | | | | | |

**AMENDED FINAL EXHIBIT LIST**

CASE NO.<u>1:15-cv-1974-WJM-KLM</u>          PLAINTIFF'S LIST___ DEFENDANTS' LIST <u> X </u>    THIRD PTY DEFTS. LIST_____

CASE CAPTION <u>David Mueller</u> vs. <u>Taylor Swift, Frank Bell, and Andrea Swift</u>     PAGE NO. <u> 13 </u> DATE <u>8/2/17</u>

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)


     1.      Defendants / Counterclaim Plaintiff reserve the right to supplement this Exhibit List, as necessary, to include additional documents for rebuttal, impeachment, or to respond to any documents that Plaintiff / Counterclaim Defendant includes on his Exhibit List, or to any witness that Plaintiff / Counterclaim Defendant includes on his Witness List.

     2.      Defendants / Counterclaim Plaintiff reserve the right to use any document listed on Plaintiff / Counterclaim Defendant's Final Exhibit List.

     3.      Exhibits A – A21 constitute Defendants' primary exhibit list. Exhibits A22 – A48 may or may not be used depending on Plaintiff's case. Defendants are including the remaining exhibits on their list in an abundance of caution.