**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:15-cv-01974-WJM-KLM

DAVID MUELLER

        Plaintiff,

v.

TAYLOR SWIFT; FRANK BELL;
ANDREA SWIFT a/k/a ANDREA FINLAY;
SCOTT SWIFT; and JOHN DOES 1-5

        Defendants.

---

**PLAINTIFF MUELLER'S UNOPPOSED MOTION TO RESTRICT ACCESS TO PORTIONS OF GREG DENT'S DEPOSITION TRANSCRIPT**

---

Plaintiff/Counterclaim Defendant David Mueller ("Mr. Mueller" or "Plaintiff"), pursuant to D.C.Colo.LCivR. 7.2, moves the Court to restrict access to portions of Greg Dent's deposition transcript. In support of his Motion, Plaintiff states:

1. In his deposition, Mr. Dent provided the names of certain persons to whom he provided security services based on the representations of counsel that those names would not be disclosed.

2. Consistent with the representations made by counsel, the last names of those persons should be redacted and otherwise protected from disclosure.

3. An unredacted copy of Mr. Dent's deposition transcript has been filed under Restriction Level 1 along with a second copy of Mr. Dent's deposition transcript with the proposed redactions.

2

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion. A proposed order granting the requested relief is attached hereto.

DATED this 2nd day of August, 2017.

Respectfully submitted,

EVANS & MCFARLAND, LLC

*/s/ M. Gabriel McFarland*
M. Gabriel McFarland
Evans & McFarland, LLC
910 13th Street, #200
Golden, CO 80401
303-279-8300
Email: gmcfarland@emlawyers.com

*Attorney for Plaintiff / Counterclaim Defendant David Mueller*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 2nd day of August, 2017, a copy of the foregoing **PLAINTIFF MUELLER'S UNOPPOSED MOTION TO RESTRICT ACCESS TO PORTIONS OF GREG DENT'S DEPOSITION TRANSCRIPT** was filed with the Clerk of Court using the Court's CM/ECF system on all counsel of record.

/s/ *M. Gabriel McFarland*
M. Gabriel McFarland