```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF COLORADO

 3   Case Number 15-cv-01974-WJM-KLM
     _____
 4
     DAVID MUELLER,
 5
          Plaintiff,
 6
     vs.
 7
     TAYLOR SWIFT, et al.,
 8
          Defendant.
 9   _____

10              Proceedings before KRISTEN L. MIX, United

11   States Magistrate Judge, United States District Court for

12   the District of Colorado, commencing at 10:03 a.m.,

13   December 8, 2016, in the United States Courthouse,

14   Denver, Colorado.

15   _____

16              WHEREUPON, THE ELECTRONICALLY RECORDED

17   PROCEEDINGS ARE HEREIN TYPOGRAPHICALLY TRANSCRIBED...
     _____
18
                              APPEARANCES
19
                M. GABRIEL McFARLAND, Attorney at Law,
20
     appearing for the plaintiff.
21
                BRIAN L. SCHWALB, DANIELLE FOLEY, and
22
     KATHERINE M. WRIGHT, Attorneys at Law, appearing for the
23
     defendants.
24   _____

25    TRANSCRIPT OF AUDIO RECORDED FINAL PRETRIAL CONFERENCE
```

| David Mueller vs. | Transcript of Audio Recorded Final Pretrial Conference |
|---|---|
| Taylor Swift, et al. | December 08, 2016 |

Page 2

```
 1                   P R O C E E D I N G S
 2              (Whereupon, the within electronically
 3   recorded proceedings are herein transcribed, pursuant to
 4   order of counsel.)
 5              THE COURT:  Please be seated.
 6              Good morning.  This is 15-cv-01974, David
 7   Mueller versus Taylor Swift, et al.
 8              Let's have counsel enter appearances,
 9   please.
10              MR. McFARLAND:  Good morning, Judge.  Gabe
11   McFarland for the plaintiff.
12              THE COURT:  Good morning.
13              MR. SCHWALB:  Good morning, Your Honor.
14   Brian Schwalb along with Danielle Foley and Katie Wright
15   on behalf of the defendants.  And with us is Jay
16   Schaudies (phonetic), a representative of defendants.
17              THE COURT:  Good morning.
18              We're here for the final pretrial
19   conference.  I have the proposed final pretrial order.  I
20   have been through it.  I made a couple of changes to what
21   I think are typographical errors.
22              On page 1 I changed the spelling of my
23   first name.  That's not a big deal, but it always jumps
24   out to me for some reason.
25              On page 3 in footnote 2, I think there's
```

David Mueller vs.  
Taylor Swift, et al.

Transcript of Audio Recorded Final Pretrial Conference  
December 08, 2016

Page 3

 1    just a typo there.  It was -- I think it was supposed to
 2    say "plaintiff was employed" as opposed to "plaintiffs
 3    was employed."
 4              In footnote 3 on page 4, there's a
 5    reference to an allegation by defendant regarding
 6    spoliation of evidence.  And what I've written in there
 7    is that any motions relating to spoliation of evidence
 8    shall be made in writing.  That's really the best way to
 9    do that at this stage of the game.  I don't know whether
10    Judge Martinez would refer those motions to me or not,
11    and as a result of that, I want you to file a written
12    motion so we see -- can see what he does with it.
13              With respect to your witness list and
14    exhibit lists, those all look like they're in good order
15    to me.
16              I wanted to address with you quickly the
17    issue of confidentiality that you raised.  And you
18    indicate that there's certain events that have occurred
19    that lead you to have concerns about the impact of
20    disclosures on the jury pool and jury selection.
21              Let me give you an idea of how this works
22    in terms of getting a trial date.  With Judge Martinez,
23    he generally issues a minute order after the final
24    pretrial order is entered, setting a trial date, but he
25    generally doesn't issue that minute order until after

```
 1   dispositive motions are ruled on.
 2                So you have a motion for summary judgment
 3   pending that was fully briefed on November 17.  Frankly,
 4   I think you're looking at several months before a ruling
 5   is made on that motion and several additional months
 6   before a trial date is set.  I -- I can't speak for Judge
 7   Martinez.  I'm only saying that based on my experience
 8   with his docket these days.
 9                You also know, of course, we're short a
10   judge on this bench -- a district judge on this bench,
11   and that impacts the criminal dockets of the remaining
12   district judges, and they get busier.
13                So I understand your concerns relating to
14   confidentiality that you've raised here, and I might
15   suggest that you consider raising those directly with
16   Judge Martinez by way of some sort of a motion instead of
17   at the trial preparation conference simply because the
18   trial preparation conference is not likely to be for
19   quite a while.
20                Generally he has about a two-week window
21   between the trial preparation conference and the trial
22   date.  So you know, theoretically that motion for summary
23   judgment is on his six-month list that ends in September
24   of 2017, and a trial date could be set after that.  So
25   you are looking at the possibility of a -- a lengthy
```

Case No. 1:15-cv-01974-WJM-KLM    Document 217    filed 08/07/17    USDC Colorado
pg 5 of 10

David Mueller vs.                                   Transcript of Audio Recorded Final Pretrial Conference
Taylor Swift, et al.                                                                December 08, 2016

Page 5

```
 1  delay until a trial preparation conference.
 2              And to the extent that the case remains
 3  pending during that time -- which it will, until, you
 4  know, some kind of order is issued on the dispositive
 5  motion, then the case still may remain pending -- and
 6  there are additional concerns about confidentiality
 7  issues, I would suggest to you that you may want to raise
 8  those sooner rather than later.
 9              Also, I see that you have requested that in
10  Section 5 -- paragraph 5 under Section 11 on page 16 --
11  or Section 9, excuse me -- special issues,
12  subparagraph 5, that you're requesting a trial date the
13  first quarter of 2017.  And you know, again, I think it's
14  highly unlikely, just so that you're aware of that and
15  that you can plan accordingly.
16              Unfortunately -- and this is not -- this is
17  not just our court, but across the country, courts don't
18  give cues as to when they're likely to rule on
19  dispositive motions.  So you're really just going to be
20  left wondering whether you're going to get a -- when
21  you're going to get a ruling on a dispositive motion and
22  when you're going to get a trial date, and that's just
23  the way it is, so plan accordingly.
24              Also, in section -- paragraph 6 of
25  Section 9, you indicate that you're requesting that the
```

Page 6

```
 1   district judge schedule a status -- telephone status
 2   hearing because you're requesting a trial date that's
 3   longer than five days, a seven- to ten-day trial date.  I
 4   think you'll need to make that request by motion.  Making
 5   it in the final pretrial order is one thing, but it may
 6   not come to his attention immediately.
 7                 So if you would like him to hold a
 8   telephone status hearing for purposes of addressing the
 9   trial setting, I would make that request by a motion.
10   I've written in here that the parties shall file a motion
11   to make the above request.
12                 As I said, your exhibit list and witness
13   lists look like they're in good shape.  That's really all
14   that I have for you today other than signing the final
15   pretrial order and making it an order of the court.
16                 It will be docketed today and Judge
17   Martinez will be aware that the case, from your
18   perspective, is trial ready in that everything is done
19   with the exception of the ruling on the motion for
20   summary judgment and obtaining the trial preparation
21   conference date and the trial date.
22                 So anything else we need to address here
23   from plaintiff's point of view, Mr. McFarland?
24                 MR. McFARLAND:  Nothing from the plaintiff.
25   Thanks, Judge.
```

| David Mueller vs. | Transcript of Audio Recorded Final Pretrial Conference |
|---|---|
| Taylor Swift, et al. | December 08, 2016 |

Page 7

```
 1                    THE COURT:  All right.  Thank you.
 2                    Anything else from defendants?
 3   Mr. Schwalb?
 4                    MR. SCHWALB:  Maybe I could ask just for
 5   some guidance --
 6                    THE COURT:  Sure.
 7                    MR. SCHWALB:  -- if Your Honor's
 8   comfortable.
 9                    The first would be with respect to getting
10   a schedule that accommodates -- obviously Ms. Swift has a
11   schedule that's not --
12                    THE COURT:  Yeah.
13                    MR. SCHWALB:  -- typical of most litigants.
14                    THE COURT:  Right.
15                    MR. SCHWALB:  She fully understands that
16   she's got to comply with how the Court sets the schedule,
17   but do you have any guidance for us in terms of how we
18   can try to minimize the disconnect between her schedule,
19   which goes out many months and involves world-wide travel
20   and -- so that --
21                    THE COURT:  Yeah.
22                    MR. SCHWALB:  The lead time is the key in
23   terms of --
24                    THE COURT:  Right.
25                    MR. SCHWALB:  -- of finding a date that
```

David Mueller vs.  
Taylor Swift, et al.

Transcript of Audio Recorded Final Pretrial Conference  
December 08, 2016

Page 8

```
 1   works.
 2              THE COURT:  I did -- I did make some
 3   contact with Judge Martinez when you raised this issue
 4   before -- I think it was at the time of the scheduling
 5   conference with respect to maybe discovery issues,
 6   setting a deposition or something like that -- and I got
 7   a very clear response from him that it is not his
 8   practice to take into account the public prominence of
 9   parties in litigation.
10              And I think he understood that I was saying
11   this is a scheduling issue.  There's complicated
12   scheduling here obviously.  But nevertheless, the
13   response that I got was that he handles all cases the
14   same way.
15              MR. SCHWALB:  Sure.
16              THE COURT:  So I -- I think that you just
17   need to -- to do your best to explain to Judge Martinez
18   what her schedule actually does look like as far as it's
19   booked --
20              MR. SCHWALB:  Uh-huh.
21              THE COURT:  -- in advance and ask him if he
22   can make an attempt to accommodate that.  And he either
23   will or he won't.  It's his decision.
24              MR. SCHWALB:  Sure.
25              THE COURT:  But I think the more
```

| David Mueller vs. | Transcript of Audio Recorded Final Pretrial Conference |
|---|---|
| Taylor Swift, et al. | December 08, 2016 |

Page 9

```
 1   information he has, the better.
 2              MR. SCHWALB:  Thank you.  The second
 3   question I have is with respect to coordination with
 4   courthouse security.
 5              THE COURT:  Right.
 6              MR. SCHWALB:  We want to make sure that
 7   when and if the trial is going on, there's as little
 8   inconvenience or security risks to the personnel in the
 9   court, the public, the jurors.  Who should we address
10   that issue with and is that also something through Judge
11   Martinez, a written motion that you suggest we raise with
12   him?
13              THE COURT:  Yeah, that's how I would do it.
14              MR. SCHWALB:  Okay.
15              THE COURT:  It's -- you know, we don't have
16   many trials in this courtroom -- we have -- often have
17   criminal trials where there's some notoriety with respect
18   to the criminal trial, but we don't have many involving,
19   you know, internationally famous pop stars.  So there
20   isn't a real protocol that we've developed in advance in
21   terms of handling what might be large public interest.
22              MR. SCHWALB:  Right.
23              THE COURT:  If I were you and in your
24   shoes, I would go through the district judge first,
25   because Judge Martinez may well want to coordinate that
```

Case No. 1:15-cv-01974-WJM-KLM    Document 217    filed 08/07/17    USDC Colorado    pg 10 of 10

David Mueller vs.                                    Transcript of Audio Recorded Final Pretrial Conference
Taylor Swift, et al.                                                              December 08, 2016

Page 10

```
 1   issue himself or he may delegate it to the clerk of the
 2   court --
 3              MR. SCHWALB:  Okay.
 4              THE COURT:  -- or other staff members.  I
 5   just don't know the answer to that.  But I think the
 6   place to start is by bringing the issue to his attention
 7   by way of a motion and seeing what he does with it from
 8   there.
 9              MR. SCHWALB:  We'll do that.  Thank you,
10   Your Honor.
11              THE COURT:  All right.  You're welcome.
12              All right.  I'm ready to sign the final
13   pretrial order, and I'll do that and date it today and
14   make it an order of the court.
15              And we'll be in recess.  Thank you.
16              MR. McFARLAND:  Thank you.
17              THE CLERK:  All rise.  Court is in recess.
18              (Whereupon, the within hearing was then in
19   conclusion at 10:11 a.m.)
20              I certify that the foregoing is a correct
21   transcript to the best of my ability to hear and
22   understand the audio recording and based on the quality
23   of the audio recording from the above-entitled matter.
24   /s/ Rebecca J. Collings                    August 3, 2017
25   Signature of Transcriber                   Date
```