IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: August 8, 2017 |
| Court Reporter: Mary George | Time: five hours and 43 minutes |

Civil Action No. 15-cv-01974-WJM-KLM          <u>Counsel:</u>

DAVID MUELLER,                                              M. Gabriel McFarland
                                                                            Gillian Cooley Morrison
     Plaintiff and Counterclaim
     Defendant,

v.

TAYLOR SWIFT,                                                J. Douglas Baldridge
                                                                            Danielle R. Foley
     Defendant and CounterClaimant,       Katherine M. Wright
                                                                            Jesse P. Schaudies, Jr.
     and

FRANK BELL, and
ANDREA SWIFT a/k/a Andrea Finlay,

     Defendants.

## COURTROOM MINUTES

JURY TRIAL - DAY TWO

08:50  Court in Session

Jury panel present

08:51 Court's voir dire continued.

09:03 Voir dire (by Mr. McFarland)

09:03 Voir dire (by Mr. Baldridge)

09:05 - 09:06 Bench conference

09:09 Court's voir dire continued.

Peremptory challenges, four for each side, are made by strike sheet.

09:25 - 09:27 Bench conference

Peremptory challenges continued

09:28 Bench conference

09:28 Voir dire completed.

CHALLENGES FOR CAUSE:
 1. 689
 2. 501
 3. 400
 4. 239
 5. 357
 6. 034
 7. 204
 8. 162
 9. 135
10. 255
11. 389
12. 457
13. 632

PLAINTIFF'S CHALLENGES:
1. 113
2. 467
3. 174
4. 381

DEFENDANTS' CHALLENGES:
1. 419
2. 027
3. 165
4. 282

Oath to try the case administered to the jury.

JURY:
1. 313
2. 335
3. 734
4. 171
5. 367
6. 155
7. 395
8. 583

Court's preliminary instructions to the jury

Court reads aloud Stipulations of Fact to the jury.

09:52 Court in Recess
10:30 Court in Session

10:31 Opening Statement (by Mr. McFarland)

10:57 Opening Statement (by Mr. Baldridge)

**PLAINTIFF'S FIRST WITNESS DAVID MUELLER**
11:25 Direct (by Mr. McFarland)

EXHIBIT IDENTIFIED OFFERED AND RECEIVED: A

12:12 Court in Recess
01:35 Court in Session

**PLAINTIFF'S FIRST WITNESS DAVID MUELLER**
01:35 Direct continued (by Mr. McFarland)

02:26 Court

02:26 Direct continued

EXHIBIT IDENTIFIED OFFERED AND RECEIVED: C, I

02:50 - 2:56 Bench conference

02:56 Direct continued

03:04 Court in Recess
03:28 Court in Session

**PLAINTIFF'S FIRST WITNESS DAVID MUELLER**
03:28 Direct continued (by Mr. McFarland)

03:35 Cross (by Mr. Baldridge)

EXHIBIT IDENTIFIED OFFERED AND RECEIVED: A1

04:58 p.m.   Court in Recess
             Trial continued