IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Courtroom Deputy: Deborah Hansen          Date: August 9, 2017
Court Reporter:   Mary George             Time: five hours and two minutes

Civil Action No. 15-cv-01974-WJM-KLM     *Counsel:*

DAVID MUELLER,                            M. Gabriel McFarland
                                          Gillian Cooley Morrison
    Plaintiff and Counterclaim
    Defendant,
v.

TAYLOR SWIFT,                             J. Douglas Baldridge
                                          Danielle R. Foley
    Defendant and CounterClaimant,    Katherine M. Wright
                                          Jesse P. Schaudies, Jr.
    and

FRANK BELL, and
ANDREA SWIFT a/k/a Andrea Finlay,

    Defendants.

## COURTROOM MINUTES

JURY TRIAL - DAY THREE

08:50 a.m.   Court in Session - without jury

Bench conference

09:01 Court in Recess
09:19 Court in Session - courtroom sealed

10:04 Court in Recess
10:34 Court in Session

Jury present.

10:35 Bench conference

**PLAINTIFF'S FIRST WITNESS DAVID MUELLER**
10:35 Cross continued (by Mr. Baldridge)

10:47 - 10:50 Bench conference

10:51 Cross continued

EXHIBITS IDENTIFIED, OFFERED AND RECEIVED: K, J

12:01 Redirect (by Mr. McFarland)

12:15 Court in Recess
01:33 Court in Session

**PLAINTIFF'S FIRST WITNESS DAVID MUELLER**
01:33 Redirect continued (by Mr. McFarland)

01:38 Recross (by Mr. Baldridge)

**PLAINTIFF'S SECOND WITNESS ANDREA SWIFT**
01:45 Direct (by Mr. McFarland)

02:17 Cross (by Mr. Baldridge)

02:55 Court in Recess
03:21 Court in Session

**PLAINTIFF'S SECOND WITNESS ANDREA SWIFT**
03:21 Redirect (by Mr. McFarland)

EXHIBIT IDENTIFIED OFFERED AND RECEIVED: 9

03:29 Recross (by Mr. Baldridge)

**PLAINTIFF'S THIRD WITNESS FRANK BELL**
03:33 Direct (by Mr. McFarland)

04:03 Bench conference

04:09 Cross (by Mr. Baldridge)

EXHIBITS IDENTIFIED OFFERED AND RECEIVED: D, E

04:24 p.m.     Court in Recess
               Trial continued