IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 15-cv-1974-WJM-KLM

DAVID MUELLER,

    Plaintiff and CounterDefendant,

v.

TAYLOR SWIFT,

    Defendant and CounterClaimant,

    and

FRANK BELL, and
ANDREA SWIFT a/k/a Andrea Finlay,

    Defendants.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO RESTRICT ACCESS TO PORTIONS OF GREG DENT'S DEPOSITION TRANSCRIPT**

---

This matter is before the Court on Plaintiff's Unopposed Motion to Restrict Access to Portions of Greg Dent's Deposition Transcript. (ECF No. 208 (the "Motion").)

In accordance with D.C.COLO.LCivR 7.2, the Motion was publicly posted to allow for any objections to the sealing of the documents. No timely objections were filed. Moreover, because Mr. Dent testified in person at trial on August 11, 2017, his testimony will not be introduced by means of deposition testimony. Therefore, the proposed designations are now moot and the docketed portions of his deposition transcripts no longer comprise any substantive part of the decisional record in this case.

Accordingly, pursuant to D.C.COLO.LCivR 7.2, the Court FINDS that the

presumption of public access to Court files is outweighed by the interests of the parties' and of non-parties in privacy, and the parties have shown that a less restrictive alternative is not practicable. It is therefore ORDERED that the Motion (ECF No. 208) is GRANTED, and the Clerk of Court shall maintain the following documents UNDER RESTRICTION at Level 1:

1. G. Dent Deposition Transcript (Unredacted) (ECF No. 208-1); and,
2. G. Dent Deposition Transcript (Proposed Redactions) (ECF No. 208-2).

Dated this 11th day of August, 2017.

BY THE COURT:

William J. Martínez
United States District Judge