IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Courtroom Deputy:  Deborah Hansen	Date:  August 10, 2017
Court Reporter:      Mary George	Time:   four hours and 58 minutes

Civil Action No. 15-cv-01974-WJM-KLM	*Counsel:*

DAVID MUELLER,	M. Gabriel McFarland
	Gillian Cooley Morrison
    Plaintiff and Counterclaim
    Defendant,
v.

TAYLOR SWIFT,	J. Douglas Baldridge
	Danielle R. Foley
    Defendant and CounterClaimant,	Katherine M. Wright
	Jesse P. Schaudies, Jr.
    and

FRANK BELL, and
ANDREA SWIFT a/k/a Andrea Finlay,

    Defendants.

## COURTROOM MINUTES

JURY TRIAL - DAY FOUR

08:50 a.m.    Court in Session

Court's comments

**PLAINTIFF'S FOURTH WITNESS TAYLOR SWIFT**
08:52  Direct (by Mr. McFarland)

Court's comments

**PLAINTIFF'S FIFTH WITNESS GABBY LIDDICOAT**
09:55 (by deposition)

EXHIBIT IDENTIFIED OFFERED AND RECEIVED: L

10:12 Court in Recess
10:41 Court in Session

**PLAINTIFF'S SIXTH WITNESS ROBERT CALL**
10:43 Direct (by Mr. McFarland)

EXHIBIT IDENTIFIED OFFERED AND RECEIVED: H

11:42  Cross (by Ms. Foley)

11:55 Redirect

12:00 Court in Recess
01:33 Court in Session

Also present: Michael E. Dash, Jr., Deputy General Counsel for Entercom Communications Corp.

**PLAINTIFF'S SEVENTH WITNESS HERSHEL COOMER (EDDIE HASKELL)**
01:37 Direct (by Mr. McFarland)

02:35  Cross (by Mr. Baldridge)

02:56 Court in Recess
03:21 Court in Session

**PLAINTIFF'S EIGHTH WITNESS ERICA WORDEN**
03:22 Direct (by Mr. McFarland)

03:36 Cross (by Ms. Wright)

03:39 Redirect

**PLAINTIFF'S NINTH WITNESS STEPHANIE SIMBECK**
03:42  Direct (by Mr. McFarland)

04:06 Cross (by Ms. Foley)

04:14 Bench conference

04:15 p.m.     Court in Recess
               Trial continued