IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:  August 11, 2017 |
| Court Reporter:       Mary George | Time:  four hours and 27 minutes |

Civil Action No. 15-cv-01974-WJM-KLM        *Counsel:*

DAVID MUELLER,                                              M. Gabriel McFarland
                                                                              Gillian Cooley Morrison
      Plaintiff and Counterclaim
      Defendant,
v.

TAYLOR SWIFT,                                                J. Douglas Baldridge
                                                                              Danielle R. Foley
      Defendant and CounterClaimant,    Katherine M. Wright
                                                                              Jesse P. Schaudies, Jr.
      and

FRANK BELL, and
ANDREA SWIFT a/k/a Andrea Finlay,

      Defendants.

## COURTROOM MINUTES

JURY TRIAL - DAY FIVE

08:45 a.m.     Court in Session

EXHIBIT IDENTIFIED OFFERED AND RECEIVED: 35

**PLAINTIFF'S TENTH WITNESS GREGORY DENT**
08:51 Direct (by Mr. McFarland)

EXHIBIT IDENTIFIED OFFERED AND RECEIVED: 31

09:40  Cross (by Mr. Baldridge)

09:49 Redirect

**PLAINTIFF'S ELEVENTH WITNESS RYAN KLIESCH**
09:51 Direct (by McFarland)

10:10 - 10:16 Bench conference

10:16 Direct continued

10:23 Court in Recess
10:47 Court in Session

10:47 Bench conference

**PLAINTIFF'S ELEVENTH WITNESS RYAN KLIESCH**
10:48 Direct continued (by McFarland)

11:05  Cross (by Mr. Baldridge)

**PLAINTIFF'S TWELFTH WITNESS SHANNON MELCHER**
11:16 Direct (by Mr. McFarland)

11:48 Cross (by Ms. Foley)

11:57 Redirect

11:59 Court in Recess

12:00  Plaintiff's Rest.

Court's comments

12:01 Court in Recess
01:17 Court in Session - without jury

Court's comments

Defendants' oral motion for judgment as a matter of law under Fed. R. Civ. P. 50(a)(1):

01:19 Argument (by Mr. Baldridge)

01:45 Response (by Mr. McFarland)

02:17 Reply (by Mr. Baldridge)

02:20 Court in Recess
02:42 Court in Session

Court's comments

Mr. Baldridge states that the Defendants will not be calling any witnesses. Defendants renew the Rule 50(a)(1) oral motion they just made, on the identical bases, with no need for further argument.

Court's comments

Mr. Baldridge confirms that for purposes of Defendant Taylor Swift's counterclaims, they are standing on the evidence that came in during the Plaintiff's case in chief.

Court's comments

Mr. McFarland states that there is no Rule 50 motion from the Plaintiff.

02:44 Jury present

Court's comments

Jury excused until 9:30 a.m., Monday, August 14, 2017.

02:47 Court in Recess
05:29 Court in Session

The Court enters on the record its ruling on the Defendants' oral motion for Judgment As a Matter of Law Under Fed. R. Civ. P. 50(a)(1).

ORDERED:   Defendants' oral motion under Federal Rule of Civil Procedure 50(a)(1) for entry of judgment as a matter of law is GRANTED IN PART to enter judgment as a matter of law against Plaintiff's claims for tortious interference with prospective business opportunities, against Plaintiff's claim for liability against Defendant Taylor Swift under the doctrine of *respondeat superior,* as well as against Plaintiff's claim for tortious interference with contract against Defendant Taylor Swift. The Defendants' Motion is DENIED as to Plaintiff's claim of tortious interference with contract against Defendants Andrea Swift and Frank Bell.

The result of these rulings is that the case will be submitted to the jury on Monday, August 14, 2017, but only on the remaining claims of intentional

                interference with contract brought by Plaintiff against Defendant Andrea Swift and Defendant Frank Bell, and on CounterClaimant Taylor Swift's counterclaims for assault and battery.

05:56 p.m.    Court in Recess
                     Trial continued