IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: August 14, 2017 |
| Court Reporter: Mary George | Time: three hours and 36 minutes |

Civil Action No. 15-cv-01974-WJM-KLM                  *Counsel:*

DAVID MUELLER,                                                          M. Gabriel McFarland
                                                                                         Gillian Cooley Morrison
     Plaintiff and Counterclaim
     Defendant,

v.

FRANK BELL, and                                                        J. Douglas Baldridge
ANDREA SWIFT a/k/a Andrea Finlay,                     Danielle R. Foley
                                                                                         Katherine M. Wright
     Defendants,                                                     Jesse P. Schaudies, Jr.

     and

TAYLOR SWIFT,

     CounterClaimant.

**COURTROOM MINUTES**

JURY TRIAL - DAY SIX

08:54 a.m.  Court in Session

Jury Instruction Conference

09:14 Court in Recess
09:35 Court in Session

Court's comments

09:36 Jury present

Court instructs jury on the law.

10:10 Closing Argument (by Mr. McFarland)

11:00 Court in Recess
11:22 Court in Session

11:23 Closing Argument (by Mr. Baldridge)

12:18 Rebuttal Argument (by Mr. McFarland)

12:28 Rebuttal Argument (by Mr. Baldridge)

12:34 Jury bailiffs sworn.

12:35 Jury excused to commence deliberations.

12:36 Court in Recess
03:40 Court in Session

The Court reads aloud the question from the jury.

Statement (by Mr. McFarland)

Statement (by Mr. Baldridge)

03:44 Court in Recess
04:04 Court in Session

The parties have not reached a stipulation, as to an answer to the question by the jury.

The Court reads aloud a proposed answer.   No objection to the proposed answer from the parties.

04:06 Court in Recess
04:39 Court in Session

The Jury has reached a Verdict.

04:44 Jury present.

The Court reads aloud the Verdict.

04:49 The jury is excused with the thanks of the Court.

04:50 p.m.  Court in Recess
            Trial concluded.