Clerk's Copy

## AMENDED FINAL EXHIBIT LIST

CASE NO. 1:15-cv-1974-WJM-KLM      PLAINTIFF'S LIST ___   DEFENDANTS' LIST  X    THIRD PTY DEFTS. LIST ___

CASE CAPTION David Mueller vs. Taylor Swift, Frank Bell, and Andrea Swift    PAGE NO.  1    DATE 8/2/17

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A | | January 4, 2013 Mueller Contract at SWIFT_0000003-18 | | X | ✓ | ✓ | | | |
| B | | Mueller Employment Application at SWIFT_0000039 - 43 | | X | | | | | |
| C | | June 4, 2013 Mueller Termination Letter at SWIFT_0000029 | | X | ✓ | ✓ | | | |
| D | | June 3, 2013 Bell Email to Call at SWIFT_000147 | | X | ✓ | ✓ | | | |
| E | | June 3, 2013 Call Email to Bell at SWIFT_0000082 | | X | ✓ | ✓ | | | |
| F | | June 3, 2013 Marsh Email to Beckwith at LFM0106 - 108 | | X | | | | | |
| G | | Eddie Haskell notes at SWIFT_0000021-23 | | X | | | | | |
| H | | Bob Call notes at SWIFT_0000024 - 28 | | X | ✓ | ✓ | | | |
| I | | June 2, 2013 Photograph of Ms. Swift and Plaintiff, SWIFT_0000076 | | X | ✓ | ✓ | | | |

# AMENDED FINAL EXHIBIT LIST

CASE NO.1:15-cv-1974-WJM-KLM  PLAINTIFF'S LIST ___  DEFENDANTS' LIST  X   THIRD PTY DEFTS. LIST ___

CASE CAPTION David Mueller vs. Taylor Swift, Frank Bell, and Andrea Swift    PAGE NO. 2    DATE 8/2/17

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| J | | Photographs from meet and greet at SWIFT_0000194 - 211 | | X | | | | | |
| K | | June 2, 2013 Photograph of Ms. Swift and Mr. Haskell | | X | | | | | |
| L | | June 2, 2013 Liddicoat Email at SWIFT_0000073-74 | | X | | | | | |
| M | | Excerpt of Recording – Filename: 007 | | X | | | | | |
| N | | Excerpt of Recording – Filename: 008 | | X | | | | | |
| O | | Excerpt of Recording – Filename: 009 | | X | | | | | |
| P | | Excerpt of Recording – Filename: 010 | | X | | | | | |
| Q | | Excerpt of Recording – Filename: 011 | | X | | | | | |
| R | | Excerpt of Recording – Filename: 012 | | X | | | | | |
| S | | Excerpt of Recording – Filename: 015 | | X | | | | | |
| T | | Excerpt of Recording – Filename: 016 | | X | | | | | |

# AMENDED FINAL EXHIBIT LIST

CASE NO. 1:15-cv-1974-WJM-KLM          PLAINTIFF'S LIST ___   DEFENDANTS' LIST  X    THIRD PTY DEFTS. LIST ___

CASE CAPTION David Mueller vs. Taylor Swift, Frank Bell, and Andrea Swift       PAGE NO.   3    DATE 8/2/17

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| U | | Excerpt of Recording – Filename: 017 | | X | | | | | |
| V | | Excerpt of Recording – Filename: 018 | | X | | | | | |
| W | | Excerpt of Recording – Filename: 019 | | X | | | | | |
| X | | Transcript of Recorded Conversations | | X | | | | | |
| Y | | May 29, 2013 Dimick and Cohen Email chain at WEISS000668-69 | | X | | | | | |
| Z | | May 29, 2013 Cohen Email to Dimick at WEISS000575 | | X | | | | | |
| A1 | | May 29, 2013 Mueller Notes from Conference Call with Talent Agent | | X | ✓ | ✓ | | | |
| A2 | | Mueller Agency Agreement with The Weiss Agency at WEISS000088-90 | | X | | | | | |

AMENDED FINAL EXHIBIT LIST

CASE NO.1:15-cv-1974-WJM-KLM  PLAINTIFF'S LIST ___  DEFENDANTS' LIST  X   THIRD PTY DEFTS. LIST ___

CASE CAPTION David Mueller vs. Taylor Swift, Frank Bell, and Andrea Swift   PAGE NO. 4    DATE 8/2/17

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A3 | | Muller Non-compete with Nineball, WEISS0000058-65 | | X | | | | | |
| A4 | | July 20, 2016 Declaration of Gregory W. Dent | | | | | | | |
| A5 | | David Mueller Radio Resume at MUELLER0082 | | X | | | | | |
| A6 | | Lincoln Financial 401(k) Savings Plan, September 2012, ENTERCOM00001 - 52 | | X | | | | | |
| A7 | | Lincoln Financial 401(k) Savings Plan, May 2013, ENTERCOM00053 - 107 | | X | | | | | |
| A8 | | July 16, 2014 Cyd Hunt Letter to Frank Bell and attached Draft Complaint, SWIFT_0000086-90 | | Auth Only | | | | | |

# AMENDED FINAL EXHIBIT LIST

CASE NO.1:15-cv-1974-WJM-KLM   PLAINTIFF'S LIST ____  DEFENDANTS' LIST  X   THIRD PTY DEFTS. LIST ____

CASE CAPTION David Mueller vs. Taylor Swift, Frank Bell, and Andrea Swift    PAGE NO. 5    DATE 8/2/17

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A9 | | February 27, 2015 McFarland Email and attached Draft Complaint, SWIFT_0000110-117 | | Auth Only | | | | | |
| A10 | | May 29, 2015 Complaint in Colorado State Court, SWIFT_0000276-282 | | Auth Only | | | | | |
| A11 | | June 1, 2015 Amended Complaint in Colorado State Court, SWIFT_0000121-129 | | Auth Only | | | | | |
| A12 | | January 22, 2013 Mueller Acknowledgement of Employment, SWIFT_0000066 | | Auth Only | | | | | |
| A13 | | May 31, 2013 Frank Bell email to Kris Lamb (redacted), SWIFT_0000144-145 | | X | | | | | |
| A14 | | January 30, 2014 Cyd Hunt letter to Bob Call, LFM0081 | | Auth Only | | | | | |

Case 1:15-cv-01974-WJM-KLM Document 207 Filed 08/02/17 USDC Colorado Page 8 of 15
Case No. 1:15-cv-01974-WJM-KLM Document 232 filed 08/14/17 USDC Colorado
pg 6 of 12

# AMENDED FINAL EXHIBIT LIST

CASE NO. 1:15-cv-1974-WJM-KLM    PLAINTIFF'S LIST ____ DEFENDANTS' LIST  X  THIRD PTY DEFTS. LIST ____

CASE CAPTION <u>David Mueller vs. Taylor Swift, Frank Bell, and Andrea Swift</u>    PAGE NO. __6__    DATE <u>8/2/17</u>

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A15 | | February 21, 2014 Cyd Hunt email to Jennifer Petruccelli, LFM00006 | | Auth Only | | | | | |
| A16 | | March 13, 2014 Cyd Hunt letter to Jennifer Petruccelli, LFM0004 | | Auth Only | | | | | |
| A17 | | April 1, 2014 Jennifer Petruccelli letter to Cyd Hunt, SWIFT_000001 | | Auth Only | | | | | |
| A18 | | April 21, 2014 Cyd Hunt letter to Jennifer Petruccelli, LFM0083 | | Auth Only | | | | | |
| A19 | | May 22, 2013 Maureen Marsh email to Shannon Melcher, LFM0110 | | X | | | | | |
| A20 | | June 2, 2013 Shannon Melcher email to Maureen Marsh, LFM0109 | | X | | | | | |
| A21 | | Plaintiff's Responses to First Set of Interrogatories (redacted) | | Auth Only | | | | | |

Case 1:15-cv-01974-WJM-KLM   Document 207   Filed 08/02/17   USDC Colorado   Page 9 of 15
Case No. 1:15-cv-01974-WJM-KLM   Document 232   filed 08/14/17   USDC Colorado
pg 7 of 12

# AMENDED FINAL EXHIBIT LIST

CASE NO. 1:15-cv-1974-WJM-KLM  PLAINTIFF'S LIST ___  DEFENDANTS' LIST  X  THIRD PTY DEFTS. LIST ___

CASE CAPTION David Mueller vs. Taylor Swift, Frank Bell, and Andrea Swift   PAGE NO. 7   DATE 8/2/17

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A22 | | Kevin H. Call Curriculum Vitae | | Auth Only | | | | | |
| A23 | | Kevin H. Call List of Prior Deposition and Trial Testimony | | Auth Only | | | | | |
| A24 | | Kevin H. Call Publications | | Auth Only | | | | | |
| A25 | | Kevin H. Call Documents Considered | | Auth Only | | | | | |
| A26 | | Jason T. Briody Curriculum Vitae | | Auth Only | | | | | |
| A27 | | Jason T. Briody Publication List | | Auth Only | | | | | |
| A28 | | Briody Report Appx. 3 - iPad – Technical Specifications | | Auth Only | | | | | |
| A29 | | Briody Report Appx. 4 – HDD In Water Study | | Auth Only | | | | | |
| A30 | | Briody Report Appx. 5 - Performance Analysis of NAND | | Auth Only | | | | | |

## AMENDED FINAL EXHIBIT LIST

CASE NO. 1:15-cv-1974-WJM-KLM            PLAINTIFF'S LIST_____ DEFENDANTS' LIST  X    THIRD PTY DEFTS. LIST_____

CASE CAPTION David Mueller vs. Taylor Swift, Frank Bell, and Andrea Swift     PAGE NO. 8    DATE 8/2/17

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| | | Flash Memory Solid-State Disks | | | | | | | |
| A31 | | Lorraine Bayard de Volo Curriculum Vitae | | Auth Only | | | | | |
| A32 | | Berdahl, Jennifer L. "Harassment Based on Sex: Protecting Social Status in the Context of Gender Hierarchy." | | Auth Only | | | | | |
| A33 | | Bergdahl, Jennifer L. "The Sexual Harassment of Uppity Women" | | Auth Only | | | | | |
| A34 | | Breiding, Matthew J., Sharon G. Smith, Kathleen C. Basile, Mikel L. Walters, Jieru Chen, and Melissa T. Merrick. "Prevalence and Characteristics of Sexual Violence" Stalking, and Intimate Partner Violence Victimization— | | Auth Only | | | | | |

# AMENDED FINAL EXHIBIT LIST

CASE NO. 1:15-cv-1974-WJM-KLM    PLAINTIFF'S LIST ___   DEFENDANTS' LIST  X   THIRD PTY DEFTS. LIST ___

CASE CAPTION David Mueller vs. Taylor Swift, Frank Bell, and Andrea Swift    PAGE NO.  9    DATE 8/2/17

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
|  |  | National Intimate Partner and Sexual Violence Survey |  |  |  |  |  |  |  |
| A35 |  | Campbell, Rebecca and Townsend, Stephanie. "Defining the Scope of Sexual Violence Against Women." In *Sourcebook on Violence Against Women* |  | Auth Only |  |  |  |  |  |
| A36 |  | Connell, Raewyn. Gender and Power. Ch. 8, Stanford University Press. |  | Auth Only |  |  |  |  |  |
| A37 |  | DeSouza, Eros and A. Gigi Fansler. "Contrapower Sexual Harassment: A Survey of Students and Faculty Members" |  | Auth Only |  |  |  |  |  |
| A38 |  | Franke, K. M. What's wrong with sexual harassment? *Stanford Law Review* |  | Auth Only |  |  |  |  |  |

**AMENDED FINAL EXHIBIT LIST**

CASE NO. 1:15-cv-1974-WJM-KLM    PLAINTIFF'S LIST ____    DEFENDANTS' LIST _X_    THIRD PTY DEFTS. LIST ____

CASE CAPTION <u>David Mueller vs. Taylor Swift, Frank Bell, and Andrea Swift</u>    PAGE NO. _10_    DATE <u>8/2/17</u>

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A39 | | Goleman, Daniel. "Sexual Harassment: It's About Power, Not Lust" *The New York Times* | | Auth Only | | | | | |
| A40 | | Gruber, James E. and Lars Bjorn. "Women's Responses to Sexual Harassment: An Analysis of Sociocultural, Organizational, and Personal Resource Models" | | Auth Only | | | | | |
| A41 | | Morgan, Phoebe and James E. Gruber. "Sexual Harassment: Violence against Women at Work and in Schools" | | Auth Only | | | | | |
| A42 | | University of Colorado Boulder. "Summary of Sexual Assault and Perpetrator Characteristics" | | Auth Only | | | | | |

# AMENDED FINAL EXHIBIT LIST

CASE NO. 1:15-cv-1974-WJM-KLM  PLAINTIFF'S LIST____ DEFENDANTS' LIST  X  THIRD PTY DEFTS. LIST____

CASE CAPTION David Mueller vs. Taylor Swift, Frank Bell, and Andrea Swift   PAGE NO. 11   DATE 8/2/17

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A43 | | The White House Council on Women and Girls. January "Rape and Sexual Assault: A Renewed Call to Action." | | Auth Only | | | | | |
| A44 | | Wiener, Richard L., Sarah J. Gervais, Jill Allen, and Allissa Marquez.. "Eye of the Beholder: Effects of Perspective and Sexual Objectification on Harassment Judgments." | | Auth Only | | | | | |
| A45 | | Wilson, Fiona and Paul Thompson. *Sexual Harassment as an Exercise of Power Gender, Work and Organization* | | Auth Only | | | | | |
| A46 | | Tumulty, Karen. "Woman says Trump reached under her skirt and groped her in early 1990s" *The Washington Post* | | Auth Only | | | | | |

## AMENDED FINAL EXHIBIT LIST

CASE NO. 1:15-cv-1974-WJM-KLM   PLAINTIFF'S LIST ___   DEFENDANTS' LIST _X_   THIRD PTY DEFTS. LIST ___

CASE CAPTION <u>David Mueller vs. Taylor Swift, Frank Bell, and Andrea Swift</u>   PAGE NO. _12_   DATE <u>8/2/17</u>

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A47 | | Gray, Emma. "Confused Why Women Don't Report Sexual Assault? Ask Kesha." *The Huffington Post* | | Auth Only | | | | | |
| A48 | | Mahler, Jonathan. "For Many Women, Trump's 'Locker Room Talk' Brings Memories of Abuse." *The New York Times* | | Auth Only | | | | | |
| A49 | | Any Exhibit listed by Plaintiff | | | | | | | |
| A50 | | Any document necessary for impeachment or rebuttal | | | | | | | |
| A51 | | Demonstrative Exhibits | | | | | | | |