IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Case Number: 15-cv-1974-WJM-KLM

DAVID MUELLER,

    Plaintiff and CounterClaim Defendant,

v.

FRANK BELL, and
ANDREA SWIFT a/k/a ANDREA FINLAY

    Defendants,

and

    TAYLOR SWIFT

CounterClaimant.

## NOTE TO COURT

____ We the jury have reached a verdict.   _X_ We the jury have a question.

On Page 29 (Elements of Liability - Assault) we are confused about the word "Apprehension". Does Claim #2 require that Ms Swift felt "Apprehension" prior to the contact? OR, Does her feeling of "Apprehension" apply at any time during alleged assault?

8/4/17 3:18
**Date & Time**                                                **Foreperson (3 digit jury number)**

### Answer from the Court

The Court is not permitted to answer your question at this time. You are instructed to continue to apply the Court's instructions to the facts as you find them to the best of your abilities.

14 Aug 2017
at 4:05p
**Date & Time**                                                **Judge William J. Martínez**