IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Case Number: 15-cv-1974-WJM-KLM

DAVID MUELLER,

    Plaintiff and CounterClaim Defendant,

v.

FRANK BELL, and
ANDREA SWIFT a/k/a ANDREA FINLAY

    Defendants,

and

    TAYLOR SWIFT

CounterClaimant.

## NOTE TO COURT

[X] We the jury have reached a verdict.   [ ] We the jury have a question.

_____

_____

_____

_____

8/14/17  4:26
**Date & Time**                                              **Foreperson (3 digit jury number)**

### Answer from the Court

_____

_____

_____

**Date & Time**                                              **Judge William J. Martínez**