IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge William J. Martínez**

Civil Action No. 15-cv-1974-WJM-KLM

DAVID MUELLER,

    Plaintiff and CounterClaim Defendant,

v.

FRANK BELL, and
ANDREA SWIFT a/k/a ANDREA FINLAY

    Defendants,

    and

TAYLOR SWIFT

    CounterClaimant.

---

## VERDICT FORM

---

### PLAINTIFF DAVID MUELLER'S CLAIM

1.    Do you find by a preponderance of evidence that Frank Bell intentionally interfered with David Mueller's contract with Lincoln Financial?

    \_\_\_\_ Yes    _X_ No

2.    Do you find by a preponderance of evidence that Andrea Swift intentionally interfered with David Mueller's contract with Lincoln Financial?

    \_\_\_\_ Yes    _X_ No

*Only if you answered "Yes" to either Question #1 and/or Question #2, then answer Question #3. If you answered "No" to both Questions #1 and #2, then do <u>not</u> answer Question #3.*

3.    If you found for David Mueller on his claim of intentional interference with contractual relations, what amount is David Mueller entitled to receive in damages?

    $_____

## COUNTERCLAIMANT TAYLOR SWIFT'S CLAIMS

4. Do you find by a preponderance of evidence that David Mueller assaulted Taylor Swift?

__X__ Yes  _____ No

5. Do you find by a preponderance of evidence that David Mueller battered Taylor Swift?

__X__ Yes  _____ No

*Only if you answered "Yes" to either Question #4 and/or Question #5, then answer Question #6. If you answered "No" to both questions #4 and #5, then do not answer Question #6.*

6. If you found for Taylor Swift on her counterclaim of assault and/or her counterclaim of battery, do you award her $1 in nominal damages?

__X__ Yes  _____ No

---

*The Foreperson must sign and date the verdict form below, and inform the Bailiff that the jury has reached a verdict.*

_____
Foreperson (Print Name & 3-digit Juror #)

_____
Foreperson (Signature)

8/14/17
Date

2