**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-1974-WJM-KLM

DAVID MUELLER,

    Plaintiff and Counterclaim Defendant,

v.

TAYLOR SWIFT,

    Defendant and CounterClaimant,

and

FRANK BELL, and
ANDREA SWIFT a/k/a Andrea Finlay,

    Defendants.

---

## FINAL JUDGMENT

---

    This action was tried before a jury of eight sworn to try the issues herein, with the Honorable William J. Martínez, United States District Judge for the District of Colorado, presiding.

    At the close of all the evidence the Court entered oral rulings on the record on Defendants' oral Federal Rule of Civil Procedure 50(a)(1) motion for judgment as a matter of law, which are incorporated herein by reference.

    This case was submitted to the jury on Monday, August 14, 2017 on Plaintiff's remaining claim of intentional interference with contractual obligations brought by Plaintiff against Defendant Andrea Swift and Defendant Frank Bell, and on CounterClaimant Taylor Swift's counterclaims for assault and battery.

The jury rendered a unanimous verdict.

IT IS THEREFORE ORDERED that pursuant to Fed. R. Civ. P. 58(a), the jury's verdict, and all Orders filed during the pendency of this case, Final Judgment is entered for Defendants FRANK BELL and ANDREA SWIFT a/k/a Andrea Finlay, and TAYLOR SWIFT, CounterClaimant, and against the Plaintiff and Counterclaim Defendant DAVID MUELLER.

Taylor Swift is awarded $1.00 in nominal damages on her counterclaims of assault and battery. It is

FURTHER ORDERED that this case is terminated.  Costs shall be taxed as allowed and prescribed by Rule 54(d)1 and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado, this 15th day of August, 2017.

APPROVED:

United States District Judge

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/Deborah Hansen
Deborah Hansen, Deputy Clerk